United States District Court
Southern District of Texas
**ENTERED**
January 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KONNECH INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03096 |
| | § | |
| TRUE THE VOTE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the defendants' motion to recuse. (Dkt. No.74). An expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than January 19, 2023.

It is so ORDERED.

SIGNED on January 9, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge