# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 23-30445

Missouri vs. Biden
(Short Title)

The Clerk will enter my appearance as Counsel for **all appellants; please see attached list.**

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae
☑ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Daniel Winik — (Signature)
Daniel.L.Winik@usdoj.gov — (e-mail address)
Daniel Winik — (Type or print name)
District of Columbia/1015470 — (State/Bar No.)
Trial Attorney — (Title, if any)
U.S. Department of Justice, Civil Division, Appellate Staff — (Firm or Organization)
Address: 950 Pennsylvania Avenue NW
City & State: Washington, D.C.  Zip: 20530
Primary Tel.: (202) 305-8849  Cell Phone: ___ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Daniel Winik

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)? ☐ Yes ☑ No
(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit? ☑ Yes ☐ No
(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny? ☐ Yes ☑ No
(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case **Preliminary injunction**

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Kennedy v. Biden, No. 2:23-cv-381, before the same district court, presents related issues. This case was previously before this Court as Nos. 22-30697 (mandamus) and 22-30531.

Name of Court or Agency: Western District of Louisiana
Status of Appeal (if any): None pending
Other Status (if not appealed): Pending motions for preliminary injunction and consolidation with this case

**NOTE:** Attach sheet to give further details.  DKT-5A REVISED June 2023

**List of Parties Represented**

All defendants-appellants, including:

- Joseph R. Biden, Jr., in his official capacity as President of the United States
- Karine Jean-Pierre, in her official capacity as White House Press Secretary
- Vivek H. Murthy, in his official capacity of Surgeon General of the United States
- Xavier Becerra, in his official capacity as Secretary of Health and Human Services
- Department of Health and Human Services (HHS)
- National Institute of Allergy and Infectious Diseases
- Dr. Hugh Auchincloss, in his official capacity as Acting Director of the National Institute of Allergy and Infectious Diseases
- Centers for Disease Control and Prevention (CDC)
- Carol Y. Crawford, in her official capacity as Chief of the Digital Media Branch of the Division of Public Affairs within the Centers for Disease Control and Prevention
- United States Census Bureau
- Jennifer Shopkorn, in her official capacity as Senior Advisor for Communications with the U.S. Census Bureau
- Department of Commerce
- Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security
- Robert Silvers, in his official capacity as Under Secretary of the Office of Strategy, Policy, and Plans within the Department of Homeland Security
- Samantha Vinograd, in her official capacity as Senior Counselor for National Security in the Office of the Secretary of Homeland Security
- Department of Homeland Security
- Jen Easterly, in her official capacity as Director of the Cybersecurity and Infrastructure Security Agency (CISA)
- Cybersecurity and Infrastructure Security Agency
- Ali Zaidi, in his official capacity as White House National Climate Advisor
- Dori Salcido, in her official capacity as White House COVID-19 Director of Strategic Communications and Engagement
- Stuart F. Delery, in his official capacity as Counsel to the President
- Sarah Beran, in her official capacity as Special Assistant to the President
- Mina Hsiang, in her official capacity as Administrator of the U.S. Digital Service within the Office of Management and Budget in the Executive Office of the President
- U.S. Department of Justice

- Federal Bureau of Investigation (FBI)
- Laura Dehmlow, in her official capacity as Section Chief for the FBI's Foreign Influence Task Force
- Elvis M. Chan, in his official capacity as Supervisory Special Agent of Squad CY-1 in the San Francisco Division of the Federal Bureau of Investigation
- Jay Dempsey, in his official capacity as Social Media Team Lead, Digital Media Branch, Division of Public Affairs at the CDC
- Kate Galatas, in her official capacity as Deputy Communications Director at the CDC
- Katherine Dealy, in her official capacity as Director of Engagement in the Office of the Surgeon General
- Yolanda Byrd, in her official capacity as a member of the Digital Engagement Team at HHS
- Christy Choi, in her official capacity as Deputy Director, Office of Communications, HRSA within HHS
- Ashley Morse, in her official capacity as Digital Engagement Manager, COVID-19 Public Education Campaign, Office of the Assistant Secretary for Public Affairs, Department of Health and Human Services
- Lauren Protentis, in her official capacity as an official of CISA
- Geoffrey Hale, in his official capacity as an official of CISA
- Allison Snell, in her official capacity as an official of CISA
- Kim Wyman, in her official capacity as CISA's Senior Election Security Lead
- Brian Scully, in his official capacity as an official of DHS and CISA
- U.S. Food and Drug Administration
- Erica Jefferson, in her official capacity as Associate Commissioner for External Affairs within the Office of the Commissioner at the U.S. Food and Drug Administration (FDA)
- Michael Murray, in his official capacity as Acquisition Strategy Program Manager for the Office of Health Communications and Education at the FDA
- Brad Kimberly, in his official capacity as Director of Social Media at the FDA
- U.S. Department of State
- Leah Bray, in her official capacity as Acting Coordinator of the State Department's Global Engagement Center
- Daniel Kimmage, in his official capacity as Acting Coordinator for the Global Engagement Center at the State Department
- Alexis Frisbie, in her official capacity as a member of the Technology Engagement Team at the Global Engagement Center at the State Department
- U.S. Department of the Treasury

- Wally Adeyemo, in his official capacity as Deputy Secretary of the Treasury
- U.S. Election Assistance Commission (EAC)
- Steven Frid, in his official capacity as Executive Director of the EAC
- Kristen Muthig, in her official capacity as Director of Communications for the EAC
- Christian Tom, in his official capacity as Assistant to the President and Director of Digital Strategy at the White House
- Morgan MacNaughton, in her official capacity as White House Partnerships Manager
- Maysoon Malik, in her official capacity as Acting Deputy Assistant Secretary for Public Affairs for Public Engagement[*]

Several other offices the prior holders of which were sued in their official capacities do not currently have occupants, including:

- White House Senior COVID-19 Advisor
- White House Digital Director for the COVID-19 Response Team
- Deputy Director of Strategic Communications and Engagement at the White House COVID-19 Response Team
- Deputy Director for Strategic Communications and External Engagement for the White House COVID-19 Response Team
- White House COVID-19 Supply Coordinator
- Chief Medical Advisor to the President

---

[*] Christian Tom is the successor in office to Rob Flaherty, Morgan MacNaughton is the successor in office to Aisha Shah, and Maysoon Malik is the acting successor in office to Joshua Peck, named in the district court's injunction.  See Fed. R. App. P. 43(c)(2).