# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30445   State of Missouri v. Biden
                     USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shea E. Pertuit, Deputy Clerk
                        504-310-7666

P.S. to all counsel: The expedited briefing schedule will issue a later date.

Mr. Simon Christopher Brewer
Ms. Amanda Chuzi
Mr. Joshua M. Divine
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik