# United States Court of Appeals for the Fifth Circuit

No. 23-30445

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

*Plaintiffs—Appellees*,

*versus*

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213

## UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that this appeal is EXPEDITED to the next available Oral Argument Calendar.

IT IS FURTHER ORDERED that a temporary administrative stay is GRANTED until further orders of the court.

IT IS FURTHER ORDERED that Appellants' opposed motion for stay pending appeal is deferred to the oral argument merits panel which receives this case.