No. 23-30445

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

Plaintiffs-Appellees,

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Western District of Louisiana

## EXHIBITS TO PLAINTIFF-APPELLEES' OPPOSITION TO DEFENDANT-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT RULE 27.3 FOR A STAY PENDING APPEAL
### Volume I

# TABLE OF CONTENTS

1. Memorandum Ruling on Request for Preliminary Injunction (July 4, 2023), Doc. 293............................................................PA0001

2. Judgment (July 4, 2023), Doc. 294............................................................PA0156

3. Declaration of Dr. Jay Bhattacharya (June 4, 2022), Doc. 10-3.............PA0163

4. Declaration of Dr. Martin Kulldorff (June 8, 2022), Doc. 10-4..............PA0174

5. Declaration of Mr. Jim Hoft (June 6, 2022), Doc. 10-5........................PA0183

6. Declaration of Mr. Patrick Flesch (June 8, 2022), Doc. 10-6................PA0244

7. Declaration of Dr. Aaron Kheriaty (June 3, 2022), Doc. 10-7...............PA0249

8. Declaration of Ms. Jill Hines (June 9, 2022), Doc. 10-12....................PA0255

9. Declaration of Ms. Ashley Bosch (June 14, 2022), Doc. 10-13.............PA0261

10. Census-Treasury-State Emails, Doc. 71-2.......................................PA0265

11. White House Emails, Doc. 71-3.....................................................PA0349

12. Facebook Executive Emails, Doc. 71-4............................................PA0380

13. Text Messages, Doc. 71-5.............................................................PA0404

14. BOLO Emails, Doc. 71-6...............................................................PA0408

15. Fact-Checking Emails, Doc. 71-7....................................................PA0444

16. CISA and Flagging Emails, Doc. 71-8..............................................PA0530

17. Reporting Channels Emails, Doc. 71-9............................................PA0641

18. Flaherty Documents, Doc. 86-5......................................................PA0759

19. Chan Documents, Doc. 86-6...........................................................PA0800

20. Easterly Documents, Doc. 86-7...................................................PA0921

21. Protentis Documents, Doc. 86-8.................................................PA0936

22. Murthy Documents, Doc. 86-9..................................................PA0949

23. Crawford Documents, Doc. 86-10.............................................PA0953

24. White House, Slavitt Documents, Doc. 137-1.............................PA0964

25. Supplemental Protentis Documents, Doc. 137-2.........................PA0968

26. EIP Report, Doc. 137-3...........................................................PA0978

27. Scully Documents, Doc. 137-4.................................................PA1270

28. VP Report, Doc. 137-5............................................................PA1345

29. Waldo Documents, Doc. 137-6.................................................PA1577

30. White House, Defendant Flaherty Emails, Doc. 174-1................PA1581

31. CISA Documents, Doc. 184-1...................................................PA1651

32. Scully Deposition Ex. 18, Doc. 184-2.......................................PA1657

33. Transcript of the Deposition of Elvis Chan
    (November 29, 2022), Doc. 204-1.............................................PA1708

34. Transcript of the Deposition of Carol Crawford
    (November 15, 2022), Doc. 205-1.............................................PA2094

35. Transcript of the Deposition of Anthony Fauci
    (November 23, 2022), Doc. 206-1.............................................PA2428

36. Transcript of the Deposition of Daniel Kimmage
    (November 10, 2022), Doc. 208-1.............................................PA2874

37. Transcript of the Deposition of Brian Scully

(January 12, 2023), Doc. 209-1...................................................PA3237

38. Transcript of the Deposition of Eric Waldo
(December 22, 2022), Doc. 210-1...............................................PA3693

39. Plaintiffs' Proposed Findings of Fact Filed with the District Court in Conjunction
with Plaintiffs' Motion for Preliminary Injunction, Doc. 214-1.............PA4158

40. Declaration of Dr. Jay Bhattacharya (March 15, 2023), Doc. 227-5.........PA4521

41. Declaration of Dr. Martin Kulldorff (March 15, 2023), Doc. 227-6.........PA4524

42. Declaration of Dr. Aaron Kheriaty (March 9, 2023), Doc. 227-7............PA4526

43. Declaration of Mr. Jim Hoft (March 20, 2023), Doc. 227-8.................PA4530

44. Declaration of Ms. Jill Hines (March 16, 2023), Doc. 227-9................PA4533

45. Declaration of Ms. Jill Hines (May 17, 2023), Doc. 276-2..................PA4537

46. Declaration of Mr. Jim Hoft (May 19, 2023), Doc. 276-3...................PA4543

47. Transcript of Motion Hearing before the Honorable Terry A. Doughty
(May 26, 2023)...................................................................PA4549

Case: 23-30445    Document: 43-2    Page: 5    Date Filed: 07/17/2023

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## MEMORANDUM RULING ON REQUEST FOR PRELIMINARY INJUNCTION

At issue before the Court is a Motion for Preliminary Injunction [Doc. No. 10] filed by Plaintiffs.[1] The Defendants[2] oppose the Motion [Doc. No. 266]. Plaintiffs have filed a reply to the opposition [Doc. No. 276]. The Court heard oral arguments on this Motion on May 26, 2023 [Doc. No. 288]. Amicus Curiae briefs have been filed in this proceeding on behalf of Alliance Defending Freedom,[3] the Buckeye Institute,[4] and Children's Health Defense.[5]

---

[1] Plaintiffs consist of the State of Missouri, the State of Louisiana, Dr. Aaron Kheriaty ("Kheriaty"), Dr. Martin Kulldorff ("Kulldorff"), Jim Hoft ("Hoft"), Dr. Jayanta Bhattacharya ("Bhattacharya"), and Jill Hines ("Hines").

[2] Defendants consist of President Joseph R Biden ("President Biden"), Jr, Karine Jean-Pierre ("Jean-Pierre"), Vivek H Murthy ("Murthy"), Xavier Becerra ("Becerra"), Dept of Health & Human Services ("HHS"), Dr. Hugh Auchincloss ("Auchincloss"), National Institute of Allergy & Infectious Diseases ("NIAID"), Centers for Disease Control & Prevention ("CDC"), Alejandro Mayorkas ("Mayorkas"), Dept of Homeland Security ("DHS"), Jen Easterly ("Easterly"), Cybersecurity & Infrastructure Security Agency ("CISA"), Carol Crawford ("Crawford"), United States Census Bureau ("Census Bureau"), U. S. Dept of Commerce ("Commerce"), Robert Silvers ("Silvers"), Samantha Vinograd ("Vinograd"), Ali Zaidi ("Zaidi"), Rob Flaherty ("Flaherty"), Dori Salcido ("Salcido"), Stuart F. Delery ("Delery"), Aisha Shah ("Shah"), Sarah Beran ("Beran"), Mina Hsiang ("Hsiang"), U. S. Dept of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), Laura Dehmlow ("Dehmlow"), Elvis M. Chan ("Chan"), Jay Dempsey ("Dempsey"), Kate Galatas ("Galatas"), Katharine Dealy ("Dealy"), Yolanda Byrd ("Byrd"), Christy Choi ("Choi"), Ashley Morse ("Morse"), Joshua Peck ("Peck"), Kym Wyman ("Wyman"), Lauren Protentis ("Protentis"), Geoffrey Hale ("Hale"), Allison Snell ("Snell"), Brian Scully ("Scully"), Jennifer Shopkorn ("Shopkorn"), U. S. Food & Drug Administration ("FDA"), Erica Jefferson ("Jefferson"), Michael Murray ("Murray"), Brad Kimberly ("Kimberly"), U. S. Dept of State ("State"), Leah Bray ("Bray"), Alexis Frisbie ("Frisbie"), Daniel Kimmage ("Kimmage"), U. S. Dept of Treasury ("Treasury"), Wally Adeyemo ("Adeyemo"), U. S. Election Assistance Commission ("EAC"), Steven Frid ("Frid"), and Kristen Muthig ("Muthig").

[3] [Doc. No. 252]

[4] [Doc. No. 256]

[5] [Doc. No. 262]

Case: 23-30445   Document: 43-2   Page: 6   Date Filed: 07/17/2023

## I.  INTRODUCTION

> I may disapprove of what you say, but I would defend to the death
> your right to say it.
>           Evelyn Beatrice Hill, 1906, *The Friends of Voltaire*

This case is about the Free Speech Clause in the First Amendment to the United States Constitution. The explosion of social-media platforms has resulted in unique free speech issues— this is especially true in light of the COVID-19 pandemic. If the allegations made by Plaintiffs are true, the present case arguably involves the most massive attack against free speech in United States' history. In their attempts to suppress alleged disinformation, the Federal Government, and particularly the Defendants named here, are alleged to have blatantly ignored the First Amendment's right to free speech.

Although the censorship alleged in this case almost exclusively targeted conservative speech, the issues raised herein go beyond party lines. The right to free speech is not a member of any political party and does not hold any political ideology. It is the purpose of the Free Speech Clause of the First Amendment to preserve an uninhibited marketplace of ideas in which truth will ultimately prevail, rather than to countenance monopolization of the market, whether it be by government itself or private licensee. *Red Lion Broadcasting Co., v. F.C.C.*, 89 S. Ct. 1794, 1806 (1969).

Plaintiffs allege that Defendants, through public pressure campaigns, private meetings, and other forms of direct communication, regarding what Defendants described as "disinformation," "misinformation," and "malinformation," have colluded with and/or coerced social-media platforms to suppress disfavored speakers, viewpoints, and content on social-media platforms. Plaintiffs also allege that the suppression constitutes government action, and that it is a violation

of Plaintiffs' freedom of speech under the First Amendment to the United States Constitution. The First Amendment states:

> Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; **or abridging the freedom of speech**, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances. (emphasis added).

First Amendment, U.S. Const. amend. I.

The principal function of free speech under the United States' system of government is to invite dispute; it may indeed best serve its high purpose when it induces a condition of unrest, creates dissatisfaction with conditions as they are, or even stirs people to anger. *Texas v. Johnson*, 109 S. Ct. 2533, 2542–43 (1989). Freedom of speech and press is the indispensable condition of nearly every other form of freedom. *Curtis Pub. Co. v. Butts*, 87 S. Ct. 1975, 1986 (1967).

The following quotes reveal the Founding Fathers' thoughts on freedom of speech:

> For if men are to be precluded from offering their sentiments on a matter, which may involve the most serious and alarming consequences, that can invite the consideration of mankind, reason is of no use to us; the freedom of speech may be taken away, and dumb and silent we may be led, like sheep, to the slaughter.

George Washington, March 15, 1783.

> Whoever would overthrow the liberty of a nation must begin by subduing the free acts of speech.

Benjamin Franklin, *Letters of Silence Dogwood.*

> Reason and free inquiry are the only effectual agents against error.

Thomas Jefferson.

The question does not concern whether speech is conservative, moderate, liberal, progressive, or somewhere in between. What matters is that Americans, despite their views, will not be censored or suppressed by the Government. Other than well-known exceptions

Case: 23-30445   Document: 43-2   Page: 8   Date Filed: 07/17/2023

to the Free Speech Clause, all political views and content are protected free speech.

The issues presented to this Court are important and deeply intertwined in the daily lives of the citizens of this country.

## II.    FACTUAL BACKGROUND

In this case, Plaintiffs allege that Defendants suppressed conservative-leaning free speech, such as: (1) suppressing the Hunter Biden laptop story prior to the 2020 Presidential election; (2) suppressing speech about the lab-leak theory of COVID-19's origin; (3) suppressing speech about the efficiency of masks and COVID-19 lockdowns; (4) suppressing speech about the efficiency of COVID-19 vaccines; (5) suppressing speech about election integrity in the 2020 presidential election; (6) suppressing speech about the security of voting by mail; (7) suppressing parody content about Defendants; (8) suppressing negative posts about the economy; and (9) suppressing negative posts about President Biden.

Plaintiffs Bhattacharya and Kulldorff are infectious disease epidemiologists and co-authors of The Great Barrington Declaration ("GBD"). The GBD was published on October 4, 2020. The GBD criticized lockdown policies and expressed concern about the damaging physical and mental health impacts of lockdowns. They allege that shortly after being published, the GBD was censored on social media by Google, Facebook, Twitter, and others. Bhattacharya and Kulldorff further allege on October 8, 2020 (four days after publishing the GBD), Dr. Frances Collins, Dr. Fauci, and Cliff Lane proposed together a "take down" of the GBD and followed up with an organized campaign to discredit it.[6]

Dr. Kulldorff additionally alleges he was censored by Twitter on several occasions because of his tweets with content such as "thinking everyone must be vaccinated is scientifically flawed,"

---

[6] [Doc. No. 10-3 and 10-4]

that masks would not protect people from COVID-19, and other "anti-mask" tweets.[7] Dr. Kulldorff (and Dr. Bhattacharya[8]) further alleges that YouTube removed a March 18, 2021 roundtable discussion in Florida where he and others questioned the appropriateness of requiring young children to wear facemasks.[9] Dr. Kulldorff also alleges that LinkedIn censored him when he reposted a post of a colleague from Iceland on vaccines, for stating that vaccine mandates were dangerous, for posting that natural immunity is stronger than vaccine immunity, and for posting that health care facilities should hire, not fire, nurses.[10]

Plaintiff Jill Hines is Co-Director of Health Freedom Louisiana, a consumer and human rights advocacy organization. Hines alleges she was censored by Defendants because she advocated against the use of masks mandates on young children. She launched an effort called "Reopen Louisiana" on April 16, 2020, to expand Health Freedom Louisiana's reach on social media. Hines alleges Health Freedom Louisiana's social-media page began receiving warnings from Facebook. Hines was suspended on Facebook in January 2022 for sharing a display board that contained Pfizer's preclinical trial data.[11] Additionally, posts about the safety of masking and adverse events from vaccinations, including VAERS data and posts encouraging people to contact their legislature to end the Government's mask mandate, were censored on Facebook and other social-media platforms. Hines alleges that because of the censorship, the reach of Health Freedom Louisiana was reduced from 1.4 million engagements per month to approximately 98,000. Hines also alleges that her personal Facebook page has been censored and restricted for posting content

---

[7] [Doc. No. 10-4]
[8] [Doc. No. 10-3]
[9] [Id.]
[10] [Id.]
[11] [Doc. No. 10-12]

that is protected free speech. Additionally, Hines alleges that two of their Facebook groups, HFL Group and North Shore HFL, were de-platformed for posting content protected as free speech.[12]

Plaintiff Dr. Kheriaty is a psychiatrist who has taught at several universities and written numerous articles. He had approximately 158,000 Twitter followers in December 2021 and approximately 1,333 LinkedIn connections. Dr. Kheriaty alleges he began experiencing censorship on Twitter and LinkedIn after posting content opposing COVID-19 lockdowns and vaccine mandates. Dr. Kheriaty also alleges that his posts were "shadow banned," meaning that his tweets did not appear in his follower's Twitter feeds. Additionally, a video of an interview of Dr. Kheriaty on the ethics of vaccine mandates was removed from YouTube.[13]

Plaintiff Jim Hoft is the owner and operator of The Gateway Pundit ("GP"), a news website located in St. Louis, Missouri. In connection with the GP, Hoft operates the GP's social-media accounts with Twitter, Facebook, YouTube, and Instagram. The GP's Twitter account previously had over 400,000 followers, the Facebook account had over 650,000 followers, the Instagram account had over 200,000 followers, and the YouTube account had over 98,000 followers.

The GP's Twitter account was suspended on January 2, 2021, again on January 29, 2021, and permanently suspended from Twitter on February 6, 2021. The first suspension was in response to a negative post Hoft made about Dr. Fauci's statement that the COVID-19 vaccine will only block symptoms and not block the infection. The second suspension was because of a post Hoft made about changes to election law in Virginia that allowed late mail-in ballots without postmarks to be counted. Finally, Twitter issued the permanent ban after the GP Twitter account posted video footage from security cameras in Detroit, Michigan from election night 2020, which showed two delivery vans driving to a building at 3:30 a.m. with boxes, which were alleged to

---

[12] [Id.]
[13] [Doc. No. 10-7]

6

Case: 23-30445     Document: 43-2     Page: 11     Date Filed: 07/17/2023

contain election ballots. Hoft also alleges repeated instances of censorship by Facebook, including warning labels and other restrictions for posts involving COVID-19 and/or election integrity issues during 2020 and 2021.

Hoft further alleges that YouTube censored the GP's videos. YouTube removed a May 14, 2022 video that discussed voter integrity issues in the 2020 election. Hoft has attached as exhibits copies of numerous GP posts censored and/or fact checked. All of the attached examples involve posts relating to COVID-19 or the 2020 election.

In addition to the allegations of the Individual Plaintiffs, the States of Missouri and Louisiana allege extensive censorship by Defendants. The States allege that they have a sovereign and proprietary interest in receiving the free flow of information in public discourse on social-media platforms and in using social-media to inform their citizens of public policy decisions. The States also claim that they have a sovereign interest in protecting their own constitutions, ensuring their citizen's fundamental rights are not subverted by the federal government, and that they have a quasi-sovereign interest in protecting the free-speech rights of their citizens. The States allege that the Defendants have caused harm to the states of Missouri and Louisiana by suppressing and/or censoring the free speech of Missouri, Louisiana, and their citizens.

The Complaint,[14] Amended Complaint,[15] Second Amended Complaint,[16] and Third Amended Complaint[17] allege a total of five counts. They are:

> Count One – Violation of the First Amendment against all Defendants.
>
> Count Two – Action in Excess of Statutory Authority against all Defendants.

---

[14] [Doc. No. 1]
[15] [Doc. No. 45]
[16] [Doc. No. 84]
[17] [Doc. No. 268]

Case: 23-30445     Document: 43-2     Page: 12     Date Filed: 07/17/2023

Count Three – Violation of the Administrative Procedure Act against HHS, NIAID, CDC, FDA, Peck, Becerra, Murthy, Crawford, Fauci, Galatas, Waldo, Byrd, Choi, Lambert, Dempsey, Muhammed, Jefferson, Murry, and Kimberly.

Count Four – Violation of the Administrative Procedure Act against DHS, CISA, Mayorkas, Easterly, Silvers, Vinograd, Jankowicz, Masterson, Protentis, Hale, Snell, Wyman, and Scully.

Count Five – Violation of the Administrative Procedure Act against the Department of Commerce, Census Bureau, Shopkorn, Schwartz, Molina-Irizarry, and Galemore.

Plaintiffs also ask for this case to be certified as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2). For the reasons discussed herein, it is only necessary to address Count One and the Plaintiffs' request for class action certification in this ruling.

The following facts are pertinent to the analysis of whether or not Plaintiffs are entitled to the granting of an injunction.[18]

Plaintiffs assert that since 2018, federal officials, including Defendants, have made public statements and demands to social-media platforms in an effort to induce them to censor disfavored speech and speakers. Beyond that, Plaintiffs argue that Defendants have threatened adverse consequences to social-media companies, such as reform of Section 230 immunity under the Communications Decency Act, antitrust scrutiny/enforcement, increased regulations, and other measures, if those companies refuse to increase censorship. Section 230 of the Communications Decency Act shields social-media companies from liability for actions taken on their websites, and Plaintiffs argue that the threat of repealing Section 230 motivates the social-media companies to comply with Defendants' censorship requests. Plaintiffs also note that Mark Zuckerberg

---

[18] The Factual Background is this Court's interpretation of the evidence. The Defendants filed a 723-page Response to Findings of Fact [Doc. No. 266-8] which contested the Plaintiffs' interpretation or characterizations of the evidence. At oral argument, the Defendants conceded that they did not dispute the validity or authenticity of the evidence presented.

8

-PA0008-

("Zuckerberg"), the owner of Facebook, has publicly stated that the threat of antitrust enforcement is "an existential threat" to his platform.[19]

### A. White House Defendants[20]

Plaintiffs assert that by using emails, public and private messages, public and private meetings, and other means, the White House Defendants have "significantly encouraged" and "coerced" social-media platforms to suppress protected free speech posted on social-media platforms.

(1)     On January 23, 2021, three days after President Biden took office, Clarke Humphrey ("Humphrey"), who at the time was the Digital Director for the COVID-19 Response Team, emailed Twitter and requested the removal of an anti-COVID-19 vaccine tweet by Robert F. Kennedy, Jr.[21] Humphrey sent a copy of the email to Rob Flaherty ("Flaherty"), former Deputy Assistant to the President and Director of Digital Strategy, on the email and asked if "we can keep an eye out for tweets that fall in this same genre." The email read, "Hey folks-Wanted to flag the below tweet and am wondering if we can get moving on the process of having it removed ASAP."[22]

(2)     On February 6, 2021, Flaherty requested Twitter to remove a parody account linked to Finnegan Biden, Hunter Biden's daughter and President Biden's granddaughter. The request stated, "Cannot stress the degree to which this needs to be resolved immediately," and "Please remove this account immediately."[23] Twitter suspended the parody account within forty-five minutes of Flaherty's request.

---

[19] [Doc. No. 212-3, citing Doc. No. 10-1, at 202]
[20] White House Defendants consists of President Joseph R. Biden ("President Biden"), White House Press Secretary Karine Jean-Pierre ("Jean-Pierre"), Ashley Morse ("Morse"), Deputy Assistant to the President and Director of Digital Strategy Rob Flaherty ("Flaherty"), Dori Salcido ("Salcido"), Aisha Shah ("Shah"), Sarah Beran ("Beran"), Stuart F. Delery ("Delery"), Mina Hsiang ("Hsiang"), and Dr. Hugh Auchincloss (Dr. Auchincloss")
[21] [Doc. No. 174-1, Exh. A. at 1]
[22] [Id. at 2]
[23] [Doc. No. 174-1, Exh. A. at 4]

Case: 23-30445     Document: 43-2     Page: 13     Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 14   Date Filed: 07/17/2023

(3)     On February 7, 2021, Twitter sent Flaherty a "Twitter's Partner Support Portal" for expedited review of flagging content for censorship. Twitter recommended that Flaherty designate a list of authorized White House staff to enroll in Twitter's Partner Support Portal and explained that when authorized reporters submit a "ticket" using the portal, the requests are "prioritized" automatically. Twitter also stated that it had been "recently bombarded" with censorship requests from the White House and would prefer to have a streamlined process. Twitter noted that "[i]n a given day last week for example, we had more than four different people within the White House reaching out for issues."[24]

(4)     On February 8, 2021, Facebook emailed Flaherty, and Humphrey to explain how it had recently expanded its COVID-19 censorship policy to promote authoritative COVID-19 vaccine information and expanded its efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines, and vaccines in general. Flaherty responded within nineteen minutes questioning how many times someone can share false COVID-19 claims before being removed, how many accounts are being flagged versus removed, and how Facebook handles "dubious," but not "provably false," claims.[25] Flaherty demanded more information from Facebook on the new policy that allows Facebook to remove posts that repeatedly share these debunked claims.

(5)     On February 9, 2021, Flaherty followed up with Facebook in regard to its COVID-19 policy, accusing Facebook of causing "political violence" spurred by Facebook groups by failing to censor false COVID-19 claims, and suggested having an oral meeting to discuss their policies.[26] Facebook responded the same day and stated that "vaccine-skeptical" content does not

---

[24] [Doc. No. 174-1 at 3]
[25] [Id. at 5–8]
[26] [Id. at 6–8]

violate Facebook's policies.[27] However, Facebook stated that it will have the content's "distribution reduced" and strong warning labels added, "so fewer people will see the post."[28] In other words, even though "vaccine-skeptical" content did not violate Facebook's policy, the content's distribution was still being reduced by Facebook.

Facebook also informed Flaherty that it was working to censor content that does not violate Facebook's policy in other ways by "preventing posts discouraging vaccines from going viral on our platform" and by using information labels and preventing recommendations for Groups, Pages, and Instagram accounts pushing content discouraging vaccines. Facebook also informed Flaherty that it was relying on the advice of "public health authorities" to determine its COVID-19 censorship policies.[29] Claims that have been "debunked" by public health authorities would be removed from Facebook. Facebook further promised Flaherty it would aggressively enforce the new censorship policies and requested a meeting with Flaherty to speak to Facebook's misinformation team representatives about the latest censorship policies.[30] Facebook also referenced "previous meetings" between the White House and Facebook representatives during the "transition period" (likely referencing the Biden Administration transition).[31]

(6)     On February 24, 2021, Facebook emailed Flaherty about "Misinfo Themes" to follow up on his request for COVID and vaccine misinformation themes on Facebook. Some of the misinformation themes Facebook reported seeing were claims of vaccine toxicity, claims about the side effects of vaccines, claims comparing the COVID vaccine to the flu vaccine, and claims downplaying the severity of COVID-19. Flaherty responded by asking for details about

---

[27] [Id.]
[28] [Id.]
[29] [Id.]
[30] [Id. at 6]
[31] [Id. at 5]

Date Filed: 07/17/2023    Page: 16    Document: 43-2    Case: 23-30445

Facebook's actual enforcement practices and for a report on misinformation that was not censored. Specifically, his email read, "Can you give us a sense of volume on these, and some metrics around the scale of removal for each? Can you also give us a sense of misinformation that might be falling outside your removal policies?"[32] Facebook responded that at their upcoming meeting, they "can definitely go into detail on content that doesn't violate like below, but could 'contribute to vaccine hesitancy.'"[33]

(7)     On March 1, 2021, Flaherty and Humphrey (along with Joshua Peck ("Peck"), the Health and Human Services' ("HHS") Deputy Assistant Secretary) participated in a meeting with Twitter about misinformation. After the meeting, Twitter emailed those officials to assure the White House that Twitter would increase censorship of "misleading information" on Twitter, stating "[t]hanks again for meeting with us today. As we discussed, we are building on 'our' continued efforts to remove the most harmful COVID-19 'misleading information' from the service."[34]

(8)     From May 28, 2021, to July 10, 2021, a senior Meta executive reportedly copied Andrew Slavitt ("Slavitt"), former White House Senior COVID-19 Advisor, on his emails to Surgeon General Murthy ("Murthy"), alerting them that Meta was engaging in censorship of COVID-19 misinformation according to the White House's "requests" and indicating "expanded penalties" for individual Facebook accounts that share misinformation.[35] Meta also stated, "We think there is considerably more we can do in '*partnership*' with you and your team to drive behavior."[36]

---

[32] [Doc. No. 214-9 at 2–3]
[33] [Id.]
[34] [Doc. No. 214-10 at 2, Jones Declaration, #10, Exh. H] SEALED DOCUMENT
[35] [Doc. No. 71-4 at 6–11]
[36] [Id. at 10] (emphasis added)

(9)     On March 12, 2021, Facebook emailed Flaherty stating, "Hopefully, this format works for the various teams and audiences within the White House/HHS that may find this data valuable."[37] This email also provided a detailed report and summary regarding survey data on vaccine uptake from January 10 to February 27, 2021.[38]

(10)     On March 15, 2021, Flaherty acknowledged receiving Facebook's detailed report and demanded a report from Facebook on a recent Washington Post article that accused Facebook of allowing the spread of information leading to vaccine hesitancy. Flaherty emailed the Washington Post article to Facebook the day before, with the subject line: "You are hiding the ball," and stated "I've been asking you guys pretty directly, over a series of conversations, for a clear accounting of the biggest issues you are seeing on your platform when it comes to vaccine hesitancy and the degree to which borderline content as you define it – is playing a role."[39]

After Facebook denied "hiding the ball," Flaherty followed up by making clear that the White House was seeking more aggressive action on "borderline content."[40] Flaherty referred to a series of meetings with Facebook that were held in response to concerns over "borderline content" and accused Facebook of deceiving the White House about Facebook's "borderline policies."[41] Flaherty also accused Facebook of being the "top driver of vaccine hesitancy."[42] Specifically, his email stated:

> I am not trying to play 'gotcha' with you.  We are gravely concerned that your service is one of the top drivers of vaccine hesitancy-period. I will also be the first to acknowledge that borderline content offers no easy solutions. But we want to know that you're trying, we want to know how we can help, and we want to know that you're not playing a shell game with us when we ask you what is going on.

---

[37] [Doc. No. 174-1 at 9]
[38] [Id.]
[39] [Id. at 11]
[40] [Id. at 11–12]
[41] [Id.]
[42] [Id. at 11]

13

This would all be a lot easier if you would just be straight with us.[43]

In response to Flaherty's email, Facebook responded, stating: "We obviously have work to do to gain your trust…We are also working to get you useful information that's on the level. That's my job and I take it seriously – I'll continue to do it to the best of my ability, and I'll expect you to hold me accountable."[44]

Slavitt, who was copied on Facebook's email, responded, accusing Facebook of not being straightforward, and added more pressure by stating, "internally, we have been considering our options on what to do about it."[45]

(11)   On March 19, 2021, Facebook had an in-person meeting with White House officials, including Flaherty and Slavitt.[46] Facebook followed up on Sunday, March 21, 2021, noting that the White House had demanded a consistent point of contact with Facebook, additional data from Facebook, "Levers for Tackling Vaccine Hesitancy Content," and censorship policies for Meta's platform WhatsApp.[47] Facebook noted that in response to White House demands, it was censoring, removing, and reducing the virality of content discouraging vaccines "that does not contain actionable misinformation."[48] Facebook also provided a report for the White House on the requested information on WhatsApp policies:

> You asked us about our levers for reducing virality of vaccine hesitancy content. In addition to policies previously discussed, these include the additional changes that were approved last week and that we will be implementing over the coming weeks. As you know, in addition to removing vaccine misinformation, we have been focused on reducing the virality of content discouraging vaccines that do not contain actionable misinformation.[49]

---

[43] [Id. at 11]
[44] [Id. at 11]
[45] [Id. at 10]
[46] [Id. at 15]
[47] [Id.]
[48] [Id. at 15]
[49] [Id. at 15]

On March 22, 2021, Flaherty responded to this email, demanding more detailed information and a plan from Facebook to censor the spread of "vaccine hesitancy" on Facebook.[50] Flaherty also requested more information about and demanded greater censorship by Facebook of "sensational," "vaccine skeptical" content.[51] He also requested more information about WhatsApp regarding vaccine hesitancy.[52] Further, Flaherty seemingly spoke on behalf of the White House and stated that the White House was hoping they (presumably the White House and Facebook) could be "partners here, even if it hasn't worked so far."[53] A meeting was scheduled the following Wednesday between Facebook and White House officials to discuss these issues.

On April 9, 2021, Facebook responded to a long series of detailed questions from Flaherty about how WhatsApp was censoring COVID-19 misinformation. Facebook stated it was "reducing viral activity on our platform" through message-forward limits and other speech-blocking techniques.[54] Facebook also noted it bans accounts that engage in those that seek to exploit COVID-19 misinformation.[55]

Flaherty responded, "I care mostly about what actions and changes you are making to ensure you're not making our country's vaccine hesitancy problem worse," accusing Facebook of being responsible for the Capitol riot on January 6, 2021, and indicating that Facebook would be similarly responsible for COVID-related deaths if it did not censor more information.[56] "You only

---

[50] [Id.]
[51] [Id.]
[52] [Id.]
[53] [Id. at 14]
[54] [Id. at 17]
[55] [Id. at 17]
[56] [Id. at 17–21]

Case: 23-30445      Document: 43-2      Page: 20      Date Filed: 07/17/2023

did this, however, after an election that you helped increase skepticism in, and an insurrection which was plotted, in large part, on your platform."[57]

(12)     On April 14, 2021, Flaherty demanded the censorship of Fox News hosts Tucker Carlson and Tomi Lahren because the top post about vaccines that day was "Tucker Carlson saying vaccines don't work and Tomi Lahren stating she won't take a vaccine."[58] Flaherty stated, "This is exactly why I want to know what 'Reduction' actually looks like – if 'reduction' means 'pumping our most vaccine hesitant audience with Tucker Carlson saying it does not work'… then…I'm not sure it's reduction!"[59]

Facebook promised the White House a report by the end of the week.[60]

(13)     On April 13, 2021, after the temporary halt of the Johnson & Johnson vaccine, the White House was seemingly concerned about the effect this would have on vaccine hesitancy. Flaherty sent to Facebook a series of detailed requests about how Facebook could "amplify" various messages that would help reduce any effects this may have on vaccine hesitancy.[61]

Flaherty also requested that Facebook monitor "misinformation" relating to the Johnson & Johnson pause and demanded from Facebook a detailed report within twenty-four hours. Facebook provided the detailed report the same day.[62] Facebook responded, "Re the J & J news, we're keen to amplify any messaging you want us to project about what this means for people."[63]

(14)     Facebook responded to a telephone call from Rowe about how it was censoring information with a six-page report on censorship with explanations and screen shots of sample posts of content that it does and does not censor. The report noted that vaccine hesitancy content

---

[57] [Id. at 17]
[58] [Id. at 22]
[59] [Id. at 22]
[60] [Id. at 23]
[61] [Id. at 30–31]
[62] [Id. at 31]
[63] [Id. at 31–32]

does not violate Facebook's content-moderation policies, but indicated that Facebook still censors this content by suppressing it in news feeds and algorithms.[64] Other content that Facebook admitted did not violate its policy but may contribute to vaccine hesitancy are: a) sensational or alarmist vaccine misrepresentation; b) disparaging others based on the choice to or not to vaccinate; c) true but shocking claims or personal anecdotes; d) discussing the choice to vaccinate in terms of personal or civil liberties; and e) concerns related to mistrust in institutions or individuals.[65] Facebook noted it censors such content through a "spectrum of levers" that includes concealing the content from other users, "de-boosting" the content, and preventing sharing through "friction."[66] Facebook also mentioned looking forward to tomorrow's meeting "and how we can hopefully partner together."[67]

Other examples of posts that did not violate Facebook's policies but would nonetheless be suppressed included content that originated from the Children's Health Defense, a nonprofit activist group headed by Robert F. Kennedy, Jr. (labeled by Defendants as one of the "Disinformation Dozen").[68]

(15)    On April 14, 2021, Slavitt emailed Facebook executive Nick Clegg ("Clegg") with a message expressing displeasure with Facebook's failure to censor Tucker Carlson. Slavitt stated, "Not for nothing but the last time we did this dance, it ended in an insurrection."[69] The subject line was "Tucker Carlson anti-vax message."[70] Clegg responded the same day with a detailed report about the Tucker Carlson post, stating that the post did not qualify for removal under Facebook

---

[64] [Id. at 24–25]
[65] [Id.]
[66] [Id. at 24–25]
[67] [Id. at 24]
[68] [Id. at 25–27]
[69] [Id. at 34]
[70] Id. at 33]

Case: 23-30445   Document: 43-2   Page: 21   Date Filed: 07/17/2023

policy but that the video was being labeled with a pointer to authoritative COVID-19 information, not being recommended to people, and that the video was being *demoted*.[71]

After Brian Rice ("Rice") of Facebook forwarded the same report on the Tucker Carlson post to Flaherty on April 14, 2021, Flaherty responded to Rice wanting a more detailed explanation of why Facebook had not removed the Tucker Carlson video and questioning how the video had been "demoted" since there were 40,000 shares.[72] Flaherty followed up six minutes later alleging Facebook provided incorrect information through Crowd Tangle.[73]

Two days later, on April 16, 2021, Flaherty demanded immediate answers from Facebook regarding the Tucker Carlson video.[74] Facebook promised to get something to him that night. Facebook followed up on April 21, 2021, with an additional response in regard to an apparent call from Flaherty ("thanks for catching up earlier").[75] Facebook reported the Tucker Carlson content had not violated Facebook's policy, but Facebook gave the video a 50% demotion for seven days and stated that it would continue to demote the video.[76]

(16)     On April 21, 2021, Flaherty, Slavitt, and other HHS officials, met with Twitter officials about "Twitter Vaccine Misinfo Briefing." The invite stated the White House would be briefed by Twitter on vaccine information, trends seen generally about vaccine information, the tangible effects seen from recent policy changes, what interventions were being implemented, previous policy changes, and ways the White House could "partner" in product work.[77]

---

[71] [Id. at 36]
[72] [Id. at 33–34]
[73] [Id.]
[74] [Id. at 33]
[75] [Id.]
[76] [Id. at 33, 36]
[77] [Doc. No. 71-7 at 86].

Twitter discovery responses indicated that during the meeting, White House officials wanted to know why Alex Berenson ("Berenson") had not been "kicked off" Twitter.[78] Slavitt suggested Berenson was "the epicenter of disinfo that radiated outwards to the persuadable public."[79] Berenson was suspended thereafter on July 16, 2021, and was permanently de-platformed on August 28, 2021.[80]

(17)  Also on April 21, 2021, Flaherty, Slavitt, and Fitzpatrick had a meeting with several YouTube officials. The invitation stated the purpose of this meeting was for the White House to be briefed by YouTube on general trends seen around vaccine misinformation, the effects of YouTube's efforts to combat misinformation, interventions YouTube was trying, and ways the White House can "partner" in product work.[81]

In an April 22, 2021, email, Flaherty provided a recap of the meeting and stated his concern that misinformation on YouTube was "shared at the highest (and I mean the highest) levels of the White House."[82] Flaherty indicated that the White House remains concerned that YouTube is "funneling people into hesitancy and intensifying people's vaccine hesitancy."[83] Flaherty further shared that "we" want to make sure YouTube has a handle on vaccine hesitancy and is working toward making the problem better.[84] Flaherty again noted vaccine hesitancy was a concern that is shared by the highest ("and I mean the highest") levels of the White House.[85]

Flaherty further indicated that the White House was coordinating with the Stanford Internet Observatory (which was operating the Virality Project): "Stanford" has mentioned that it's recently

---

[78] [Doc. No. 212-14 at 2–5]
[79] [Id.]
[80] [Doc. No. 212-14, Exh. J, at 2–5]
[81] [Doc. No. 212-15, Exh. K, at 1–4] SEALED DOCUMENT
[82] [Doc. No. 174-1 at 39-40]
[83] [Id.]
[84] [Id.]
[85] [Doc. No. 174-1 at 39–40]

19

Vaccine Passports and J&J pause-related stuff, but I'm not sure if that reflects what you're

seeing."[86] Flaherty praised YouTube for reducing distribution of content: "I believe you said you

reduced watch time by 70% on borderline content, which is impressive."[87] However, Flaherty

followed np with additional demands for more information from YouTube. Flaherty emphasized

that the White Honse wanted to make sure YouTube's work extends to the broader problem of

people viewing "vaccine-hesitant content."[88] Flaherty also suggested regular meetings with

YouTube ("Perhaps bi-weekly") as they have done with other "platform partners."[89]

(18)    On April 23, 2021, Flaherty sent Facebook an email including a document entitled

"Facebook COVID-19 Vaccine Misinformation Brief" ("the Brief"), which indicated that

Facebook plays a major role in the spread of COVID vaccine misinformation and found that

Facebook's policy and enforcement gaps enable misinformation to spread.[90] The Brief

recommended much more aggressive censorship of Facebook's enforcement policies and called

for progressively severe penalties. The Brief further recommended Facebook stop distributing anti-

vaccine content in News Feed or in group recommendations. The Brief also called for "warning

screens" before linking to domains known to promote vaccine misinformation.[91] Flaherty noted

sending this Brief was not a White House endorsement of it, but "this is circulating around the

building and informing thinking."[92]

On May 1, 2021, Facebook's Clegg sent an email to Slavitt indicating Facebook and the

White House met recently to "share research work."[93] Clegg apologized for not catching and

---

[86] [Id. at 39]
[87] [Id.]
[88] [Doc. No. 214-1 at 39–40]
[89] [Id. at 39–40]
[90] [Doc. No. 214-14 at 2–3]
[91] [Id.]
[92] [Doc. No. 214-14 at 2–3, Jones Declaration]
[93] [Doc. No. 214-1]

20

Date Filed: 07/17/2023    Page: 24    Document: 43-2    Case: 23-30445

Case: 23-30445     Document: 43-2     Page: 25     Date Filed: 07/17/2023

censoring three pieces of vaccine content that went viral and promised to censor such content more aggressively in the future:

> I wanted to send you a quick note on the three pieces of vaccine content that were seen by a high number of people before we demoted them. Although they don't violate our community standards, we should have demoted them before they went viral, and this has exposed gaps in our operational and technical process.

Notably, these three pieces of information did not violate Facebook's policies. Clegg told Slavitt that Facebook teams had spent the past twenty-four hours analyzing gaps in Facebook and were making several changes next week.[94]

Clegg listed—in bold—demands that the White House had made in a recent meeting and provided a response to each. The demands were: a) address Non-English mis/disinformation circulating without moderation; b) do not distribute or amplify vaccine hesitancy, and Facebook should end group recommendations for groups with a history of COVID-19 or vaccine misinformation; c) monitor events that host anti-vaccine and COVID disinformation; and d) address twelve accounts that were responsible for 73% of vaccine misinformation.[95] Facebook noted that it was scrutinizing these accounts and censoring them whenever it could, but that most of the content did not violate Facebook's policies.[96] Facebook referred to its new policy as their "Dedicated Vaccine Discouraging Entities."[97] Facebook even suggested that too much censorship might be counterproductive and drive vaccine hesitancy: "Among experts we have consulted, there is a general sense that deleting more expressions of vaccine hesitancy might be more

---

[94] [Doc. No. 214-1 at ¶ 116].
[95] [Doc. No. 174-1 at 41–42]
[96] [Doc. No. 174-1 at 41–42].
[97] [Id.]

counterproductive to the goal of vaccine uptake because it could prevent hesitant people from talking through their concerns and potentially reinforce the notion that there's a 'cover-up.'"[98]

(19)    On May 5, 2021, then-White House Press Secretary Jen Psaki ("Psaki") publicly began pushing Facebook and other social-media platforms to censor COVID-19 misinformation. At a White House Press Conference, Psaki publicly reminded Facebook and other social-media platforms of the threat of "legal consequences" if they do not censor misinformation more aggressively. Psaki further stated: "The President's view is that the major platforms have a responsibility related to the health and safety of all Americans to stop amplifying untrustworthy content, disinformation, and misinformation, especially related to COVID-19 vaccinations and elections."[99] Psaki linked the threat of a "robust anti-trust program" with the White House's censorship demand. "He also supports better privacy protections and a robust anti-trust program. So, his view is that there's more that needs to be done to ensure that this type of misinformation; disinformation; damaging, sometime life-threatening information, is not going out to the American public."[100]

The next day, Flaherty followed up with another email to Facebook and chastised Facebook for not catching various COVID-19 misinformation. Flaherty demanded more information about Facebook's efforts to demote borderline content, stating, "Not to sound like a broken record, but how much content is being demoted, and how effective are you at mitigating reach, and how quicky?"[101] Flaherty also criticized Facebook's efforts to censor the "Disinformation Dozen":

---

[98] [Id. at 42]
[99] [Doc. No. 266-6 at 374]
[100] [Id.]
[101] [Doc. No. 174-1 at 41]

"Seems like your 'dedicated vaccine hesitancy' policy isn't stopping the disinfo-dozen – they're being deemed as not dedicated – so it feels like that problem likely coming over to groups."[102]

Things apparently became tense between the White House and Facebook after that, culminating in Flaherty's July 15, 2021 email to Facebook, in which Flaherty stated: "Are you guys fucking serious? I want an answer on what happened here and I want it today."[103]

(20)    On July 15, 2021, things became even more tense between the White House, Facebook, and other social-media platforms. At a joint press conference between Psaki and Surgeon General Murthy to announce the Surgeon General's "Health Advisory on Misinformation,"[104] Psaki announced that Surgeon General Murthy had published an advisory on health misinformation as an urgent public health crisis.[105] Murthy announced: "Fourth, we're saying we expect more from our technology companies. We're asking them to operate with greater transparency and accountability. We're asking them to monitor misinformation more closely. We're asking them to consistently take action against misinformation super-spreaders on their platforms."[106]Psaki further stated, "We are in regular touch with these social-media platforms, and those engagements typically happen through members of our senior staff, but also members of our COVID-19 team," and "We're flagging problematic posts for Facebook that spread disinformation."[107]

Psaki followed up by stating that the White House's "asks" include four key steps by which social-media companies should: 1) measure and publicly share the impact of misinformation on

---

[102] [Id.]
[103] [Id. at 55]
[104] [Doc. No. 210-1 at 16 (Waldo Depo, Exh. 10)]
[105] [Id. at 162]
[106] [Doc. No. 10-1 at 370]
[107] [Id. at 376–77]

23

-PA0023-

their platforms; 2) create a robust enforcement strategy; 3) take faster action against harmful posts; and 4) promote quality information sources in their feed algorithms.[108]

The next day, on July 16, 2021, President Biden, after being asked what his message was to social-media platforms when it came to COVID-19, stated, "[T]hey're killing people."[109] Specifically, he stated "Look, the only pandemic we have is among the unvaccinated, and that they're killing people."[110] Psaki stated the actions of censorship Facebook had already conducted were "clearly not sufficient."[111]

Four days later, on July 20, 2021, at a White House Press Conference, White House Communications Director Kate Bedingfield ("Bedingfield") stated that the White House would be announcing whether social-media platforms are legally liable for misinformation spread on their platforms and examining how misinformation fits into the liability protection granted by Section 230 of the Communications Decency Act (which shields social-media platforms from being responsible for posts by third parties on their sites).[112] Bedingfield further stated the administration was reviewing policies that could include amending the Communication Decency Act and that the social-media platforms "should be held accountable."[113]

(21)    The public and private pressure from the White House apparently had its intended effect. All twelve members of the "Disinformation Dozen" were censored, and pages, groups, and accounts linked to the Disinformation Dozen were removed.[114]

---

[108] [Id. at 377–78]
[109] [Doc. No. 10-1 at 370]
[110] [Id. at 436–37]
[111] [Doc. No. 10-1 at 446]
[112] [Doc. No. 10-1 at 477–78]
[113] [Id.]
[114] [Doc. No. 10-1 at 483–85]

Case: 23-30445     Document: 43-2     Page: 28     Date Filed: 07/17/2023

Twitter suspended Berenson's account within a few hours of President Biden's July 16, 2021 comments. [115] On July 17, 2021, a Facebook official sent an email to Anita B. Dunn ("Dunn"), Senior Advisor to the President, asking for ways to "get back into the White House's good graces" and stated Facebook and the White House were "100% on the same team here in fighting this."[116]

(22)     On November 30, 2021, the White House's Christian Tom ("Tom") emailed Twitter requesting that Twitter watch a video of First Lady Jill Biden that had been edited to make it sound as if the First Lady were profanely heckling children while reading to them.[117] Twitter responded within six minutes, agreeing to "escalate with the team for further review."[118] Twitter advised users that the video had been edited for comedic effect. Tom then requested Twitter apply a "Manipulated Media" disclaimer to the video.[119] After Twitter told Tom the video was not subject to labeling under its policy, Tom disputed Twitter's interpretation of its own policy and added Michael LaRosa ("LaRosa"), the First Lady's Press Secretary, into the conversation.[120] Further efforts by Tom and LaRosa to censor the video on December 9, 13, and 17 finally resulted in the video's removal in December 2021.[121]

(23)     In January 2022, Facebook reported to Rowe, Murthy, Flaherty, and Slavitt that it had "labeled and demoted" vaccine humor posts whose content could discourage vaccination.[122] Facebook also reported to the White House that it "labeled and 'demoted' posts suggesting natural immunity to a COVID-19 infection is superior to vaccine immunity."[123] In January 2022, Jesse

---

[115] [Doc. No. 214-12 at 2–5]
[116] [Doc. No. 174-1 at 49]
[117] [Doc. No. 174-1 at 59–67]
[118] [Id.]
[119] [Id.]
[120] [Id.]
[121] [Id. at 59–67]
[122] [Doc. No. 71-3 at 10–11]
[123] [Doc. No. 71-3 at 10–11]

Lee ("Lee") of the White House sent an email accusing Twitter of calling the President a liar in regard to a Presidential tweet.[124]

At a February 1, 2022, White House press conference, Psaki stated that the White House wanted every social-media platform to do more to call out misinformation and disinformation, and to uplift accurate information.[125]

At an April 25, 2022, White House press conference, after being asked to respond to news that Elon Musk may buy Twitter, Psaki again mentioned the threat to social-media companies to amend Section 230 of the Communications Decency Act, linking these threats to social-media platforms' failure to censor misinformation and disinformation.[126]

On June 13, 2022, Flaherty demanded Meta continue to produce periodic COVID-19 insight reports to track COVID-19 misinformation, and he expressed a concern about misinformation regarding the upcoming authorization of COVID-19 vaccines for children under five years of age. Meta agreed to do so on June 22, 2022.[127]

(24)   In addition to misinformation regarding COVID-19, the White House also asked social-media companies to censor misinformation regarding climate change, gender discussions, abortion, and economic policy. At an Axios event entitled "A Conversation on Battling Misinformation," held on June 14, 2022, the White House National Climate Advisor Gina McCarthy ("McCarthy") blamed social-media companies for allowing misinformation and disinformation about climate change to spread and explicitly tied these censorship demands with threats of adverse legislation regarding the Communications Decency Act.[128]

---

[124] [Doc. No. 174-1 at 69]
[125] [Doc. No. 10-1 at 501–2]
[126] [Id. at 62–63, ¶¶ 193–197]
[127] [Doc. No. 71-3 at 5–6]
[128] [Doc. No. 214-15]

Case: 23-30445   Document: 43-2   Page: 30   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 31   Date Filed: 07/17/2023

On June 16, 2022, the White House announced a new task force to target "general misinformation" and disinformation campaigns targeted at women and LBGTQI individuals who are public and political figures, government and civic leaders, activists, and journalists.[129] The June 16, 2022, Memorandum discussed the creation of a task force to reel in "online harassment and abuse" and to develop programs targeting such disinformation campaigns.[130] The Memorandum also called for the Task Force to confer with technology experts and again threatened social-media platforms with adverse legal consequences if the platforms did not censor aggressively enough.[131]

On July 8, 2022, President Biden signed an Executive Order on protecting access to abortion. Section 4(b)(iv) of the order required the Attorney General, the Secretary of HHS, and the Chair of the Federal Trade Commission to address deceptive or fraudulent practices relating to reproductive healthcare services, including those online, and to protect access to accurate information.[132]

On August 11, 2022, Flaherty emailed Twitter to dispute a note added by Twitter to one of President Biden's tweets about gas prices.[133]

(25)   On August 23, 2021, Flaherty emailed Facebook requesting a report on how Facebook intended to promote the FDA approval of the Pfizer vaccine. He also stated that the White House would appreciate a "push" and provided suggested language.[134]

---

[129] [Doc. No. 214-15[
[130] [Id.]
[131] [Doc. No. 214-16]
[132] [Doc. No. 214-18]
[133] [Doc. No. 174-1 at 68]
[134] [Id.]

Case: 23-30445    Document: 43-2    Page: 32    Date Filed: 07/17/2023

### B. Surgeon General Defendants[135]

Surgeon General Murthy is the Surgeon General of the United States. Eric Waldo ("Waldo") is the Senior Advisor to the Surgeon General and was formerly Chief Engagement Officer for the Surgeon General's office. Waldo's Deposition was taken as part of the allowed Preliminary Injunction-related discovery in this matter.[136]

(1)     Waldo was responsible for maintaining the contacts and relationships with representatives of social-media platforms. Waldo did pre-rollout calls with Twitter, Facebook, and Google/YouTube before the Surgeon General's health advisory on misinformation was published on July 15, 2021.[137] Waldo admitted that Murthy used his office to directly advocate for social-media platforms to take stronger actions against health "misinformation" and that those actions involved putting pressure on social-media platforms to reduce the dissemination of health misinformation.[138] Surgeon General Murthy's message was given to social-media platforms both publicly and privately.[139]

(2)     At a July 15, 2021 joint press conference between Psaki and Murthy, the two made the comments mentioned previously in II A(19), which publicly called for social-media platforms "to do more" to take action against misinformation super-spreaders.[140] Murthy was directly involved in editing and approving the final work product for the July 15, 2021 health advisory on misinformation.[141] Waldo also admitted that Murthy used his "bully pulpit" to talk about health misinformation and to put public pressure on social-media platforms.[142]

---

[135] Surgeon General Defendants consists of Dr. Vivek H. Murthy ("Murthy") and Katharine Dealy ("Dealy").
[136] [Doc. No. 210]
[137] [Doc. No. 210 at 11, 20]
[138] [Id. at 25, 28]
[139] [Id. at 11, 20, 25, 28]
[140] [Id. at 33–35]
[141] [Waldo depo at 14–17]
[142] [Id. at 29]

28

(3)      Waldo's initial rollout with Facebook was negatively affected because of the public attacks by the White House and Office of the Surgeon General towards Facebook for allowing misinformation to spread.[143] Clegg of Facebook reached out to attempt to request "de-escalation" and "working together" instead of the public pressure.[144] In the call between Clegg and Murthy, Murthy told Clegg he wanted Facebook to do more to censor misinformation on its platforms. Murthy also requested Facebook share data with external researchers about the scope and reach of misinformation on Facebook's platforms to better understand how to have external researchers validate the spread of misinformation.[145] "Data about misinformation" was the topic of conversation in this call; DJ Patil, chief data scientist in the Obama Administration, Murthy, Waldo, and Clegg all participated on the call. The purpose of the call was to demand more information from Facebook about monitoring the spread of misinformation.[146]

(4)      One of the "external researchers" that the Office of Surgeon General likely had in mind was Renee DiResta ("DiResta") from the Stanford Internet Observatory, a leading organization of the Virality Project.[147] The Virality Project hosted a "rollout event" for Murthy's July 15, 2021 press conference.[148]

There was coordination between the Office of the Surgeon General and the Virality Project on the launch of Murthy's health advisory.[149] Kyla Fullenwider ("Fullenwider") is the Office of the Surgeon General's key subject-matter expert who worked on the health advisory on misinformation. Fullenwider works for a non-profit contractor, United States' Digital Response.[150]

---

[143] [Id. at 91–94]
[144] [Doc. No. 210 at 95–98]
[145] [Id.]
[146] [Doc. No. 210 at 95–98]
[147] The Virality Project will be discussed later in greater detail.
[148] [Id. at 36–38]
[149] [Id. at 38]
[150] [Id. at 39, 59, 85]

Case: 23-30445      Document: 43-2      Page: 33      Date Filed: 07/17/2023

Waldo, Fullenwider, and DiResta were involved in a conference call after the July 15, 2021 press conference where they discussed misinformation.[151] The Office of the Surgeon General anticipated that social-media platforms would feel pressured by the Surgeon General's health advisory.[152]

(5)    Waldo and the Office of the Surgeon General received a briefing from the Center for Countering Digital Hate ("CCDH") about the "Disinformation Dozen." CCDH gave a presentation about the Disinformation Dozen and how CCDH measured and determined that the Disinformation Dozen were primarily responsible for a significant amount of online misinformation.[153]

(6)    In his deposition, Waldo discussed various phone calls and communications between Defendants and Facebook. In August of 2021, Waldo joined a call with Flaherty and Brian Rice of Facebook.[154] The call was an update by Facebook about the internal action it was taking regarding censorship.[155] Waldo was aware of at least one call between Murthy and Facebook in the period between President Biden's election and assuming office, and he testified that the call was about misinformation.[156] Waldo was also aware of other emails and at least one phone call where Flaherty communicated with Facebook.[157]

(7)    The first meeting between the Office of the Surgeon General and social-media platforms occurred on May 25, 2021, between Clegg, Murthy, and Slavitt. The purpose of this call was to introduce Murthy to Clegg. Clegg emailed Murthy with a report of misinformation on Facebook on May 28, 2021.[158]

---

[151] [Id.]
[152] [Id. at 39, 59, 85]
[153] [Id. at 43, 47]
[154] [Id. at 66, 124–25]
[155] [Id. at 66, 124–25]
[156] [Id. at 55–56]
[157] [Id. at 64–65]
[158] [Doc. No. 210-4]

Case: 23-30445     Document: 43-2     Page: 34     Date Filed: 07/17/2023

Policy updates about increasing censorship were announced by Facebook on May 27, 2021.[159] The Office of the Surgeon General had a pre-rollout (i.e., before the rollout of the Surgeon General's health advisory on misinformation) call with Twitter and YouTube on July 12 and July 14, 2021.[160] The Office of the Surgeon General had a rollout call with Facebook on July 16, 2021. The July 16 call with Facebook was right after President Biden had made his "[T]hey're killing people" comment (II A (19), above), and it was an "awkward call" according to Waldo.[161]

Another call took place on July 23, 2021, between Murthy, Waldo, DJ Patil, Clegg, and Rice. Clegg shared more about the spread of information and disinformation on Facebook after the meeting. At the meeting, Murthy raised the issue of wanting to have a better understanding of the reach of misinformation and disinformation as it relates to health on Facebook; Murthy often referred to health misinformation in these meetings as "poison."[162] The Surgeon General's health advisory explicitly called for social-media platforms to do more to control the reach of misinformation.[163]

On July 30, 2021, Waldo had a meeting with Google and YouTube representatives. At the meeting, Google and YouTube reported to the Office of the Surgeon General what actions they were taking following the Surgeon General's health advisory on misinformation.[164]

On August 10, 2021, Waldo and Flaherty had a call with Rice calling for Facebook to report to federal officials as to Facebook's actions to remove "disinformation" and to provide details regarding a vaccine misinformation operation Facebook had uncovered.[165]

---

[159] [Id. at 78, Exh. 3]
[160] [Id. at 85]
[161] [Id.]
[162] [Id. at 95–98, 101, 105]
[163] [Id. at 107–08]
[164] [Doc. No. 210-4 at 33]
[165] [Id.]

-PA0031-

Another meeting took place between Google/YouTube, Waldo, and Flaherty on September 14, 2021, to discuss a new policy YouTube was working on and to provide the federal officials with an update on YouTube's efforts to combat harmful COVID-19 misinformation on its platform.[166]

(8)     After the meetings with social-media platforms, the platforms seemingly fell in line with the Office of Surgeon General's and White House's requests. Facebook announced policy updates about censoring misinformation on May 27, 2021, two days after the meeting.[167] As promised, Clegg provided an update on misinformation to the Office of Surgeon General on May 28, 2021, three days after the meeting[168] and began sending bi-weekly COVID content reports on June 14, 2021.[169]

On July 6, 2021, Waldo emailed Twitter to set up the rollout call for the Office of the Surgeon General's health advisory on misinformation and told Twitter that Murthy had been thinking about how to stop the spread of health misinformation; that he knew Twitter's teams were working hard and thinking deeply about the issue; and that he would like to chat over Zoom to discuss.[170] Twitter ultimately publicly endorsed the Office of the Surgeon General's call for greater censorship of health misinformation.[171]

Waldo sent an email to YouTube on July 6, 2021, to set up the rollout call and to state that the Office of the Surgeon General's purpose was to stop the spread of misinformation on social-media platforms.[172] YouTube eventually adopted a new policy on combatting COVID-19

---

[166] [Id. at 129]
[167] [Doc. No. 210-1 at 138]
[168] [Doc. No. 210-5 at 1–2]
[169] [Doc. No. 210-6]
[170] [Doc. No. 210-7 at 145–46]
[171] [Id.]
[172] [Doc. No. 210-8]

Case: 23-30445   Document: 43-2   Page: 36   Date Filed: 07/17/2023

misinformation and began providing federal officials with updates on YouTube's efforts to combat the misinformation.[173]

(9)    At the July 15, 2021 press conference, Murthy described health misinformation as one of the biggest obstacles to ending the pandemic; insisted that his advisory was on an urgent public health threat; and stated that misinformation poses an imminent threat to the nation's health and takes away the freedom to make informed decisions.[174] Murthy further stated that health disinformation is false, inaccurate, or misleading, based upon the best evidence at the time.[175]

Murthy also stated that people who question mask mandates and decline vaccinations are following misinformation, which results in illnesses and death.[176] Murthy placed specific blame on social-media platforms for allowing "poison" to spread and further called for an "all-of-society approach" to fight health misinformation.[177] Murthy called upon social-media platforms to operate with greater transparency and accountability, to monitor information more clearly, and to "consistently take action against misinformation super-spreaders on their platforms."[178] Notably, Waldo agreed in his deposition that the word "accountable" carries with it the threat of consequences.[179] Murthy further demanded social-media platforms do "much, much, more" and take "aggressive action" against misinformation because the failure to do so is "costing people their lives."[180]

(10)    Murthy's July 15, 2021 health advisory on misinformation blamed social-media platforms for the spread of misinformation at an unprecedented speed, and it blamed social-media

---

[173] [Doc. No. 210-8].
[174] [Doc. No. 210-11]
[175] [Doc. No. 210-11]
[176] [Doc. No. 210-11]
[177] [Id.]
[178] [Id.]
[179] [Id.]
[180] [Id.]

Case: 23-30445     Document: 43-2     Page: 37     Date Filed: 07/17/2023

features and algorithms for furthering the spread.[181]  The health advisory further called for social-media platforms to enact policy changes to reduce the spread of misinformation, including appropriate legal and regulatory measures.[182]

Under a heading entitled "What Technology Platforms Can Do," the health advisory called for platforms to take a series of steps to increase and enable greater social-media censorship of misinformation, including product changes, changing algorithms to avoid amplifying misinformation, building in "frictions" to reduce the sharing of misinformation, and practicing the early detection of misinformation super-spreaders, along with other measures.[183]  The consequences for misinformation would include flagging problematic posts, suppressing the spread of the information, suspension, and permanent de-platforming.[184]

(11)    The Office of the Surgeon General collaborated and partnered with the Stanford University Internet Observatory and the Virality Project. Murthy participated in a January 15, 2021 launch of the Virality Project. In his comments, Murthy told the group, "We're asking technology companies to operate with great transparency and accountability so that misinformation does not continue to poison our sharing platforms and we knew the government can play an important role, too."[185]

Murthy expressly mentioned his coordination with DiResta at the Virality Project and expressed his intention to maintain that collaboration. He claimed that he had learned a lot from the Virality Project's work and thanked the Virality Project for being such a great "partner."[186]

---

[181] [Doc. No. 210-11]
[182] [Id.]
[183] [Id.]
[184] [Id.]
[185] [Doc. No. 210-13, Doc. No. 210, at 206–07].
[186] [Doc. No. 210-1 at 213]

Case: 23-30445     Document: 43-2     Page: 38     Date Filed: 07/17/2023

Murthy also stated that the Office of the Surgeon General had been "partnered with" the Stanford Internet Observatory for many months.[187]

(12)   After President Biden's "[T]hey're killing people" comment on July 16, 2021, Facebook representatives had "sad faces" according to Waldo. On July 21, 2021, Facebook emailed Waldo and Fullenwider with CrowdTangle data and with "interventions" that created "frictions" with regard to COVID misinformation. The interventions also included limiting forwarding of WhatsApp messages, placing warning labels on fact-checked content, and creating "friction" when someone tries to share these posts on Facebook. Facebook also reported other censorship policy and actions, including censoring content that contributes to the risk of imminent physical harm, permanently banning pages, groups, and accounts that repeatedly broke Facebook's COVID-19 misinformation rnles, and reducing the reach of posts, pages, groups, and accounts that share other false claims "that do not violate our policies but may present misleading or sensationalized information about COVID-19 and vaccines."[188]

On July 16, 2021, Clegg emailed Murthy and stated, "I know our teams met today to better understand the scope of what the White House expects of us on misinformation going forward."[189] On July 18, 2021, Clegg messaged Murthy stating "I imagine you and your team are feeling a little aggrieved—as is the [Facebook] team, it's not great to be accused of killing people—but as I said by email, I'm keen to find a way to deescalate and work together collaboratively. I am available to meet/speak whenever suits."[190] As a result of this communication, a meeting was scheduled for July 23, 2021.[191]

---

[187] [Doc. No. 210-1 at 213]
[188] [Doc. No. 210-15]
[189] [Doc. No. 210-16]
[190] [Doc. No. 210-17]
[191] [Doc. No. 210-18]

Date Filed: 07/17/2023     Page: 40     Document: 43-2     Case: 23-30445

At the July 23, 2021 meeting, the Office of the Surgeon General officials were concerned about understanding the reach of Facebook's data.[192] Clegg even sent a follow-up email after the meeting to make sure Murthy saw the steps Facebook had been taking to adjust policies with respect to misinformation and to further address the "disinfo-dozen."[193] Clegg also reported that Facebook had "expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing."[194] Further, Facebook also agreed to "do more" to censor COVID misinformation, to make its internal data on misinformation available to federal officials, to report back to the Office of the Surgeon General, and to "strive to do all we can to meet our 'shared' goals."[195]

Evidently, the promised information had not been sent to the Office of the Surgeon General by August 6, 2021, so the Office requested the information in a report "within two weeks."[196] The information entitled "How We're Taking Action Against Vaccine Misinformation Superspreaders" was later sent to the Office of the Surgeon General. It detailed a list of censorship actions taken against the "Disinformation Dozen."[197] Clegg followed up with an August 20, 2021 email with a section entitled "Limiting Potentially Harmful Misinformation," which detailed more efforts to censor COVID-19 Misinformation.[198] Facebook continued to report back to Waldo and Flaherty with updates on September 19 and 29 of 2021.[199]

(13)   Waldo asked for similar updates from Twitter, Instagram, and Google/YouTube.[200]

---

[192] [Id.]
[193] [Id. at 4–5]
[194] [Id.]
[195] [Id.]
[196] [Doc. No. 210-22 at 1–3]
[197] [Doc. No. 210-21]
[198] [Doc. No. 210-22 at 2]
[199] [Doc. No. 210, Waldo depo. Exh 30, 31]
[200] [Doc. No. 210, Waldo depo. at 257–58]

(14)    The Office of the Surgeon General also collaborated with the Democratic National Committee. Flaherty emailed Murthy on July 19, 2021, to put Murthy in touch with Jiore Craig ("Craig") from the Democratic National Committee who worked on misinformation and disinformation issues.[201] Craig and Murthy set up a Zoom meeting for July 22, 2021.

(15)    After an October 28, 2021 Washington Post article stated that Facebook researchers had deep knowledge about how COVID-19 and vaccine misinformation ran through Facebook's apps, Murthy issued a series of tweets from his official Twitter account indicating he was "deeply disappointed" to read this story, that health misinformation had harmed people's health and cost lives, and that "we must demand Facebook and the rest of the social-media ecosystems take responsibility for stopping health misinformation on their platforms."[202] Murthy further tweeted that "we need transparency and accountability now."[203]

(16)    On October 29, 2021, Facebook asked federal officials to provide a "federal health contract" to dictate "what content would be censored on Facebook's platforms."[204] Federal officials informed Facebook that the federal health authority that could dictate what content could be censored as misinformation was the CDC.[205]

(17)    Murthy continued to publicly chastise social-media platforms for allowing health misinformation to be spread on their platforms. Murthy made statements on the following platforms: a December 21, 2021 podcast threatening to hold social-media platforms accountable for not censoring misinformation;[206] a January 3, 2022 podcast with Alyssa Milano stating that "platformers need to step up to be accountable for making their spaces safer";[207] and a February

---

[201] [Doc. No. 210, Exh. 22]
[202] [Doc. No. 210, Exh. 31]
[203] [Id.]
[204] [Doc. No. 210, Exh. 33]
[205] [Id.]
[206] [Doc. No. 210, Exh. 38, Audio Transcript, at 7]
[207] [Doc. No. 210–33]

37

Case: 23-30445     Document: 43-2     Page: 42     Date Filed: 07/17/2023

14, 2022 panel discussion hosted by the Rockefeller Foundation, wherein they discussed that technology platforms enabled the speed, scale, and sophistication with which this misinformation was spreading.[208]

On March 3, 2022, the Office of the Surgeon General issued a formal Request for Information ("RFI"), published in the Federal Register, seeking information from social-media platforms and others about the spread of misinformation.[209] The RFI indicated that the Office of the Surgeon General was expanding attempts to control the spread of misinformation on social media and other technology platforms.[210] The RFI also sought information about censorship policies, how they were enforced, and information about disfavored speakers.[211] The RFI was sent to Facebook, Google/YouTube, LinkedIn, Twitter, and Microsoft[212] by Max Lesko ("Lesko"), Murthy's Chief of Staff, requesting responses from these social-media platforms.[213] Murthy again restated social-media platforms' responsibility to reduce the spread of misinformation in an interview with GQ Magazine.[214] Murthy also specifically called upon Spotify to censor health information.[215]

### C. CDC Defendants[216]

(1)     Crawford is the Director for The Division of Digital Media within the CDC Office of the Associate Director for Communications. Her deposition was taken pursuant to preliminary-

---

[208] [Doc. No. 210–34]

[209] [Doc. No. 32. Ex. 42, 87 Fed. Reg. 12712]

[210] [Id.]

[211] [Id.]

[212] [Id. Exh. 46, 47, 48, 49, 50, 51]

[213] [Id.]

[214] [Id. Exh. 51]

[215] [Exh. 52]

[216] The CDC Defendants consist of the Centers for Disease Control & Prevention, Carol Crawford ("Crawford"), Jay Dempsey ("Dempsey"), Kate Galatas ("Galatas"), United States Census Bureau ("Census Bureau"), Jennifer Shopkorn ("Shopkorn"), the Department of Health and Human Services ("HHS"), Xavier Becerra ("Becerra"), Yolanda Byrd ("Byrd"), Christy Choi ("Choi"), Ashley Morse ("Morse"), and Joshua Peck ("Peck").

Case: 23-30445     Document: 43-2     Page: 43     Date Filed: 07/17/2023

injunction related discovery here.[217] The CDC is a component of the Department of Health and Human Services ("HHS"); Xavier Becerra ("Becerra") is the Secretary of HHS.[218] Crawford's division provides leadership for CDC's web presence, and Crawford, as director, determines strategy and objectives and oversees its general work.[219] Crawford was the main point of contact for communications between the CDC and social-media platforms.[220]

Prior to the COVID-19 pandemic, Crawford only had limited contact with social-media platforms, but she began having regular contact post-pandemic, beginning in February and March of 2020.[221] Crawford communicated with these platforms via email, phone, and meetings.[222]

(2)     Facebook emailed State Department officials on February 6, 2020, that it had taken proactive and reactive steps to control information and misinformation related to COVID-19. The email was forwarded to Crawford, who reforwarded to her contacts on Facebook.[223] Facebook proposed to Crawford that it would create a Coronavirus page that would give information from trusted sources including the CDC. Crawford accepted Facebook's proposal on February 7, 2020, and suggested the CDC may want to address "widespread myths" on the platform.[224]

Facebook began sending Crawford CrowdTangle reports on January 25, 2021. CrowdTangle is a social-media listening tool for Meta, which shows themes of discussion on social-media channels. These reported on "top engaged COVID and vaccine-related content overall across Pages and Groups."[225] This CrowdTangle report was sent by Facebook to Crawford

---

[217] [Doc. No. 205-1]
[218] [Doc. No. 266-5 at 57–61]
[219] [Doc. No. 205-1 at 11]
[220] [Id. at 249]
[221] [Id. at 16–18]
[222] [Id. at 20]
[223] [Doc. 205-3 at 3]
[224] [Id. at 1–2]
[225] [Id. at 49–52]

in response to a prior conversation with Crawford.[226] The CDC had privileged access to CrowdTangle since early 2020.[227]

Facebook emailed Crawford on March 3, 2020, that it intended to support the Government in its response to the Coronavirus, including a goal to remove certain information.[228] Crawford and Facebook began having discussions about misinformation with Facebook in the Fall of 2020, including discussions of how to combat misinformation.[229]

The CDC used CrowdTangle, along with Meltwater reports (used for all platforms), to monitor social media's themes of discussion across platforms.[230] Crawford recalls generally discussing misinformation with Facebook.[231] Crawford added Census Bureau officials to the distribution list for CrowdTangle reports because the Census Bureau was going to begin working with the CDC on misinformation issues.[232]

(3)    On January 27, 2021, Facebook sent Crawford a recurring invite to a "Facebook weekly sync with CDC."[233] A number of Facebook and CDC officials were included in the invite, and the CDC could invite other agencies as needed.[234] The CDC had weekly meetings with Facebook.[235]

(4)    On March 10, 2021, Crawford sent Facebook an email seeking information about "Themes that have been removed for misinfo."[236] The CDC questioned if Facebook had info on the types of posts that were removed. Crawford was aware that the White House and the HHS

---

[226] [Doc. No. 205-1, Exh. 6 at 2]
[227] [Id. at 49–52, 146–47]
[228] [Doc. No. 205-4 at 1–2]
[229] [Doc. No. 205-7 at 1–2]
[230] [Doc. No. 205-1 at 154–55]
[231] [Id. at 58]
[232] [Id.]
[233] [Doc. No. 205-1 at 226]
[234] [Doc. No. 205-36]
[235] Doc. No. 205-1 at 226]
[236] [Doc. No. 205-44 at 2–3]

Case: 23-30445    Document: 43-2    Page: 44    Date Filed: 07/17/2023

Date Filed: 07/17/2023     Page: 45     Document: 43-2     Case: 23-30445

were also receiving similar information from Facebook.[237] The HHS was present at meetings with social-media companies on March 1, 2021,[238] and on April 21, 2021.[239]

(5)     On March 25, 2021, Crawford and other CDC officials met with Facebook. In an email by Facebook prior to that meeting, Facebook stated it would present on COVID-19 misinformation and have various persons present, including a Misinformation Manager and a Content-Manager official (Liz Lagone).[240] Crawford responded, attaching a PowerPoint slide deck, stating "This is a deck Census would like to discuss and we'd also like to fit in a discussion of topic types removed from Facebook."[241] Crawford also indicated two Census Bureau officials, Schwartz and Shopkorn, would be present, as well as two Census Bureau contractors, Sam Huxley and Christopher Lewitzke.[242]

The "deck" the Census Bureau wanted to discuss contained an overview of "Misinformation Topics" and included "concerns about infertility, misinformation about side effects, and claims about vaccines leading to deaths."[243] For each topic, the deck included sample slides and a statement from the CDC debunking the allegedly erroneous claim.[244]

(6)     Crawford admits she began engaging in weekly meetings with Facebook,[245] and emails verify that the CDC and Facebook were repeatedly discussing misinformation back and forth.[246] The weekly meetings involved Facebook's content-mediation teams. Crawford mainly inquired about how Facebook was censoring COVID-19 misinformation in these meetings.[247]

---

[237] [Doc. No. 205-1 at 258–61]
[238] Twitter with White House
[239] Twitter with White House
[240] [Doc. No. 205-1 at 103]
[241] [Id.]
[242] [Doc. No. 205-34 at 3]
[243] [Id. at 4]
[244] [Id. at 6–14]
[245] [Doc. No. 205-1 at 68–69]
[246] [Doc. No. 205-9 at 1–4]
[247] [Doc. No. 205-1 at 68–69]

(7)     The CDC entered into an Intra-Agency Agreement ("IAA") with the Census Bureau to help advise on misinformation. The IAA required that the Census Bureau provide reports to the CDC on misinformation that the Census Bureau tracked on social media.[248] To aid in this endeavor, Crawford asked Facebook to allow the Census Bureau to be added to CrowdTangle.[249]

(8)     After the March 2021 weekly meetings between Facebook, the CDC, and Census Bureau began, Crawford began to press Facebook on removing and/or suppressing misinformation. In particular, she stated, "The CDC would like to have more info... about what is being done on the amplification-side," and the CDC "is still interested in more info on how you view or analyze the data on removals, etc."[250] Further, Crawford noted, "It looks like the posts from last week's deck about infertility and side effects have all been removed. Were these evaluated by the moderation team or taken down for another reason?"[251] Crawford also questioned Facebook about the CrowdTangle report showing local news coverage of deaths after receiving the vaccine and questioned what Facebook's approach is for "adding labels" to those stories.[252]

On April 13, 2021, Facebook emailed Crawford to propose enrolling CDC and Census Bureau officials in a special misinformation reporting channel; this would include five CDC officials and four Census Bureau officials. The portal was only provided to federal officials.[253]

On April 23, 2021, and again on April 28, 2021, Crawford emailed Facebook about a Wyoming Department of Health report noting that the algorithms that Facebook and other social-media networks are using to "screen out postings of sources of vaccine misinformation" were also screening out valid public health messages.[254]

---

[248] [Doc. No. 205-1 at 71–72, 110]
[249] [Doc. No. 205-9 at 1]
[250] [Doc. No. 205-9 at 2]
[251] [Id.]
[252] [Doc. No. 205-9 at 1]
[253] [Doc. No. 205-11 at 2]
[254] [Doc. No. 205-38 at 2]

-PA0042-

On May 6, 2021, Crawford emailed Facebook a table containing a list of sixteen specific postings on Facebook and Instagram that contained misinformation.[255] Crawford stated in her deposition that she knew when she "flagged" content for Facebook, they would evaluate and possibly censor the content.[256] Crawford stated CDC's goal in flagging information for Facebook was "to be sure that people have credible health information so that they can make the correct health decisions."[257] Crawford continued to "flag" and send misinformation posts to Facebook, and on May 19, 2021,[258] Crawford provided Facebook with twelve specific claims.

(9)     Facebook began to rely on Crawford and the CDC to determine whether claims were true or false. Crawford began providing the CDC with "scientific information" for Facebook to use to determine whether to "remove or reduce and inform."[259] Facebook was relying on the CDC's "scientific information" to determine whether statements made on its platform were true or false.[260] The CDC would respond to "debunk" claims if it had an answer.[261] These included issues like whether COVID-19 had a 99.96% survival rate, whether COVID-19 vaccines cause bells' palsy, and whether people who are receiving COVID-19 vaccines are subject to medical experiments.[262]

Facebook content-mediation officials would contact Crawford to determine whether statements made on Facebook were true or false.[263] Because Facebook's content-moderation policy called for Facebook to remove claims that are false and can lead to harm, Facebook would

---

[255] [Doc. No. 205-10 at 1–3]
[256] [Doc. No. 205-1 at 88]
[257] [Id.]
[258] [Doc. No. 205-12 at 1]
[259] [Id. at 2]
[260] [Doc. No. 205-1 at 106]
[261] [Id.]
[262] [Doc. No. 205-12 at 1–2]
[263] [Doc. No. 205-12 at 2]

Case: 23-30445     Document: 43-2     Page: 47     Date Filed: 07/17/2023

remove and/or censor claims the CDC itself said were false.[264] Questions by Facebook to the CDC related to this content-moderation included whether spike proteins in COVID-19 vaccines are dangerous and whether Guillain-Barre Syndrome or heart inflammation is a possible side effect of the COVID-19 vaccine.[265] Crawford normally referred Facebook to CDC subject-matter experts or responded with the CDC's view on these scientific questions.[266]

(10)   Facebook continued to send the CDC biweekly CrowdTangle content insight reports, which included trending topics such as Door-to-Door Vaccines, Vaccine Side Effects, Vaccine Refusal, Vaccination Lawsuits, Proof of Vaccination Requirement, COVID-19 and Unvaccinated Individuals, COVID-19 Mandates, Vaccinating Children, and Allowing People to Return to Religious Services.[267]

(11)   On August 19, 2021, Facebook asked Crawford for a Vaccine Adverse Event Reporting System ("VAERS") meeting for the CDC to give Facebook guidance on how to address VAERS-related "misinformation."[268] The CDC was concerned about VAERS-related misinformation because users were citing VAERS data and reports to raise concerns about the safety of vaccines in ways the CDC found to be "misleading."[269] Crawford and the CDC followed up by providing written materials for Facebook to use.[270] The CDC eventually had a meeting with Facebook about VAERS-related misinformation and provided two experts for this issue.[271]

(12)   On November 2, 2021, a Facebook content-moderation official reached out to the CDC to obtain clarity on whether the COVID-19 vaccine was harmful to children. This was

---

[264] [Doc. No. 205-26 at 1–4]
[265] [Doc. No. 205-18]
[266] [Doc. No. 205-1 at 140]
[267] [Doc. No. 205-20 at 205–20]
[268] [Doc. No. 205-21]
[269] [Doc. No. 205-22]
[270] [Doc. No. 205-21]
[271] [Doc. No. 205-1 at 151–52]

Case: 23-30445      Document: 43-2      Page: 48      Date Filed: 07/17/2023

following the FDA's emergency use authorization ("EUA") related to the COVID-19 vaccine.[272] In addition to the EUA issue for children, Facebook identified other claims it sought clarity on regarding childhood vaccines and vaccine refusals.[273]

The following Monday, November 8, 2021, Crawford followed up with a response from the CDC, which addressed seven of the ten claims Facebook had asked the CDC to evaluate. The CDC rated six of the claims "False" and stated that any of these false claims could cause vaccine refusal.[274]

The questions the CDC rated as "false" were:

1) COVID-19 vaccines weaken the immune system;
2) COVID-19 vaccines cause auto-immune diseases;
3) Antibody-dependent enhancement ("ADE") is a side effect of COVID-19 vaccines;
4) COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS);
5) Breast milk from a vaccinated parent is harmful to babies/children; and
6) COVID-19 vaccines cause multi-system inflammatory syndrome in children (MIS-C).

(13)   On February 3, 2022, Facebook again asked the CDC for clarification on whether a list of claims were "false" and whether the claims, if believed, could contribute to vaccine refusals.[275] The list included whether COVID-19 vaccines cause ulcers or neurodegenerative diseases such as Huntington's and Parkinson's disease; the FDA's possible future issuance of an EUA to children six months to four years of age; and questions about whether the COVID-19 vaccine causes death, heart attacks, autism, birth defects, and many others.[276]

(14)   In addition to its communications with Facebook, the CDC and Census Bureau also had involvement with Google/YouTube. On March 18, 2021, Crawford emailed Google, with the

---

[272] [Doc. 205-23 at 1–2]
[273] [Id.]
[274] [Doc. No. 205–24]
[275] [Doc. No. 205-26 at 1]
[276] [Id. at 1–4]

subject line "COVID Misinfo Project." Crawford informed Google that the CDC was now working with the Census Bureau (who had been meeting with Google regularly) and wanted to set up a time to talk and discuss the "COVID Misinfo Project."[277] According to Crawford, the previous Census project referred to the Census' work on combatting 2020 Census misinformation.[278]

On March 23, 2021, Crawford sent a calendar invite for a March 24, 2021 meeting, which included Crawford and five other CDC employees, four Census Bureau employees, and six Google/YouTube officials.[279] At the March 24, 2021 meeting, Crawford presented a slide deck similar to the one prepared for the Facebook meeting. The slide deck was entitled "COVID Vaccine Misinformation: Issue Overview" and included issues like infertility, side effects, and deaths. The CDC and the Census Bureau denied that COVID-19 vaccines resulted in infertility, caused serious side effects, or resulted in deaths. [280]

(15)    On March 29, 2021, Crawford followed up with Google about using their "regular 4 p.m. meetings" to go over things with the Census.[281] Crawford recalled that the Census was asking for regular meetings with platforms, specifically focused on misinformation.[282] Crawford also noted that the reference to the "4 p.m. meeting" refers to regular biweekly meetings with Google, which "continues to the present day."[283] Crawford also testified she had similar regular meetings with Meta and Twitter, and previously had regular meetings with Pinterest. Crawford stated these meetings were mostly about things other than misinformation, but misinformation was discussed at the meetings.[284]

---

[277] [Doc. No. 205-28]
[278] [Doc. No. 205-1 at 175]
[279] [Doc. No. 214-22 Jones Dec. Exh. T] SEALED DOCUMENT
[280] [Id.] SEALED DOCUMENT
[281] [Doc. No. 205-1 at 179–82]
[282] [Doc. No. 205-1 at 184–85]
[283] [Doc. No. 205-1 at 180]
[284] [Id. at 181]

46

(16)     On May 10, 2021, Crawford emailed Facebook to establish "COVID BOLO" ("Be on The Lookout") meetings. Google and YouTube were included.[285] Crawford ran the BOLO meetings, and the Census Bureau official arranged the meetings and prepared the slide deck for each meeting.[286]

The first BOLO meeting was held on May 14, 2021; the slide deck for the meeting was entitled "COVID Vaccine Misinformation: Hot Topics" and included five "hot topics" with a BOLO note for each topic. The five topics were: the vaccines caused "shedding"; a report made on VAERS that a two-year old child died from the vaccine; other alleged misleading information on VAERS reports; statements that vaccines were bioweapons, part of a depopulation scheme, or contain microchips; and misinformation about the eligibility of twelve to fifteen year old children for the vaccine.[287] All were labeled as "false" by the CDC, and the potential impact on the public was a reduction of vaccine acceptance.

The second BOLO meeting was held on May 28, 2021. The second meeting also contained a slide deck with a list of three "hot topics" to BOLO: that the Moderna vaccine was unsafe; that vaccine ingredients can cause people to become magnetic; and that the vaccines cause infertility or fertility-related issues in men. All were labeled as false by the CDC, and possibly impacted reduced vaccine acceptance.[288]

A third BOLO meeting scheduled for June 18, 2021, was cancelled due to the new Juneteenth holiday. However, Crawford sent the slide deck for the meeting. The hot topics for this meeting were: that vaccine particles accumulate in ovaries causing fertility; that vaccines contain

---

[285] [Doc. No. 205-40]
[286] [Doc. No. 205-1 at 246, 265–66]
[287] [Doc. No. 214-23 at 4–5] SEALED DOCUMENT
[288] [Doc. No. 214-24 at 3–7] SEALED DOCUMENT

Case: 23-30445     Document: 43-2     Page: 51     Date Filed: 07/17/2023

Case: 23-30445     Document: 43-2     Page: 52     Date Filed: 07/17/2023

microchips; and because of the risk of blood clots to vaccinated persons, airlines were discussing a ban. All were labeled as false.[289]

The goal of the BOLO meetings was to be sure credible information was out there and to flag information the CDC thought was not credible for potential removal.[290]

On September 2, 2021, Crawford emailed Facebook and informed them of a BOLO for a small but growing area of misinformation: one of the CDC's lab alerts was misinterpreted and shared via social media.[291]

(17)   The CDC Defendants also had meetings and/or communications with Twitter. On April 8, 2021, Crawford sent an email stating she was "looking forward to setting up regular chats" and asked for examples of misinformation. Twitter responded.[292]

On April 14, 2021, Crawford sent an email to Twitter giving examples of misinformation topics, including that vaccines were not FDA approved, fraudulent cures, VAERS data taken out of context, and infertility. The list was put together by the Census Bureau team.[293]

On May 10, 2021, Crawford emailed Twitter to print out two areas of misinformation, which included copies of twelve tweets.[294] Crawford informed Twitter about the May 14, 2021 BOLO meeting and invited Twitter to participate. The examples of misinformation given at the meeting included: vaccine shedding; that vaccines would reduce the population; abnormal bleeding; miscarriages for women; and that the Government was lying about vaccines. In a

---

[289] [Doc. No. 214-25 at 2–7] SEALED DOCUMENT
[290] [Doc. No. 205-1 at 266]
[291] [Doc. No. 205-22]
[292] [Doc. No. 205-1 at 197, 205–33]
[293] [Doc. No. 205-33]
[294] [Doc. No. 205-34]

response, Twitter stated that at least some of the examples had been "reviewed and actioned."[295] Crawford understood that she was flagging posts for Twitter for possible censorship.[296]

Twitter additionally offered to enroll CDC officials in its "Partner Support Portal" to provide expedited review of content flagged for censorship.[297] Crawford asked for instructions of how to enroll in the Partnership Support Portal and provided her personal Twitter account to enroll. Crawford was fully enrolled on May 27, 2021.[298] Census Bureau contractor Christopher Lewitzke ("Lewitzke") also requested to enroll in the Partner Support Portal.[299]

Crawford also sent Twitter a BOLO for the alleged misinterpretation of a CDC lab report.[300]

(18)   Crawford testified in her deposition that the CDC has a strong interest in tracking what its constituents are saying on social media.[301] Crawford also expressed concern that if content were censored and removed from social-media platforms, government communicators would not know what the citizen's "true concerns" were.[302]

**D. NIAID Defendants[303]**

The NIAID is a federal agency under HHS. Dr. Fauci was previously the Director of NIAID. Dr. Fauci's deposition was taken as a part of the limited preliminary injunction discovery in this matter.[304]

---

[295] [Id.]
[296] [Doc. No. 205-1 at 211]
[297] [Id. at 211–12]
[298] [Id. at 211–18]
[299] [Doc. No. 201-34 at 2]
[300] [Doc. No. 201-35]
[301] [Doc. No. 201-1 at 57–58]
[302] [Id. at 75]
[303] The NIAD Defendants consist of the National Institute of Allergy and Infectious Disease and Dr. Hugh Auchincloss ("Dr. Auchincloss").
[304] [Doc. No. 206]

49

Case: 23-30445     Document: 43-2     Page: 53     Date Filed: 07/17/2023

1)      Dr. Fauci had been the director of the NIAID for over thirty-eight years and became Chief Medical Advisor to the President in early 2021.[305] Dr. Fauci retired December 31, 2022.

### 1. Lab-Leak Theory

Plaintiffs set forth arguments that because NIAID had funded "gain-of-function"[306] research at Dr. Fauci's direction at the Wuhan Institute of Virology ("Wuhan lab") in Wuhan, China, Dr. Fauci sought to suppress theories that the SARS-CoV2 virus leaked from the Wuhan lab.[307]

(1)      Plaintiffs allege that Dr. Fauci's motive for suppressing the lab-leak theory was a fear that Dr. Fauci and NIAID could be blamed for funding gain-of-function research that created the COVID-19 pandemic. Plaintiffs allege Dr. Fauci participated in a secret call with other scientists on February 1, 2020, and convinced the scientists (who were proponents of the lab-leak theory) to change their minds and advocate for the theory that the COVID-19 virus originated naturally.[308] A few days after the February 1, 2020 call, a paper entitled "The Proximal Origin of COVID-19" was published by Nature Medicine on March 17, 2020. The article concludes that SARS-CoV2 was not created in a lab but rather was naturally occurring.

On February 2, 2020, Dr. Fauci told the other scientists that "given the concerns of so many people and the threat of further distortions on social media it is essential that we move quickly. Hopefully, we can get the WHO to convene."[309] Dr. Fauci emailed Dr. Tedros of the WHO and two senior WHO officials, urging WHO to quickly establish a working group to address the lab-leak theory. Dr. Fauci stated they should "appreciate the urgency and importance of this issue

---

[305] [Doc. No. 206-1 at 10 (Deposition of Dr. Anthony S. Fauci)]
[306] "Gain-of-function" research involves creating a potentially dangerous virus in a laboratory.
[307] [Doc. No. 212-3 at 151–85]
[308] [Id. at 165]
[309] [Doc. No. 206-9 at 2]

given the gathering internet evident in the science literature and in mainstream and social media

to the question of the origin of this virus." Dr. Fauci also stated WHO needed to "get ahead of

...the narrative of this and not reacting to reports which could be very damaging."[310] Numerous

drafts of "The Proximal Origin of COVID-19" were sent to Dr. Fauci to review prior to the article

being published in Nature Medicine.[311]

(2)      On February 9, 2020, in a joint podcast with Dr. Peter Daszak of the Eco Health

Alliance,[312] both Drs. Fauci and Daszak discredited the lab-leak theory, calling it a "conspiracy

theory."[313]

(3)      Three authors of "The Proximal Origins of SARS-CoV2," Robert Garry, Kristian

Anderson, and Ian Lipkin, received grants from NIH in recent years.[314]

(4)      After "The Proximal Origins of SARS-CoV2" was completed and published in

Nature Medicine, Dr. Fauci began discrediting the lab-leak theory. "This study leaves little room

to refute a natural original for COVID-19." "It's a shining object (lab-leak theory) that will go

away in times."[315]

At an April 17, 2020 press conference, when asked about the possibility of a lab-leak, Dr.

Fauci stated, "There was a study recently that we can make available to you, where a group of

highly qualified evolutionary virologists looked at the sequences there and the sequences in bats

as they evolve. And the mutations that it took to get to the point where it is now is totally consistent

---

[310] [Doc. No. 206-9 at 1]
[311] [Doc. No. 206-13 at 1, 7-8; 206-11 at 2–3; and 206–20]
[312] [Doc. No. 206-16 at 1]
[313] [Doc. No. 206-16 at 1; 206-17 at 1]
[314] [Doc. No. 214-30]
[315] [Doc. No. 206-27 at 3–4]

Case: 23-30445      Document: 43-2      Page: 55      Date Filed: 07/17/2023

with jump of a species from animal to a human."[316] "The Proximal Origin of SARS-CoV2" has since become one of the most widely read papers in the history of science.[317]

(5)     Twitter and Facebook censored the lab-leak theory of COVID-19.[318] However, Dr. Fauci claims he is not aware of any suppression of speech about the lab-leak theory on social media, and he claims he does not have a Twitter or Facebook account.[319]

(6)     On March 15, 2020, Zuckerberg sent Dr. Fauci an email asking for coordination between Dr. Fauci and Facebook on COVID-19 messaging. Zuckerberg asked Dr. Fauci to create a video to be used on Facebook's Coronavirus Information Hub, with Dr. Fauci answering COVID-19 health questions, and for Dr. Fauci to recommend a "point person" for the United States Government "to get its message out over the platform."[320]

Dr. Fauci responded the next day to Zuckerberg saying, "Mark your idea and proposal sounds terrific," "would be happy to do a video for your hub," and "your idea about PSAs is very exciting." Dr. Fauci did three live stream Facebook Q&A's about COVID-19 with Zuckerberg.[321]

**2.  Hydroxychloroquine**

Plaintiffs further allege the NIAID and Dept. of HHS Defendants suppressed speech on hydroxychloroquine. On May 22, 2020, The Lancet published an online article entitled "Hydroxychloroquine or chloroquine with or without a macrolide for treatment of COVID-19: a multi-national registry analysis."[322] The article purported to analyze 96,032 patients to compare persons who did and did not receive this treatment. The study concluded that hydroxychloroquine

---

[316] (Video of April 17, 2020, White House Coronavirus Task Force Briefing, at https://www.youtube.com/watch?v=brbArPX8=6I)
[317] [Doc. No. 214-30]
[318] [Doc. No. 206-32 at 1–2; Doc. No. 206-33 at 3]
[319] [Doc. No. 206-1 at 210]
[320] [Doc. No. 206-24 at 3]
[321] [Doc. No. 201-1 at 177]
[322] [Doc. No. 206-36 at 1]

Case: 23-30445     Document: 43-2     Page: 56     Date Filed: 07/17/2023

and chloroquine were associated with decreased in-hospital survival and an increased frequency of ventricular arrhythmias when used for treatment of COVID-19.[323]

Dr. Fauci publicly cited this study to claim that "hydroxychloroquine is not effective against coronavirus."[324] He then publicly began to discredit COVID-19 treatment with hydroxychloroquine and stated whether the treatment of COVID-19 by hydroxychloroquine was effective could only be judged by rigorous, randomized, double-blind, placebo-based studies. He testified the same on July 31, 2020, before the House Select Subcommittee on Coronavirus Crisis.[325]

(2)    When America's Frontline Doctors held a press conference criticizing the Government's response to the COVID-19 pandemic and spouting the benefits of hydroxychloroquine in treating the coronavirus,[326] Dr. Fauci made statements on Good Morning America[327] and on Andrea Mitchell Reports[328] that hydroxychloroquine is not effective in treating the coronavirus. Social-media platforms censored the America's Frontline Doctors videos. Facebook, Twitter, and YouTube removed the video.[329] Dr. Fauci does not deny that he or his staff at NIAID may have communicated with social-media platforms, but he does not specifically recall it.[330]

### 3. The Great Barrington Declaration

(1)    The GBD was published online on October 4, 2020. The GBD was published by Plaintiffs Dr. Bhattacharja of Stanford and Dr. Kulldorff of Harvard, along with Dr. Gupta of

---

[323] [Id.]
[324] [Doc. No. 206-35 at 1]
[325] https://www.youtube.com/watch?v=RUNCSOQD2UE
[326] [Doc. No. 207-2 at 5]
[327] [Doc. No. 207-1 at 2]
[328] [Doc. No. 207-1 at 2–3]
[329] [Doc. No. 207-2 at 6]
[330] [Doc. No. 206-1 at 238]

Case: 23-30445     Document: 43-2     Page: 58     Date Filed: 07/17/2023

Oxford. The GBD is a one-page treatise opposing reliance on lockdowns and advocating for an approach to COVID-19 called "focused protection."[331] It criticized the social distancing and lockdown approaches endorsed by government experts. The authors expressed grave concerns about physical and mental health impacts of current government COVID-19 lockdown policies and called for an end to lockdowns.[332]

(2)    On October 8, 2020, Dr. Francis Collins emailed Dr. Fauci (and Cliff Lane) stating:

> Hi Tony and Cliff, See https://gbdeclaration.org/. This proposal from the three fringe epidemiologists who met with the Secretary seems to be getting a lot of attention – and even a co-signature from Nobel Prize winner Mike Leavitt at Stanford. There needs to be a quick and devastating published take down of its premises. I don't see anything like that online yet- is it underway? Francis.[333]

The same day, Dr. Fauci wrote back to Dr. Collins stating, "Francis: I am pasting in below a piece from Wired that debunks this theory. Best, Tony."[334]

Dr. Fauci and Dr. Collins followed up with a series of public media statements attacking the GBD. In a Washington Post story run on October 14, 2020, Dr. Collins described the GBD and its authors as "fringe" and "dangerous."[335] Dr. Fauci consulted with Dr. Collins before he talked to the Washington Post.[336] Dr. Fauci also endorsed these comments in an email to Dr. Collins, stating "what you said was entirely correct."[337]

On October 15, 2020, Dr. Fauci called the GBD "nonsense" and "dangerous."[338] Dr. Fauci specifically stated, "Quite frankly that is nonsense, and anybody who knows anything about

---

[331] [Doc. No. 207-5 at 3]
[332] [Id.]
[333] [Doc. No. 207-6]
[334] [Doc. No. 207-7]
[335] [Doc. No. 207-9]
[336] [Doc. No. 206-1 at 272]
[337] [Doc. No. 207-10]
[338] [Doc. No. 207-11 at 1]

epidemiology will tell you that is nonsense and very dangerous."[339] Dr. Fauci testified "it's possible that" he coordinated with Dr. Collins on his public statements attacking the GBD.[340]

(3)      Social-media platforms began censoring the GBD shortly thereafter. In October 2020, Google de-boosted the search results for the GBD so that when Google users googled "Great Barrington Declaration," they would be diverted to articles critical of the GBD, and not to the GBD itself.[341] Reddit removed links to the GBD.[342] YouTube updated its terms of service regarding medical "misinformation," to prohibit content about vaccines that contradicted consensus from health authorities.[343] Because the GBD went against a consensus from health authorities, its content was removed from YouTube. Facebook adopted the same policies on misinformation based upon public health authority recommendations.[344] Dr. Fauci testified that he could not recall anything about his involvement in seeking to squelch the GBD.[345]

(4)      NIAID and NIH staff sent several messages to social-media platforms asking them to remove content lampooning or criticizing Dr. Fauci. When a Twitter employee reached out to CDC officials asking if a particular account associated with Dr. Fauci was "real or not,"[346] Scott Prince of NIH responded, "Fake/Imposter handle.  PLEASE REMOVE!!!"[347] An HHS official then asked Twitter if it could "block" similar parody accounts: "Is there anything else you can also do to block other variations of his (Dr. Fauci's) name from impersonation so we don't have this

---

[339] [Id. at 3]
[340] [Doc. No. 206-1 at 279]
[341] [Doc. No. 207-12 at 4]
[342] [Id. at 4–5]
[343] [Doc. No. 207-13 at 4–5]
[344] [Doc. No. 207-15]
[345] [Doc. No. 206-1 at 251–52, 255–58]
[346] [Doc. No. 207-17 at 2]
[347] [Id.]

55

Case: 23-30445      Document: 43-2      Page: 59      Date Filed: 07/17/2023

occur again?"[348] Twitter replied, "We'll freeze this @handle and some other variations so no one can hop on them."[349]

On April 21, 2020, Judith Lavelle of NIAID emailed Facebook, copying Scott Prince of NIH and Jennifer Routh ("Routh"), and stated, "We wanted to flag a few more fake Dr. Fauci accounts on FB and IG for you I have reported them from NIAID and my personal FB account."[350] Both Lavelle and Routh are members of Dr. Fauci's communications staff.[351] Six of the eight accounts listed were removed by Facebook on the same day.[352]

(5)    On October 30, 2020, a NIAID staffer wrote an email connecting Google/YouTube with Routh, "so that NIAID and the 'Google team' could connect on vaccine communications-specifically misinformation."[353] Courtney Billet ("Billet"), director of the Office of Communications and Government Relations of NIAID, was added by Routh, along with two other NIAID officials, to a communications chain with YouTube.[354] Twitter disclosed that Diua Perry ("Perry"), a Public Affairs Specialist for NIAID, communicates or has communicated with Twitter about misinformation and censorship.[355]

(6)    Dr. Fauci testified that he has never contacted a social-media company and asked them to remove misinformation from one of their platforms.[356]

**4. Ivermectin**

(8)    On September 13, 2021, Facebook emailed Carol Crawford of the CDC to ask whether the claim that "Ivermectin is effective in treating COVID is false, and if believed, could

---

[348] [Id. at 1]
[349] [Id.]
[350] [Doc. No. 207-19 at 3]
[351] [Doc. No. 206-1 at 308]
[352] [Doc. No. 207-19 at 3]
[353] [Doc. No. 207-20 at 1]
[354] [Id.]
[355] [Doc. No. 214-8 at 1]
[356] [Doc. No. 206-1 at 151]

Case: 23-30445    Document: 43-2    Page: 60    Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 61   Date Filed: 07/17/2023

contribute to people refusing the vaccine or self-medicating."[357] The CDC responded the next day and advised Facebook that the claim that Ivermectin is effective in treating COVID is "NOT ACCURATE."[358] The CDC cited the NIH's treatment guidelines for authority that the claims were not accurate.[359]

### 5. Mask Mandates

(9)   Plaintiffs maintain that Dr. Fauci initially did not believe masks worked, but he changed his stance. A February 4, 2020 email, in which Dr. Fauci responded to an email from Sylvia Burwell, stated, "the typical mask you buy in a drugstore is not really effective in keeping out the virus, which is small enough to pass through mankind."[360] Dr. Fauci stated that, at that time, there were "no studies" on the efficacy of masking to stop the spread.[361] On March 31, 2020, Dr. Fauci forwarded studies showing that masking is ineffective.[362]

Plaintiffs allege that Dr. Fauci's position on masking changed dramatically on April 3, 2020, when he became an advocate for universal mask mandates.[363] Dr. Fauci testified his position changed in part because "evidence began accumulating that masks actually work in preventing acquisition and transmission,"[364] although Dr. Fauci could not identify those studies.[365]

---

[357] [Doc. No. 207-22 at 2]
[358] [Id. at 1]
[359] [Id.]
[360] [Doc. No. 206-1 at 314]
[361] [Id. at 316]
[362] [Id. at 318]
[363] [Id. at 317]
[364] [Id.]
[365] [Id. at 318]

Case: 23-30445     Document: 43-2     Page: 62     Date Filed: 07/17/2023

### 6.  Alex Berenson

Alex Berenson ("Berenson") was a former New York Times Science reporter and critic of government messaging about COVID-19 vaccines.  He was de-platformed from Twitter on August 28, 2021.[366]

Dr. Fauci had previously sought to discredit Berenson publicly during an interview with CNN.[367] Dr. Fauci does not deny that he may have discussed Berenson with White House or federal officials, but does not recall specifically whether he did so.[368]

### E.     FBI Defendants[369]

(1)     The deposition of Elvis Chan ("Chan") was taken on November 29, 2021.[370] Chan is the Assistant Special Agent in charge of the Cyber Branch for the San Francisco Division of the FBI.[371] In this role, Chan was one of the primary people communicating with social-media platforms about disinformation on behalf of the FBI. There are also other agents on different cyber squads, along with the FBI's private sector engagement squad, who relay information to social-media platforms.[372]

Chan graduated from the Naval Postgraduate School in 2020 with a M.A. in Homeland Security Studies.[373] His thesis was entitled, "Fighting Bears and Trolls. An Analysis of Social Media Companies and U.S. Government Efforts to Combat Russian Influence Campaigns During the 2020 U.S. Elections."[374] His thesis focuses on information sharing between the FBI, Facebook,

---

[366] [Doc. No. 207-23 at 4]
[367] [Doc. No. 207-24 at 1–2]
[368] [Doc. No. 206-1 at 341–43]
[369] FBI Defendants include Elvis Chan ("Chan"), the Federal Bureau of Investigation ("FBI"), Lauren Dehmlow ("Dehmlow"), and the U.S. Department of Justice ("DOJ").
[370] [Doc. No. 204-1]
[371] [Id. at 8]
[372] [Id. at 105]
[373] [Id. at 10]
[374] [Doc. No. 204-2 at 1]

Date Filed: 07/17/2023

Page: 63

Document: 43-2

Case: 23-30445

Google, and Twitter.[375] Chan relied on research performed by persons and entities comprising the

Election Integrity Partnership, including Graphika,[376] and DiResta of the Stanford Internet

Observatory. Chan communicated directly with DiResta about Russian disinformation.[377]

Chan also knows Alex Stamos ("Stamos"), the head of the Stanford Internet Observatory,

from when Stamos worked for Facebook.[378] Chan and Stamos worked together on "malign-

foreign-influence activities, on Facebook."[379]

(2)     Chan stated that the FBI engages in "information sharing" with social-media

companies about content posted on their platforms, which includes both "strategic-level

information" and "tactical information."[380]

(3)     The FBI, along with Facebook, Twitter, Google/YouTube, Microsoft, Yahoo!,

Wikimedia Foundation, and Reddit, participate in a Cybersecurity and Infrastructure Security

Agency ("CISA") "industry working group."[381] Representatives of CISA, the Department of

Homeland Security's Intelligence & Analysis Division ("I&A"), the Office of Director of National

Intelligence ("ODNI"), the FBI's FITF, the Dept. of Justice National Security Division, and Chan

participate in these industry working groups.[382]

Chan participates in the meetings because most social-media platforms are headquartered

in San Francisco, and the FBI field offices are responsible for maintaining day-to-day relationships

with the companies headquartered in its area of responsibility.[383]

---

[375] [Id. at 18]
[376] [Doc. No. 204-1 at 145]
[377] [Doc. No. 204-1 at 51–52, 85]
[378] [Id. at 54]
[379] [Id at 55]
[380] [Id. at 16–19]
[381] [Id. at 18, 23–24]
[382] [Id. at 24, 171]
[383] [Id. at 24]

Matt Masterson ("Masterson") was the primary facilitator in the meetings for the 2022 election cycle, and Brian Scully ("Scully") was the primary facilitator ahead of the 2022 election.[384] At the USG-Industry ("the Industry") meetings, social-media companies shared disinformation content, providing a strategic overview of the type of disinformation they were seeing. The FBI would then provide strategic, unclassified overviews of things they were seeing from Russian actors.[385]

The Industry meetings were "continuing" at the time Chan's deposition was taken on November 23, 2022, and Chan assumes the meetings will continue through the 2024 election cycle.[386]

(4)     Chan also hosted bilateral meetings between FBI and Facebook, Twitter, Google/YouTnbe, Yahoo!/Verizon, Microsoft/LinkedIn, Wikimedia Foundation and Reddit,[387] and the Foreign Influence Task Force.[388] In the Industry meetings, the FBI raised concerns about the possibility of "hack and dump" operations during the 2020 election cycle.[389] The bilateral meetings are continuing, occurring quarterly, but will increase to monthly and weekly nearer the elections.[390]

In the Industry meetings, FBI officials meet with senior social-media platforms in the "trust and safety or site integrity role." These are the persons in charge of enforcing terms of service and content-moderation policies.[391] These meetings began as early as 2017.[392] At the Industry

---

[384] [Id. at 25–26]
[385] [Id. at 156–57]
[386] [Id. at 285–86]
[387] [Id. at 23–24]
[388] [Id. at 39]
[389] [Id.]
[390] [Id. at 40]
[391] [Id. at 43–44]
[392] [Id. at 87–89]

Case: 23-30445     Document: 43-2     Page: 64     Date Filed: 07/17/2023

meetings, in addition to Chan and Laura Dehmlow ("Dehmlow"), head of the FITF, between three and ten FITF officials and as high as a dozen FBI agents are present.[393]

(5)     On September 4, 2019, Facebook, Google, Microsoft, and Twitter along with the FITF, ODNI, and CISA held a meeting to discuss election issues. Chan attended, along with Director Krebs, Masterson, and Scnlly. Social media's trust and safety on content-moderation teams were also present. The focus of the meeting was to discuss with the social-media companies the spread of "disinformation."[394]

(6)     Discovery obtained from LinkedIn contained 121 pages of emails between Chan, other FBI officials, and LinkedIn officials.[395] Chan testified he has a similar set of communications with other social-media platforms.[396]

(7)     The FBI communicated with social-media platforms using two alternative, encrypted channels, Signal and Teleporter.[397]

(8)     For each election cycle, during the days immediately preceding and through election days, the FBI maintains a command center around the clock to receive and forward reports of "disinformation" and "misinformation." The FBI requests that social-media platforms have people available to receive and process the reports at all times.[398]

(9)     Before the Hunter Biden Laptop story breaking prior to the 2020 election on October 14, 2020, the FBI and other federal officials repeatedly warned industry participants to be alert for "hack and dump" or "hack and leak" operations.[399]

---

[393] [Id. at 109–10]
[394] [Id. at 151]
[395] [Doc. No. 204-3]
[396] Doc. No. 204-1 at 288]
[397] [Id. at 295–296]
[398] [Id. at 301]
[399] [Doc. No. 204-1 at 172, 232–34]

Date Filed: 07/17/2023   Page: 65   Document: 43-2   Case: 23-30445

Dehmlow also mentioned the possibility of "hack and dump" operations.[400] Additionally, the prospect of "hack and dump" operations was repeatedly raised at the FBI-led meetings with FITF and the social-media companies, in addition to the Industry meetings.[401]

Social-media platforms updated their policies in 2020 to provide that posting "hacked materials" would violate their policies. According to Chan, the impetus for these changes was the repeated concern about a 2016-style "hack-and-leak" operation.[402] Although Chan denies that the FBI urged the social-media platforms to change their policies on hacked material, Chan did admit that the FBI repeatedly asked the social-media companies whether they had changed their policies with regard to hacked materials[403] because the FBI wanted to know what the companies would do if they received such materials.[404]

(10)   Yoel Roth ("Roth"), the then-Head of Site Integrity at Twitter, provided a formal declaration on December 17, 2020, to the Federal Election Commission containing a contemporaneous account of the "hack-leak-operations" at the meetings between the FBI, other natural-security agencies, and social-media platforms.[405] Roth's declaration stated:

> Since 2018, I have had regular meetings with the Office of the Director of National Intelligence, the Department of Homeland Security, the FBI, and industry peers regarding election security. During these weekly meetings, the federal law enforcement agencies communicated that they expected "hack-and-leak" operations by state actors might occur during the period shortly before the 2020 presidential election, likely in October. I was told in these meetings that the intelligence community expected that individuals associated with political campaigns would be subject to hacking attacks and that material obtained through those hacking attacks would likely be disseminated over social-media platforms, including Twitter. These expectations of hack-and-leak operations

---

[400] [Id. at 175]
[401] [Id. at 177–78]
[402] [Id. at 205]
[403] [Id. at 206]
[404] [Id. at 249]
[405] [Doc. No. 204-5, ¶¶ 10-11, at 2–3]

-PA0062-

Case: 23-30445     Document: 43-2     Page: 66     Date Filed: 07/17/2023

were discussed through 2020. *I also learned in these meetings that there were rumors that a hack-and-leak operation would involve Hunter Biden.*[406]

Chan testified that, in his recollection, Hunter Biden was not referred to in any of the CISA Industry meetings.[407] The mention of "hack-and-leak" operations involving Hunter Biden is significant because the FBI previously received Hunter Biden's laptop on December 9, 2019, and knew that the later-released story about Hunter Biden's laptop was not Russian disinformation.[408]

In Scully's deposition,[409] he did not dispute Roth's version of events.[410]

Zuckerberg testified before Congress on October 28, 2020, stating that the FBI conveyed a strong risk or expectation of a foreign "hack-and-leak" operation shortly before the 2020 election and that the social-media companies should be on high alert. The FBI also indicated that if a trove of documents appeared, they should be viewed with suspicion.[411]

(11)    After the Hunter Biden laptop story broke on October 14, 2020, Dehmlow refused to comment on the status of the Hunter Biden laptop in response to a direct inquiry from Facebook, although the FBI had the laptop in its possession since December 2019.[412]

The Hunter Biden laptop story was censored on social media, including Facebook and Twitter.[413] Twitter blocked users from sharing links to the New York Post story and prevented users who had previously sent tweets sharing the story from sending new tweets until they deleted

---

[406] (emphasis added)
[407] [Doc. No. 204-1 at 213, 227–28].
[408] [Doc. No. 106-3 at 5–11]
[409] [Doc. No. 209]
[410] [Id. at 247]
[411] [Doc. 204-6 at 56]
[412] [Doc. No. 204-1 at 215]
[413] [Doc. No. Doc 204-5 at ¶ 17]

-PA0063-

Case: 23-30445     Document: 43-2     Page: 67     Date Filed: 07/17/2023

the previous tweet.[414] Further, Facebook began reducing the story's distribution on the platform pending a third-party fact-check.[415]

(12)    Chan further testified that during the 2020 election cycle, the United States Government and social-media companies effectively limited foreign influence companies through information sharing and account takedowns.[416] Chan's thesis also recommended standardized information sharing and the establishment of a national coordination center.

According to Chan, the FBI shares this information with social-media platforms as it relates to information the FBI believes should be censored.[417] Chan testified that the purpose and predictable effect of the tactical information sharing was that social-media platforms would take action against the content in accordance with their policies.[418] Additionally, Chan admits that during the 2020 election cycle, the United States Government engaged in information sharing with social-media companies.[419] The FBI also shared "indicators" with state and local government officials.[420]

Chan's thesis includes examples of alleged Russian disinformation, which had a number of reactions and comments from Facebook users, including an anti-Hillary Clinton post, a secure-border post, a Black Lives Matter post, and a pro-Second Amendment post.[421]

Chan also identified Russian-aligned websites on which articles were written by freelance journalists. A website called NADB, alleged to be Russian-generated, was also identified by the FBI, and suppressed by social-media platforms, despite such content being drafted and written by

---

[414] [Id.]
[415] [Doc. No. 204-6 at 2]
[416] [Doc. No. 204-2 at 3]
[417] [Id.]
[418] [Id. at 32–33]
[419] [Id. at 19]
[420] [Id. at 50]
[421] [Id.]

American users on that site.[422] The FBI identified this site to the social-media companies that took action to suppress it.[423]

(13)   "Domestic disinformation" was also flagged by the FBI for social-media platforms. Just before the 2020 election, information would be passed from other field offices to the FBI 2020 election command post in San Francisco. The information sent would then be relayed to the social-media platforms where the accounts were detected.[424] The FBI made no attempt to distinguish whether those reports of election disinformation were American or foreign.[425]

Chan testified the FBI had about a 50% success rate in having alleged election disinformation taken down or censored by social-media platforms.[426] Chan further testified that although the FBI did not tell the social-media companies to modify their terms of service, the FBI would "probe" the platforms to ask for details about the algorithms they were using[427] and what their terms of service were.[428]

(14)   Chan further testified the FBI identifies specific social-media accounts and URLs to be evaluated "one to five times a month"[429] and at quarterly meetings.[430] The FBI would notify the social-media platforms by sending an email with a secure transfer application within the FBI called a "Teleporter." The Teleporter email contains a link for them to securely download the files from the FBI.[431] The emails would contain "different types of indicators," including specific

---

[422] [Id. at 144–46]
[423] [Doc. No. 204-1 at 141-43]
[424] [Id. at 162]
[425] [Id. at 163]
[426] [Id. at 167]
[427] [Id. at 88]
[428] [Id. at 92]
[429] [Id. at 96]
[430] [Id. at 98]
[431] [Id.]

social-media accounts, websites, URLs, email accounts, and the like, that the FBI wanted the platforms to evaluate under their content-moderation policies.[432]

Most of the time, the emails flagging the misinformation would go to seven social-media platforms. During 2020, Chan estimated he sent out these emails from one to six times per month and in 2022, one to four times per month. Each email would flag a number that ranged from one to dozens of indicators.[433] When the FBI sent these emails, it would request that the social-media platforms report back on the specific actions taken as to these indicators and would also follow up at the quarterly meetings.[434]

(15)   At least eight FBI agents at the San Francisco office, including Chan, are involved in reporting disinformation to social-media platforms.[435] In addition to FBI agents, a significant number of FBI officials from the FBI's Foreign Influence Task Force also participate in regular meetings with social-media platforms about disinformation.[436]

Chan testified that the FBI uses its criminal-investigation authority, national-security authority, the Foreign Intelligence Surveillance Act, the PATRIOT Act, and Executive Order 12333 to gather national security intelligence to investigate content on social media.[437]

Chan believes with a high degree of confidence that the FBI's identification of "tactical information" was accurate and did not misidentify accounts operated by American citizens.[438] However, Plaintiffs identified tweets and trends on Twitter, such as #ReleasetheMemo in 2019, and indicated that 929,000 tweets were political speech by American citizens.[439]

---

[432] [Id. at 99]
[433] [Id. at 100–01]
[434] [Id. at 102–03]
[435] [Id. at 105–08]
[436] [Id. at 108]
[437] [Id. at 111–12]
[438] [Id. at 112]
[439] [Doc. No. 204-2 at 71]

(16)   Chan testified that he believed social-media platforms were far more aggressive in taking down disfavored accounts and content in the 2018 and 2020 election cycles.[440] Chan further thinks that pressure from Congress, specifically the House Permanent Select Committee on Intelligence and the Senate Select Committee on Intelligence, resulted in more aggressive censorship policies.[441] Chan also stated that congressional hearings placed pressure on the social-media platforms.[442]

Chan further testified that Congressional staffers have had meetings with Facebook, Google/YouTube, and Twitter and have discussed potential legislation.[443] Chan spoke directly with Roth of Twitter, Steven Slagle of Facebook, and Richard Salgado of Google, all of whom participated in such meetings.[444]

(17)   Chan testified that 3,613 Twitter accounts and 825 Facebook accounts were taken down in 2018. Chan testified Twitter took down 422 accounts involving 929,000 tweets in 2019.[445]

(18)   Chan testified that the FBI is continuing its efforts to report disinformation to social-media companies to evalnate for suppression and/or censorship.[446] "Post-2020, we've never stopped...as soon as November 3 happened in 2020, we just pretty much rolled into preparing for 2022."[447]

---

[440] [Id. at 115–16]
[441] [Id. at 116]
[442] [Id. at 117–18]
[443] [Id. at 118]
[444] [Id. at 123–26]
[445] [Id. at 133–34, 149–50]
[446] [Doc. No. 204-8 at 2–3]
[447] [Doc. No. 204-8 at 2]

### E. CISA Defendants[448]

The deposition of Brian Scully was taken on January 12, 2023, as part of the injunction-related discovery in this matter.

(1)     The CISA regularly meets with social-media platforms in several types of standing meetings. Scully is the chief of CISA's Mis, Dis and Malinformation Team ("MDM Team"). Prior to President Biden taking office, the MDM Team was known as the "Countering Foreign Influence Task Force ("CFITF").[449] Protentis is the "Engagements Lead" for the MDM Team, and she is in charge of outreach and engagement to key stakeholders, interagency partners, and private sector partners, which includes social-media platforms. Scully performed Protentis's duties while she was on maternity leave.[450] Both Scully and Protentis have done extended detail at the National Security Council, where they work on misinformation and disinformation issues.[451]

(2)     Scully testified that during 2020, the MDM Team did "switchboard work" on behalf of election officials. "Switchboarding" is a disinformation-reporting system provided by CISA that allows state and local election officials to identify something on social media they deem to be disinformation aimed at their jurisdiction. The officials would then forward the information to CISA, which would in turn share the information with the social-media companies.[452]

The main idea, according to Scully, is that the information would be forwarded to social-media platforms, which would make decisions on the content based on their policies.[453] Scully further testified he decided in late April or early May 2022 not to perform switchboarding in 2022.

---

[448] CISA Defendants consist of the Cybersecurity and Infrastructure Security Agency ("CISA"), Jen Easterly ("Easterly"), Kim Wyman ("Wyman"), Lauren Protentis ("Protentis"), Geoffrey Hale ("Hale"), Allison Snell ("Snell"), Brian Scully ("Scully"), the Department of Homeland Security ("DHS"), Alejandro Mayorkas ("Mayorkas"), Robert Silvers ("Silvers"), and Samantha Vinograd ("Vinograd").
[449] [Doc. No. 209-1 at 12]
[450] [Id. at 18–20]
[451] [Id. at 19]
[452] [Id. at 16–17]
[453] [Id. at 17]

Case: 23-30445     Document: 43-2     Page: 72     Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 73   Date Filed: 07/17/2023

However, the CISA website states the MDM Team serves as a "switchboard for routing disinformation concerns to social-media platforms."[454] The switchboarding activities began in 2018.[455]

(3)     The MDM Team continues to communicate regularly with social-media platforms in two different ways. The first way is called "Industry" meetings. The Industry meetings are regular sync meetings between government and industry, including social-media platforms.[456] The second type of communication involves the MDM Team reviewing regular reports from social-media platforms about changes to their censorship policies or to their enforcement actions on censorship.[457]

(4)     The Industry meetings began in 2018 and continue to this day. These meetings increase in frequency as each election nears. In 2022, the Industry meetings were monthly but increased to biweekly in October 2022.[458]

Government participants in the USG-Industry meetings are CISA, the Department of Justice ("DOJ"), ODNI, and the Department of Homeland Security ("DHS"). CISA is typically represented by Scully and Hale. Scully's role is to oversee and facilitate the meetings.[459] Wyman, Snell, and Protentis also participate in the meetings on behalf of CISA.[460] On behalf of the FBI, FITF Chief Dehmlow, Chan, and others from different parts of the FBI participate.[461]

In addition to the Industry meetings, CISA hosts at least two "planning meetings:" one between CISA and Facebook and an interagency meeting between CISA and other participating

---

[454] [Doc. No. 209-19 at 3]
[455] [Id.]
[456] [Doc. No. 209-1 at 21]
[457] [Id.]
[458] [Id. at 24]
[459] [Id. at 25]
[460] [Id. at 28]
[461] [Id. at 29]

federal agencies.[462] The social-media platforms attending the industry meetings include Facebook, Twitter, Microsoft, Google/YouTube, Reddit, LinkedIn, and sometimes the Wikipedia Foundation.[463] At the Industry meetings, participants discuss concerns about misinformation and disinformation. The federal officials report their concerns over the spread of disinformation. The social-media platforms in turn report to federal officials about disinformation trends, share high-level trend information, and repot the actions they are taking.[464] Scully testified that the specific discussion of foreign-originating information is ultimately targeted at preventing domestic actors from engaging in this information.[465]

(5)    CISA has established relationships with researchers at Stanford University, the University of Washington, and Graphika.[466] All three are involved in the Election Integrity Partnership ("EIP").[467]

When the EIP was starting up, CISA interns came up with the idea of having some communications with the EIP. CISA began having communications with the EIP, and CISA connected the EIP with the Center for Internet Security ("CIS"). The CIS is a CISA-funded, non-profit that channels reports of disinformation from state and local government officials to social-media platforms. The CISA interns who originated the idea of working with the EIP also worked for the Stanford Internet Observatory, another part of the EIP. CISA had meetings with Stanford Internet Observatory officials, and eventually both sides decided to work together.[468] The "gap"

---

[462] [Id. at 36–37]
[463] [Id. at 39]
[464] [Id. at 39–41]
[465] [Id. at 41]
[466] [Id. at 46, 48]
[467] [Id. at 48]
[468] [Id. at 49–52]

that the EIP was designed to fill concerned state and local officials' lack of resources to monitor and report on disinformation that affects their jurisdictions.[469]

(6)     The EIP continued to operate during the 2022 election cycle. At the beginning of the election cycle, the EIP gave Scully and Hale, on behalf of CISA, a briefing in May or June of 2022.[470] In the briefing, DiResta walked through what the plans were for 2022 and some lessons learned from 2020. The EIP was going to support state and local election officials in 2022.

(7)     The CIS is a non-profit that oversees the Multi-State Information Sharing and Analysis Center ("MS-ISAC") and the Election Infrastructure Information Sharing and Analysis Center ("EI-ISAC"). Both MS-ISAC and EI-ISAC are organizations of state and/or local government officials created for the purpose of information sharing.[471]

CISA funds the CIS through a series of grants. CISA also directs state and local officials to the CIS as an alternative route to "switchboarding."[472] CISA connected the CIS with the EIP because the EIP was working on the same mission,[473] and it wanted to make sure they were all connected. Therefore, CISA originated and set up collaborations between local government officials and CIS and between the EIP and CIS.

(8)     CIS worked closely with CISA in reporting misinformation to social-media platforms. CIS would receive the reports directly from election officials and would forward this information to CISA. CISA would then forward the information to the applicable social-media platforms. CIS later began to report the misinformation directly to social-media platforms.[474]

---

[469] [Id. at 57]
[470] [Id. at 53–54]
[471] [Id. at 59–61]
[472] [Id. at 61–62]
[473] [Id. at 62–63]
[474] [Id. at 63–64]

Case: 23-30445     Document: 43-2     Page: 75     Date Filed: 07/17/2023

Case: 23-30445    Document: 43-2    Page: 76    Date Filed: 07/17/2023

The EIP also reported misinformation to social-media platforms. CISA served as a mediating role between CIS and EIP to coordinate their efforts in reporting misinformation to the platforms. There were also direct email communications between the EIP and CISA about reporting misinformation.[475] When CISA reported misinformation to social-media platforms, CISA would generally copy the CIS, who, as stated above, was coordinating with the EIP.[476]

(9)    Stamos and DiResta of the Stanford Internet Observatory briefed Scully about the EIP report, "The Long Fuse,"[477] in late Spring or early Summer of 2021. Scully also reviewed copies of that report. Stamos and DiResta also have roles in CISA: DiResta serves as "Subject Matter Expert" for CISA's Cybersecurity Advisory Committee, MDM Subcommittee, and Stamos serves on the CISA Cybersecurity Advisory Committee, as does Kate Starbird ("Starbird") of the University of Washington.[478] Stamos identified the EIP's "partners in government" as CISA, DHS, and state and local officials.[479] Also, according to Stamos, the EIP targeted "large following political partisans who were spreading misinformation intentionally."[480]

(10)    CISA's Masterson was also involved in communicating with the EIP.[481] Masterson and Scully questioned EIP about their statements on election-related information. Sanderson left CISA in January 2021, was a fellow at the Stanford Internet Observatory, and began working for Microsoft in early 2022.[482]

---

[475] [Id. at 63–66]
[476] [Id. at 67–68]
[477] [Doc. 209-2]
[478] [Doc. No. 209-1, at 72, 361; Doc. No. 212-36 at 4 (Jones Deposition-SEALED DOCUMENT)]
[479] [Doc. No. 209-4 at 4]
[480] [Scully depo. Exh. at 17]
[481] [Doc. No. 209-1 at 76]
[482] [Id. at 88–89]

Case: 23-30445   Document: 43-2   Page: 77   Date Filed: 07/17/2023

(11)    CISA received misinformation principally from two sources: the CIS directly from state and local election officials; and information sent directly to a CISA employee.[483] CISA shared information with the EIP and the CIS.[484]

(12)    CISA did not do an analysis to determine what percentage of misinformation was "foreign derived." Therefore, CISA forwards reports of information to social-media platforms without determining whether they originated from foreign or domestic sources.[485]

(13)    The Virality Project was created by the Stanford Internet Observatory to mimic the EIP for COVID.[486] As previously stated, Stamos and DiResta of the Stanford Internet Observatory were involved in the Virality Project. Stamos gave Scully an overview of what they planned to do with the Virality Project, similar to what they did with the EIP.[487] Scully also had conversations with DiResta about the Virality Project.[488] DiResta noted the Virality Project was established on the heels of the EIP, following its success in order to support government health officials' efforts to combat misinformation targeting COVID-19 vaccines.[489]

(14)    According to DiResta, the EIP was designed to "get around unclear legal authorities, including very real First Amendment questions" that would arise if CISA or other government agencies were to monitor and flag information for censorship on social media.[490]

(15)    The CIS coordinated with the EIP regarding online misinformation and reported it to CISA. The EIP was using a "ticketing system" to track misinformation.[491] Scully asked the social-media platforms to report back on how they were handling reports of misinformation and

---

[483] [Id. at 119–20]
[484] [Id. at 120–21]
[485] [Id. at 122–23]
[486] [Id. at 134]
[487] [Id. at 134–36]
[488] [Id. at 139]
[489] [Doc. No. 209-5 at 7]
[490] [Id. at 4]
[491] [Doc. No. 209-1 at 159]

disinformation received from CISA.[492] CISA maintained a "tracking spreadsheet" of its misinformation reports to social-media platforms during the 2020 election cycle.[493]

(16)    At least six members of the MDM team, including Scully, "took shifts" in the "switchboarding" operation reporting disinformation to social-media platforms; the others were Chad Josiah ("Josiah"), Rob Schaul ("Schaul"), Alex Zaheer ("Zaheer"), John Stafford ("Stafford"), and Pierce Lowary ("Lowary"). Lowary and Zaheer were simultaneously serving as interns for CISA and working for the Stanford Internet Observatory, which was the operating the EIP.[494] Therefore, Zaheer and Lowary were simultaneously engaged in reporting misinformation to social-media platforms on behalf of both CISA and the EIP.[495] Zaheer and Lowary were also two of the four Stanford interns who came up with the idea for the EIP.[496]

(17)    The CISA switchboarding operation ramped up as the election drew near. Those working on the switchboarding operation worked tirelessly on election night.[497] They would also "monitor their phones" for disinformation reports even during off hours so that they could forward disinformation to the social-media platforms.[498]

(18)    As an example, Zaheer, when switchboarding for CISA, forwarded supposed misinformation to CISA's reporting system because the user had claimed "mail-in voting is insecure" and that "conspiracy theories about election fraud are hard to discount."[499]

CISA's tracking spreadsheet contains at least eleven entries of switchboarding reports of misinformation that CISA received "directly from EIP" and forwarded to social-media platforms

---

[492] [Doc. No. 209-6 at 11]
[493] [Doc. No. 209-1 at 165–66]
[494] [Id. at 166–68, 183]
[495] [Id.]
[496] [Id. at 171, 184–85]
[497] [Id. at 174–75]
[498] [Id. at 75]
[499] [Doc. No. 209-6 at 61–62]

Case: 23-30445     Document: 43-2     Page: 78     Date Filed: 07/17/2023

Date Filed: 07/17/2023   Page: 79   Document: 43-2   Case: 23-30445

to review under their policies.[500] One of these reports was reported to Twitter for censorship because EIP "saw an article on the Gateway Pundit" run by Plaintiff Jim Hoft.[501]

(19)   Scully admitted that CISA engaged in "informal fact checking" to determine whether a claim was true or not.[502] CISA would do its own research and relay statements from public officials to help debunk postings for social-media platforms. In debunking information, CISA apparently always assumed the government official was a reliable source; CISA would not do further research to determine whether the private citizen posting the information was correct or not.[503]

(20)   CISA's switchboarding activities reported private and public postings.[504] Social-media platforms responded swiftly to CISA's reports of misinformation.[505]

(21)   CISA, in its interrogatory responses, disclosed five sets of recurring meetings with social-media platforms that involved discussions of misinformation, disinformation, and/or censorship of speech on social media.[506] CISA also had bilateral meetings between CISA and the social-media companies.[507]

(22)   Scully does not recall whether "hack and leak" or "hack and dump" operations were raised at the Industry meetings, but does not deny it either.[508] However, several emails confirm that "hack and leak" operations were on the agenda for the Industry meeting on September 15, 2020,[509] and July 15, 2020.[510]

---

[500] [Doc. No. 214-35 at 5–6, Column C]
[501] [Id. at 4–5, Column F, Line 94]
[502] CISA also became the "ministry of truth."
[503] [Doc. No. 209-1 at 220–22]
[504] [Doc. No. 209-7 at 45–46]
[505] [Doc. No. 209-1 at 291–94; 209–49]
[506] [Doc. No. 209-9 at 38–40]
[507] [Doc. No. 209-1 at 241]
[508] [Id. at 236–37]
[509] [Doc. No. 209-13 at 1]
[510] [Doc. No. 209-14 at 16]

(23)    In the spring and summer of 2022, CISA's Protentis requested that social-media

platforms prepare a "one-page" document that sets forth their content-moderation rules[511] that

could then be shared with election officials—and which also included "steps for flagging or

escalating MDM content" and how to report misinformation.[512] Protentis referred to the working

group (which included Facebook and CISA's Hale) as "Team CISA."[513]

(24)    The Center for Internet Security continued to report misinformation to social-media

platforms during the 2022 election cycle.[514]

(25)    CISA has teamed up directly with the State Department's Global Engagement

Center ("GEC") to seek review of social-media content.[515] CISA also flagged for review parody

and joke accounts.[516] Social-media platforms report to CISA when they update their content-

moderation policies to make them more restrictive.[517] CISA publicly stated that it is expanding its

efforts to fight disinformation-hacking in the 2024 election cycle.[518]

(26)    A draft copy of the DHS's "Quadrennial Homeland Security Review," which

outlines the department's strategy and priorities in upcoming years, states that the department plans

to target "inaccurate information" on a wide range of topics, including the origins of the COVID-

19 pandemic, the efficacy of COVID-19 vaccines, racial justice, the United States' withdrawal

from Afghanistan, and the nature of the United States' support of Ukraine.[519]

---

[511] [Doc. No. 209-14]
[512] [Doc. No. 209-15 at 41, 44–45]
[513] [Doc. No. 209-15 at 39]
[514] [Doc. No. 209-1 at 266]
[515] [Doc. No. 209-15 at 1–2]
[516] [Id. at 11–12]
[517] [Id. at 9]
[518] [Doc. No. 209-20 at 1–2]
[519] [Doc. No. 209-23 at 1–4]

Case: 23-30445    Document: 43-2    Page: 80    Date Filed: 07/17/2023

Case: 23-30445     Document: 43-2     Page: 81     Date Filed: 07/17/2023

(27)    Scully also testified that CISA engages with the CDC and DHS to help them in their efforts to stop the spread of disinformation. The examples given were about the origins of the COVID-19 pandemic and Russia's invasion of Ukraine.[520]

(28)    On November 21, 2021, CISA Director Easterly reported that CISA is "beefing up its misinformation and disinformation team in wake of a diverse presidential election a proliferation of misleading information online."[521] Easterly stated she was going to "grow and strengthen" CISA's misinformation and disinformation team. She further stated, "We live in a world where people talk about alternative facts, post-truth, which I think is really, really dangerous if people get to pick their own facts."[522]

Easterly also views the word "infrastructure" very expansively, stating, "[W]e're in the business of protecting critical infrastructure, and the most critical is our 'cognitive infrastructure.'"[523] Scully agrees with the assessment that CISA has an expansive mandate to address all kinds of misinformation that may affect control and that could indirectly cause national security concerns.[524]

On June 22, 2022, CISA's cybersecurity Advisory Committee issued a Draft Report to the Director, which broadened "infrastructure" to include "the spread of false and misleading information because it poses a significant risk to critical function, like elections, public health, financial services and emergency responses."[525]

---

[520] [Doc. No. 209-1 at 323–25]
[521] [Doc. No. 209-1 at 335–36]
[522] [Doc. No. 209-18 at 1–2]
[523] [Id.]
[524] [Doc. No. 209-1 at 341]
[525] [Doc. No. 209-25 at 1]

Case: 23-30445    Document: 43-2    Page: 82    Date Filed: 07/17/2023

(29)    In September 2022, the CIS was working on a "portal" for government officials to report election-related misinformation to social-media platforms.[526] That work continues today.[527]

## F.  State Department Defendants[528]

### 1.  The GEC

(1)    Daniel Kimmage is the Principal Deputy Coordinator of the State Department's Global Engagement Center ("GEC").[529] The GEC's front office and senior leadership meets with social-media platforms every few months, sometimes quarterly.[530] The meetings focus on the "tools and techniques" of stopping the spread of disinformation on social media, but they rarely discuss specific content that is posted.[531] Additionally, GEC has a "Technology Engagement Team" ("TET") that also meets with social-media companies. The TET meets more frequently than the GEC.[532]

(2)    Kimmage recalls two meetings with Twitter. At these meetings, the GEC would bring between five and ten people including Kimmage, one or more deputy coordinators, and team chiefs from the GEC and working-level staff with relevant subject-matter expertise.[533] The GEC staff would meet with Twitter's content-mediation teams, and the GEC would provide an overview of what it was seeing in terms of foreign propaganda and information. Twitter would then discuss similar topics.[534]

---

[526] [Doc. No. 210-22]
[527] [Id.]
[528] The State Department Defendants consist of the United States Department of State, Leah Bray ("Bray"), Daniel Kimmage ("Kimmage'), and Alex Frisbie ("Frisbie").
[529] Kimmage's deposition was taken and filed as [Doc. No. 208-1].
[530] [Doc. No. 208-1 at 29, 32]
[531] [Id. at 30]
[532] [Id. at 37]
[533] [Id. at 130–31]
[534] [Id. at 133–36]

Case: 23-30445     Document: 43-2     Page: 83     Date Filed: 07/17/2023

(3)     The GEC's senior leadership also had similar meetings with Facebook and Google. Similar numbers of people were brought to these meetings by GEC, and similar topics were discussed. Facebook and Google also brought their content-moderator teams.[535]

(4)     Samaruddin Stewart ("Stewart") was the GEC's Senior Advisor who was a permanent liaison in Silicon Valley for the purpose of meeting with social-media platforms about disinformation. Stewart set up a series of meetings with LinkedIn to discuss "countering disinformation" and to explore shared interests and alignment of mutual goals regarding the challenge.[536]

(5)     The GEC also coordinated with CISA and the EIP. Kimmage testified that the GEC had a "general engagement" with the EIP.[537]

(6)     On October 17, 2022, at an event at Stanford University, Secretary of State Anthony Blinken mentioned the GEC and stated that the State Department was "engaging in collaboration and building partnerships" with institutions like Stanford to combat the spread of propaganda.[538] Specifically, he stated, "We have something called the Global Engagement Center that's working on this every single day."[539]

(7)     Like CISA, the GEC works through the CISA-funded EI-ISAC and works closely with the Stanford Internet Observatory and the Virality Project.

---

[535] [Id. at 141–43]
[536] [Id. at 159–60]
[537] [Id. at 214–215]. The details surrounding the EIP are described in II 6(5)(6)(7)(8)(9)(10)(15) and (16). Scully Ex. 1 details EIPS work carried out during the 2020 election.
[538] [Doc. No. 208-17 at 5]
[539] [Id.]

### 2. The EIP

(8)     The EIP is partially-funded by the United States National Science Foundation through grants.[540] Like its work with CISA, the EIP, according to DiResta, was designed to "get around unclear legal authorities, including very real First Amendment questions" that would arise if CISA or other government agencies were to monitor and flag information for censorship on social media.[541]

The EIP's focus was on understanding misinformation and disinformation in the social-media landscape, and it successfully pushed social-media platforms to adopt more restrictive policies about election-related speech in 2020.[542]

The government agencies that work with and submit alleged disinformation to the EIP are CISA, the State Department Global Engagement Center, and the Elections Infrastructure Information Sharing and Analysis Center.[543]

(9)     The EIP report further states that the EIP used a tiered model based on "tickets" collected internally and from stakeholders. The tickets also related to domestic speech by American citizens,[544] including accounts belonging to media outlets, social-media influencers, and political figures.[545] The EIP further emphasized that it wanted greater access to social-media platform's internal data and recommended that the platforms increase their enforcement of censorship policies.[546]

---

[540] [Id. at 17]
[541] [Doc. No. 209-5 at 4]
[542] [Doc. No. 209-5, Exh. 1; Ex. 4 at 7, Audio Tr. 4]
[543] [Doc. No. 209-2 at 30]
[544] [Id. at 11]
[545] [Id. at 12]
[546] [Id. at 14]

Case: 23-30445     Document: 43-2     Page: 84     Date Filed: 07/17/2023

The EIP was formed on July 26, 2020, 100 days before the November 2020 election.[547] On July 9, 2020, the Stanford Internet Observatory presented the EIP concept to CISA. The EIP team was led by Research Manager DiResta, Director Stamos and the University of Washington's Starbird.[548]

(10)   EIP's managers both report misinformation to platforms and communicate with government partners about their misinformation reports.[549] EIP team members were divided into tiers of on-call shifts. Each shift was four hours long and led by one on-call manager. The shifts ranged from five to twenty people. Normal scheduled shifts ran from 8:00 a.m. to 8:00 p.m., ramping up to sixteen to twenty hours a day during the week of the election.[550]

(11)   Social-media platforms that participated in the EIP were Facebook, Instagram, Google/YouTube, Twitter, TikTok, Reddit, Nextdoor, Discord, and Pinterest.[551]

(12)   In the 2020 election cycle, the EIP processed 639 "tickets," 72% of which were related to delegitimizing the election results.[552] Overall, social-media platforms took action on 35% of the URLs reported to them.[553] One "ticket" could include an entire idea or narrative and was not always just one post.[554] Less than 1% of the tickets related to "foreign interference."[555]

(13)   The EIP found that the Gateway Pundit was one of the top misinformation websites, allegedly involving the "exaggeration" of the input of an issue in the election process. The EIP did

---

[547] [Id. at 20]
[548] [Id.]
[549] [Id. at 27–28]
[550] [Id. at 28]
[551] [Id. at 35]
[552] [Id. at 45]
[553] [Id. at 58]
[554] [Id. at 27]
[555] [Id. at 53]

Date Filed: 07/17/2023   Page: 85   Document: 43-2   Case: 23-30445

not say that the information was false.[556] The EIP Report cites The Gateway Pundit forty-seven times.[557]

(14)    The GEC was engaging with the EIP and submitted "tickets."[558]

(15)    The tickets and URLs encompassed millions of social-media posts, with almost twenty-two million posts on Twitter alone.[559] The EIP sometimes treats as "misinformation" truthful reports that the EIP believes "lack broader context."[560]

(16)    The EIP stated "influential accounts on the political right...were responsible for the most widely spread of false or misleading information in our data set."[561] Further, the EIP stated the twenty-one most prominent report spreaders on Twitter include political figures and organizations, partisan media outlets, and social-media stars. Specifically, the EIP stated, "All 21 of the repeat spreaders were associated with conservative or right-wing political views and support of President Trump."[562] The Gateway Pundit was listed as the second-ranked "Repeat Spreader of Election Misinformation" on Twitter. During the 2020 election cycle, the EIP flagged The Gateway Pundit in twenty-five incidents with over 200,000 retweets.[563] The Gateway Pundit ranked above Donald Trump, Eric Trump, Breitbart News, and Sean Hannity.[564]

The Gateway Pundit's website was listed as the domain cited in the most "incidents"; its website content was tweeted by others in 29,209 original tweets and 840,740 retweets.[565] The Gateway Pundit ranked above Fox News, the New York Post, the New York Times, and the

---

[556] [Id. at 51]
[557] [Id. at 51, 74, 76, 101, 103, 110, 112, 145, 150–51, 153, 155–56, 172, 175, 183, 194–95, 206–09, 211–12, 214–16, and 226]
[558] [Id. at 60]
[559] [Id. at 201]
[560] [Id. at 202]
[561] [Id. at 204–05]
[562] [Id. at 204–05]
[563] [Id.]
[564] [Id. at 246]
[565] [Id. at 207]

Case: 23-30445     Document: 43-2     Page: 86     Date Filed: 07/17/2023

Case: 23-30445     Document: 43-2     Page: 87     Date Filed: 07/17/2023

Washington Post.[566] The EIP report also notes that Twitter suspended The Gateway Pundit's account on February 6, 2021, and it was later de-platformed entirely.[567]

(17)    The EIP notes that "during the 2020 election, all of the major platforms made significant changes to election integrity policies—policies that attempted to slow the spread of specific narratives and tactics that could 'potentially mislead or deceive the public.'"[568] The EIP was not targeting foreign disinformation, but rather "domestic speakers."[569] The EIP also indicated it would continue its work in future elections.[570]

(18)    The EIP also called for expansive censorship of social-media speech into other areas such as "public health."[571]

(19)    The EIP stated that it "united government, academic, civil society, and industry, analyzing across platforms to address misinformation in real time."[572]

(20)    When asked whether the targeted information was domestic, Stamos answered, "It is all domestic, and the second point on the domestic, a huge part of the problem is well-known influences... you... have a relatively small number of people with very large followings who have the ability to go and find a narrative somewhere, pick it out of obscurity and ... harden it into these narratives."[573]

Stamos further stated:

> We have set up this thing called the Election Integrity Partnership, so we went and hired a bunch of students. We're working with the University of Washington, Graphika, and DFR Lab and the vast, vast majority we see we believe is domestic. And so, I think a much bigger issue for the platforms is elite disinformation. The staff that

---

[566] [Id.]
[567] [Id. at 224]
[568] [Id. at 229]
[569] [Id. at 243–44]
[570] [Id. at 243–44]
[571] [Id. at 251]
[572] [Id. at 259]
[573] [Doc. No. 276-1 at 12]

is being driven by people who are verified that are Americans who are using their real identities.[574]

(21)   Starbird of the University of Washington, who is on a CISA subcommittee and an EIP participant, also verified the EIP was targeting domestic speakers, stating:

> Now fast forward to 2020, we saw a very different story around disinformation in the U.S. election. It was largely domestic coming from inside the United States... Most of the accounts perpetrating this.... they're authentic accounts. They were often blue check and verified accounts. They were pundits on cable television shows that were who they said they were ... a lot of major spreaders were blue check accounts, and it wasn't entirely coordinated, but instead, it was largely sort of cultivated and even organic in places with everyday people creating and spreading disinformation about the election.[575]

### 3.  The Virality Project

(22)   The Virality Project targeted domestic speakers' alleged disinformation relating to the COVID-19 vaccines.[576] The Virality Project's final report, dated April 26, 2022, lists DiResta as principal Executive Director and lists Starbird and Masterson as contributors.[577]

According to the Virality Project, "vaccine mis-and disinformation was largely driven by a cast of recuring [sic] actors including long-standing anti-vaccine influencers and activists, wellness and lifestyle influence, pseudo medical influencers, conspiracy theory influencers, right-leaning political influencers, and medical freedom influencers."[578]

The Virality Project admits the speech it targets is primarily domestic, stating "Foreign ... actor's reach appeared to be far less than that of domestic actors."[579] The Virality Project also calls for more aggressive censorship of COVID-19 misinformation, calls for more federal agencies to

---

[574] [Id.]
[575] [Doc. No. 276-1 at 42]
[576] [Doc. No. 209-3]; Memes, Magnets, Microchips, Narrative Dynamics Around COVID-19 Vaccines.
[577] [Doc. No. 209-3 at 4]
[578] [Id. at 9]
[579] [Id.]

Case: 23-30445   Document: 43-2   Page: 89   Date Filed: 07/17/2023

be involved through "cross-agency collaboration,"[580] and calls for a "whole-of-society response."[581] Just like the EIP, the Virality Project states that it is "multistakeholder collaboration" that includes "government entities" among its key stakeholders.[582] The Virality Project targets tactics that are not necessarily false, including hard-to-verify content, alleged authorization sources, organized outrage, and sensationalized/misleading headlines.[583]

(23)   Plaintiff Hines of the Health Freedom Louisiana was flagged by the Virality Project to be a "medical freedom influencer" who engages in the "tactic" of "organized outrage" because she created events or in-person gatherings to oppose mask and vaccine mandates in Louisiana.[584]

(24) The Virality Project also acknowledges that government "stakeholders," such as "federal health agencies" and "state and local public health officials," were among those that "provided tips" and "requests to access specific incidents and narratives."[585]

(25)   The Virality Project also targeted the alleged COVID-19 misinformation for censorship before it could go viral. "Tickets also enabled analysts to qualify tag platform or health sector partners to ensure their situational awareness of high-engagement material that appeared to be going viral, so that those partners could determine whether something might merit a rapid public or on-platform response."[586]

(26)   The Virality Project flagged the following persons and/or organizations as spreaders of misinformation:

    i.    Jill Hines and Health Freedom of Louisiana;[587]
    ii.   One America News;[588]

---

[580] [Id. at 12]
[581] [Id.]
[582] [Id. at 17]
[583] [Id. at 19]
[584] [Id. at 9, 19]
[585] [Id. at 24]
[586] [Id. at 37]
[587] [Id. at 59]
[588] [Id. at 60]

85

    iii.    Breitbart News;[589]
    iv.    Alex Berenson;[590]
    v.    Tucker Carlson;[591]
    vi.    Fox News;[592]
    vii.    Candace Owens;[593]
    viii.    The Daily Wire;[594]
    ix.    Robert F. Kennedy, Jr.;[595]
    x.    Dr. Simone Gold and America's Frontline Doctors; and[596]
    xi.    Dr. Joyce Mercula.[597]

(27)    The Virality Project recommends that the federal government implement a Misinformation and Disinformation Center of Excellence, housed within the federal government, which would centralize expertise on mis/disinformation within the federal government at CISA.[598]

## III.    LAW AND ANALYSIS

### A. Preliminary Injunction Standard

An injunction is an extraordinary remedy never awarded of right. *Benisek v. Lamone*, 138 U.S. 1942, 1943 (2018). In each case, the courts must balance the competing claims of injury and must consider the effect on each party of the granting or withholding of the requested relief. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U. S. 7, 24, 129 S. Ct. 365 (2008).

The standard for an injunction requires a movant to show: (1) the substantial likelihood of success on the merits; (2) that he is likely to suffer irreparable harm in the absence of an injunction; (3) that the balance of equities tips in his favor; and (4) that an injunction is in the public interest. *Benisek*, 138 U.S. at 1944. The party seeking relief must satisfy a cumulative burden of proving

---

[589] [Id.]
[590] [Id. at 54, 57, 49, 50]
[591] [Id. at 57]
[592] [Id. at 91]
[593] [Id. at 86, 92]
[594] [Id.]
[595] [Id.]
[596] [Id. at 87–88]
[597] [Id. at 87]
[598] [Id. at 150]

each of the four elements enumerated before an injunction can be granted. *Clark v. Prichard*, 812

F.2d 991, 993 (5th Cir. 1987). None of the four prerequisites has a quantitative value. *State of Tex.*

*v. Seatrain Int'l, S.A.*, 518 F.2d 175, 180 (5th Cir. 1975).

**B. Analysis**

As noted above, Plaintiffs move for a preliminary injunction against Defendants' alleged

violations of the Free Speech Clause of the First Amendment. Plaintiffs assert that they are likely

to succeed on the merits of their First Amendment claims because Defendants have significantly

encouraged and/or coerced social-media companies into removing protected speech from social-

media platforms. Plaintiffs also argue that failure to grant a preliminary injunction will result in

irreparable harm because the alleged First Amendment violations are continuing and/or there is a

substantial risk that future harm is likely to occur. Further, Plaintiffs maintain that the equitable

factors and public interest weigh in favor of protecting their First Amendment rights to freedom

of speech. Finally, Plaintiffs move for class certification under Federal Rule of Civil Procedure 23.

In response, Defendants maintain that Plaintiffs are unlikely to succeed on the merits for a

myriad of reasons. Defendants also maintain that Plaintiffs lack Article III standing to bring the

claims levied herein, that Plaintiffs have failed to show irreparable harm because the risk of future

injury is low, and that the equitable factors and public interests weigh in favor of allowing

Defendants to continue enjoying permissible government speech.

Each argument will be addressed in turn below.

**1. Plaintiffs' Likelihood of Success on the Merits**

For the reasons explained herein, the Plaintiffs are likely to succeed on the merits of their

First Amendment claim against the White House Defendants, Surgeon General Defendants, CDC

Defendants, FBI Defendants, NIAID Defendants, CISA Defendants, and State Department

Defendants. In ruling on a motion for Preliminary Injunction, it is not necessary that the applicant demonstrate an absolute right to relief. It need only establish a probable right. *West Virginia Highlands Conservancy v. Island Creek Coal Co.*, 441 F.2d 232 (4th Cir. 1971). The Court finds that Plaintiffs here have done so.

### a. Plaintiffs' First Amendment Claims

The Free Speech Clause prohibits only governmental abridgment of speech. It does not prohibit private abridgment of speech. *Manhattan Community Access Corporation v. Halleck*, 139 S. Ct. 1921, 1928 (2019). The First Amendment, subject only to narrow and well-understood exceptions, does not countenance governmental control over the content of messages expressed by private individuals. *Turner Broadcasting System, Inc. v. F.C.C.*, 512 U.S. 622, 641 (1994). At the heart of the First Amendment lies the principle that each person should decide for himself or herself the ideas and beliefs deserving of expression, consideration, and adherence. *Id.* Government action, aimed at the suppression of particular views on a subject that discriminates on the basis of viewpoint, is presumptively unconstitutional. The First Amendment guards against government action "targeted at specific subject matter," a form of speech suppression known as "content-based discrimination." *National Rifle Association of America v. Cuomo*, 350 F. Supp. 3d 94, 112 (N.D. N.Y. 2018). The private party, social-media platforms are not defendants in the instant suit, so the issue here is not whether the social-media platforms are government actors,[599] but whether the government can be held responsible for the private platforms' decisions.

Viewpoint discrimination is an especially egregious form of content discrimination. The government must abstain from regulating speech when the specific motivating ideology or the perspective of the speaker is the rationale for the restriction. *Rosenberger v. Rectors and Visitors*

---

[599] This is a standard that requires the private action to be "fairly attributable to the state." *Lugar v. Edmondson Oil Co.*, 457 U.S. 922 (1982).

*of University of Virginia*, 515 U.S. 819, 829 (1995). Strict scrutiny is applied to viewpoint discrimination. *Simon & Schuster, Inc. v. Members of the New York State Crime Victim's Board*, 505 U.S. 105 (1991). The government may not grant the use of a forum to people whose views it finds acceptable, but deny use to those wishing to express less favored or more controversial views. *Police Department of Chicago v. Moseley*, 408 U.S. 92, 96 (1972).

If there is a bedrock principal underlying the First Amendment, it is that the government may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable. *Matal v. Tam*, 137 S. Ct. 1744, 1763 (2017); *see also R.A.V. v. City of St. Paul*, 505 U.S. 377 (1996). The benefit of any doubt must go to protecting rather than stifling speech. *Citizens United v. Federal Election Commission*, 130 S. Ct. 876, 891 (2010).

### i. Significant Encouragement and Coercion

To determine whether Plaintiffs are substantially likely to succeed on the merits of their First Amendment free speech claim, Plaintiffs must prove that the Federal Defendants either exercised coercive power or exercised such significant encouragement that the private parties' choice must be deemed to be that of the government. Additionally, Plaintiffs must prove the speech suppressed was "protected speech." The Court, after examining the facts, has determined that some of the Defendants either exercised coercive power or provided significant encouragement, which resulted in the possible suppression of Plaintiffs' speech.

The State (i.e., the Government) can be held responsible for a private decision only when it has exercised coercive power or has provided such "significant encouragement," either overt or covert, that the choice must be deemed to be that of the State. Mere approval or acquiescence in the actions of a private party is not sufficient to hold the state responsible for those actions. *Blum v. Yaretsky*, 457 U.S. 991, 1004 (1982); *Rendell-Baker v. Kohn*, 457 U.S. 830, 1004–05 (1982);

89

Case: 23-30445    Document: 43-2    Page: 94    Date Filed: 07/17/2023

*National Broadcasting Co. Inc v. Communications Workers of America, Afl-Cio*, 860 F.2d 1022 (11th Cir. 1988); *Focus on the Family v. Pinellas Suncoast Transit Authority*, 344 F.3d 1213 (11th Cir. 2003); *Brown v. Millard County*, 47 Fed. Appx. 882 (10th Cir. 2002).

In evaluating "significant encouragement," a state may not induce, encourage, or promote private persons to accomplish what it is constitutionally forbidden to accomplish. *Norwood v. Harrison*, 413 U.S. at 465. Additionally, when the government has so involved itself in the private party's conduct, it cannot claim the conduct occurred as a result of private choice, even if the private party would have acted independently. *Peterson v. City of Greenville*, 373 U.S. at 247–48. Further, oral, or written statements made by public officials could give rise to a valid First Amendment claim where the comments of a governmental official can reasonably be interpreted as intimating that some form of punishment or adverse regulatory action will follow the failure to accede to the official's request. *National Rifle Association of America*, 350 F. Supp. 3d at 114. Additionally, a public official's threat to stifle protected speech is actionable under the First Amendment and can be enjoined, even if the threat turns out to be empty. *Backpage.com, LLC v. Dart*, 807 F. 3d at 230–31.

The Defendants argue that the "significant encouragement" test for government action has been interpreted to require a higher standard since the Supreme Court's ruling in *Blum v. Yaretsky*, 457 U.S. 991 (1982). Defendants also argue that Plaintiffs are unable to meet the test to show Defendants "significantly encouraged" social-media platforms to suppress free speech. Defendants further maintain Plaintiffs have failed to show "coercion" by Defendants to force social-media companies suppress protected free speech. Defendants also argue they made no threats but rather sought to "persuade" the social-media companies. Finally, Defendants maintain the private social-media companies made independent decisions to suppress certain postings.

In *Blum*, the Supreme Court held the Government "can be held responsible for a private decision only when it has exercised coercive power or has provided such significant encouragement, either overt or covert, that the choice in law must be deemed to be that of the state." *Blum*, 457 U.S. at 1004. Defendants argue that the bar for "significant encouragement" to convert private conduct into state action is high. Defendants maintain that *Blum*'s language does not mean that the Government is responsible for private conduct whenever the Government does more than adopt a passive position toward it. *Skinner v. Ry. Labor Execs. Ass'n.*, 489 U.S. 602, 615 (1989).

Defendants point out this is a question of degree: whether a private party should be deemed an agent or instrument of the Government necessarily turns on the "degree" of the Government's participation in the private party's activities. 489 U.S. at 614. The dispositive question is "whether the State has exercised coercive power or has provided such significant encouragement that the choice must in law be deemed to be that of the State." *VDARE Fund v. City of Colo. Springs*, 11 F.4th 1151, 1161 (10th Cir. 2021).

The Supreme Court found there was not enough "significant encouragement" by the Government in *American Manufacturers Mutual Ins. Co. v. Sullivan*, 526 U.S. 40 (1999). This case involved the constitutionality of a Pennsylvania worker's compensation statute that authorized, but did not require, insurers to withhold payments for the treatment of work-related injuries pending a "utilization" review of whether the treatment was reasonable and necessary. The plaintiffs' argument was that by amending the statute to grant the utilization review (an option they previously did not have), the State purposely encouraged insurers to withhold payments for disputed medical treatment. The Supreme Court found this type of encouragement was not enough for state action.

The United States Court of Appeal for the Fifth Circuit has also addressed the issue of government coercion or encouragement. For example, in *La. Div. Sons of Confederate Veterans v. City of Natchitoches*, 821 F. App'x 317 (5th Cir. 2020), the Sons of Confederate Veterans applied to march in a city parade that was coordinated by a private business association. The Mayor sent a letter asking the private business to prohibit the display of the Confederate battle flag. After the plaintiff's request to march in the parade was denied, the plaintiff filed suit and argued the Mayor's letter was "significant encouragement" to warrant state action. The Fifth Circuit found the letter was not "significant encouragement."

In determining whether the Government's words or actions could reasonably be interpreted as an implied threat, courts examine a number of factors, including: (1) the Defendant's regulatory or other decision-making authority over the targeted entities; (2) whether the government actors actually exercised regulatory authority over the targeted entities; (3) whether the language of the alleged threatening statements could reasonably be perceived as a threat; and (4) whether any of the targeted entities reacted in a manner evincing the perception of implicit threat. *Id.* at 114. As noted above, a public official's threat to stifle protected speech is actionable under the First Amendment and can be enjoined, even if the threat turns out to be empty. *Backpage.com, LLC v. Dart*, 807 F.3d 229, 230-31 (7th Cir. 2015); *Okwedy v. Molinari*, 333 F.3d 339, 340-41 (2d. Cir. 2003).

The closest factual case to the present situation is *O'Handley v. Weber*, 62 F.4th 1145 (9th Cir. 2023). In *O'Handley*, the plaintiff maintained that a California agency was responsible for the moderation of his posted content. The plaintiff pointed to the agency's mission to prioritize working closely with social-media companies to be "proactive" about misinformation and the flagging of one of his Twitter posts as "disinformation." The Ninth Circuit rejected the argument

Case: 23-30445   Document: 43-2   Page: 96   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 97   Date Filed: 07/17/2023

that the agency had provided "significant encouragement" to Twitter to suppress speech. In rejecting this argument, the Ninth Circuit stated the "critical question" in evaluating the "significant encouragement" theory is "whether the government's encouragement is so significant that we should attribute the private party's choice to the State..." *Id.* at 1158.

Defendants cited many cases in support of their argument that Plaintiffs have not shown significant coercion or encouragement. *See VDARE Found v. City of Colo. Springs*, 11 F.4th 1151 (10th Cir. 2021), *cert. denied*, 142 S. Ct. 1208 (2022) (city's decision not to provide "support or resources" to plaintiff's event was not "such significant encouragement" to transform a private venue's decision to cancel the event into state action); *S.H.A.R.K. v. Metro Park Serving Summit Cnty.*, 499 F.3d 553 (6th Cir. 2007) (government officials' requests were "not the type of significant encouragement" that would render agreeing to those requests to be state action); *Campbell v. PMI Food Equip, Grp., Inc.*, 509 F.3d 776 (6th Cir. 2007) (no state action where government entities did nothing more than authorize and approve a contract that provided tax benefits or incentives conditioned on the company opening a local plant); *Gallagher v. Neil Young Freedom Concert*, 49 F.3d 1442 (10th Cir. 1995) (payments under government contracts and the receipt of government grants and tax benefits are insufficient to establish a symbiotic relationship between the government and a private entity). Ultimately, Defendants contend that Plaintiffs have not shown that the choice to suppress free speech must in law be deemed to be that of the Government. This Court disagrees.

The Plaintiffs are likely to succeed on the merits on their claim that the United States Government, through the White House and numerous federal agencies, pressured and encouraged social-media companies to suppress free speech. Defendants used meetings and communications with social-media companies to pressure those companies to take down, reduce, and suppress the

free speech of American citizens. They flagged posts and provided information on the type of posts

they wanted suppressed. They also followed up with directives to the social-media companies to

provide them with information as to action the company had taken with regard to the flagged post.

This seemingly unrelenting pressure by Defendants had the intended result of suppressing millions

of protected free speech postings by American citizens. In response to Defendants' arguments, the

Court points out that this case has much more government involvement than any of the cases cited

by Defendants, as clearly indicated by the extensive facts detailed above. If there were ever a case

where the "significant encouragement" theory should apply, this is it.

What is really telling is that virtually all of the free speech suppressed was "conservative"

free speech. Using the 2016 election and the COVID-19 pandemic, the Government apparently

engaged in a massive effort to suppress disfavored conservative speech. The targeting of

conservative speech indicates that Defendants may have engaged in "viewpoint discrimination,"

to which strict scrutiny applies. *See Simon & Schuster, Inc.*, 505 U.S. 105 (1991).

In addition to the "significant encouragement" theory, the Government may also be held

responsible for private conduct if the Government exercises coercive power over the private party

in question. *Blum*, 457 U.S. at 1004. Here, Defendants argue that not only must there be coercion,

but the coercion must be targeted at specific actions that harmed Plaintiffs. *Bantam Books v.

Sullivan*, 372 U.S. 58 (1963) (where a state agency threatened prosecution if a distributor did not

remove certain designated books or magazines it distributed that the state agency had declared

objectionable); *see also Backpage.com, LLC v. Dart*, 807 F.3d 229 (7th Cir. 2015) (where a

sheriff's letter demanded that two credit card issuers prohibit the use of their credit cards to

purchase any ads on a particular website containing advertisements for adult services); *Okwedy v.*

*Molinari*, 333 F.3d 339 (2d Cir. 2003) (per curium) (where a municipal official allegedly pressured a billboard company to take down a particular series of signs he found offensive).

The Defendants further argue they only made requests to the social-media companies, and that the decision to modify or suppress content was each social-media company's independent decision. However, when a state has so involved itself in the private party's conduct, it cannot claim the conduct occurred as a result of private choice, even if the private party would have acted independently. *Peterson v. City of Greenville*, 373 U.S. 244, 247–248 (1963).

Therefore, the question is not what decision the social-media company would have made, but whether the Government "so involved itself in the private party's conduct" that the decision is essentially that of the Government. As exhaustedly listed above, Defendants "significantly encouraged" the social-media companies to such extent that the decision should be deemed to be the decisions of the Government. The White House Defendants and the Surgeon General Defendants additionally engaged in coercion of social-media companies to such extent that the decisions of the social-media companies should be deemed that of the Government. It simply makes no difference what decision the social-media companies would have made independently of government involvement, where the evidence demonstrates the wide-scale involvement seen here.

### (1) White House Defendants

The Plaintiffs allege that by use of emails, public and private messages, public and private meetings, and other means, White House Defendants have "significantly encouraged" and "coerced" social-media platforms to suppress protected free speech on their platforms.

95

The White House Defendants acknowledged at oral arguments that they did not dispute the authenticity or the content of the emails Plaintiffs submitted in support of their claims.[600] However, they allege that the emails do not show that the White House Defendants either coerced or significantly encouraged social-media platforms to suppress content of social-media postings. White House Defendants argue instead that they were speaking with social-media companies about promoting more accurate COVID-19 information and to better understand what action the companies were taking to curb the spread of COVID-19 misinformation.

White House Defendants further argue they never demanded the social-media companies to suppress postings or to change policies, and the changes were due to the social-media companies' own independent decisions. They assert that they did not make specific demands via the White House's public statements and four "asks"[601] of social-media companies.[602] Defendants contend the four "asks" were "recommendations," not demands. Additionally, Defendants argue President Biden's July 16, 2021 "they're killing people" comment was clarified on July 19, 2021, to reflect that President Biden was talking about the "Disinformation Dozen," not the social-media companies.

Although admitting White House employee Flaherty expressed frustration at times with social-media companies, White House Defendants contend Flaherty sought to better understand the companies' policies with respect to addressing the spread of misinformation and hoped to find out what the Government could do to help. Defendants contend Flaherty felt such frustration

---

[600] [Doc. No. 288 at 164–65]
[601] The White House four "asks" are: (1) measure and publicly share the impact of misinformation on their platform; (2) create a robust enforcement strategy; (3) take faster action against harmful posts; and (4) promote quality information sources in their feed algorithm.
[602] [Doc. No. 10-1 at 377–78]

Case: 23-30445   Document: 43-2   Page: 101   Date Filed: 07/17/2023

because some of the things the social-media-companies told him were inconsistent with what others told him, compounded with the urgency of the COVID-19 pandemic.

Explicit threats are an obvious form of coercion, but not all coercion need be explicit. The following illustrative specific actions by Defendants are examples of coercion exercised by the White House Defendants:

(a) "Cannot stress the degree to which this needs to be resolved immediately. Please remove this account immediately."[603]

(b) Accused Facebook of causing "political violence" by failing to censor false COVID-19 claims.[604]

(c) "You are hiding the ball."[605]

(d) "Internally we have been considering our options on what to do about it."[606]

(e) "I care mostly about what actions and changes you are making to ensure you're not making our country's vaccine hesitancy problem worse."[607]

(f) "This is exactly why I want to know what "Reduction" actually looks like – if "reduction" means pumping our most vaccine hesitance audience with Tucker Carlson saying it does not work... then... I'm not sure it's reduction."[608]

(g) Questioning how the Tucker Carlson video had been "demoted" since there were 40,000 shares.[609]

(h) Wanting to know why Alex Berenson had not been kicked off Twitter because Berenson was the epicenter of disinformation that radiated outward to the persuadable public.[610] "We want to make sure YouTube has a handle on vaccine hesitancy and is working toward making the problem better. Noted that vaccine hesitancy was a concern. That is shared by the highest ('and I mean the highest') levels of the White House.'"[611]

---

[603] [II. A.]
[604] [Id. A. (5)]
[605] [Id. A. (10)]
[606] [Id.]
[607] [Id. A. (11)]
[608] [Id. A. (12)]
[609] [Id. A. (15)]
[610] [Id. A. (16)]
[611] [Id. A. (17)]

Case: 23-30445   Document: 43-2   Page: 102   Date Filed: 07/17/2023

(i)    After sending to Facebook a document entitled "Facebook COVID-19 Vaccine Misinformation Brief, which recommends much more aggressive censorship by Facebook. Flaherty told Facebook sending the Brief was not a White House endorsement of it, but "this is circulating around the building and informing thinking."[612]

(j)    Flaherty stated: "Not to sound like a broken record, but how much content is being demoted, and how effective are you at mitigating reach and how quickly?"[613]

(k)    Flaherty told Facebook: "Are you guys fucking serious" I want an answer on what happened here and I want it today."[614]

(l)    Surgeon General Murthy stated: "We expect more from our technology companies. We're asking them to operate with greater transparency and accountability. We're asking them to monitor information more closely. We're asking them to consistently take action against misinformation super-spreaders on their platforms."[615]

(m)    White House Press Secretary Psaki stated: "we are in regular touch with these social-media platforms, and those engagements typically happen through members of our senior staff, but also members of our COVID-19 team. We're flagging problematic posts for Facebook that spread disinformation. Psaki also stated one of the White House's "asks" of social-media companies was to "create a robust enforcement strategy."[616]

(n)    When asked about what his message was to social-media platforms when it came to COVID-19, President Biden stated: "they're killing people. Look, the only pandemic we have is among the unvaccinated and that – they're killing people."[617]

(o)    Psaki stated at the February 1, 2022, White House Press Conference that the White House wanted every social-media platform to do more to call out misinformation and disinformation and to uplift accurate information.[618]

(p)    "Hey folks, wanted to flag the below tweet and am wondering if we can get moving on the process of having it removed. ASAP"[619]

(q)    "How many times can someone show false COVID-19 claims before being removed?"

---

[612] [Id.]
[613] [Id at A. (19)]
[614] [Id.]
[615] [Id.]
[616] [Id.]
[617] [Id.]
[618] [Id. at A. (24)]
[619] [Doc. No. 174-1 at 1]

Case: 23-30445      Document: 43-2      Page: 103      Date Filed: 07/17/2023

(r)     "I've been asking you guys pretty directly over a series of conversations if the biggest issues you are seeing on your platform when it comes to vaccine hesitancy and the degree to which borderline content- as you define it, is playing a role."[620]

(s)     "I am not trying to play 'gotcha' with you. We are gravely concerned that your service is one of the top drivers of vaccine hesitancy-period."[621]

(t)     "You only did this, however after an election that you helped increase skepticism in and an insurrection which was plotted, in large part, on your platform."[622]

(u)     "Seems like your 'dedicated vaccine hesitancy' policy isn't stopping the disinfo dozen." [623]

(v)     White House Communications Director, Kate Bedingfield's announcement that "the White House is assessing whether social-media platforms are legally liable for misinformation spread on their platforms, and examining how misinformation fits into the liability protection process by Section 230 of The Communication Decency Act."[624]

These actions are just a few examples of the unrelenting pressure the Defendants exerted against social-media companies. This Court finds the above examples demonstrate that Plaintiffs can likely prove that White House Defendants engaged in coercion to induce social-media companies to suppress free speech.

With respect to 47 U.S.C. § 230, Defendants argue that there can be no coercion for threatening to revoke and/or amend Section 230 because the call to amend it has been bipartisan. However, Defendants combined their threats to amend Section 230 with the power to do so by holding a majority in both the House of Representatives and the Senate, and in holding the Presidency. They also combined their threats to amend Section 230 with emails, meetings, press conferences, and intense pressure by the White House, as well as the Surgeon General Defendants. Regardless, the fact that the threats to amend Section 230 were bipartisan makes it even more

---

[620] [Id. at 11]
[621] [Id.]
[622] [Doc. No. 174-1 at 17–20]
[623] [Id. at 41]
[624] [Doc. No. 10-1 at 477–78]

-PA0099-

likely that Defendants had the power to amend Section 230. All that is required is that the government's words or actions "could reasonably be interpreted as an implied threat." *Cuomo*, 350 F. Supp. 3d at 114. With the Supreme Court recently making clear that Section 230 shields social-media platforms from legal responsibility for what their users post, *Gonzalez v. Google*, 143 S. Ct. 1191 (2023), Section 230 is even more valuable to these social-media platforms. These actions could reasonably be interpreted as an implied threat by the Defendants, amounting to coercion.

Specifically, the White House Defendants also allegedly exercised significant encouragement such that the actions of the social-media companies should be deemed to be that of the government. The White House Defendants used emails, private portals, meetings, and other means to involve itself as "partners" with social-media platforms. Many emails between the White House and social-media companies referred to themselves as "partners." Twitter even sent the White House a "Partner Support Portal" for expedited review of the White House's requests. Both the White House and the social-media companies referred to themselves as "partners" and "on the same team" in their efforts to censor disinformation, such as their efforts to censor "vaccine hesitancy" spread. The White House and the social-media companies also demonstrated that they were "partners" by suppressing information that did not even violate the social-media companies' own policies.

Further, White House Defendants constantly "flagged" for Facebook and other social-media platforms posts the White House Defendants considered misinformation. The White House demanded updates and reports of the results of their efforts to suppress alleged disinformation, and the social-media companies complied with these demands. The White House scheduled numerous Zoom and in-person meetings with social-media officials to keep each other informed about the companies' efforts to suppress disinformation.

100

The White House Defendants made it very clear to social-media companies what they wanted suppressed and what they wanted amplified. Faced with unrelenting pressure from the most powerful office in the world, the social-media companies apparently complied. The Court finds that this amounts to coercion or encouragement sufficient to attribute the White House's actions to the social-media companies, such that Plaintiffs are likely to succeed on the merits against the White House Defendants.

### (2) Surgeon General Defendants

Plaintiffs allege that Surgeon General Murthy and his office engaged in a pressure campaign parallel to, and often overlapping with, the White House Defendants' campaign directed at social-media platforms. Plaintiffs further allege the Surgeon General Defendants engaged in numerous meetings and communications with social-media companies to have those companies suppress alleged disinformation and misinformation posted on their platforms.

The Surgeon General Defendants argue that the Surgeon General's role is primarily to draw attention to public health matters affecting the nation. The SG took two official actions in 2021 and in 2022. In July 2021, the Surgeon General issued a "Surgeon General's Advisory." In March 2022, the Surgeon General issued a Request For Information ("RFI"). Surgeon General Defendants argue that the Surgeon General's Advisory did not require social-media companies to censor information or make changes in their policies. Surgeon General Defendants further assert that the RFI was voluntary and did not require the social-media companies to answer.

Additionally, the Surgeon General Defendants contend they only held courtesy meetings with social-media companies, did not flag posts for censorship, and never worked with social-media companies to moderate their policies. Surgeon General Defendants also deny that they were involved with the Virality Project.

Case: 23-30445   Document: 43-2   Page: 105   Date Filed: 07/17/2023

Case: 23-30445      Document: 43-2      Page: 106      Date Filed: 07/17/2023

As with the White House Defendants, this Court finds that Plaintiffs are likely to succeed on the merits of their First Amendment free speech claim against the Surgeon General Defendants. Through public statements, internal emails, and meetings, the Surgeon General Defendants exercised coercion and significant encouragement such that the decisions of the social-media platforms and their actions suppressing health disinformation should be deemed to be the decisions of the government. Importantly, the suppression of this information was also likely prohibited content and/or viewpoint discrimination, entitling Plaintiffs to strict scrutiny.

The Surgeon General Defendants did pre-rollout calls with numerous social-media companies prior to publication of the Health Advisory on Misinformation. The Advisory publicly called on social-media companies "to do more" against COVID misinformation Superspreaders. Numerous calls and meetings took place between Surgeon General Defendants and private social-media companies. The "misinformation" to be suppressed was whatever the government deemed misinformation.

The problem with labeling certain discussions about COVID-19 treatment as "health misinformation" was that the Surgeon General Defendants suppressed alternative views to those promoted by the government. One of the purposes of free speech is to allow discussion about various topics so the public may make informed decisions. Health information was suppressed, and the government's view of the proper treatment for COVID-19 became labeled as "the truth." Differing views about whether COVID-19 vaccines worked, whether taking the COVID-19 vaccine was safe, whether mask mandates were necessary, whether schools and businesses should have been closed, whether vaccine mandates were necessary, and a host of other topics were suppressed. Without a free debate about these issues, each person is unable to decide for himself or herself the proper decision regarding their health. Each United States citizen has the right to

Case: 23-30445   Document: 43-2   Page: 107   Date Filed: 07/17/2023

decide for himself or herself what is true and what is false. The Government and/or the OSG does not have the right to determine the truth.

The Surgeon General Defendants also engaged in a pressure campaign with the White House Defendants to pressure social-media companies to suppress health information contrary to the Surgeon General Defendants' views. After the Surgeon General's press conference on July 15, 2021, the Surgeon General Defendants kept the pressure on social-media platforms via emails, private meetings, and by requiring social-media platforms to report on actions taken against health disinformation.

The RFI by the Surgeon General Defendants also put additional pressure on social-media companies to comply with the requests to suppress free speech. The RFI sought information from private social-media companies to provide information about the spread of misinformation. The RFI stated that the office of the Surgeon General was expanding attempts to control the spread of misinformation on social-media platforms. The RFI also sought information about social-media censorship policies, how they were enforced, and information about disfavored speakers.

Taking all of this evidence together, this Court finds the Surgeon General Defendants likely engaged in both coercion and significant encouragement to such an extent that the decisions of private social-media companies should be deemed that of the Surgeon General Defendants. The Surgeon General Defendants did much more than engage in Government speech: they kept pressure on social-media companies with pre-rollout meetings, follow-up meetings, and RFI. Thus, Plaintiffs are likely to succeed on the merits of their First Amendment claim against these Defendants.

### (3) CDC Defendants

Plaintiffs allege that the CDC Defendants have engaged in a censorship campaign, together with the White House and other federal agencies, to have free speech suppressed on social-media platforms. Plaintiffs allege that working closely with the Census Bureau, the CDC flagged supposed "misinformation" for censorship on the platforms. Plaintiffs further allege that by using the acronym "BOLO," the CDC Defendants told social-media platforms what health claims should be censored as misinformation.

In opposition, Defendants assert that the CDC's mission is to protect the public's health. Although the CDC Defendants admit to meeting with and sending emails to social-media companies, the CDC Defendants argue they were responding to requests by the companies for science-based public health information, proactively alerting the social-media companies about disinformation, or advising the companies where to find accurate information. The Census Bureau argues the Interagency Agreement, entered into with the CDC in regard to COVID-19 misinformation, has expired, and that it is no longer participating with the CDC on COVID-19 misinformation issues. The CDC Defendants further deny that they directed any social-media companies to remove posts or to change their policies.

Like the White House Defendants and Surgeon General Defendants, the Plaintiffs are likely to succeed on the merits of Plaintiffs' First Amendment free speech claim against the CDC Defendants. The CDC Defendants through emails, meetings, and other communications, seemingly exercised pressure and gave significant encouragement such that the decisions of the social-media platforms to suppress information should be deemed to be the decisions of the Government. The CDC Defendants coordinated meetings with social-media companies, provided examples of alleged disinformation to be suppressed, questioned the social-media companies about

Case: 23-30445    Document: 43-2    Page: 109    Date Filed: 07/17/2023

how it was censoring misinformation, required reports from social-media companies about disinformation, told the social-media companies whether content was true or false, provided BOLO information, and used a Partner Support Portal to report disinformation. Much like the other Defendants, described above, the CDC Defendants became "partners" with social-media platforms, flagging and reporting statements on social media Defendants deemed false. Although the CDC Defendants did not exercise coercion to the same extent as the White House and Surgeon General Defendants, their actions still likely resulted in "significant encouragement" by the government to suppress free speech about COVID-19 vaccines and other related issues.

Various social-media platforms changed their content-moderation policies to require suppression of content that was deemed false by CDC and led to vaccine hesitancy. The CDC became the "determiner of truth" for social-media platforms, deciding whether COVID-19 statements made on social media were true or false. And the CDC was aware it had become the "determiner of truth" for social-media platforms. If the CDC said a statement on social media was false, it was suppressed, in spite of alternative views. By telling social-media companies that posted content was false, the CDC Defendants knew the social-media company was going to suppress the posted content. The CDC Defendants thus likely "significantly encouraged" social-media companies to suppress free speech.

Based on the foregoing examples of significant encouragement and coercion by the CDC Defendants, the Court finds that Plaintiffs are likely to succeed on the merits of their First Amendment claim against the CDC Defendants.

### (4) NIAID Defendants

Plaintiffs allege that NIAID Defendants engaged in a series of campaigns to discredit and procure the censorship of disfavored viewpoints on social media. Plaintiffs allege that Dr. Fauci

Case: 23-30445    Document: 43-2    Page: 110    Date Filed: 07/17/2023

engaged in a series of campaigns to suppress speech regarding the Lab-Leak theory of COVID-19's origin, treatment using hydroxychloroquine, the GBD, the treatment of COVID-19 with Ivermectin, the effectiveness of mask mandates, and the speech of Alex Berenson.

In opposition, Defendants assert that the NIAID Defendants simply supports research to better understand, treat, and prevent infectious, immunologic, and allergic diseases and is responsible for responding to emergency public health threats. The NIAID Defendants argue that they had limited involvement with social-media platforms and did not meet with or contact the platforms to change their content or policies. The NIAID Defendants further argue that the videos, press conferences, and public statements by Dr. Fauci and other employees of NIAID was government speech.

This Court agrees that much of what the NIAID Defendants did was government speech. However, various emails show Plaintiffs are likely to succeed on the merits through evidence that the motivation of the NIAID Defendants was a "take down" of protected free speech. Dr. Francis Collins, in an email to Dr. Fauci[625] told Fauci there needed to be a "quick and devastating take down" of the GBD—the result was exactly that. Other email discussions show the motivations of the NIAID were to have social-media companies suppress these alternative medical theories. Taken together, the evidence shows that Plaintiffs are likely to succeed on the merits against the NIAID Defendants as well.

### (5) FBI Defendants

Plaintiffs allege that the FBI Defendants also suppressed free speech on social-media platforms, with the FBI and FBI's FITF playing a key role in these censorship efforts.

---

[625] [Doc. No. 207-6]

In opposition, Defendants assert that the FBI Defendants' specific job duties relate to foreign influence operations, including attempts by foreign governments to influence U.S. elections. Based on the alleged foreign interference in the 2016 U.S. Presidential election, the FBI Defendants argue that, through their meetings and emails with social-media companies, they were attempting to prevent foreign influence in the 2020 Presidential election. The FBI Defendants deny any attempt to suppress and/or change the social-media companies' policies with regard to domestic speech. They further deny that they mentioned Hunter Biden or a "hack and leak" foreign operation involving Hunter Biden.

According to the Plaintiffs' allegations detailed above, the FBI had a 50% success rate regarding social media's suppression of alleged misinformation, and it did no investigation to determine whether the alleged disinformation was foreign or by U.S. citizens. The FBI's failure to alert social-media companies that the Huuter Biden laptop story was real, and not mere Russian disinformation, is particularly troubling. The FBI had the laptop in their possession since December 2019 and had warned social-media companies to look out for a "hack and dump" operation by the Russians prior to the 2020 election. Even after Facebook specifically asked whether the Hunter Biden laptop story was Russian disinformation, Dehmlow of the FBI refused to comment, resulting in the social-media companies' suppression of the story. As a result, millions of U.S. citizens did not hear the story prior to the November 3, 2020 election. Additionally, the FBI was included in Industry meetings and bilateral meetings, received and forwarded alleged misinformation to social-media companies, aud actually mislead social-media companies in regard to the Hunter Biden laptop story. The Court finds this evidence demonstrative of significant encouragement by the FBI Defendants.

Defendants also argue that Plaintiffs are attempting to create a "deception" theory of government involvement with regards to the FBI Defendants. Plaintiffs allege the FBI told the social-media companies to watch out for Russian disinformation prior to the 2020 Presidential election and then failed to tell the companies that the Hunter Biden laptop was not Russian disinformation. The Plaintiffs further allege Dr. Fauci colluded with others to cover up the Government's involvement in "gain of function" research at the Wuhan lab in China, which may have resulted in the creation of the COVID-19 pandemic.

Although this Court agrees there is no specified "deception" test for government action, a state may not induce private persons to accomplish what it is constitutionally forbidden to accomplish. *Norwood*, 413 U.S. at 455. It follows, then, that the government may not deceive a private party either—it is just another form of coercion. The Court has evaluated Defendants' conduct under the "coercion" and/or "significant encouragement" theories of government action, and finds that the FBI Defendants likely exercised "significant encouragement" over social-media companies.

Through meetings, emails, and in-person contacts, the FBI intrinsically involved itself in requesting social-media companies to take action regarding content the FBI considered to be misinformation. The FBI additionally likely misled social-media companies into believing the Hunter Biden laptop story was Russian disinformation, which resulted in suppression of the story a few weeks prior to the 2020 Presidential election. Thus, Plaintiffs are likely to succeed in their claims that the FBI exercised "significant encouragement" over social-media platforms such that the choices of the companies must be deemed to be that of the Government.

Case: 23-30445   Document: 43-2   Page: 112   Date Filed: 07/17/2023

Case: 23-30445    Document: 43-2    Page: 113    Date Filed: 07/17/2023

### (5) CISA Defendants

Plaintiffs allege the CISA Defendants served as a "nerve center" for federal censorship efforts by meeting routinely with social-media platforms to increase censorship of speech disfavored by federal officials, and by acting as a "switchboard" to route disinformation concerns to social-media platforms.

In response, the CISA Defendants maintain that CISA has a mandate to coordinate with federal and non-federal entities to carry out cybersecurity and critical infrastructure activities. CISA previously designated election infrastructure as a critical infrastructure subsector. CISA also collaborates with state and local election officials; as part of its duties, CISA coordinates with the EIS-GCC, which is comprised of state, local, and federal governmental departments and agencies. The EI-SSC is comprised of owners or operators with significant business or operations in U.S. election infrastructure systems or services. After the 2020 election, the EI-SCC and EIS-GCC launched a Joint Managing Mis/Disinformation Group to coordinate election infrastructure security efforts. The CISA Defendants argue CISA supports the Joint Managing Mis-Disinformation Group but does not coordinate with the EIP or the CIS. Despite DHS providing financial assistance to the CIS through a series of cooperative agreement awards managed by CISA, the CISA Defendants assert that the work scope funded by DHS has not involved the CIS performing disinformation-related tasks.

Although the CISA Defendants admit to being involved in "switchboarding" work during the 2020 election cycle, CISA maintains it simply referred the alleged disinformation to the social-media companies, who made their own decisions to suppress content. CISA maintains it included a notice with each referral to the companies, which stated that CISA was not demanding censorship. CISA further maintains it discontinued its switchboarding work after the 2020 election

Case: 23-30445   Document: 43-2   Page: 114   Date Filed: 07/17/2023

cycle and has no intention to engage in switchboarding for the next election.[626] CISA further argues that even though it was involved with USG-Industry meetings with other federal agencies and social-media companies, they did not attempt to "push" social-media companies to suppress content or to change policies.

The Court finds that Plaintiffs are likely to succeed on the merits of their First Amendment claim against the CISA Defendants. The CISA Defendants have likely exercised "significant encouragement" with social-media platforms such that the choices of the social-media companies must be deemed to be that of the government. Like many of the other Defendants, the evidence shows that the CISA Defendants met with social-media companies to both inform and pressure them to censor content protected by the First Amendment. They also apparently encouraged and pressured social-media companies to change their content-moderation policies and flag disfavored content.

But the CISA Defendants went even further. CISA expanded the word "infrastructure" in its terminology to include "cognitive" infrastructure, so as to create authority to monitor and suppress protected free speech posted on social media. The word "cognitive" is an adjective that means "relating to cognition." "Cognition" means the mental action or process of acquiring knowledge and understanding through thought, experiences, and the senses.[627] The Plaintiffs are likely to succeed on the merits on its claim that the CISA Defendants believe they had a mandate to control the process of acquiring knowledge. The CISA Defendants engaged with Stanford University and the University of Washington to form the EIP, whose purpose was to allow state and local officials to report alleged election misinformation so it could be forwarded to the social-

---

[626] However, at oral argument, CISA attorneys were unable to verify whether or not CISA would be involved in switchboarding during the 2024 election. [Doc. No. 288 at 122]
[627] Google English Dictionary

Case: 23-30445   Document: 43-2   Page: 115   Date Filed: 07/17/2023

media platforms to review. CISA used a CISA-funded non-profit organization, the CIS, to perform the same actions. CISA used interns who worked for the Stanford Internal Observatory, which is part of the EIP, to address alleged election disinformation. All of these worked together to forward alleged election misinformation to social-media companies to view for censorship. They also worked together to ensure the social-media platforms reported back to them on what actions the platforms had taken. And in this process, no investigation was made to determine whether the censored information was foreign or produced by U.S. citizens.

According to DiResta, head of EIP, the EIP was designed "to get around unclear legal authorities, including very real First Amendment questions that would arise if CISA or the other government agencies were to monitor and flag information for censorship on social media."[628] Therefore, the CISA Defendants aligned themselves with and partnered with an organization that was designed to avoid Government involvement with free speech in monitoring and flagging content for censorship on social-media platforms.

At oral arguments on May 26, 2023, Defendants argued that the EIP operated independently of any government agency. The evidence shows otherwise: the EIP was started when CISA interns came up with the idea; CISA connected the EIP with the CIS, which is a CISA-funded non-profit that channeled reports of misinformation from state and local government officials to social-media companies; CISA had meetings with Stanford Internet Observatory officials (a part of the EIP), and both agreed to "work together"; the EIP gave briefings to CISA; and  the CIS (which CISA funds) oversaw the Multi-State Information Sharing and Analysis Center ("MS-ISAC") and the Election Infrastructure Information Sharing and Analysis Center

---

[628] [Doc. No. 209-5 at 4]

("EI-ISAC"), both of which are organizations of state and local governments that report alleged election misinformation.

CISA directs state and local officials to CIS and connected the CIS with the EIP because they were working on the same mission and wanted to be sure they were all connected. CISA served as a mediating role between CIS and EIP to coordinate their efforts in reporting misinformation to social-media platforms, and there were direct email communications about reporting misinformation between EIP and CISA. Stamos and DiResta of the EIP also have roles in CISA on CISA advisory committees. EIP identifies CISA as a "partner in government." The CIS coordinated with EIP regarding online misinformation. The EIP publication, "The Long Fuse,"[629] states the EIP has a focus on election misinformation originating from "domestic" sources across the United States.[630] EIP further stated that the primary repeat spreaders of false and misleading narratives were "verified blue-checked accounts belonging to partisan media outlets, social-media influencers, and political figures, including President Trump and his family."[631] The EIP further disclosed it held its first meeting with CISA to present the EIP concept on July 9, 2020, and EIP was officially formed on July 26, 2020, "in consultation with CISA."[632] The Government was listed as one of EIP's Four Major Stakeholder Groups, which included CISA, the GEC, and ISAC.[633]

As explained, the CISA Defendants set up a "switchboarding" operation, primarily consisting of college students, to allow immediate reporting to social-media platforms of alleged election disinformation. The "partners" were so successful with suppressing election

---

[629] [Doc. No. 209-2]
[630] [Id. at 9]
[631] [Id. at 12]
[632] [Id. at 20–21]
[633] [Id. at 30]

Case: 23-30445   Document: 43-2   Page: 116   Date Filed: 07/17/2023

disinformation, they later formed the Virality Project, to do the same thing with COVID-19 misinformation that the EIP was doing for election disinformation. CISA and the EIP were completely intertwined. Several emails from the switchboarding operation sent by intern Pierce Lowary shows Lowary directly flagging posted content and sending it to social-media companies. Lowary identified himself as "working for CISA" on the emails.[634]

On November 21, 2021, CISA Director Easterly stated: "We live in a world where people talk about alternative facts, post-truth, which I think is really, really dangerous if people get to pick their own facts." The Free Speech Clause was enacted to prohibit just what Director Easterly is wanting to do: allow the government to pick what is true and what is false. The Plaintiffs are likely to succeed on the merits of their First Amendment claim against the CISA Defendants for "significantly encouraging" social-media companies to suppress protected free speech.

### (5) State Department Defendants

Plaintiffs allege the State Department Defendants, through the State Department's GEC, were also involved in suppressing protected speech on social-media platforms.

In response, the State Department Defendants argue that they, along with the GEC, play a critical role in coordinating the U.S. government efforts to respond to foreign influence. The State Department Defendants argue that they did not flag specific content for social-media companies and did not give the company any directives. The State Department Defendants also argue that they do not coordinate with or work with the EIP or the CIS.

The Court finds that Plaintiffs are also likely to succeed on the merits regarding their First Amendment Free Speech Clause against the State Department Defendants. For many of the same reasons the Court reached its conclusion as to the CISA Defendants, the State Department

---

[634] [Doc. No. 227-2 at 15, 23, 42, 65 & 78]

Case: 23-30445      Document: 43-2      Page: 117      Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 118   Date Filed: 07/17/2023

Defendants have exercised "significant encouragement" with social-media platforms, such that the choices of the social-media companies should be deemed to be that of the government. As discussed previously, both CISA and the GEC were intertwined with the VP, EIP, and Stanford Internet Observatory.

The VP, EIP, and Stanford Internet Observatory are not defendants in this proceeding. However, their actions are relevant because government agencies have chosen to associate, collaborate, and partner with these organizations, whose goals are to suppress protected free speech of American citizens. The State Department Defendants and CISA Defendants both partnered with organizations whose goals were to "get around" First Amendment issues.[635] In partnership with these non-governmental organizations, the State Department Defendants flagged and reported postings of protected free speech to the social-media companies for suppression. The flagged content was almost entirely from political figures, political organizations, alleged partisan media outlets, and social-media all-stars associated with right-wing or conservative political views, demonstrating likely "viewpoint discrimination." Since only conservative viewpoints were allegedly suppressed, this leads naturally to the conclusion that Defendants intended to suppress only political views they did not believe in. Based on this evidentiary showing, Plaintiffs are likely to succeed on the merits of their First Amendment claims against the State Department Defendants.

### (6) Other Defendants

Other Defendants in this proceeding are the U.S. Food and Drug Administration, U. S. Department of Treasury, U.S. Election Assistance Commission, U. S. Department of Commerce, and employees Erica Jefferson, Michael Murray, Wally Adeyemo, Steven Frid, Brad Kimberly, and Kristen Muthig. Plaintiffs confirmed at oral argument that they are not seeking a preliminary

---

[635] [Doc. No. 209-5 at 4]

injunction against these Defendants. Additionally, Plaintiffs assert claims against the Disinformation Governance Board ("DGB") and its Director Nina Jankowicz. Defendants have provided evidence that the DGB has been disbanded, so any claims against these Defendants are moot. Thus, this Court will not address the issuance of an injunction against any of these Defendants.

### ii.  Joint Participation

The Plaintiffs contend that the Defendants are not only accountable for private conduct that they coerced or significantly encouraged, but also for private conduct in which they actively participated as "joint participants." *Burton v. Wilmington Parking Authority*, 365 U.S. 715, 725 (1961). Although most often "joint participation" occurs through a conspiracy or collusive behavior, *Hobbs v. Hawkins*, 968 F.2d 471, 480 (5th Cir. 1992), even without a conspiracy, when a plaintiff establishes the government is responsible for private action arising out of "pervasive entwinement of public institutions and public officials in the private entity's composition and workings." *Brentwood Academy. v. Tennessee Secondary Sch. Athletic Ass'n.*, 531 U. S. 288, 298 (2001).

Under the "joint action" test, the Government must have played an indispensable role in the mechanism leading to the disputed action. *Frazier v. Bd. Of Trs. Of N.W. Miss. Reg.'l Med. Ctr.*, 765 F.2d 1278, 1287-88 (5th Cir.), *amended*, 777 F.2d 329 (5th Cir. 1985). When a plaintiff establishes "the existence of a conspiracy involving state action," the government becomes responsible for all constitutional violations committed in furtherance of the conspiracy by a party to the conspiracy. *Armstrong v. Ashley*, 60 F.4th 262, (5th Cir. 2023). Conspiracy can be charged as the legal mechanism through which to impose liability on each and all of the defendants without

Case: 23-30445    Document: 43-2    Page: 120    Date Filed: 07/17/2023

regard to the person doing the particular act that deprives the plaintiff of federal rights. *Pfannstiel v. City of Marion*, 918 F.2d 1178, 1187 (5th Cir. 1990).

Much like conspiracy and collusion, joint activity occurs whenever the government has "so far insinuated itself" into private affairs as to blur the line between public and private action. *Jackson v. Metro. Edison Co.*, 419 U.S. 345, 357 (1974). To become "pervasively entwined" in a private entity's workings, the government need only "significantly involve itself in the private entity's actions and decision-making"; it is not necessary to establish that "state actors ... literally 'overrode' the private entity's independent judgment." *Rawson v. Recovery Innovations, Inc.*, 975 F.3d 742, 751, 753 (9th Cir. 2020). "Pervasive intertwinement" exists even if the private party is exercising independent judgment. *West v. Atkins*, 487 U.S. 42, 52, n.10 (1988); *Gallagher v. Neil Young Freedom Concert*, 49 F.3d 1442, 1454 (10th Cir. 1995) (holding that a "substantial degree of cooperative action" can constitute joint action).

For the same reasons as this Court has found Plaintiffs met their burden to show "significant encouragement" by the White House Defendants, the Surgeon General Defendants, the CDC Defendants, the FBI Defendants, the NIAID Defendants, the CISA Defendants, and the State Department Defendants, this Court finds the Plaintiffs are likely to succeed on the merits that these Defendants "jointly participated" in the actions of the private social-media companies as well, by insinuating themselves into the social-media companies' private affairs and blurring the line between public and private action.[636]

However, this Court finds Plaintiffs are not likely to succeed on the merits that the "joint participation" occurred as a result of a conspiracy with the social-media companies. The evidence

---

[636] It is not necessary to repeat the details discussed in the "significant encouragement" analysis in order to find Plaintiffs have met their initial burden.

Date Filed: 07/17/2023   Page: 121   Document: 43-2   Case: 23-30445

thus far shows that the social-media companies cooperated due to coercion, not because of a conspiracy.

This Court finds the White House Defendants, the Surgeon General Defendants, the CDC Defendants, the NIAID Defendants, the FBI Defendants, the CISA Defendants, and the State Department Defendants likely "jointly participated" with the social-media companies to such an extent that said Defendants have become "pervasively entwined" in the private companies' workings to such an extent as to blur the line between public and private action. Therefore, Plaintiffs are likely to succeed on the merits that the government Defendants are responsible for the private social-media companies' decisions to censor protected content on social-media platforms.

### iii. Other Arguments

While not admitting any fault in the suppression of free speech, Defendants blame the Russians, COVID-19, and capitalism for any suppression of free speech by social-media companies. Defendants argue the Russian social-media postings prior to the 2016 Presidential election caused social-media companies to change their rules with regard to alleged misinformation. The Defendants argue the Federal Government promoted necessary and responsible actions to protect public health, safety, and security when confronted by a deadly pandemic and hostile foreign assaults on critical election infrastructure. They further contend that the COVID-19 pandemic resulted in social-media companies changing their rules in order to fight related disinformation. Finally, Defendants argue the social-media companies' desire to make money from advertisers resulted in change to their efforts to combat disinformation. In other words, Defendants maintain they had nothing to do with Plaintiffs' censored speech and blamed any suppression of free speech on the Russians, COVID-19, and the companies' desire to make

Case: 23-30445      Document: 43-2      Page: 122      Date Filed: 07/17/2023

money. The social-media platforms and the Russians are of course not defendants in this proceeding, and neither are they bound by the First Amendment. The only focus here is on the actions of the Defendants themselves.

Although the COVID-19 pandemic was a terrible tragedy, Plaintiffs assert that it is still not a reason to lessen civil liberties guaranteed by our Constitution. "If human nature and history teaches anything, it is that civil liberties face grave risks when governments proclaim indefinite states of emergency." *Does 1-3 v. Mills*, 142 S. Ct. 17, 20–21 (2021) (Gorsuch, J., dissenting). The "grave risk" here is arguably the most massive attack against free speech in United States history.

Another argument of Defendants is that the previous Administration took the same actions as Defendants. Although the "switchboarding" by CISA started in 2018, there is no indication or evidence yet produced in this litigation that the Trump Administration had anything to do with it. Additionally, whether the previous Administration suppressed free speech on social media is not an issue before this Court and would not be a defense to Defendants even if it were true.

Defendants also argue that a preliminary injunction would restrict the Defendants' right to government speech and would transform government speech into government action whenever the Government comments on public policy matters. The Court finds, however, that a preliminary injunction here would not prohibit government speech. The traditional test used to differentiate government speech from private speech discusses three relevant factors: (1) whether the medium at issue has historically been used to communicate messages from the government; (2) whether the public reasonably interprets the government to be the speaker; and (3) whether the government maintains editorial control over the speech. *Pleasant Grove City, Utah v. Summum*, 555 U.S. 460, 465–80 (2009). A government entity has the right to speak for itself and is entitled to say what it wishes and express the views it wishes to express. The Free Speech Clause restricts government

118

-PA0118-

regulation of private speech; it does not regulate government speech. *Pleasant Grove City, Utah*, 555 U.S. at 468.

The Defendants argue that by making public statements, this is nothing but government speech. However, it was not the public statements that were the problem. It was the alleged use of government agencies and employees to coerce and/or significantly encourage social-media platforms to suppress free speech on those platforms. Plaintiffs point specifically to the various meetings, emails, follow-up contacts, and the threat of amending Section 230 of the Communication Decency Act. Plaintiffs have produced evidence that Defendants did not just use public statements to coerce and/or encourage social-media platforms to suppress free speech, but rather used meetings, emails, phone calls, follow-up meetings, and the power of the government to pressure social-media platforms to change their policies and to suppress free speech. Content was seemingly suppressed even if it did not violate social-media policies. It is the alleged coercion and/or significant encouragement that likely violates the Free Speech Clause, not government speech, and thus, the Court is not persuaded by Defendants' arguments here.

### b. Standing

The United States Constitution, via Article III, limits federal courts' jurisdiction to "cases" and "controversies." *Sample v. Morrison*, 406 F.3d 310, 312 (5th Cir. 2005) (*citing* U.S. Const. art. III, § 2). The "law of Article III standing, which is built on separation-of-powers principles, serves to prevent the judicial process from being used to usurp the powers of the political branches." *Town of Chester, N.Y. v. Laroe Ests., Inc.*, 581 U.S. 433, 435 (2017) (citation omitted). Thus, "the standing question is whether the plaintiff has alleged such a personal stake in the outcome of the controversy as to warrant [its] invocation of federal-court jurisdiction and to justify exercise of the court's remedial powers on his behalf." *Warth v. Seldin*, 422 U.S. 490, 498-99

Case: 23-30445   Document: 43-2   Page: 123   Date Filed: 07/17/2023

(1975) (citation and internal quotation marks omitted). The Article III standing requirements apply

to claims for injunctive and declaratory relief. *See Seals v. McBee*, 898 F.3d 587, 591 (5th Cir.

2018), *as revised* (Aug. 9, 2018); *Lawson v. Callahan*, 111 F.3d 403, 405 (5th Cir. 1997).

Article III standing is comprised of three essential elements. *Spokeo, Inc. v. Robins*, 578

U.S. 330, 338 (2016), *as revised* (May 24, 2016) (citation omitted). "The plaintiff must have (1)

suffered an injury-in-fact, (2) that is fairly traceable to the challenged conduct of the defendant,

and (3) that is likely to be redressed by a favorable judicial decision. The plaintiff, as the party

invoking federal jurisdiction, bears the burden of establishing these elements." *Id.* (internal

citations omitted). Furthermore, "[a] plaintiff must demonstrate standing for each claim he seeks

to press and for each form of relief that is sought." *Town of Chester, N.Y.*, 581 U.S. at 439 (citations

omitted). However, the presence of one party with standing "is sufficient to satisfy Article III's

case-or-controversy requirement." *Texas*, 809 F.3d 134 (*citing Rumsfeld v. F. for Acad. &*

*Institutional Rts., Inc.*, 547 U.S. 47, 52 n.2 (2006)).

In the context of a preliminary injunction, it has been established that "the 'merits' required

for the plaintiff to demonstrate a likelihood of success include not only substantive theories but

also the establishment of jurisdiction." *Food & Water Watch, Inc. v. Vilsack*, 808 F.3d 905, 913

(D.C. Cir. 2015). In order to establish standing, the plaintiff must demonstrate that they have

encountered or suffered an injury attributable to the defendant's challenged conduct and that such

injury is likely to be resolved through a favorable decision. *Lujan v. Def. of Wildlife*, 504 U.S. 555,

560–61 (1992). Further, during the preliminary injunction stage, the movant is only required to

demonstrate a likelihood of proving standing. *Speech First, Inc. v. Fenves*, 979 F.3d 319, 330 (5th

Cir. 2020). Defendants raise challenges to each essential element of standing for both the Private

Plaintiffs and the States. Each argument will be addressed in turn below. For the reasons stated

120

-PA0120-

herein, the Court finds that the Plaintiffs have demonstrated a likelihood of satisfying Article III's standing requirements.

### i.      Injury-in-fact

Plaintiffs seeking to establish injury-in-fact must show that they suffered "an invasion of a legally protected interest" that is "concrete and particularized" and "actual or imminent, not conjectural or hypothetical." *Spokeo*, 578 U.S. at 339 (citations and internal quotation marks omitted). For an injury to be "particularized," it must "affect the plaintiff in a personal and individual way." *Id.* (citations and internal quotation marks omitted).

Plaintiffs argue that that they have asserted violations of their First Amendment right to speak and listen freely without government interference.[637] In response, Defendants contend that Plaintiffs' allegations rest on dated declarations that focus on long-past conduct, making Plaintiffs' fears of imminent injury entirely speculative.[638] The Court will first address whether the Plaintiff States are likely to prove an injury-in-fact. Then the court will examine whether the Individual Plaintiffs are likely to prove an injury-in-fact. For the reasons explained below, both the Plaintiff States and Individual Plaintiffs are likely to prove an injury-in-fact.

### (1) Plaintiff States

In denying Defendants' Motion to Dismiss,[639] this Court previously found that the Plaintiff States had sufficiently alleged injury-in-fact to satisfy Article III standing under either a direct injury or *parens patriae* theory of standing and that the States were entitled to special solicitude in the standing analysis.[640] At the preliminary injunction stage, the issue becomes whether the Plaintiffs are likely to prove standing. *See Speech First, Inc.*, 979 F.3d, at 330. The evidence

---

[637] *See* [Doc. No. 214, at 66]
[638] *See* [Doc. No. 266, at 151]
[639] [Doc. No. 128]
[640] [Doc. No. 224, at 20–33]

Case: 23-30445      Document: 43-2      Page: 125      Date Filed: 07/17/2023

produced thus far through discovery shows that the Plaintiff States are likely to establish an injury-in-fact through either a *parens patriae* or direct injury theory of standing.

*Parens patriae*, which translates to "parent of the country," traditionally refers to the state's role as a sovereign and guardian for individuals with legal disabilities. *Alfred L. Snapp & Son, Inc. v. Puerto Rico, ex rel., Barez*, 458 U.S. 592, 600 n.8 (1982) (*quoting* Black's Law Dictionary 1003 (5th ed. 1979)). The term *"parens patriae* lawsuit" has two meanings: it can denote a lawsuit brought by the state on behalf of individuals unable to represent themselves, or a lawsuit initiated by the state to protect its "quasi-sovereign" interests. *Id.* at 600; *see also Kentucky v. Biden*, 23 F.4th 585, 596–98 (6th Cir. 2022); *Chapman v. Tristar Prod., Inc.*, 940 F.3d 299, 305 (6th Cir. 2019). A lawsuit based on the former meaning is known as a "third-party" *parens patriae* lawsuit, and it is clearly established law that states cannot bring such lawsuits against the federal government. *Kentucky*, 23 F.4th at 596. Thus, to have *parens patriae* standing, the Plaintiff States must show a likelihood of establishing an injury to one or more of their quasi-sovereign interests.

In *Snapp*, the United States Supreme Court determined that Puerto Rico had *parens patriae* standing to sue the federal government to safeguard its quasi-sovereign interests. *Snapp*, 458 U.S. at 608. The Court identified two types of injuries to a state's quasi-sovereign interests: one is an injury to a significant portion of the state's population, and the other is the exclusion of the state and its residents from benefiting from participation in the federal system. *Id.* at 607–608. The Court did not establish definitive limits on the proportion of the population that must be affected but suggested that an indication could be whether the injury is something the state would address through its sovereign lawmaking powers. *Id.* at 607. Based on the injuries alleged by Puerto Rico, the Court found that the state had sufficiently demonstrated harm to its quasi-sovereign interests and had *parens patriae* standing to sue the federal government. *Id.* at 609–10.

In *Massachusetts v. E.P.A.*, 549 U.S. 497 (2007), the United States Supreme Court further clarified the distinction between third-party and quasi-sovereign *parens patriae* lawsuits. There, the Court concluded that Massachusetts had standing to sue the EPA to protect its quasi-sovereign interests. The Court emphasized the distinction between allowing a state to protect its citizens from federal statutes (which is prohibited) and permitting a state to assert its rights under federal law (which it has standing to do). *Massachusetts*, 549 U.S. at 520 n.17. Because Massachusetts sought to assert its rights under a federal statute rather than challenge its application to its citizens, the Court determined that the state had *parens patriae* standing to sue the EPA.

Here, the Plaintiff States alleged and have provided ample evidence to support injury to two quasi-sovereign interests: the interest in safeguarding the free-speech rights of a significant portion of their respective populations and the interest in ensuring that they receive the benefits from participating in the federal system. Defendants argue that this theory of injury is too attenuated and that Plaintiffs are unlikely to prove any direct harm to the States' sovereign or quasi-sovereign interests, but the Court does not find this argument persuasive.

Plaintiffs have put forth ample evidence regarding extensive federal censorship that restricts the free flow of information on social-media platforms used by millions of Missourians and Louisianians, and very substantial segments of the populations of Missouri, Louisiana, and every other State.[641] The Complaint provides detailed accounts of how this alleged censorship harms "enormous segments of [the States'] populations." Additionally, the fact that such extensive examples of suppression have been uncovered through limited discovery suggests that the

---

[641] *See supra*, pp. 8–94 (detailing the extent and magnitude of Defendants' pressure and coercion tactics with social-media companies); *See also* [Doc. No. 214-1, at ¶¶ 1348 (noting that Berenson had nationwide audiences and over 200,000 followers when he was de-platformed on Twitter), 1387 (noting that the Gateway Pundit had more than 1.3 million followers across its social-media accounts before it was suspended), 1397–1409 (noting that Hines has approximately 13,000 followers each on her Health Freedom Louisiana and Reopen Louisiana Facebook pages, approximately 2,000 followers on two other Health Freedom Group Louisiana pages, and that the former Facebook pages have faced increasing censorship penalties and that the latter pages were de-platformed completely), etc.]

123

censorship explained above could merely be a representative sample of more extensive suppressions inflicted by Defendants on countless similarly situated speakers and audiences, including audiences in Missouri and Louisiana. The examples of censorship produced thus far cut against Defendants' characterization of Plaintiffs' fear of imminent future harm as "entirely speculative" and their description of the Plaintiff States' injuries as "overly broad and generalized grievance[s]."[642] The Plaintiffs have outlined a federal regime of mass censorship, presented specific examples of how such censorship has harmed the States' quasi-sovereign interests in protecting their residents' freedom of expression, and demonstrated numerous injuries to significant segments of the Plaintiff States' populations.

Moreover, the materials produced thus far suggest that the Plaintiff States, along with a substantial segment of their populations, are likely to show that they are being excluded from the benefits intended to arise from participation in the federal system. The U.S. Constitution, like the Missouri and Louisiana Constitutions, guarantees the right of freedom of expression, encompassing both the right to speak and the right to listen. U.S. Const. amend. I; *Virginia State Bd. of Pharmacy v. Virginia Citizens Consumer Council, Inc.*, 425 U.S. 748, 756–57 (1976). The United States Supreme Court has acknowledged the freedom of expression as one of the most significant benefits conferred by the federal Constitution. *W. Virginia State Bd. of Educ. v. Barnette*, 319 U.S. 624, 642 (1943) ("If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion."). Plaintiffs have demonstrated that they are likely to prove that federal agencies, actors, and officials in their official capacity are excluding the Plaintiff States

---

[642] [Doc. No. 266, at 151]

124

-PA0124-

Case: 23-30445   Document: 43-2   Page: 129   Date Filed: 07/17/2023

and their residents from this crucial benefit that is meant to flow from participation in the federal system. *See Snapp*, 458 U.S. at 608.

Accordingly, the Court finds that the States have alleged injuries under a *parens patriae* theory of standing because they are likely to prove injuries to the States' quasi-sovereign interests in protecting the constitutionally bestowed rights of their citizens.

Further, Plaintiffs have demonstrated direct censorship injuries that satisfy the requirements of Article III as injuries in fact.[643] Specifically, the Plaintiffs contend that Louisiana's Department of Justice, which encompasses the office of its Attorney General, faced direct censorship on YouTube for sharing video footage wherein Louisianans criticized mask mandates and COVID-19 lockdown measures on August 18, 2021, immediately following the federal Defendants' strong advocacy for COVID-related "misinformation" censorship.[644] Moreover, a Louisiana state legislator experienced censorship on Facebook when he posted content addressing the vaccination of children against COVID-19.[645] Similarly, during public meetings concerning proposed county-wide mask mandates held by St. Louis County, a political subdivision of Missouri, certain citizens openly expressed their opposition to mask mandates. However, YouTube censored the entire videos of four public meetings, removing the content because some citizens expressed the view that masks are ineffective.[646] Therefore, this Court finds that the Plaintiff States have also demonstrated a likelihood of establishing an injury-in-fact under a theory of direct injury sufficient to satisfy Article III.

---

[643] [Doc. No. 214-1, at ¶¶1428–1430]
[644] [Id. at ¶1428]
[645] [Id. at ¶1429]
[646] [Id. at ¶ 1430]

Accordingly, for the reasons stated above and explained in this Court's ruling on the Motion to Dismiss,[647] the Plaintiff States are likely to succeed on establishing an injury-in-fact under Article III.

### (2) Individual Plaintiffs

In *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158 (2014) ("*SBA List*"), the Supreme Court held that an allegation of future injury may satisfy the Article III injury-in-fact requirement if there is a "substantial risk" of harm occurring. (*quoting Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 408 (2013). In *SBA List*, the petitioner challenged a statute that prohibited making false statements during political campaigns. *Id.* at 151–52. The Court considered the justiciability of the pre-enforcement challenge and whether it alleged a sufficiently imminent injury under Article III. It noted that pre-enforcement review is warranted when the threatened enforcement is "sufficiently imminent." *Id.* at 159. The Court further emphasized that past enforcement is indicative that the threat of enforcement is not "chimerical." *Id.* at 164 (*quoting Steffel v. Thompson*, 415 U.S. 452, 459 (1974)).

Likewise, in *Babbitt v. United Farm Workers Nat. Union*, 442 U.S. 289, 302 (1979), the Supreme Court found that the plaintiffs satisfied Article III's injury-in-fact requirement because the fear of future injury was not "imaginary or wholly speculative." There, the Court considered a pre-enforcement challenge to a statute that deemed it an unfair labor practice to encourage consumer boycotts through deceptive publicity. *Id.* at 301. Because the plaintiffs had engaged in past consumer publicity campaigns and intended to continue those campaigns in the future, the Court found their challenge to the consumer publicity provision satisfied Article III. *Id.* at 302. Similar pre-enforcement review was recognized in *Virginia v. Am. Booksellers Ass'n, Inc.*, 484

---

[647] [Doc. No. 214, at 20–33]

126

Case: 23-30445   Document: 43-2   Page: 130   Date Filed: 07/17/2023

U.S. 383, 386 (1988), where the Supreme Court held that booksellers could seek review of a law criminalizing the knowing display of "harmful to juveniles" material for commercial purposes, as defined by the statute. *Virginia*, 484 U.S. at 386 (*certified question answered sub nom. Commonwealth v. Am. Booksellers Ass'n, Inc.*, 236 Va. 168 (1988)).

Here, each of the Individual Plaintiffs are likely to demonstrate an injury-in-fact through a combination of past and ongoing censorship. Bhattacharya, for instance, is the apparent victim of an ongoing "campaign" of social-media censorship, which indicates that he is likely to experience future acts of censorship.[648] Similarly, Kulldorff attests to a coordinated federal censorship campaign against the Great Barrington Declaration, which implies future censorship.[649] Kulldorff's ongoing censorship experiences on his personal social-media accounts provide evidence of ongoing harm and support the expectation of imminent future harm.[650] Kheriaty also affirms ongoing and anticipated future injuries, noting that the issue of "shadow banning" his social-media posts has intensified since 2022.[651]

Hoft and Hines present similar accounts of past, ongoing, and anticipated future censorship injuries. Defendants even appear to be currently involved in an ongoing project that encourages and engages in censorship activities specifically targeting Hoft's website.[652] Hines, too, recounts past and ongoing censorship injuries, stating that her personal Facebook page, as well as the pages

---

[648] *See* [Doc. No. 214-1, ¶787 (an email from Dr. Francis Collins to Dr. Fauci and Cliff Lane which read: "Hi [Dr. Fauci] and Cliff, See https://gbdeclaration.org. This proposal from the three fringe epidemiologists who met with the Secretary seems to be getting a lot of attention – and even a co-signature from Nobel Prize winner Mike Leavitt at Stanford. There needs to be a quick and devastating published take down of its premises. I don't see anything like that online yet – is it underway?"), ¶¶1368–1372 (describing the covert and ongoing censorship campaign against him)]

[649] *See* [Id. at ¶¶1373–1380 (where Kulldorff explains an ongoing campaign of censorship against his personal social-media accounts, including censored tweets, censored posts criticizing mask mandates, removal of LinkedIn posts, and the ongoing permanent suspension of his LinkedIn account)]

[650] [Id.]

[651] [Id. at ¶¶1383–1386]

[652] *See* [Id. at ¶¶1387–1396 (describing the past and ongoing campaign against his website, the Gateway Pundit, which resulted in censorship on Facebook, Twitter, Instagram, and YouTube)]

Case: 23-30445   Document: 43-2   Page: 132   Date Filed: 07/17/2023

of Health Freedom Louisiana and Reopen Louisiana, are constantly at risk of being completely de-platformed.[653] At the time of her declaration, Hines' personal Facebook account was under an ongoing ninety-day restriction. She further asserts, and the evidence supplied in support of the preliminary injunction strongly implies, that these restrictions can be directly traced back to federal officials.

Each of the Private Plaintiffs alleges a combination of past, ongoing, and anticipated future censorship injuries. Their allegations go beyond mere complaints about past grievances. Moreover, they easily satisfy the substantial risk standard. The threat of future censorship is significant, and the history of past censorship provides strong evidence that the threat of further censorship is not illusory or speculative. Plaintiffs' request for an injunction is not solely aimed at addressing the initial imposition of the censorship penalties but rather at preventing any continued maintenance and enforcement of such penalties. Therefore, the Court concludes that the Private Plaintiffs have fulfilled the injury-in-fact requirement of Article III.

Based on the reasons outlined above, the Court determines that both the States and Private Plaintiffs have satisfied the injury-in-fact requirement of Article III.

### ii.    Traceability

To establish traceability, or "causation" in this context, a plaintiff must demonstrate a "direct relation between the injury asserted and the injurious conduct alleged." *Holmes v. Sec. Inv. Prot. Corp.*, 503 U.S. 258, 268 (1992). Therefore, courts examining this element of standing must assess the remoteness, if any, between the plaintiff's injury and the defendant's actions. As explained in *Ass'n of Am. Physicians & Surgeons v. Schiff*, the plaintiff must establish that it is "'substantially probable that the challenged acts of the defendant, not of some absent third party'

---

[653] *See* [Id. at ¶¶1397–1411]

Case: 23-30445      Document: 43-2      Page: 133      Date Filed: 07/17/2023

caused or will cause the injury alleged." 518 F. Supp. 3d 505, 513 (D.D.C. 2021), *aff'd sub nom.*

*Ass'n of Am. Physicians & Surgeons, Inc. v. Schiff*, 23 F.4th 1028 (D.C. Cir. 2022) ("*AAPS II*")

(quoting Fla. Audubon Soc. v. Bentsen, 94 F.3d 658, 663 (D.C. Cir. 1996)).

Plaintiffs argue that they are likely to prove that their injuries are fairly traceable to Defendants' actions of inducing and jointly participating in the social-media companies' viewpoint-based censorship under a theory of "but-for" causation, conspiracy, or aiding and abetting.[654] In support, they cite the above-mentioned examples of switchboarding and other pressure tactics employed by Defendants.[655] In response, Defendants assert that there is no basis upon which this Court can conclude that the social-media platforms made the disputed content-moderation decisions because of government pressure.[656] For the reasons explained below, the Court finds that Plaintiffs are likely to prove that their injuries are fairly traceable to the conduct of the Defendants.

In *Duke Power Co. v. Carolina Envt. Study Grp.*, the United States Supreme Court found that a plaintiff's injury was fairly traceable to a statute under a theory of "but-for" causation. 438 U.S. 59 (1978). The plaintiffs, who were comprised in part of individuals living near the proposed sites for nuclear plants, challenged a statute that limited the aggregate liability for a single nuclear accident under the theory that, but for the passing of the statute, the nuclear plants would not have been constructed. *Id.* at 64–65. The Supreme Court agreed with the district court's finding that

---

[654] [Doc. No. 204, at 67–68]

[655] [Id. at 69–71 (*citing* Doc. No. 214-1, ¶¶57, 64 "(promising the White House that Facebook would censor "often-true" but "sensationalized" content)"; ¶ 73 "(imposing forward limits on non-violative speech on WhatsApp)"; ¶¶ 89-92 "(assuring the White House that Facebook will use a "spectrum of levers" to censor content that "do[es] not violate our Misinformation and Harm policy, including "true but shocking claims or personal anecdotes, or discussing the choice to vaccinate in terms of personal and civil liberties")"; ¶¶ 93-100 "(agreeing to censor Tucker Carlson's content at the White House's behest, even though it did not violate platform policies)", ¶¶ 103-104 "(Twitter deplatforming Alex Berenson at White House pressure)"; ¶ 171 "(Facebook deplatformed the Disinformation Dozen immediately after these comments). Facebook officials scrambled to get back into the White House's good graces. Id. ¶¶ 172, 224 (pleading for "de-escalation" and "working together")."]

[656] [Doc. No. 266, at 131–136]

Case: 23-30445    Document: 43-2    Page: 134    Date Filed: 07/17/2023

there was a "substantial likelihood" that the nuclear plants would have been neither completed nor operated absent the passage of the nuclear-friendly statute. *Id.* at 75.

In *Duke Power Co.*, the defendants essentially argued that the statute was not the "but-for" cause of the injuries claimed by the plaintiffs because if Congress had not passed the statute, the Government would have developed nuclear power independently, and the plaintiffs would have likely suffered the same injuries from government-operated plants as they would have from privately operated ones. *Id.* In rejecting that argument, the Supreme Court stated:

> Whatever the ultimate accuracy of this speculation, it is not responsive to the simple proposition that private power companies now do in fact operate the nuclear-powered generating plants injuring [the plaintiffs], and that their participation would not have occurred but for the enactment and implementation of the Price-Anderson Act. Nothing in our prior cases requires a party seeking to invoke federal jurisdiction to negate the kind of speculative and hypothetical possibilities suggested in order to demonstrate the likely effectiveness of judicial relief.

*Id.* at 77–78. The Supreme Court's reluctancy to follow the defendants down a rabbit-hole of speculation and "what-ifs" is highly instructive.

Here, Defendants heavily rely upon the premise that social-media companies would have censored Plaintiffs and/or modified their content moderation policies even without any alleged encouragement and coercion from Defendants or other Government officials. This argument is wholly unpersuasive. Unlike previous cases that left ample room to question whether public officials' calls for censorship were fairly traceable to the Government; the instant case paints a full picture.[657] A drastic increase in censorship, deboosting, shadow-banning, and account suspensions directly coincided with Defendants' public calls for censorship and private demands for

---

[657] *See* [Doc. No. 204, at 41-44 (where this Court distinguished this case from cases that "left gaps" in the pleadings)]

Case: 23-30445      Document: 43-2      Page: 135      Date Filed: 07/17/2023

censorship.[658] Specific instances of censorship substantially likely to be the direct result of Government involvement are too numerous to fully detail, but a birds-eye view shows a clear connection between Defendants' actions and Plaintiffs injuries.

The Plaintiffs' theory of but-for causation is easy to follow and demonstrates a high likelihood of success as to establishing Article III traceability. Government officials began publicly threatening social-media companies with adverse legislation as early as 2018.[659] In the wake of COVID-19 and the 2020 election, the threats intensified and became more direct.[660] Around this same time, Defendants began having extensive contact with social-media companies via emails, phone calls, and in-person meetings.[661] This contact, paired with the public threats and tense relations between the Biden administration and social-media companies, seemingly resulted in an efficient report-and-censor relationship between Defendants and social-media companies.[662] Against this backdrop, it is insincere to describe the likelihood of proving a causal connection between Defendants' actions and Plaintiffs' injuries as too attenuated or purely hypothetical.

The evidence presented thus goes far beyond mere generalizations or conjecture: Plaintiffs have demonstrated that they are likely to prevail and establish a causal and temporal link between

---

[658] *See, e.g.*, [Doc. No. 241-1, ¶¶1, 7, 17, 164 (examples of Government officials threatening adverse legislation against social-media companies if they do not increase censorship efforts); ¶¶ 51, 119, 133, 366, 424, 519 (examples of social-media companies, typically following up after an in-person meeting or phone call, ensuring Defendants that they would increase censorship efforts)]

[659] [Doc. No. 214-1, ¶1]

[660] *See, e.g.*, [Id. at ¶ 156 (Psaki reinforcing President Biden's "They're killing people" comment); ¶166 (media outlets reporting tense relations between the Biden administration and social-media companies)]

[661] *See, e.g.*, [Doc. No. 174-1, at 3 (Twitter employees setting up a more streamlined process for censorship requests because the company had been "recently bombarded" with censorship requests from the White House)]

[662] *See, e.g.*, [Doc. Nos. 174-1, at 3 (Twitter employees setting up a more streamlined process for censorship requests because the company had been "recently bombarded" with censorship requests from the White House); at 4 (Twitter suspending a Jill Biden parody account within 45 minutes of a White House official requesting twitter to "remove this account immediately"); 214-1, at ¶799 (Drs. Bhattacharya and Kuldorff began experienced extensive censorship on social media shortly after Dr. Collins emailed Dr. Fauci seeking a "quick and devastating take down" of the GBD.); ¶1081 (Twitter removing tweets within two minutes of Scully reporting them for censorship.); ¶¶1266-1365 (Explaining how the Virality Project targeted Hines and health-freedom groups); 214-9, at 2-3 (Twitter ensuring the White House that it would increase censorship of "misleading information" following a meeting between White House officials and Twitter employees.); etc.]

131

Defendants' actions and the social-media companies' censorship decisions. Accordingly, this Court finds that there is a substantial likelihood that Plaintiffs would not have been the victims of viewpoint discrimination but for the coercion and significant encouragement of Defendants towards social-media companies to increase their online censorship efforts.[663]

For the reasons stated above, as well as those set forth in this Court's previous ruling on the Motion to Dismiss,[664] the Court finds that Plaintiffs are likely to succeed in establishing the traceability element of Article III standing.

### iii.    Redressability

The redressability element of the standing analysis requires that the alleged injury is "likely to be redressed by a favorable decision." *Lujan*, 504 U.S. at 560–61. "To determine whether an injury is redressable, a court will consider the relationship between 'the judicial relief requested' and the 'injury' suffered." *California v. Texas*, 141 S. Ct. 2104, 2115, 210 L. Ed. 2d 230 (2021) (*quoting Allen v. Wright*, 468 U.S. 737, 753 n.19 (1984), *abrogated by Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 572 U.S. 118 (2014)). Additionally, courts typically find that where an injury is traceable to a defendant's conduct, it is usually redressable as well. *See, e.g., Scenic Am., Inc. v. United States Dep't of Transportation*, 836 F.3d 42, 54 (D.C. Cir. 2016) ("[C]ausation and redressability are closely related, and can be viewed as two facets of a single requirement."); *Toll Bros. v. Twp. of Readington*, 555 F.3d 131, 142 (3d Cir. 2009) ("Redressability . . . is closely related to traceability, and the two prongs often overlap."); *El Paso Cnty. v. Trump*, 408 F. Supp. 3d 840, 852 (W.D. Tex. 2019).

---

[663] Because this Court finds that Plaintiffs have successfully shown a likelihood of success under a "but for" theory of causation, it will not address Plaintiffs arguments as to other theories of causation. However, the Court does note that caselaw from outside of the Fifth Circuit supports a more lenient theory of causation for purposes of establishing traceability. *See, e.g., Tweed-New Haven Airport Auth. v. Tong*, 930 F.3d 65, 71 (2d Cir. 2019); *Parsons v. U.S. Dep't of Justice*, 801 F.3d 701, 714 (6th Cir. 2015).

[664] [Doc. No. 204, at 67–71]

Plaintiffs argue that they are likely to prove that a favorable decision would redress their injuries because they have provided ample evidence that their injuries are imminent and ongoing.[665] In response, Defendants contend that any threat of future injury is merely speculative because Plaintiffs rely on dated declarations and focus on long-past conduct of Defendants and social-media companies.[666] For the reasons explained below, the Court finds that Plaintiffs are likely to prove that their injuries would be redressed by a favorable decision.

As this Court previously noted,[667] a plaintiff's standing is evaluated at the time of filing of the initial complaint in which they joined. *Lynch v. Leis*, 382 F.3d 642, 647 (6th Cir. 2004); *Davis v. F.E.C.*, 554 F.3d 724, 734 (2008); *S. Utah Wilderness All. v. Palma*, 707 F.3d 1143, 1153 (10th Cir. 2013). The State Plaintiffs filed suit on May 5, 2022,[668] and the individual Plaintiffs joined on August 2, 2022.[669] Both groups are likely to prove that threat of future injury is more than merely speculative.

Plaintiff States have produced sufficient evidence to demonstrate a likelihood of proving ongoing injuries as of the time the Complaint was filed. For instance, on June 13, 2023, Flaherty still wanted to "get a sense of what [Facebook was] planning" and denied the company's request for permission to stop submitting its biweekly "Covid Insights Report" to the White House.[670] Specifically, Flaherty wanted to monitor Facebook's suppression of COVID-19 misinformation "as we start to ramp up [vaccines for children under the age of five]."[671] The CDC also remained in collaboration with Facebook in June of 2022 and even delayed implementing policy changes

---

[665] [Doc. No. 214, at 71–74]
[666] [Doc. No. 266, at 152–157]
[667] [Doc. No. 204, at 62–65]
[668] [Doc. No. 1]
[669] [Doc. No. 45]
[670] [Doc. No. 214-1, at ¶425]
[671] [Id.]

133

Case: 23-30445     Document: 43-2     Page: 137     Date Filed: 07/17/2023

"until [it got] the final word from [the CDC]."[672] After coordinating with the CDC and White House, Facebook informed the White House of its new and government-approved policy, stating: "As of today, [June 22, 2022], all COVID-19 vaccine related misinformation and harm policies on Facebook and Instagram apply to people 6 months or older."[673]

Likewise, the individual Plaintiffs are likely to demonstrate that their injuries were imminent and ongoing as of August 2, 2022. Evidence obtained thus far indicates that Defendants have plans to continue the alleged censorship activities. For example, preliminary discovery revealed CISA's expanding efforts in combating misinformation, with a focus on the 2022 elections.[674] As of August 12, 2022, Easterly was directing the "mission of Rumor Control" for the 2022 midterm elections,[675] and CISA candidly reported to be "bee[fing] up [its] efforts to fight falsehoods[]" in preparation for the 2024 election cycle.[676] Chan of the FBI also testified at his deposition that online disinformation continues to be discussed between the federal agencies and social-media companies at the USG Industry meetings, and Chan assumes that this will continue through the 2024 election cycle.[677] All of this suggests that Plaintiffs are likely to prove that risk of future censorship injuries is more than merely speculative. Additionally, past decisions to suppress speech result in ongoing injury as long as the speech remains suppressed, and the past censorship experienced by individual Plaintiffs continues to inhibit their speech in the present. These injuries are also affecting the rights of the Plaintiffs' audience members, including those in Plaintiff States, who have the First Amendment right to receive information free from Government interference.

---

[672] [Doc. Nos. 71-7, at 6; 214-1, ¶424]
[673] [Doc. Nos. 71-7, at 6; 71-3, at 5; 214-1, ¶¶424–425]
[674] [Doc. No. 71-8, at 2; Doc. 86-7, at 14]
[675] [Doc. No. 86-7, at 14]
[676] [Doc. No. 214-1, at ¶1106 (*see also* [Doc. No. 71-8, at 2 (CISA "wants to ensure that it is set up to extract lessons learned from 2022 and apply them to the agency's work in 2024.")]
[677] [Id. at ¶ 866]

Case: 23-30445   Document: 43-2   Page: 138   Date Filed: 07/17/2023

Case: 23-30445 Document: 43-2 Page: 139 Date Filed: 07/17/2023

Accordingly, and for the reasons stated above, the Court finds that Plaintiffs are likely to prove that a favorable decision would redress their injuries because those injuries are ongoing and substautially likely to reoccur.

### iv. Recent United States Supreme Court cases of *Texas* and *Haaland*

Defendants cite to two recent cases from the Supreme Court of the United States which they claim undermine this Court's previous ruling about the Plaintiff States' likelihood of proving Article III standing.

First, Defendants argue that *United States v. Texas*, No. 22-58, 2023 WL 4139000 (U.S. June 23, 2023), undermines the States' Article III standing. In *Texas*, Texas and Louisiana sued the Department of Homeland Security (the "Department"), as well as other federal agencies, claiming that the recently promulgated "Guidelines for the Enforcement of Civil Immigration Law" contravened two federal statutes. *Id.* at *2. The Supreme Court held that the states lacked Article III standing because "a citizen lacks standing to contest the policies of the prosecuting authority when he himself is neither prosecuted nor threatened with prosecution." The Court further noted that the case was "categorically different" from other standing decisions "because it implicates only one discrete aspect of the executive power—namely, the Executive Branch's traditional discretion over whether to take enforcement actions against violators of federal law." *Id.* at *2, *8 (citations omitted).

Here, the Plaintiff States are not asserting a theory that the Defendants *failed* to act in conformity with the Constitution. To the contrary, the Plaintiff States assert that Defendants have affirmatively violated their First Amendment right to free speech. The Plaintiff States allege and (as extensively detailed above) are likely to prove that the Defendants caused direct injury to the Plaintiff States by siguificantly encouraging and/or coercing social-media companies to censor

135

posts made on social-media. Further, as noted in this Court's previous ruling, the Plaintiff States are likely to have Article III standing because a significant portion of the Plaintiff States' population has been prevented from engaging with the posts censored by the Defendants. The Supreme Court noted that "when the Executive Branch elects not to arrest or prosecute, it does not exercise coercive power over an individual's liberty or property, and thus does not infringe upon interests that courts are often called upon to protect." *Id.* at *5. Here, federal officials allegedly did exercise coercive power, and the Plaintiffs are likely to prevail on their claim that the Defendants violated the First Amendment rights of the Plaintiff States, their citizens, and the Individual Plaintiffs.

Defendants contend that the Supreme Court in *Texas* narrowed the application of special solicitude afforded to states because the Supreme Court noted that the standing analysis in *Massachusetts* "d[id] not control" because "[t]he issue there involved a challenge to the denial of a statutorily authorized petition for rulemaking," rather than the exercise of enforcement discretion. *Id.* at *8 n.6. This Court disagrees with Defendants on that point. As noted by Plaintiffs, the majority opinion in *Texas* does not mention special solicitude. Further, this Court noted in its previous analysis of standing that the Plaintiff States could satisfy Article III's standing requirements without special solicitude. Therefore, even to the extent this Court "leaves that idea on the shelf," as suggested in Justice Gorsuch's concurrence, the Court nonetheless finds that the Plaintiff States are likely to prove Article III standing.

Defendants also argue that the Supreme Court's recent ruling in *Haaland v. Brackeen*, No. 21-376, 2023 WL 4002951 (U.S. June 15, 2023), undermines the Plaintiff States' Article III standing. In *Haaland*, the Supreme Court ruled that Texas did not possess standing to challenge the placement provisions of the Indian Child Welfare Act, which prioritizes Indian families in

136

-PA0136-

custody disputes involving Indian children. *Id.* at *19. The Supreme Court reasoned that the states in *Texas* could not "assert equal protection claims on behalf of its citizens because '[a] State does not have standing as *parens patriae* to bring an action against the Federal Government.'" *Id.* (*quoting Snapp*, 458 U.S. at 610 n.16)). The Defendants argue that this statement precludes *parens patriae* standing in the present case.[678] However, in its brief discussion regarding *parens patriae* standing, the *Haaland* Court quoted footnote 16 from *Snapp*, which, in turn, reiterated the "Mellon bar." *Haaland*, 2023 WL 4002951, at *19; *Snapp*, 458 U.S. at 610 n.16 (*quoting Massachusetts v.* 262 U.S. at 485–86.

Plaintiffs correctly note that, although both cases employ broad language, neither *Haaland* nor *Snapp* elaborate on the extent of the "Mellon bar." Moreover, the Supreme Court has clarified in other instances that *parens patriae* suits are permitted against the federal government outside the scope of the Mellon bar. *See Massachusetts v. EPA*, 549 U.S. at 520 n.17, (explaining the "critical difference" between barred *parens patriae* suits by Mellon and allowed *parens patriae* suits against the federal government).

Consistent with *Massachusetts v. EPA*, this Court has previously determined that the Mellon bar applies to "third-party *parens patriae* suits," but not to "quasi-sovereign-interest suits."[679] In *Haaland*, Texas presented a "third-party parens patriae suit," as opposed to a "quasi-sovereign-interest suit," as it asserted the equal protection rights of only a small minority of its population (i.e., non-Indian foster or adoptive parents seeking to foster or adopt Indian children against the objections of relevant Indian tribes), which clearly did not qualify as a quasi-sovereign interest. *See Haaland*, 2023 WL 4002951, at *19 & n.11). Here, however, Louisiana and Missouri advocate for the rights of a significant portion of their populations, specifically the hundreds of

---

[678] [Doc. 289, at 2].
[679] [Doc. 224, at 215–26], *quoting Kentucky v. Biden*, 23 F.4th 585, 598 (6th Cir. 2022).

137

thousands or millions of citizens who are potential audience members affected by federal social-media speech suppression.

Furthermore, when the *Haaland* Court determined that Texas lacked third-party standing, it stressed that Texas did not have either a "'concrete injury' to the State" or any hindrance to the third party's ability to protect its own interests. *Id.* at *19 n.11 (*quoting Georgia v. McCollum*, 505 U.S. 42, 55–56 (1992)). Here, by contrast, the Plaintiff States have demonstrated a likelihood of succeeding on their claims that they have suffered, and likely will continue to suffer, numerous concrete injuries resulting from federal social-media censorship.[680] Additionally, the ability of the third parties in this case to protect their own interests is hindered because the diffuse First Amendment injury experienced by each individual audience member in Louisiana and Missouri lacks sufficient economic impact to encourage litigation through numerous individual lawsuits. *See Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 64 n.6 (1963).

Defendants further contend that *Haaland* rejected Texas's argument regarding the ICWA's placement provisions requiring Texas to compromise its commitment to being impartial in child-custody proceedings.[681] However, the Supreme Court rejected this argument for a specific reason: "Were it otherwise, a State would always have standing to bring constitutional challenges when it is complicit in enforcing federal law." *Haaland*, 2023 WL 4002951, at *19. By contrast, Missouri and Louisiana do not assert that the federal government mandates their complicity in enforcing federal social-media-censorship regimes. The Plaintiff States instead assert that they, along with a substantial portion of their populations, have been injured by Defendants' actions.

Neither *Texas* nor *Haaland* undermine this Court's previous ruling that the Plaintiff States have Article III standing to sue Defendants in the instant case. Further, the evidence produced thus

---

[680] *See, e.g.,* [Doc. 214-1, ¶¶ 1427–1442]
[681] [Doc. 289, at 3] *quoting Haaland*, 2023 WL 4002951, at *19.

Case: 23-30445   Document: 43-2   Page: 142   Date Filed: 07/17/2023

far through limited discovery demonstrates that Plaintiffs are likely to succeed on their First Amendment claims. Accordingly, the Court finds that Plaintiffs are likely to prove all elements of Article III standing, and therefore, are likely to establish that this Court has jurisdiction.

### 2. Irreparable Harm

The second requirement for a Preliminary Injunction is a showing of irreparable injury: plaintiffs must demonstrate "a substantial threat of irreparable injury" if the injunction is not issued. *Texas*, 809 F.3d at 150. For injury to be "irreparable," plaintiffs need only show it cannot be undone through monetary remedies. *Burgess v. Fed. Deposit Inc., Corp.*, 871 F.3d 297, 304 (5th Cir. 2017). Deprivation of a procedural right to protect a party's concrete interests is irreparable injury. *Texas*, 933 F.3d at 447. Additionally, violation of a First Amendment constitutional right, even for a short period of time, is always irreparable injury. *Elrod*, 427 U.S. at 373.

Plaintiffs argue in their memorandum that the First Amendment violations are continuing and/or that there is a substantial risk that future harm is likely to occur. In contrast, Defendants argue that Plaintiffs are unable to show imminent irreparable harm because the alleged conduct occurred in the past, is not presently occurring, and is unlikely to occur in the future. Defendants argue Plaintiffs rely upon actions that occurred approximately one year ago and that it cannot be remedied by any prospective injunctive relief. Further, Defendants argue that there is no "imminent harm" because the COVID-19 pandemic is over and because the elections where the alleged conduct occurred are also over.

The Court finds that Plaintiffs have demonstrated a "significant threat of injury from the impending action, that the injury is imminent, and that money damages would not fully repair the harm." *Humana, Inc., v. Jackson*, 804 F.2d 1390, 1394 (5th Cir. 1986). To demonstrate irreparable

Case: 23-30445      Document: 43-2      Page: 143      Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 144   Date Filed: 07/17/2023

harm at the preliminary injunction stage, Plaintiffs must adduce evidence showing that the irreparable injury is likely to occur during the pendency of the litigation. *Justin Indus. Inc.*, v. *Choctaw Secs., L.P.*, 920 F.2d 262, 268 n. 7 (5th Cir. 1990). This Plaintiffs have done.

Defendants argue that the alleged suppression of social-media content occurred in response to the COVID-19 pandemic and attacks on election infrastructure, and therefore, the alleged conduct is no longer occurring. Defendants point out that the alleged conduct occurred between one to three years ago. However, the information submitted by Plaintiffs was at least partially based on preliminary injunction-related discovery[682] and third-party subpoena requests that were submitted to five social-media platforms on or about July 19, 2022.[683] The original Complaint[684] was filed on May 5, 2022, and most of the responses to preliminary injunction-related discovery provided answers to discovery requests that occurred before the Complaint was filed. Since completion of preliminary-injunction related discovery took over six months, most, if not all, of the information obtained would be at least one year old.

Further, the Defendants' decision to stop some of the alleged conduct does not make it any less relevant. A defendant claiming that its voluntary compliance moots a case bears the formidable burden of showing that it is absolutely clear the alleged wrongful behavior could not reasonably be expected to recur. *Already, LLC v. Nike*, 568 U.S. 85, 91 (2013). Defendants have not yet met this burden here.

Defendants also argue that, due to the delay in the Plaintiffs seeking relief,[685] the Plaintiffs have not shown "due diligence" in seeking relief. However, this Court finds that Plaintiffs have exercised due diligence. This is a complicated case that required a great deal of discovery in order

---

[682] [Doc. No. 34]
[683] [Doc. No. 37]
[684] [Doc. No. 1]
[685] Plaintiffs allege actions occurring as far back as 2020.

Date Filed: 07/17/2023 Page: 145 Document: 43-2 Case: 23-30445

to obtain the necessary evidence to pursue this case. Although it has taken several months to obtain this evidence, it certainly was not the fault of the Plaintiffs. Most of the information Plaintiffs needed was unobtainable except through discovery.

Defendants further argue the risk that Plaintiffs will sustain injuries in the future is speculative and depends upon the action of the social-media platforms. Defendants allege the Plaintiffs have therefore not shown imminent harm by any of the Defendants.

In *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158 (2014) ("*SBA List*"), the Supreme Court held that, for purposes of an Article III injury-in-fact, an allegation of future injury may suffice if there is "a 'substantial risk' that the harm will occur." (*quoting Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 408, (2013)). In *SBA List*, a petitioner challenged a statute that prohibited making certain false statements during the course of a political campaign. *Id.* at 151–52. In deciding whether the pre-enforcement challenge was justiciable—and in particular, whether it alleged a sufficiently imminent injury for purposes of Article III—the Court noted that pre-enforcement review is warranted under circumstances that render the threatened enforcement "sufficiently imminent." *Id.* at 159. Specifically, the Court noted that past enforcement is "good evidence that the threat of enforcement is not 'chimerical.'" *Id.* at 164 (*quoting Steffel v. Thompson*, 415 U.S. 452, 459 (1974)).

Similarly, in *Babbitt v. United Farm Workers Nat. Union*, 442 U.S. 289, 302 (1979), the Supreme Court held that a complaint alleges an Article III injury-in-fact where fear of future injury is not "imaginary or wholly speculative." In *Babbitt*, the Supreme Court considered a pre-enforcement challenge to a statute that made it an unfair labor practice to encourage consumers to boycott using "dishonest, untruthful, and deceptive publicity." *Id.* at 301. Because the plaintiffs had engaged in consumer publicity campaigns in the past and alleged an intention to continue those

141

Case: 23-30445     Document: 43-2     Page: 146     Date Filed: 07/17/2023

campaigns in the future, the Court held that their challenge to the consumer publicity provision presented an Article III case or controversy. *Id.* at 302; *see also Virginia v. Am. Booksellers Ass'n, Inc.*, 484 U.S. 383, 386 (1988) (where the Supreme Court held that booksellers could seek pre-enforcement review of a law making it a crime to "knowingly display for commercial purpose" material that is "harmful to juveniles," as defined by the statute).

Therefore, the question is whether Plaintiffs have alleged a "substantial risk" that harm may occur, which is not "imaginary or wholly speculative." This Court finds that the alleged past actions of Defendants show a substantial risk of harm that is not imaginary or speculative. *SBA List*, 573 U. S. at 164. Defendants apparently continue to have meetings with social-media companies and other contacts.[686]

Although the COVID-19 pandemic is no longer an emergency, it is not imaginary or speculative to believe that in the event of any other real or perceived emergency event, the Defendants would once again use their power over social-media companies to suppress alternative views. And it is certainly not imaginary or speculative to predict that Defendants could use their power over millions of people to suppress alternative views or moderate content they do not agree with in the upcoming 2024 national election. At oral arguments Defendants were not able to state that the "switchboarding" and other election activities of the CISA Defendants and the State Department Defendants would not resume prior to the upcoming 2024 election;[687] in fact, Chan testified post 2020, "we've never stopped."[688] Notably, a draft copy of the DHS's "Quadrennial Homeland Security Review," which outlines the department's strategy and priorities in upcoming years, states that the department plans to target "inaccurate information" on a wide range of topics,

---

[686] [Doc. No. 204-1 at 40]
[687] [Doc. No. 208 at 122]
[688] [Chan depo. at 8–9]

Case: 23-30445   Document: 43-2   Page: 147   Date Filed: 07/17/2023

including the origins of the COVID-19 pandemic, the efficacy of COVID-19 vaccines, racial justice, the U.S. withdrawal from Afghanistan, and the return of U.S. Support of Ukraine.[689]

The Plaintiffs are likely to succeed on the merits in their claims that there is a substantial risk that harm will occur, that is not imaginary or speculative. Plaintiffs have shown that not only have the Defendants shown willingness to coerce and/or to give significant encouragement to social-media platforms to suppress free speech with regard to the COVID-19 pandemic and national elections, they have also shown a willingness to do it with regard to other issues, such as gas prices,[690] parody speech,[691] calling the President a liar,[692] climate change,[693] gender,[694] and abortion.[695] On June 14, 2022, White House National Climate Advisor Gina McCarthy, at an Axios event entitled, "A Conversation on Battling Disinformation," was quoted as saying, "We have to get together; we have to get better at communicating, and frankly, the tech companies have to stop allowing specific individuals over and over to spread disinformation."[696]

The Complaint (and its amendments) shows numerous allegations of apparent future harm. Plaintiff Bhattacharya alleges ongoing social-media censorship.[697] Plaintiff Kulldorff alleges an ongoing campaign of censorship against the GBD and his personal social-media accounts.[698] Plaintiff Kheriaty also alleges ongoing and expected future censorship,[699] noting "shadow-banning" his social-media account is increasing and has intensified since 2022.[700] Plaintiffs Hoft

---

[689] [Doc. No. 209-23 at 4]
[690] [Doc. No. 212-3 at 65–66, ¶ 211]
[691] [Id. at 58-60, ¶¶ 180–188]
[692] [Id. at 61, ¶ 190]
[693] [Id. at 63-64, ¶¶ 200–203]
[694] [Id. at 64-64, ¶¶ 204–208]
[695] [Id. at 65, ¶¶ 209–210]
[696] [Doc. No. 214-15]
[697] [Doc. No. 45-3, ¶¶ 15–33]
[698] [Doc. No. 45-4, ¶¶ 14–16]
[699] [Doc. No. 45-7, ¶¶ 12–18]
[700] [Id. at ¶¶ 15]

and Hines also allege ongoing and expected future censorship injuries.[701] It is not imaginary or speculative that the Defendants will continue to use this power. It is likely.

The Court finds that Plaintiffs are likely to succeed on their claim that they have shown irreparable injury sufficient to satisfy the standard for the issuance of a preliminary injunction.

### 3. Equitable Factors and Public Interest

Thus far, Plaintiffs have satisfied the first two elements to obtain a preliminary injunction. The final two elements they must satisfy are that the threatened harm outweighs any harm that may result to the Federal Defendants and that the injunction will not undermine the public interest. *Valley v. Rapides Par. Sch. Bd.*, 118 F.3d 1047, 1051 (5th Cir. 1997). These two factors overlap considerably. *Texas*, 809 F.3d at 187. In weighing equities, a court must balance the competing claims of injury and must consider the effect on each party of the granting or withholding of the requested relief. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008). The public interest factor requires the court to consider what public interests may be served by granting or denying a preliminary injunction. *Sierra Club v. U.S. Army Corps of Engineers*, 645 F.3d 978, 997–98 (8th Cir. 2011).

Defendants maintain their interest in being able to report misinformation and warn social-media companies of foreign actors' misinformation campaigns outweighs the Plaintiffs' interest in the right of free speech. This Court disagrees and finds the balance of equities and the public interest strongly favors the issuance of a preliminary injunction. The public interest is served by maintaining the constitutional structure and the First Amendment free speech rights of the Plaintiffs. The right of free speech is a fundamental constitutional right that is vital to the freedom of our nation, and Plaintiffs have produced evidence of a massive effort by Defendants, from the

---

[701] [Doc. No. 45-7 at ¶¶ 12–18]; [Doc. No. 84 at ¶¶ 401–420]; [Doc. No. 45-12 at ¶ 4, 12]

Case: 23-30445   Document: 43-2   Page: 149   Date Filed: 07/17/2023

White House to federal agencies, to suppress speech based on its content. Defendants' alleged suppression has potentially resulted in millions of free speech violations. Plaintiffs' free speech rights thus far outweighs the rights of Defendants, and thus, Plaintiffs satisfy the final elements needed to show entitlement to a preliminary injunction.

### 4. Injunction Specificity

Lastly, Defendants argue that Plaintiff's proposed preliminary injunction lacks the specificity required by Federal Rule of Civil Procedure 65 and is impermissibly overbroad. Rule 65(d)(1) requires an injunction to "state its terms specifically" and to "describe in reasonable detail the acts or acts restrained or required." The specificity provisions of Rule 65(d) are designed to prevent uncertainty and confusion on the part of those faced with injunction orders and to avoid possible contempt based upon a decree too vague to be understood. *Atiyeh v. Capps*, 449 U.S. 1312, 1316–17 (1981). An injunction must be narrowly tailored to remedy the specific action that gives rise to the injunction. *Scott v. Schedler*, 826 F.3d 207, 211 (5th Cir. 2016).

This Court believes that an injunction can be narrowly tailored to only affect prohibited activities, while not prohibiting government speech or agency functions. Just because the injunction may be difficult to tailor is not an excuse to allow potential First Amendment violations to continue. Thus, the Court is not persuaded by Defendants arguments here.

Because Plaintiffs have met all the elements necessary to show entitlement to a preliminary injunction, this Court shall issue such injunction against the Defendants described above.

### IV.   CLASS CERTIFICATION

In their Third Amended Complaint, the Individual Plaintiffs purport to bring a class action "on behalf of themselves and two classes of other persons similarly situated to them."[702] Plaintiffs

---

[702] [Doc. No. 268 at ¶489].

go on to describe the two proposed classes, as well as state generally that each requirement for class certification is met.[703] Defendants opposed Plaintiffs' request for class certification in their Response to Plaintiffs' Motion for Class Certification and for Leave to File Third Amended Complaint.[704]

The Court is obligated to analyze whether this litigation should proceed as a class action. *See Castano v. Am. Tobacco Co.*, 84 F.3d 734, 740 (5th Cir. 1996) ("A district court must conduct a rigorous analysis of the rule 23 prerequisites before certifying a class."). Pursuant to this obligation, the Court questioned counsel at the hearing on the preliminary injunction as to the basis for class certification. As explained in further detail below, the Court finds that Plaintiffs failed to meet their burden of proof, and class certification is improper here.

### A. Class Certification Standard under FRCP 23

"The decision to certify is within the broad discretion of the court, but that discretion must be exercised within the framework of rule 23." *Id.* at 740. "The party seeking certification bears the burden of proof." *Id.*

Federal Rule of Civil Procedure 23(a) lays out the four key prerequisites for a class action. It states:

> One or more members of a class may sue or be sued as representative parties on behalf of all members only if:
> (1) the class is so numerous that joinder of all members is impracticable;
> (2) there are questions of law or fact common to the class;
> (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and
> (4) the representative parties will fairly and adequately protect the interests of the class.

Fed. R. Civ. P. 23(a).

---

[703] [Id. at ¶¶490–501].
[704] [Doc. No. 244].

In addition to the enumerated requirements above, Plaintiffs must propose a class that has an objective and precise definition. "The existence of an ascertainable class of persons to be represented by the proposed class representative is an implied prerequisite of Federal Rule of Civil Procedure 23." *John v. Nat'l Sec. Fire & Cas. Co.*, 501 F.3d 443, 445 (5th Cir. 2007).

"In addition to satisfying Rule 23(a)'s prerequisites, parties seeking class certification must show that the action is maintainable under Rule 23(b)(1), (2), or (3)." *Amchem Prod., Inc. v. Windsor*, 521 U.S. 591, 614 (1997). Here, Plaintiffs specifically bring this class action under Rule 23(b)(2), which allows for maintenance of a class action where "the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole." Fed. R. Civ. P. 23(b0) (2). "Civil rights cases against parties charged with unlawful, class-based discrimination are prime examples" of Rule 23(b)(2) class actions. *Amchem Prod., Inc.*, 521 U.S. at 614.

Notably, the Fifth Circuit recently held that a standing analysis is necessary before engaging in the class certification analysis. *Angell v. GEICO Advantage Ins. Co.*, 67 F.4th 727, 733 (5th Cir. 2023). However, because this Court has already completed multiple standing analyses in this matter, and because the Court ultimately finds that the class should not be certified, the Court will not address which standing test should be applied to this specific issue.

## B. Analysis

In order to certify this matter as a class action, the Court must find that Plaintiffs have established each element of Rule 23(a). *See In re Monumental Life Ins. Co.*, 365 F.3d 408, 414–15 (5th Cir. 2004) ("All classes must satisfy the four baseline requirements of rule 23(a):

Case: 23-30445      Document: 43-2      Page: 152      Date Filed: 07/17/2023

numerosity, commonality, typicality, and adequacy of representation."). The Court finds that

Plaintiffs failed to meet their burden, and therefore, the Court will not certify the class action.

### 1. Class Definition

Plaintiffs propose two classes to proceed with their litigation as a class action. First,

Plaintiffs define Class 1 as follows:

> The class of social-media users who have engaged or will engage in,
> or who follow, subscribe to, are friends with, or are otherwise
> connected to the accounts of users who have engaged or will engage
> in, speech on any social-media company's platform(s) that has been
> or will be removed; labelled; used as a basis for suspending,
> deplatforming, issuing strike(s) against, demonetizing, or taking
> other adverse action against the speaker; downranked; deboosted;
> concealed; or otherwise suppressed by the platform after Defendants
> and/or those acting in concert with them flag or flagged the speech
> to the platform(s) for suppression.[705]

Next, Plaintiffs define Class 2 as follows:

> The class of social-media users who have engaged in or will engage
> in, or who follow, subscribe to, are friends with, or are otherwise
> connected to the accounts of users who have engaged in or will
> engage in, speech on any social-media company's platform(s) that
> has been or will be removed; labelled; used as a basis for
> suspending, deplatforming, issuing strike(s) against, demonetizing,
> or taking other adverse action against the speaker; downranked;
> deboosted; concealed; or otherwise suppressed by the company
> pursuant to any change to the company's policies or enforcement
> practices that Defendants and/or those acting in concert with them
> have induced or will induce the company to make.[706]

"It is elementary that in order to maintain a class action, the class sought to be represented

must be adequately defined and clearly ascertainable." *DeBremaecker v. Short*, 433 F.2d 733, 734

(5th Cir. 1970). The Court finds that the class definitions provided by Plaintiffs are neither

"adequately defined" nor "clearly ascertainable." Simply put, there is no way to tell just how many

---

[705] [Doc. No. 268 at ¶490]
[706] [Id. at ¶491]

people or what type of person would fit into these proposed classes. The proposed class definitions are so broad that almost every person in America, and perhaps in many other countries as well, could fit into the classes. The Court agrees with Defendants that the language used is simply too vague to maintain a class action using these definitions.[707] Where a class definition is, as here, "too broad and ill-defined" to be practicable, the class should not be certified. *See Braidwood Mgmt., Inc. v. Equal Emp. Opportunity Comm'n*, No. 22-10145, 2023 WL 4073826, at *14 (5th Cir. June 20, 2023).

Further, no evidence was produced at the hearing on the motion for preliminary injunction that "would have assisted the district court in more accurately delineating membership in a workable class." *DeBremaecker*, 433 F.2d at 734. The Court questioned Plaintiffs' counsel about the issues with the proposed class definitions, but counsel was unable to provide a solution that would make class certification feasible here. Counsel for Plaintiffs stated that "the class definition is sufficiently precise," but the Court fails to see how that is so, and counsel did not explain any further.[708] Counsel for Plaintiffs focused on the fact that the proposed class action falls under Rule 23(b)(2), providing for broad injunctive relief, and therefore, counsel argued that the Court would not need to "figure out every human being in the United States of American [sic] who was actually adversely affected."[709] Even if the Court does not need to identify every potential class member individually, the Court still needs to be able to state the practical bounds of the class definition—something it cannot do with the loose wording given by Plaintiffs.

---

[707] [Doc. No. 244 at 7]
[708] Hearing Transcript at 181, line 15.
[709] [Id. at lines 16–18]

Case: 23-30445   Document: 43-2   Page: 153   Date Filed: 07/17/2023

Date Filed: 07/17/2023     Page: 154     Document: 43-2     Case: 23-30445

Without a feasible class definition, the Court cannot certify Plaintiffs' proposed class action. Out of an abundance of caution, however, the Court will address the other enumerated prerequisites of Rule 23(a) below.

## 2. Numerosity

The numerosity requirement mandates that a class be "so large that joinder of all members is impracticable." Fed. R. Civ. P. 23(a)(1). "Although the number of members in a proposed class is not determinative of whether joinder is impracticable," classes with a significantly high number of potential members easily satisfy this requirement. *Mullen v. Treasure Chest Casino, LLC*, 186 F.3d 620, 624 (5th Cir. 1999) (finding class of 100 to 150 members satisfied the numerosity requirement). Other factors, such as "the geographical dispersion of the class" and "the nature of the action," may also support a finding that the numerosity element has been met. *Id.* at 624–25.

Here, Plaintiffs state that both Class 1 and Class 2 are "sufficiently numerous that joinder of all members is impracticable."[710] Plaintiffs reference the "content of hundreds of users with, collectively, hundreds of thousands or millions of followers" who were affected by Defendants' alleged censorship.[711] Thus, based on a surface-level look at potential class members, it appears that the numerosity requirement would be satisfied because the class members' numbers reach at least into the thousands, if not the millions.

However, the numerosity requirement merely serves to highlight the same issue described above: the potential class is simply too broad to even begin to fathom who would fit into the class. Joinder of all the potential class members is more than impractical—it is impossible. Thus, while the sheer number of potential class members may tend towards class certification, the Court is only

---

[710] [Doc. No. 268 at ¶¶492–93]
[711] [Id. at ¶¶492]

further convinced by Plaintiffs' inability to estimate the vast number of class members that certification is improper here.

### 3. Commonality

The commonality requirement ensures that there are "questions of law or fact common to the class." Fed. R. Civ. P. 23(a)(2). "The test for commonality is not demanding and is met 'where there is at least one issue, the resolution of which will affect all or a significant number of the putative class members.'" *Mullen*, 186 F.3d at 625 (*quoting Lightbourn v. County of El Paso*, 118 F.3d 421, 426 (5th Cir. 1997)).

Here, Plaintiffs state that both classes share common questions of law or fact, including "the question whether the government is responsible for a social-media company's suppression of content that the government flags to the company for suppression" for Class 1 and "the question whether the government is responsible for a social-media company's suppression of content pursuant to a policy or enforcement practice that the government induced the company to adopt or enforce" for Class 2.[712] These questions of law are broadly worded and may not properly characterize the specific issues being argued in this case.

At the hearing for the preliminary injunction, Plaintiffs' counsel clarified that the alleged campaign of censorship "involve[es] a whole host of common questions whose resolution are going to determine whether or not there's a First Amendment violation."[713] The Court agrees that there is certainly a common question of First Amendment law that impacts each member of the proposed classes, but notes Defendants' well-reasoned argument that Plaintiffs may be attempting to aggregate too many questions into one class action.[714] The difficulty of providing "a single,

---

[712] [Id. at ¶¶494–95]
[713] Hearing Transcript, at 183, lines 19–21.
[714] [Doc. No. 244 at 10]

class-wide answer," as highlighted by Defendants, further proves to this Court that class certification is likely not the best way to proceed with this litigation.[715] Although commonality is a fairly low bar, the Court is not convinced Plaintiffs have met their burden on this element of Rule 23(a).

### 4. Typicality

The typicality requirement mandates that named parties' claims or defenses "are typical...of the class." Fed. R. Civ. P. 23(a)(3). "Like commonality, the test for typicality is not demanding." *Mullen*, 186 F.3d at 625. It "focuses on the similarity between the named plaintiffs' legal and remedial theories and the theories of those whom they purport to represent." *Lightbourn*, 118 F.3d at 426.

Here, Plaintiffs assert that the Individual Plaintiffs' claims are typical of both Class 1 and Class 2 members' claims because they "all arise from the same course of conduct by Defendants...namely, the theory that such conduct violates the First Amendment."[716] Further, Plaintiffs state that the Individual Plaintiffs "are not subject to any affirmative defenses that are inapplicable to the rest of the class and likely to become a major focus of the case."[717]

While the general claims of each potential class member would arise from the Defendants' alleged First Amendment violations, the Individual Plaintiffs have not explained how their claims are typical of each proposed class specifically. For example, Class 2 includes those social-media users who "follow, subscribe to, are friends with, or are otherwise connected to the accounts of users" subject to censorship.[718] While the Individual Plaintiffs detail at length their own censorship, they do not clarify how they have been harmed by the censorship of other users. Again,

---

[715] [Id. at 13]

[716] [Doc. No. 268 at ¶¶496–97]

[717] [Id.]

[718] [Id. at ¶491]

Case: 23-30445      Document: 43-2      Page: 156      Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 157   Date Filed: 07/17/2023

this confusion highlights the myriad issues with this proposed class action as a result of the ill-defined and over-broad class definitions. The Court cannot make a finding that the Individual Plaintiffs' claims are typical of all class members' claims, simply because the Court cannot identify who would fit in the proposed class. Merely stating that the Rule 23(a) requirements have been met is not enough to persuade this Court that the class should be certified as stated.

### 5. Adequate Representation

The final element of a class certification analysis requires that the class representatives "fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4). "Differences between named plaintiffs and class members render the named plaintiffs' inadequate representatives only if those differences create conflicts between the named plaintiffs' interests and the class members' interests." *Mullen*, 186 F.3d at 626.

On this element, Plaintiffs state that they "are willing and able to take an active role in the case, control the course of litigation, and protect the interest of absentees in both classes."[719] Plaintiff also state that "[n]o conflicts of interest currently exist or are likely to develop" between themselves and the absentees.[720] This element is likely met, without evidence to the contrary.

However, without a working class definition, and with the issues concerning the other Rule 23(a) elements discussed above, the Court finds class certification inappropriate here, regardless of the adequacy of the Individual Plaintiffs' representation. Thus, for the foregoing reasons, the Court declines to certify this matter as a class action.

### V.   CONCLUSION

> Once a government is committed to the principle of silencing the voice of opposition, it has only one place to go, and that is down the path of increasingly repressive measures, until it becomes a source

---

[719] [Id. at ¶498]
[720] [Id.]

153

Case: 23-30445   Document: 43-2   Page: 158   Date Filed: 07/17/2023

> of terror to all its citizens and creates a country where everyone lives
> in fear.
>
> Harry S. Truman

The Plaintiffs are likely to succeed on the merits in establishing that the Government has used its power to silence the opposition.  Opposition to COVID-19 vaccines; opposition to COVID-19 masking and lockdowns; opposition to the lab-leak theory of COVID-19; opposition to the validity of the 2020 election; opposition to President Biden's policies; statements that the Hunter Biden laptop story was true; and opposition to policies of the government officials in power. All were suppressed. It is quite telling that each example or category of suppressed speech was conservative in nature. This targeted suppression of conservative ideas is a perfect example of viewpoint discrimination of political speech. American citizens have the right to engage in free debate about the significant issues affecting the country.

Although this case is still relatively young, and at this stage the Court is only examining it in terms of Plaintiffs' likelihood of success on the merits, the evidence produced thus far depicts an almost dystopian scenario. During the COVID-19 pandemic, a period perhaps best characterized by widespread doubt and uncertainty, the United States Government seems to have assumed a role similar to an Orwellian "Ministry of Truth."[721]

The Plaintiffs have presented substantial evidence in support of their claims that they were the victims of a far-reaching and widespread censorship campaign. This court finds that they are likely to succeed on the merits of their First Amendment free speech claim against the Defendants. Therefore, a preliminary injunction should issue immediately against the Defendants as set out

---

[721] An "Orwellian 'Ministry of Truth'" refers to the concept presented in George Orwell's dystopian novel, '1984.' In the novel, the Ministry of Truth is a governmental institution responsible for altering historical records and disseminating propaganda to manipulate and control public perception.

herein. The Plaintiffs Motion for Preliminary Injunction [Doc. No. 10] is **GRANTED IN PART and DENIED IN PART**.

The Plaintiffs' request to certify this matter as a class action pursuant to Fed. R. Civ. P. Article 23(b)(2) is **DENIED.**

MONROE, LOUISIANA this 4th day of July 2023.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**

Case: 23-30445      Document: 43-2      Page: 160      Date Filed: 07/17/2023

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

<u>**JUDGMENT**</u>

For the reasons set forth in the Memorandum Ruling on the Request for Preliminary Injunction,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Preliminary Injunction [Doc. No. 10] is **GRANTED in part and DENIED in part.**

**IT IS FURTHER ORDERED** that: the **DEPARTMENT OF HEALTH AND HUMAN SERVICES** ("HHS") and **THE NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES** ("NIAID"), and specifically the following employees of the HHS and NIAID: **XAVIER BECERRA,**[1] Secretary of HHS; **DR. HUGH AUCHINCLOSS**, Director of NIAID; **YOLANDA BYRD**, HHS Digital Engagement Team; **CHRISTY CHOI**, HHS Office of Communications; **ASHLEY MORSE**, HHS Director of Digital Engagement; **JOSHUA PECK**, HHS Deputy Assistant Secretary, Deputy Digital Director of HHS successor (formerly **JANELL MUHAMMED**); along with their secretaries, directors, administrators and employees; **SURGEON GENERAL VIVEK H. MURTHY, KATHARINE DEALY**, Chief Engagement Officer for the Surgeon General, along with her secretaries, directors, administrators, and employees; the **CENTERS FOR DISEASE CONTROL AND PREVENTION** ("CDC"), and specifically the following employees: **CAROL Y. CRAWFORD**, Chief of the Digital Media

---

[1] All individuals named in this Judgment are being sued in their official capacities.

1

Case: 23-30445   Document: 43-2   Page: 161   Date Filed: 07/17/2023

Branch of the CDC Division of Public Affairs; **JAY DEMPSEY**, Social-media Team Leader, Digital Media Branch, CDC Division of Public Affairs; **KATE GALATAS**, CDC Deputy Communications Director; **UNITED STATES CENSUS BUREAU** ("Census Bureau"), and specifically the following employees: **JENNIFER SHOPKORN**, Census Bureau Senior Advisor for Communications, Division Chief for the Communications Directorate, and Deputy Director of the Census Bureau Office of Faith Based and Neighborhood Partnerships, along with their secretaries, directors, administrators and employees; the **FEDERAL BUREAU OF INVESTIGATION** ("FBI"), and specifically the following employees: **LAURA DEHMLOW**, Section Chief, FBI Foreign Influence Task Force; **ELVIS M. CHAN**, Supervisory Special Agent of Squad CY-1 in the FBI San Francisco Division; **THE UNITED STATES DEPARTMENT OF JUSTICE**, along with their secretary, director, administrators, and employees; the following members of the Executive Office of the President of the United States: White House Press Secretary **KARINE JEAN-PIERRE**, Counsel to the President; **STUART F. DELERY**, White House Partnerships Manager; **AISHA SHAH**, Special Assistant to the President; **SARAH BERAN, MINA HSIANG**, Administrator of the United States Digital Service within the Office of Management and Budget; **ALI ZAIDI**, White House National Climate Advisor; White House Senior COVID-19 Advisor successor (formerly **ANDREW SLAVITT**); Deputy Assistant to the President and Director of Digital Strategy successor (formerly **ROB FLAHERTY**); **DORI SALCIDO**, White House COVID-19 Director of Strategic Communications and Engagement; White House Digital Director for the COVID-19 Response Team successor (formerly **CLARKE HUMPHREY**); Deputy Director of Strategic Communications and Engagement of the White House COVID-19 Response Team successor (formerly **BENJAMIN WAKANA**); Deputy Director for Strategic Communications and External Engagement for the White House COVID-

2

Case: 23-30445      Document: 43-2      Page: 162      Date Filed: 07/17/2023

19 Response Team successor (formerly **SUBHAN CHEEMA**); White House COVID-19 Supply Coordinator successor (formerly **TIMOTHY W. MANNING**); Chief Medical Advisor to the President, **DR. HUGH AUCHINCLOSS**, along with their directors, administrators and employees; the **CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY** (**"CISA"**), and specifically the following employees: **JEN EASTERLY**, Director of CISA; **KIM WYMAN**, Senior Cybersecurity Advisor and Senior Election Security Leader; **LAUREN PROTENTIS**; **GEOFFREY HALE**; **ALLISON SNELL**; **BRIAN SCULLY**, Officials of CISA; the **UNITED STATES DEPARTMENT OF HOMELAND SECURITY** ("DHS"), and specifically the following employees: **ALEJANDRO MAYORKAS**, Secretary of DHS; **ROBERT SILVERS**, Under-Secretary of the Office of Strategy, Policy and Plans; **SAMANTHA VINOGRAD**, Senior Counselor for National Security in the Official of the Secretary for DHS, along with their secretary, directors, administrators, and employees; the **UNITED STATES DEPARTMENT OF STATE** ("State Department"), and specifically the following employees: **LEAH BRAY**, Acting Coordinator of the State Department's Global Engagement Center ("GEC"); **ALEX FRISBIE**, State Department Senior Technical Advisor and member of the Technology Engagement Team at the GEC; **DANIEL KIMMAGE**, Acting Coordinator of the GEC, along with their secretary, directors, administrators, and employees **ARE HEREBY ENJOINED AND RESTRAINED** from taking the following actions as to social-media companies:[2]

---

[2] "Social-media companies" include Facebook/Meta, Twitter, YouTube/Google, WhatsApp, Instagram, WeChat, TikTok, Sina Weibo, QQ, Telegram, Snapchat, Kuaishou, Qzone, Pinterest, Reddit, LinkedIn, Quora, Discord, Twitch, Tumblr, Mastodon, and like companies.

3

Case: 23-30445   Document: 43-2   Page: 163   Date Filed: 07/17/2023

(1)     meeting with social-media companies for the purpose of urging, encouraging, pressuring, or inducing in any manner the removal, deletion, suppression, or reduction of content containing protected free speech posted on social-media platforms;[3]

(2)     specifically flagging content or posts on social-media platforms and/or forwarding such to social-media companies urging, encouraging, pressuring, or inducing in any manner for removal, deletion, suppression, or reduction of content containing protected free speech;

(3)     urging, encouraging, pressuring, or inducing in any manner social-media companies to change their guidelines for removing, deleting, suppressing, or reducing content containing protected free speech;

(4)     emailing, calling, sending letters, texting, or engaging in any communication of any kind with social-media companies urging, encouraging, pressuring, or inducing in any manner for removal, deletion, suppression, or reduction of content containing protected free speech;

(5)     collaborating, coordinating, partnering, switchboarding, and/or jointly working with the Election Integrity Partnership, the Virality Project, the Stanford Internet Observatory, or any like project or group for the purpose of urging, encouraging, pressuring, or inducing in any manner removal, deletion, suppression, or reduction of content posted with social-media companies containing protected free speech;

(6)     threatening, pressuring, or coercing social-media companies in any manner to remove, delete, suppress, or reduce posted content of postings containing protected free speech;

---

[3] "Protected free speech" means speech that is protected by the Free Speech Clause of the First Amendment to the United States Constitution in accordance with jurisprudence of the United States Supreme Court, Courts of Appeal and District Courts.

Case: 23-30445   Document: 43-2   Page: 164   Date Filed: 07/17/2023

(7)     taking any action such as urging, encouraging, pressuring, or inducing in any manner social-media companies to remove, delete, suppress, or reduce posted content protected by the Free Speech Clause of the First Amendment to the United States Constitution;

(8)     following up with social-media companies to determine whether the social-media companies removed, deleted, suppressed, or reduced previous social-media postings containing protected free speech;

(9)     requesting content reports from social-media companies detailing actions taken to remove, delete, suppress, or reduce content containing protected free speech; and

(10)    notifying social-media companies to Be on The Lookout ("BOLO") for postings containing protected free speech.

This Preliminary Injunction precludes said named Defendants, their agents, officers, employees, contractors, and all acting in concert with them from the aforementioned conduct. This Preliminary Injunction also precludes said named Defendants, their agents, officers, employees, and contractors from acting in concert with others who are engaged in said conduct.

**IT IS FURTHER ORDERED** that the following actions are **NOT** prohibited by this Preliminary Injunction:

(1)     informing social-media companies of postings involving criminal activity or criminal conspiracies;

(2)     contacting and/or notifying social-media companies of national security threats, extortion, or other threats posted on its platform;

(3)     contacting and/or notifying social-media companies about criminal efforts to suppress voting, to provide illegal campaign contributions, of cyber-attacks against election infrastructure, or foreign attempts to influence elections;

5

(4)    informing social-media companies of threats that threaten the public safety or security of the United States;

(5)    exercising permissible public government speech promoting government policies or views on matters of public concern;

(6)    informing social-media companies of postings intending to mislead voters about voting requirements and procedures;

(7)    informing or communicating with social-media companies in an effort to detect, prevent, or mitigate malicious cyber activity;

(8)    communicating with social-media companies about deleting, removing, suppressing, or reducing posts on social-media platforms that are not protected free speech by the Free Speech Clause in the First Amendment to the United States Constitution.

**IT IS FURTHER ORDERED** that no security is required to be posted by Plaintiffs under Federal Rule of Civil Procedure 65.

**IT IS FURTHER ORDERED** that this Preliminary Injunction Order shall remain in effect pending the final resolution of this case or until further orders issue from this Court, the United States Court of Appeals for the Fifth Circuit, or the Supreme Court of the United States.

**IT IS FURTHER ORDERD** that the Motion for Preliminary Injunction [Doc. No. 10] is **DENIED** as to the following Defendants: U.S. Food and Drug Administration; U. S. Department of Treasury; U.S. Election Assistance Commission; U. S. Department of Commerce and employees Erica Jefferson, Michael Murray, Wally Adeyemo, Steven Frid, Brad Kimberly, and Kristen Muthig; and Disinformation Governance Board ("DGB") and its Director Nina Jankowicz.

**IT IS FURTHER ORDERED** that no evidentiary hearing is required at this time.

**IT IS FURTHER ORDERED** that Plaintiffs' request for certification of this proceeding as a class action pursuant to Fed. R. Civ. P. Article 23 (b)(2) is **DENIED.**

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA,** this 4th day of July 2023.

_____

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**

7

Case: 23-30445      Document: 43-2      Page: 167      Date Filed: 07/17/2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>       *Plaintiffs,*<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;<br><br>       *Defendants.* | Case No. 3:22-cv-01213 |

**DECLARATION OF DR. JAYANTA BHATTACHARYA**

I, Dr. Jayanta Bhattacharya, declare as follows:

1. I am an adult of sound mind and make this statement voluntarily, based upon my knowledge, education, and experience.

2. I am a former Professor of Medicine and current Professor of Health Policy at Stanford University School of Medicine and a research associate at the National Bureau of Economic Research. I am also Director of Stanford's Center for Demography and Economics of Health and Aging. I hold an M.D. and Ph.D. from Stanford University. I have published 161 scholarly articles in peer-reviewed journals in the fields of medicine, economics, health policy, epidemiology, statistics, law, and public health, among others. My research has been cited in the peer-reviewed scientific literature more than 13,000 times.

3. I have dedicated my professional career to the analysis of health policy, including infectious disease epidemiology and policy, and the safety and efficacy of medical interventions.

1

Case: 23-30445   Document: 43-2   Page: 168   Date Filed: 07/17/2023

I have studied extensively and commented publicly on the necessity and safety of vaccine requirements for those who have contracted and recovered from COVID-19 (individuals with "natural immunity"). I am intimately familiar with the emergent scientific and medical literature on this topic and pertinent government policy responses to the issue both in the United States and abroad.

4.   I have served as an expert witness in many cases involving challenges to COVID-19 restrictions such as mask mandates and lockdowns, including as an expert on behalf of the Missouri Attorney General's Office.   My writings on COVID-19-related issues has appeared in both scientific journals (like the *Journal of the American Medical Association* and the *International Journal of Epidemiology*) and in the popular press around the world (including the *Wall Street Journal, Newsweek, the Telegraph, the Spectator*, and many other outlets).   I have appeared as a invited guest on national and international news programs, including Fox News, BBC, CNN, NPR, Sky News, NewsMax, GB News, and other stations in the US, the UK, Australia, and elsewhere.

5.   Because of my views on COVID-19 restrictions, I have been specifically targeted for censorship by federal government officials.

6.   On October 4, 2020, I and two colleagues—Dr. Martin Kulldorff, a professor of medicine, biostatistician, and epidemiologist at Harvard University; and Dr. Sunetra Gupta, an epidemiologist with expertise in immunology, vaccine development, and mathematical modeling of infectious diseases at the University of Oxford—published online the "Great Barrington Declaration."[1]

7.   The Great Barrington Declaration questioned the then-prevailing governmental policies of responding to COVID-19 with lockdowns, school shutdowns, and similar restrictions.   It stated:

---

[1] Great Barrington Declaration, https://gbdeclaration.org/.

Case: 23-30445   Document: 43-2   Page: 169   Date Filed: 07/17/2023

"As infectious disease epidemiologists and public health scientists we have grave concerns about the damaging physical and mental health impacts of the prevailing COVID-19 policies, and recommend an approach we call Focused Protection." *Id.*

8.  The Declaration called for an end to economic lockdowns, school shutdowns, and similar restrictive policies on the ground that they disproportionately harm the young and economically disadvantaged while conferring limited benefits.  The Declaration stated: "Current lockdown policies are producing devastating effects on short and long-term public health.  The results (to name a few) include lower childhood vaccination rates, worsening cardiovascular disease outcomes, fewer cancer screenings and deteriorating mental health – leading to greater excess mortality in years to come, with the working class and younger members of society carrying the heaviest burden. Keeping students out of school is a grave injustice." *Id.*

9.  It asserted that "[k]eeping these measures in place until a vaccine is available will cause irreparable damage, with the underprivileged disproportionately harmed. … We know that vulnerability to death from COVID-19 is more than a thousand-fold higher in the old and infirm than the young. Indeed, for children, COVID-19 is less dangerous than many other harms, including influenza." *Id.*

10. The Declaration endorsed an alternative approach called "Focused Protection," which called for strong measures to protect high-risk populations while allowing lower-risk individuals to return to normal life with reasonable precautions: "The most compassionate approach that balances the risks and benefits of reaching herd immunity, is to allow those who are at minimal risk of death to live their lives normally to build up immunity to the virus through natural infection, while better protecting those who are at highest risk.  We call this Focused Protection." *Id.*

Case: 23-30445   Document: 43-2   Page: 170   Date Filed: 07/17/2023

11. The Declaration stated, "Those who are not vulnerable should immediately be allowed to resume life as normal. Simple hygiene measures, such as hand washing and staying home when sick should be practiced by everyone to reduce the herd immunity threshold. Schools and universities should be open for in-person teaching. Extracurricular activities, such as sports, should be resumed. Young low-risk adults should work normally, rather than from home. Restaurants and other businesses should open. Arts, music, sport and other cultural activities should resume. People who are more at risk may participate if they wish, while society as a whole enjoys the protection conferred upon the vulnerable by those who have built up herd immunity." *Id.*

12. At the time of its publication on October 4, 2020, the Great Barrington Declaration was co-signed by 43 medical and public health scientists and medical practitioners. Since its publication, the online version of the Declaration has been co-signed by 930,528 people, including 15,883 medical and public health scientists, 47,037 medical practitioners, and 867,612 concerned citizens, as of the morning of June 4, 2022.

13. The Great Barrington Declaration received an immediate backlash from senior government officials who were the architects of the lockdown policies, such as Dr. Anthony Fauci; World Health Organization Director-General Tedros Adhanom Ghebreyesus; and the United Kingdom's health secretary, Matt Hancock.

14. Because it contradicted the government's preferred response to COVID-19, the Great Barrington Declaration was immediately targeted for suppression by federal officials. On October 8, 2020, four days after the Declaration's publication, then-Director of NIH, Dr. Francis Collins, emailed Dr. Anthony Fauci and Cliff Lane at NIH/NIAID about the Great Barrington Declaration. This email stated: "Hi Tony and Cliff, See: https://gbdeclaration.org/. This proposal from the three

Case: 23-30445   Document: 43-2   Page: 171   Date Filed: 07/17/2023

fringe epidemiologists who met with the Secretary seems to be getting a lot of attention – and even a co-signature from Nobel Prize winner Mike Leavitt at Stanford.  There needs to be a quick and devastating published take down of its premises.  I don't see anything like that online yet – is it underway?  Francis."  This email was produced over a year later in response to FOIA requests.[2]

15. To my knowledge, no "quick and devastating *published* take down" of the Declaration's "premises" ever appeared—at least, none by any qualified scientist.  (Dr. Fauci, instead, would refer to a criticism published by a journalist at Wired magazine.)  Instead, what followed was a relentless *covert* campaign of social-media censorship of our dissenting view from the government's preferred message.

16. After the publication of the Great Barrington Declaration, I and my colleagues, Dr. Kulldorff and Dr. Gupta, and our views, were repeatedly censored on social media.  Soon after we published the Declaration, Google deboosted search results for the Declaration, pointing users to media hit pieces critical of it, and placing the link to the actual Declaration lower on this list of results.[3]  A prominent online discussion site, Reddit, removed links to the Declaration from COVID-19 policy discussion fora.[4]  In February 2021, Facebook removed the Great Barrington Declaration page without explanation before restoring it a week later.[5]

17. On March 18, 2021, Dr. Scott Atlas of Stanford University, Dr. Kulldorff, Dr. Gupta, and I participated in a two-hour roundtable discussion with Governor Ron DeSantis of Florida.  During

---

[2] Wall Street Journal Editorial Board. (2021) "How Fauci and Collins Shut Down Covid Debate" *Wall Street Journal*. Dec. 21, 2021.  https://www.wsj.com/articles/fauci-collins-emails-great-barrington-declaration-covid-pandemic-lockdown-11640129116

[3] Fraser Myers (2020) "Why Has Google Censored the Great Barrington Declaration?" *Spiked Online*. October 12, 2020. https://www.spiked-online.com/2020/10/12/why-has-google-censored-the-great-barrington-declaration/

[4] Ethan Yang (2020) "Reddit's Censorship of The Great Barrington Declaration" *American Institute for Economic Policy Research*. Oct. 8, 2020. https://www.aier.org/article/reddits-censorship-of-the-great-barrington-declaration/

[5] Daniel Payne (2021) "Facebook removes page of international disease experts critical of COVID lockdowns" *Just the News*. February 5, 2021. https://justthenews.com/nation/technology/facebook-removes-page-international-disease-experts-who-have-been-critical-covid?utm_source=breaking-newsletter&utm_medium=email&utm_campaign=newsletter

5

Case: 23-30445   Document: 43-2   Page: 172   Date Filed: 07/17/2023

the discussion, the participants (including me) questioned the efficacy and appropriateness of requiring children to wear face masks, including in school.  For example, Dr. Kulldorff stated, "children should not wear face masks, no. They don't need it for their own protection and they don't need it for protecting other people either."  I stated that requiring young children to wear face masks is "developmentally inappropriate and it just doesn't help on the disease spread.  I think it's absolutely not the right thing to do."  Dr. Atlas stated, "There's no scientific rationale or logic to have children wear masks in schools."  (These are all views that are strongly supported by scientific research, both before and since we made these comments.)

18. The video of the March 18, 2021 roundtable discussion was promptly censored on social media.[6]  YouTube removed the video, claiming that it "contradicts the consensus of local and global health authorities regarding the efficacy of masks to prevent the spread of COVID-19."  Notably, the efficacy of masks, especially cloth masks, has been widely questioned by scientists and public health authorities.

19. In the wake of the Great Barrington Declaration and Dr. Collius' October 8, 2020 email to Dr. Fauci, my colleague Dr. Kulldorff also experienced extensive censorship on social media.

20. Dr. Kulldorff has publicly summarized the online and social-media censorship experienced by the Great Barrington Declaration and its co-authors after its publication.  As he stated, "We got together and we wrote the Great Barrington Declaration—a one-page thing. We argued for better focused protection of older, high-risk people, at the same time, as we let children and young adults

---

[6] Wall Street Journal Editorial Board. (2021) "YouTube's Assault on Covid Accountability" *Wall Street Journal.* April 8, 2021. https://www.wsj.com/articles/youtubes-assault-on-covid-accountability-11617921149

Case: 23-30445   Document: 43-2   Page: 173   Date Filed: 07/17/2023

live near normal lives so as to minimize the collateral public health damage from these lockdowns and other measures."[7]

21. As Dr. Kulldorff recounted, after its publication, "there was sort of an organized campaign against the Great Barrington Declaration with various sort of strange accusations, that it was let-it-rip, which is the opposite. We thought that we were like exorcism, eugenics, clowns, anti-vaxxers, that we did financial gains, even though the opposite is true. We were accused of threatening others, which none of us have done, Trumpian, libertarian and Koch funded, pseudo scientists, and that we received a free lunch when we were at Great Barrington writing this declaration." *Id.*

22. In particular, the Great Barrington Declaration was censored online. This included suppression in searches by Google, the parent company of YouTube: "when the Great Barrington Declaration came up, at the very beginning, it comes up at the top in the search engine in Google, but then suddenly it wasn't there. Instead, what was there was those who criticized it. Other search engines had it at the top, but not Google...." *Id.*

23. The Great Barrington Declaration was also censored on social media. As Dr. Kulldorff reported, "There were some issues with … Twitter, Facebook, YouTube, and LinkedIn." *Id.*

24. Among other things, the Declaration was censored on Facebook based on a flimsy rationale: "Facebook, they took down the Great Barrington Declaration page for a week, no explanation. The offending post was that we argued that, with the vaccines, which at that time had just come out, we should prioritize giving it to the older, high-risk people. That's what caused Facebook to close it down." *Id.*

---

[7] The Epoch Times (2021), "Censorship of Science, with Dr. Martin Kulldorff, Dr. Scott Atlas, and Dr. Jay Bhattacharya," May 2, 2021. https://www.theepochtimes.com/live-censorship-of-science-with-dr-martin-kulldorff-dr-scott-atlas-and-dr-jay-bhattacharya_4343061.html.

25. The co-authors of the Great Barrington Declaration also experienced personal social-media censorship. Dr. Kulldorff recounts several examples, including an instance where Twitter censored his tweet stating that "Thinking that everyone must be vaccinated is as scientifically flawed as thinking that nobody should. COVID vaccines are important for older, higher risk people and their caretakers, not those with prior natural infection or for children." *Id.* He also recounts being locked out of Twitter for three weeks "because I tweeted about masks, saying that, 'By claiming that masks are a good protection, some older people will sort of believe that, and they will go and do things and get infected, thinking that it protects the way it doesn't. That's not so good. So, they might die because of this misinformation about the masks.'… For three weeks, I had no access to Twitter because of this tweet." *Id.*

26. Twitter also censored Dr. Kulldorff's speech arguing that healthcare facilities should emphasize hiring workers with natural immunity instead of firing them, because they have the best protection from COVID-19: "Here, another one… [N]ot even I was allowed to read this tweet, they removed it completely. I was arguing that since the people who have recovered from COVID, they're the ones who have the best immunity, better than those who are vaccinated. So, they are the ones who are least likely to spread it to others. So, hospitals should hire nurses like that or doctors like that and use them for the most frail, oldest patients at the geriatric ward or the ICUs because they're least likely to infect these patients." *Id.*

27. Dr. Kulldorff also recounted YouTube's censorship of our roundtable with Governor DeSantis: "On YouTube, we did a round table in April with Governor Ron DeSantis in Florida. It was me and Dr. Scott Atlas, Dr. Jay Bhattacharya, and Dr. Sunetra Gupta. And we talked, for example, about the fact that children don't need to have masks. And we argued against vaccine passport; there was some rumbling starting about vaccine passport. So, then, we sort of thought,

8

'Let's try to argue against that from the very beginning before it sort of takes off.' So, that was removed by YouTube, which is owned by Google." *Id.*

28. Dr. Kulldorff also experienced censorship on LinkedIn, which is a common vehicle for speech among professionals. As he stated, "LinkedIn, which is owned by Microsoft, they also censor. So, this was an article... It was an interview I did with The Epoch Times on the dangers of vaccine mandates.... [LinkedIn said], 'Only you can see this post.' So, I could still read my post, but nobody else could." *Id.* He also recounted "another one. I actually didn't write anything. I just reposted a LinkedIn post by a guy from Iceland and what he did, he just cited what the Icelandic chief epidemiologist had said, which is sort of the equivalent of the CDC director in the U.S. So, this is the official public health authority in Iceland, but that was censored." *Id.*

29. LinkedIn also censored our public criticism of government officials, such as Dr. Fauci. As Dr. Kulldorff stated, "Together with Dr. Bhattacharya, we wrote a Newsweek article about how Fauci fooled America with the various things about public health, and LinkedIn took that away also." *Id.*

30. As Dr. Kulldorff notes, LinkedIn eventually terminated his account for posting about the benefits of natural immunity: "Later on, LinkedIn actually closed down my account.... [T]his was the last post before suspension, 'By firing staff with natural immunity after COVID recovery, hospitals got rid of those least likely to infect others.'" *Id.*

31. As Dr. Kulldorff noted in his public comments, social-media censorship has not focused solely on the co-authors of the Great Barrington Declaration, but has swept in many other scientists as well: "Twitter, LinkedIn, YouTube, Facebook, they have permanently suspended many accounts—including scientists." *Id.* These censorship policies have driven scientists and others to self-censorship, as scientists like Dr. Kulldorff restrict what they say on social-media platforms to

9

Case: 23-30445   Document: 43-2   Page: 176   Date Filed: 07/17/2023

avoid suspension and other penalties: "I have continued to speak up, but I have since self-censored myself. Because these are important channels of communication, so I don't want to be removed. So, I'm careful with what I say." *Id.* "[C]ensoring, it leads to self-censoring. And also, it leads to self-censoring of people ... are victims of these censoring because they see that somebody else is censored. 'Okay. I don't want to be suspended. So, I better be careful with what I say.' And of course, that's the purpose of authoritarians and the purpose of those things. And sometimes, where they sort of kind of randomly select who they censor, what they sensor, because they want people to be uncertain about what they can and cannot say." *Id.*

32. Having observed and lived through the government-driven censorship of the Great Barrington Declaration and its co-authors, it is clear to me that these attacks were politically driven by government actors. As I stated, in remarks alongside those of Dr. Kulldorff, "One of the motivations for that was a motivation to create a consensus within the public that... an illusion of consensus within the public that there was no scientific dissent against lockdowns. The reason why the Great Barrington Declaration, they reacted that way.... [W]e got this viral attention, [that] was a problem for this group [*i.e.*, Dr. Collins, Dr. Fauci, and other government officials]. It posed a political problem for them because they wanted to tell the public that there was no dissent. And so, they had to destroy us. They had to do a devastating takedown. It was a political problem they were solving... I think that's the immediate context for why they did what they did." *Id.*

33. Dr. Kulldorff aptly summarized our experiences: "it has been really stunning to be a scientist during these last two years. It's kind of been absurd. We have NIH Director Collins and NIAID Director Fauci thinking that you promote science by silencing scientists through published takedowns. It's pretty absurd. We have a geneticist and a virologist thinking they know

10

-PA0172-

Case: 23-30445     Document: 43-2     Page: 177     Date Filed: 07/17/2023

epidemiology better than epidemiologists at Oxford, Harvard and Stanford, and calling them instead fringe epidemiologists." *Id.*

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2022                     Signed: */s/ Jayanta Bhattacharya*

11

Case: 23-30445    Document: 43-2    Page: 178    Date Filed: 07/17/2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and | |
| STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General, | Case No. 3:22-cv-01213 |
| *Plaintiffs,* | |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*; | |
| *Defendants.* | |

## DECLARATION OF DR. MARTIN KULLDORFF

I, Dr. Martin Kulldorff, declare as follows:

1. I am an adult of sound mind and make this statement voluntarily, based upon my knowledge, education, and experience.

2. I am an epidemiologist, a biostatistician and a former Professor of Medicine at Harvard University and Brigham and Women's Hospital, from 2015 to November 2021. Before that, I was Professor of Population Medicine at Harvard University from 2011 to 2015. I hold a Ph.D. from Cornell University. I have published over 200 scholarly articles in peer-reviewed journals in the fields of public health, epidemiology, biostatistics and medicine, among others. My research has been cited in the peer-reviewed scientific literature more than 25,000 times.

3. I have dedicated my professional career to the development and implementation of new disease surveillance systems, including the early detection and monitoring of disease outbreaks;

1

Case: 23-30445   Document: 43-2   Page: 179   Date Filed: 07/17/2023

and the post-market evaluation of the safety and efficacy pharmaceutical drugs and vaccines, including the early detection of drug and vaccine adverse reactions.

4. I have served on multiple governmental scientific advisory boards, including the World Health Organization's Disease Mapping Advisory Group; the Scientific Advisory Board for the Accelerated Development of Vaccine Benefit-Risk Collaboration in Europe; the Food and Drug Administration's Drug Safety and Risk Management Advisory Committee; the New York State Department of Health Environmental Public Health Tracking Project; the New York City Department of Health and Hygiene's Advisory Board for Augmenting Statistical Methods for Public Health Syndromic Surveillance System; the National Cancer Institute's Best Practices in Spatial Analysis Working Group; the Centers for Disease Control and Prevention's (CDC) Vaccine Safety Datalink Project, the CDC's MMRV Vaccine Safety Working Group; and CDC's COVID-19 Vaccine Safety Technical Sub-Group; among others. In April 2021, I was abruptly removed from the latter after publishing an op-ed in The Hill against the CDC instituted pause on the one-dose Johnson & Johnson Covid vaccine, arguing that it should not be withheld from older high-risk Americans. As such, I am probably the only scientist that has been fired by CDC for being too pro-vaccine. (Four days after removing me from the working group, CDC reversed itself and lifted the pause.)

5. I have extensively studied and commented on the necessity and safety of vaccine requirements for different population groups with different benefit-risk profiles, including COVID-19 recovered individuals with natural immunity. I am intimately familiar with the data sources and the medical literature on this topic, as it pertains to both clinical practice and government health policy.

6. My writings on COVID-19-related issues have appeared in both scientific journals (like *Emerging Infectious Diseases, The Lancet* and *Annals of Epidemiology*) and in the popular press around the world (including the *Wall Street Journal, Newsweek, CNN, The Hill, the Telegraph, the Spectator, the Toronto Sun, Aftonbladet, Dagens Nyheter,* and many other). I have appeared as an invited guest on national and international news and debate programs in the United States, the United Kingdom, Ireland, Sweden, Germany, France, Spain, India, Mexico, Chile, Argentina and Uruguay, among other countries, including Fox News, Democracy Now, Munk Debates, NewsMax, GB News, Hindustan Times and Infobae.

7. As part of my professional work, I communicate scientific information not only through scientific journals, but also through social media. I have maintained a Twitter account since May 2014, and a LinkedIn account for approximately the same amount of time. I currently have 250,800 followers on Twitter and 13,400 contacts and followers on LinkedIn. Some of these followers reside in Missouri and Louisiana.

8. As a public health scientist, I have experienced censorship on social media platforms due to my views on the appropriate strategy for handling the COVID-19 pandemic. Since April 2020, I have argued for better focused protection of older, high-risk people, at the same time, as we should let children go to school and let young adults live near normal lives so as to minimize the collateral public health damage from these lockdowns and other measures.[1]

9. On October 4, 2020, two other epidemiologists and I published the "Great Barrington Declaration" online.[2] My co-authors were Dr. Jayanta Bhattacharya of Stanford University, and Dr. Sunetra Gupta of the University of Oxford.

---

[1] The Epoch Times (2021), "Censorship of Science, with Dr. Martin Kulldorff, Dr. Scott Atlas, and Dr. Jay Bhattacharya," May 2, 2021. https://www.theepochtimes.com/live-censorship-of-science-with-dr-martin-kulldorff-dr-scott-atlas-and-dr-jay-bhattacharya_4343061.html.

[2] Great Barrington Declaration, https://gbdeclaration.org/.

Case: 23-30445   Document: 43-2   Page: 180   Date Filed: 07/17/2023

Case: 23-30445      Document: 43-2      Page: 181      Date Filed: 07/17/2023

10. In the Great Barrington Declaration, we stated: "As infectious disease epidemiologists and public health scientists we have grave concerns about the damaging physical and mental health impacts of the prevailing COVID-19 policies, and recommend an approach we call Focused Protection." *Id.* The Declaration criticized current lockdown policies to respond to COVID-19, stating: "Current lockdown policies are producing devastating effects on short and long-term public health. The results (to name a few) include lower childhood vaccination rates, worsening cardiovascular disease outcomes, fewer cancer screenings and deteriorating mental health – leading to greater excess mortality in years to come, with the working class and younger members of society carrying the heaviest burden. Keeping students out of school is a grave injustice." *Id.*

11. The Great Barrington Declaration was publicly co-signed by 43 medical and public health scientists and practitioners, including a former chair of the Department of Epidemiology at Harvard School of Public Health. It has subsequently been co-signed by over 930,000 people, including over 15,000 medical and public-health scientists, and over 47,000 medical practitioners.

12. On October 8, 2020, four days after the Declaration's publication online, then-Director of National Institutes of Health, Dr. Francis Collins, emailed Dr. Anthony Fauci and Cliff Lane at NIH/NIAID about the Great Barrington Declaration. This email stated: "Hi Tony and Cliff, See: https://gbdeclaration.org/. This proposal from the three fringe epidemiologists who met with the Secretary seems to be getting a lot of attention – and even a co-signature from Nobel Prize winner Mike Leavitt at Stanford. There needs to be a quick and devastating published take down of its premises. I don't see anything like that online yet – is it underway? Francis." This email was produced over a year later in response to FOIA requests.[3]

---

[3] Wall Street Journal Editorial Board. (2021) "How Fauci and Collins Shut Down Covid Debate" *Wall Street Journal*. Dec. 21, 2021. https://www.wsj.com/articles/fauci-collins-emails-great-barrington-declaration-covid-pandemic-lockdown-11640129116

4

Case: 23-30445      Document: 43-2      Page: 182      Date Filed: 07/17/2023

13. In a recent speech I gave on May 2, 2022, I summarized many of the instances of social-media censorship that I experienced after publishing the Great Barrington Declaration.[4]

14. After the Great Barrington Declaration was published, I noted that there was an organized campaign against the Great Barrington Declaration with various sorts of strange accusations. By other scientists, we were equated with 'exorcism', 'eugenics', 'clowns', 'anti-vaxxers', 'Trumpian', 'libertarian', 'Koch funded' and 'pseudo scientists'. We were accused of writing the Declaration for financial gains, even though the opposite is true. We were accused of threatening others, which none of us have done.

15. Soon after the Great Barrington Declaration was published, it was censored on social media in an apparent attempt to prevent it from (in Dr. Collins' words) "getting a lot of attention." This included Google deboosting search results for the Declaration within a few days of Dr. Collins' email to Dr. Fauci. In the first few days after its publication, the Great Barrington Declaration came up at the top in the search engine in Google, but then suddenly it wasn't there. Instead, what was there was those who criticized it. Other search engines still had it at the top, but not Google.

16. The Declaration was later censored on Facebook: They took down the Great Barrington Declaration page for about a week, with no explanation. The offending post was a pro-vaccine post arguing that we should prioritize giving the vaccines to older, high-risk people.

17. I also experienced extensive censorship on social media on my personal accounts. For example, in March 2021 Twitter censored my tweet stating that "Thinking that everyone must be vaccinated is as scientifically flawed as thinking that nobody should. COVID vaccines are

---

[4] The Epoch Times (2021), "Censorship of Science, with Dr. Martin Kulldorff, Dr. Scott Atlas, and Dr. Jay Bhattacharya," May 2, 2021. https://www.theepochtimes.com/live-censorship-of-science-with-dr-martin-kulldorff-dr-scott-atlas-and-dr-jay-bhattacharya_4343061.html.

Case: 23-30445      Document: 43-2      Page: 183      Date Filed: 07/17/2023

important for older, higher risk people and their caretakers. Those with prior natural infection do not need it. Nor children."

18. I was also censored by Twitter for two tweets about masks. In one I wrote that, "Naïvely fooled to think that masks would protect them, some older high-risk people did not socially distance properly, and some died from #COVID19 because of it. Tragic. Public health officials/scientists must always be honest with the public." For three weeks starting in May 2021, I had no access to Twitter because of this tweet.

19. On November 5, 2021, I posted a direct quote from Dr. Roberto Strongman, an Associate Professor of Black Studies at the University of California-Santa Barbara. In a recent essay, he had reflected on the historical use of enforced mask use among enslaved populations. My tweet simply quoted his words that: "Masks are symbols of submission / Masks are the lurid fetish of power / Masks lead to the erasure of personhood / Masks promote a culture of fear / Masks are deterrents of solidarity," in quotation marks with an attribution to Dr. Strongman. Twitter censored this tweet by labeling it "Misleading" and preventing it from being replied to, shared, or liked.

20. Twitter is an important venue for communicating accurate public health information to the public. Because of the censoring, and the suspension of other scientists, I have had to self-censor myself on the platform. Sometimes by not posting at all and sometimes through imaginative phrasing. Here is one example of such a tweet: "Having been censored by Twitter, I must be careful what I write about masks: If you do surgery, please wear a surgical mask. It protects your patients."

21. On March 18, 2021, I participated in a two-hour roundtable discussion with Governor Ron DeSantis in Florida, along with Dr. Sunetra Gupta at Oxford, Dr. Jay Bhattacharya at Stanford and Dr. Scott Atlas at Stanford. In this discussion, we made remarks critical of COVID-19 restrictions, including mask mandates on children. I stated that "children should not wear face masks, no. They

6

Case: 23-30445   Document: 43-2   Page: 184   Date Filed: 07/17/2023

don't need it for their own protection, and they don't need it for protecting other people either." Dr. Bhattacharya stated that "children develop by watching other people" and that it is "developmentally inappropriate" to require young children to wear face masks. Dr. Atlas pointed out that "there's no scientific rationale or logic to have children wear masks in schools." Dr. Gupta stated that "to force [children] to wear masks and distance socially, all of that to me is in direct violation of our social contract." In the same roundtable, we also argued against vaccine passports. 'Let's try to argue against that from the very beginning before it sort of takes off.' Unfortunately, the video of the roundtable was removed by YouTube, which is owned by Google.

22. I have also experienced censorship on LinkedIn, which is a popular communications platform among scientists and other professionals. In August 2021, LinkedIn censored a post where I linked to an interview I did with The Epoch Times on the dangers of vaccine mandate. LinkedIn said that 'Only you can see this post.' So, I could still read my own post, but nobody else could, which defeats the whole purpose.

23. The same week, LinkedIn also censored me when I reposted a LinkedIn post by a colleague from Iceland where he cited what the Icelandic chief epidemiologist had said. I did not add any text to the repost, so in this case LinkedIn censored the words of a government public health official: Iceland's equivalent of the CDC director in the U.S.

24. In October 2021, LinkedIn censored a post where I defended health care jobs, pointing out that natural immunity from covid infection is stronger than vaccine induced immunity, so that hospitals should hire rather than fire nurses and other health care providers with natural immunity, and use them for the patients that are the most vulnerable to Covid-19.

25. In November 2021 I wrote a Newsweek op-ed together with Dr. Jay Bhattacharya were we criticized the official Covid-19 response as formulated by Dr. Anthony Fauci. When I posted a

Case: 23-30445    Document: 43-2    Page: 185    Date Filed: 07/17/2023

quote from and a link to the Newsweek article, it was removed by LinkedIn, which is owned by Microsoft. Ironically, Microsoft News (msn.org) republished the same Newsweek op-ed verbatim.

26. In January 2022, LinkedIn terminated my account for posting about the benefits of natural immunity. My last post before suspension was: "By firing staff with natural immunity after COVID recovery, hospitals got rid of those least likely to infect others." LinkedIn restored my account after my termination received media attention, but I now have to be very careful with what I write.

27. Twitter and LinkedIn are important venues for communicating accurate public health information to other scientists and to the public. Because of the censoring, and the suspension of other scientists, I have had to self-censor myself on both platforms. Sometimes by not posting important public health information. At other times, I have had to express my thoughts indirectly through imaginative phrasing. For example, on March 15, 2022, I tweeted: "Having been censored by Twitter, I must be careful what I write about masks: If you do surgery, please wear a surgical mask. It protects your patients." This, obviously, was a very indirect and oblique way of communicating the limited utility of wearing masks and expressing my criticism of mask mandates, including the widespread use of cloth masks.

28. Social-media censorship has not focused solely on the co-authors of the Great Barrington Declaration but has swept in many other scientists as well. These censorship policies have driven scientists and others to self-censor, as scientists like me restrict what we say on social-media platforms to avoid suspension and other penalties. In fact, the most devastating consequence of censoring is not the actual posts or accounts that are censored or suspended, but the reluctance of scientists to openly express and debate scientific questions using their varied scientific expertise. Without scientific debate, science cannot survive.

8

Case: 23-30445      Document: 43-2      Page: 186      Date Filed: 07/17/2023

29. It can sometimes appear random who are being censored, but that serves the purpose of the censors. They cannot monitor every post from every user. By censoring a variety of individuals, some scientists and some non-scientists, some journalists, some private individuals, some anonymous accounts, some after warnings and others suddenly without a warning and some account with many followers and other accounts with few followers, the censors are able to make everyone scared and make everyone self-censor.

30. It has been stunning to be a scientist during these last two years. We have NIH Director Collins and NIAID Director Fauci thinking that you promote science by silencing scientists through published takedowns. It is absurd. We have a geneticist and a virologist thinking they know epidemiology better than epidemiologists at Oxford, Harvard and Stanford, calling us "fringe epidemiologists."

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2022                          Signed: /s/ Martin Kulldorff

-PA0182-

Case: 23-30445   Document: 43-2   Page: 187   Date Filed: 07/17/2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

|  |  |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;<br><br>　　　　　*Defendants.* | Case No. 3:22-cv-01213 |

## <u>DECLARATION OF JIM HOFT</u>

1. My name is Jim Hoft. I am over the age of 18 years and competent to testify about the matters discussed herein.

2. I am the founder, owner, and operator of the popular news website The Gateway Pundit ("GP"), gatewaypundit.com. I reside in St. Louis, Missouri, and operate the website from there. The "Gateway" refers to St. Louis's Gateway Arch. Since its founding in 2004, the Gateway Pundit has grown from a one-man blog to one of the internet's largest destinations for conservative news and commentary. In 2021, The Gateway Pundit was ranked fourth on a list of top ten conservative news websites, ranked by monthly web searches, with over 2 million searches per month.

3. In connection with The Gateway Pundit, I maintain and operate The Gateway Pundit's social-media accounts, including accounts with Twitter (which has been permanently suspended), Facebook, YouTube, and Instagram. These accounts have or had hundreds of thousands of

1

Case: 23-30445   Document: 43-2   Page: 188   Date Filed: 07/17/2023

followers. In particular, GP's Twitter account had over 400,000 followers before it was snspended. GP's Facebook account has over 650,000 followers. GP's Instagram account has over 205,000 followers. GP's YouTube account has over 98,000 followers. Because I am based in Missouri, I know that many of these followers include many residents of Missouri. Based on the large numbers of followers and the nationwide prominence of GP, I am certain that they include large numbers of residents of Louisiana as well.

4. GP's social media accounts have experienced censorship on all major social-media platforms, including its speech regarding COVID-19 issues and election security. In many instances, we have noticed that this censorship has followed and reflected the calls for censorship from federal government officials, including in the Biden Administration.

5. For example, the current Administration has repeatedly called for censorship of social-media speech regarding election integrity and so-called "COVID-19 misinformation." GP has experienced significant social-media censorship regarding its speech on both of those issues, including on Twitter, Facebook, and YouTube.

6. **Twitter.** On or about January 2, 2021, Twitter suspended GP's Twitter account (@gatewaypundit) after it posted a tweet that stated, "Then It's Not a Vaccine: Crazy Dr. Fauci Says Early COVID Vaccines Will Only Prevent Symptoms and NOT Block the Infection ... What? Via @gatewaypundit."[1]

7. On or about January 29, 2021, Twitter suspended GP's Twitter account again after it posted a tweet that stated, "Five Days After Biden Inauguration, Judge Rules Late Changes To VA

---

[1] Discussed more fully at Jim Hoft, "Gateway Pundit Suspended on Twitter for 12 Hours for Posting on Dr. Fauci's Crazy Statement on Vaccines." Gateway Pundit, (Janaury 2, 2021) (https://www.thegatewaypundit.com/2021/01/gateway-pundit-suspended-twitter-12-hours-posting-dr-faucis-crazy-statement-vaccines/) (last accessed May 31, 2022)

Election Law That Allowed Late Mail-In Ballots Without Postmark To Be Counted is ILLEGAL @100percFEDUP via @gatewaypundit."[2]

8.   On or around February 6, 2021, GP's Twitter account was permanently banned after it posted video footage from security cameras in the TCF Center in Detroit from Election Night 2020 that showed two deliveries of vans driving to the building around 3:30 am in the morning bringing shipments of first more than 50 boxes, and then, roughly one hour later, more boxes of ballots.[3] In connection with this video, GP tweeted "Just an FYI – The fake news media and others challenged our TCF Center video report from Friday.  That was a bad move.  We have much more coming!"  Promptly after this tweet, GP's Twitter account was permanently suspended, preventing us from tweeting the additional content to our 400,000+ followers.

9.   On or about August 29, 2020, my brother, Joe Hoft, who blogs for GP, tweeted (@joehoft) a series of posts indicating that COVID-19 deaths are over-counted because the counts include deaths of people who died *with* COVID-19, not just those who died *because of* COVID-19.  Dr. Fauci, among others, has subsequently acknowledged the truth of this assertion.  These tweets went viral and were heavily re-tweeted, including by President Trump.  By my recollection, as a result of these tweets, Twitter partially censored @joehoft by posting public advisories within his tweet, "warning" the public that the tweet was misinformation.

---

[2] Discussed more fully at Jim Hoft, "Twitter Suspends Gateway Pundit for Posting Virginia Court Ruling on Virginia Mail-in Ballots – Claims the Court Ruling Incites Violence!" Gateway Pundit (January 29, 2021) (https://www.thegatewaypundit.com/2021/01/twitter-suspends-gateway-pundit-account-posting-virginia-court-ruling-virginia-mail-ballots-claims-court-ruling-incites-violence/) (last accessed May 31, 2022).
[3] See Jim Hoft, "Breaking: Twitter Indefinitely Suspends Gateway Pundit Account After We Announce More Video of TCF Center Fraud Will Be Released in Coming Days." Gateway Pundit (February 6, 2021) (https://www.thegatewaypundit.com/2021/02/gateway-pundit-suspended-twitter-announcing-video-tcf-center-fraud-will-released-coming-days/) (last accessed May 31, 2022), see also Jim Hoft, "Exclusive: The TCF Center Election Fraud – Newly Discovered Video Shows Late Night Deliveries of Tens of Thousands of Illegal Ballots 8 Hours After Deadline." Gateway Pundit (February 5, 2021) (https://www.thegatewaypundit.com/2021/02/exclusive-tcf-center-election-fraud-newly-recovered-video-shows-late-night-deliveries-tens-thousands-illegal-ballots-michigan-arena/) (last accessed May 31, 2022).

3

Case: 23-30445      Document: 43-2      Page: 189      Date Filed: 07/17/2023

Date Filed: 07/17/2023   Page: 190   Document: 43-2   Case: 23-30445

10. On or about December 31, 2020, my brother, Joe Hoft, who blogs for GP, tweeted (@joehoft) tweeted content related to Hunter Biden's laptop, stating "Where's Hunter? How is Hunter Biden Celebrating the New Year?  New Photos of Hunter Biden Pushing Drugs on Women Emerge via @gatewaypundit [link[4]]"  Twitter suspended the account on the ground that he "Violat[ed] our rules against posting or sharing privately produced/ distributed intimate media of someone without their express consent."[5]

11. **Facebook.**  During 2020 and 2021, we experienced repeated instances of censorship by Facebook, including our content related to COVID-19 and election security.  Facebook frequently imposed warning labels and other restrictions on our content, particularly content related to election integrity and COVID-19.  Facebook's censorship was so aggressive that I was forced to hire an assistant to monitor and address censorship on Facebook.

12. Specific examples of such censorship by Facebook include the following articles:

    a.   Joe Hoft, "Shock Report: This Week CDC Quietly Updated COVID-19 Numbers – Only 9,210 Americans Died From COVID-19 Alone – Rest Had Different Other Serious Illnesses."  https://www.thegatewaypundit.com/2020/08/shock-report-week-cdc-quietly-updated-covid-19-numbers-9210-americans-died-covid-19-alone-rest-serious-illnesses/?utm_source=Twitter&utm_medium=PostTopSharingB (published Aug. 29, 2020) (last accessed May 31, 2022).

---

[4] Joe Hoft, "Where's Hunter? How is Hunter Biden Celebrating the New Year?  New Photos Emerge of Hunter Biden Pushing Drugs on Women." Gateway Pundit (December 31, 2020) (https://www.thegatewaypundit.com/2020/12/hunter-hunter-biden-celebrating-new-year-new-photos-hunter-biden-pushing-drugs-women-emerge/) (last accessed May 31, 2022).
[5] Discussed more fully at Joe Hoft, "Twitter Suspends TGP's Joe Hoft After Sharing FACTUAL REPORT on Hunter Biden's Serial Sex and Crack Escapades." Gateway Pundit (January 4, 2021) (https://www.thegatewaypundit.com/2021/01/twitter-suspends-tgps-joe-hoft-sharing-factual-report-hunter-bidens-serial-sex-crack-escapades/) (last accessed May 31, 2022).

Case: 23-30445     Document: 43-2     Page: 191     Date Filed: 07/17/2023

    b.  Joe Hoft, "This is Fraud: 10% of Reported COVID-19 Deaths for Those Under 35 as Reported by the CDC Are Due to Poisoning, Trauma and Unintentional Injuries." https://www.thegatewaypundit.com/2020/09/fraud-10-reported-covid-19-deaths-35-reported-cdc-due-poisoning-trauma-unintentional-injuries/ (published Sept. 3, 2020) (last accessed May 31, 2022)

    c.  See also **Exhibits 1-6**.

13. While Facebook sometimes bans our content altogether, they also rely upon a cadre of "third party" "fact check" entities hired by Facebook to declare our articles mis or disinformation. Facebook then relies upon this content to issue advisories to the public that our content is false and dangerous, and that it comes from a disreputable website. Facebook also encourages (or otherwise outright prohibits) the public from sharing our content with their social networks.

14. **YouTube.** We have also experienced censorship on other platforms. For example, on or about May 14, 2022, we received a strike on YouTube, and YouTube removed a video we had posted. The video in question was an interview with Idaho Lieutenant Governor and gubernatorial candidate Janice McGeachin, which we conducted in connection with the Idaho primary election for Governor. In the video, Lt. Gov. McGeachin discussed the problem of election fraud and raised questions about the outcome of the 2020 Presidential election, including money Idaho illegally received from Mark Zuckerberg and other problems relating to voter fraud. YouTube promptly removed the video and issued a strike against our account.

15. The social-media platforms have extended their censorship policies to our followers as well. We have received numerous reports from followers that they have received temporary suspensions or other adverse actions from social-media platforms (such as seven-day suspensions

5

Case: 23-30445      Document: 43-2      Page: 192      Date Filed: 07/17/2023

of their Facebook accounts) for re-posting or amplifying our content. This chills our followers from re-posting, re-tweeting, or otherwise amplifying our content. The risk of being locked out of Facebook for seven days, or suffering other forms of censorship, deters our followers from amplifying our content on social media platforms, which reduces the reach of our message.

16. These social-media censorship policies chill GP's freedom of expression on social media platforms as well. To avoid suspension and other forms of censorship, we frequently avoid posting content that we would otherwise post on social-media platforms, and we frequently alter content to make it less likely to trigger censorship policies.

17. Based on my close observation of the patterns of censorship of GP's social-media accounts and related accounts in recent years, I have strong reason to infer that federal government officials are directly involved in the censorship of our speech and content.

18. For example, it is clear that Democratic public officials and the Biden Administration coordinate with the Center for Countering Digital Hate (CCDH), a left-wing 501(c)(3) group dedicated to censorship of free speech on the internet. In the summer of 2021, White House press secretary Jen Psaki successfully called for the censorship on social-media platforms of the so-called "disinformation dozen," whom the White House accused of spreading COVID-related "disinformation" on social media. Psaki received this information from CCDH, which had previously identified the so-called "disinformation dozen" and called for their expulsion from social media.

19. In the same time frame, CCDH targeted The Gateway Pundit in coordination with federal officials. CCDH pushed for The Gateway Pundit's demonetization by Google, accusing GP of spreading "misinformation" about COVID-19 and election security—the same topics targeted by the Biden Administration. CCDH coordinated with Democratic Senator Amy Klobuchar to

6

-PA0188-

Case: 23-30445      Document: 43-2      Page: 193      Date Filed: 07/17/2023

pressure for this demonetization, boasting on its website that she had personally written to Google CEO Sundar Pichai about demonetizing GP, and it is likely that CCDH engaged in similar coordination with the Biden Administration once it was in office. This pressure campaign by federal official(s) and CCDH was successful. In September 2021—the same time frame that CCDH worked with federal officials to expel the "disinformation dozen" from social media— CCDH sent an email to its supporters boasting that it had succeeded in demonetizing GP on Google. CCDH accused GP of "promoting dangerous nonsense about the 2020 US Presidential election and Covid 19," *i.e.*, parroting the same calls for censorship on the same topics pushed by federal elected officials and senior officials in the Biden Administration.

20. Additionally, the Department of Homeland Security has specifically identified social media disinformation questioning the mainstream narrative regarding COVID-19 vaccination and the integrity of the 2020 general election as domestic terrorism and threats to national security.[6] DHS famously created, then temporarily paused the creation of a governmental "Disinformation Governance Board." DHS then hired former DHS Secretary Michael Chertoff (whose non-profit, Alliance for Securing Democracy lists The Gateway Pundit as Russian disinformation[7]) to reboot and rehabilitate the Board.


I swear or affirm under penalty of perjury that the foregoing is true and correct.


Dated:  _____6/6/2022_____          Signed: */s/ Jim Hoft*

---

[6] *See* **Exhibit 7** - National Terrorism Advisory System Bulletin; Department of Homeland Security (Feb. 7, 2022) (https://www.dhs.gov/sites/default/files/ntas/alerts/22_0207_ntas-bulletin.pdf) (last accessed May 31, 2022).
[7] See Jim Hoft, "MORE LIES: Left-Wing Smear Machine Lists Gateway Pundit as Top Russian Propaganda Website." Gateway Pundit (August 6, 2017) (https://www.thegatewaypundit.com/2017/08/liesleft-wing-smear-machine-lists-gateway-pundit-top-russia-propaganda-website/) (last accessed May 31, 2022).

Case: 23-30445     Document: 43-2     Page: 194     Date Filed: 07/17/2023

# EXHIBIT 1

**GP** Gateway Pundit
16 hrs ·

HUGE: After 4 Years of Stonewalling Corrupt FBI Finally Admits They're Holding Seth Rich's Laptop

43 Comments 105 Shares

👍 Like     💬 Comment     ➤ Share

Most Relevant ▼

Write a comment...
Press Enter to post.

Trish Haggard Cawood
FBI is a corruption on our nation and needs to be cleanse.

Like · Reply · 15h

↳ 1 Reply

View 37 more comments

**Related Articles**

Lead Stories
Fact Check: NO Evidence Of 23,000 'Fraudulent' Ballots

---

Videos     See All

God Bless America!

3.9K
66.7K Views · 7 weeks ago

🏛 **Page Transparency**     See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created · October 27, 2009

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect...

Case 3:22-cv-01213-TAD-KDM    Document 10-5    Filed 06/14/22    Page 10 of 61 PageID #: 1118



-PA0192-



Bob Conors
1 min ·

False Information

See Link

👍 Like          💬 Comment          ↪ Share

Write a comment...

Press Enter to post.

**Related Articles**

📄 Lead Stories   Fact-Check
Fact Check: NO Evidence Of 23,000 'Fraudulent' Ballots For Biden Identified In Georgia | Lead Stories
Were 23,000 &quot;fraudulent&quot; ballots for Joe Biden identified in Georgia? N...

Create New Gr



About This Content

⚠ **Recently Shared False News**

Independent fact-checkers say multiple posts from Gateway Pundit are false.

Post from November 24 – Stop reporting from Lead Stories.

Post unavailable – See reporting from Lead Stories.

**GP**  **Gateway Pundit ⓘ**
News & Media Website

The Gateway Pundit is an American far-right news and opinion website. The website is known for publishing falsehoods, hoaxes, and conspiracy theories.
Continue Reading

From Wikipedia (Creative Commons)

🔗 Link first shared: **December 2020**

🕐 thegatewaypundit.com registered: **More than 5 years ago** From WHOIS

RELATED ARTICLES

LEADSTORIES.COM  FALSE
Fact Check: NO Evidence Of 23,000 'Fraudulent' Ballots For Biden Identified In Georgia | Lead Stories

Case: 23-30445   Document: 43-2   Page: 199   Date Filed: 07/17/2023

# EXHIBIT 2



Additional Reporting On This

Before you share this content, you might want to know there's additional reporting from Lead Stories.

Lead Stories   Fact Check

Fact Check: NO Evidence Of 23,000 'Fraudulent' Ballots For Biden Identified In Georgia | Lead Stories

Were 23,000 &quot;fraudulent&quot; ballots for Joe Biden iden...

Share Anyway

Cancel

## False

×

### Fact-Check from Lead Stories

 Lead Stories  [Fact-Check]

 Fact Check: NO Evidence Of 23,000 'Fraudulent' Ballots For Biden Identified In Georgia | Lead Stories

### About This Notice

 The same false information was checked in another post by fact-checkers. There may be small differences.

Independent fact-checkers say this information has no basis in fact.

Curious how Facebook works with independent fact-checking organizations? Learn more

-PA0197-

## Fact Check: NO Evidence Of 23,000 'Fraudulent' Ballots For Biden Identified In Georgia





### About us

Lead Stories is a fact-checking website that is always looking for the latest false, misleading, deceptive or inaccurate stories that are going viral on the internet.

**Lead Stories is a:**
- Verified signatory of the IFCN Code of Principles
- Facebook Third-Party Fact-Checking Partner
- Member of the #CoronaVirusFacts Alliance

### Most Recent



-PA0198-








## Share your opinion

## Want to inform others about the accuracy of this story?

-PA0199-

## Different Viewpoints

-PA0200-

Case: 23-30445    Document: 43-2    Page: 205    Date Filed: 07/17/2023

# EXHIBIT 3

Photos    See All

Videos    See All

God Bless America!

64.5K Views · 5 weeks ago

**GP** Gateway Pundit
August 29 ·

The CDC silently updated their numbers this week to show that only 6% of all coronavirus deaths were related to the coronavirus alone.



THEGATEWAYPUNDIT.COM
SHOCK REPORT: This Week CDC Quietly Updated
COVID-19 Numbers - Only 9,210 Americans Died From...

Missing Context. Independent fact-checkers say this information could mislead people.

See Why

579                    153 Comments 1.1K Shares

Like        Comment        Share

Write a comment...                Most Relevant

627,914 people follow this

http://thegatewaypundit.com/

Send Message

gatewaypundit2019@gmail.com

News & Media Website

-PA0202-

## Videos

See All

### God Bless America!

64.5K Views · 5 weeks ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created · October 27, 2009

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2020

---

Missing Context. Independent fact-checkers say this information could mislead people.

See Why

158 Comments 1.1K Shares

579

👍 Like          💬 Comment          ↪ Share

Write a comment...                    Most Relevant ▾

Press Enter to post.

**Jack Goforth**
Patsy Goforth
I hope the people who reads this article will still be careful, it's no fun getting sick.

Like · Reply · 12w · Edited

↳ 5 Replies

View more comments                    1 of 90

## Related Articles

**USA TODAY** · Fact Check
Fact check: CDC's data on COVID-19 deaths used incorrectly in misleading claims
Updated comorbidity data from the CDC is being used t...

**Science Feedback** · Fact Check
False: Way more than 9,000 Americans have died because of COVID-19. Excess deaths in the U.S. in 202...
Cause of death is defined as a medical condition that tri...

---





Case: 23-30445     Document: 43-2     Page: 210     Date Filed: 07/17/2023

# EXHIBIT 4

Videos                                                    See All

**God Bless America!**
👁 👁 3.9K
9.45K Views · 5 weeks ago

⚙ **Page Transparency**                                  See All

Facebook is showing information to help you
better understand the purpose of a Page. See
actions taken by the people who manage and
post content.

🏳 **Page created – October 27, 2009**

📍 **Page manager location: United States**

**Add Your Business to Facebook**

Showcase your work, create ads and connect
with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies ·
More · Facebook © 2020

---

(GP) **Gateway Pundit** ⊖
November 4 at 7:25 PM · 🌎

**BREAKING: Trump Campaign Files Suit in Michigan After Massive
Dump of Ballots For Biden Suddenly Appear Overnight**



🅱 THEGATEWAYPUNDIT.COM
**BREAKING: Trump Campaign Files Suit in Michigan After
Massive Dump of Ballots For Biden Suddenly Appear...**

👍❤😮 1K                        171 Comments  291 Shares

👍 Like            💬 Comment            ↪ Share

Most Relevant ▾

✎  Write a comment...
Press Enter to post.

**Brian Varley**
Glad they filed suit. Probably won't do any good. The
fix is in. It's been in for 4 years.
Like · Reply · 2w                                    👍 6

View more comments                                  1 of 135

**GP** Gateway Pundit

Sign Up   🖒 Like   💬 Message   Q

Videos                                          See All

God Bless America!
🖒❤️😮 39K
64.9K Views · 6 weeks ago

⚙️ **Page Transparency**                          See All

Facebook is showing information to help you
better understand the purpose of a Page. See
actions taken by the people who manage and
post content.

🗓️  Page created - October 27, 2009

📍  Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect
with customers or supporters.

Create Page

---

**BREAKING: Trump Campaign Files Suit in Michigan After
Massive Dump of Ballots For Biden Suddenly Appear...**

😊😮👍 1K                                171 Comments 281 Shares

🖒 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

**Brian Henley**
Glad they filed suit. Probably won't do any good. The
fix is in. It's been in for 4 years.
Like · Reply · 2w                                                🖒 8

View more comments                                           1 of 135

**Related Articles**

📄 Lead Stories   [Fact Check]
Fact Check: Biden Did NOT Suddenly Go Up 138K Votes
In Michigan, With No Change To Trump I Lead Stories
Did Joe Biden&#39;s vote tally suddenly rise by 138,0...

Case: 23-30445   Document: 43-2   Page: 213   Date Filed: 07/17/2023

# EXHIBIT 5

AFP United States

## Article misrepresents US report on domestic extremism

An online article claims the US Department of Homeland Security will target anyone who believes the 2020 presidential election was fraudulent or raises doubts about Covid-19 guidance. This is misleading; the report on domestic...



 **Gateway Pundit** ✓
March 13 · 🌐

The new guidelines on extremist behavior include those who question the fraud in the 2020 election and anyone who question the regime's talking points on COVID and its treatments including the mandates.



> ℹ️ **Partly false information**                                    ✕
> Checked by independent fact-checkers.
>
> **See Why**

THEGATEWAYPUNDIT.COM
**Mayorkas Releases New Rules on Extremism - DHS Will Target Anyone Who Believes Election Was Stolen or Who Challenged Fauci's Everchanging COVID...**

😠😮👍 173                                    75 Comments  116 Shares

👍 Like          💬 Comment          ↗ Share

### Related Articles

 AFP United States  `Fact-check`
Article misrepresents US report on domestic extremism
An online article claims the US Department of Homeland Security will target anyon...

Case: 23-30445   Document: 43-2   Page: 214   Date Filed: 07/17/2023

## Partly false

×

### Fact-check from AFP United States

 AFP United States  `Fact-check`

Article misrepresents US report on domestic extremism

### About this notice

 Independent fact-checkers say this information has some factual inaccuracies.

 Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Case: 23-30445   Document: 43-2   Page: 216   Date Filed: 07/17/2023

**GP** **Gateway Pundit** ✓

July 17, 2021 · 🌐

•••

DAMAGE CONTROL: Twitter Adds Bogus Fact Check Claiming "No Evidence of Widespread Fraud" in AZ Election After Audit Exposes Massive Fraud in Maricopa County



ⓘ

**False information**

Checked by independent fact-checkers

 See Why     See Link

THEGATEWAYPUNDIT.COM

**DAMAGE CONTROL: Twitter Adds Bogus Fact Check Claiming "No Evidence of Widespread Fraud" in AZ Election After Audit Exposes Massive Fraud in...**

😀👍😮 264                                          63 Comments 112 Shares

👍 Like            💬 Comment            ➦ Share

### Related Articles



Lead Stories  `Fact-check`

Fact Check: There Were NOT 'Over 74,000' More Mail-In Ballots Received, Counted In Maricopa County, Arizona, Than Were Mailed Out | Lead Stories

Were over 74,000 more mail-in ballots received and counted than were mailed out ...

# False



## Fact-check from Lead Stories



Lead Stories   Fact-check

Fact Check: There Were NOT 'Over 74,000' More Mail-In Ballots Received, Counted In Maricopa County, Arizona, Tha...

## About this notice

 Independent fact-checkers say this information has no basis in fact.

 Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Date Filed: 07/17/2023    Page: 218    Document: 43-2    Case: 23-30445

 **Gateway Pundit** ✔
July 17, 2021 · 🌐

DAMAGE CONTROL: Twitter Adds Bogus Fact Check Claiming "No Evidence of Widespread Fraud" in AZ Election After Audit Exposes Massive Fraud in Maricopa County



False Information
Checked by independent fact-checkers

See Why    See Link

THEGATEWAYPUNDIT.COM
**DAMAGE CONTROL: Twitter Adds Bogus Fact Check Claiming "No Evidence of Widespread Fraud" in AZ Election After Audit Exposes Massive Fraud in...**

😊👍😡 264                                63 Comments  112 Shares

👍 Like              💬 Comment              ↪ Share

**Related Articles**

 Lead Stories  [Fact-check]
Fact Check: There Were NOT 'Over 74,000' More Mail-In Ballots Received, Counted In Maricopa County, Arizona, Than Were Mailed Out | Lead Stories
Were over 74,000 more mail-in ballots received and counted than were mailed out ...

# False

### Fact-check from Lead Stories

 Lead Stories | Fact-check

Fact Check: There Were NOT 'Over 74,000' More Mail-In Ballots Received, Counted In Maricopa County, Arizona, Tha...

### About this notice

 Independent fact-checkers say this information has no basis in fact.

 Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Date Filed: 07/17/2023   Page: 220   Document: 43-2   Case: 23-30445

 **Gateway Pundit** ☑ 🌐

August 2, 2021 · 🌐

•••

Airplane Flies Massive "TRUMP WON, Biden's A Fraud" Banner in New Jersey



ⓘ

False Information

Checked by independent fact-checkers

See Why    See Link

THEGATEWAYPUNDIT.COM

**Airplane Flies Massive "TRUMP WON, Biden's A Fraud" Banner in New Jersey**

Over the past few weeks a massive Trump won banner has been flying in the sky above Oc...

 1.4K                                    170 Comments  215 Shares

👍 Like          💬 Comment          ↪ Share

## Related Articles

   Lead Stories  `Fact-check`

Fact Check: Trump Did NOT Win And Audits Do NOT Prove That He Is The President | Lead Stories

Did Trump win and do the audits prove that he is the president? No, that&#039;s n...

**False** ✕

## Fact-check from Lead Stories

  Lead Stories   Fact-check

Fact Check: Trump Did NOT Win And Audits Do NOT Prove
That He Is The President | Lead Stories

## About this notice

ⓘ Independent fact-checkers say this information has no basis in fact.

Learn more about how Facebook works with independent fact-
checkers to stop the spread of false information.

-PA0217-

Case 3:22-cv-01213-TAD-KDM Document 10-5 Filed 06/14/22 Page 36 of 61 PageID #: 1144

 **Gateway Pundit** ✔

July 17, 2021 · 🌐

President Trump WRECKS FOX News and Bret Baier in Latest Release -- Says AZ Audit Findings Enough Already to Change Outcome of Election



ⓘ

**False information**

Checked by independent fact-checkers

[ See Why ]   [ See Link ]

THEGATEWAYPUNDIT.COM

**President Trump WRECKS FOX News and Bret Baier in Latest Release -- Says AZ Audit Findings Enough Already to Change Outcome of Election**

👍❤️ 933                        159 Comments  117 Shares

👍 Like            💬 Comment            ↪ Share

**Related Articles**



Lead Stories  [ Fact-check ]
Fact Check: There Were NOT 'Over 74,000' More Mail-In Ballots Received, Counted In Maricopa County, Arizona, Than Were Mailed Out | Lead Stories
Were over 74,000 more mail-in ballots received and counted than were mailed out ...

Date Filed: 07/17/2023      Page: 222      Document: 43-2      Case: 23-30445

False

## Fact-check from Lead Stories



Lead Stories   Fact-check

Fact Check: There Were NOT 'Over 74,000' More Mail-In
Ballots Received, Counted In Maricopa County, Arizona, Tha...

## About this notice

   Independent fact-checkers say this information has no basis in fact.

   Learn more about how Facebook works with independent fact-
checkers to stop the spread of false information.

-PA0219-

Lead Stories



## Fact Check: 174 Batches Of Ballots Were NOT Missing In Fulton County, Georgia, Vote Count | Lead Stories

Were 174 batches of ballots missing in the Fulton County, Georgia, vote count? No, that&#039;s not true: A spokeswoman for...

 **Gateway Pundit** ✓
June 7, 2021 · 🌐                                                   ○○○

Bernard Kerik:  ...I predict that over the next three or four weeks is going to be explosive.



ⓘ

**False information**
Checked by independent fact-checkers

[ See Why ]    [ See Link ]

THEGATEWAYPUNDIT.COM
## Bernie Kerik: Next 3-4 Weeks Will Be Explosive - Will Vindicate Everything We've Been Saying - Election Was Stolen (VIDEO)

👍❤️ 815                                        74 Comments  200 Shares

👍 Like              💬 Comment              ↪ Share

## Related Articles

 Lead Stories  `Fact-check`
Fact Check: 174 Batches Of Ballots Were NOT Missing In Fulton County, Georgia, Vote Count | Lead Stories
Were 174 batches of ballots missing in the Fulton County, Georgia, vote count? No,...

Case: 23-30445    Document: 43-2    Page: 224    Date Filed: 07/17/2023

Case: 23-30445     Document: 43-2     Page: 225     Date Filed: 07/17/2023

## False ✕

### Fact-check from Lead Stories

  Lead Stories   Fact-check

 **Fact Check: 174 Batches Of Ballots Were NOT Missing In Fulton County, Georgia, Vote Count | Lead Stories**

### About this notice

 Independent fact-checkers say this information has no basis in fact.

Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Case: 23-30445 Document: 43-2 Page: 226 Date Filed: 07/17/2023

 **Gateway Pundit** 🌐

April 22 · 🌐

••○

After getting fully vaccinated and boosted, Stephen Colbert announced that he tested positive for COVID-19 on Thursday.



 

THEGATEWAYPUNDIT.COM

**Stephen Colbert Tests Positive For COVID, Says He's 'Grateful To be Vaxxed And Boosted'**

🅕 Visit the COVID-19 Information Center for vaccine resources.    ✕
Get Vaccine Info

😮👍 119                                          70 Comments 10 Shares

 Like           Comment           Share

-PA0222-

Case 3:22-cv-01213-TAD-KDM  Document 10-5  Filed 06/14/22  Page 41 of 61 PageID #: 1149

**GP** **Gateway Pundit** ✓
November 1, 2021 · 🌐

A new Digital Drivers License is currently in the works in Utah and other states. The program will include your driver's license info and your COVID-19 status.  This will be tracked by the government and available to government employees.



# DIGITAL DRIVERS LICENSE

*Utah is one of the test states for DDL. 2022 it will be launched fully.*

*Below are some items that will be tracked or can be added at a later time.*

> ℹ️ **Partly false information**
> Checked by independent fact-checkers.
>
> **See Why**                                           ✕

THEGATEWAYPUNDIT.COM

**The New Digital Driver's License Will Include Your Vaccine Status - May Eventually Include Your Credit Score, Travel Records and Social Credit Score...**

---

🅕 Visit the COVID-19 Information Center for vaccine resources.     ✕
Get Vaccine Info

---

😮❤️👍 183                                      45 Comments  103 Shares

👍 Like            💬 Comment            ↪ Share

---

## Related Articles



Lead Stories   `Fact-check`
**Fact Check: 'Digital Driver's License' in Utah Will NOT Contain Vaccination Status, Credit Score -- But Some States Will | Lead Stories**
Will Utah implement a &quot;digital driver&#039;s license&quot; that includes a li...



Date Filed: 07/17/2023   Page: 228   Document: 43-2   Case: 23-30445

## Partly false                                    ✕

### Fact-check from Lead Stories



Lead Stories  **Fact-check**
**Fact Check: 'Digital Driver's License' in Utah Will NOT Contain Vaccination Status, Credit Score -- But Some States Will |...**

### About this notice

 Independent fact-checkers say this information has some factual inaccuracies.

 Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.



**GP** **Gateway Pundit** ✓
February 22, 2020 · 🌐

False information

Checked by independent fact-checkers

See Why     See Link

THEGATEWAYPUNDIT.COM
**Rumors Emerge that Coronavirus May Have Leaked From Chinese Microbiology Lab – But There Is No Evidence to Support This**

162                              28 Comments 106 Shares

👍 Like            💬 Comment            ↪ Share

-PA0225-



## False

### Fact-check from Science Feedback

Science Feedback    Fact-check

Multiple scientific studies have indicated that the virus has a natural origin, not the result of human engineering

### About this notice

 Independent fact-checkers say this information has no basis in fact.

 Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Rumors that Coronavirus May Have Derived from Chinese Microbiology Lab - But There Is No Evidence to Support This

-PA0226-

**GP** Gateway Pundit

March 8, 2020 ·



**Partly false information**

Checked by independent fact-checkers.

See Why

×

THEGATEWAYPUNDIT.COM
**"We Can Not Win This Election – We Can Only Reelect Donald Trump" - Joe Biden Speaks the Truth at St. Louis Rally (VIDEO)**

454

61 Comments  104 Shares

Case: 23-30445      Document: 43-2      Page: 232      Date Filed: 07/17/2023

# Partly false                                          ✕

## Fact-check from Lead Stories

 Lead Stories  Fact-check

 Biden's full sentence referencing "circular firing squad" was omitted, misrepresenting what Biden said.

## About this notice

 Independent fact-checkers say this information has some factual inaccuracies.

Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Case 3:22-cv-01213-TAD-KDM   Document 10-5   Filed 06/14/22   Page 47 of 61 PageID #: 1155

**GP** Gateway Pundit 🔵
March 27, 2020 · ⬡

Michigan man whose life was saved by using hydroxychloroquine unloads on his liberal governor for limiting access to the life saving drug to Coronavirus patients!

THEGATEWAYPUNDIT.COM
**Michigan Man with Coronavirus Has Near-Death Experience – Is Saved by Hydroxychloroquine Treatment… Then UNLOADS on Liberal Gov. for Limiting…**

◯◯ 472           61 Comments 245 Shares

👍 Like      ▢ Comment      ↱ Share

Most relevant ▾

-PA0229-

Case 3:22-cv-01213-TAD-KDM    Document 10-5    Filed 06/14/22    Page 48 of 61 PageID #:
1156

GP  **Gateway Pundit** ✔
April 12, 2020 · 🌐

And there it is!!



THEGATEWAYPUNDIT.COM
**And There It Is... Michigan Governor Gretchen Whitmer's Lack of Clarity Causes
Confusion For Consumers During Lockdown**

537                                                         211 Comments  309 Shares

👍 Like            💬 Comment            ↪ Share

**Gateway Pundit** ⊗ 🌐

May 6, 2020 · 🌐

Correction: This article has been corrected to reflect that Dr. Mikovits arrest was for taking lab notebooks, a computer, and other material belonging to the institute. These charges were ultimately dropped.



THEGATEWAYPUNDIT.COM

**YouTube Deletes Video 'Plandemic' with Dr. Mikovits Accusing Dr. Fauci of Corruption and Suppression – Not Approved by Thought Police**

👍❤️😮 171        46 Comments 110 Shares

**GP**  Gateway Pundit ⬤ ⬤

May 18, 2020 · 🌐

Updated: This story has been updated to reflect that Oregon changed hundreds of Republican ballots to "Non Partisan" but blames voter error. The update includes a statement from Oregon State state and county officials regarding the procedures voters must follow and their conclusion that people failed to follow them.

THEGATEWAYPUNDIT.COM

**Oregon Changes Hundreds of Republican Ballots To "Non Partisan" But Blames Voter Error for Denying GOP Voters the Right To Participate In Primary**

⬤⬤ 🔆 414

58 Comments   370 Shares

👍 Like      💬 Comment      ↪ Share

Most relevant ▾

-PA0232-

Case 3:22-cv-01213-TAD-KDM   Document 10-5   Filed 06/14/22   Page 51 of 61 PageID #: 1159

**GP** Gateway Pundit

April 8, 2020 ·

Corrected: This article has been update and corrected to reflect that the data used in the post was the most accurate data at the time the post was published in April of 2020.

This is strange....

THEGATEWAYPUNDIT.COM
**Current COVID Mortality Data Not Aligned With Need For Economic Shutdown**

342                           83 Comments  379 Shares

👍 Like          💬 Comment          ↪ Share

                                Most relevant ▾

-PA0233-

**GP** Gateway Pundit ⊘

August 11, 2020 · ⦾

•••

Well this is awkward.

Corrected: This article has been corrected to reflect that Kamala Harris said she believes the women who came forward with their concerns with Joe Biden's unwanted touching but she has not publicly commented on Tara Reade's accusations of rape against former Vice President Biden.

THEGATEWAYPUNDIT.COM

**Flashback: Kamala Harris Said She Believes Women Who Were Uncomfortable With Joe Biden's Unwanted Touching(VIDEO)**

276

102 Comments  102 Shares

-PA0234-



Case 3:22-cv-01213-TAD-KDM   Document 10-5   Filed 06/14/22   Page 53 of 61 PageID #: 1161

**Gateway Pundit**
August 11, 2020 ·

Slave Owners

Corrected: This article has been corrected to reflect that the ownership of slaves by Kamala Harris' ancestors is not a secret nor inconvenient as it has been shared publicly in the past.

Partly false information
Checked by independent fact-checkers.

See Why

✕

THEGATEWAYPUNDIT.COM
Flashback: Father of Kamala Harris Details on How Their Ancestors Owned Slaves

533                              129 Comments  519 Shares

👍 Like          💬 Comment          ↪ Share

-PA0235-

Case: 23-30445    Document: 43-2    Page: 240    Date Filed: 07/17/2023

## Partly false                                      ✕

### Fact-check from Lead Stories



Lead Stories  **Fact-check**

Kamala Harris's ancestor was a slave impregnated by a slave owner, which is a heritage shared by about one-third of all...

### About this notice

 Independent fact-checkers say this information has some factual inaccuracies.

Learn more about how Facebook works with independent fact-checkers to stop the spread of false information.

Case 3:22-cv-01213-TAD-KDM   Document 10-5   Filed 06/14/22   Page 55 of 61 PageID #: 1163

**GP** **Gateway Pundit** ☑ ⊚

August 12, 2020 · ⊛

Correction: This article has been corrected to provide additional context for Harris's remarks.



THEGATEWAYPUNDIT.COM
**This is What Kamala Harris Thinks of Young Voters: 18-24 Year Olds Are "Really Stupid" (VIDEO)**

⊚👍❤️ 185

44 Comments 137 Shares

👍 Like          💬 Comment          ↪ Share

(GP) **Gateway Pundit** ✔
August 27, 2020 · 🌐

⋯

Correction: This post has been corrected to reflect that Harris was referring to protests rather than riots.

WATCH: A clip of Kamala Harris speaking to Stephen Colbert in June is going viral once again, as the party attempts to pivot away from their support of the violent riots.

❓

THEGATEWAYPUNDIT.COM
**Kamala Harris on Support for BLM Protests: 'They're Not Gonna Stop,' Warns Everyone to 'Beware' (VIDEO)**

👍❤️ 118                                29 Comments  67 Shares

👍 Like              💬 Comment              ↪ Share

Most relevant ▾

-PA0238-

Case: 23-30445      Document: 43-2      Page: 243      Date Filed: 07/17/2023

# EXHIBIT 6



President of my own Little World! 100 mil says So! Retweeted

**Dennis Masivgeek** @DennisMasivgeek · 10h

Judge Rules late changes to VA Election law is illegal? How?





**Jim Hoft** @gatewaypundit · Jan 29

Five Days After Biden Inauguration, Judge Rules Late Changes To VA Election Law That Allowed Late Mail-in-Ballots Without Postmark To Be Counted Is ILLEGAL @100PercFEDUP via @gatewaypundit

thegatewaypundit.com/2021/01/nine-d...

This claim of election fraud is disputed, and this Tweet can't be replied to, Retweeted, or liked due to a risk of violence

♡

⟲ 1

Case: 23-30445   Document: 43-2   Page: 245   Date Filed: 07/17/2023

# EXHIBIT 7

Case: 23-30445   Document: 43-2   Page: 246   Date Filed: 07/17/2023


## SUMMARY OF THE TERRORISM THREAT TO THE UNITED STATES

The United States remains in a heightened threat environment fueled by several factors, including an online environment filled with false or misleading narratives and conspiracy theories, and other forms of mis- dis- and mal-information (MDM) introduced and/or amplified by foreign and domestic threat actors. These threat actors seek to exacerbate societal friction to sow discord and undermine public trust in government institutions to encourage unrest, which could potentially inspire acts of violence. Mass casualty attacks and other acts of targeted violence conducted by lone offenders and small groups acting in furtherance of ideological beliefs and/or personal grievances pose an ongoing threat to the nation. While the conditions underlying the heightened threat landscape have not significantly changed over the last year, the convergence of the following factors has increased the volatility, unpredictability, and complexity of the threat environment: (1) the proliferation of false or misleading narratives, which sow discord or undermine public trust in U.S. government institutions; (2) continued calls for violence directed at U.S. critical infrastructure; soft targets and mass gatherings; faith-based institutions, such as churches, synagogues, and mosques; institutions of higher education; racial and religious minorities; government facilities and personnel, including law enforcement and the military; the media; and perceived ideological opponents; and (3) calls by foreign terrorist organizations for attacks on the United States based on recent events.

## ADDITIONAL INFORMATION

The primary terrorism-related threat to the United States continues to stem from lone offenders or small cells of individuals who are motivated by a range of foreign and/or domestic grievances often cultivated through the consumption of certain online content. The convergence of violent extremist ideologies, false or misleading narratives, and conspiracy theories have and will continue to contribute to a heightened threat of violence in the United States.

Key factors contributing to the current heightened threat environment include:

*(1) The proliferation of false or misleading narratives, which sow discord or undermine public trust in U.S. government institutions:*

- For example, there is widespread online proliferation of false or misleading narratives regarding unsubstantiated widespread election fraud and COVID-19. Grievances associated with these themes inspired violent extremist attacks during 2021.
- Malign foreign powers have and continue to amplify these false or misleading narratives in efforts to damage the United States.

*(2) Continued calls for violence directed at U.S. critical infrastructure; soft targets and mass gatherings; faith-based institutions, such as churches, synagogues, and mosques; institutions of higher education; racial and religious minorities; government facilities and personnel, including law enforcement and the military; the media; and perceived ideological opponents:*

- Foreign terrorist organizations and domestic threat actors continue to amplify pre-existing false or misleading narratives online to sow discord and undermine public trust in government institutions. Some of these actors do so to encourage unrest, which could lead to acts of violence against the facilities, individuals, institutions, and organizations cited above.
- Violent extremists inspired by a range of grievances and ideologies continue to target crowded venues traditionally perceived to be soft targets, such as commercial and publicly accessible facilities, public gatherings, certain government and state facilities, and houses of worship.
- The recent attack on a synagogue in Colleyville, Texas highlights the continuing threat of violence based upon racial or religious motivations, as well as threats against faith-based organizations.

### RESOURCES TO STAY SAFE

**Stay Informed and Prepared**

- Be prepared for emergency situations and remain aware of circumstances that may place you at risk. Make note of your surroundings and the nearest security personnel.
- Keep yourself safe online and maintain digital and media literacy to recognize and build resilience to false or misleading narratives.
- Review DHS resources for how to better protect businesses, houses of worship, and schools, and ensure the safety of public gatherings.
- Prepare for potential active shooter incidents, as well as efforts to prevent, protect against, respond to, and mitigate the use of explosives.
- Learn more about community-based resources to help prevent individuals from radicalizing to violence.

**Report Potential Threats**

- Listen to local authorities and public safety officials.
- If You See Something, Say Something® Report suspicious activity and threats of violence, including online threats, to local law enforcement, FBI Field Offices, or your local Fusion Center. Call 911 in case of emergency.
- If you know someone who is struggling with mental health issues or may pose a danger to themselves or others, seek help.

The National Terrorism Advisory System provides information on homeland security issues and threats. It is distributed by the Department of Homeland Security.
More information is available at: DHS.gov/advisories. To receive mobile updates: Twitter.com/dhsgov.
If You See Something, Say Something® used with permission of the NY Metropolitan Transportation Authority.

-PA0242-



*This Bulletin will expire on*
*June 7, 2022 at 2:00 PM ET*

**\*\*The NTAS Bulletin issued on November 10, 2021 and set to expire on February 8, 2022 is hereby canceled.\*\***

- Threats directed at Historically Black Colleges and Universities (HBCUs) and other colleges and universities, Jewish facilities, and churches cause concern and may inspire extremist threat actors to mobilize to violence.
- As COVID-19 restrictions continue to decrease nationwide, increased access to commercial and government facilities and the rising number of mass gatherings could provide increased opportunities for individuals looking to commit acts of violence to do so, often with little or no warning. Meanwhile, COVID-19 mitigation measures—particularly COVID-19 vaccine and mask mandates—have been used by domestic violent extremists to justify violence since 2020 and could continue to inspire these extremists to target government, healthcare, and academic institutions that they associate with those measures.
- Domestic violent extremists have also viewed attacks against U.S. critical infrastructure as a means to create chaos and advance ideological goals, and have recently aspired to disrupt U.S. electric and communications critical infrastructure, including by spreading false or misleading narratives about 5G cellular technology.
- Some domestic violent extremists have continued to advocate for violence in response to false or misleading narratives about unsubstantiated election fraud. The months preceding the upcoming 2022 midterm elections could provide additional opportunities for these extremists and other individuals to call for violence directed at democratic institutions, political candidates, party offices, election events, and election workers.
- A small number of threat actors are attempting to use the evacuation and resettlement of Afghan nationals following the U.S. military withdrawal from Afghanistan last year as a means to exacerbate long-standing grievances and justify attacks against immigrants.

*(3) Calls by foreign terrorist organizations for attacks on the United States based on recent events:*
- Foreign terrorist organizations will likely continue to maintain a highly visible online presence to attempt to inspire U.S.-based individuals to engage in violent activity.
- Supporters of foreign terrorist organizations have encouraged copycat attacks following the January 15, 2022 attack on a synagogue in Colleyville, Texas.
- Foreign terrorists remain intent on targeting the United States and U.S. persons, and may seek to capitalize on the evolving security environment overseas to plot attacks. The Islamic State of Iraq and ash-Sham (ISIS) or its affiliates may issue public calls for retaliation due to the strike that recently killed ISIS leader Abu Ibrahim al-Hashimi al-Qurayshi.

## HOW WE ARE RESPONDING

- DHS and the Federal Bureau of Investigation (FBI) continue to share timely and actionable information and intelligence with the broadest audience possible. This includes sharing information and intelligence with our partners across every level of government and in the private sector. We conduct recurring threat briefings with private sector and state, local, tribal, territorial, and campus partners, including to inform security planning efforts. DHS remains committed to working with our partners to identify and prevent all forms of terrorism and targeted violence, and to support law enforcement efforts to keep our communities safe.
- DHS's Office of Intelligence and Analysis established a new, dedicated domestic terrorism branch to produce the sound, timely intelligence needed to counter related threats. The Department expanded its evaluation of online activity as part of its efforts to assess and prevent acts of violence, while ensuring the protection of privacy, civil rights, and civil liberties.
- DHS's Center for Prevention Programs and Partnerships (CP3) provides communities with resources and tools to help prevent individuals from radicalizing to violence. In 2021, CP3 awarded about $20 million in grants through its Targeted Violence and Terrorism Prevention Grant Program. CP3 also partners with local communities to raise awareness about how to prevent violence.
- In 2021, DHS designated domestic violent extremism as a "National Priority Area" within its Homeland Security Grant Program (HSGP), resulting in at least $77 million being spent on preventing, preparing for, protecting against, and responding to related threats.
- In 2021, DHS's Nonprofit Security Grant Program (NSGP) provided $180 million in funding to support target hardening and other physical security enhancements to non-profit organizations at high risk of terrorist attack.
- DHS is working with public and private sector partners, as well as foreign counterparts, to identify and evaluate MDM, including false or misleading narratives and conspiracy theories spread on social media and other online platforms that endorse or could inspire violence.
- DHS's Cybersecurity and Infrastructure Security Agency (CISA) works with public and private sector partners – including U.S. critical infrastructure owners and operators – to mitigate risk against our cyber and physical infrastructure and increase nationwide cybersecurity resilience.

If You See Something, Say Something® Report suspicious activity to local law enforcement or call 911.

The National Terrorism Advisory System provides information on homeland security issues and threats. It is distributed by the Department of Homeland Security. More information is available at: DHS.gov/advisories. To receive mobile updates: Twitter.com/dhsgov.
If You See Something, Say Something® used with permission of the NY Metropolitan Transportation Authority.

Case: 23-30445      Document: 43-2      Page: 248      Date Filed: 07/17/2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>   *Plaintiffs,*<br><br> v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;<br><br>   *Defendants.* | Case No. 3:22-cv-01213 |

## DECLARATION OF PATRICK FLESCH

I, Patrick Flesch, declare as follows:

1.  I am over 18 years of age and make this declaration based on my personal knowledge and experience.

2.  I am the Director of Constituent Services for the Missouri Attorney General's Office.  I have served in that role since July 1, 2021.

3.  In my position as Director of Constituent Services, I lead our Constituent Services team whose main responsibility is to communicate with the citizens of Missouri on behalf of the Office. This includes corresponding via telephone, email, and physical mail.  The subject matter of these messages ranges considerably from more mundane day-to-day individual issues to larger policy related correspondence.  I oversee, and am personally involved in, receiving, reviewing, and responding to thousands of communications from Missouri constituents per year.  For example, in the month of May 2022 alone, we received approximately 1,500 contacts from constituents (phone,

email, letters, etc.) and responded to at least 1,000. For me to communicate effectively with Missourians, it is very important for me to understand their actual concerns.

4. Part of my job as Director of Constituent Services is to gather and synthesize topical subject matters that are important to Missouri citizens, on behalf of the Office. Understanding what subject matters and issues are important to Missourians is critical for the Office to formulate policies and messaging for Missourians that will address the actual concerns expressed by Missouri constituents. Not only is this information gathered from traditional forms of communication, such as mail, email, and phone calls to the Office, but this also includes monitoring activity and mentions on multiple social media platforms, including Facebook, Twitter, and YouTube. I monitor these sorts of trends on a daily or even hourly basis when needed on behalf of the Office. Often social media is used in conjunction with data from traditional forms of communication to identify the most pressing matters and to formulate policy responses and messages to address those concerns.

5. Issues regarding COVID-19 responses (such as mask mandates imposed by municipalities and school districts on schoolchildren) and election security and integrity have been of critical importance to Missourians in recent months and years. For example, mask mandates for schoolchildren have been a critical topic of concern and public discussion for Missourians over the last year. It is very important for me to have access to free public discourse on social media on these issues so I can understand what Missourians are actually thinking, feeling, and expressing about such issues, and so I can communicate effectively with them.

6. Unfortunately, online censorship of free public discourse on social-media companies has hampered my ability to follow Missourians' speech on these issues. It is widely known, for example, that public comments questioning the efficacy of mask mandates has been censored on

2

Case: 23-30445      Document: 43-2      Page: 250      Date Filed: 07/17/2023

social media. This directly interferes with my ability to follow, measure, and understand the nature and degree of Missourians' concerns about mask mandates, and forces me to rely on other, less reliable proxies for Missourians' thoughts and opinions about these issues.

7.  Such social-media censorship has directly affected Missourians. For example, in one well-publicized example, YouTube censored the videos of four public meetings between the St. Louis County Council and the constituents of St. Louis County, Missouri, when the County Council was debating whether to approve or disapprove County-wide mask mandates imposed by the St. Louis County Department of Public Health.[1] During the public-comment periods at these meetings, a large number of St. Louis County residents made passionate public comments criticizing and opposing the mask mandates, leading to YouTube censoring the videos of the public meetings. *Id.* This video is just the sort of information that is important for me to review, and yet it was unavailable for a critical period of time due to online censorship of speech questioning the efficacy of mask mandates.

8.  Similarly, a conservative talk radio station in Missouri, NewsTalk STL, had its entire YouTube channel suspended because it aired an interview discussing election integrity.[2] The station reported that it had received "two strikes against our channel due to 'medical misinformation' according to YouTube's protocol." *Id.* Then, the station was "sent an email informing us that we have been removed from the platform and can no longer post, upload, or create content on our [YouTube] channel." *Id.* The permanent suspension from YouTube was

---

[1] *See* Nassim Benchaabane, *Censored over COVID-19 misinformation, St. Louis County to stop using YouTube by Oct. 19*, ST. LOUIS POST-DISPATCH (Oct. 7, 2021), *at* https://www.stltoday.com/news/local/govt-and-politics/censored-over-covid-19-misinformation-st-louis-county-to-stop-using-youtube-by-oct-19/article_f0e4e112-40c3-59b3-a70a-aa2a0608c439.html.

[2] Kate Fitzpatrick, *NewsTalk STL is removed from YouTube permanently* (March 21, 2022), *at* https://newstalkstl.com/newstalk-stl-is-removed-from-youtube-permanently/.

3

Case: 23-30445     Document: 43-2     Page: 251     Date Filed: 07/17/2023

caused by posting an interview "discussing the 2020 election and the need for election integrity legislation on the channel."[3] The interviewee "focused on the perception many American voters have of election fraud, and how legislation aimed at making it easier to vote but harder to cheat would be essential in renewing trust in our elections." *Id.* "A week later on March 21, the station reported that it had received an email from YouTube informing it that it had received a third and final strike for that [interview], resulting in a permanent ban from the site. All its content was deleted, and it could no longer post or share videos." *Id.*

9. Another example of direct censorship of Missouri citizens involves concerned parents who objected to mandatory masking of their children in schools and wanted their schools to remain mask-optional.[4]  For example, one parent who posted on nextdoor.com (a neighborhood-networking site operated by Facebook) an online petition to encourage his school to remain mask-optional found that his posts were quietly removed without notifying him, and his online friends never saw them. *Id.* Another parent in the same school district who objected to mask mandates for schoolchildren responded to Dr. Fauci on Twitter, and promptly received a warning from Twitter that his account would be banned if he did not delete the tweets criticizing Dr. Fauci's approach to mask mandates. *Id.* These examples are just the sort of online speech by Missourians that it is important for me and the Missouri Attorney General's Office to be aware of.

10. The kinds of speech discussed above and in the Complaint in this case—such as speech about the efficacy of COVID-19 restrictions, and speech about issues of election security and

---

[3] Douglas Blair, *YouTube Bans St. Louis Talk Radio Station's Channel for Discussing Election Integrity*, THE DAILY SIGNAL (March 31, 2022), *at* https://www.dailysignal.com/2022/03/31/youtube-bans-st-louis-talk-radio-stations-channel-for-discussing-election-integrity/.

[4] Jessica Marie Baumgartner, *Missouri Parents Censored Online for Opposing Mask Mandates in School*, THE EPOCH TIMES (Aug. 4, 2021), *at* https://www.theepochtimes.com/missouri-parents-censored-online-for-opposing-mask-mandates-in-school_3933012.html?welcomeuser=1.

election integrity—are matters of core interest and high importance to me in my work on behalf of the AGO.  When such speech is censored on social media, it makes it much harder for me to do my job and to understand what Missourians really are concerned about.

11. Because online censorship acts as a prior restraint on speech, I will never know exactly how much speech by Missourians on social media never reaches my eyes because it is censored in advance, or as soon as it is posted.  But based on these publicly available examples, it is clear that online censorship has blocked me from receiving and reviewing many important expressions of Missourians' concerns about issues of public importance.  This censorship directly interferes with the ability of the Attorney General's Office to achieve its mission of acting as the chief legal officer on behalf of Missouri's six million citizens.  If we do not know what Missourians' true concerns are, how can we craft messages and policies that are responsive to our citizens?

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2022                                    Signed: _/s/ Patrick Flesch_

Date Filed: 07/17/2023     Page: 253     Document: 43-2     Case: 23-30445

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;<br><br>*Defendants.* | Case No. 3:22-cv-01213 |

## DECLARATION OF DR. AARON KHERIATY

I, Dr. Aaron Kheriaty, declare as follows:

1. I am an adult of sound mind and make this statement voluntarily, based upon my knowledge, education, and experience.

2. I graduated from the University of Notre Dame with a double major in philosophy and pre-medical sciences. I earned my M.D. from Georgetown University, and completed residency training in psychiatry at the University of California Irvine. For many years, I was a Professor of Psychiatry at UCI School of Medicine and the Director of the Medical Ethics Program at UCI Health, where I chaired the ethics committee. I also chaired the ethics committee at the California Department of State Hospitals for several years. I am now a Fellow at the Ethics & Public Policy Center in Washington, DC, where I direct the program on Bioethics and American Democracy. I am also chief of psychiatry aud ethics at Docl Health and chief of medical ethics at The Unity Project. I am a senior fellow and director of the Health and Human Flourishing Program at the

1

-PA0249-

Case: 23-30445    Document: 43-2    Page: 254    Date Filed: 07/17/2023

Zephyr Institute.  I serve as a scholar at the Paul Ramsey Institute and on the advisory board at the Simone Weil Center for Political Philosophy.

3.  I have authored numerous books and articles for professional and lay audiences on bioethics, social science, psychiatry, religion, and culture.  My work has been published in the Wall Street Journal, the Washington Post, Arc Digital, The New Atlantis, Public Discourse, City Journal, and First Things.  I have conducted print, radio, and television interviews on bioethics topics with The New York Times, the Los Angeles Times, CNN, Fox News, and NPR.  I maintain social-media accounts, including the Twitter account @akheriaty, which has over 158,000 followers.

4.  During the early months of the COVID-19 pandemic, I co-authored the University of California's pandemic ventilator triage guidelines for the UC Office of the President and consulted for the California Department of Public Health on the state's triage plan for allocating scarce medical resources.  In early 2021, I was involved in developing the vaccine-allocation policy at the University of California when the demand for vaccines outstripped supply and there were ethical questions about who should get the vaccines first.

5.  I also served as a psychiatric consultant at the UCI hospital and, in connection with treating patients at the hospital, I contracted COVID-19 in 2020.

6.  In August 2021, while I was still professor at UCI School of Medicine and director of the Medical Ethics Program at UCI Health, the University of California implemented an employee vaccine mandate for COVID-19 that made no exceptions for those with infection-induced (or "natural") immunity.  Having been previously infected with COVID-19, I had natural immunity to the virus.  There is compelling scientific evidence, backed by centuries of experiences, that natural immunity is superior to vaccine-induced immunity.  I objected to the vaccine mandate on

2

the ground, *inter alia*, that it is unethical to require individuals with natural immunity to receive a vaccine with known risks of side effects when the vaccine grants no material benefits to those individuals. I ultimately filed suit against the University of California's Board of Regents and its President to challenge the vaccine mandate.

7.   In October 2021, the University of California placed me on unpaid leave, and on December 17, 2021, the University terminated my employment.

8.   My termination by the University of California for my opposition to its one-size-fits-all vaccine mandate attracted widespread public attention. Stories about my opposition to the vaccine mandate and my termination were featured on national news media. This led to an increase in following on my social-media accounts, where I communicate with followers and the public about matters relating to bioethics, public health, vaccine mandates, and other issues.

9.   Following my dismissal from the University and the publication of my story on my Substack newsletter,[1] my Twitter following grew from 5,000 to over 158,000 in the span of five months. Twitter users can opt to display their location on their Twitter page and scrolling through my followers it is evident that they come from all over the United States, including followers from Missouri and Louisiana, as well as followers from dozens of other countries. (I have family members in Missouri who tell me that many of their friends there follow my work closely.) Twitter drives most of the traffic to my Substack newsletter, which has become a significant source of personal income for me after losing my job at the University—income that supports my wife and five children.

---

[1] https://aaronkheriaty.substack.com/p/farewell-university-of-california

3

Case: 23-30445    Document: 43-2    Page: 256    Date Filed: 07/17/2023

10. My LinkedIn network has also grown considerably since I was let go from the University, from a few dozen to 1,333 connections. I share my work, including published articles and announcements on my forthcoming book, on both LinkedIn and Twitter.

11. I have always shared peer-reviewed research findings as well as my own opinions and perspectives on Twitter and LinkedIn. It was not until I began posting information about covid and our covid response policies, however, that I encountered censorship on the Twitter platform. This began in 2020 when I published an article on the adverse mental health consequences of lockdowns. The problem became more pronounced in 2021 when I shared my Wall Street Journal article and other information on ethical issues related to vaccine mandates. The Twitter censorship took several forms.

12. First, as new followers were added, which I could see and count on my "Notifications" page, my number of total followers would not increase commensurately. I finally figured out that as new followers were added, the platform would automatically "unfollow" some of my other followers. So, while new people followed me my total number of followers was clearly artificially suppressed and would plateau or grow only very slowly. Several of my followers reached out to me when they realized they had automatically been "unfollowed" by Twitter, and they had to "refollow" me, in some cases several times repeatedly. Most of those who were dropped would have no way of knowing that this happened unless they specifically took the trouble to check.

13. Shortly after it was announced that Elon Musk would buy Twitter, my following started growing much faster than usual, without me doing anything differently in terms of my engagement with the platform, number, frequency, or type of posts, etc. A few weeks later, when it appeared that Musk's purchase of Twitter was hitting roadblocks, the pattern suddenly reverted and the growth of my following slowed again to the usual snail's pace. Many other users commented at

4

Case: 23-30445   Document: 43-2   Page: 257   Date Filed: 07/17/2023

that time that they had similar experiences. The platform may have been walking back some of its censorship tendencies to cover their tracks (Musk was talking about making the Twitter algorithm public), then reversing course when it appeared the sale might not happen.

14. Another problem I encountered frequently on Twitter was "shadow banning". This occurs when my tweets do not appear in my followers' feeds. Many followers commented that they had not seen anything from me for months, even though I post frequently—multiple times daily and multiple days per week. My impression was that tweets on topics like vaccine safety/efficacy were often not shared with many of my followers, while other tweets on non-covid-related topics would garner more attention from followers. Several followers messaged me to say that they could see certain tweets if they went to my timeline, but those same tweets never appeared in their feed.

15. This phenomenon of shadow-banning is well-known and well-documented by Twitter users. The posts most subject to this were those that challenged the federal government's preferred covid policies. I encountered evidence of this shadow-banning in 2021 before I was let go from the University after I started posting on covid topics, and the problem intensified in 2022 following my dismissal, as I continued to post frequently on the ethics of vaccine mandates for competent adults.

16. I have several of my friends and colleagues—including Dr. Peter McCollough and Dr. Robert Malone—who were temporarily (McCollough) or permanently (Malone) banned from Twitter for posing peer-reviewed scientific findings regarding the covid vaccines. Even though the ethics of vaccine mandates is among my areas of expertise, and an area that has impacted me personally and professionally, I am extremely careful when posting any information on Twitter related to the vaccines, to avoid getting banned. This self-censorship has limited what I can say

5

-PA0253-

Case: 23-30445      Document: 43-2      Page: 258      Date Filed: 07/17/2023

publicly on topics where I have specific scientific and ethical expertise and professional experience.

17. One of my videos, an early interview I did with journalist Alyson Morrow, on the ethics of vaccine mandates, was temporarily removed from YouTube.[2] The company indicated it violated their misinformation policy but would not give any specifics regarding exactly what content from the interview was problematic. The video was only re-posted by YouTube after Morrow and others drew attention to the fact that YouTube had censored an academic medical ethicist for talking about the medical ethics of vaccine mandates—an absurd form of censorship.

18. The pattern of content censored on these social media platforms mirrors closely the CDC and Biden administration policies. In my experience using these platforms to discuss covid topics, any content that challenges those federal policies is subject to severe censorship, without explanation, on Twitter and YouTube—even when the information shared is taken straight from peer-reviewed scientific literature.

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: 3 June 2020                    Signed: /s/ Aaron Kheriaty

---

[2] Available at https://www.youtube.com/watch?v=Ts8Zx1z_wac

Case: 23-30445      Document: 43-2      Page: 259      Date Filed: 07/17/2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;<br><br>      *Defendants*. | Case No. 3:22-cv-01213 |

## DECLARATION OF JILL HINES

1.   My name is Jill Hines.  I am over 18 years of age and competent to testify about the matters discussed herein.

2.   I am a Co-Director of Health Freedom Louisiana, a consumer and human rights advocacy organization.  Because our organization recognizes the need to educate and inform the public of their rights regarding state and federal laws concerning vaccinations, we have experienced social media censorship of our speech regarding vaccine information.  We have approximately 13,000 followers each on Health Freedom Louisiana and Reopen Louisiana.

3.   My organization engages in public advocacy on behalf of Louisiana citizens on issues of health freedom and fundamental human rights.  I have testified before the Louisiana legislature approximately 20 times on such issues.

4.   Among other things, we have advocated against the imposition of mask mandates on children, especially during prolonged periods, as in schools.  As I testified before the Louisiana

1

Case: 23-30445   Document: 43-2   Page: 260   Date Filed: 07/17/2023

legislature, as a human rights advocate, the issue of lack of safety studies on the long-term mask use in children has been of tremendous concern to us. We have submitted requests of the Board of Secondary and Elementary Education (BESE), Louisiana Department of Health, and the CDC requesting the evidence of safety of long-term mask use in children. No agency has been able to fulfill that request and of course, we knew before we asked that there are no such studies. The imposition of an untested, unproven medical intervention on a weaker demographic of society is a human rights violation.

5.   In February 2019, Congressman Adam Schiff sent a letter on congressional letterhead to Mark Zuckerberg, Chairman and Chief Executive Officer of Facebook, inquiring about the steps being taken to address the growing threat of "vaccine misinformation." We pride ourselves in always providing well cited, accurate information. Many similar threats from federal officials followed Congressman Schiff's letter, especially as covid became a public concern. In the last two years, any information that was not positive in nature or conveyed adverse events associated with shutdown or mitigation efforts was deemed "misinformation." Dr. Anthony Fauci has used the term repeatedly and it has been adopted by the press and media. Even our governor and state's public health officer used the term after a particularly contentious hearing in December 2021.

6.   As covid became a concern in the U.S. in early 2020, and the human rights violations began to accumulate, I knew that Health Freedom Louisiana had to expand our cause to encompass the concerns of ever-growing government overreach. I launched a grassroots effort called Reopen Louisiana on April 16, 2020 to help expand our reach on social media and take on the issues surrounding the continued government shutdown. It is very much a human rights issue for the government to limit an individual's access to their business and prohibit them from making an income to support and feed their family.

Case: 23-30445      Document: 43-2      Page: 261      Date Filed: 07/17/2023

7.   The overreach issues grew almost daily, and I took on the task of challenging the covid narrative relayed from the Louisiana Governor's office and the Louisiana Department of Health. Louisiana had implemented a statewide mask mandate in July 2020.  The mask mandate was a serious concern.  We had compiled a 10-page document of mask studies and had serious concerns about the lack of safety studies, particularly for children.  At the time, we used social media exclusively as a means of coordinating rallies, protests, and testimonies at legislative hearings.

8.   By October 2020, when our page started receiving significant hits from "fact checkers" and "warnings" from Facebook, our analytics showed that we were reaching approximately 1.4 million people in a month's time on one of our Facebook pages, but after sharing photos of the mouths of children suffering from impetigo from long-term mask use, our page received a warning and our reach was reduced to thousands.

9.   This began a long series of attempts to censor our posts on Facebook and other social-media platforms.  Posts pointing to lack of safety of masking were and are targeted, as well as articles that mention adverse events of vaccinations, including VAERS data.  I was completely restricted from Facebook for 30 days starting in January 2022 for sharing the image of a display board used in a legislative hearing that had Pfizer's preclinical trial data on it.  The most recent restriction, in late May 2022, was for re-posting an Epoch Times article that discussed a pre-print study detailing increased emergency calls for teens with myocarditis following covid vaccination.

10.  One post in particular that was hit with a "community standards" warning on October 6, 2020, was a "call to action" asking people to contact their legislators to end the governor's mask mandate.  On the same day, we were asking people to testify during the Legislature's Second Extraordinary Session regarding a bill, House Bill 49,[1] that would prohibit a covid vaccine

---

[1] https://legis.la.gov/legis/BillInfo.aspx?s=202ES&b=HB49&sbi=y

3

Case: 23-30445   Document: 43-2   Page: 262   Date Filed: 07/17/2023

employee mandate.  I was prohibited from posting for 24 hours on all pages, including my own.
When I was finally able to post again, our reach was significantly diminished, compared with our
1.4 million per month rate beforehand.  Our page engagement was almost non-existent for months.
It felt like I was posting in a black hole.  Each time you build viewership up, it is knocked back
down with each violation.  Our current analytics show Reopen Louisiana is reaching around 98,000
in the last month and Health Freedom Louisiana is only reaching 19,000.  There are warnings when
you search for Health Freedom Louisiana.  People that regularly interacted with our page were
never heard from again.  Some people who did find the page later on, asked us where we went.

11. Over the last year and a half since we noticed social-media censorship beginning in October
2020, my pages have been hit with numerous "fact checks" and "community standards" violations.
Articles with health concerns related to mask wearing have been targeted, one in particular was
from the website, The Healthy American, as well as articles relating to pregnant women being
vaccinated. Pregnant women receiving a covid vaccine was a significant concern of ours
considering pregnant women were not included in the preclinical trials but they were included in
the vaccine mandate. That is a significant human rights violation.  We had one post concerning a
study with pregnant women that received a fact check. Data taken directly from VAERS was
flagged as misinformation and we received "fact checks" for that as well, even if it contained a
disclaimer about causation.

12. My personal Facebook page, and the Facebook pages of both Health Freedom Louisiana
and Reopen Louisiana, are all under constant threat of being completely deplatformed.  My
personal account is currently restricted for 90 days. On many occasions, I have altered the spelling
of words, used emoji's, or placed links in comments to avoid censorship.

Case: 23-30445     Document: 43-2     Page: 263     Date Filed: 07/17/2023

13. In addition, two of our Facebook groups were completely deplatformed, effectively disbanding a group of more than two thousand people who were organized to engage in direct advocacy to our state legislature, on two separate occasions.  There were two groups that were deplatformed: HFL Group and North Shore HFL.  HFL Group was our initial closed group that required people to answer questions to gain entrance.  It was deplatfromed in July of 2021.  We had an existing state regional closed group called North Shore HFL that we tried to move our members to, but even with using emoji's for masks and shots, and not putting links to articles in posts, it was only used for about 4 months before it was deplatformed as well in September of 2021. HFL Group had almost 2,000 people, and North Shore HFL had less than 500 before it was taken down.

14. The last post I made in our HFL Group on July 13, 2021, was a "call to action" for the upcoming Veto Session, asking people to contact legislators regarding health freedom legislation.  During the regular legislative session, we had two bills that were passed successfully, but both were vetoed by the governor, including a hugely popular bill that prohibited the addition of vaccine information on a state issued driver's license.  The other bill provided immunity from liability for businesses that did not impose a covid vaccine mandate.  Removing our closed group at such a crucial time effectively stopped our ability to communicate with our representatives in the state legislature.

15. After North Shore was deplatformed, we looked for alternatives for daily communication.  We were to the point of speaking in code on Facebook, so moving away from traditional social media was the only option.  We currently have 80 members in a chat app called GroupMe.  We have no statewide reach with that tool.

Case: 23-30445      Document: 43-2      Page: 264      Date Filed: 07/17/2023

16. It has been incredibly frustrating knowing that the government's narrative is going unchallenged and that we have not been able to effectively communicate with people.  Knowing that government agencies colluded with Facebook to suppress the messaging of groups like mine while paying exorbitant amounts to promote vaccinations and covid policies has been especially disheartening.  To say the cards are stacked against me is an understatement.

17. It is a serious concern that speech in direct opposition to government policy was suppressed.  The ability to voice concern or opposition to government policy is a bedrock of our country.  We should all be concerned that while we MAY agree with current government policy, it only takes an election for that to change.

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2022                        Signed: _/s/ Jill Hines_

6

Case: 23-30445     Document: 43-2     Page: 265     Date Filed: 07/17/2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, and<br><br>STATE OF LOUISIANA ex rel. JEFFREY M. LANDRY, Attorney General,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*;<br><br>*Defendants.* | Case No. 3:22-cv-01213 |

## DECLARATION OF ASHLEY BOSCH

1.  My name is Ashely Bosch.  I am over 18 years of age and make this declaration based on my personal knowledge and experience.

2.  I am a Communications Officer for the Louisiana Department of Justice, where I have been employed part-time and full-time since May 20, 2019.

3.  In my position, I monitor and update the Department's social media accounts.  I work hard to ensure the information we provide to the public is distributed accurately, quickly, and effectively.  For me to communicate with the people we serve, it is very important for me to understand their actual concerns.

4.  Part of my job is to gather and synthesize topical subject matters that are important to Louisiana citizens, on behalf of the Department.  Understanding what subject matters and issues are important to Louisianans is critical for the Department to formulate policies and messaging that will address the concerns expressed by our constituents.  Not only is this information gathered

1

-PA0261-

Case: 23-30445      Document: 43-2      Page: 266      Date Filed: 07/17/2023

from traditional forms of communication such as mail, email, and phone calls to the Department;
but this also includes monitoring activity and mentions on social media platforms, including
Facebook, Instagram, Twitter, and YouTube.

5.   Issues regarding COVID-19 responses and election security and integrity have been very
important to Louisianans in recent months and years.  For example, mask and vaccine mandates
for students have been a very important source of concern and public discussion by Louisiana
citizens over the last year.  It is very important for me to have access to free public discourse on
social media on these issues so I can understand what our constituents are actually thinking,
feeling, and expressing about such issues, and so I can communicate properly with them.

6.   Online censorship of Louisiana citizens by social media companies interferes with my
ability to follow Louisianans' speech on these issues.  For example, public comments questioning
the efficacy of mask mandates have been widely censored on social media.  This censorship
directly interferes with my ability to follow and understand Louisiana citizens' concerns about
mask mandates and other issues that are subject to social-media censorship.

7.   Such social media censorship has directly affected Louisiana Department of Justice.  For
example, on August 18, 2021, YouTube censored our Department's video of Louisiana citizens
expressing their opinions on the government's responses and proposals to COVID-19.  We posted
a video of Louisiana constituents who came to the State Capitol to testify and made comments
critical of the efficacy of COVID-19 vaccines and masks and of government mandates—resulting
in YouTube removing the content from their platform.  We received a notice stating that the video
we had posted supposedly violated YouTube's "medical misinformation policy."  The notice stated
that "YouTube does not allow content that spreads medical misinformation that contradicts' local
health authorities' or the World Health Organization (WHO) medical information about COVID-

Case: 23-30445     Document: 43-2     Page: 267     Date Filed: 07/17/2023

19." The same email stated that any additional strike would result in a one-week suspension. With the threat of YouTube suspending our account, we were forced to not pursue a challenge further and to be careful about future content posted on YouTube.

8.  Such censorship has also directly affected many other Louisianans, including elected officials and others whose concerns it is important for me to follow on social media. For example, Health Freedom Louisiana—a consumer and human rights advocacy organization—has experienced numerous cases of censorship as it has challenged the efficacy of COVID-19 vaccines and masks and of government mandates.

9.  As another example, a Louisiana state representative had content he posted flagged as misleading and de-boosted by Facebook for violating its medical misinformation policy. The censored post merely restated guidance from the World Health Organization's website about whether children should receive COVID-19 vaccines.

10. Louisanans' speech about the efficacy of COVID-19 restrictions, and speech about issues of election security and election integrity are matters of great interest and importance to me in my work on behalf of the Louisiana Department of Justice. When such speech is censored on social media, it makes it much harder for me to do my job and to understand what Louisianans really are concerned about.

11. Because much content is blocked before I ever see it, I will never know exactly how much speech by Louisianans on social media never reaches my eyes because it is censored in advance, or as soon as it is posted. But based on publicly available examples, it is clear that online censorship has blocked me from receiving and reviewing many important expressions of Louisiana citizens' concerns about issues of public importance. This censorship directly interferes with the ability of the Louisiana Department of Justice to serve our State's citizens.

3

-PA0263-

Case: 23-30445      Document: 43-2      Page: 268      Date Filed: 07/17/2023

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Executed on:   June 14, 2022                    Signed: */s/ Ashley Bosch*

4

Case: 23-30445     Document: 43-2     Page: 269     Date Filed: 07/17/2023

| From: | ███████████@fb.com] |
| Sent: | 12/22/2021 2:38:01 PM |
| To: | ███████████@cdc.gov] |
| CC: | ███████@fb.com]; ███████████@fb.com]; ██████████@cdc.gov] |
| Subject: | Re: Crowd Tangle COVID-19 reports |
| Attachments: | Content Insights Dec1 – Dec 14.pdf |

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of Dec 1 – Dec 14. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across public Pages features posts that illustrate the continued politicization of vaccine mandates and COVID-19 public health measures. Similarly, many posts with the highest interactions in public Groups share news of the Biden administration's federal vaccine policies, as well as climbing COVID-19 death rates among the anti-vaxx community. In this report, we will further explore highly engaged content within the following themes:

- **Vaccine Mandates for Businesses:** Federal, state, and local government have grappled with vaccine mandates for private employers, with the Senate most recently voting to overturn the Biden administration's federal policy for businesses. Top engaged posts also share breaking news of federal courts blocking or upholding various aspects of the federal vaccine mandates [Slides 5-6].

- **Breakthroughs and Boosters:** The CDC has released new guidance advising all adults over 18 to receive a booster COVID-19 vaccine as a means of better protection from the emerging Omicron variant. Highly engaged posts from news publishers and public figures echo this advice [Slides 7-8].

- **Fake Vaccinations:** Individuals are finding ways to avoid vaccine mandates by faking vaccination. This behavior has resulted in severe repercussions for those who have been caught, including criminal prosecution. Many highly engaged posts share news of an Italian who tried to use a fake arm to receive a vaccine [Slides 9-10].

As mentioned in our previous email, this marks our last insights report for this series. We're happy you found these reports useful. Thank you for being great partners, and we look forward to finding more opportunities to work together in the future.

Happy holidays!

Best,

████

∞ Meta



| From: | ████████@fb.com> |
| Sent: | Thursday, December 9, 2021 8:36 AM |
| To: | ████████@cdc.gov> |
| Cc: | ████████@fb.com> ████████@fb.com> |

MOLA_DEFSPROD_00001701

███████████ @cdc.gov>
Subject: Re: Crowd Tangle COVID-19 reports

Sorry about that! Attached here.

And thank you for the positive feedback!

_____

From: ███████████████████ @cdc.gov>
Sent: Thursday, December 9, 2021 6:41 AM
To: ██████████ @fb.com>
Cc: ████████████ @fb.com>; ██████████████████ @fb.com>;
███████████ @cdc.gov>
Subject: RE: Crowd Tangle COVID-19 reports

████ can you attach?

Thanks for all of these reports and I understand the ending of it. But they have ben helpfull! Much appreciated.

From: ███████████ @fb.com>
Sent: Tuesday, December 7, 2021 9:39 PM
To: ██████████████████ @cdc.gov>
Cc: ████████████ @fb.com>; ██████████████ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of Nov 17 – Nov 30. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from President Biden and news outlets addressing the Omicron variant, as well as recent court ruling regarding the Biden Administration's vaccine mandates. Similarly, many posts with the highest interactions in public Groups share news of state bills and court rulings that are countering the federal vaccine mandates. In this report, we will further explore highly engaged content within the following themes:

- **Omicron Variant:** Top engaged posts share articles about the emergent Omicron variant, which was first documented in South Africa and has now been found in several countries across the world. Health experts and scientists are calling for greater vaccination efforts to fight against the variant [Slides 5-6].
- **Antiviral COVID-19 Pills:** The White House has recently announced that the US government has purchased 10 million treatments of Pfizer's antiviral COVID-19 pill. Many top engaged posts public posts discuss the benefits of the pill in hopefully reducing COVID-related hospitalizations [Slides 7-8].
- **Vaccine Mandates:** A recurring topic, many of the top engaged posts share recent court developments regarding the Biden administration's vaccine mandates. A federal judge has blocked Biden's vaccine mandate for healthcare workers in 10 states. On the state level, Florida has recently passed a law restricting employee vaccine mandates, which has affected companies like Disney World [Slides 9-10].
Also, please be aware that these reports will be discontinued in Jan 2022. The next report on December 21st will be our last COVID-19 content insights report.

If you have any questions, please feel free to reach out. And as always, please do not share.

Thank you,

MOLA_DEFSPROD_00001702

Case: 23-30445     Document: 43-2     Page: 270     Date Filed: 07/17/2023





**From:** ██████████████ @cdc.gov>
**Sent:** Wednesday, November 24, 2021 7:07 AM
**To:** ████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████ @fb.com>
**Sent:** Tuesday, November 23, 2021 1:46 PM
**To:** ████████ @cdc.gov>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████████

Attached, please find the latest CrowdTangle content insights report for the period of Now 3 – Nov 16. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from news outlets and media pundits discussing conservative backlash against vaccine policies and advocacy. Similarly, many posts with the highest interactions in public Groups feature backlash against OSHA mandates that will lead to fines for businesses that fail to comply. In this report, we will further explore highly engaged content within the following themes:

- **"Right to Choose" - Calls for Medical Freedom:** The scandal involving Green Bay QB Aaron Rodgers' vaccination status has fueled a movement amongst conservatives against vaccine mandates in favor of an individual's right to choose their own healthcare. Top engaged posts feature articles from news publishers reporting State Farm's and others defense of Aaron Rodgers' right to choose not to get vaccinated against Covid-19 [Slides 5-6].
- **Federal vs. State Vaccine Policies:** Republican-governed states have formed coalitions against the Biden Administration's Covid-19 vaccine mandates, filing various lawsuits in federal court. Many top public posts discuss the recent federal appeals court ruling blocking Biden's vaccine mandates for companies [Slides 7-8].
- **Covid-19 Winter Outlook:** As the holiday season approaches along with the winter season and colder temperatures, health officials are urging eligible adults to get Covid-19 booster shots to help mitigate the expected increase in cases and hospitalizations. Many top engaged posts share health concerns and travel requirements in light of upcoming holiday activities [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



MOLA_DEFSPROD_00001703



**From:** ████████████████████ @cdc.gov>
**Sent:** Wednesday, November 10, 2021 10:25 AM
**To:** ███████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thanks!

**From:** ████████ @fb.com>
**Sent:** Wednesday, November 10, 2021 1:06 PM
**To:** ██████████████ @cdc.gov>; ████████████ @cdc.gov>
**Cc:** ███████████ @fb.com>; ████████ @fb.com> ████████ @fb.com>; ████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi 

Attached, please find the latest CrowdTangle content insights report for the period of Oct 20 – Nov 2. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages features posts by conservative news outlets and media pundits discussing backlash and fallout over employee vaccine mandates. Similarly, many posts with the highest interactions in public Groups share news from elected officials, courts, and businesses reacting to the vaccine mandates. In this report, we will further explore highly engaged content within the following themes:

- **Vaccine Mandate Legal Challenges:** Opponents of the Biden administration's COVID vaccine mandates are asking courts to block these policies from coming into effect. Top posts feature articles from news outlets reporting recent court decisions, such as a ruling by Judge Colleen Kollar Kotelly that temporarily prevents military plaintiffs who sued over religious exemptions from vaccine mandates from being fired  [Slides 5-6].
- **COVID-19 Vaccines for Children:** The FDA recently authorized Pfizer's COVID-19 vaccine for children aged 5 to 11. Pfizer is currently the only vaccine approved for this age group; however, Moderna states that their vaccine has also proven effective amongst children. News breaking posts announcing the FDA's decision often had the highest interactions [Slides 7-8].
- **Vaccine Mandate Backlash:** From Air Force personnel and police unions to Hollywood actors and sports reporters, people are taking a public stand against vaccine mandates and willing to sacrifice their employment in the process. Most engaged posts feature conservative influencers praising efforts to fight against employee mandates [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



Case: 23-30445     Document: 43-2     Page: 272     Date Filed: 07/17/2023

MOLA_DEFSPROD_00001704





From: ▉▉▉▉▉▉ @fb.com>
Sent: Tuesday, October 26, 2021 5:51 PM
To: ▉▉▉▉ @cdc.gov>; ▉▉▉ @cdc.gov < ▉▉▉ @cdc.gov>
Cc: ▉▉▉▉▉ @fb.com>; ▉▉▉▉▉ @fb.com>; ▉▉▉▉ @fb.com>; ▉▉▉▉▉ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports



Hi ▉▉▉▉▉▉

Attached, please find the latest CrowdTangle content insights report for the period of Oct 6 -- 19. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages features posts by conservative news outlets, politicians and pundits discussing various responses to the employee vaccine mandates. Similarly, many posts with the highest interactions in public Groups react to news stories about how employers and state governments are supporting or dismissing federal vaccine mandates. In this report, we will explore further highly engaged content within the following themes:

- **State Bans on COVID-19 Mandates:** Texas has most recently joined Florida in enacting a statewide ban on vaccine mandates. Many of the top posts for this topic are from influential conservative voices praising the decision [Slides 5-6].
- **Vaccine Mandates for the Airline Industry:** Texas based carriers American and Southwest plan to adhere to the federal vaccine mandate in defiance of Gov. Abbott's ban. Some of the top engaged content includes posts praising Delta Airlines' decision to drop their vaccine mandate [Slides 7-8].
- **Unemployment Benefits and Vaccine Mandates:** Businesses are enforcing employee vaccine mandates, leading some workers to leave, or be terminated from their jobs for refusing to get the jab. Those employees also run the risk of losing eligibility to receive unemployment benefits. Posts from news publishers covering the "no jab, no job" phenomenon have the highest interactions [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



From: ▉▉▉▉▉▉ @fb.com>
Sent: Tuesday, October 12, 2021 5:19 PM
To: ▉▉▉▉ @cdc.gov>; ▉▉▉ @cdc.gov < ▉▉▉ @cdc.gov>
Cc: ▉▉▉▉▉ @fb.com>; ▉▉▉▉▉ @fb.com>; ▉▉▉▉ @fb.com>; ▉▉▉▉▉ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports

MOLA_DEFSPROD_00001705

Hi █████████,

Attached, please find the latest CrowdTangle content insights report for the period of Sep 22 – Oct 5. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages continues to feature posts by news outlets and politicians related to employee vaccine mandates. Similarly, many posts with the highest interactions n public Groups discuss employee vaccine mandates, particularly for healthcare workers. In this report, we will further explore highly engaged content within the following themes:

- **YouTube Anti-Vaccine Content Ban:** Youtube is cracking down on vaccine misinformation by implementing a complete ban on all misleading and inaccurate vaccine content, not just COVID-19. Many of the most engaged posts are from news publishers reporting on the breaking news [Slides 5-6].
- **Vaccine Mandates Employment Status:** COVID-19 vaccine requirements for employees are resulting in record numbers of terminations and resignations across the country, especially amongst first responders. The most engaged posts for this search feature reports across the country of employees risking their jobs to oppose vaccine mandates [Slides 7-8].
- **Booster Shot Eligibility:** COVID-19 vaccine booster shots have been made available for Pfizer- BioNTech vaccine recipients who have been fully vaccinated at least six months prior. Individuals considered eligible include all persons 65 and older, and those 18 and above who live or work in high risk settings or have pre-existing medical conditions [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



Facebook | CrowdTangle

---

**From:** ████████ @fb.com>
**Sent:** Wednesday, September 29, 2021 10:10 AM
**To:** ████████ @cdc.gov>; ████ @cdc.gov <████ @cdc.gov>
**Cc:** ████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi █████████,

Attached, please find the latest CrowdTangle content insights report for the period of Sep 8 – Sep 21. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from politicians and political influencers condemning the federal vaccine mandates recently announced by the Biden administration. In public Groups, posts with the highest interactions share stories of being affected by rising COVID-19 infections and feelings towards government mandates. In this report, we also explore highly engaged content within the following themes:
- **Federal COVID-19 Mandates:** The Biden administration has drawn strong reactions from critics who have denounced federal vaccine mandates requiring federal workers and businesses with more than 100 employees to be fully vaccinated or undergo regular COVID-19 testing. Many of the most engaged posts show support for lawsuits filed against the federal government to counter the mandates [Slides 5-6].

MOLA_DEFSPROD_00001706

Case: 23-30445   Document: 43-2   Page: 274   Date Filed: 07/17/2023

- **Celebrities and COVID-19:** From Patton Oswalt to Howard Stern, celebrities have made headlines for their positions on COVID-19 mandates and vaccines. The most engaged posts found in this search feature reports of Nicki Minaj skipping the Met Gala due to vaccine hesitancy [Slides 7-8].

- **COVID-19 Vaccines for Children:** Pfizer has announced that early trials support that its COVID-19 vaccine is safe for children between 5 to 11 years of age and anticipates seeking FDA authorization soon. Posts with the highest interactions share news of Pfizer's recent development [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



Facebook | CrowdTangle

From: @fb.com>
Sent: Tuesday, September 14, 2021 1:48 PM
To: ███████████ @cdc.gov>; ██████ @cdc.gov < ████ @cdc.gov>
Cc: ███████████ @fb.com>; ███████████ @fb.com>; █████████ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports

Hi ████████,

Attached, please find the latest CrowdTangle content insights report for the period of Aug 25 – Sep 7. You will find the summary from this report below:

Highly engaged COVID vaccine-related content [Slides 3-4] across Pages feature posts from local health authorities and major news publishers sharing varying content about vaccines, hospitalizations, and mandates. In public Groups, posts with the highest interactions feature content advocating for vaccines and sharing stories of emergency rooms and patients with severe COVID. In this report, we also explore highly engaging content within the following themes:

- **COVID-19 Fines:** Florida businesses, schools, and government agencies could face $5,000 fines for requiring proof of vaccination. This follows a bill Governor Ron DeSantis signed in May banning businesses and schools from implementing vaccine requirements [Slides 5-6].

- **"Jab Dodgers":** Unvaccinated people are attempting to evade proof of vaccination mandates by purchasing fake vaccination cards online, including from social media websites. Authorities are growing concerned that this trend will continue as more places invoke vaccine mandates [Slides 7-8].

- **Mu Variant:** The WHO recently announced that it is monitoring a fifth coronavirus variant of interest that has the potential to evade immunity provided by a previous COVID-19 infection or vaccination. The Mu variant originated in South America and has spread to at least 39 countries and has been discovered in 49 U.S states [Slides 9-10].

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,



MOLA_DEFSPROD_00001707

Case: 23-30445   Document: 43-2   Page: 275   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-2   Page: 276   Date Filed: 07/17/2023

Facebook | CrowdTangle

---

**From:** ███████████ @fb.com>
**Sent:** Tuesday, August 31, 2021 7:00 PM
**To:** ███████ @cdc.gov> ██████ @cdc.gov ██████ @cdc.gov>
**Cc:** ████████████ @fb.com>; ████████████ @fb.com>; ████████ @fb.com>;
██████████ @fb.com>█████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████████████

Attached, please find the latest CrowdTangle content insights report for the period of Aug 11 – Aug 24. You will find the summary from this report below:

Overall, highly engaged COVID vaccine-related content [Slides 3-4] across Pages features posts from President Biden encouraging Americans to get vaccinated. Similarly, in public Groups the posts with the highest interactions feature content related to local COVID mandates, vaccine hesitancy, and vaccination status. In this report, we also explore highly engaging content within the following themes:

- **Pfizer Vaccine FDA Approval:** The Food and Drug Administration recently approved the Pfizer-BioNTech COVID-19 vaccine, the first coronavirus vaccine to transition from emergency use authorization in the US, heralding the decision as a "key achievement for public health." Many news publishers hypothesize that the FDA approval will lead more institutions to mandate vaccinations. [Slides 5-6]
-
- **COVID-19 & Catholicism:** Several Catholic leaders have spoken out against religious exemptions for the coronavirus vaccine as vaccination mandates are adopted across the country. Many of the top engaged posts discuss Pope Francis's recorded video encouraging people to get vaccinated as an "act of love." [Slides 7-8]
-
- **COVID-19 Breakthrough Cases:** Reports of fully vaccinated people still testing positive for coronavirus is likely discouraging the vaccine uptake, leading many public figures and health experts to post educational content about the risks of remaining unvaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thank you,

Facebook | CrowdTangle

---

**From:** ██████████ @fb.com>
**Sent:** Tuesday, August 17, 2021 2:22 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;

MOLA_DEFSPROD_00001708

Case: 23-30445      Document: 43-2      Page: 277      Date Filed: 07/17/2023

██████████ @fb.com>; ████████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug 11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States. Similarly in public groups, the posts with the highest interactions feature content about COVID mandates and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging content within the following themes:

- **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a COVID vaccine booster to protect those with compromised immune systems from the Delta variant. Conversely, the World Health Organization released a statement imploring wealthy countries to hold off on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]
- **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]
- **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as businesses have implemented new mandates to combat the surge. On the other hand, many conservative politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]
- 

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

████████████████████████████████

Facebook | CrowdTangle

**From:** ████████████████ @cdc.gov>
**Sent:** Wednesday, August 4, 2021 6:24 AM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████████ @fb.com>
**Sent:** Tuesday, August 3, 2021 6:16 PM
**To:** ████████████████ @cdc.gov>

MOLA_DEFSPROD_00001709

Case: 23-30445   Document: 43-2   Page: 278   Date Filed: 07/17/2023

Cc: ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ,

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

• **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]

•

• **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•

• **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



facebook | CrowdTangle

**From:** ███████████ @fb.com>
**Sent:** Tuesday, July 20, 2021 2:22 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>

**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████,

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

MOLA_DEFSPROD_00001710

Case: 23-30445     Document: 43-2     Page: 279     Date Filed: 07/17/2023

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:

- **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]

- **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

- **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10] Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** ▮▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>
**Subject:** RE: CrowdTangle COVID-19 reports

Thank you!

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** ▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: CrowdTangle COVID-19 reports

Hi ▮▮▮▮

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

MOLA_DEFSPROD_00001711

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

- **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]
- 
- **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].
- 
- **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

---

**From:** ▮▮▮▮▮▮▮▮▮@cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** ▮▮▮▮▮▮▮▮@fb.com>
**Cc:** ▮▮▮▮@fb.com>; ▮▮▮▮▮@fb.com>; ▮▮▮▮▮@fb.com>; ▮▮▮/@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate ▮▮▮ taking over for us!

**From:** ▮▮▮▮▮▮@fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:** ▮▮▮▮▮▮▮▮@cdc.gov>
**Cc:** ▮▮▮@fb.com>; ▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>; ▮▮▮/@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

▮▮▮▮▮▮

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that ▮▮▮▮ (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

MOLA_DEFSPROD_00001712

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

- **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. *[Slides 5-6]*
- **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. *[Slides 7-8]*
- **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

<span style="background:black">████</span>

**From:** <span style="background:black">████████</span> @fb.com>
**Date:** Monday, March 15, 2021 at 6:19 PM
**To:** <span style="background:black">████████</span> @cdc.gov>
**Cc** <span style="background:black">████████</span> @fb.com>, <span style="background:black">████████</span> @fb.com>, <span style="background:black">████</span>
<span style="background:black">████</span> @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi <span style="background:black">████</span>

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

- **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. *[Slides 5-6]*
- **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. *[Slides 7-8]*
- **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. *[Slides 9-10]*

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

Case: 23-30445     Document: 43-2     Page: 281     Date Filed: 07/17/2023

MOLA_DEFSPROD_00001713



**From:** ████████ @fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @fb.com>, ████████ @fb.com>, ████████
████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in ████████, apologies!

**From:** ████████ @fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @fb.com>, ████████ @fb.com>, ████████
<████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

• **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*
• **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*
• **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,
████████

**From:** ████████ @cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>, ████████ @fb.com>, ████████
<████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

MOLA_DEFSPROD_00001714

Case: 23-30445      Document: 43-2      Page: 283      Date Filed: 07/17/2023

Thank you – very helpful!


**From:** ▆▆▆▆▆▆▆▆▆▆ @fb.com>
**Sent:** Tuesday, February 16, 2021  9:00 PM
**To:** ▆▆▆▆▆▆▆▆▆▆ @cdc.gov>
**Cc:** ▆▆▆▆▆▆ @fb.com> ▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆▆ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ▆▆▆

Attaching the latest CrowdTangle content insights report for the period of January 27-February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:

- **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*
- **Double-masking**, while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*
- **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

▆▆▆▆


**From:** ▆▆▆▆▆▆▆▆▆▆▆▆ @cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:** ▆▆▆▆▆▆ @fb.com>
**Cc:** ▆▆▆▆▆▆ @fb.com>, ▆▆▆▆▆▆ @fb.com>, ▆▆▆▆ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!


**From:** ▆▆▆▆▆▆ @fb.com>
**Sent:** Monday, February 1, 2021  8:39 PM
**To:** ▆▆▆▆▆▆ @cdc.gov>
**Cc:** ▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆▆ @fb.com>; ▆▆▆▆▆▆ @fb.com>
**Subject:** Crowd Tangle COVID-19 reports

Hi All,

MOLA_DEFSPROD_00001715

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

• **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*

• **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*

• **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,

███████

---

**From:** ████████████████ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:51 AM
**To:** ████████████ @fb.com>, ██████████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>, ██████████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Thank you ██████████████ !

█████ as █████ mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,

███████

---

**From:** ████████ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:34 AM
**To:** ██████████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>, ██████████████ @fb.com>, ███████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! : )

█████, feel free to send the reports directly to █████ and cc █████ and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

Best,

███████

MOLA_DEFSPROD_00001716

Case: 23-30445     Document: 43-2     Page: 284     Date Filed: 07/17/2023

From: ▓▓▓▓▓▓▓▓ @cdc.gov>
Date: Tuesday, January 26, 2021 at 1:35 PM
To: ▓▓▓▓▓▓▓▓ @fb.com>
Cc: ▓▓▓▓▓▓ @fb.com>, ▓▓▓▓▓▓▓▓ @fb.com>, ▓▓▓▓▓▓▓▓ @fb.com>
Subject: RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday.  It looks wonderful and much appreciated.  For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us.  (Did you by chance talk to them yesterday? As this just came up with them yesterday?).  Also, the wide group of those looking at misinfo will want this.

THANK you!   I will let you know if there is additional feedback.

From ▓▓▓▓▓▓▓▓ @fb.com>
Sent: Monday, January 25, 2021 5:51 PM
To: ▓▓▓▓▓▓▓▓ @cdc.gov>
Cc: ▓▓▓▓▓▓▓▓ @fb.com>; ▓▓▓▓▓▓ @fb.com>; ▓▓▓▓▓▓ @fb.com>
Subject: Crowd Tangle COVID-19 reports for WHO

Hi ▓▓▓

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of ▓▓▓ and ▓▓ on the cc. They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14th. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1. Who would you like these sent to?

Lauren can do that distro and just put you/▓▓, me, and ▓▓ on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

• Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

• However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:
1.   **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]
2.   **Posts about alleged vaccine-related deaths**, especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]
3.   **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

MOLA_DEFSPROD_00001717

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,

████████ and team

Case: 23-30445     Document: 43-2     Page: 286     Date Filed: 07/17/2023

MOLA_DEFSPROD_00001718

Case: 23-30445     Document: 43-2     Page: 287     Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ████████████████████████████████ |
| **Sent:** | 8/18/2021 7:04:07 AM |
| **To:** | ███████████ @fb.com] |
| **CC:** | ███████████████████ @cdc.gov] |
| **Subject:** | RE: Crowd Tangle COVID-19 reports |

Hi ████ I'm going to be out of the office for several weeks in September. When you send these, can you please include ████████ copied here, so she can share with others if I'm out? Thanks so much!

**From:** ████████ <tlw@fb.com>
**Sent:** Tuesday, August 17, 2021 5:23 PM
**To:** ████ @cdc.gov>
**Cc:** ████████████ @fb.com>; ████████████ @fb.com> ████████████████ @fb.com>;
████████████ @fb.com>████████████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug 11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States. Similarly in public groups, the posts with the highest interactions feature content about COVID mandates and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging content within the following themes:

• **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a COVID vaccine booster to protect those with compromised immune systems from the Delta variant. Conversely, the World Health Organization released a statement imploring wealthy countries to hold off on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]

• **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]

• **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as businesses have implemented new mandates to combat the surge. On the other hand, many conservative politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]

•

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

MOLA_DEFSPROD_00002438

Thanks,



Facebook | CrowdTangle

---

**From:** ████████████████ @cdc.gov>
**Sent:** Wednesday, August 4, 2021 6:24 AM
**To:** ████████████ @fb.com>
**Cc:** ██████████ @fb.com>; ████████████ @fb.com>; ██████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████████ @fb.com>
**Sent:** Tuesday, August 3, 2021 6:16 PM
**To:** ████████████████ @cdc.gov>
**Cc** ██████████ @fb.com>; ████████████ @fb.com>; ██████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

- **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]
-
- **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest

Case: 23-30445   Document: 43-2   Page: 288   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002439

engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•
•   **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

███████

███████

Strategic Partner Development, Policy | CrowdTangle

███████████████

Facebook | CrowdTangle

From: ███████ @fb.com>
Sent: Tuesday, July 20, 2021 2:22 PM
To: ███████████████ @cdc.gov>
Cc: ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>; ███████████ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports

Hi ███████

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:
•   **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]
•   **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

MOLA_DEFSPROD_00002440

- **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10] Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

**From:** ████████████████████ @cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** ███████████ @fb.com>
**Cc:** ███████████ @fb.com>;  ██████████ @fb.com>  ██████████████████ @fb.com>;
████████ @fb.com>
**Subject:** RE: CrowdTangle COVID-19 reports

Thank you!

**From:** ███████████ @fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** ███████ @cdc.gov>
**Cc:** ████████████ @fb.com>;  ████████ @fb.com>;  ███████████████ @fb.com>;
████████ @fb.com>
**Subject:** Re: CrowdTangle COVID-19 reports

Hi ████

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high

Case: 23-30445    Document: 43-2    Page: 290    Date Filed: 07/17/2023

MOLA_DEFSPROD_00002441

interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

- **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]
-
- **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].
-
- **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.



Thanks,

Facebook | CrowdTangle



**From:** ████████████████ @cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate ██████ taking over for us!

**From:** ████████ @fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ██████

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that ████████ (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

MOLA_DEFSPROD_00002442

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

- **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. *[Slides 5-6]*
- **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. *[Slides 7-8]*
- **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,



From: ███████████@fb.com>
Date: Monday, March 15, 2021 at 6:19 PM
To: ███████████@cdc.gov>
Cc: ███████████@fb.com>, ███████████@fb.com>,
███████████@fb.com>
Subject: Re: Crowd Tangle COVID-19 reports

Hi ████,

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

- **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. *[Slides 5-6]*
- **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. *[Slides 7-8]*
- **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. *[Slides 9-10]*

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Case: 23-30445   Document: 43-2   Page: 292   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002443

Thanks,

███

**From:** ███ @fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** ███ @cdc.gov>
**Cc:** ███ @fb.com>, ███ @fb.com>, ███
███ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in ███, apologies!

**From:** ███ @fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** ███ @cdc.gov>
**Cc:** ███ @fb.com>, ███ @fb.com>,
< ███ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ███,

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

• **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*
• **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*
• **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

███

**From:** ███ @cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** ███ @fb.com>
**Cc:** ███ @fb.com>, ███ @fb.com>, ███

MOLA_DEFSPROD_00002444

Case: 23-30445    Document: 43-2    Page: 293    Date Filed: 07/17/2023

< ██████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you – very helpful!

**From:** ██████████ @fb.com>
**Sent:** Tuesday, February 16, 2021 9:00 PM
**To:** ████████ cdc.gov>
**Cc:** ██████████ @fb.com>; ████ @fb.com>; ██████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attaching the latest CrowdTangle content insights report for the period of January 27-February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:
• **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*
• **Double-masking**, while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*
• **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

████████

**From:** ██████████████ @cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:** ████████ @fb.com>
**Cc:** ████████ @fb.com>, ████████ @fb.com>, ████████
< ████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████████ @fb.com>
**Sent:** Monday, February 1, 2021 8:39 PM
**To:** ████████ @cdc.gov>

MOLA_DEFSPROD_00002445

Cc: ████████████ @fb.com>;  ████████████ @fb.com>;  ████████████ @fb.com>
Subject: Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

• **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*

• **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*

• **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,

████████

From: ████████████ @fb.com>
Date: Tuesday, January 26, 2021 at 11:51 AM
To: ████████████ @fb.com>, ████████████ @cdc.gov>
Cc: ████████████ @fb.com>, ████████████ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports for WHO

Thank you ████ and ████!

████, as ████ mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,

████████

From: ████████████ @fb.com>
Date: Tuesday, January 26, 2021 at 11:34 AM
To: ████████████ @cdc.gov>
Cc: ████████████ @fb.com>, ████████████ @fb.com>, ████████████ @fb.com>
Subject: Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! :)

████████, feel free to send the reports directly to ████ and cc ████ and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

MOLA_DEFSPROD_00002446

Best,

███████

**From:** ███████████ @cdc.gov>
**Date:** Tuesday, January 26, 2021 at 1:35 PM
**To:** ██████████ @fb.com>
**Cc:** ████████████ @fb.com>, ███████████ @fb.com>, ████████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday.   It looks wonderful and much appreciated.  For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us.  (Did you by chance talk to them yesterday? As this just came up with them yesterday?).   Also, the wide group of those looking at misinfo will want this.

THANK you!   I will let you know if there is additional feedback.

**From:** ████████████ fb.com>
**Sent:** Monday, January 25, 2021 5:51 PM
**To:** ████████████ cdc.gov>
**Cc** ████████████ fb.com>; ████████████ b.com>, ████████████ b.com>
**Subject:** Crowd Tangle COVID-19 reports for WHO

Hi ████

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of ████ and ████ on the cc. They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14th. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1. Who would you like these sent to?

████ can do that distro and just put you/ ███, me, and ████ on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

• Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

• However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:
1.     **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]
2.     **Posts about alleged vaccine-related deaths**, especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]

MOLA_DEFSPROD_00002447

Case: 23-30445     Document: 43-2     Page: 296     Date Filed: 07/17/2023

3.        **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,

███████████ and team

Case: 23-30445    Document: 43-2    Page: 297    Date Filed: 07/17/2023

MOLA_DEFSPROD_00002448

Case: 23-30445    Document: 43-2    Page: 298    Date Filed: 07/17/2023

**From:** ██████████████████████████████
**Sent:** 6/30/2021 7:50:15 AM
**To:** ███████████████@twitter.com]
**Subject:** RE: COVID Misinformation

Hi ██ – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

≡  Q  Cor

·les
·ck accounts on
·te accounts on
· Twitter myths
· Rules

Contact Us    Partner Support

# Report any issue to get priority service

What type of problem are you having with your Twitter account? (required)

⌄

**From:** ███████████████@twitter.com>
**Sent:** Thursday, May 27, 2021 2:30 PM
**To:** ████████████████@cdc.gov>
**Cc:** ████████████████@reingold.com>; ██████████████@reingold.com>; ████████████████@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi all – ████ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ██████████████@twitter.com> wrote:
Thanks for letting me know – I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ████████████████████@cdc.gov> wrote:
I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

Case: 23-30445   Document: 43-2   Page: 299   Date Filed: 07/17/2023

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ████████████ @reingold.com>
**Cc:** ████████████ @cdc.gov>; ████████████ @reingold.com>; ████████████
████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now – I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ████████████ @reingold.com> wrote:
> Hi ████
>
> I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.
>
> Let us know any next steps we can take to make sure CDC is all set with the portal.
>
> Thanks,
>
> ████████████████
>
> **Reingold**
>
> ████████████████
>
> reingold.com
>
> We're on a mission. *Yours.*

**From:** ████████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████████████ @twitter.com>
**Subject:** RE: COVID Misinformation

MOLA_DEFSPROD_00002497

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ████████

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com> ████████
████████ @census.gov>; ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████

On Mon, May 10, 2021 at 5:05 PM ████████ @cdc.gov> wrote:

████ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>; ████████
< ████████ @census.gov>; ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ –
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

████

MOLA_DEFSPROD_00002498

Date Filed: 07/17/2023    Page: 301    Document: 43-2    Case: 23-30445

On Mon, May 10, 2021 at 1:50 PM ███████████████████████████@cdc.gov> wrote:



We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. <br><br> I'll be alive! <br><br> ⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA…VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts <br><br> @crislerwyo <br><br> ? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

MOLA_DEFSPROD_00002499

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax✔nated" can "Go outside & live freely" lol.. This is a joke   .<br><br>Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002500

Case: 23-30445    Document: 43-2    Page: 303    Date Filed: 07/17/2023

**From:** ████████████████████ @reingold.com]
**Sent:** 5/24/2021 2:28:00 PM
**To:** ██████████ @twitter.com
**CC:** ██████████ @cdc.gov]; ████████ @reingold.com]; ██████████ @cdc.gov]

**Subject:** RE: COVID Misinformation

Hi ████,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████████████

**Reingold**

████████████

reingold.com

We're on a mission. *Yours.*

**From:** ████████████ (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @████████████

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @reingold.com>; ████████████ @reingold.com>; ████████████ @census.gov>; ████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H████,

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

MOLA_DEFSPROD_00002603

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

██████

On Mon, May 10, 2021 at 5:05 PM ██████████████████████████ @cdc.gov> wrote:

██████ - I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████████ @cdc.gov>
**Cc:** ████████████ @reingold.com>█████████████████ @reingold.com>██████████████████
████████████████████ @census.gov>█████████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H██████ -
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

██████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

██████

On Mon, May 10, 2021 at 1:50 PM ██████████████████████████ @cdc.gov> wrote:

██████ -

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here,  has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.. We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

Case: 23-30445    Document: 43-2    Page: 304    Date Filed: 07/17/2023

MOLA_DEFSPROD_00002604

Case: 23-30445   Document: 43-2   Page: 305   Date Filed: 07/17/2023

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. I'll be alive! ⊘Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO...DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts @crislerwyo ? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM's COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax 💉 nated" can "Go outside & live freely" lol.. This is a joke Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols Concerning shedding by the vaccinated Fertility (male and female) contraception to be compulsorily used because shedding Adverse events and serious adverse events reporting And much more Dangers ore known | https://t |

MOLA_DEFSPROD_00002605

Case: 23-30445      Document: 43-2      Page: 306      Date Filed: 07/17/2023

| | |
|---|---|
| https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https://t |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://t |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002606

Case: 23-30445     Document: 43-2     Page: 307     Date Filed: 07/17/2023

| | |
|---|---|
| From: | ███████████@fb.com] |
| Sent: | 5/20/2021 12:50:01 PM |
| To: | ███████████@cdc.gov] |
| CC: | ███████████fb.com] |
| Subject: | Re: Add a name: RE: CV19 misinfo reporting channel |
| Attachments: | CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf |

Trying the PDF again – looks like it didn't attach.

**From:** ███████████fb.com>
**Date:** Thursday, May 20, 2021 at 12:49 PM
**To:** ███████████cdc.gov>
**Cc:** ███████████fb.com>
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel

Hi ██████

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

███

**From:** ███████████cdc.gov>
**Date:** Wednesday, May 19, 2021 at 12:38 PM
**To:** ███████████fb.com>
**Subject:** Add a name: RE: CV19 misinfo reporting channel

Please add ████ to system access. ████@cdc.gov.

**From:** ███████████@fb.com>
**Sent:** Wednesday, May 12, 2021 11:21 AM
**To:** ███████████cdc.gov>; ███████████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Sure can.

**████████████cdc.gov>
**Date:** Wednesday, May 12, 2021 at 11:19 AM
**To:** ███████████fb.com>, ███████████fb.com>
**Cc:** ███████████fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

MOLA_DEFSPROD_00002609

Case: 23-30445          Document: 43-2          Page: 308          Date Filed: 07/17/2023

**From:** ████████████████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** ████████████ cdc.gov> ████████████████ fb.com>
**Cc:** ████████████ com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with ████████ out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

**From:** ████████████████████ fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** ████████████ cdc.gov>, ████████████████ fb.com>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

**From:** ████████████████████ cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** ████████████ fb.com>, ████████████ fb.com>
**Cc:** ████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation. That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- ████████
- ████████
- ████████
- ████████
- ████████
- ████████
- ████████
- ████████

**From:** ████████████████████ com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** ████████████ cdc.gov> ████████████████ fb.com>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

**From:** ████████████████████ fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** ████████████ cdc.gov>, ████████████████ fb.com>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

MOLA_DEFSPROD_00002610

This would be for onboarding your teams to the misinfo casework / reporting channel

**From:** ████████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:** ████████████fb.com>, ████████████b.com>
**Cc:** G████████████fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good. I did ask ████████this embarrassing question. I had it in my head this was for Crowd Tangle. But on Thursday she explained it is for something else. Well, I didn't write it down and I'm honestly not sure what this is for. Sorry!

**From:** ████████████fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** ████████████fb.com>, ████████████cdc.gov>
**Cc:** ████████████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks,
So nice to meet you, ██████

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

██████

**From:** ████████████fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** ████████████cdc.gov>, ████████████fb.com>
**Cc:** ████████████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████

████████just went on maternity leave. We are very excited for her and her new addition!
As such, we didn't want you to be a surprised that ████will pick up on the threads where ████was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

██████

**From:** ████████████cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** ████████████fb.com>
**Cc:** P████████████fb.com>, ████████████fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry — I'm out all day May 17 for a medical thing, can we pick another one? My fault!

MOLA_DEFSPROD_00002611

Case: 23-30445   Document: 43-2   Page: 309   Date Filed: 07/17/2023

Case: 23-30445    Document: 43-2    Page: 310    Date Filed: 07/17/2023

**From:** ███████████████ ████fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** ██████████████ █████cdc.gov>
**Cc:** ███████████ ████fb.com>; ███████████ ███fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████ – Following up from our meeting yesterday. It looks like Monday, May 17ᵗʰ at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,

████████

☐ The linked image

Genelle Quarles Adrien
Politics & Government  Outreach
e: genelleadrien@fb.com  | w: facebook.com/gpa

**From** ███████████████████ █████@cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** ████████████████ ████fb.com>
**Cc:** ████████████ ███fb.com>, █████████████████ ████fb.com>
**Subject:** RE: CV19 misinfo reporting  channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

**From:** ███████████████ ████fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** █████████████ ████cdc.gov>
**Cc:** ██████████ ███fb.com>; ████████████ ████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ████ – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,

████████

**From:** ███████████████ ████fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** █████████████████ █████cdc.gov>
**Cc:** ███████████ ███fb.com>, ███████████████████ ████fb.com>
**Subject:** CV19 misinfo reporting  channel

MOLA_DEFSPROD_00002612

Hi ███ – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!
███████



- 
- 
- 
- 
- 
- 
- 
- 

MOLA_DEFSPROD_00002613

From: ▮▮▮▮▮▮▮[twitter.com]
Sent: 5/11/2021 9:27:53 AM
To: ▮▮▮▮▮▮▮▮[cdc.gov]
Subject: Re: COVID Misinformation

Your account works fine. I'll proceed with processing your enrollment.
On Tue, May 11, 2021 at 8:50 AM ▮▮▮▮▮▮▮▮▮▮▮▮cdc.gov> wrote:

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll
instead of me.

If personal is OK, it is: ▮▮▮▮▮▮

From: ▮▮▮▮▮▮twitter.com>
Sent: Monday, May 10, 2021 8:51 PM
To: ▮▮▮▮▮▮@cdc.gov>
Cc: ▮▮▮▮▮reingold.com>; ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮@census.gov>; ▮▮▮▮▮▮C)
▮▮▮cdc.gov>
Subject: Re: COVID Misinformation

Hi ▮▮▮

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in
the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What
account (or accounts) would you like me to enroll?

Best,

▮▮▮

On Mon, May 10, 2021 at 5:05 PM ▮▮▮▮▮▮▮▮▮▮▮▮cdc.gov> wrote:

▮▮▮I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

From: ▮▮▮▮▮▮twitter.com>
Sent: Monday, May 10, 2021 3:02 PM
To: ▮▮▮▮▮▮l@cdc.gov>
Cc: ▮▮▮▮▮reingold.com>; ▮▮▮▮▮▮▮reingold.com>;
▮▮▮▮▮census.gov>;

MOLA_DEFSPROD_00002665

 cdc.gov>

**Subject:** Re: COVID Misinformation

Hi 

Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

▮▮▮▮ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best,

▮▮▮▮

On Mon, May 10, 2021 at 1:50 PM  @cdc.gov> wrote:

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.   The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.   We are shooting for 12pm EST on Friday for our first meeting.   I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text |
|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. |
| I'll be alive! |
| ⊘Experimental vaccines! |

MOLA_DEFSPROD_00002666

Case: 23-30445     Document: 43-2     Page: 313     Date Filed: 07/17/2023

THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION...ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX

Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts

@crislerwyo

?

COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth

Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✏ is doing, and will continue to do over the next few years.

IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!!

Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax✏nated" can "Go outside & live freely" lol.. This is a joke

Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

MOLA_DEFSPROD_00002667

Case: 23-30445     Document: 43-2     Page: 315     Date Filed: 07/17/2023

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



MOLA_DEFSPROD_00002668

Case: 23-30445     Document: 43-2     Page: 316     Date Filed: 07/17/2023

**From:** ████████ (CDC/OD/OADC) ████████████████
**Sent:** 3/31/2021 2:23:11 PM
**To:** ████████ fb.com]
**Subject:** RE: This week's meeting

Got it, thanks.

**From:** ████████ fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** ████████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ████

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

**From:** ████████ cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** ████████ fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

- It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
- One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
  o Example: No label
  o Example: Label that links to WHO
- Can we add the Census team to CrowdTangle?
- How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

**From:** ████████ fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** ████████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ████

Yes, I think good to have questions from Census so we make sure we have the right person.

MOLA_DEFSPROD_00003031

I can ask ██ to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** ████████ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** ████████ fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from ██ about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc.  I didn't ask Census if they had questions...but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis. I'm not sure what you all are preparing for them?  (that might have slipped my mind from last week, sorry if so).

Thanks!

**From:** ████████ fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** ████████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ██

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,



**From:** ████████ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** ████████ fb.com>
**Subject:** RE: This week's meeting

Hope all is well too.  I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census?   I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

MOLA_DEFSPROD_00003032

Case: 23-30445   Document: 43-2   Page: 317   Date Filed: 07/17/2023

So in follow up to today's meeting -- besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us?   I'd be fine with using our existing time for this regular discussion if that end up working out best.   I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.

**From:** ███████████fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** ████████████████cdc.gov>
**Subject:** This week's meeting

Hi ████

Hope all is well...as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,

████████

FACEBOOK



Case: 23-30445     Document: 43-2     Page: 318     Date Filed: 07/17/2023

MOLA_DEFSPROD_00003033

Case: 23-30445    Document: 43-2    Page: 319    Date Filed: 07/17/2023

**From:** ████████████ (CDC/OD/OADC) ████████

**Sent:** 3/25/2021 11:33:00 AM
**To:** ████████████ fb.com]
**CC:** ████████████ fb.com]
**Subject:** RE: Thursday meeting
**Attachments:** CDC_Facebook_Misinformationv2 .pptx

Sorry for delay in sending. This is a deck Census would like to discuss and we'd also like to fit in a discussion of topic types removed from Facebook.

Here are the primary attendees on our end (I'm sure we'll have a larger crowd).

Census partners:

CDC:

**From:** ████████████ fb.com>
**Sent:** Wednesday, March 24, 2021 12:26 PM
**To:** ████████████ cdc.gov>
**Subject:** Re: Thursday meeting

That's correct Carol. No CMU Thursday.

We will have ████████ (Misinformation Manager), ████████ (will be leading from our side on misinformation briefing for your team. They all work on our COVID-19 policies.

Who will be your leads? ████████ and others? Do they have titles?

Best,

████████

**From:** ████████████ cdc.gov>
**Date:** Wednesday, March 24, 2021 at 7:52 AM
**To:** ████████████ fb.com>
**Subject:** RE: Thursday meeting

Ok, I'm sorry I wasn't free yesterday – one of those days!   This sounds good and I'll assume CMU info isn't coming up so I want include that group in the meeting.

MOLA_DEFSPROD_00003052

I am not has booked up today if we still need to chat.

Thanks!

**From:** ███████████ fb.com>
**Sent:** Wednesday, March 24, 2021 4:24 AM
**To:** ████████████ cdc.gov>
**Subject:** Thursday meeting

Hi ████

As we discussed last week, we will present on COVID-19 misinformation this session/meeting and have some of our team that is focused on that workstream provide a briefing on the current policies and approach as well as the current trends we are identifying.

Best,

████████

Get Outlook for iOS

MOLA_DEFSPROD_00003053

**From:** ███████████ @fb.com]
**Sent:** 2/20/2020 7:10:39 PM
**To:** ███████████ @cdc.gov]
**CC:** ███████████ @cdc.gov]
**Subject:** Re: FB Coordination

That is great news!
Let me ask if we plan to do anything in addition to the blog post our head of health policy wrote to position our work.

So far we have our blog: https://about.fb.com/news/2020/01/coronavirus/

Best,

███████

Sent from my iPhone

On Feb 20, 2020, at 6:39 PM, ███████████ @cdc.gov> wrote:

███████ –

Is Facebook saying anything in the press or other communications about this activity that we should cite if we are asked questions about the quick promotions?

By the way, we are seeing a ton of referred web traffic from the promotions.

Thanks.

**From** ███████████ @fb.com>
**Sent:** Wednesday, February 19, 2020 11:54 AM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @cdc.gov>
**Subject:** Re: FB Coordination

Hi ███,

5% of QPS launched over the weekend (to test) and the rest will be launched tonight. So by tomorrow, QPs will be fully launched.

The hub is on track to launch in some countries in early March. We plan to include the US in that March distro. Hope this helps.

Best ███████

MOLA_DEFSPROD_00004412

Case: 23-30445    Document: 43-2    Page: 321    Date Filed: 07/17/2023

Sent from my iPhone

On Feb 17, 2020, at 12:45 PM, ██████████████████ @cdc.gov> wrote:

Hi ████ Just circling back to see if there are any updates on the coronavirus quick promotion or hub pages we had talked about?

Thanks for any update!

U.S. Centers for Disease Control and Prevention

<image001.gif>
Follow us on Twitter
<image002.gif>
Join us on Facebook

**From:** ████████████████ @cdc.gov>
**Sent:** Friday, February 7, 2020 10:43 AM
**To:** ████████████ @fb.com>
**Cc:** ██████████████ @cdc.gov>
**Subject:** RE: FB Coordination

Sorry for delay. Many are involved in comms on this issue and wanted to be certain we are aligned.

1. <!--[if !supportLists]--><!--[endif]--> If you can do something with CDC for US users, we think there is great value in having messages now especially on the current risk level and everyday precautions. As well, if we can rotate messages, there could be times we might want to address widespread myths like mask use or new issues. This could and should replace flu shot messaging. What do you need from us? We need a reminder on message length, if graphics are used, and how often we can review and change content.

2& 3.This is great, we'd love to be a part of it. US users will need information directly from CDC and other federal/local organizations rather than international organizations. Let us know what you need.

If we need to use CDC logos we'll need to do a MOU again. But if not, we may not need to be so formal, at least on our end.

After today, I'll be out for next week but Jay will be following up on any CDC action items.

Thanks!

MOLA_DEFSPROD_00004413

Case: 23-30445   Document: 43-2   Page: 322   Date Filed: 07/17/2023

**From:** ████████████ @fb.com>
**Sent:** Thursday, February 6, 2020 3:35 PM
**To:** ████████████████████ @cdc.gov>
**Cc:** ████████████████ @cdc.gov>
**Subject:** Re: FB Coordination

Here is a bit more insight ██████:

Let me know if you would like to speak to our teams working on these items.
Our teams at Facebook have been working to identify how we can support efforts to provide users with accurate and timely information about coronavirus. We would like to get CDC's feedback on a few key initiatives that we are considering launching in the coming days/weeks. I have outlined the specifics below, and would greatly appreciate your thoughts on the tactics and proposed design/content. We would be happy to jump on a quick call today or tomorrow if that would be easier as well.

Thank you in advance, and look forward to your input.

1.      **Quick Promotion for US Facebook Users:** We are considering launching "Quick Promotions" which are proactive messages at the top of the News Feed to users in various countries about how to protect yourself from coronavirus. We would point users to credible websites including the WHO internationally, and the CDC in the US. We'd like your feedback on: 1) whether you think this would be beneficial to launch in the US at this time, and 2) if this should take priority over the Quick Promotion message to get the flu shot, where we are also directing users to CDC pages, particularly given that we're approaching the end of flu season

2.      **Facebook Coronavirus Page:** Facebook team would create a Coronavirus Page serving up content that exists on other organizations' FB pages including the CDC. This would be in addition to the Quick Promotion above. When users search for information on coronavirus, they will find this centralized page with curated content from trusted sources. See mock below:

<image004.jpg>

3.      **Facebook Coronavirus "Hub":** Facebook would create a coronavirus "hub" which would contain various modules including pages to follow, fundraisers that are happening on the platform related to coronavirus, and potentially a common set of FAQs. See below for early design mocks:

<image006.jpg>

Best,

████████

**From:** ████████████████ @cdc.gov>
**Date:** Thursday, February  6, 2020 at 3:01 PM
**To:** ████████████████ @fb.com>
**Cc:** "████████████████████ @cdc.gov>
**Subject:** FB Coordination

██████ -- just looping you in on something that Jay and I had awareness of...are you in loop with this?

------------------------------------------

Case: 23-30445      Document: 43-2      Page: 323      Date Filed: 07/17/2023

MOLA_DEFSPROD_00004414

**From:** ██████████████@fb.com>

**Sent:** Thursday, February 6, 2020 3:34 PM

**To:** ██████████████@state.gov>

**Cc:** ██████████@fb.com>; ██████████████@fb.com>

**Subject:** Urgent partner feedback needed on Corona virus response

Dear ██████████,

As you may be already aware, Facebook has taken proactive as well as reactive steps to control information and misinformation related to Corona virus which includes links to WHO page as well as removal of misinformation.

At Mark Zuckerberg's request, there is a group that has been organized to help generate and implement new ideas "offense" approach on how FB can assist in the global response to the Coronavirus. This group met on Friday, brainstormed and proposed a list of prioritized ideas to Mark. Mark supported further exploration and go forward on the following ideas. As an immediate next step, our team has been asked to solicit quick, high-level partner feedback on these ideas.

**Pragmatic [Confirmed to Explore]**

1. **Coronavirus Page on Facebook:** A centralized page with curated and localized content from trusted sources. This info is currently fragmented and hard for the public to understand. It would be helpful to have canonical real-time info on (a) updates relevant to your location (b) what to do to stay healthy and (c) how and when to seek medical help. Encourage people to take action by sharing this page.

2. **Influencer Engagement Campaign:** Enlist celebrities, major NGOs, government officials, and other public figures to use the Coronavirus stickers and link to the Coronavirus Facebook Page to build awareness of accurate information.

3. **Coronavirus Support Stickers on Facebook, Instagram, and Messenger Stories (mock here):** Allow people to show their support for people affected by coronavirus. On Instagram, the sticker could link out to the Coronavirus Page on Facebook (link out not available on Facebook and Messenger.)

I would greatly appreciate a feedback response so we can move forward etih this and if there is any other way we can support you please let me know.

Warmly,



MOLA_DEFSPROD_00004415

Case: 23-30445      Document: 43-2      Page: 325      Date Filed: 07/17/2023

MOLA_DEFSPROD_00004416

Case: 23-30445   Document: 43-2   Page: 326   Date Filed: 07/17/2023

**From:** ███████████@fb.com]
**Sent:** 2/6/2020 7:50:41 PM
**To:** ████████████@cdc.gov]
**CC:** ████████████@cdc.gov]
**Subject:** Re: FB Coordination

Hi ███

To clarify, the items I sent a short while ago below are not ads or have any monetary component. These are online items we are looking at launching based on requests from regions hit by this issue. For the US context, we want to know if there are concerns or items that CDC would suggest tweaking. That would be good for us to know to inform our next steps.

Please let me know your team's thoughts
as teams are rapidly collecting input to ensure any public messaging is complementary.

Best,

███████

Sent from my iPhone

On Feb 6, 2020, at 3:35 PM, ████████████@fb.com> wrote:

Here is a bit more insight ████:

Let me know if you would like to speak to our teams working on these items.
Our teams at Facebook have been working to identify how we can support efforts to provide users with accurate and timely information about coronavirus. We would like to get CDC's feedback on a few key initiatives that we are considering launching in the coming days/weeks. I have outlined the specifics below, and would greatly appreciate your thoughts on the tactics and proposed design/content. We would be happy to jump on a quick call today or tomorrow if that would be easier as well.

Thank you in advance, and look forward to your input.

1.    **Quick Promotion for US Facebook Users:** We are considering launching "Quick Promotions" which are proactive messages at the top of the News Feed to users in various countries about how to protect yourself from coronavirus. We would point users to credible websites including the WHO internationally, and the CDC in the US. We'd like your feedback on: 1) whether you think this would be beneficial to launch in the US at this time, and 2) if this should take priority over the Quick Promotion message to get the flu shot, where we are also directing users to CDC pages, particularly given that we're approaching the end of flu season

2.    **Facebook Coronavirus Page:** Facebook team would create a Coronavirus Page serving up content that exists on other organizations' FB pages including the CDC. This would be in addition to the Quick Promotion above. When users search for information on coronavirus, they will find this centralized page with curated content from trusted sources. See mock below:

<image001.jpg>

3.    **Facebook Coronavirus "Hub":** Facebook would create a coronavirus "hub" which would contain various modules including pages to follow, fundraisers that are happening on the platform related to coronavirus, and potentially a common set of FAQs. See below for early design mocks:

MOLA_DEFSPROD_00004462

&lt;image002.jpg&gt;

Best,

▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@cdc.gov&gt;
**Date:** Thursday, February 6, 2020 at 3:01 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮@fb.com&gt;
**Cc:** "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@cdc.gov&gt;
**Subject:** FB Coordination

▮▮▮▮ – just looping you in on something that Jay and I had awareness of...are you in loop with this?

----------------------------------------

**From:** ▮▮▮▮▮▮▮▮▮@fb.com&gt;
**Sent:** Thursday, February 6, 2020 3:34 PM
**To:** ▮▮▮▮▮▮▮▮▮▮@state.gov&gt;
**Cc:** ▮▮▮▮▮▮▮@fb.com&gt; ▮▮▮▮▮▮▮▮▮▮▮@fb.com&gt;
**Subject:** Urgent partner feedback needed on Corona virus response

Dear ▮▮▮▮▮▮▮

As you may be already aware, Facebook has taken proactive as well as reactive steps to control information and misinformation related to Corona virus which includes links to WHO page as well as removal of misinformation.

At Mark Zuckerberg's request, there is a group that has been organized to help generate and implement new ideas "offense" approach on how FB can assist in the global response to the Coronavirus. This group met on Friday, brainstormed and proposed a list of prioritized ideas to Mark. Mark supported further exploration and go forward on the following ideas. As an immediate next step, our team has been asked to solicit quick, high-level partner feedback on these ideas.

**Pragmatic [Confirmed to Explore]**

1. **Coronavirus Page on Facebook:** A centralized page with curated and localized content from trusted sources. This info is currently fragmented and hard for the public to understand. It would be helpful to have canonical real-time info on (a) updates relevant to your location (b) what to do to stay healthy and (c) how and when to seek medical help. Encourage people to take action by sharing this page.

MOLA_DEFSPROD_00004463

2. **Influencer Engagement Campaign:** Enlist celebrities, major NGOs, government officials, and other public figures to use the Coronavirus stickers and link to the Coronavirus Facebook Page to build awareness of accurate information.

3. **Coronavirus Support Stickers on Facebook, Instagram, and Messenger Stories (mock here):** Allow people to show their support for people affected by coronavirus. On Instagram, the sticker could link out to the Coronavirus Page on Facebook (link out not available on Facebook and Messenger.)

I would greatly appreciate a feedback response so we can move forward etih this and if there is any other way we can support you please let me know.

Warmly,



MOLA_DEFSPROD_00004464

Case: 23-30445     Document: 43-2     Page: 328     Date Filed: 07/17/2023

| From: | ████████████████ @microsoft.com] |
| Sent: | 2/17/2022 1:14:47 PM |
| To: | ████████████ @cisa.dhs.gov] |
| Subject: | RE: Connection Request: Department of Treasury |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Send em to me. I will make sure ████ is looped in.

**From:** ████████████ @cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 1:05 PM
**To:** ████████████ @microsoft.com>
**Subject:** [EXTERNAL] FW: Connection Request: Department of Treasury

Is it you?

**From:** ████████████ @cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 12:57 PM
**To:** ████████ @microsoft.com; ████████ @microsoft.com>
**Cc:** ████████ @cisa.dhs.gov>; ████████ @cisa.dhs.gov>;
████████ @cisa.dhs.gov>
**Subject:** Connection Request: Department of Treasury

Hi ████████,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Microsoft if you're amenable? This is somewhat time-sensitive, so thanks in advance for your attention to this matter.

If there's another POC this should be routed to, please let us know!

All my best,

████████████████████

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

████████████████████████



MOLA_DEFSPROD_00011411

| From: | ▬▬▬▬▬▬▬ @state.gov] |
|---|---|
| Sent: | 5/3/2021 5:35:55 PM |
| To: | ▬▬▬▬▬▬▬ @fb.com]; ▬▬▬▬▬▬▬ @state.gov]; ▬▬▬▬▬▬▬ @cisa.dhs.gov] |
| CC: | ▬▬▬▬▬▬▬ @associates.cisa.dhs.gov]; ▬▬▬▬▬▬▬ @cisa.dhs.gov]; ▬▬▬▬▬▬▬ @hq.dhs.gov]; ▬▬▬▬▬▬▬ @state.gov]; ▬▬▬▬▬▬▬ @state.gov]; ▬▬▬▬▬▬▬ @fb.com]; ▬▬▬▬▬▬▬ @state.gov] |
| Subject: | Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |
| Attachments: | CSIRT Workshop.ics |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello ▬▬▬▬▬▬▬

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:
Meeting link: ▬▬▬▬▬▬▬
Meeting number: ▬▬▬▬▬▬▬
Password: ▬▬▬▬▬▬▬

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.

- Introductions: ▬▬▬▬▬▬▬ (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks: ▬▬▬▬▬▬▬ (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective: ▬▬▬▬▬▬▬ (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective: ▬▬▬▬▬▬▬ (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?

MOLA_DEFSPROD_00011860

Case: 23-30445   Document: 43-2   Page: 330   Date Filed: 07/17/2023

   ○     What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)

   ○     What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?

-   Q&A: ███████ will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may also ask questions of participants. 30-40 minutes.

-   Conclusion. ██████ to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and ███████ (CCed). We'll compile and share. Please keep in mind our overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

██████████ (on behalf of the Office of Cyber Issues)

----

██████████

Office of the Coordinator for Cyber Issues
Department of State

██████████

Date Filed: 07/17/2023     Page: 331     Document: 43-2     Case: 23-30445

MOLA_DEFSPROD_00011861

Case: 23-30445     Document: 43-2     Page: 332     Date Filed: 07/17/2023

**From:** ███████████@twitter.com]
**Sent:** 2/17/2022 2:53:38 PM
**To:** ███████████@cisa.dhs.gov]
**CC:** ███████████@twitter.com]; ███████████@twitter.com]; ███████████@twitter.com]; ███████████@cisa.dhs.gov]; ███████████@cisa.dhs.gov]
**Subject:** Re: Connection Request: Dept. of Treasury

Sounds good. Thanks, ██████

On Thu, Feb 17, 2022 at 11:51 AM ███████████ <██████@cisa.dhs.gov> wrote:

Thanks ████ Appreciate the introductions to ████ and █████ we'll update our records accordingly.

We're going to pass your info to Treasury. They will reach-out directly to begin the dialogue and provide more information about the nature of this request.

**Note** this is important but not meeting a life/death threshold, so I suspect an email exchange vice a meeting will be sufficient for today.

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

**From:** ███████████@twitter.com>
**Sent:** Thursday, February 17, 2022 2:06 PM
**To:** ███████████@cisa.dhs.gov>; ███████████@twitter.com>;
███████████@twitter.com>
**Cc:** ██████@twitter.com
**Subject:** Re: Connection Request: Dept. of Treasury

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ██████

Thanks for reaching out - and for the additional context that there's something time-sensitive here.

MOLA_DEFSPROD_00011864

Case: 23-30445     Document: 43-2     Page: 333     Date Filed: 07/17/2023

In terms of broad engagement with Treasury: Adding ▮▮▮▮▮ (who leads our policy legal team following ▮▮▮'s departure) and ▮▮▮▮▮▮ (who leads our Safety, Content, and Law Enforcement legal team). Between the three of us, and Twitter's Public Policy team in DC, we can likely figure out the right contact here. Feel free to make an introduction to the 3 of us and we can go from there.

To help calibrate on timing: Do you have a sense of whether the urgency here is life-or-death/national-security impacting, or just important? Calendars are pretty complicated across the board here - so want to understand if we need to plan to clear other appointments (i.e. Treasure needs to talk **today**).

Thanks,

▮▮▮

On Thu, Feb 17, 2022 at 10:58 AM ▮▮▮▮▮▮▮▮▮▮▮▮▮@cisa.dhs.gov> wrote:
Hi ▮▮▮

Apologies for the second ping, I see ▮▮▮ is no longer with the team, so if there are others I should loop in, let me know.

Separately, this is somewhat time-sensitive, so thanks for your quick attention here! Let me know if you have any questions.

Best,

▮▮▮▮▮▮▮▮

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮
**Sent:** Thursday, February 17, 2022 9:35 AM
**To:** ▮▮▮@twitter.com; ▮▮▮▮▮@twitter.com>
**Cc:** ▮▮▮▮▮@cisa.dhs.gov>; ▮▮▮▮▮▮@cisa.dhs.gov>;

MOLA_DEFSPROD_00011865

@cisa.dhs.gov>

**Subject:** Connection Request: Dept. of Treasury

Hi ,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters.  We'd like to make the connection to Twitter if you're amenable?

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency



MOLA_DEFSPROD_00011866

**Sent:** 2/17/2022 1:45:55 PM
**To:** ███████████@fb.com]
**CC:** ███████████@cisa.dhs.gov]; ███████████@cisa.dhs.gov]; ███████████@cisa.dhs.gov]
**Subject:** RE: Connection Request: Dept. of Treasury

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

**From:** ███████████
**Sent:** Thursday, February 17, 2022 9:29 AM
**To:** ███████████@fb.com>; ███████████@fb.com>; ███████████@fb.com>
**Cc:** ███████████@cisa.dhs.gov>; ███████████@cisa.dhs.gov>; ███████████@cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Greeting ███████████

I hope this email finds you well and thanks again for sending along the CIB report yesterday. The Deputy Secretary at Treasury would like to be connected to industry partners to discuss potential influence operations on social media. We'd like to make the connection to Meta if you're amenable?

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

MOLA_DEFSPROD_00011940

Case: 23-30445     Document: 43-2     Page: 335     Date Filed: 07/17/2023

| From: | ████████████ @state.gov] |
|---|---|
| Sent: | 5/10/2021 9:45:19 PM |
| To: | ████████████ @fb.com] |
| CC: | ████████████ @cisa.dhs.gov]; ████████████ @state.gov]; ████████████ @associates.cisa.dhs.gov]; ████████████ @cisa.dhs.gov]; ████████████ @hq.dhs.gov]; ████████████ @state.gov]; ████████████ @state.gov]; ████████████ @fb.com]; ████████████ @state.gov] |
| Subject: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Great! See you all tomorrow morning.

| From: | ████████████ @fb.com> |
|---|---|
| Sent: | Monday, May 10, 2021 9:27 PM |
| To: | ████████████ @state.gov> |
| Cc: | ████████████ @cisa.dhs.gov>; ████████████ @state.gov>; ████████████ @associates.cisa.dhs.gov>; ████████████ @cisa.dhs.gov>; ████████████ @hq.dhs.gov>; ████████████ @state.gov>; ████████████ @state.gov>; ████████████ @fb.com>; ████████████ @state.gov> |

Subject: Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Hey y'all - sorry for the slow response, have been on the road most of today.

Totally okay with recording for the initial preso, and sounds good to have that off for QA as I can be more candid :)

Looking forward to the chat tomorrow!

Sent from my iPhone

On May 10, 2021, at 4:27 PM, ████████████ @state.gov> wrote:

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

- How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.
- Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.
- Information sharing platforms.
- How to identify fake news and legitimate websites.
- Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.

MOLA_DEFSPROD_00012196

- Fact checking techniques, how to identify disinformation and misinformation

- Proven techniques to take down these articles. The effectiveness of fake news checkers.

- Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.

- Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.

- International takedown requests.

I know it's likely too late in the game to make major updates to what you're planning to cover, but wanted to share these to give you a sense of what participants will raise in Q&A.

Thanks,

▮▮▮▮▮▮▮

From: ▮▮▮▮▮▮▮ @state.gov>
Sent: Monday, May 10, 2021 4:11 PM
To: ▮▮▮▮▮▮▮▮▮▮ @cisa.dhs.gov> ▮▮▮▮▮▮▮▮ @fb.com>;
▮▮▮▮▮▮ @state.gov>
Cc: ▮▮▮▮▮▮▮▮▮▮ @associates.cisa.dhs.gov>;
▮▮▮▮▮▮▮▮ @cisa.dhs.gov> ▮▮▮▮▮▮▮▮ @hq.dhs.gov>;
▮▮▮▮▮▮ @state.gov> ▮▮▮▮▮▮▮▮ @state.gov> ▮▮▮▮▮▮▮▮ @fb.com>;
▮▮▮▮▮▮ @state.gov>
Subject: Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

▮▮▮▮▮▮▮▮

Looking forward to joining you for the African CSIRT workshop tomorrow. I'm following up with aggregated information on the workshop participants who have registered thus far.

- 25 participants (not including observers or speakers) have registered. They represent the governments of Zambia, Cote d'Ivoire, Ghana, Nigeria, Mauritius, Benin, and Kenya as well as the African Union and ECOWAS.

- While there is a wide range of reported duties, on average, participants spend 33% of their time working on disinformation and misinformation.

- Of the 22 people who answered the question, "Which of the following platforms are you concerned about when it comes to spreading disinformation and misinformation?", all 22 people were concerned about dis & misinfo on Facebook. 21 also listed WhatsApp, 15 listed Twitter, 15 listed local websites, 11 listed Instagram, 9 listed YouTube, and 1 listed WeChat.

- On average, participants rate their confidence in their own abilities to handle dis and misinformation at 5 on a 10 point scale.

▮▮▮▮▮ please do confirm if you're OK with your presentation being recorded. And if you'd like to do a quick tech check, let me know. I will also plan to have the Webex meeting open about 15 minutes early. (The link again is here.)

Thanks,

Case: 23-30445   Document: 43-2   Page: 337   Date Filed: 07/17/2023

MOLA_DEFSPROD_00012197

Case: 23-30445     Document: 43-2     Page: 338     Date Filed: 07/17/2023



**From:** ▮▮▮▮▮▮▮▮▮▮ @state.gov>
**Sent:** Thursday, May 6, 2021 9:48 AM
**To:** ▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @state.gov>
**Cc:** ▮▮▮▮▮▮ @associates.cisa.dhs.gov>; ▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮▮ @hq.dhs.gov>; ▮▮▮▮▮▮ @state.gov>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @state.gov>
**Subject:** Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks, ▮▮▮▮! Yes, we'll have screen sharing turned on. If anyone hasn't used Webex for this purpose before and wants to hop on a call to try it out, please let me know. It's not quite as intuitive as Zoom, but it works.

▮▮▮▮▮▮ can you please confirm if you've had a chance to review and if you're OK with recording your presentations?

**From:** ▮▮▮▮▮▮▮▮▮ @cisa.dhs.gov>
**Sent:** Thursday, May 6, 2021 9:40 AM
**To:** ▮▮▮▮▮▮ @state.gov>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @state.gov>
**Cc:** ▮▮▮▮▮▮ @associates.cisa.dhs.gov>; ▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮▮ @hq.dhs.gov>; ▮▮▮▮▮▮ @state.gov>; ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @state.gov>
**Subject:** RE: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

Thanks so much for this information. ▮▮▮▮▮▮ to be recorded. Will each presenter have the ability to screen-share to present slides?

Best.

▮▮▮▮▮▮▮▮▮▮
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮ @state.gov>
**Sent:** Monday, May 3, 2021 5:36 PM
**To:** ▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮ @state.gov>; ▮▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮▮▮ @associates.cisa.dhs.gov>; ▮▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮▮ @hq.dhs.gov>; ▮▮▮▮▮▮ @state.gov>; ▮▮▮▮▮▮ @state.gov>; ▮▮▮▮▮▮ @fb.com>

MOLA_DEFSPROD_00012198

███████@state.gov>
**Subject:** Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello ███████

We're looking forward to having you speak at the workshop on disinformation and misinformation for African CSIRTs next Tuesday! Here are some logistics and a draft run of show for the event:

**1) Dial-in Information:** I am attaching an .ics file for your calendars. (To recap, date and time are May 11 at 9:00 a.m. EDT.) We will be hosting this event on Cisco Webex here:

Meeting link: ███████████████████████████
Meeting number: ████████████████
Password: ████████████

**2) Attendance:** We have invited staff from the participating CSIRTs and told them they are free to forward the invitation to others in their governments, so long as any additional attendees complete a registration form. We will also forward the event link to staff at the relevant U.S. Embassies. If anyone else from your organizations would like to attend as observers, please let us know. We are not sharing the registration link online or on social media.

**3) Recording:** If you have not already done so through other channels, please reply to this email to confirm if you are OK having the initial presentations be recorded. We will turn off the recording once we go into Q&A and discussion, but we thought the overview presentations might be helpful to share with participating CSIRTs after the fact. (We do not plan to post the recording publicly, and we will reconfirm your consent if we want to do that in the future.)

**4) Notional run of show:** Please take a look and reply all if you have any suggested changes.
- Introductions: ███████ (State Department Office of the Cyber Coordinator), 5 minutes
- Opening remarks. ███████ (GEC Tech Engagement Team), 5-10 minutes
  - GEC's role, resources available for CSIRTs and civil society organizations
- Presentation 1: the CSIRT perspective. ███████ (DHS/CISA), 10-15 minutes
  - How can CSIRTs assess foreign disinformation / misinformation campaigns in their societies?
  - What responses are available to them?
  - How can they partner effectively with private sector and civil society actors?
- Presentation 2: the platform perspective. ███████ (Facebook), 10-15 minutes
  - How does Facebook work with governments to address misinformation and disinformation?
  - What categories of content are disallowed under Facebook's terms of service? (And what content is often objected-to but allowed on Facebook?)
  - What information should CSIRTs send to platform companies when they see content they believe violates terms of service? How can they submit this information?
- Q&A: ███████ will moderate, opening with topics drawn from the registration survey, then offering participants a chance to ask questions live. Panelists may ask questions of participants. 30-40 minutes.
- Conclusion. ███████ to moderate, panelists may offer concluding thoughts. 5 minutes.

**5) Additional materials:** If you have any materials you think would be useful to share with participating CSIRTs, please send them to me and ███████ (CCed). We'll compile and share. Please keep in mind our

Case: 23-30445    Document: 43-2    Page: 339    Date Filed: 07/17/2023

MOLA_DEFSPROD_00012199

overall goal with this event, to make sure the information we're sharing is appropriate for CSIRTs that have fewer staff and smaller budgets than US-CERT.

Thanks, and please let us know if you have any questions that weren't addressed above.

███████████████ (on behalf of the Office of Cyber Issues)

████████████████

Office of the Coordinator for Cyber Issues
Department of State

████████████████

MOLA_DEFSPROD_00012200

Case: 23-30445    Document: 43-2    Page: 341    Date Filed: 07/17/2023

**From:** ██████████████████████████████████
**Sent:** 2/17/2022 2:46:55 PM
**To:** ███████████████@google.com]
**CC:** ████████@cisa.dhs.gov]; ██████████████████@cisa.dhs.gov]
**Subject:** RE: Connection Request: Dept. of Treasury

Thanks, ████████. We're going to pass your info to Treasury. They will reach-out directly and provide more information about the nature of this request.

Thanks,

██████████████████████████

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

████████████████████████████████████████

**From:** ██████████████████@google.com>
**Sent:** Thursday, February 17, 2022 2:43 PM
**To:** ████████████@cisa.dhs.gov>
**Subject:** Re: Connection Request: Dept. of Treasury

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ████,

I didn't appreciate there was an urgency. Sorry for the lag. Please pass along my contact information. Depending on what the topic is, I may need to pull in others.

Thank you.

████████

On Thu, Feb 17, 2022 at 10:56 AM ████████████████████████@cisa.dhs.gov> wrote:

Hi ████,

Apologies for the second email, this is somewhat time-sensitive, so thank you for your prompt attention to this request! Let me know if you have any questions.

████████████████████████████

MOLA_DEFSPROD_00012448

National Risk Management Center

Cybersecurity and Infrastructure Security Agency

███████████████████████████████████████████████



**From:** ███████

**Sent:** Thursday, February 17, 2022 9:41 AM

**To:** ███████@google.com

**Cc:** ███████@cisa.dhs.gov>; ███████████@cisa.dhs.gov>;
@cisa.dhs.gov>

**Subject:** Connection Request: Dept. of Treasury

Hi ███████,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters.  We'd like to make the connection to Google if you're amenable? If there's another POC this should be routed to, please let us know!

Thanks in advance.

All my best,



National Risk Management Center

Cybersecurity and Infrastructure Security Agency

█████████████████████████████████████████████████████████



MOLA_DEFSPROD_00012449

Case: 23-30445      Document: 43-2      Page: 342      Date Filed: 07/17/2023

Date Filed: 07/17/2023    Page: 343    Document: 43-2    Case: 23-30445

**From:** ████████████████████████████████████████████

**Sent:** 2/17/2022 2:44:52 PM

**To:** ████████████@fb.com]

**CC:** ████████████]; ████████████@fb.com]; ████████████@cisa.dhs.gov]; ████████████@cisa.dhs.gov]

**Subject:** RE: Connection Request: Dept. of Treasury

Thank, ████ We're going to pass your info to Treasury. They will reach-out directly and provide more information about the nature of this request.

Thank you!

████████████████

████████████████

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

████████████████████████████████████████████

**From:** ████████████@fb.com>

**Sent:** Thursday, February 17, 2022 2:43 PM

**To:** ████████████@cisa.dhs.gov>

**Cc:** ████████████@fb.com>; ████████████@fb.com>

**Subject:** Re: Connection Request: Dept. of Treasury

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Many thanks, ████ We would be happy to be connected.

Sent from my iPhone

On Feb 17, 2022, at 1:47 PM, ████████████@cisa.dhs.gov> wrote:

Also looping in ████, who I accidentally left off my first email.

Note, this is somewhat time-sensitive, so appreciate your attention to this request.

Best,

████████████████

National Risk Management Center

MOLA_DEFSPROD_00012450

Cybersecurity and Infrastructure Security Agency

**From:**
**Sent:** Thursday, February 17, 2022 9:29 AM
**To:** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>
**Cc:** ████████ @cisa.dhs.gov>; ████████████ @cisa.dhs.gov>;
████████ @cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Greeting████████,

I hope this email finds you well and thanks again for sending along the CIB report yesterday. The ████████████ at Treasury would like to be connected to industry partners to discuss potential influence operations on social media. We'd like to make the connection to Meta if you're amenable?

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

MOLA_DEFSPROD_00012451

Deliberative Process

From: ████████████ @google.com>
Sent: Thursday, February 17, 2022 2:43 PM
To: ████████████ @cisa.dhs.gov>
Subject: Re: Connection Request: Dept. of Treasury

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ████

I didn't appreciate there was an urgency. Sorry for the lag. Please pass along my contact information. Depending on what the topic is, I may need to pull in others.

Thank you.

████████

On Thu, Feb 17, 2022 at 10:56 AM ████████████████ @cisa.dhs.gov> wrote:

Hi ████

Apologies for the second email, this is somewhat time-sensitive, so thank you for your prompt attention to this request! Let me know if you have any questions.



National Risk Management Center
Cybersecurity and Infrastructure Security Agency

MOLA_DEFSPROD_00012541

Case: 23-30445   Document: 43-2   Page: 345   Date Filed: 07/17/2023



**From:** ███████████████
**Sent:** Thursday, February 17, 2022 9:41 AM
**To:** ███████@google.com
**Cc:** ███████████████@cisa.dhs.gov>; ███████████████████@cisa.dhs.gov>;
███████████@cisa.dhs.gov>
**Subject:** Connection Request: Dept. of Treasury

Hi ███████,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Google if you're amenable? If there's another POC this should be routed to, please let us know!

Thanks in advance.

All my best,

National Risk Management Center
Cybersecurity and Infrastructure Security Agency

MOLA_DEFSPROD_00012542

| From: | ████████████████████████████████████████ |
| Sent: | 3/6/2020 9:57:02 AM |
| To: | ████████████████ @twitter.com]; ████████████ @fb.com] |
| CC: | ████████████ @cisa.dhs.gov]; ████████████ @cisa.dhs.gov] |
| Subject: | GEC - COVID 19 |

████████████████

We know you all are seeking additional info and context from the State Dept regarding their recent reports and testimony about social media activity and COVID-19. We are meeting with them next week and will provide an update coming out of that meeting.  I just wanted to make sure you knew we are working this issue and I know you are also in touch with them.

████████

████████████████████████

Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

████████████████████████

Case: 23-30445   Document: 43-2   Page: 347   Date Filed: 07/17/2023

MOLA_DEFSPROD_00012814

**From:**                          @fb.com]
**Sent:**      5/20/2021 12:50:01 PM
**To:**
**CC:**                          @fb.com]
**Subject:**      Re: Add a name: RE: CV19 misinfo reporting channel
**Attachments:**  CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf

Trying the PDF again – looks like it didn't attach.

**From:**                          @fb.com>
**Date:** Thursday, May 20, 2021 at 12:49 PM
**To:**
**Cc:**                          @fb.com>
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel

Hi

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox
that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

**From:**
**Date:** Wednesday, May 19, 2021 at 12:38 PM
**To:**                          @fb.com>
**Subject:** Add a name: RE: CV19 misinfo reporting channel

Please add        to system access.      @cdc.gov.

**From:**                          @fb.com>
**Sent:** Wednesday, May 12, 2021 11:21 AM
**To:** Crawford, Carol Y.                          ;                          @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Sure can.

**From:**
**Date:** Wednesday, May 12, 2021 at 11:19 AM
**To:**                          @fb.com>,                          @fb.com>
**Cc:**                          @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

Date Filed: 07/17/2023   Page: 349   Document: 43-2   Case: 23-30445

**From:** ███████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** Crawford, Carol Y. ███████ @cdc.gov>; ████████ @fb.com>
**Cc:** ████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with ███████ out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

**From:** ███████████ @fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** Crawford, Carol Y. ███████ @cdc.gov>, ██████████ @fb.com>
**Cc:** ████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

**From:** ███████████ @cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** ████████ @fb.com>, ██████████ @fb.com>
**Cc:** ████████ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation. That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- ████ @cdc.gov
- ████ @cdc.gov
- ████ @cdc.gov
- █████ @census.gov
- █████ @reingold.com
- █████ @reingold.com
- █████ @reingold.com

**From:** ███████████ @fb.com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** Crawford, Carol Y. ███████ @cdc.gov>; ██████████ @fb.com>
**Cc:** ████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

**From:** ███████████ @fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** Crawford, Carol Y. ███████ @cdc.gov>, ██████████ @fb.com>
**Cc:** ████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

This would be for onboarding your teams to the misinfo casework / reporting channel

**From:** Crawford, Carol Y. ███████████ @cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:** ███████████ @fb.com>, ███████████ @fb.com>
**Cc:** ███████████ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good. I did ask ██████ this embarrassing question. I had it in my head this was for Crowd Tangle. But on Thursday she explained it is for something else. Well, I didn't write it down and I'm honestly not sure what this is for. Sorry!

**From:** ███████████ @fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** ███████████ @fb.com>; Crawford, Carol Y. ███████████ @cdc.gov>
**Cc:** ███████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks, ██████
So nice to meet you, ██████

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

██████

**From:** ███████████ @fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** Crawford, Carol Y. ███████████ @cdc.gov>, ███████████ @fb.com>
**Cc:** ███████████ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol,

██████████████████ We are very excited for ██████████ new addition!
As such, we didn't want you to be a surprised that ██████ will pick up on the threads where ██████ was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

██████

**From:** Carol Crawford ██████ @cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** ███████████ @fb.com>
**Cc:** ███████████ @fb.com>, ███████████ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry — I'm out all day May 17 for a ██████ thing, can we pick another one? My fault!

Date Filed: 07/17/2023     Page: 351     Document: 43-2     Case: 23-30445

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** Crawford, Carol Y. ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮ @fb.com>; ▮▮▮▮▮ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,
▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ @cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** ▮▮▮▮▮▮ @fb.com>
**Cc:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮ @fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

**From:** ▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** Crawford, Carol Y. ▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮ @fb.com>; ▮▮▮▮▮ @fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi Carol – Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,
▮▮▮▮

**From:** ▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** ▮▮▮▮▮▮▮▮▮ cdc.gov>
**Cc:** ▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>
**Subject:** CV19 misinfo reporting channel

Hi ███ – Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

**Thank you!**

███

- ███ @cdc.gov
- ███ @cdc.gov
- ███ @cdc.gov
- ███
- ███ @cdc.gov
- ███ @cdc.gov
- ███
- ███

███

Date Filed: 07/17/2023          Page: 352          Document: 43-2          Case: 23-30445

Case: 23-30445    Document: 43-2    Page: 353    Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ██████████ @fb.com] |
| **Sent:** | 7/20/2021 1:24:46 PM |
| **To:** | Humphrey, Clarke E.██████████ @who.eop.gov]; ██████████ @fb.com] |
| **CC:** | Flaherty, Rob R.██████████ @who.eop.gov]; ██████████ @niaid.nih.gov] |
| **Subject:** | Re: Deactivating fake Fauci IG? |

Yep, on it!

**From:** Humphrey, Clarke E. EOP/WHO ██████████ @who.eop.gov>
**Date:** Tuesday, July 20, 2021 at 1:24 PM
**To:** ██████████ @fb.com>, ██████████ @fb.com>
**Cc:** Flaherty, Rob R.██████████ @who.eop.gov>, ██████████ @niaid.nih.gov>
**Subject:** Deactivating fake Fauci IG?

Hi there – any way we can get this pulled down? It is not actually one of ours:

https://www.instagram.com/anthonyfauciofficial/

**Clarke Humphrey**
Digital Director, COVID-19 Response Team
The White House
██████████

MOLA_DEFSPROD_00004670

Case: 23-30445    Document: 43-2    Page: 354    Date Filed: 07/17/2023



From: ▮▮▮▮▮▮▮▮▮▮ [fb.com]
Sent: 7/23/2021 11:20:12 PM
To: ▮▮▮▮@fb.com]; ▮▮▮▮▮▮▮▮@hhs.gov]
CC: ▮▮▮▮▮▮fb.com]; ▮▮▮▮▮▮▮▮▮hhs.gov]
Subject: Re: Message from ▮▮▮▮
Attachments: 7_23 - COVID-19 Insights.pdf

Including this week's updated report here.  Look forward to scheduling our next working session.  As always please let us know if you have any questions.

▮▮▮▮▮▮

From: ▮▮▮▮▮fb.com>
Date: Friday, July 23, 2021 at 7:29 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮@hhs.gov>
Cc: ▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮fb.com>, ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮hhs.gov>
Subject: Message from ▮▮▮▮▮▮

Dear ▮▮▮▮(if I may),

Thanks again for taking the time to meet earlier today.  It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses.  I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed).  We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform.  We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic.  We will reach out directly to ▮▮▮▮ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data.  We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress.  You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves.  We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others -- if we are going to make progress in a consistent and sustained manner.

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. ▮▮▮▮ will do the honors this week as it will likely be completed at our end later today East Coast time.  We really do hope that we can discuss our approach to this data set in greater detail during our next

MOLA_DEFSPROD_00007026

session with  as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

Date Filed: 07/17/2023     Page: 355     Document: 43-2     Case: 23-30445

MOLA_DEFSPROD_00007027

From: ███████████ fb.com]
Sent: 7/10/2021 8:00:40 AM
To: ███████████ y@hhs.gov]
CC: Slavitt, Andrew M. ███████████ @who.eop.gov]; ███████████ fb.com]
Subject: Re: Facebook Covid report
Attachments: 7_8 - COVID-19 Insights.pdf

Dear ████

Attached is the latest Covid report covering the most recent two week period for which we have stats etc. I understand from ████ that my team is meeting with yours next week to delve deeper into our covid misinformation efforts. As always, please don't hesitate to reach out when/if needed.

All best

████████

From: ███████████ @fb.com>
Date: Friday, June 25, 2021 at 11:19 PM
To: ███████████ y@hhs.gov>
Cc: "Slavitt, Andrew M. ███████████ @who.eop.gov>, ███████████ fb.com>
Subject: Facebook Covid report

Dear ████

Attached is the latest Covid report covering the past two weeks.  As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments and childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best

████████

MOLA_DEFSPROD_00007028

Case: 23-30445    Document: 43-2    Page: 356    Date Filed: 07/17/2023

Case: 23-30445     Document: 43-2     Page: 357     Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ████████████ fb.com] |
| **Sent:** | 6/22/2022 10:56:43 AM |
| **To:** | Flaherty, Rob R. EOP/WHO ████████ who.eop.gov]; Tim Manning ████████ who.eop.gov]; Salcido, Dori A. EOP/WHO ████████ who.eop.gov]; Cheema, Subhan N. EOP/WHO ████████ @who.eop.gov] |
| **CC:** | ████████ hhs.gov]; r████████ hhs.gov; ████████ fb.com] |
| **Subject:** | Policy changes for under 5 vaccines |

Rob and Team,

Wanted to ensure you were aware of our policy updates following the early childhood vaccine approvals. As of today, all COVID-19 vaccine related misinformation and harm policies on Facebook and Instagram apply to people 6 months or older (with the exception of the claim that the COVID vaccines have full FDA approval since children have only emergency use authorization).

We expanded these policies in coordination with the CDC and ensured that we also included false claims that might be connected to children, such as the false claim that COVID vaccines cause Multisystem inflammatory syndrome in children (MIS-C).

If you have further questions or would like a briefing, please let me know.

Best,



MOLA_DEFSPROD_00007040

**From:** ███████████[fb.com]
**Sent:** 6/13/2022 11:25:24 PM
**To:** Flaherty, Rob R. EOP/WHO [████████████who.eop.gov]; Tim Manning [████████████who.eop.gov]; Salcido, Dori A. EOP/WHO [████████████who.eop.gov]; Cheema, Subhan N. EOP/WHO [████████████who.eop.gov]
**Cc:** ███████████hhs.gov]; ████████hhs.gov
**Subject:** Re: Covid Insights report

Thanks Rob—appreciate the feedback. Will circle up with the team and get you an update, and will keep the reports going as long as they're providing value.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO ████████████who.eop.gov>
**Sent:** Monday, June 13, 2022 6:11:16 PM
**To:** ████████fb.com>; Manning, Tim W. EOP/WHO ████████████who.eop.gov>; Salcido, Dori A. EOP/WHO████████who.eop.gov>; Cheema, Subhan N. EOP/WHO ████████████who.eop.gov>
**Cc:** Waldo, Eric (HHS/OASH) ████████hhs.gov>; ████████hhs.gov ████████hhs.gov>
**Subject:** RE: Covid Insights report

Hey ████ – Thanks for these. I would normally say we are good to discontinue but it would be helpful to continue to get these as we start to ramp up under 5 vaccines. Obviously, that has a potential to be just as charged. Would love to get a sense of what you all are planning here. I'm also adding in Dori and Subhan who have replaced Courtney and Ben.

**From** ███████████fb.com>
**Sent:** Monday, June 13, 2022 3:27 PM
**To:** Rowe, Courtney M. EOP/WHO ████████who.eop.gov>; Wakana, Benjamin L. EOP/WHO ████████who.eop.gov>; Manning, Tim W. EOP/WHO ████████who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████who.eop.gov>; ████████hhs.gov>; ████████hhs.gov
**Subject:** [EXTERNAL] Re: Covid Insights report

Hi all,

Attaching recent reports for your review. We will plan to discontinue these unless we hear from you that this information continues to be valuable. We're happy to continue, or to pick up at a later date, if circumstances warrant or if we hear from you that this continues to be of value. Providing a summary below from our team detailing the decrease in vaccine related posts we have seen over the past 6 months for further context.

Thanks and please let me know if you have any questions.

████████

Over the last 6 months, there has been a noticeable decrease in top vaccine-related posts that were demoted as misinformation or for sharing misleading or sensationalized information about vaccines in a way that would be likely to discourage vaccinations. There has not been a post misinforming or discouraging vaccination in this way in the top 100 vaccine-related posts since the week of February 27th, 2022, and the overall trend peak dates back to October of 2021. The total number of posts removed for violating our COVID-19 or vaccine misinformation policies has remained at 1 since the

Case: 23-30445    Document: 43-2    Page: 358    Date Filed: 07/17/2023

week of December 13th, 2021. We believe this trend will continue given the sustained low volumes of top-vaccine related posts despite the Omicron variant surge experienced in early 2022.

We recommend discontinuing this report as we are no longer seeing problematic vaccine related posts (Borderline Vaccine) in the top 100 posts viewed on FB in the US. Deprecation of this report will not impact existing enforcement measures or ongoing monitoring and reporting on the problem. Meta will continue to reduce the prevalence of this problem, and will reinstate the reports if events warrant.

**From:** ▇▇▇▇▇▇▇▇▇▇▇ fb.com>
**Date:** Tuesday, May 3, 2022 at 3:51 PM
**To:** Rowe, Courtney M. EOP/WHO ▇▇▇▇▇▇▇▇▇ who.eop.gov>, ▇▇▇▇▇▇▇▇▇▇ who.eop.gov ▇▇▇▇▇▇▇▇ who.eop.gov>, Manning, Tim W. EOP/WHO ▇▇▇▇▇▇▇ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ▇▇▇▇▇▇▇▇ who.eop.gov>, ▇▇▇▇▇▇▇▇
▇▇▇▇@hhs.gov>, ▇▇▇▇▇▇▇▇ hhs.gov>
**Subject:** Covid Insights report

Attaching the past two reports for your review. These cover the periods from 3/20 through 4/16. Also flagging that it would help to hear from you if these reports continue to provide useful context or if you'd like to follow up with a discussion as to how we can be helpful during this phase of the pandemic. We filed a response to the Surgeon General's rfi on Covid misinformation and would be happy to discuss at the appropriate time.

Thanks,

▇▇▇▇▇▇

**From:** ▇▇▇▇▇▇▇▇ @fb.com>
**Date:** Monday, April 4, 2022 at 2:48 PM
**To:** Rowe, Courtney M. EOP/WHO ▇▇▇▇▇▇▇ who.eop.gov>, ▇▇▇▇▇▇▇▇▇ who.eop.gov ▇▇▇▇▇▇▇▇▇ who.eop.gov>, Manning, Tim W. EOP/WHO ▇▇▇▇▇▇▇ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ▇▇▇▇▇▇▇ who.eop.gov>, ▇▇▇▇▇▇▇▇
hhs.gov>, ▇▇▇▇▇▇ hhs.gov < ▇▇▇▇▇▇ hhs.gov>
**Subject:** Re: Covid Insights report –

Attached is the most recent Insights report. Toplines are below as well.

Given the shifting dynamics of the pandemic, it would help to understand if these reports are still useful or if we should rethink the cadence of our sending this information. Any objections to scaling back to a monthly report? If folks find the biweekly cadence useful we are happy to keep it up, just want to be responsive to your interests.

Thanks—and please let me know if you have any other feedback that we should consider.

Below is what we are seeing in the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 03/06/22 - 03/12/22 and 03/13/22 - 03/19/22.

As before, this report is focused on top vaccine related posts only. We're continuing to investigate and build analysis around content that isn't captured in this report. Again, the analysis provided below may be subject to other methodological challenges or errors - e.g., the specific rank number may not be exact.

MOLA_DEFSPROD_00007042

Case: 23-30445    Document: 43-2    Page: 359    Date Filed: 07/17/2023

Date Filed: 07/17/2023   Page: 360   Document: 43-2   Case: 23-30445

## 1. Top 100 <u>overall posts</u> on FB in the U.S.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22, we see 0 pieces of content were specifically related to vaccine content.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22, we see that 0 pieces of content were specifically related to vaccine content.

## Top 100 <u>vaccine-related</u> posts on FB in the U.S.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22:
1.   0 posts were deleted for violating our COVID-19 and vaccine policies.
2.   0 posts were labeled labeled by third-party fact-checkers for "missing context".
3.   0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22:
1.   0 posts were deleted for violating our COVID-19 and vaccine policies
2.   0 posts were labeled and demoted by third-party fact checkers
3.   1 post was labeled and demoted for sensationalist content about the number of vaccine doses that will be recommended in future.

**From:** ███████████ fb.com>
**Date:** Monday, March 28, 2022 at 2:26 PM
**To:** Rowe, Courtney M. EOP/WHO ████████ who.eop.gov> ███████████ who.eop.gov
████████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov>, \
████████ hhs.gov>, ████████ @hhs.gov>
**Subject:** Re: Covid Insights report -

Sending the latest version of our insights report.  Please let me know if you have any questions.

██████████ | ∞ Meta
US Public Policy
████████████

**From:** ███████ @fb.com>
**Date:** Wednesday, February 23, 2022 at 3:32 PM
**To:** Rowe, Courtney M. EOP/WHO ████████ who.eop.gov>, ████████ who.eop.gov
████████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov>, \
████████ hhs.gov ████████ hhs.gov>
**Subject:** Covid Insights report -

Sending the latest Covid Insights Report—please let us know if you have any questions.

Thanks and have a good week.

████████ ∞ Meta

MOLA_DEFSPROD_00007043

Case: 23-30445      Document: 43-2      Page: 361      Date Filed: 07/17/2023

US Public Policy



MOLA_DEFSPROD_00007044

Case: 23-30445     Document: 43-2     Page: 362     Date Filed: 07/17/2023

**From:** ████████████ fb.com]
**Sent:** 2/10/2022 9:18:18 PM
**To:** Rowe, Courtney M. (who.eop.gov) [████████ who.eop.gov]; Wakana, Benjamin (who.eop.gov)
[████████ who.eop.gov]; Tim Manning [████████ who.eop.gov]
**CC:** Flaherty, Rob R. EOP/WHO ████████ who.eop.gov]; ████████ @hhs.gov] ████████
████████ hhs.gov]
**Subject:** Re: Covid Insights report -
**Attachments:** 2_4_22 - COVID-19 Insights.pdf

Apologies for sending this report late—entirely my fault for not getting this to you earlier. Attached is the Insights report for the periods dating between 1/09 – 1/22. The next report will be sent on Friday, 2/18.

Thanks and as always please let me know if you have any questions.



US Public Policy

**From:** ████████ @fb.com>
**Date:** Monday, January 24, 2022 at 1:28 PM
**To:** Rowe, Courtney M. EOP/WHO ████████ who.eop.gov>, ████████ who.eop.gov
<████████ @who.eop.gov>, Manning, Tim W. EOP/WHO <████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO <████████ who.eop.gov>,
<████████ hhs.gov <████████ hhs.gov>
**Subject:** Re: Covid Insights report –

Attached is the latest Covid Insights Report, which details the top 100 posts overall as well as the top 100 vaccine related posts over the periods of 12/26 – 1/8.

Overall, of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 12/26/21 - 01/01/22:

- 0 posts were deleted for violating our COVID-19 and vaccine policies.
- 0 posts were labeled and demoted by third-party fact checkers.
- 0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 01/02/22 - 01/08/22:

- 0 posts were deleted for violating our COVID-19 and vaccine policies
- 0 posts were labeled and demoted by third-party fact checkers
- 5 posts were labeled and demoted upon review
  - Two were videos by public figures suggesting that vaccines are ineffective
  - Two were vaccine humor posts whose content could discourage vaccination
  - One was a post by a public figure promoting the Omicron variant as a natural alternative to the COVID-19 vaccine

MOLA_DEFSPROD_00007211

Case: 23-30445      Document: 43-2      Page: 363      Date Filed: 07/17/2023

Thanks and as always please let me know if you have any questions.

███████ | ∞ Meta
US Public Policy
███████████

**From:** ███████ fb.com>
**Date:** Saturday, January 8, 2022 at 5:34 PM
**To:** Rowe, Courtney M. EOP/WHO <█████████who.eop.gov>, █████████who.eop.gov
<█████████@who.eop.gov>, Manning, Tim W. EOP/WHO <█████████who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO <█████████who.eop.gov>, ██████ (HHS/OASH)
<███████hhs.gov>, ███████hhs.gov <████████hhs.gov>, ████████
███████fb.com>
**Subject:** Covid Insights report -

Attached is the latest version of our Covid Insights report, covering weeks of 12/12-12/25.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 12/12/21 - 12/18/21:
- 0 posts were deleted for violating our COVID-19 and vaccine policies.
- 0 posts were labeled and demoted by third-party fact checkers for "false information".
- 0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 12/19/21 - 12/25/21:
- 0 posts was deleted for violating our COVID-19 and vaccine policies
- 0 posts were labeled and demoted by third-party fact checkers
- 2 posts were labeled and demoted upon review. Both were suggesting natural immunity by COVID-19 infection is superior to immunity by the COVID-19 vaccine.

Please let us know if you'd like to discuss. Thanks and enjoy the rest of the weekend.



███████ | ∞ Meta
US Public Policy
███████████

**From:** ███████ @fb.com>
**Date:** Friday, January 7, 2022 at 10:57 AM
**To:** Rowe, Courtney M. EOP/WHO <█████████who.eop.gov>, █████████who.eop.gov
<█████████who.eop.gov>, Manning, Tim W. EOP/WHO <█████████who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO <█████████who.eop.gov>, ██████ (HHS/OASH)
<███████hhs.gov>, ███████hhs.gov <████████hhs.gov>, ████████
███████fb.com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Morning,

MOLA_DEFSPROD_00007212

We'll send our latest updated Covid Insights top 100 report later today. I also wanted to send a quick update on the work we are doing to combat the Omicron wave. Happy to discuss any of these measures or anything else that might be on your minds. Ben—I'm running down your questions from yesterday and hope to have a response back later today as well.

Our approach continues to evolve on both vaccinations and the Omicron variant and booster vaccines:

• **Partner Campaigns:** We recently launched several campaigns with partners to bring authoritative information to users. This includes a campaign with Johns Hopkins University's Bloomberg School of Public Health and Ad Council, which is aimed at parents and encourages children's vaccines. We also launched a campaign encouraging eligible adults to get booster shots with the Bloomberg School of Public Health. Finally, we kicked off a flu vaccination campaign with the Mayo Clinic and Johns Hopkins University's Bloomberg School of Public Health.

• **Profile Frames:** In early December, we partnered with HHS to launch a new set of Facebook Profile Frames in both English and Spanish that encourage the COVID-19 booster vaccine. We have been promoting the adoption of these profile frames since mid-December, and continue to do so.

• **In Feed Promotions** - We are running promotions on Facebook in both English and Spanish highlighting content created by credible health and media organizations that share authoritative information about both Omicron and booster vaccine eligibility.

• **Ads:** We continue to work with HHS and CDC on utilizing what remains of the combined $30 million allocated in ad credits to raise awareness of the booster vaccine and communicate essential health information. Though HHS was unable to accept additional ad coupons, we are supporting national nonprofit organizations dedicated to communicating critical vaccine information.



| ∞ Meta
US Public Policy

**From:** ████ @fb.com>
**Date:** Wednesday, December 15, 2021 at 1:07 PM
**To:** Rowe, Courtney M. EOP/WHO ████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████ who.eop.gov>,
████ hhs.gov>, ████ hhs.gov ████ @hhs.gov>, ████
████ @fb.com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Hi Courtney—

Apologies for the delayed response. I want to make sure we aren't miscommunicating—and if you are thinking of a separate campaign other than the one we are currently deploying, I will run that to ground. We're taking a multi-prong approach to addressing the Omicron variant and encouraging people to get their booster vaccines, including:

• **Profile Frames:** On Wednesday, December 1, we partnered with HHS to launch a new set of Facebook Profile Frames that encourage the COVID-19 booster vaccine. The frames are in both English and Spanish, and allow users to share either that they've received their booster vaccine ("I Got My COVID-19 Booster") or to encourage getting the

MOLA_DEFSPROD_00007213

booster ("Let's Get Our Covid-19 Booster"). We have employed platform interventions to promote adoption of these frames and will continue to iterate.

- **In Feed Promotions** - We ran in feed promotions on Facebook in both English and Spanish, which share content created by credible health and media organizations about the Center for Disease Control recommendation for all eligible adults to get their booster vaccine.

- **Ads:** In partnership with HHS and Center for Disease Control, we are working to utilize their remaining ad credits to raise awareness of the booster vaccine and communicate essential health information.

- **Partner campaigns:** Next week, we are launching a campaign with Johns Hopkins University's Bloomberg School of Public Health that will encourage eligible adults to get booster shots. Additionally, our partnerships teams continue to encourage public figures and influencers to adopt the HHS Profile Frames, and we continue to explore ways of working together to activate these influencers in support of HHS/CDC recommendations.

- **Covid Information Center:** We worked with the Center for Disease Control to update language in the Covid Information Center's Frequently Asked Question section, ensuring it accurately mirrors current CDC/FDA recommendations regarding the new variant and the booster.

If there are efforts that you think could be helpful in addition to what we are doing above, I'd appreciate hearing from you and the team and I'll follow up with our teams to make sure we are doing what we can.



US Public Policy

**From:** Rowe, Courtney M. EOP/WHO <██████████@who.eop.gov>
**Date:** Monday, December 13, 2021 at 10:58 AM
**To:** ████████████fb.com>
**Cc:** Flaherty, Rob B. EOP/WHO <████████who.eop.gov>,
██████████hhs.gov ██████████hhs.gov>
██████████com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report – weeks of 10/31-11/13

Thanks █████ How long before you think you'll get the booster campaign off the ground? I saw coming weeks, but just wondering if you have a more firm timeline. I think pushing boosters is going to increasingly become more important given omicron

Sent from my iPhone

On Dec 13, 2021, at 10:40 AM, ██████████ @fb.com> wrote:

Morning—including the latest Covid Insights report here for your review. As always please let us know if you have any questions or would like to discuss anything related to our work.

MOLA_DEFSPROD_00007214

**From:** ██████████████b.com>
**Date:** Wednesday, December 1, 2021 at 1:50 PM
**To:** ████████who.eop.gov <████████████who.eop.gov>, ████████(HHS/OASH) <████████hhs.gov>, Rowe, Courtney M. EOP/WHO <████████who.eop.gov>, ████████hhs.gov <████████hhs.gov>
**Cc:** ██████████████fb.com>
**Subject:** Covid Insights Report – weeks of 10/31-11/13

Rob███ Courtney, ██████

Apologies for delay over the holiday weekend—sending our most recent Covid Insights report for weeks of 10/31-11/13.

We also wanted to provide you with a brief update on our work both on vaccines for children age 5-11, as well as our work on boosters.

**Youth/Week of Action**
- On the platform, we launched in-feed promotions featuring content in English and Spanish from authoritative health orgs and media about vaccine approval and safety for children ages 5-11. We are currently re-running this campaign. We also updated our COVID Information Center FAQ unit with the latest vaccine information regarding children ages 5-11.
- We are supporting Kaiser Family Foundation, Ad Council, and Direct Relief to run large-scale ad campaigns aimed at parents that answer questions about COVID-19 vaccines for children, some of which are available both in English and Spanish. We have encouraging results back from one of these campaigns indicating that it has helped increase perceptions that COVID-19 vaccines are safe and important for children.

**Boosters**
- In the coming weeks, we are launching a campaign with Johns Hopkins University's Bloomberg School of Public Health that will encourage eligible adults to get booster shots, particularly ahead of the holiday season.
- We're working with HHS on a new set of profile frames specifically encouraging people to get their booster vaccine. The new frames, which are available in both English and Spanish, will let you share your support for COVID-19 booster vaccines, and see that others you respect and care about are doing the same.

Separately, our teams are reviewing our strategy in light of the emerging Omicron variant of the virus. As additional guidance emerges from our authoritative health partners, we'll ensure that information is shared in surfaces like the COVID Information Center, as we've done recently with updating guidance on booster eligibility this week.

As always, please let me know if you have any questions. We'd be happy to schedule time to cover any of the content here.



US Public Policy

<12_10_21 - COVID-19 Insights [WIP].pdf>

MOLA_DEFSPROD_00007215

Case: 23-30445   Document: 43-2   Page: 366   Date Filed: 07/17/2023

Date Filed: 07/17/2023   Page: 367   Document: 43-2   Case: 23-30445

**From:** ██████████ fb.com]
**Sent:** 11/15/2021 12:16:27 AM
**To:** ██████ who.eop.gov; ███████ (HHS/OASH) | ███████ hhs.gov]; Rowe, Courtney (who.eop.gov) ██████ who.eop.gov]; ███████ (HHS/ASPA) ███████ hhs.gov]
**CC:** ████████ fb.com]
**Subject:** Covid Insights Report - weeks of 10/17-10/30
**Attachments:** 11_12 - COVID-19 Insights.pdf

Apologies for the late Sunday email—wanted to make sure to get you our latest Covid Insights Report for the weeks of 10/17-10/30. As always, please don't hesitate to reach out with any questions about the content included here or our ongoing efforts to provide information on the 5-11 vaccine.



██████ | ∞ Meta
US Public Policy

**From:** ██████ fb.com>
**Date:** Thursday, November 4, 2021 at 12:09 AM
**To:** ██████ who.eop.gov ███████ who.eop.gov>, ██████ hhs.gov>, Rowe, Courtney M. EOP/WHO <████ who.eop.gov>, ██████ hhs.gov <████████ hhs.gov>
**Cc:** ██████ fb.com>
**Subject:** Re: Covid Insights and plan for approval of kids vaccine

Rob, ████ Courtney, ████ —

We wanted to follow up and share what steps we've taken over the last several days as FDA and CDC approvals have now been granted:

- Last Friday, we updated our misinformation policies for COVID-19 vaccines to make clear they apply to claims about children -- for example, claims that the COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children. We're grateful to our partners at the CDC for helping get these debunked in advance of the announcement, and we look forward to staying connected on emerging COVID misinformation trends.
- This morning, we launched in-feed promotions featuring content in English and Spanish from authoritative health orgs and media about vaccine approval and safety for children ages 5-11. We have included images of example promotions below. We plan to continue promoting this content through the Week of Action.

Additionally, we are in the process of updating content in the COVID Information Center with the latest vaccine information regarding children ages 5-11. We also published a News Room Post detailing how we're supporting the roll out of children's vaccines here. As a reminder, we plan to go bigger and louder over the Week of Action, as detailed in our previous email. Please let us know if you have any questions.

Thanks,

MOLA_DEFSPROD_00007239

Case: 23-30445      Document: 43-2      Page: 368      Date Filed: 07/17/2023



| | |
|---|---|
| ☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location. | ☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location. |

☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Get Outlook for iOS

**From:** ▮▮▮▮▮▮ fb.com>
**Sent:** Friday, October 29, 2021 5:12 PM
**To:** ▮▮▮▮▮ rho.eop.gov; ▮▮▮▮▮ (HHS/OASH); Rowe, Courtney M. EOP/WHO; ▮▮▮▮▮ hhs.gov



MOLA_DEFSPROD_00007240

Cc: 

**Subject:** Covid Insights and plan for approval of kids vaccine

Rob, Courtney, 

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

## Once FDA Approval Goes into Effect (Date TBD)

- Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.
- As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.
- As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

## Week of Action (Nov 15-21)

- Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.
- Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.
- Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11. We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

 and team

MOLA_DEFSPROD_00007241

Case: 23-30445      Document: 43-2      Page: 370      Date Filed: 07/17/2023

MOLA_DEFSPROD_00007242

**From:** ▓▓▓▓▓▓▓▓▓▓ fb.com]
**Sent:** 10/31/2021 4:43:30 PM
**To:** ▓▓▓▓▓▓ (HHS/OASH) ▓▓▓▓@hhs.gov]
**Subject:** Fwd: not even sure what to say at this point

**Flag:** Follow up

—we had heard from Rob Thursday as well regarding Thursday's wapo story (my response below). I saw the Surgeon General's reaction on Twitter—we want to make sure you and he have the context necessary as we feel strongly that the claims made in the story are not accurate, especially considering that we had discussed many of the studies referenced during our briefings.

Please let me know if you'd have time for a longer conversation next week.

Thanks,

▓▓▓▓▓

Get Outlook for iOS

**From:** ▓▓▓▓▓▓▓▓ @fb.com>
**Sent:** Thursday, October 28, 2021 11:58 AM
**To:** Flaherty, Rob R. EOP/WHO
**Subject:** Re: not even sure what to say at this point

Hey—nothing in the story is inconsistent with what we briefed on. The studies referenced in the story were all done early and were not in any way considered to be methodologically appropriate for sharing. We referenced these in briefings and also talked about why we were not comfortable using this type of data because it's unreliable. This has been a fundamental disagreement to be sure in terms of data you have asked for and data that we have said is best used to depict the scope of the issue. But we've been open about that. A number of these studies cited in the story were specifically referenced during our briefings. Happy to get on the phone to walk through why this story is not accurate—like much of the coverage in recent days it relies on cherry picked data that portrays a specific narrative. In the meantime, here's the statement we just released:

"The studies cited were in no way definitive, which is why we did not share them as if they were. They were early directional analyses meant to give guidance to product and policy teams on where we could improve our defenses against harmful vaccine misinformation. We improved our policies based in part on those analyses and communicated those steps to policymakers and the public. As VP of Integrity ▓▓▓▓▓▓ noted in August, measuring prevalence of a specific type of content on our platform takes years of work - especially on a topic as dynamic as vaccine misinformation - which is why no company has to date been able to share that data."

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ▓▓▓▓▓▓ @who.eop.gov>
**Sent:** Thursday, October 28, 2021 10:09:04 AM
**To:** ▓▓▓▓▓▓ fb.com>
**Subject:** not even sure what to say at this point

https://www.washingtonpost.com/technology/2021/10/28/facebook-covid-misinformation/

MOLA_DEFSPROD_00007246

Case: 23-30445   Document: 43-2   Page: 371   Date Filed: 07/17/2023

**Rob Flaherty**
Director of Digital Strategy
The White House

Case: 23-30445     Document: 43-2     Page: 372     Date Filed: 07/17/2023

MOLA_DEFSPROD_00007247

From: ▉▉▉▉▉▉▉▉ fb.com]
Sent: 10/29/2021 5:12:35 PM
To: ▉▉▉▉▉▉ who.eop.gov; ▉▉▉▉ (HHS/OASH) ▉▉▉▉ hhs.gov]; Rowe, Courtney (who.eop.gov) [▉▉▉▉▉▉ who.eop.gov]; ▉▉▉▉ (HHS/ASPA) [▉▉▉ hhs.gov]
CC: ▉▉▉▉▉ fb.com]
Subject: Covid Insights and plan for approval of kids vaccine
Attachments: 10_29 - COVID-19 Insights.pdf

Rob, Courtney, ▉▉▉▉▉▉

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

**Once FDA Approval Goes into Effect (Date TBD)**
• Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.
• As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.
• As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

**Week of Action (Nov 15-21)**
• Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.
• Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.
• Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11. We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

MOLA_DEFSPROD_00007248

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

 and team

Case: 23-30445      Document: 43-2      Page: 374      Date Filed: 07/17/2023

MOLA_DEFSPROD_00007249



**From:** ███████ fb.com]
**Sent:** 10/20/2021 8:55:39 AM
**To:** Flaherty, Rob R. EOP/WHO [████████who.eop.gov];
**CC:** Clarke.Humphrey ███████who.eop.gov); Tom, Christian L. EOP/WHO ████████who.eop.gov);
███████HHS/OASH) ███████hhs.gov); Rowe, Courtney (who.eop.gov) ███████who.eop.gov);
███████(HHS/IOS) ███████bhhs.gov); Qureshi, Hoor A. EOP/WHO ████████who.eop.gov);
███████fb.com]
**Subject:** Re: Kids Vaccines

Thanks Rob—we'd welcome the opportunity.   Adding ███████ on our end to help coordinate.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO ███████who.eop.gov>
**Sent:** Tuesday, October 19, 2021 12:30:07 PM
**To:** ███████fb.com>
**Cc:** Humphrey, Clarke E. EOP/WHO ███████who.eop.gov>; Tom, Christian L. EOP/WHO
███████who.eop.gov>; ███████(HHS/OASH) ███████hhs.gov>; Rowe, Courtney M. EOP/WHO
███████who.eop.gov>; ███████(HHS/IOS) ███████hhs.gov>; Qureshi, Hoor A. EOP/WHO
███████who.eop.gov>
**Subject:** Kids Vaccines

███████ -Related to your previous email, thought it might be helpful for us to connect on what the admin's plans are for the 5-11 vaccine roll out. We'd like to talk about what we're seeing as the biggest headwinds we're going to face, and discuss what you all are planning as we move into this next phase. We remain concerned about mis-and-disinformation on feed and in groups, and the wide reach of hesitancy-inducing content across your platform. With that said, we hope - - as ever -- that this will be a productive and forward-looking conversation.

Hoor can help wrangle times on our end, if you've got some times on yours this week or early next.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
███████

MOLA_DEFSPROD_00007250

Case: 23-30445      Document: 43-2      Page: 376      Date Filed: 07/17/2023

**From:** ▓▓▓▓▓▓▓▓▓▓ fb.com]
**Sent:** 9/21/2021 2:15:04 PM
**To:** Flaherty, Rob R. EOP/WHO [▓▓▓▓▓▓ who.eop.gov]
**CC:** ▓▓▓▓▓▓ (HHS/OASH) ▓▓▓▓▓ hhs.gov];Rowe, Courtney (who.eop.gov) [▓▓▓▓▓▓ who.eop.gov];
DJ Patil ▓▓▓▓▓ gmail.com]
**Subject:** Re: [EXTERNAL] Covid Insight Report

Understood Rob—we will circle back over the next few days to brief.

**From:** Flaherty, Rob R. EOP/WHO <▓▓▓▓▓▓ who.eop.gov>
**Date:** Saturday, September 18, 2021 at 2:54 PM
**To:** ▓▓▓▓▓▓ fb.com>
**Cc:** ▓▓▓▓▓ (HHS/OASH) <▓▓▓▓▓ hhs.gov>, Rowe, Courtney M. EOP/WHO
<▓▓▓▓▓ who.eop.gov>, DJ Patil ▓▓▓▓ gmail.com>
**Subject:** Re: [EXTERNAL] Covid Insight Report

Happy to talk about it, ▓▓▓ Would be interested to see, as we have long asked for, how big the problem is, what
solutions you're implementing, and how effective they've been.

Sent from my iPhone

On Sep 18, 2021, at 2:52 PM, ▓▓▓▓▓▓ fb.com> wrote:

▓ and team,

Including the latest version of our report here.

I'm sure you also saw yesterday's story in the WSJ about the spread of COVID-19 misinformation in
comments on Facebook. The story – largely based on cherry-picked leaked documents, doesn't
accurately represent the problem or the solutions we have put in place to make comments on posts
about COVID and vaccines safer. I know that we've discussed this many times over the past several
months and I'd be happy to schedule a call to discuss in greater detail. Please let me know if that
would be of interest.

In the meantime I'm also sharing a post we published today from ▓▓ addressing the WSJ series in
full. Link to that post is here.

As always please let me know if you have any questions.

Thanks,

▓▓▓▓

**From:** ▓▓▓▓▓ (HHS/OASH) <▓▓▓▓▓ @hhs.gov>
**Date:** Tuesday, September 7, 2021 at 5:11 PM
**To:** ▓▓▓▓▓▓ fb.com>, ▓▓▓▓▓ who.eop.gov <▓▓▓▓▓▓ who.eop.gov>, Rowe,

MOLA_DEFSPROD_00007258

Courtney (who.eop.gov) <████████████who.eop.gov>, DJ Patil ███████gmail.com>
**Subject:** RE: Covid Insight Report

Thanks so much for sharing this, ████ DJ and I connected last week and he should be reaching out with timing soon (me or someone from my team would join him as well).

Thanks!

**From:** ████████████fb.com>
**Sent:** Tuesday, September 7, 2021 10:03 AM
**To:** ████████(HHS/OASH) ████████hhs.gov>; ████████who.eop.gov; Rowe, Courtney (who.eop.gov) ████████who.eop.gov>; DJ Patil ███████gmail.com>
**Subject:** Covid Insight Report

Good morning—apologies that this is coming after the holiday weekend. Attaching our latest Covid Insights report. Happy to schedule time to discuss at your convenience.

████ and DJ—would also love to follow up on nailing down our meeting to discuss data transparency—let me know if there's anything I should be doing to move that along.

Thanks,

████

**From:** ████████fb.com>
**Date:** Saturday, August 21, 2021 at 1:10 PM
**To:** ████████(HHS/OASH) ████████hhs.gov>, ████████who.eop.gov ████████who.eop.gov>, Rowe, Courtney M. EOP/WHO ████████who.eop.gov>
**Subject:** Covid Insight Report - 8/20

████Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

████

<9_17 - COVID-19 Insights.pdf>

MOLA_DEFSPROD_00007259

Case: 23-30445   Document: 43-2   Page: 377   Date Filed: 07/17/2023

From: ███████████ fb.com]
Sent: 8/17/2021 5:27:28 PM
To: ███████ (HHS/OASH) [███████hhs.gov]; ███████ostp.eop.gov; DJ Patil (███████gmail.com]
CC: ███████ fb.com]
Subject: Re: Follow up - data discussion

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding.   Can we find time for our teams to get together soon?

Get Outlook for iOS

From: ███████████ fb.com>
Sent: Friday, August 6, 2021 9:02:07 PM
To: ███████ (HHS/OASH) <███████hhs.gov> ███████ostp.eop.gov
<███████ostp.eop.gov>; DJ Patil <███████gmail.com>
Cc: ███████████ fb.com> ███████fb.com>
Subject: Re: Follow up - data discussion

Thanks ███████

Appreciate you connecting us to DJ here—and look forward to scheduling time for a longer conversation around data per our last meeting. DJ—let me know what would work best on your end. Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

From: ███████████ (HHS/OASH) <███████@hhs.gov>
Sent: Friday, August 6, 2021 4:07 PM
To: ███████████ostp.eop.gov; DJ Patil
Cc: ███████████
Subject: RE: Follow up - data discussion

Hi Brian,

Hope your week has been going well. I wanted to loop DJ in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also ███████—I know on the call with ███████ he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,

███████

MOLA_DEFSPROD_00007271

Case: 23-30445        Document: 43-2        Page: 379        Date Filed: 07/17/2023

**From:** ███████████ fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** ███████ (HHS/OASH) <██████████ hhs.gov>; ████████████ ostp.eop.gov
**Cc:** ████████████ fb.com>
**Subject:** Re: Follow up - data discussion

████—making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days.  Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." ████████

**From:** ███████ (HHS/OASH) ████████ @hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** ██████████ fb.com>, ████████ ostp.eop.gov ████████████ ostp.eop.gov>
**Cc:** ████████████ fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

**From:** ███████████ fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** ███████ (HHS/OASH) ██████████ hhs.gov>; ████████████ ostp.eop.gov
**Cc:** ████████████ fb.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks ████completely understand why you would have been a little busy this week!  Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

**From:** ███████ (HHS/OASH) ███████████ hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** ██████████ fb.com>; ████████ ostp.eop.gov <████████████ ostp.eop.gov>
**Cc:** ████████████ fb.com>
**Subject:** RE: Follow up - data discussion

Hey████

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week(!). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, DJ is out on leave for the rest of this week, so trying to sync calendars].

All the best,

MOLA_DEFSPROD_00007272



**From:** ███████████ fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** ████████ (HHS/OASH) ██████████ hhs.gov> ████████ ostp.eop.gov
**Cc:** ████████████ fb.com>
**Subject:** Follow up - data discussion

Hi ████ and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below—look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."

**From:** ████████████ fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** ████████ (HHS/OASH) ██████████ hhs.gov>
**Cc:** ████████████ fb.com>
**Subject:** Re: Message from ████████

Hi ████ just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and DJ, and whomever else might make sense.

**From:** ████████████ fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** ████████ (HHS/OASH) ██████████ @hhs.gov>
**Cc:** ████████████ fb.com>
**Subject:** Re: Message from ████████

MOLA_DEFSPROD_00007273

Case: 23-30445    Document: 43-2    Page: 380    Date Filed: 07/17/2023

██—let me know if it makes sense to sync on next steps? Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

**From:** ███████████ fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** ██████████ fb.com>   ██████ (HHS/OASH) <██████ hhs.gov>
**Cc:** ██████████ fb.com>,   ██████ (HHS/OASH)   ███ hhs.gov>
**Subject:** Re: Message from

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

**From:** ███████████ fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** ██ (HHS/OASH) <█████ hhs.gov>   ████████████
**Cc:** ████████████ fb.com>,   ████████ fb.com>,   ████████████
████ hhs.gov>
**Subject:** Message from

Dear ████ (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to DJ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms—ours and others – if we are going to make progress in a consistent and sustained manner.

Case: 23-30445   Document: 43-2   Page: 381   Date Filed: 07/17/2023

MOLA_DEFSPROD_00007274

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. ▮▮▮▮ will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next session with DJ, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes



MOLA_DEFSPROD_00007275

Case: 23-30445      Document: 43-2      Page: 382      Date Filed: 07/17/2023

**From:** ████████████████ fb.com]
**Sent:** 8/10/2021 1:18:09 PM
**To:** Flaherty, Rob R. EOP/WHO [ ████████ who.eop.gov]; ████ (HHS/OASH) ████████ hhs.gov]
**CC:** ████████@fb.com]; ████████fb.com]; ████████fb.com];
████████fb.com]
**Subject:** Re: Quick call today?
**Attachments:** Facebook - July 2021 CIB Report[68].pdf

Rob and ████—thanks again for making time. Including the report here for your review—let us know if you have any questions.

**From:** ████████ fb.com>
**Date:** Tuesday, August 10, 2021 at 11:59 AM
**To:** Flaherty, Rob R. EOP/WHO < ████████ who.eop.gov>, ████████ (HHS/OASH)
████████ hhs.gov>
**Cc:** ████████.com>, ████████ fb.com>, ████████
████████ fb.com>, ████████@fb.com>
**Subject:** Re: Quick call today?

Great—adding ████ who can circulate an invite for 1245 today. Appreciate the quick response.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ████████ who.eop.gov>
**Sent:** Tuesday, August 10, 2021 11:38:54 AM
**To:** ████ (HHS/OASH) ████████ hhs.gov>; ████████ fb.com>
**Cc:** ████████ fb.com>; ████████ fb.com>
**Subject:** RE: Quick call today?

Same here, actually.

**From:** ████ (HHS/OASH) ████████ hhs.gov>
**Sent:** Tuesday, August 10, 2021 11:17 AM
**To:** ████████ fb.com>; Flaherty, Rob R. EOP/WHO < ████████ who.eop.gov>
**Cc:** ████████@fb.com>; ████████ fb.com>
**Subject:** RE: Quick call today?

12:30pm-1:15pm has a window. Any breaks there?

**From:** ████████ fb.com>
**Sent:** Tuesday, August 10, 2021 10:23 AM
**To:** ████ (HHS/OASH) ████████ hhs.gov>; ████████ who.eop.gov
**Cc:** ████████ fb.com>; ████████ fb.com>
**Subject:** Quick call today?

████ and Rob—would one of you have time for a quick call so we can read you in on an announcement we will make early this afternoon related to an operation we uncovered that is related to vaccine misinformation? Shouldn't take more than 15 minutes.

Get Outlook for iOS

Case: 23-30445   Document: 43-2   Page: 383   Date Filed: 07/17/2023

MOLA_DEFSPROD_00007276

**From:** ██████████ fb.com]
**Sent:** 7/19/2021 1:34:04 PM
**To:** ██████████ hhs.gov]
**CC:** ██████████ fb.com]; ██████████ ██████████ fb.com]; ██████████
██████████ hhs.gov]; ██████████ fb.com]; ██████████ b.com]
**Subject:** Re: Message from ██████████

Hi ████

Thanks so much for getting back to me — really appreciate that.

Adding ██████████ here to liaise with your office to find a time asap which is convenient for you — I'm in Spain
right now but hopefully time differences can be navigated so that we speak soon enough.

All best

████████

**From:** "Murthy, Vivek (HHS/OASH)" ██████████████████████████
**Date:** Monday, July 19, 2021 at 3:29 PM
**To:** ██████████ b.com>
**Cc:** ██████████ fb.com>, ██████████ hhs.gov>, ██████████
██████████ hhs.gov>
**Subject:** Re: Message from ██████████

Hi ████

Thanks for reaching out and for sharing your concerns. I know the last few days have been challenging. I'd be happy to
speak directly about how we move forward. Let me know the best way to schedule some time later this week and we'll
make it happen.

Best wishes and will talk soon,

████████

--

██████████████████████████████████████

The information in this e-mail and its attachments are confidential, pre-decisional and deliberative. Contents may include sensitive information and are for official use
only. If you are not the original intended recipient, please delete the content and notify the sender.

**From:** ██████████ fb.com>
**Sent:** Friday, July 16, 2021 5:43 PM
**To:** Murthy, Vivek (HHS/OASH)
**Cc:** ██████████ fb.com>
**Subject:** Message from ██████████

Dear ████

MOLA_DEFSPROD_00006848

Reaching out after what has transpired over the past few days following the publication of the misinformation advisory, and culminating today in the President's remarks about us. I know our teams met today to better understand the scope of what the White House expects from us on misinformation going forward.

In our previous conversations I've appreciated the way you and your team have approached our engagement, and we have worked hard to meet the moment — we've dedicated enormous time and resources to fighting this pandemic and consider ourselves to be partners in fighting the same battle. Certainly we understand (and have understood for some time) that there is disagreement on some of the policies governing our approach and how they are being enforced – even as your team has acknowledged the unprecedented scale of our efforts to provide authoritative information to millions of Americans and to help them get vaccinated. But I thought the way we were singled out over the past few days has been both surprising and misleading, and I believe unproductive to our joint efforts too.

I would appreciate the opportunity to speak directly to discuss a path forward with you and how we can continue to work toward what I sincerely believe are shared goals.

Yours



MOLA_DEFSPROD_00006849

| From: | ███████████fb.com] |
|---|---|
| Sent: | 8/20/2021 3:08:20 PM |
| To: | ████████████████████hhs.gov] |
| CC: | ████████████████hhs.gov]██████gmail.com;███████████fb.com] |
| Subject: | Facebook Covid actions |

Dear ████████

Many thanks again for the recent opportunity to discuss our Covid related work. You asked for an update on existing and new steps that Facebook is taking. As you know, Facebook takes its responsibility during this prolonged, unprecedented public health crisis extremely seriously. In light of our conversation we have been reviewing our efforts to combat COVID-19, and are eager to continue working towards our shared goal of helping more people get vaccinated and limiting the spread of harmful misinformation.

The White House described four recommendations to social media platforms in July, which cover access to authoritative information, enforcement and speed of enforcement, and transparency. Those are priorities we have shared throughout the COVID-19 pandemic. In this update, we describe both our historic actions in these areas, as well as new information on boosting access to authoritative information, and further policy work to enable stronger action against persistent distributors of vaccine misinformation. Finally, as agreed at our last meeting, we remain eager to meet with you and/or your team about our ideas regarding data that could potentially be shared with the public.

**Elevating access to better information**
We continue to review, experiment and adapt to find better ways to increase access to quality information, as we have done since the start of the pandemic:
•      We have heard your and others' concern that people should be better able to access authoritative information on our platform. We agree, and have already taken action to make it easier for people to find more authoritative and trusted information in News Feed. We would be happy to describe these efforts to you in a specific briefing.
•      We continue to help people directly access accurate information through the COVID Information Center, and will keep adding to this as the situation evolves and especially as guidance for various populations is updated – including when children should get vaccinated, and when the already vaccinated should be getting boosters.
•      So far we have connected over 2 billion people globally with resources about COVID, and in the US alone we've helped over 4 million people get vaccinated through our Vaccine Finder, which connects them with appointment information, directions, and contact information.
•      We're continuing to refine how we help health partners reach communities with less access to information or lower vaccination rates, leveraging the CDC's Social Vulnerability Index and other resources to reach those populations with high-quality, authoritative information.

**Limiting Potentially Harmful Information**
We continue to improve and refine measures that reduce the spread of potentially harmful content and limit the distribution of actors who share misleading information about COVID and the vaccine:
•      We will shortly be expanding our COVID policies to further reduce the spread of potentially harmful content on our platform. These changes will apply across Facebook and Instagram.
o        We are increasing the strength of our demotions for COVID and vaccine-related content that third party fact checkers rate as "Partly False" or "Missing Context." That content will now be demoted at the same strength that we demote any content on our platform rated "False."
o        We are making it easier to have Pages/Groups/Accounts demoted for sharing COVID and vaccine-related misinformation by also counting content removals under our COVID and vaccine-related Community Standards violations towards their demotion threshold.
o        Any entity linked to another entity that is removed for violating our COVID or vaccine misinformation policies will be rendered "non-recommendable" on our platform.
o        Lastly, we will also be strengthening our existing demotion penalties for websites that are repeatedly fact-checked for COVID and vaccine misinformation content shared on our platform.  Together, we intend for these policies to further limit the traction that misinformation can get on our platform.

MOLA_DEFSPROD_00007023

- To date, we've removed over 20 million pieces of content for COVID- and vaccine-related misinformation. We've also taken action against people who repeatedly post content that violates our policies. Since the beginning of the pandemic, we have removed over 3,000 accounts, Pages, and groups for repeatedly violating our rules against spreading COVID and vaccine misinformation.
- We've specifically investigated the people sometimes identified in the media as the 'Disinfo Dozen'. We've applied penalties to some of their website domains as well so any posts, including their website content, are moved lower in News Feed. The remaining accounts associated with these individuals are not posting content that breaks our rules, have only posted a small amount of violating content, which we've removed, or are simply inactive. In fact, these 12 people are responsible for about just 0.05% of all views of vaccine-related content on Facebook. This includes all vaccine-related posts they've shared, whether true or false, as well as URLs associated with these people. In total we have removed three dozen Pages, groups and Facebook or Instagram accounts linked to these 12 people, including at least one linked to each of the 12 people, for violating our policies.
- We continue to notify people when content that they have interacted with is removed for violating our policies on COVID and vaccines.
- We have implemented and continue to experiment with signals that we can use -- around specific kinds of sharing behavior, specific page types, and specific types of language, among other factors -- to demote content that we predict will contain low quality information.

## Increasing Transparency

We will continue to seek to ensure the actions we are taking (as well as misses) are apparent and discernible by people who don't work at Facebook. We are especially keen to discuss with you what form shared data could take in order to be most valuable to analysts and researchers, both inside and outside of government.

In terms of what we're doing now:
- We already have a wide amount of data available for analysis through our academic partnerships like FORT, but we are keenly aware that more kinds of data, or more specific cuts, may be valuable to the people actively looking to study this area more closely. We also share data with the public through our quarterly Community Standards Enforcement Report releases, most recently this past Wednesday, and have also just launched a Widely View Content Report to further increase transparency with the public.
- We are currently deep in internal discussions to identify the best ways we can share with the public information about some of the most widely viewed content on Facebook. We're actively considering how we can best share that information so that it is valuable to the public and to researchers, which to the best of our knowledge no other company provides.
- We're also looking at ways we can produce more data and deeper data sets that can create richer opportunities for researchers to analyse the reach of various kinds of content.
- We have examined the distribution patterns of the so-called 'Disinfo Dozen' (as above - https://about.fb.com/news/2021/08/taking-action-against-vaccine-misinformation-superspreaders/ ).
- To advance public understanding of how social media and behavioral sciences can be leveraged to improve the health of communities around the world, we've supported researchers attempting to understand social media's role in the ongoing pandemic. One report has already been published, and we are pleased to see that social media can have positive impacts on public health needs. There are other researchers we are supporting, and look forward to reviewing their work as it is completed and peer reviewed.
- While separate from the issue of content online, researchers are also able to access our COVID-19 Trends and Impact Survey, which is a global survey gathering insights about symptoms, testing, mask-wearing, social distancing, mental health, vaccine acceptance, reasons for vaccine hesitancy, and more. We believe this is the largest public health survey in history. Over 70 million responses from more than 200 countries and territories have been collected, and the data can be broken down by self-reported demographic information like gender and race as well as by hyper-local geographic regions. The data is available in near real-time and is collected off-platform by academic partners at the University of Maryland (UMD) and Carnegie Mellon University (CMU). Academic and nonprofit researchers are able request access to non-public, non-aggregated survey data for their research.

I hope this is a useful update, pending further work and discussions we will continue to update you and your teams and we are happy to meet and discuss any of the work we have outlined here. Please do not hesitate to reach out to me or my team with any further questions.

Best wishes,



MOLA_DEFSPROD_00007024

Case: 23-30445   Document: 43-2   Page: 388   Date Filed: 07/17/2023

MOLA_DEFSPROD_00007025

Case: 23-30445   Document: 43-2   Page: 389   Date Filed: 07/17/2023

From: ███████████ fb.com]
Sent: 7/10/2021 8:00:40 AM
To: ███████████y@hhs.gov]
CC: Slavitt, Andrew M. ███████████ who.eop.gov]; ███████████ fb.com]
Subject: Re: Facebook Covid report
Attachments: 7_8 - COVID-19 Insights.pdf

Dear ████

Attached is the latest Covid report covering the most recent two week period for which we have stats etc. I understand from ████ that my team is meeting with yours next week to delve deeper into our covid misinformation efforts. As always, please don't hesitate to reach out when/if needed.

All best



From: ███████████ @fb.com>
Date: Friday, June 25, 2021 at 11:19 PM
To: ███████████y@hhs.gov>
Cc: 'Slavitt, Andrew M. ███████████who.eop.gov>, ███████████fb.com>
Subject: Facebook Covid report

Dear ████

Attached is the latest Covid report covering the past two weeks.  As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments and childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best



MOLA_DEFSPROD_00007028

Case: 23-30445      Document: 43-2      Page: 390      Date Filed: 07/17/2023

| From: | ██████████ fb.com] |
|---|---|
| Sent: | 6/25/2021 6:19:30 PM |
| To: | ██████████ @hhs.gov] |
| CC: | Slavitt, Andrew ██████████ who.eop.gov]; ██████████ fb.com] |
| Subject: | Facebook Covid report |
| Attachments: | 6_25 – COVID-19 Insights.pdf |

Dear 

Attached is the latest Covid report covering the past two weeks.  As always, happy to answer any questions you might have with respect to the report's contents.

Additionally, I want to highlight two vaccine-related efforts that launched this week:

The first is the WhatsApp chat bot we launched with the CDC. This Spanish-language bot not only surfaces local vaccine appointments, it also links users with free Uber/Lyft rides to their appointments and childcare availability nearby. We're excited by the impact this will have on the LatinX vaccination rate.

Second, I wanted to share that we launched a notification to every Instagram user in the United States encouraging them to visit vaccines.gov. After months of state-specific notifications to IG's +150M users in the US, this is Instagram's first push to vaccines.gov. Based on the demographics of Instagram, we're looking forward to reaching the nation's youth and to having a positive impact on their vaccination rates.

Thanks and please don't hesitate to reach out.

Best



MOLA_DEFSPROD_00007029

| | |
|---|---|
| **From:** | ██████████████ fb.com] |
| **Sent:** | 6/12/2021 9:28:58 PM |
| **To:** | ██████████████ @hhs.gov] |
| **CC:** | ██████████ who.eop.gov]; ██████████████ fb.com] |
| **Subject:** | Facebook bi-weekly covid content report |
| **Attachments:** | 6_11 - COVID-19 Insights.pdf |

Dear ███████

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

██████████

Case: 23-30445       Document: 43-2       Page: 391       Date Filed: 07/17/2023

MOLA_DEFSPROD_00007030

Date Filed: 07/17/2023      Page: 392      Document: 43-2      Case: 23-30445

| From: | ███████████ fb.com] |
|-------|---------------------|
| Sent: | 5/28/2021 5:48:14 PM |
| To:   | Slavitt, Andrew M. EOP/WHO ███████████ who.eop.gov]; ██████████████ @hhs.gov] |
| CC:   | ███████████ fb.com] |
| Subject: | Message from ███████ |
| Attachments: | 5_28 - COVID-19 Insights.pdf |

Dear Andy, dear ████ (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70 %->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale on line campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**
- *Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame.* Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.
- *Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.* We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.
- *Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide—increased belief in key facts about vaccine safety and testing by 3% across 5 countries.* We've directed 2B+

MOLA_DEFSPROD_00007031

people to expert health resources through the Covid Info Center, which in the US includes information from local county-level public health departments. We observed a particularly large increase in vaccine acceptance within certain populations in the US. Vaccine acceptance increased 26% among Black adults and 14% among Hispanic adults.

- ***Equity: We're more frequently reaching people in areas with lower vaccination rates using CDC's Social Vulnerability Index.*** We are partnering with a wide range of organizations to deliver trusted, accessible messages; Spanish-language campaigns from AARP and Johns Hopkins University's Bloomberg School of Public Health; and CARE US for conservative audiences. Our work to promote information on how to get a vaccine to high-SVI zip codes increased confidence that people in those zip codes have in being able to get a vaccine.

**This builds on work—and uses similar strategies—to what we did over the last few years to support flu vaccination, mask wearing, blood donation, and voting, all of which also had meaningful population-level positive impact.**

- *Flu Vaccination:* We employed similar strategies with partners around a major flu vaccination campaign last fall. These reached 10s of millions of people in the US; some of these campaigns increased perceived safety or intent by 3-5%.
- *Mask Wearing:* Social normalization campaigns reaching millions of people featuring trusted public figures increased mask wearing behavior and attitudes by 3-8%. This included the "You Will See Me" campaign from CDC Foundation/Ad Council. Note that mask wearing attitudes and reported behaviors increased dramatically since early spring 2020, and by summer the vast majority of all people in the US reported wearing masks, a trend mirrored in CMU's large-scale survey of Facebook users.
- *Blood Donations:* Our blood donations product—which notifies people nearby about opportunities to donate blood, and makes it easy for them to find a schedule an appointment—increased first time donors across the US by 19% when we rolled it out across sites from the American Red Cross, Vitalant, Versiti, and New York Blood Centers.

We think there's considerably more we can do in partnership with you and your teams to drive behavior. We're also committed to addressing the defensive work around misinformation that you've called on us to address. But we don't want to miss the full story of Facebook's impact on attitudes toward vaccine acceptance—we believe our work is paying real dividends in the form of more people getting shots, and we believe data bears this out. We're eager to find additional ways to partner with you.

All my best wishes,

Case: 23-30445      Document: 43-2      Page: 393      Date Filed: 07/17/2023

MOLA_DEFSPROD_00007032

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** 6/14/2021 3:34:01 AM
**To:** ▮▮▮▮▮▮▮▮ fb.com]
**CC:** Slavitt, Andrew M. ▮▮▮▮▮▮▮ who.eop.gov]; ▮▮▮▮▮▮▮▮▮ fb.com];
▮▮▮▮▮▮▮▮ hhs.gov]

**Subject:** Re: Facebook bi-weekly covid content report

Many thanks for sharing this ▮▮ I'll look forward to reviewing it.

Hope you're keeping well,

▮▮▮▮▮

Sent from my iPhone

On Jun 12, 2021, at 9:29 PM, ▮▮▮▮▮▮▮▮ fb.com> wrote:

Dear ▮▮▮

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

▮▮▮▮

<6_11 - COVID-19 Insights.pdf>

MOLA_DEFSPROD_00007033

Case: 23-30445    Document: 43-2    Page: 394    Date Filed: 07/17/2023

Date Filed: 07/17/2023   Page: 395   Document: 43-2   Case: 23-30445

**From:** ▮▮▮▮▮▮ fb.com]
**Sent:** 8/31/2021 3:43:19 PM
**To:** ▮▮▮▮ (HHS/OASH) ▮▮▮▮ hhs.gov]
**Subject:** Re: Facebook Covid actions

**Flag:** Follow up

Hi ▮—hope you're well. Just checking back in on setting a potential meeting—don't want it to fall through the cracks on our end.

Thanks—look forward to being in touch.

▮▮▮▮

**From:** ▮▮▮▮ (HHS/OASH) ▮▮▮▮ @hhs.gov>
**Date:** Monday, August 23, 2021 at 10:38 AM
**To:** ▮▮▮▮ fb.com>
**Subject:** RE: Facebook Covid actions

Hi ▮▮▮

Thanks so much for following up. I'll circle with ▮ and the team. Definitely want to keep moving the ball forward.

Best,

▮▮▮

**From** ▮▮▮▮ fb.com>
**Sent:** Friday, August 20, 2021 4:11 PM
**To:** ▮▮▮▮ (HHS/OASH) <▮▮▮▮ hhs.gov>
**Subject:** Fwd: Facebook Covid actions

Hi ▮—following up just with you. We wanted to make sure to get you our latest plan within the two week window that you requested, but this represents a snapshot of where we are today, not a final destination. We're continuing to look for ways to be responsive, and would very much like to schedule time with ▮ to cover possible approaches for increased transparency.

Let me know if helpful to connect.

Thanks and have a good weekend.

▮▮▮

Get Outlook for iOS

**From:** ▮▮▮▮ fb.com>
**Sent:** Friday, August 20, 2021 3:08:20 PM
**To:** ▮▮▮▮ hhs.gov>
**Cc:** ▮▮▮▮ (HHS/OASH) ▮▮▮▮ hhs.gov>; ▮▮▮▮ gmail.com ▮▮▮▮ gmail.com>; ▮▮▮▮ fb.com>
**Subject:** Facebook Covid actions

MOLA_DEFSPROD_00007265

Dear Surgeon General

Many thanks again for the recent opportunity to discuss our Covid related work. You asked for an update on existing and new steps that Facebook is taking. As you know, Facebook takes its responsibility during this prolonged, unprecedented public health crisis extremely seriously. In light of our conversation we have been reviewing our efforts to combat COVID-19, and are eager to continue working towards our shared goal of helping more people get vaccinated and limiting the spread of harmful misinformation.

The White House described four recommendations to social media platforms in July, which cover access to authoritative information, enforcement and speed of enforcement, and transparency. Those are priorities we have shared throughout the COVID-19 pandemic. In this update, we describe both our historic actions in these areas, as well as new information on boosting access to authoritative information, and further policy work to enable stronger action against persistent distributors of vaccine misinformation. Finally, as agreed at our last meeting, we remain eager to meet with you and/or your team about our ideas regarding data that could potentially be shared with the public.

**Elevating access to better information**
We continue to review, experiment and adapt to find better ways to increase access to quality information, as we have done since the start of the pandemic:
- We have heard your and others' concern that people should be better able to access authoritative information on our platform. We agree, and have already taken action to make it easier for people to find more authoritative and trusted information in News Feed. We would be happy to describe these efforts to you in a specific briefing.
- We continue to help people directly access accurate information through the COVID Information Center, and will keep adding to this as the situation evolves and especially as guidance for various populations is updated – including when children should get vaccinated, and when the already vaccinated should be getting boosters.
- So far we have connected over 2 billion people globally with resources about COVID, and in the US alone we've helped over 4 million people get vaccinated through our Vaccine Finder, which connects them with appointment information, directions, and contact information.
- We're continuing to refine how we help health partners reach communities with less access to information or lower vaccination rates, leveraging the CDC's Social Vulnerability Index and other resources to reach those populations with high-quality, authoritative information.

**Limiting Potentially Harmful Information**
We continue to improve and refine measures that reduce the spread of potentially harmful content and limit the distribution of actors who share misleading information about COVID and the vaccine:
- We will shortly be expanding our COVID policies to further reduce the spread of potentially harmful content on our platform. These changes will apply across Facebook and Instagram.
  o We are increasing the strength of our demotions for COVID and vaccine-related content that third party fact checkers rate as "Partly False" or "Missing Context." That content will now be demoted at the same strength that we demote any content on our platform rated "False."
  o We are making it easier to have Pages/Groups/Accounts demoted for sharing COVID and vaccine-related misinformation by also counting content removals under our COVID and vaccine-related Community Standards violations towards their demotion threshold.
  o Any entity linked to another entity that is removed for violating our COVID or vaccine misinformation policies will be rendered "non-recommendable" on our platform.
  o Lastly, we will also be strengthening our existing demotion penalties for websites that are repeatedly fact-checked for COVID and vaccine misinformation content shared on our platform. Together, we intend for these policies to further limit the traction that misinformation can get on our platform.
- To date, we've removed over 20 million pieces of content for COVID- and vaccine-related misinformation. We've also taken action against people who repeatedly post content that violates our policies. Since the beginning of the pandemic, we have removed over 3,000 accounts, Pages, and groups for repeatedly violating our rules against spreading COVID and vaccine misinformation.
- We've specifically investigated the people sometimes identified in the media as the 'Disinfo Dozen'. We've applied penalties to some of their website domains as well so any posts, including their website content, are moved lower in News Feed. The remaining accounts associated with these individuals are not posting content that breaks our rules, have only posted a small amount of violating content, which we've removed, or are simply inactive. In fact, these 12 people are responsible for about just 0.05% of all views of vaccine-related content on Facebook. This includes all vaccine-related posts they've shared, whether true or false, as well as URLs associated with these

MOLA_DEFSPROD_00007266

Case: 23-30445    Document: 43-2    Page: 397    Date Filed: 07/17/2023

people. In total we have removed three dozen Pages, groups and Facebook or Instagram accounts linked to these 12 people, including at least one linked to each of the 12 people, for violating our policies.

- We continue to notify people when content that they have interacted with is removed for violating our policies on COVID and vaccines.
- We have implemented and continue to experiment with signals that we can use -- around specific kinds of sharing behavior, specific page types, and specific types of language, among other factors -- to demote content that we predict will contain low quality information.

**Increasing Transparency**
We will continue to seek to ensure the actions we are taking (as well as misses) are apparent and discernible by people who don't work at Facebook. We are especially keen to discuss with you what form shared data could take in order to be most valuable to analysts and researchers, both inside and outside of government.

In terms of what we're doing now:
- We already have a wide amount of data available for analysis through our academic partnerships like FORT, but we are keenly aware that more kinds of data, or more specific cuts, may be valuable to the people actively looking to study this area more closely. We also share data with the public through our quarterly Community Standards Enforcement Report releases, most recently this past Wednesday, and have also just launched a Widely View Content Report to further increase transparency with the public.
- We are currently deep in internal discussions to identify the best ways we can share with the public information about some of the most widely viewed content on Facebook. We're actively considering how we can best share that information so that it is valuable to the public and to researchers, which to the best of our knowledge no other company provides.
- We're also looking at ways we can produce more data and deeper data sets that can create richer opportunities for researchers to analyse the reach of various kinds of content.
- We have examined the distribution patterns of the so-called 'Disinfo Dozen' (as above - https://about.fb.com/news/2021/08/taking-action-against-vaccine-misinformation-superspreaders/ ).
- To advance public understanding of how social media and behavioral sciences can be leveraged to improve the health of communities around the world, we've supported researchers attempting to understand social media's role in the ongoing pandemic. One report has already been published, and we are pleased to see that social media can have positive impacts on public health needs. There are other researchers we are supporting, and look forward to reviewing their work as it is completed and peer reviewed.
- While separate from the issue of content online, researchers are also able to access our COVID-19 Trends and Impact Survey, which is a global survey gathering insights about symptoms, testing, mask-wearing, social distancing, mental health, vaccine acceptance, reasons for vaccine hesitancy, and more. We believe this is the largest public health survey in history. Over 70 million responses from more than 200 countries and territories have been collected, and the data can be broken down by self-reported demographic information like gender and race as well as by hyper-local geographic regions. The data is available in near real-time and is collected off-platform by academic partners at the University of Maryland (UMD) and Carnegie Mellon University (CMU). Academic and nonprofit researchers are able request access to non-public, non-aggregated survey data for their research.

I hope this is a useful update, pending further work and discussions we will continue to update you and your teams and we are happy to meet and discuss any of the work we have outlined here. Please do not hesitate to reach out to me or my team with any further questions.

Best wishes,



MOLA_DEFSPROD_00007267

**From:** ▮▮▮▮ fb.com]
**Sent:** 8/17/2021 5:27:28 PM
**To:** ▮▮ (HHS/OASH) [ ▮▮ hhs.gov]; ▮▮ ostp.eop.gov; DJ Patil [ ▮▮ gmail.com]
**CC:** ▮▮ fb.com]
**Subject:** Re: Follow up - data discussion

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding.  Can we find time for our teams to get together soon?

Get Outlook for iOS

**From:** ▮▮ fb.com>
**Sent:** Friday, August 6, 2021 9:02:07 PM
**To:** ▮▮ (HHS/OASH) ▮▮ hhs.gov> ▮▮ ostp.eop.gov
▮▮ ostp.eop.gov>; DJ Patil < ▮▮ gmail.com>
**Cc:** ▮▮ fb.com> ▮▮ fb.com>
**Subject:** Re: Follow up - data discussion

Thanks ▮▮

Appreciate you connecting us to ▮ here—and look forward to scheduling time for a longer conversation around data per our last meeting. ▮—let me know what would work best on your end.  Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

**From:** ▮▮ HHS/OASH) < ▮▮ @hhs.gov>
**Sent:** Friday, August 6, 2021 4:07 PM
**To:** ▮▮ ostp.eop.gov; ▮▮
**Cc:**
**Subject:** RE: Follow up - data discussion

Hi ▮▮ ,

Hope your week has been going well. I wanted to loop ▮ in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also ▮▮ —I know on the call with ▮▮ he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,

▮▮

MOLA_DEFSPROD_00007271

**From:** ███████████ fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** ███████ (HHS/OASH) < ████████ hhs.gov>; ████████ ostp.eop.gov
**Cc:** ███████ ██████ fb.com>
**Subject:** Re: Follow up - data discussion

████ —making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days.  Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." ████████

**From:** ███████ (HHS/OASH) ████████ @hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** ████████ fb.com>, ████████ ostp.eop.gov ████████ ostp.eop.gov>
**Cc:** ████████ fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

**From:** ████████ fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** ████████ (HHS/OASH) < ████████ hhs.gov>; ████████ ostp.eop.gov
**Cc:** ████████ fb.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks ████ completely understand why you would have been a little busy this week!  Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

**From:** ████████ (HHS/OASH) ████████ hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** ████████ fb.com>; ████████ ostp.eop.gov < ████████ ostp.eop.gov>
**Cc:** ████████ fb.com>
**Subject:** RE: Follow up - data discussion

Hey ████

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week( !). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, ██ is out on leave for the rest of this week, so trying to sync calendars].

All the best,

MOLA_DEFSPROD_00007272



**From:** ███████████████ fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** ████████ (HHS/OASH) ████████ hhs.gov> ████████ ostp.eop.gov
**Cc:** ████████████████ fb.com>
**Subject:** Follow up - data discussion

Hi ███ and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below—look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."


**From:** ████████████████ fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** ████████ (HHS/OASH) ████████ hhs.gov>
**Cc:** ████████████████ fb.com>
**Subject:** Re: Message from ████████

Hi ███, just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and ███, and whomever else might make sense.


**From:** ████████████████ fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** ████████ (HHS/OASH) ████████ @hhs.gov>
**Cc:** ████████████████ fb.com>
**Subject:** Re: Message from ████████

MOLA_DEFSPROD_00007273

Case: 23-30445   Document: 43-2   Page: 400   Date Filed: 07/17/2023

█████ —let me know if it makes sense to sync on next steps? Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

**From:** ████████████ fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** ████████ fb.com>  ██████ (HHS/OASH) ████████ hhs.gov>
**Cc:** ████████ fb.com>,  ████ (HHS/OASH) ███ hhs.gov>
**Subject:** Re: Message from ██████

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

████████

**From:** ████████████ fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** ████ (HHS/OASH) ██████ hhs.gov>
**C:** ████████ fb.com>,  ████ fb.com>,  ████████████████
████ hhs.gov>
**Subject:** Message from ████



Dear ████ (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to ██ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms --ours and others – if we are going to make progress in a consistent and sustained manner.

MOLA_DEFSPROD_00007274

Case: 23-30445   Document: 43-2   Page: 401   Date Filed: 07/17/2023

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. ▆▆▆ will do the honors this week as it will likely be completed at our end later today East Coast time. We really do hope that we can discuss our approach to this data set in greater detail during our next session with ▆▆, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes



Case: 23-30445      Document: 43-2      Page: 402      Date Filed: 07/17/2023

MOLA_DEFSPROD_00007275

Case: 23-30445   Document: 43-2   Page: 403   Date Filed: 07/17/2023

**From:** ███████████████████████████████████
**Sent:** 11/3/2021 2:57:44 PM
**To:** ███████████ fb.com]; ███████ [███ fb.com]
**Subject:** RE: Our announcement

Hi ████

Thanks for your note. I really appreciate it.

Let me get back to you next week once we are done crashing on our rollout for vaccines 5-11.

All the best,

████

**From:** ████████████ @fb.com>
**Sent:** Friday, October 29, 2021 9:42 PM
**To:** ████████ (HHS/OASH) <████████@hhs.gov>; ████████████ @fb.com>
**Subject:** Re: Our announcement

Thanks ████—we'd appreciate the opportunity to meet and discuss concerns you have related to the recent press reports. We feel strongly that much of the reporting is based on documents that have been taken out of context and don't tell the full story of our work. Please let me know if you'd have time to connect next week.

Thanks—have a good weekend.

████

Get Outlook for iOS

**From:** ████ (HHS/OASH) ████████████ hhs.gov>
**Sent:** Friday, October 29, 2021 10:18 AM
**To:** ████████████████
**Subject:** FW: Our announcement

Good afternoon, ████████████,

I hope this email finds you well. I'm back from my paternity leave stint and getting my sea legs in the office with a six week old at home.

Thank you for this note to ████████████ I did want to say that we have seen the recent public reports around Facebook and misinformation. We are certainly concerned about what we are seeing, given our emphasis on health misinformation in our advisory and the ongoing conversations our teams have been having. As has been the case, you'll continue to see us raising the issue of health misinformation in public and private as a critical public health issue.

All the best,

████

MOLA_DEFSPROD_00007315

**From:** ████████████ fb.com>
**Date:** October 28, 2021 at 6:31:51 PM EDT
**To:** ███████████████████████ hhs.gov>
**Cc:** ███████████████████ fb.com>
**Subject: Our announcement**

Dear ███████████

I hope you are well. It's been a while since we connected. I know our teams have remained in close contact with respect to our work to provide authoritative information about the vaccine and we are working on how we can partner in this next push to vaccinate children. We appreciate the opportunity to partner with your team.

I also wanted to be in touch to update you on an announcement we made today. Mark announced that we will have a new company brand - Meta - which signals our commitment to build the next evolution of social technology - beyond what digital connection makes possible today. We believe the ultimate promise of technology is to improve people's lives. With the metaverse, we see the opportunity to bring people together in ways never before possible in the next decade. We are starting this conversation early so that we can make sure it's built on solid foundations when it comes to things like privacy, safety, and economic opportunity.

While we are looking to the future, our mission hasn't changed, and neither has the sense of responsibility that we have to the billions of people who use our apps and services every day. We're proud of our record navigating the complex tradeoffs involved in operating services at global scale, and of our massive investments in safety and security. We also continue to believe more regulation is necessary. We are on the cusp of a new era of technology but - in many countries - we still don't yet have rules in place for this one.

As we begin to work on the next evolution of technology and of our company, I wanted to let you know and make myself available to hear your thoughts, questions, and feedback. We know the metaverse can be hard to grasp - not unlike trying to describe the World Wide Web in the early 1990s - but we believe this technology will be an important part of our collective future, and it is something that we will all be building together.

I also recognize the intense debate that's been prompted by the documents that have been disclosed by a former employee. You and I have touched on the subject of wellbeing in our previous conversations and I know it's an area of concern for you and for the White House. I would welcome the opportunity to meet again to hear from you and to address the claims that have been made against the company.

Best regards,



MOLA_DEFSPROD_00007316

Date Filed: 07/17/2023   Page: 405   Document: 43-2   Case: 23-30445

**From:** ████████████████████████████████████████████████

**Sent:** 8/23/2021 10:43:44 AM
**To:** ████████ )fb.com]; ████████ (HHS/OASH) ████████ hhs.gov]
**CC:** ████████ fb.com]
**Subject:** RE: Facebook Covid actions

Hi ,

I hope this finds you well. Thank you so much for following up with this detailed note. We are grateful for you and your team's attention to the concerns we have been raising and the work to address those ongoing concerns.

████ and I are also in touch, but we look forward to continuing to move forward together with urgency and solutions during these extraordinary times.

Best,

████████

**From:** ████████ fb.com>
**Sent:** Friday, August 20, 2021 3:08 PM
**To:** ████████ (HHS/OASH) <████████ hhs.gov>
**Cc:** ████████ hhs.gov>; ████████ gmail.com; ████████ fb.com>
**Subject:** Facebook Covid actions

Dear ████████

Many thanks again for the recent opportunity to discuss our Covid related work. You asked for an update on existing and new steps that Facebook is taking. As you know, Facebook takes its responsibility during this prolonged, unprecedented public health crisis extremely seriously. In light of our conversation we have been reviewing our efforts to combat COVID-19, and are eager to continue working towards our shared goal of helping more people get vaccinated and limiting the spread of harmful misinformation.

The White House described four recommendations to social media platforms in July, which cover access to authoritative information, enforcement and speed of enforcement, and transparency. Those are priorities we have shared throughout the COVID-19 pandemic. In this update, we describe both our historic actions in these areas, as well as new information on boosting access to authoritative information, and further policy work to enable stronger action against persistent distributors of vaccine misinformation. Finally, as agreed at our last meeting, we remain eager to meet with you and/or your team about our ideas regarding data that could potentially be shared with the public.

**Elevating access to better information**
We continue to review, experiment and adapt to find better ways to increase access to quality information, as we have done since the start of the pandemic:
• We have heard your and others' concern that people should be better able to access authoritative information on our platform. We agree, and have already taken action to make it easier for people to find more authoritative and trusted information in News Feed. We would be happy to describe these efforts to you in a specific briefing.
• We continue to help people directly access accurate information through the COVID Information Center, and will keep adding to this as the situation evolves and especially as guidance for various populations is updated - including when children should get vaccinated, and when the already vaccinated should be getting boosters.
• So far we have connected over 2 billion people globally with resources about COVID, and in the US alone we've helped over 4 million people get vaccinated through our Vaccine Finder, which connects them with appointment information, directions, and contact information.

MOLA_DEFSPROD_00007317

Case: 23-30445   Document: 43-2   Page: 406   Date Filed: 07/17/2023

- We're continuing to refine how we help health partners reach communities with less access to information or lower vaccination rates, leveraging the CDC's Social Vulnerability Index and other resources to reach those populations with high-quality, authoritative information.

**Limiting Potentially Harmful Information**

We continue to improve and refine measures that reduce the spread of potentially harmful content and limit the distribution of actors who share misleading information about COVID and the vaccine:

- We will shortly be expanding our COVID policies to further reduce the spread of potentially harmful content on our platform. These changes will apply across Facebook and Instagram.
  - We are increasing the strength of our demotions for COVID and vaccine-related content that third party fact checkers rate as "Partly False" or "Missing Context." That content will now be demoted at the same strength that we demote any content on our platform rated "False."
  - We are making it easier to have Pages/Groups/Accounts demoted for sharing COVID and vaccine-related misinformation by also counting content removals under our COVID and vaccine-related Community Standards violations towards their demotion threshold.
  - Any entity linked to another entity that is removed for violating our COVID or vaccine misinformation policies will be rendered "non-recommendable" on our platform.
  - Lastly, we will also be strengthening our existing demotion penalties for websites that are repeatedly fact-checked for COVID and vaccine misinformation content shared on our platform. Together, we intend for these policies to further limit the traction this misinformation can get on our platform.
- To date, we've removed over 20 million pieces of content for COVID- and vaccine-related misinformation. We've also taken action against people who repeatedly post content that violates our policies. Since the beginning of the pandemic, we have removed over 3,000 accounts, Pages, and groups for repeatedly violating our rules against spreading COVID and vaccine misinformation.
- We've specifically investigated the people sometimes identified in the media as the 'Disinfo Dozen'. We've applied penalties to some of their website domains as well so any posts, including their website content, are moved lower in News Feed. The remaining accounts associated with these individuals are not posting content that breaks our rules, have only posted a small amount of violating content, which we've removed, or are simply inactive. In fact, these 12 people are responsible for about just 0.05% of all views of vaccine-related content on Facebook. This includes all vaccine-related posts they've shared, whether true or false, as well as URLs associated with these people. In total we have removed three dozen Pages, groups and Facebook or Instagram accounts linked to these 12 people, including at least one linked to each of the 12 people, for violating our policies.
- We continue to notify people when content that they have interacted with is removed for violating our policies on COVID and vaccines.
- We have implemented and continue to experiment with signals that we can use -- around specific kinds of sharing behavior, specific page types, and specific types of language, among other factors -- to demote content that we predict will contain low quality information.

**Increasing Transparency**

We will continue to seek to ensure the actions we are taking (as well as misses) are apparent and discernible by people who don't work at Facebook. We are especially keen to discuss with you what form shared data could take in order to be most valuable to analysts and researchers, both inside and outside of government.

In terms of what we're doing now:

- We already have a wide amount of data available for analysis through our academic partnerships like FORT, but we are keenly aware that more kinds of data, or more specific cuts, may be valuable to the people actively looking to study this area more closely. We also share data with the public through our quarterly Community Standards Enforcement Report releases, most recently this past Wednesday, and have also just launched a Widely View Content Report to further increase transparency with the public.
- We are currently deep in internal discussions to identify the best ways we can share with the public information about some of the most widely viewed content on Facebook. We're actively considering how we can best share that information so that it is valuable to the public and to researchers, which to the best of our knowledge no other company provides.
- We're also looking at ways we can produce more data and deeper data sets that can create richer opportunities for researchers to analyse the reach of various kinds of content.
- We have examined the distribution patterns of the so-called 'Disinfo Dozen' (as above - https://about.fb.com/news/2021/08/taking-action-against-vaccine-misinformation-superspreaders/ ).
- To advance public understanding of how social media and behavioral sciences can be leveraged to improve the health of communities around the world, we've supported researchers attempting to understand social media's

MOLA_DEFSPROD_00007318

role in the ongoing pandemic. One report has already been published, and we are pleased to see that social media can have positive impacts on public health needs. There are other researchers we are supporting, and look forward to reviewing their work as it is completed and peer reviewed.

- While separate from the issue of content online, researchers are also able to access our COVID-19 Trends and Impact Survey, which is a global survey gathering insights about symptoms, testing, mask-wearing, social distancing, mental health, vaccine acceptance, reasons for vaccine hesitancy, and more. We believe this is the largest public health survey in history. Over 70 million responses from more than 200 countries and territories have been collected, and the data can be broken down by self-reported demographic information like gender and race as well as by hyper-local geographic regions. The data is available in near real-time and is collected off-platform by academic partners at the University of Maryland (UMD) and Carnegie Mellon University (CMU). Academic and nonprofit researchers are able request access to non-public, non-aggregated survey data for their research.

I hope this is a useful update, pending further work and discussions we will continue to update you and your teams and we are happy to meet and discuss any of the work we have outlined here. Please do not hesitate to reach out to me or my team with any further questions.

Best wishes,



Case: 23-30445      Document: 43-2      Page: 407      Date Filed: 07/17/2023

MOLA_DEFSPROD_00007319


Case: 23-30445    Document: 43-2    Page: 408    Date Filed: 07/17/2023

9:47    •ıll LTE ▬

 469





May 27, 2021, 3:19 PM



Delivered

Jul 18, 2021, 3:48 PM



**Moving Past the Finger Pointing - About Facebook**
about.fb.com

Hi Vivek - you may have seen this post today which we issued to provide more context. We do not plan to issue more public posts etc. I imagine you and your team are feeling a little aggrieved - as is the FB team, it's not great to be accused of killing people - but as I said by email I'm keen to find a way to deescalate and work together collaboratively. I am available to meet/speak whenever suits. With my best wishes 

      iMessage



Wed, Mar 30

Hey — just a heads up that I'm coming to DC from Apr 4-13! I expect my team will reach out to see if we can connect while I'm in town. If the timing works, would love to discuss how things are going & next steps from our last call!

Two side notes: (1) we are officially members of JCDC! Comms teams are working to say something public & we're moving to get people integrated.

(2) Do you have any context you can share on the role Rob Silvers is playing on disinfo? I understand his team has a task force they've said up, and it was suggested that his team is handling "policy" on disinfo while CISA is handling "operations." That was secondhand, though, so it could easily be a garble.

My team is interested in me meeting w/him as well, so wanted to check in...          17:14

Hey there...sure happy to chat. Rob is running a governance board to look at potential new areas of confronting MDM, but it doesn't change or impact anything we are doing or have already established.

Fri, Jun 24

 New Message   

Case: 23-30445    Document: 43-2    Page: 410    Date Filed: 07/17/2023

**New iMessage**          Cancel

To: ████████████

Sat, Feb 26, 18:00

Just wanted to send a note
That you and the cisa team are doing
amazing work at a really tough time.
The info, leadership & proactivity are
incredibly helpful.

Thank you.

> [message obscured / illegible]

> Not our mission but was looking to
> have a coord role so not every DHA is
> independently reaching out to
> platforms which could cause a lot of
> chaos.

Was on the call. The coordination is
greatly appreciated. Was
disappointed that platforms including
us didn't offer more (we'll get there)
and sector leadership had 0

   iMessage  

       

10:31

**New iMessage**     Cancel

To: ▮▮▮▮▮▮▮▮

[redacted message]

[redacted message]

Was on the call. The coordination is greatly appreciated. Was disappointed that platforms including us didn't offer more (we'll get there) and sector leadership had 0 questions.

We'll get there and that kind leadership really helps. Platforms have got to get more comfortable with gov't. It's really interesting how hesitant they remain.

Again Microsoft included.



iMessage

**From:** ████████ @twitter.com]
**Sent:** 11/12/2021 10:44:29 AM
**To:** ████████ @cdc.gov]
**Subject:** Re: Discuss VAERS Misinformation with a CDC expert?

Perfect - Let's keep it to Twitter for now.
And the 18th is great. Can you kindly
invite ███ @twitter.com, ████ @twitter.com, ████ @twitter.com in addition to me?

Thanks so much,
███

On Fri, Nov 12, 2021 at 10:32 AM ████████ @cdc.gov> wrote:
Nov 18 is best – I can send an appt using Microsoft Teams if that is OK with you.

Would you prefer we keep this Twitter only?

**From:** ████████ @twitter.com>
**Sent:** Wednesday, November 10, 2021 4:07 PM
**To:** ████████ @cdc.gov>
**Subject:** Re: Discuss VAERS Misinformation with a CDC expert?

Hi ████
How would these times work for you:
Nov 17 @ 3pm ET
Nov 18 @ 1pm ET


On Mon, Nov 8, 2021 at 9:49 AM ████████ @cdc.gov> wrote:
Great! We shall wait for the times.

**From:** ████████ @twitter.com>
**Sent:** Monday, November 8, 2021 9:47 AM
**To:** ████████ @cdc.gov>
**Subject:** Re: Discuss VAERS Misinformation with a CDC expert?

Hi ████ -
Thank you for checking in - I've shared the invitation with our team, and they are interested in taking you up on this offer! Unfortunately the time you initially shared does not work, so I have asked them to suggest a few times that would be better.

Thanks again for thinking of us!

MOLA_DEFSPROD_00001757

On Mon, Nov 8, 2021 at 9:44 AM ███████████████████ @cdc.gov> wrote:

Hi ███ – Just wanted to check back on this to see if you had thoughts?

**From:** ████████████████████████
**Sent:** Friday, November 5, 2021 9:31 AM
**To:** ████████ <████████witter.com>
**Subject:** Discuss VAERS Misinformation with a CDC expert?

███ – As you probably are aware, people citing CDC VAERS data incorrectly is a major source of misinformation about COVID. One of our experts on the VAERS system has already briefed another tech platform to answer some of their policy team questions. Would Twitter be interested in short 30 minute briefing & Q/A on the topic? If so, would this Wednesday at 4pm EST work? Also, how would you feel if other tech platforms were on the line? Unlike the previous BOLO meetings, we would like to open the line for exchange.

Thanks!

Example tweet:

█ #VAERS Study performed by a statistician PhD student: vaccination
death rate has rised up to 5427% after covid genetic injection, compared to
all other vaccines together !!
#vaccination #COVID19

MOLA_DEFSPROD_00001758

**From:** ████████████ @google.com]
**Sent:** 11/1/2021 9:39:05 AM
**To:** ████████████ @cdc.gov]
**CC:** ████████████ @cdc.gov]; ████████ @google.com];
████████ @google.com]
**Subject:** Re: Booster Shots

amazing, yes! 4pm EST would work better if ok with you. Thank you so much! my big boss is joining my team meeting today at 3:30pm

Thanks ████████

████████████████████████████

On Mon, Nov 1, 2021 at 9:23 AM ████████████ @cdc.gov> wrote:
My 4 pm was moved if you still prefer it -- I can do it anytime after 4.

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:18 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @cdc.gov>; ████████ @google.com>;
████████ @cdc.gov>; ████████ @google.com>
**Subject:** Re: Booster Shots

3:30pm est it is! Would you mind sending an invite so the dial in works for you? Thank you!

On Thu, Oct 28, 2021 at 7:07 PM ████████████ @cdc.gov> wrote:
3:30 is best. Right now we have a 4pm I must attend.

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:06 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████ @google.com>; ████████ @google.com>;
████████ @cdc.gov>; ████████ @cdc.gov>
**Subject:** Re: Booster Shots

MOLA_DEFSPROD_00001783

Date Filed: 07/17/2023    Page: 415    Document: 43-2    Case: 23-30445

Thanks both for the quick response! On Monday, we can make 3:30pm est work, but anyway 4pm est is open?



Google US Federal Government Affairs and Public Policy

On Thu, Oct 28, 2021 at 5:13 PM ███████████████████ @cdc.gov> wrote:

███ – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov" to Find a vaccine at Vaccines.gov.

**From:** ███████████████
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** ████████████ @google.com>; ███████████████ @google.com>; ██████
███████ @google.com>; ████████████ @cdc.gov>; ████████████
██████ @cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info:   ACIP is likely to vote on this on Nov 2.  CDC is likely to start posting final information on Nov 3 (possibly late Nov 2), if that helps to know.  There will be many updates so the changes might span over a few days.   We are also looking ahead and misinformation and hope to have a BOLO type meeting later that week with platforms that are interested.



**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** ████████████ @google.com>; ███████████████ @google.com>; ██████
██████ @cdc.gov>; ████████████ @cdc.gov>
██████ @cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

MOLA_DEFSPROD_00001784

Case: 23-30445      Document: 43-2      Page: 416      Date Filed: 07/17/2023

███████ OOO so I'm also adding ██████████████ who is helping while he is out. Given that CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to our product experience. Please see below for our new text and a mock up and let us know if you have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson & Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:

> ☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
██ and ████████

████████████

Google US Federal Government Affairs and Public Policy



On Thu, Sep 30, 2021 at 5:34 PM ████████████████@google.com> wrote:
Great, thanks!

MOLA_DEFSPROD_00001785

On Thu, Sep 30, 2021, 2:31 PM ████████████ @cdc.gov> wrote:

Hi ████

I heard back from some folks. No heartburn over the message as proposed.

Cheers

████

**From:** ████████████
**Sent:** Thursday, September 30, 2021 4:32 PM
**To:** ████████ @google.com>
**Cc:** ████████ google.com>; ████████████ @cdc.gov>;
████████████ @cdc.gov>
**Subject:** RE: Booster Shots

Hi ████

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** ████████████ @google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @google.com>; ████████████ @cdc.gov>
**Subject:** Booster Shots

Hi ████

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

- *You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.*

MOLA_DEFSPROD_00001786

Case: 23-30445     Document: 43-2     Page: 418     Date Filed: 07/17/2023

Thanks,



@google.com

Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001787

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @google.com]
**Sent:** 10/28/2021 7:43:39 PM
**To:** ▮▮▮▮▮▮▮ @cdc.gov]
**Subject:** Re: Booster Shots

Hi ▮▮▮ I don't have specific questions. We just wanted to connect with you to confirm the link you'll be updating and to confirm key messages etc. it should be fine to keep the call small to just us.

On Thu, Oct 28, 2021 at 7:22 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

Can you give me a sense of what you'll need to discuss? I would rather not have a SME if I can answer questions but not sure what is being discussed. I know plans, key messages but not a expert in this.

**From:** ▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Thursday, October 28, 2021 7:18 PM
**To:** ▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮▮▮▮ @google.com>;
▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮▮ @google.com>
**Subject:** Re: Booster Shots

3:30pm est it is! Would you mind sending an invite so the dial in works for you? Thank you!

On Thu, Oct 28, 2021 at 7:07 PM ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

3:30 is best. Right now we have a 4pm I must attend. ▮

**From:** ▮▮▮▮▮▮▮▮ @google.com>
**Sent:** Thursday, October 28, 2021 7:06 PM
**To:** ▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮ @google.com>; ▮▮▮▮▮▮ @google.com>;
▮▮▮▮▮▮▮ @cdc.gov>; ▮▮▮▮▮ @cdc.gov>
**Subject:** Re: Booster Shots

Thanks both for the quick response! On Monday, we can make 3:30pm est work, but anyway 4pm est is open?

▮▮▮▮▮▮▮▮▮▮
Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001818

Case: 23-30445    Document: 43-2    Page: 419    Date Filed: 07/17/2023

On Thu, Oct 28, 2021 at 5:13 PM ██████████████████████ @cdc.gov> wrote:

██ – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov" to Find a vaccine at Vaccines.gov.

**From:** ████████████████████████████████
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** ████████████ @google.com>; ███████ @google.com>; ███████████ @google.com>; ██████ @cdc.gov>; ██████████████ @cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info: ACIP is likely to vote on this on Nov 2. CDC is likely to start posting final information on Nov 3 (possibly late Nov 2), if that helps to know. There will be many updates so the changes might span over a few days. We are also looking ahead and misinformation and hope to have a BOLO type meeting later that week with platforms that are interested.

**From:** ████████████████ @google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** ████████████ @google.com>; ███████ @google.com>; ███████ @cdc.gov>; ██████████ @cdc.gov>; ███████████ @cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

██████████ OOO so I'm also adding █████████████ who is helping while he is out. Given that CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to our product experience. Please see below for our new text and a mock up and let us know if you have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson & Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:

MOLA_DEFSPROD_00001819



Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
██ and ██████

██████████

Google US Federal Government Affairs and Public Policy

██████████████████████

On Thu, Sep 30, 2021 at 5:34 PM ██████████ @google.com> wrote:
Great, thanks!

On Thu, Sep 30, 2021, 2:31 PM ███████████████ @cdc.gov> wrote:
Hi ████

I heard back from some folks. No heartburn over the message as proposed.

Cheers

████

MOLA_DEFSPROD_00001820

Case: 23-30445    Document: 43-2    Page: 422    Date Filed: 07/17/2023

**From:** ▮▮▮▮▮
**Sent:** Thursday, September 30, 2021 4:32 PM
**To:** ▮▮▮▮▮ @google.com>
**Cc:** ▮▮▮▮▮ @google.com>; ▮▮▮▮▮ @cdc.gov>;
▮▮▮▮▮ @cdc.gov>
**Subject:** RE: Booster Shots

Hi ▮▮▮

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** ▮▮▮▮▮ @google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** ▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮ @google.com>; ▮▮▮▮▮ @cdc.gov>
**Subject:** Booster Shots

Hi ▮▮▮

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

• *You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.*

Thanks,

▮▮▮▮▮

--
▮▮▮▮▮ @google.com

--
▮▮▮▮▮
Google US Federal Government Affairs and Public Policy
▮▮▮▮▮

MOLA_DEFSPROD_00001821

Case: 23-30445     Document: 43-2     Page: 423     Date Filed: 07/17/2023





Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001822

Case: 23-30445   Document: 43-2   Page: 424   Date Filed: 07/17/2023

**From:** ███████████@twitter.com]
**Sent:** 9/3/2021 10:39:37 AM
**To:** ███████████cdc.gov]
**CC:** ███████████@cdc.gov]; ███████████@cdc.gov]
**Subject:** Re: BOLO: CDC lab alert & misinformation

Thanks as always, ████. Will share these details with our team.

On Fri, Sep 3, 2021 at 9:57 AM ███████████@cdc.gov> wrote:

I'm so glad it was helpful.

Besides the CDC URLs we included originally, we've seen this URL used: FDA Announced Today The CDC PCR Test for COVID-19 has Failed its full review. (streetloc.com)

Hashtags were rare, but we saw #pcrtest used some.

Also, I'm out for 3 weeks, you so you may hear directly from ████████, also copied here, on any other misinformation topics.

Thanks!

**From:** ███████████@twitter.com>
**Sent:** Thursday, September 2, 2021 5:28 PM
**To:** ███████████@cdc.gov>
**Subject:** Fwd: BOLO: CDC lab alert & misinformation

Hi ████

Thanks for this bolo. Please see this note below from our grateful team:

--------- Forwarded message ---------
**From:** ████████
**Date:** Thu, Sep 2, 2021 at 5:26 PM
**Subject:** Re: BOLO: CDC lab alert & misinformation
**To:** ████████
**CC:** ████████

Thanks, ████.

These attached Tweets are super helpful. If there are also any URLs, or hashtags that have been reported, that would also be good for us to know.

MOLA_DEFSPROD_00002195

Thanks,
██

On Thu, Sep 2, 2021 at 2:09 PM ██████ <██████@twitter.com> wrote:
Bolo from CDC, ICYMI

--------- Forwarded message ---------
From: ██████ @cdc.gov>
Date: Thu, Sep 2, 2021 at 3:53 PM
Subject: BOLO: CDC lab alert & misinformation
To ██████ @twitter.com>
CC ██████ @cdc.gov>, ████████████████
██████ @cdc.gov>

Hi ██████ --

A quick BOLO for a small but growing area of misinfo. One of our Lab alerts (CDC 2019-Novel Coronavirus
(2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The
CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but
we are still seeing some social media circulation.  The CDC 2019 Novel Coronavirus (2019-nCoV) Real-
Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA.  I've attached
some example Twitter posts and another document with the facts around the issue.

Let us know if you have any questions!

Thanks!



Case: 23-30445      Document: 43-2      Page: 425      Date Filed: 07/17/2023

MOLA_DEFSPROD_00002196

Case: 23-30445      Document: 43-2      Page: 426      Date Filed: 07/17/2023



MOLA_DEFSPROD_00002197

Case: 23-30445    Document: 43-2    Page: 427    Date Filed: 07/17/2023

| From: | ████████████████████████████████ |
|---|---|
| Sent: | 9/2/2021 3:53:27 PM |
| To: | ████████████████ @twitter.com] |
| CC: | ██████████████ @cdc.gov]; ████████████████████ @cdc.gov] |
| Subject: | BOLO: CDC lab alert & misinformation |
| Attachments: | LOCS Twitter Examples.docx; Fact_check_for_SM_platforms.docx |

H█████—

A quick BOLO for a small but growing area of misinfo. One of our Lab alerts (CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but we are still seeing some social media circulation. The CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA. I've attached some example Twitter posts and another document with the facts around the issue.

Let us know if you have any questions!

Thanks!



MOLA_DEFSPROD_00002200

From: ▮▮▮▮▮▮ @fb.com]
Sent: 9/1/2021 4:37:18 PM
To: ▮▮▮▮▮▮ @cdc.gov]
CC: ▮▮▮▮▮▮ @cdc.gov]; ▮▮▮▮▮▮ @cdc.gov]
Subject: Re: BOLO: CDC lab alert & misinformation

Thank you ▮▮▮! Will pass to our folks.

▮▮▮▮

From: ▮▮▮▮▮▮ @cdc.gov>
Date: Wednesday, September 1, 2021 at 4:23 PM
To: ▮▮▮▮▮▮ @fb.com>
Cc: ▮▮▮▮▮▮ @cdc.gov>, ▮▮▮▮▮▮ @cdc.gov>
Subject: BOLO: CDC lab alert & misinformation

▮▮▮▮ – BOLO for a small but growing area of misinfo. One of our Lab alerts (CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel) was misinterpreted and was shared via social media. The CDC issued a follow-up Laboratory Alert to provide further clarification and prevent additional confusion but we are still seeing some social media circulation. The CDC 2019 Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel did not fail a full review and was not revoked by the FDA. I've attached some example Facebook posts and another document with the facts around the issue.

Let us know if you have any questions!

▮▮▮▮▮▮

Case: 23-30445     Document: 43-2     Page: 428     Date Filed: 07/17/2023

MOLA_DEFSPROD_00002248

Case: 23-30445    Document: 43-2    Page: 429    Date Filed: 07/17/2023

**From:** ▉
**Sent:** 6/30/2021 7:50:15 AM
**To:** ▉@twitter.com]
**Subject:** RE: COVID Misinformation

Hi ▉ – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

☰  🔍  Coi

⋅les

⋅ck accounts on

⋅te accounts on

⋅Twitter myths

⋅r Rules

Contact Us    Partner Support

# Report any issue to get priority service

What type of problem are you having with your Twitter account? (required)

⌄

**From:** ▉@twitter.com>
**Sent:** Thursday, May 27, 2021 2:30 PM
**To:** ▉@cdc.gov>
**Cc:** ▉@reingold.com> ▉@reingold.com>; ▉@cdc.gov>
**Subject:** Re: COVID Misinformation

Hi all - ▉ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ▉@twitter.com> wrote:
Thanks for letting me know - I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ▉@cdc.gov> wrote:
I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ███████████ @reingold.com>
**Cc:** ███████████ @cdc.gov>; ███████████ @reingold.com>; ███████████
███████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ███████████ @reingold.com> wrote:

Hi ████

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

███████████

**Reingold**

███████████

reingold.com

We're on a mission. **Yours.**

**From:** ███████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ███████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Case: 23-30445   Document: 43-2   Page: 430   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002497

Case: 23-30445     Document: 43-2     Page: 431     Date Filed: 07/17/2023

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ███████████

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @reingold.com>;  ███████████ @reingold.com>
███████████ @census.gov>;  ███████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████████

On Mon, May 10, 2021 at 5:05 PM ███████████ @cdc.gov> wrote:

████ - I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ███████████ @cdc.gov>
**Cc:** ███████████ @reingold.com>;  ███████████ @reingold.com>;
███████████ @census.gov>;  ███████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████████ re mind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best,

████████

MOLA_DEFSPROD_00002498

On Mon, May 10, 2021 at 1:50 PM ███████████████████████ @cdc.gov> wrote:



We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.


Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>☺Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts<br><br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

MOLA_DEFSPROD_00002499

Date Filed: 07/17/2023   Page: 433   Document: 43-2   Case: 23-30445

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

https

So the #CDC now says that those who are "Fully Vax✔nated" can "Go outside & live freely" lol.. This is a joke     .

https

Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right?   .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

https

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https

https://themostbeautifulworld.com/blog/skin-contact-covid

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

https

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002500

Date Filed: 07/17/2023    Page: 434    Document: 43-2    Case: 23-30445

**From:** ███████████████████████████████████

**Sent:** 6/10/2021 7:12:04 AM

**To:** ████████████@twitter.com]

**Subject:** RE: CDC COVID-19 BOLO Meeting

Thanks for letting us know.

**From:** ████████████@twitter.com>

**Sent:** Wednesday, June 9, 2021 7:54 PM

**To:** ████████████@cdc.gov>

**Subject:** Re: CDC COVID-19 BOLO Meeting

I will be on vacation next week, but I will see if another colleague from Twitter can join.

Best.

████

On Wed, Jun 9, 2021 at 4:23 PM ████████████████@cdc.gov> wrote:

We would like to invite digital platforms to attend our 3rd short "Be On The Lookout" meeting on COVID.  Let us know
if you have questions and feel free to forward this message to anyone in your organization that should attend.

Join ZoomGov Meeting

████████████████████████████████

████████████

Passcode: ████████

One tap mobile

████████████████████████████

Dial by your location

████████████████████████

Meeting ID: ████████████

Passcode: ████████

Find your local number ████████████████████

Join by SIP

████████████@sip.zoomgov.com

MOLA_DEFSPROD_00002521



Case: 23-30445   Document: 43-2   Page: 435   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002522

Case: 23-30445      Document: 43-2      Page: 436      Date Filed: 07/17/2023

| From: | ▊▊▊▊▊▊@reingold.com] |
| Sent: | 5/24/2021 2:28:00 PM |
| To: | ▊▊▊@twitter.com |
| CC: | ▊▊▊▊▊@cdc.gov]; ▊▊▊▊@reingold.com]; ▊▊▊▊@cdc.gov] |
| Subject: | RE: COVID Misinformation |

Hi ▊▊▊,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

▊▊▊▊▊▊

**Reingold**

▊▊▊▊▊▊

reingold.com

We're on a mission. *Yours.*


| From: | ▊▊▊▊ (CDC/OD/OADC) |
| Sent: | Tuesday, May 11, 2021 8:50 AM |
| To: | ▊▊▊▊▊@twitter.com> |
| Subject: | RE: COVID Misinformation |

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @▊▊▊▊


| From: | ▊▊▊▊@twitter.com> |
| Sent: | Monday, May 10, 2021 8:51 PM |
| To: | ▊▊▊▊▊@cdc.gov> |
| Cc: | ▊▊▊▊@reingold.com>; ▊▊▊▊@reingold.com>; ▊▊▊▊@census.gov>; ▊▊▊▊@cdc.gov> |
| Subject: | Re: COVID Misinformation |

H▊▊▊,

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

MOLA_DEFSPROD_00002603

Case: 23-30445     Document: 43-2     Page: 437     Date Filed: 07/17/2023

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,



On Mon, May 10, 2021 at 5:05 PM ███████████████ @cdc.gov> wrote:
██ - I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @reingold.com>; ████████████ @reingold.com>
████████████ @census.gov>; ████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H████-
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

On Mon, May 10, 2021 at 1:50 PM ███████████████ @cdc.gov> wrote:
██ -

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

MOLA_DEFSPROD_00002604

Case: 23-30445     Document: 43-2     Page: 438     Date Filed: 07/17/2023

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO...DEPOPULATION..ALSO EXPERIMENTS IN AI...IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax💉nated" can "Go outside & live freely" lol.. This is a joke .<br><br>Quick questions for those who were experimented on I MEAN -Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known | https://t |

MOLA_DEFSPROD_00002605

Case: 23-30445      Document: 43-2      Page: 439      Date Filed: 07/17/2023

| | |
|---|---|
| https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https://t |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://t |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002606

Case: 23-30445    Document: 43-2    Page: 440    Date Filed: 07/17/2023

**From:** ████████ google.com]
**Sent:** 5/11/2021 3:57:52 PM
**To:** ████████@cdc.gov]
**CC:** ████████ google.com]
**Subject:** Re: COVID 19 BOLO Meeting

Thank you ██████ look forward to it!

On Tue, May 11, 2021 at 3:55 PM ████████ cdc.gov> wrote:

Great -- I was going to ask about ██████ at 4. ☺

**From:** ████████ google.com>
**Sent:** Tuesday, May 11, 2021 3:51 PM
**To:** ████████ cdc.gov>; ████████ google.com>
**Subject:** Re: COVID 19 BOLO Meeting

Hi ███ Could you please add ████████ from our YouTube team to the call below? Thank you!

On Tue, May 11, 2021 at 3:25 PM ████████ cdc.gov> wrote:

We would like to invite digital platforms to attend a short "Be On The Lookout" meeting on COVID. Let us know if you have questions and feel free to forward this message to anyone in your organization that should attend.

Thank you.

MOLA_DEFSPROD_00002661

Case: 23-30445      Document: 43-2      Page: 441      Date Filed: 07/17/2023





MOLA_DEFSPROD_00002662

Case: 23-30445     Document: 43-2     Page: 442     Date Filed: 07/17/2023

**From:** ████████████ [twitter.com]
**Sent:** 5/11/2021 9:27:53 AM
**To:** ████████████ [cdc.gov]
**Subject:** Re: COVID Misinformation

Your account works fine. I'll proceed with processing your enrollment.
On Tue, May 11, 2021 at 8:50 AM ████████████ cdc.gov> wrote:

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ████

**From:** ████████████ twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ reingold.com>; ████████████████
████████ @census.gov>; ████████████ C)
████ cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,
████

On Mon, May 10, 2021 at 5:05 PM ████████████ cdc.gov> wrote:

████ I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████████ twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████ l@cdc.gov>
**Cc:** ████████ reingold.com>; ████████████ reingold.com>;
████████ census.gov>; ████████████

MOLA_DEFSPROD_00002665

cdc.gov>

**Subject:** Re: COVID Misinformation

Hi 

Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

▮ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

On Mon, May 10, 2021 at 1:50 PM  @cdc.gov> wrote:

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.   The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.   We are shooting for 12pm EST on Friday for our first meeting.   I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text |
|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. |
| I'll be alive! |
| ⊘Experimental vaccines! |

Case: 23-30445    Document: 43-2    Page: 443    Date Filed: 07/17/2023

MOLA_DEFSPROD_00002666

Case: 23-30445   Document: 43-2   Page: 444   Date Filed: 07/17/2023

THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO
NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US
INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX

Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are
shedding...maybe the non-vaxxed are safer this way...thoughts
@crislerwyo
?

COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth

Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do
over the next few years.

IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL
BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN
VACCINATED!!!!!

Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed
oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19
Vaccine Side Effects

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-
unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax💉nated" can "Go outside & live freely" lol. This is a
joke

Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You
did ASK right? .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial
documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by
INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

MOLA_DEFSPROD_00002667

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



Case: 23-30445      Document: 43-2      Page: 445      Date Filed: 07/17/2023

MOLA_DEFSPROD_00002668

Case: 23-30445     Document: 43-2     Page: 446     Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ████████████ (CDC/OD/OADC) ████████████ |
| **Sent:** | 5/10/2021 12:44:41 PM |
| **To:** | ████████████ fb.com]; ████████████ fb.com] |
| **Subject:** | COVID BOLO Misinformation meetings |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings.  We are aiming for our first one on Friday at noon.  I know you were considering possible process on your end, but we wanted start here just as interim first step.  Are there direct POCs on your end I should include on the invite?     Happy to chat if better.

THANKS!

MOLA_DEFSPROD_00002682

Case: 23-30445      Document: 43-2      Page: 447      Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ████████ (CDC/OD/OADC) ████████████ |
| **Sent:** | 5/10/2021 12:42:50 PM |
| **To:** | ████████ google.com]; ████████ google.com] |
| **Subject:** | COVID BOLO meetings on misinformation |

We would like to establish COVID BOLO meetings on misinformation and invite all platforms to join the meetings.  We are aiming for our first one on Friday at noon.   We have heard through the grapevine that ████████ at YouTube would want to join.  Are there other POCs on your end I should include on the invite?

-PA0443-

MOLA_DEFSPROD_00002683

**From:** ████████ (CDC/OD/OADC) ████████████████

**Sent:** 6/29/2022 6:01:54 PM

**To:** ████████ r@google.com]; ████ (CDC/OD/OADC) ████@cdc.gov]; ████████ @google.com]

**Subject:** RE: Claims review

I'll check on this but I think I'll probably end up needing to refer you to another agency.  I'll get back to you.

**From:** ████████ @google.com>

**Sent:** Wednesday, June 29, 2022 4:38 PM

**To:** ████ (CDC/OD/OADC) <████@cdc.gov>; ████ (CDC/OD/OADC) <████@cdc.gov>; ████████ @google.com>

**Subject:** Claims review

Hi ████████,

The YouTube Policy team is requesting evidence-based input on the claims below. In the past, the CDC has reviewed COVID information claims and commented TRUE or FALSE + add any additional context needed.

**CLAIM:** High doses of progesterone is a **safe** method of reversing chemical abortion (mifepristone & misoprostol)
**CLAIM:** High doses of progesterone is an **effective** method of reversing chemical abortion (mifepristone & misoprostol)

Please let me know if you have any questions or concerns.

Thanks, ████████

—



Case: 23-30445     Document: 43-2     Page: 448     Date Filed: 07/17/2023

MOLA_DEFSPROD_00001556

Date Filed: 07/17/2023    Page: 449    Document: 43-2    Case: 23-30445

| | |
|---|---|
| From: | ████████████@fb.com] |
| Sent: | 6/19/2022 1:41:02 PM |
| To: | ████████ (CDC/DDID/NCIRD/OD) ████@cdc.gov] |
| CC: | ████ (CDC/DD/DADC) ████@cdc.gov]; ████████@fb.com]; ████████ (CDC/OD/OADC) ████@cdc.gov] |
| Subject: | Re: Misinformation Claims for 5 year olds and younger |

Wonderful  thank  you!

**Meta | politics  &  government**
████████████@fb.com

On Jun 19, 2022, at 11:40 AM, ████████████ (CDC/DDID/NCIRD/OD) < ████@cdc.gov>
wrote:

Hello ██████

Here are responses to these claims.  Please let me know what other information  I can provide.

Thanks. ██████

**Claims that COVID-19 vaccines are ineffective for children ages 6 months to 4 years are
false and belief in such claims could lead to back vaccine hesitancy.**

COVID-19 vaccines available in the United States are effective at protecting people, including
children ages 6 months to 4 years, from getting seriously ill, being hospitalized, and even
dying.

Children who get COVID-19 can get very sick, can require treatment in a hospital, and in rare
situations, can even die. After getting COVID-19, children and teens can also experience a
wide range of new, returning, or ongoing health problems. Getting eligible children
vaccinated can help prevent them from getting really sick even if they do get infected and
help prevent serious short- and long-term complications of COVID-19.

Getting a COVID-19 vaccine is a safer, more reliable way to build protection than getting sick
with COVID-19. The known risks of COVID-19 and possible severe complications—such as
long-term health problems, hospitalization, and even death—outweigh the potential risks of
having a rare, adverse reaction to vaccination. The benefit of COVID-19 vaccines, like other
vaccines, is that those who get vaccinated get protection without risking the potentially
serious consequences of getting sick with COVID-19.

MOLA_DEFSPROD_00001574

**Claims that COVID-19 vaccines kill or seriously harm people leading to any of the following harmful side effects: Meningitis, Syphilis, Encephalitis (e.g., Japanese encephalitis), Monkeypox or Hepatitis are false and belief in these claims could lead to vaccine hesitancy.**

Before authorizing or approving COVID-19 vaccines, scientists conducted clinical trials with thousands of children and teens to establish their safety and effectiveness.

• Through continued safety monitoring, COVID-19 vaccination has been found to be safe for children and teens.

• The known risks and possible severe complications of COVID-19 outweigh the potential risks of having a rare, adverse reaction to vaccination.

Get Outlook for iOS

**From** ███████████████ @fb.com>
**Sent:** Sunday, June 19, 2022 10:57:06 AM
**To:** ███████████ (CDC/DDID/NCIRD/OD) <████@cdc.gov>
**Cc:** ███ (CDC/OD/OADC) <███ @cdc.gov> ██████████ @fb.com> ██
(CDC/OD/OADC)<███ @cdc.gov>
**Subject:** Re: Misinformation Claims for 5 year olds and younger

Hello All! Such exciting news about the vaccine approval — let us know if you need anything else about the below claims. We are hoping to move on these quickly. Thank you!

███████████

**Meta | politics & government**
██████████████ @fb.com

On Jun 7, 2022, at 9:53 AM, ██████████████ (CDC/DDID/NCIRD/OD) <███ @cdc.gov>
wrote:

Hi all:

CDC's ACIP will meet June 17 & 18 to discuss the expected EUAs for the 6mos-5 years COVID-19 vaccines.

If we can provide a response to this request after the FDA and CDC advisory committees have completed their work, we can provide a more complete answer.

Please let me know if that timeline is OK.

Thanks ██████



MOLA_DEFSPROD_00001575

Case: 23-30445   Document: 43-2   Page: 450   Date Filed: 07/17/2023

COVID-19 Emergency Response



px                    cdc.gov
                      @cdc.gov

**From:**▮▮▮▮▮(CDC/OD/OADC)◄▮▮▮@cdc.gov►
**Sent:** Monday, June 6, 2022 9:29 AM
**To:**▮▮▮▮@fb.com►
**Cc:**▮▮▮▮@fb.com►;▮▮▮▮(CDC/OD/OADC)◄▮▮@cdc.gov►;▮▮▮▮
▮▮▮▮(CDC/DDID/NCIRD/OD)◄▮▮@cdc.gov►
**Subject:** RE: Misinformation Claims for 5 year olds and younger

+ Rosie who gathered the last set and can best help on this one too.

Thanks!

**From:**▮▮▮▮@fb.com►
**Sent:** Friday, June 3, 2022 12:37 PM
**To:**▮▮▮▮(CDC/OD/OADC)◄▮▮@cdc.gov►
**Cc:**▮▮▮▮@fb.com►;▮▮▮▮(CDC/OD/OADC)◄▮▮@cdc.gov►
**Subject:** Misinformation Claims for 5 year olds and younger

Hi ▮▮▮

Thanks so much again for your help debunking claims about COVID vaccines and children. We have been following media reports that the FDA will hold a VRBPAC meeting on June 15 to discuss authorization of the Pfizer and Moderna COVID vaccines for young children, and so wanted to reach out to make sure we had the most current information.

I have a few questions around specific claims we currently remove because they are false and harmful and whether these are also false and harmful when in reference specifically to young children (i.e., 5 and younger). Getting your team's insight around this will help ensure we are able to remove these when we see them on the platform as soon as possible after any FDA authorization. In April you were able to debunk all the claims we were removing for 6-12 year olds except one; since then, we've also added or may soon add a few new claims. As such, could you please let us know whether the CDC is able to debunk the following as false and harmful for <u>young children</u>?

• Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")
• Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:
o    Meningitis
o    Syphilis
o    Encephalitis (e.g., Japanese encephalitis)
o    Monkeypox
o    Hepatitis

Many thanks as always for your help, ▮▮▮

MOLA_DEFSPROD_00001576

Case: 23-30445        Document: 43-2        Page: 451        Date Filed: 07/17/2023

Best,



Meta

Case: 23-30445      Document: 43-2      Page: 452      Date Filed: 07/17/2023

MOLA_DEFSPROD_00001577

**From:** ████████████ @fb.com]
**Sent:** 6/7/2022 10:38:34 AM
**To:** ████████████ (CDC/DDID/NCIRD/OD) ████@cdc.gov]; ████████████ (CDC/OD/OADC)
████@cdc.gov]; ████████████ @fb.com]
**Cc:** ████████████ (CDC/OD/OADC) ████@cdc.gov]; ████████████ @fb.com]
**Subject:** Re: Misinformation Claims for 5 year olds and younger

Thanks so much. ████████
Adding my colleague ████ as well.

We'll hold on our policy changes until we get the final word from you.

████████

**From:** ████████████ (CDC/DDID/NCIRD/OD) ████@cdc.gov>
**Date:** Tuesday, June 7, 2022 at 9:53 AM
**To:** ████████████ (CDC/OD/OADC) <████@cdc.gov>, ████████████
**Cc:** ████████████ @fb.com>, ████████████ (CDC/OD/OADC) ████@cdc.gov>
**Subject:** RE: Misinformation Claims for 5 year olds and younger

Hi all:

CDC's ACIP will meet June 17 & 18 to discuss the expected EUAs for the 6mos-5 years COVID-19 vaccines.

If we can provide a response to this request after the FDA and CDC advisory committees have completed their work, we can provide a more complete answer.

Please let me know if that timeline is OK.

Thanks. ████████

████████████

COVID-19 Emergency Response

████████████

**From:** ████████████ (CDC/OD/OADC) <████@cdc.gov>
**Sent:** Monday, June 6, 2022 9:29 AM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @fb.com>, ████████████ (CDC/OD/OADC) ████@cdc.gov>; ████████████
████████████ (CDC/DDID/NCIRD/OD) <████@cdc.gov>
**Subject:** RE: Misinformation Claims for 5 year olds and younger

MOLA_DEFSPROD_00001596

+ ███ who gathered the last set and can best help on this one too.

Thanks!

**From:** ███████ @fb.com>
**Sent:** Friday, June 3, 2022 12:37 PM
**To:** ██████████ (CDC/OD/OADC) < ███ @cdc.gov>
**Cc:** ███████ @fb.com>; ███████ (CDC/OD/OADC) ███ @cdc.gov>
**Subject:** Misinformation Claims for 5 year olds and younger

Hi ███

Thanks so much again for your help debunking claims about COVID vaccines and children. We have been following media reports that the FDA will hold a VRBPAC meeting on June 15 to discuss authorization of the Pfizer and Moderna COVID vaccines for young children, and so wanted to reach out to make sure we had the most current information.

I have a few questions around specific claims we currently remove because they are false and harmful and whether these are also false and harmful when in reference specifically to young children (i.e., 5 and younger). Getting your team's insight around this will help ensure we are able to remove these when we see them on the platform as soon as possible after any FDA authorization. In April you were able to debunk all the claims we were removing for 6-12 year olds except one; since then, we've also added or may soon add a few new claims. As such, could you please let us know whether the CDC is able to debunk the following as false and harmful for young children?

- Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")
- Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:
  - Meningitis
  - Syphilis
  - Encephalitis (e.g., Japanese encephalitis)
  - Monkeypox
  - Hepatitis

Many thanks as always for your help, ███ !

Best,
███████



Meta

████████████

Meta

MOLA_DEFSPROD_00001597

Case: 23-30445   Document: 43-2   Page: 454   Date Filed: 07/17/2023

**From:** ████████@fb.com]
**Sent:** 6/1/2022 12:39:32 PM
**To:** ████████@cdc.gov]; ████████
████████@cdc.gov]; ████████@cdc.gov]
**CC:** ████████@fb.com]; CDC IMS 2019 NCOV Response VCU Communications
████████@cdc.gov]
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Great, thank you so much ████ —hugely helpful!

**From:** ████████ < ████@cdc.gov>
**Date:** Wednesday, June 1, 2022 at 7:23 AM
**To:** ████████@cdc.gov> ████████@fb.com>,
████████@cdc.gov>
**Cc:** ████████@fb.com>, CDC IMS 2019 NCOV Response VCU Communications
< ████████@cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Hello ████

Below is a response to the claim: The COVID vaccine causes hepatitis for ages 6 months and older.

COVID-19 vaccines are available and recommended for everyone ages 5 years and older; there are not yet vaccines authorized for children under 5 years. It is false that the COVID vaccine causes hepatitis although CDC is currently working with health departments across the country to identify children with hepatitis of unknown cause. Investigators are examining a possible relationship to adenovirus type 41 infection, and some other causes have been ruled out. It is not yet clear whether there has been an increase in the number of cases of hepatitis in children, or improvements in detecting cases. It is not unusual for the cause of some hepatitis cases in children to remain unknown.

Belief that the COVID-19 vaccine causes hepatitis contributes to the risk of individuals refusing COVID-19 vaccines.

Please let me know what questions you have.

Thanks, ████

MOLA_DEFSPROD_00001601

Case: 23-30445    Document: 43-2    Page: 456    Date Filed: 07/17/2023

**From:** ████████████████@cdc.gov>
**Sent:** Friday, May 27, 2022 9:41 AM
**To:** ████████@fb.com>;                              ████████@cdc.gov>
**Cc:** ████████              @fb.com>;                                        ████████@cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

████████ is out until next week. I know she'll check when she returns.

**From:** ████████@fb.com>
**Sent:** Thursday, May 26, 2022 2:08 AM
**To:** ████████@cdc.gov>;                              ████████@cdc.gov>
**Cc:** ████████@fb.com>;                              ████████@cdc.gov>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████████, I wanted to follow up on whether you had more information about the below claim?

Many thanks,

████████

Get Outlook for iOS

**From:** ████████@cdc.gov>
**Sent:** Tuesday, May 3, 2022 10:41 PM
**To:** ████████@fb.com>;                              ████████@cdc.gov>
**Cc:** ████████@fb.com>;                              ████████@cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

+ ████ to weigh in.

**From:** ████████@fb.com>
**Sent:** Tuesday, May 3, 2022 4:32 PM
**To:** ████████@cdc.gov>;                              ████████@cdc.gov>
**Cc:** ████████@fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████,

We've recently become aware of another claim about side effects of the COVID vaccine for under 5-year old's that we believe might be currently trending, and so were hoping your team might be able to look into debunking this one as well. We'll then action on it appropriately along with the other claims you most recently debunked for us.

- **Claim: The COVID vaccine causes hepatitis**
-       Is this false (for ages 6 months and older) and
-       Is this likely to directly contribute to the risk of imminent physical harm (including by contributing to the risk of individuals getting or spreading a harmful disease or refusing an associated vaccine)?

Many thanks and all the best,

MOLA_DEFSPROD_00001602