No. 23-30445

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

Plaintiffs-Appellees,

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Western District of Louisiana

## EXHIBITS TO PLAINTIFF-APPELLEES' OPPOSITION TO DEFENDANT-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT RULE 27.3 FOR A STAY PENDING APPEAL
### Volume II

**From:** ███████████ @fb.com>
**Date:** Thursday, April 7, 2022 at 10:40 AM
**To:** ███████████ < ███ @cdc.gov>, ███████████ @cdc.gov>
**Cc:** ███████████ @fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Wow, this is amazing, thank you so much ███ !! We'll get moving now to be able to remove all but that one claim as soon as the announcement and authorization happens. And we can check in closer to regarding this last claim below.

Thank you so much again, I can't reiterate enough how helpful this is for us to remove these misinfo claims ASAP.

Best,

███████

**From:** ███████████ < ███ @cdc.gov>
**Date:** Thursday, April 7, 2022 at 10:21 AM
**To:** ███████████ @fb.com>, ███████████ < ███ @cdc.gov>
**Cc:** ███████████ @fb.com>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Hi ███ – Ended up getting an answer without my POC.

All the claims below are false EXCEPT the note directly below.  Also, it is reasonable to assume these statements may lead to vaccine refusal:

o        Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")    CDC can't speak to this until the pharmaceutical companies have reported data on vaccine efficacy against severe illness or death in the <5 year olds.

**From:** ███████████ @fb.com>
**Sent:** Monday, April 4, 2022 4:56 PM
**To:** ███████████ (CDC/OD/OADC) < ███ @cdc.gov>; ███████████ < ███ @cdc.gov>
**Cc:** ███████████ @fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ███████ hope you're well! I wanted to follow up on my previous email given the reports last week that Moderna is going to seek emergency authorization of its COVID vaccine for children under 6, and that Pfizer's updated efficacy data for children vaccines will be available in early April.

Our interpretation is that we now might be a few weeks out from the CDC authorizing one or both vaccines for children, and so I wanted to follow up about the below misinformation claims pertaining to Covid-19 vaccines and children. Would it be possible to let us know which of the below listed claims (plus 2 new ones, indicated in red) have been debunked by the CDC so we can remove the appropriate ones as close as possible to authorization taking place?

As always, happy to set up time to talk through if easier—just let me know!
Many thanks and all the best,

███████

MOLA_DEFSPROD_00001603

Case: 23-30445   Document: 43-3   Page: 3   Date Filed: 07/17/2023

**From:** ██████████< ██@cdc.gov>
**Date:** Monday, February 14, 2022 at 7:17 AM
**To:** ██████ @fb.com>
**Cc:** ████████████< ██@cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Thanks ██ I'll route this through our team here and see what we can do.

████████

**From:** ████████ @fb.com>
**Sent:** Friday, February 11, 2022 7:00 PM
**To:** ███████████████ @cdc.gov>
**Cc:** ████████████ ███@cdc.gov>
**Subject:** Follow up Misinformation Claims about Under 5 Year Olds

Hi ██

Thank you so much again for gathering the team to meet with us earlier this week, it was incredibly helpful. Your partnership is critical to us in making sure we can remove false and harmful claims about COVID-19 and vaccines on our platform.

**In follow up to our meeting,** I am sharing below the long list of claims that we currently remove related to the COVID vaccine because public health authorities such as the CDC have confirmed they are false and could contribute to imminent physical harm if believed. In the fall, your team was able to confirm these claims were also false and harmful specifically as applied to 5-11 year-olds ahead of the FDA's emergency authorization of the Pfizer vaccine for that age group. As a result, we were able to immediately remove content that claimed, for instance, that the COVID vaccine would give children cancer when the FDA made its announcement.

**We are hoping CDC could confirm whether these claims are also false and harmful when referring to children between 6 months and 5 years old.** We understand some of these may depend on your review of the FDA's report, and also that Pfizer's FDA request has been postponed. Our hope though is that we are able to receive as many confirmed debunkings from your team ahead of the FDA's announcement so that we can immediately begin removing this harmful content when the news hits.

Please let me know if you have any questions, if sharing these in another format would be more helpful for, or if there is any further context I can provide.

We know how very busy you all are so thank you so much again in advance for your help here!

Best,



**For each of the following claims, can you please indicate if the claim is 1) false and 2) if believed, could contribute to vaccine refusals?**

• **Claims about the availability or existence of COVID-19 vaccines, specifically:**
   ○    Claims that COVID-19 vaccines do not exist or have not been approved
   ○    Claims that COVID-19 vaccines are not approved by the FDA if that content also
suggests the vaccines are unsafe, ineffective at preventing severe illness or death, experimental, or

MOLA_DEFSPROD_00001604

Case: 23-30445      Document: 43-3      Page: 4      Date Filed: 07/17/2023

have not been appropriately tested. Otherwise, we will allow claims that the FDA has not approved a COVID-19 vaccine, other than the Pfizer/BioNTech or Moderna vaccine, or make a clear distinction between a full FDA approval and an Emergency Use Authorization with appropriate context such as distinguishing between different types of COVID vaccines.

○ Claims that COVID-19 vaccines are experimental, if the context of the claim also suggests that vaccinated people are taking part in a medical experiment.

- **Claims about the safety or serious side effects of COVID-19 vaccines, including:**

○ Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:

- Death
- Amyotrophic Lateral Sclerosis (ALS)
- Multiple sclerosis
- COVID-19 or a new COVID-19 strain
- Autism
- Miscarriages
- Infertility or sterilization
- Birth defects
- Shedding
- Altering DNA
- Blood clots (except in relation to specific vaccines for which public health authorities have found possible links or are officially investigating such reports)
- Alzheimer's
- Prion's disease
- Bell's palsy
- Erectile dysfunctions
- Cancer
- Diabetes
- Autoimmune diseases
- Antibody-dependent enhancement
- Weakened immune system
- Acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV)
- Heart attacks (does not apply to claims of myocarditis or other heart conditions)
- Multisystem inflammatory syndrome in children (MIS-C)
- Magnetism
- Other side-effects which are impossible or irrational, such as taking the vaccine turns you into a monkey (requires additional information and/or context), or gives you "vaccine acquired immune deficiency syndrome," which is not recognized as a disease or condition.

○ Claims that the spike proteins created by the COVID-19 vaccines are dangerous / cytotoxic.

○ Claims that building immunity by getting COVID-19 is safer than getting the vaccine

○ Claims that COVID-19 vaccines are unsafe generally, or for a certain specific group of people, if that group is identified based on protected characteristics or other identifiers not directly related to their personal health, age, or disabilities (e.g. social status, religion, or political views), or that vaccines are unsafe for menstruating women.

○ Claims that being near vaccinated people causes adverse effects on unvaccinated people

○ Claims that breast milk from vaccinated people is harmful to babies/children

- **Claims about the efficacy of COVID-19 vaccines, including:**

○ Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")

○ Claims that people who are vaccinated are more at risk for getting sick with COVID than people who are unvaccinated

- **Claims about how the COVID-19 vaccine was developed or its ingredients, including:**

○ Claims that COVID-19 vaccines contain toxic, prohibited, or harmful ingredients, microchips, animal products, or anything not on the vaccine ingredient list

○ Claims that COVID-19 vaccines are untested

MOLA_DEFSPROD_00001605

- ○ Claims that COVID-19 vaccines contain the mark of the beast
- ○ Claims that people died as a result of the COVID-19 Pfizer/BioNTech vaccine during clinical trials (Note - We allow claims that people died during the COVID-19 Pfizer/BioNTech clinical trials) (requires additional information and/or context).
- ○ Claims that COVID-19 vaccines contain, or were developed, produced or designed from/with human tissue from aborted fetuses / aborted fetal tissue.
- • **Claims involving conspiracy theories about a COVID-19 vaccine or vaccination program, including:**
- ○ Claims that COVID-19 vaccines are designed to or were developed in order to control a population for non-public health purposes
- ○ Claims that specific populations are being used or targeted in order to test the true safety or efficacy of a COVID-19 vaccine
- ○ Claims that vaccines are the reason behind the emergence of COVID variants


- • **Claims that something other than a COVID-19 vaccine can vaccinate you against COVID-19 (Added on 4/4)**
- • **Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects: (Added on 4/4)**
1. Neurodegenerative diseases (e.g. Alzheimer's, Ataxia, Huntington's disease, Parkinson's disease, Motor neuron disease, Multiple system atrophy, and Progressive supranuclear palsy)
2. Vulvar aphthous ulcers

∞ Meta

███████████████

Meta

MOLA_DEFSPROD_00001606

Case: 23-30445      Document: 43-3      Page: 6      Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ████████████████████████████████ |
| **Sent:** | 4/5/2022 8:55:02 AM |
| **To:** | ████████████@fb.com]; ████████████@cdc.gov] |
| **Cc:** | ████████████@fb.com]; ████████████@cdc.gov] |
| **Subject:** | RE: Follow up Misinformation Claims about Under 5 Year Olds |

██ –My best POC on this is out this week so it will be next week before we get back to you. But I think we have time, I don't believe CDC will vote on anything util late April or early May. I may not have the latest info but I don't think this will just roll out next week.

Thanks!

**From:** ████████████@fb.com>
**Sent:** Monday, April 4, 2022 5:55 PM
**To:** ████████████@cdc.gov>; ████████████@cdc.gov>
**Cc:** ████████████@fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Thank you!

**From:** ████████████@cdc.gov>
**Date:** Monday, April 4, 2022 at 2:08 PM
**To:** ████████████@fb.com>, ████████████@cdc.gov>
**Cc:** ████████████@fb.com>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Got it, let me get back to you on this.

**From:** ████████████@fb.com>
**Sent:** Monday, April 4, 2022 4:56 PM
**To:** ████████████@cdc.gov>; ████████████@cdc.gov>
**Cc:** ████████████@fb.com>
**Subject:** Re: Follow up Misinformation Claims about Under 5 Year Olds

Hi ████████████, hope you're well! I wanted to follow up on my previous email given the reports last week that Moderna is going to seek emergency authorization of its COVID vaccine for children under 6, and that Pfizer's updated efficacy data for children vaccines will be available in early April.

Our interpretation is that we now might be a few weeks out from the CDC authorizing one or both vaccines for children, and so I wanted to follow up about the below misinformation claims pertaining to Covid-19 vaccines and children. Would it be possible to let us know which of the below listed claims (plus 2 new ones, indicated in red) have been debunked by the CDC so we can remove the appropriate ones as close as possible to authorization taking place?

As always, happy to set up time to talk through if easier—just let me know!

MOLA_DEFSPROD_00001627

Many thanks and all the best,



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮@cdc.gov>
**Date:** Monday, February 14, 2022 at 7:17 AM
**To:** ▮▮▮▮▮▮▮▮▮▮@fb.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮@cdc.gov>
**Subject:** RE: Follow up Misinformation Claims about Under 5 Year Olds

Thanks ▮▮ - I'll route this through our team here and see what we can do.

**From:** ▮▮▮▮▮▮@fb.com>
**Sent:** Friday, February 11, 2022 7:00 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮@cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮@cdc.gov>
**Subject:** Follow up Misinformation Claims about Under 5 Year Olds

Hi ▮▮

Thank you so much again for gathering the team to meet with us earlier this week, it was incredibly helpful. Your partnership is critical to us in making sure we can remove false and harmful claims about COVID-19 and vaccines on our platform.

**In follow up to our meeting,** I am sharing below the long list of claims that we currently remove related to the COVID vaccine because public health authorities such as the CDC have confirmed they are false and could contribute to imminent physical harm if believed. In the fall, your team was able to confirm these claims were also false and harmful specifically as applied to 5-11 year-olds ahead of the FDA's emergency authorization of the Pfizer vaccine for that age group. As a result, we were able to immediately remove content that claimed, for instance, that the COVID vaccine would give children cancer when the FDA made its announcement.

**We are hoping CDC could confirm whether these claims are also false and harmful when referring to children between 6 months and 5 years old.** We understand some of these may depend on your review of the FDA's report, and also that Pfizer's FDA request has been postponed. Our hope though is that we are able to receive as many confirmed debunkings from your team ahead of the FDA's announcement so that we can immediately begin removing this harmful content when the news hits.

Please let me know if you have any questions, if sharing these in another format would be more helpful for, or if there is any further context I can provide.

We know how very busy you all are so thank you so much again in advance for your help here!

Best,

▮▮▮▮▮▮

**For each of the following claims, can you please indicate if the claim is 1) false and 2) if believed, could contribute to vaccine refusals?**

- **Claims about the availability or existence of COVID-19 vaccines, specifically:**

MOLA_DEFSPROD_00001628

- ○ Claims that COVID-19 vaccines do not exist or have not been approved
- ○ Claims that COVID-19 vaccines are not approved by the FDA if that content also suggests the vaccines are unsafe, ineffective at preventing severe illness or death, experimental, or have not been appropriately tested. Otherwise, we will allow claims that the FDA has not approved a COVID-19 vaccine, other than the Pfizer/BioNTech or Moderna vaccine, or make a clear distinction between a full FDA approval and an Emergency Use Authorization with appropriate context such as distinguishing between different types of COVID vaccines.
- ○ Claims that COVID-19 vaccines are experimental, if the context of the claim also suggests that vaccinated people are taking part in a medical experiment.
- **Claims about the safety or serious side effects of COVID-19 vaccines, including:**
- ○ Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects:
  - Death
  - Amyotrophic Lateral Sclerosis (ALS)
  - Multiple sclerosis
  - COVID-19 or a new COVID-19 strain
  - Autism
  - Miscarriages
  - Infertility or sterilization
  - Birth defects
  - Shedding
  - Altering DNA
  - Blood clots (except in relation to specific vaccines for which public health authorities have found possible links or are officially investigating such reports)
  - Alzheimer's
  - Prion's disease
  - Bell's palsy
  - Erectile dysfunctions
  - Cancer
  - Diabetes
  - Autoimmune diseases
  - Antibody-dependent enhancement
  - Weakened immune system
  - Acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV)
  - Heart attacks (does not apply to claims of myocarditis or other heart conditions)
  - Multisystem inflammatory syndrome in children (MIS-C)
  - Magnetism
  - Other side-effects which are impossible or irrational, such as taking the vaccine turns you into a monkey (requires additional information and/or context), or gives you "vaccine acquired immune deficiency syndrome," which is not recognized as a disease or condition.
- ○ Claims that the spike proteins created by the COVID-19 vaccines are dangerous / cytotoxic.
- ○ Claims that building immunity by getting COVID-19 is safer than getting the vaccine
- ○ Claims that COVID-19 vaccines are unsafe generally, or for a certain specific group of people, if that group is identified based on protected characteristics or other identifiers not directly related to their personal health, age, or disabilities (e.g. social status, religion, or political views), or that vaccines are unsafe for menstruating women.
- ○ Claims that being near vaccinated people causes adverse effects on unvaccinated people
- ○ Claims that breast milk from vaccinated people is harmful to babies/children
- **Claims about the efficacy of COVID-19 vaccines, including:**
- ○ Claims that COVID-19 vaccines are not effective in preventing severe illness or death from COVID-19 (see Common Questions below for how we define the term "effective")

MOLA_DEFSPROD_00001629

Case: 23-30445    Document: 43-3    Page: 8    Date Filed: 07/17/2023

- ○ Claims that people who are vaccinated are more at risk for getting sick with COVID than people who are unvaccinated
- **Claims about how the COVID-19 vaccine was developed or its ingredients, including:**
- ○ Claims that COVID-19 vaccines contain toxic, prohibited, or harmful ingredients, microchips, animal products, or anything not on the vaccine ingredient list
- ○ Claims that COVID-19 vaccines are untested
- ○ Claims that COVID-19 vaccines contain the mark of the beast
- ○ Claims that people died as a result of the COVID-19 Pfizer/BioNTech vaccine during clinical trials (Note - We allow claims that people died during the COVID-19 Pfizer/BioNTech clinical trials) (requires additional information and/or context).
- ○ Claims that COVID-19 vaccines contain, or were developed, produced or designed from/with human tissue from aborted fetuses / aborted fetal tissue.
- **Claims involving conspiracy theories about a COVID-19 vaccine or vaccination program, including:**
- ○ Claims that COVID-19 vaccines are designed to or were developed in order to control a population for non-public health purposes
- ○ Claims that specific populations are being used or targeted in order to test the true safety or efficacy of a COVID-19 vaccine
- ○ Claims that vaccines are the reason behind the emergence of COVID variants

- **Claims that something other than a COVID-19 vaccine can vaccinate you against COVID-19 (Added on 4/4)**
- **Claims that COVID-19 vaccines kill or seriously harm people, which we define as leading to any of the following harmful side effects: (Added on 4/4)**
- Neurodegenerative diseases (e.g. Alzheimer's, Ataxia, Huntington's disease, Parkinson's disease, Motor neuron disease, Multiple system atrophy, and Progressive supranuclear palsy)
- Vulvar aphthous ulcers

∞ Meta

Meta

Case: 23-30445    Document: 43-3    Page: 9    Date Filed: 07/17/2023

MOLA_DEFSPROD_00001630

From: ████████████ @google.com]
Sent: 2/18/2022 11:08:50 AM
To: ████████████ @cdc.gov]
Subject: Re: YouTube Call

yes! that's perfect. Would you please send a calendar invite with a link that works for the CDC team? We're still confirming our attendees from YouTube and I'll circle back with their names asap.

████████████

Google US Federal Government Affairs and Public Policy

████████████

On Thu, Feb 17, 2022 at 2:33 PM ████████████ @cdc.gov> wrote:
How about next Thursday at 11:30 EST?

From: ████████████ @google.com>
Sent: Thursday, February 17, 2022 2:04 PM
To: ████████████ @cdc.gov>
Cc: ████████████ @cdc.gov>
Subject: Re: YouTube Call

yes, that is exactly it. Thank you!

████████████

Google US Federal Government Affairs and Public Policy

████████████

On Thu, Feb 17, 2022 at 2:03 PM Crawford, ████████████ @cdc.gov> wrote:
Hi ██ -- ██ updated me and we are still working on scheduling. I'll have to get back to you but it won't be possible until late next week. However, let me clarify that the ask still is to foreshadow upcoming changes that might be coming our way that might effect misinformation, correct?

MOLA_DEFSPROD_00001649

**From:** ████████████████ @google.com>
**Sent:** Thursday, February 17, 2022 2:00 PM
**To:** ████████████████ @cdc.gov>; ████████████████████
████ @cdc.gov>
**Subject:** YouTube Call

Hi ███████████ I just wanted to circle back from our conversation on Monday to see if your team has a few minutes to connect with YouTube's trust & safety team regarding covid19 misinformation. Please let me know if a call could be possible tomorrow or early next week?

Thank you!

████████████████████

Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001650

Date Filed: 07/17/2023     Page: 12     Document: 43-3     Case: 23-30445

| From: | ████████████ @fb.com] |
| Sent: | 1/7/2022 3:24:00 PM |
| To: | ████████████ @cdc.gov] |
| CC: | ████████████ @cdc.gov] |
| Subject: | Re: Omicron Policy Updates |

Amazing thank you!
As much context as possible would be helpful.

████████████

**Meta | politics & government**
████████████

On Jan 7, 2022, at 3:23 PM, ████████████ @cdc.gov> wrote:

████ it's looking like we'll be able to get back to you by Tuesday and should be via e-mail.

Thanks!

**From:** ████████████ @fb.com>
**Sent:** Thursday, January 6, 2022 10:46 PM
**To:** ████████████ @cdc.gov>
**Subject:** Re: Omicron Policy Updates

Thank you!

████████████

**Meta | politics & government**
████████████

On Jan 6, 2022, at 10:41 PM, ████████████ @cdc.gov> wrote:

Just letting you know I see this and I will get back to you about the best strategy tomorrow.

**From:** ████████████ @fb.com>
**Sent:** Thursday, January 6, 2022 11:53:29 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <ciy1@cdc.gov>
**Subject:** Omicron Policy Updates

Hi ████

I have a few more rounds of questions from our misinfo policy team.

A few of them are straightforward, but the others could require some more nuance, which may be easier over a call early next week with the right folks on the horn.

MOLA_DEFSPROD_00001691

Here's what we've got:

**1. We currently remove content that claims COVID-19 is no more dangerous to people than the common flu or cold.**
a.     Is this claim also false as to the Omicron variant?

**2. We currently remove content that claims that the mortality rate of COVID-19 is the same or lower than seasonal influenza.**
b.     Is this claim also false as to the Omicron variant?

**3. We currently remove content that claims that COVID-19 vaccines are not effective in preventing COVID-19.**
a.     Is this claim also false as to preventing infection from the Omicron variant?
b.     If so, how effective are the vaccines in preventing someone from being infected with the Omicron variant?
c.     Is it true that COVID-19 vaccines are effective at preventing serious illness and death from Omicron?

**4. The CDC website says: "COVID-19 vaccines are effective at preventing infection, serious illness, and death."**
a.     Could you provide any additional specificity as to what "effective" means here (e.g. 90% effective at preventing infection)?
b.     Is there a point in time post-vaccination when vaccines are no longer effective at preventing either infection, serious illness, or death (e.g. 6 months)?

MOLA_DEFSPROD_00001692

Date Filed: 07/17/2023    Page: 14    Document: 43-3    Case: 23-30445

| From: | ▮▮▮▮▮▮▮▮▮▮▮@fb.com] |
|---|---|
| Sent: | 11/21/2021 11:02:20 AM |
| To: | ▮▮▮▮▮▮▮▮▮@cdc.gov] |
| Subject: | Re: For Review: Booster Language |

Thank you!

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On Nov 21, 2021, at 8:04 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮@cdc.gov>wrote:

It appears accurate.  Thanks for checking!

| From: | ▮▮▮▮▮▮▮▮▮@fb.com> |
|---|---|
| Sent: | Saturday, November 20, 2021 5:25 PM |
| To: | ▮▮▮▮▮▮▮@cdc.gov> |
| Subject: | For Review: Booster Language |

Thanks so much for sending the language last night – I know you've said in the past we don't need approval for external language, but always want to make sure we are staying on the straight and narrow.

Here's what we've got:

**CDC Language:**

If you receive a Pfizer-BioNTech or Moderna COVID-19 vaccine, you will need 2 initial shots to get the most protection. CDC does not recommend mixing products for a two dose primary vaccine series or an additional primary dose. If you received a Pfizer-BioNTech or Moderna COVID-19 vaccine, you should get the same product when you need a second shot or additional primary dose. However, mixing and matching COVID-19 vaccines is allowed for booster shots.
You should get your second shot as close to the recommended 3-week or 4-week interval as possible. However, your second dose may be given up to 6 weeks (42 days) after the first dose, if necessary. You should not get the second dose early.
People age 18 years and older who received Pfizer-BioNTech or Moderna COVID-19 vaccines may get a booster.
You may choose which COVID-19 vaccine you receive as a booster shot. Some people may prefer the vaccine type that they originally received, and others may prefer to get a different booster. CDC's recommendations now allow for this type of mix and match dosing for booster shots.
Pfizer-BioNTech or Moderna
You should get a booster if you are:

Ages 50 years and older
Ages 18 years and older and live in a long-term care setting
You may get a booster if you are:

Ages 18 years and older
When to get a booster:
At least 6 months after completing your primary COVID-19 vaccination series

Johnson & Johnson's Janssen
You should get a booster if you are:

MOLA_DEFSPROD_00001755

18 years or older
When to get a booster:
At least 2 months after your shot.

**FB PROPOSED (CLEAN):**

If you receive a Pfizer-BioNTech or Moderna COVID-19 vaccine, you will need 2 initial shots to get the most protection. You should get your second shot as close to the recommended 3-week or 4-week interval as possible.

If you received a Pfizer-BioNTech or Moderna COVID-19 vaccine, you should get the same product when you need a second shot. However, mixing and matching COVID-19 vaccines is allowed for booster shots. You should get a booster at least 6 months after completing your primary COVID-19 vaccination series if you are:

- Ages 50 years and older
- Ages 18 years and older and live in a long-term care setting

If you are 18 years old or older and do not live in a long-term care setting, you may get a booster.

If you receive Johnson & Johnson's Janssen vaccine, you will need 1 shot to be considered fully vaccinated. If you are 18 years or older, you should get a booster of any COVID-19 vaccine at least 2 months after your shot.

MOLA_DEFSPROD_00001756

| From: | ███████████████████████████████████ |
|---|---|
| Sent: | 11/8/2021 4:01:34 PM |
| To: | ████████████ @fb.com]; ███████████ @cdc.gov]; █ █████ @cdc.gov] |
| CC: | ████████████ @fb.com] |
| Subject: | RE: New Claims & Policy updates following EAU authorization for 5-11 yearlds |

Hmm. Sorry I missed that, let me check on #2.

**From:** ██████████ @fb.com>
**Sent:** Monday, November 8, 2021 3:03 PM
**To:** ████████████ @cdc.gov>; ████████████ @cdc.gov>; ████████████ @cdc.gov>
**Cc:** ██████████ @fb.com>
**Subject:** Re: New Claims & Policy updates following EAU authorization for 5-11 yearlds

Thanks so much, ██████! Can you confirm if #2 is False as well? I see the links, but not the answer (or is this one that is still pending?)

**From:** ████████████████████ @cdc.gov>
**Date:** Monday, November 8, 2021 at 11:25 AM
**To:** ████████████ @fb.com>, ████████████ @cdc.gov>, ████████████ @cdc.gov>
**Cc:** ████████████ @fb.com>
**Subject:** RE: New Claims & Policy updates following EAU authorization for 5-11 yearlds

We are still working on the "All Vaccines" section but here are some responses for COVID.  Thanks!

It appears that any of these could potentially cause vaccine refusal.

1.    **COVID-19 vaccines weaken the immune system**
a.    Is this false?
b.    Could this lead to vaccine refusals?

**False.** COVID-19 vaccination will help protect people from getting COVID-19. Adults and children may have some side effects from the vaccine, which are normal signs that their body is building protection. These side effects may affect their ability to do daily activities, but they should go away in a few days. Some people have no side effects, and allergic reactions are rare. Learn how mRNA vaccines work.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

2.    **COVID-19 vaccines alter blood color/the blood of people who have been vaccinated appears different from the blood of people who have not been vaccinated.**
a.    Is this false?
b.    Could this lead to vaccine refusals?

MOLA_DEFSPROD_00001774

Case: 23-30445   Document: 43-3   Page: 17   Date Filed: 07/17/2023

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**3.     COVID-19 vaccines cause autoimmune diseases**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** COVID-19 vaccines have undergone—and continue to undergo—the most intensive safety monitoring in U.S. history. Serious side effects were rare and self-limiting.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**4.     Antibody-dependent enhancement (ADE) is a side-effect of COVID-19 vaccines**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** Adults and children may have some side effects from the vaccine, which are normal signs that their body is building protection. These side effects may affect their ability to do daily activities, but they should go away in a few days. Some people have no side effects, and allergic reactions are rare. Find a list of common side effects and what to expect after vaccination.

**5.     COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS)**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** COVID-19 vaccines have undergone—and continue to undergo—the most intensive safety monitoring in U.S. history. Serious side effects were rare and self-limiting.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html or
https://www.cdc.gov/coronavirus/2019-ncov/vaccines/expect/after.html.

**6.     Breast milk from a vaccinated parent is harmful to babies/children**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** Recent reports have shown that breastfeeding people who have received mRNA COVID-19 vaccines have antibodies in their breastmilk, which could help protect their babies. More data are needed to determine what level of protection these antibodies may provide to the baby. Learn more about COVID-19 vaccines and pregnancy.

**7.     COVID vaccine causes multisystem inflammatory syndrome in children (MIS-C)**
a.     Is this false?
b.     Could this lead to vaccine refusals?

**False.** Children who get infected with the virus that causes COVID-19 can develop serious complications like multisystem inflammatory syndrome (MIS-C)—a condition where different body parts become inflamed, including the heart, lungs, kidneys, brain, skin, eyes, or gastrointestinal organs. COVID-19 vaccination among children ages 5 through 11 years is critical to preventing infection and possible severe disease, as well as reducing the spread of COVID-19.

MOLA_DEFSPROD_00001775

Date Filed: 07/17/2023        Page: 18        Document: 43-3        Case: 23-30445

**From:** ██████████ @fb.com>
**Sent:** Tuesday, November 2, 2021 1:22 PM
**To:** ████████ @cdc.gov>; ███████████ @cdc.gov>
████████ @cdc.gov>; ███████████ @cdc.gov>
**Cc** ██████████ @fb.com>
**Subject:** New Claims & Policy updates following EAU authorization for 5-11 year lds

Hi ████████ and team!

████████ thanks so much for confirming the ability for the claims in question last week having the risk of causing vaccine refusals. And thank you all so much for your input over the last week on our many questions about vaccine misinformation relative to the EUA.

I wanted to share that as a result of our work together, when the FDA gave emergency use authorization to the Pfizer vaccine for children last week, we immediately updated our policies globally to remove additional false claims about the COVID-19 vaccine for children (e.g. "the COVID vaccine is not safe for kids"). We also launched a new feature on Instagram, where accounts that repeatedly post content that violates our policies on COVID-19 or vaccine misinformation may now lose the ability to be tagged or mentioned or may see pop-ups asking if they'd like to delete certain posts that may violate our policies.

As part of our regular monitoring of new claims about vaccines prevalent on our platform, **we have identified a number of additional claims we would like to get your team's assessment on (apologies this is coming so quickly after the last round that were specific to the EAU's timing!). Would it at all be possible to get input by Monday, November 8th?**

For each of the following new claims, which we've recently identified on the platform, **can you please tell us if:**
1.    **The claim is false; and**
2.    **If believed, could this claim contribute to vaccine refusals?**

Please let me know if you have any questions or concerns, and otherwise thank you so much in advance for your help!

Best,


**Claims about COVID-19 vaccines**

1.    **COVID-19 vaccines weaken the immune system**
a.        Is this false?
b.        Could this lead to vaccine refusals?

2.    **COVID-19 vaccines alter blood color/the blood of people who have been vaccinated appears different from the blood of people who have not been vaccinated.**
1.    Is this false?
2.    Could this lead to vaccine refusals?

3.    **COVID-19 vaccines cause autoimmune diseases**
a.        Is this false?
b.        Could this lead to vaccine refusals?

1.    **Antibody-dependent enhancement (ADE) is a side-effect of COVID-19 vaccines**
1.    Is this false?
2.    Could this lead to vaccine refusals?

MOLA_DEFSPROD_00001776

1.   **COVID-19 vaccines cause acquired immunodeficiency syndrome (AIDS)**
a.   Is this false?
b.   Could this lead to vaccine refusals?

1.   **Breast milk from a vaccinated parent is harmful to babies/children**
a.   Is this false?
b.   Could this lead to vaccine refusals?

1.   **COVID vaccine causes multisystem inflammatory syndrome in children (MIS-C)**
a.   Is this false?
b.   Could this lead to vaccine refusals?


**Claims about all vaccines**

1.   **Vaccines are not effective in preventing diseases for which vaccines exist, or in reducing the risk of illness or mortality from vaccine-preventable diseases.**
a.   Is this false for all approved vaccines?
b.   Could this lead to vaccine refusals?

2.   **Acquiring a vaccine-preventable disease cannot cause death.**
a.   Is this false?
b.   Could this lead to vaccine refusals?

1.   **Vitamins and minerals (either derived from natural sources or supplements) are as effective as vaccines in preventing diseases for which vaccines exist.**
a.   Is this false for all approved vaccines?
b.   Could this lead to vaccine refusals?




Meta

MOLA_DEFSPROD_00001777

Date Filed: 07/17/2023    Page: 20    Document: 43-3    Case: 23-30445

**From:** ███████████ @fb.com]
**Sent:** 10/28/2021 7:56:44 PM
**To:** ███████████ @cdc.gov]
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you thank you!
I know yall are totally under water right now. Appreciate it.

**From:** ███████████ @cdc.gov>
**Date:** Thursday, October 28, 2021 at 7:56 PM
**To:** ███████████ @fb.com>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

It's being worked on. I wish it had been faster.

**From:** ███████████ @fb.com>
**Sent:** Thursday, October 28, 2021 7:31:53 PM
**To:** ███████████ @cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you!

Apologies for the badgering — we want to get this right and are relying on your expertise.

Is there someone else who could speak to these perhaps?

████████████████████

On Oct 28, 2021, at 7:18 PM, ███████████ @cdc.gov> wrote:

Thanks ███ — I'm hoping ███ chimes in.

**From:** ███████████ @fb.com>
**Sent:** Thursday, October 28, 2021 7:12 PM
**To:** ███████████ @fb.com>; ███████████ @cdc.gov>
**Cc:** ███████████ @cdc.gov>; ███████████ @cdc.gov>; ███████████ @cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion
**Importance:** High

Bumping this — thanks all!

**From:** ███████████ @fb.com>
**Date:** Thursday, October 28, 2021 at 10:14 AM

MOLA_DEFSPROD_00001814

**To:** ███████ @fb.com>, ████████████ @cdc.gov>
**Cc:** ███████████ @cdc.gov>, ██████████ @cdc.gov>, █████████ @cdc.gov>

**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Hi All —

I know you're all completely slammed — we are holding on updating our Covid Information Center, FAQs on Covid, and our internal policies until we get the clarification on the highlighted questions below — could we get those today?

Thank you!

## Upcoming EAU Authorization for COVID-19 vaccines for kids



- For children 5-15, will the FDA's extension of EUA mean For children 5-15, will the FDA's extension of EUA mean the vaccine is:
  - Safe?
  - Effective?
  - Provides some immunity?
  - Has been appropriately tested?
  - Is non-experimental?

- Is there any evidence that the COVID-19 vaccine kills or seriously harms children?

- Is there any evidence that the COVID-19 vaccine causes any harmful side effects in children?

- Is there any evidence that the COVID-19 vaccine causes any of the following side effects:
  - ALS
  - MS
  - COVID-19
  - Autism
  - Shedding
  - Changing one's genetic makeup or DNA
  - Blood clots
  - Alzheimer's
  - Prion's disease
  - Bell's Palsy
  - Magnetism
  - Future reproductive issues (miscarriages, infertility, birth defects, erectile dysfunction)

## Upcoming EAU Authorization for COVID-19 vaccines for kids
- Is there any evidence that the spike proteins in COVID-19 vaccines are dangerous for children?

**From:** ████████ @fb.com>
**Date:** Wednesday, October 27, 2021 at 11:57 AM
**To:** ███████████ @cdc.gov>, █████████ @fb.com>
**Cc:** ████████ @cdc.gov>, █████████ @cdc.gov>, ████████ @cdc.gov>

**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thanks, ███ and exciting news about the Advisory panels recommendation!

Just checking if there are any updates from your end, ██████?

Many thanks and all the best,

███

MOLA_DEFSPROD_00001815

**From:** ████████████████████ @cdc.gov>
**Date:** Monday, October 25, 2021 at 10:30 AM
**To:** ████████ @fb.com>, ████████ @fb.com>
**Cc:** ████████ @cdc.gov>, ████████ @cdc.gov>,
████████ @cdc.gov>
**Subject:** RE: Follow up to Vaccine Misinformation Discussion

I don't believe ████ will be completed by the end of the day but I know she is actively working on it. I've copied her in directly to respond.

**From:** ████████ @fb.com>
**Sent:** Monday, October 25, 2021 12:21 PM
**To:** ████████ @fb.com> ████████ @cdc.gov>
**Cc:** ████████ @cdc.gov>; ████████ @cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Hi all, hope you had a nice weekend. I wanted to follow up about the remaining misinformation claims pertaining to EUA authorization for COVID-19 vaccines for 5-11 year olds.

Would it be possible to confirm whether the highlighted claims in the deck are debunked by CDC by the end of day by chance? That will enable us to begin removing harmful claims ASAP following an announcement this week.

Many thanks!

████

**From:** ████████ @fb.com>
**Date:** Wednesday, October 20, 2021 at 6:54 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @fb.com>, ████████ @cdc.gov> ████████
████████ @cdc.gov>
**Subject:** Re: Follow up to Vaccine Misinformation Discussion

Thank you!

████████████████████████

On Oct 20, 2021, at 8:47 PM, ████████ @cdc.gov> wrote:

I just wanted to confirm that ████ is on this and I think she is hoping to have some info by Friday.

**From** ████████ @fb.com>
**Sent:** Tuesday, October 19, 2021 5:31 PM
**To:** ████████ @cdc.gov> ████████ @cdc.gov>; ████████
████████ @cdc.gov>

MOLA_DEFSPROD_00001816

Case: 23-30445      Document: 43-3      Page: 22      Date Filed: 07/17/2023

**Cc:** ████████████ @fb.com>

**Subject:** Follow up to Vaccine Misinformation Discussion

Hi ████

Thank you so much again for taking the time, along with ████, to meet with our team earlier today. It was incredibly helpful as we are trying to do everything we can to be ready to remove anticipated misinformation claims immediately following EAU approval for the Pfizer vaccine for children under 12.

As discussed, I am sharing the deck we reviewed today with all the claims and have highlighted the remaining ones requiring debunking. Of most time sensitivity is those pertaining to children (slides 2-4) for which we really appreciate your team's reply by end of week so we can execute quickly as soon as the EUA is granted. Slides 5-7 are the claims about vaccines at large we did not have time to review, which are also important, but not quite as time sensitive.

Please let me know if you have any questions about what's attached.

Many thanks again and all the best,

████

██████████████

FACEBOOK

MOLA_DEFSPROD_00001817

**From:** ████████████ @google.com}
**Sent:** 10/28/2021 7:43:39 PM
**To:** ████████████ @cdc.gov]
**Subject:** Re: Booster Shots

Hi ████ I don't have specific questions. We just wanted to connect with you to confirm the link you'll be updating and to confirm key messages etc. it should be fine to keep the call small to just us.

On Thu, Oct 28, 2021 at 7:22 PM ████████████ @cdc.gov> wrote:
Can you give me a sense of what you'll need to discuss? I would rather not have a SME if I can answer questions but not sure what is being discussed. I know plans, key messages but not a expert in this.

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:18 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @cdc.gov>; ████████████ @google.com>; ████████████ @cdc.gov>; ████████████ @google.com>
**Subject:** Re: Booster Shots

3:30pm est it is! Would you mind sending an invite so the dial in works for you? Thank you!

On Thu, Oct 28, 2021 at 7:07 PM ████████████ @cdc.gov> wrote:
3:30 is best. Right now we have a 4pm I must attend. ▪

**From:** ████████████ @google.com>
**Sent:** Thursday, October 28, 2021 7:06 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ @google.com>; ████████████ @google.com>; ████████████ @cdc.gov>; ████████████ @cdc.gov>
**Subject:** Re: Booster Shots

Thanks both for the quick response! On Monday, we can make 3:30pm est work, but anyway 4pm est is open?

████████████

Google US Federal Government Affairs and Public Policy

████████████

MOLA_DEFSPROD_00001818

On Thu, Oct 28, 2021 at 5:13 PM ████████████████████████ @cdc.gov> wrote:

████ – of course not that I look again, I would recommend changing "Learn more & register at Vaccines.gov" to Find a vaccine at Vaccines.gov.

**From:** ████████████████████████
**Sent:** Thursday, October 28, 2021 5:11 PM
**To:** ████████████ @google.com>; ████████ @google.com>;
████████ @google.com>; ████████ @cdc.gov>;
████████ @cdc.gov>
**Subject:** RE: Booster Shots

I'm sorry this has been in my draft all day!!

This looks good. Thanks for checking.

Yes, we can discuss the pediatric vaccines early next week but let me give you some general info:   ACIP is likely to vote on this on Nov 2.  CDC is likely to start posting final information on Nov 3 (possibly late Nov 2), if that helps to know.  There will be many updates so the changes might span over a few days.   We are also looking ahead and misinformation and hope to have a BOLO type meeting later that week with platforms that are interested.

**From:** ████████████████████ @google.com>
**Sent:** Thursday, October 28, 2021 8:00 AM
**To:** ████████████ @google.com>; ████████ @google.com>;
████████ @cdc.gov>; ████████ @cdc.gov>;
████████ @cdc.gov>
**Subject:** Re: Booster Shots

Hi CDC team,

████████ OOO so I'm also adding ████████████████ who is helping while he is out. Given that CDC booster guidance has changed, we wanted to raise awareness of this upcoming change to our product experience. Please see below for our new text and a mock up and let us know if you have any feedback.

Anticipated new text: "If you have been fully vaccinated with a Pfizer, Moderna or Johnson & Johnson vaccine, you may be eligible for a booster shot."

Anticipated new mock:

MOLA_DEFSPROD_00001819

Also, do you have time to connect early next week on the anticipated guidance on vaccines for 5-11? It would be great to connect as the CDC plans communications on authoritative information for pediatric vaccines.

Thank you,
██████ and ████████

███████████

Google US Federal Government Affairs and Public Policy

████████████████████

On Thu, Sep 30, 2021 at 5:34 PM ████████████████ @google.com> wrote:
Great, thanks!

On Thu, Sep 30, 2021, 2:31 PM ████████████████ @cdc.gov> wrote:
Hi ████

I heard back from some folks.  No heartburn over the message as proposed.

Cheers

████

MOLA_DEFSPROD_00001820

Case: 23-30445   Document: 43-3   Page: 26   Date Filed: 07/17/2023

**From:** ████████████████████
**Sent:** Thursday, September 30, 2021 4:32 PM
**To:** ████ @google.com>
**Cc:** ████████ @google.com>; ████████ @cdc.gov>; ████████ @cdc.gov>
**Subject:** RE: Booster Shots

Hi ████

I'm informally running it by some folks to see what they think. Looks inclusive and accurate enough to me, but hey, I'm a tech guy and not a vaccine SME!

Get back to you shortly

**From:** ████████ @google.com>
**Sent:** Thursday, September 30, 2021 3:53 PM
**To:** ████ @cdc.gov>
**Cc:** ████████ @google.com>; ████████ @cdc.gov>
**Subject:** Booster Shots

Hi ████

Following up on our call earlier this week to share a planned update to our vaccine general availability banner (current experience below).

As discussed, we plan to add a one liner on the latest booster shot guidance from the CDC/Vaccines.gov. Please let us know if the CDC is comfortable with the following summary sentence based on the CDC's banner:

• *You may be eligible for a booster shot if you received a second dose of the Pfizer COVID-19 vaccine 6+ months ago and are an adult age 65+ years, or 18+ years and at risk due to circumstances or a medical condition.*

Thanks,

████████

---

████████████████ @google.com

---

████████████

Google US Federal Government Affairs and Public Policy

████████████

MOLA_DEFSPROD_00001821

Case: 23-30445      Document: 43-3      Page: 28      Date Filed: 07/17/2023



Google US Federal Government Affairs and Public Policy

MOLA_DEFSPROD_00001822

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** 8/18/2021 7:04:07 AM
**To:** ▮▮▮▮▮▮▮▮▮ @fb.com]
**CC:** ▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov]
**Subject:** RE: Crowd Tangle COVID-19 reports

Hi ▮▮▮ I'm going to be out of the office for several weeks in September. When you send these, can you please include ▮▮▮▮▮▮▮▮▮▮ copied here, so she can share with others if I'm out? Thanks so much!

**From:** ▮▮▮▮▮ <tlw@fb.com>
**Sent:** Tuesday, August 17, 2021 5:23 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com> ▮▮▮▮▮▮▮▮▮▮ @fb.com>;
▮▮▮▮▮▮▮ @fb.com>▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ▮▮▮

Attached, please find the latest CrowdTangle content insights report for the period of July 28 – Aug 11. You will find the summary from this report below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages feature posts discussing vaccine and other COVID-related mandates as the Delta variant continues to spread in the United States. Similarly in public groups, the posts with the highest interactions feature content about COVID mandates and repercussions faced by those who refuse to comply. In this report, we will explore highly engaging content within the following themes:

- **Vaccine Booster Shots:** Major publications share news about the expected FDA approval for a COVID vaccine booster to protect those with compromised immune systems from the Delta variant. Conversely, the World Health Organization released a statement imploring wealthy countries to hold off on providing booster shots until every country vaccinates at least 10% of their population. [Slides 5-6]

- **FDA Vaccine Approval:** With a new surge of COVID-19 cases, the Food and Drug Administration has pushed to fully approve Pfizer-BioNTech's COVID-19 vaccine by early September. The FDA believes that this step might inspire more confidence from the public in the vaccine. [Slides 7-8]

- **COVID-19 Mandates:** As COVID cases rise in the US, federal and state governments as well as businesses have implemented new mandates to combat the surge. On the other hand, many conservative politicians are calling for an end to government mandated restrictions and vaccinations. [Slides 9-10]

- 

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

MOLA_DEFSPROD_00002438

Thanks,

███████

████████████████████████████
████████████████████████████
████████████████████████████

Facebook | CrowdTangle

From: ███████████████████████ @cdc.gov>
Sent: Wednesday, August 4, 2021 6:24 AM
To: ██████████ @fb.com>
Cc: ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>;
███████████ @fb.com>; ███████████ @fb.com>
Subject: RE: CrowdTangle COVID-19 reports

Thank you!

From: █████████ @fb.com>
Sent: Tuesday, August 3, 2021 6:16 PM
To: ████████████ @cdc.gov>
Cc: ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>;
███████████ @fb.com>; ███████████ @fb.com>
Subject: Re: CrowdTangle COVID-19 reports

Hi ██████

Attached, please find the latest CrowdTangle content insights report for the period of July 14 – July 27. You will find the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to feature UNICEF posts relating global vaccine donation and distribution efforts. In public groups, the posts with high interactions feature content debating COVID-19 vaccination requirements as well as COVID-19 survival stories. In this report, we also explore highly engaging content within the following themes:

•       **The Delta Variant:** As the Delta variant surges, several top posts from Pages and Groups discuss concerns about and experiences with COVID-19 and the new strain. Many posts advocate for individuals to get vaccinated due to the increased severity of symptoms and high transmissibility associated with the Delta variant. [Slides 5-6]
•
•       **Proof of Vaccination Requirement:** Governments and public services are signaling the importance of requiring proof of vaccination at bars, concerts, and hospitals to help combat the spread of COVID-19. The highest

MOLA_DEFSPROD_00002439

engaged posts from Pages and Groups share articles about shifting guidelines and responses to those mandates. [Slides 7-8]

•
• **COVID-19 and Unvaccinated Individuals:** A rise in COVID-19 cases across the U.S. has contributed to concerns that the recent uptick in hospitalizations and deaths is being driven by unvaccinated individuals. High interaction public Page and Group posts for this topic continue the debate over the necessity of being vaccinated. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,

███

███████

Strategic Partner Development, Policy | CrowdTangle

███████████

Facebook | CrowdTangle

---

**From:** ███████ @fb.com>
**Sent:** Tuesday, July 20, 2021 2:22 PM
**To:** ███████ @cdc.gov>
**Cc:** ███████ @fb.com>; ███████ @fb.com>; ███████ @fb.com>; ███████ @fb.com>
**Subject:** Re: CrowdTangle COVID-19 reports

Hi ███,

Attached, please find the latest CrowdTangle content insights report for the period of June 30 – July 13 (attached). Here's the summary from this report, below:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to Pres. Biden's new strategy to increase vaccinations. In public groups, the posts with high interactions feature content debating COVID-19 vaccinations. In this report, we also explore highly engaging content within the following themes:
• **Reopening of Institutions:** Many of the highest engaged Page posts with keywords related to this theme share news of shifting public health policies allowing people to return to work, school, and religious services. Several posts focus on new guidelines for students returning back to school, with some expressing skepticism about vaccinating children. [Slides 5-6]
• **Olympics and COVID-19:** As the Tokyo Olympics draws closer, several high interaction Page posts on this discuss the recent spectator ban at the Olympics due to Tokyo's state of emergency from rising coronavirus cases. Also, many US publishers and pundits shared posts about US Olympic swimmer Michael Andrew refusing to be vaccinated ahead of Tokyo Olympics. [Slides 7-8].

Case: 23-30445   Document: 43-3   Page: 31   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002440

- **Door-to-Door Vaccines:** The highest interaction Page posts for this topic convey concern from political opponents about the Biden administration's strategy to ramp up vaccination efforts in communities with low vaccination rates by going "door-to-door" to educate and encourage more Americans to get vaccinated. [Slides 9-10] Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle

From: ██████████@cdc.gov>
**Sent:** Tuesday, June 22, 2021 2:02 PM
**To:** ██████████@fb.com>
**Cc:** ██████████@fb.com>; ██████████@fb.com> ██████████@fb.com>; ██████████@fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

From: ██████████@fb.com>
**Sent:** Tuesday, June 22, 2021 4:43 PM
**To:** ██████████@cdc.gov>
**Cc:** ██████████@fb.com> ██████████@fb.com>; ██████████@fb.com>; ██████████@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ██████

Looking forward to working with your team!

Attached, please find the latest CrowdTangle content insights report for the period of June 2 – June 16 (attached). I also want to make you aware that the next bi-weekly content insights report will be sent to you on Tuesday, July 20th instead of July 6th as I will be out of the office next week until July 7th.

Here's the quick summary from this report:

Highly engaged COVID vaccine-related content overall [Slides 3-4] across Pages continues to include UNICEF's posts, as well as posts related to global vaccine distribution in third world countries. In public groups, the posts with high

MOLA_DEFSPROD_00002441

interactions feature content related to the suspension of hospital workers for refusing the vaccine. In this report, we also explore highly engaging content within the following themes:

- **Global Vaccinations:** Many of the highest engaged Page posts with related keywords report on the global vaccine supply and efforts being undertaken by world leaders to reach every country. The most engaged Group posts feature news of the United States' commitment to donate supplies to vaccine-deprived countries. [Slides 5-6]
- 
- **Vaccine Side Effects:** A number of high interaction Page posts on this topic express continued interest in and concerns about potential vaccine side effects, especially for children and pregnant women. Highly engaged Group posts reveal similar themes of hesitation and skepticism related to the long-term effects of the vaccine. [Slides 7-8].
- 
- **Vaccine Refusal:** The highest interaction Page posts for this topic are from media outlets and personalities reacting to a recent court decision effectively upholding a Texas hospital's COVID vaccine mandate for its employees. The most engaged Group posts for this topic highlighted similar themes. [Slides 9-10]

Let us know if you have any questions or specific keywords / topics you'd like for us to explore in the next report. As always, please do not share.

Thanks,



Facebook | CrowdTangle



**From:** ████████████████ @cdc.gov>
**Sent:** Wednesday, June 9, 2021 7:20 AM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>; ████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you and appreciate ████ taking over for us!

**From:** ████████ @fb.com>
**Sent:** Tuesday, June 8, 2021 8:13 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████ @fb.com>; ████████████ @fb.com>; ████████████ @fb.com>; ████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attaching the latest CrowdTangle content insights report for the period of May 19-June 1 (attached). I wanted to note that ████████ (cc'ed) is taking over the oversight fo these reports, and will be providing them to you going forward. Here's the quick summary from this report:

MOLA_DEFSPROD_00002442

Highly engaged COVID vaccine-related content overall *[Slides 3-4]* across Pages continues to include UNICEF's posts, as well as posts related to vaccine refusal and discrimination. In public Groups, high-interaction posts include posts around vaccine passports and required vaccination, along with personal stores from COVID survivors or of side effects. In this report, we also explore highly engaged content within the following themes:

- **Vaccination Lawsuits:** Many of the highest engaged Page posts with related keywords report on lawsuits over compulsory vaccinations related to employment. Additionally, there are reports of lawsuits attempting to stop children from being vaccinated. Group posts include varied stances on the same topics. *[Slides 5-6]*
- **Deciding to Get Vaccinated:** A number of high interaction Page posts on this topic come from public figures, with many politicians weighing in on both sides of the aisle. In Groups, we see posts from individuals reacting to this debate, sharing their personal thoughts and concerns. *[Slides 7-8]*
- **Pandemic Origins:** High interaction Page posts on the origins of COVID-19 shared news of the changing theories about COVID being potentially man-made, as well as changing social media policies around related content. Group posts covered similar topics, with meme posts around the same themes appearing as well. *[Slides 9-10]*

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,



**From:** ▮▮▮▮▮▮▮@fb.com>
**Date:** Monday, March 15, 2021 at 6:19 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@cdc.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ▮▮▮,

Attaching the latest CrowdTangle content insights report for the period of February 24-March 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* continues to include many posts from UNICEF, as well as politically-related commentary and news around the vaccine rollout. Public figure vaccinations (notably, Dolly Parton's) garnered high engagement from Pages, while Groups still saw high engagement around personal experiences, in addition to more general news-sharing around vaccines. However, posts falling into the following themes also garnered high engagement:

- **Post-vaccination guidelines and protocols** drew high engagement after the CDC's new guidelines were announced, with the idea that "vaccinated people can gather without masks" appearing in headlines in Page posts. Group posts considered how the update might affect their specific interests and communities. *[Slides 5-6]*
- **Vaccine ingredients** saw higher interactions during this period in posts about fetal cells in the Johnson & Johnson vaccine, and religious leaders' corresponding recommendations to avoid it. *[Slides 7-8]*
- **Vaccine side effects** continue to be mentioned in posts mythbusting, educating, and reporting on different side effects, but also in personal Group posts looking for advice or commiseration around vaccine experiences and reactions as more people get vaccinated. *[Slides 9-10]*

This week, we also are including a one-off content insights report we did looking at Spanish-language content relevant to the US, which we thought might be interesting for you (as always, please do not share externally).

Let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

MOLA_DEFSPROD_00002443

Thanks,

███████

**From:** ███████@fb.com>
**Date:** Monday, March 1, 2021 at 6:03 PM
**To:** ███████@cdc.gov>
**Cc:** ███████@fb.com>, ███████@fb.com> ███████
███████@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

And adding in ███████, apologies!

**From:** ███████@fb.com>
**Date:** Monday, March 1, 2021 at 5:47 PM
**To:** ███████@cdc.gov>
**Cc:** ███████@fb.com> ███████@fb.com>,
<███████@fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ███,

Attaching the latest CrowdTangle content insights report for the period of February 10-24 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and public Groups in the CrowdTangle database *[Slides 3-4]* continues to include posts from UNICEF, as well as politically-related commentary/news around the vaccine rollout. Human-interest news stories around vaccination also garnered high engagement from Pages, while Groups saw higher engagement around personal experiences (both getting vaccinated or mentioning vaccines in the context of life updates). However, posts falling into the following themes also garnered high engagement:

•     **COVID-19 and mental health** keywords appeared in multiple highly-engaged Page posts that focused on mental health effects on young people during the pandemic, with varying levels of criticism about how the situation is being handled. High-interaction Group posts tended to highlight personal struggles. *[Slides 5-6]*
•     **Vaccine refusal** appeared in two main contexts in highly engaged posts - military refusals and consequences (often employment-related) for refusing the vaccine. *[Slides 7-8]*
•     **Testing positive post-vaccination** appeared in news reports (seen in Page posts) covering specific instances, with especially high interactions around a story of four people in Oregon. Groups also shared similar news, but higher-engagement posts there tended to share personal stories or look for advice. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

███████

**From:** ███████@cdc.gov>
**Date:** Wednesday, February 17, 2021 at 5:37 AM
**To:** ███████@fb.com>
**Cc:** ███████@fb.com>, ███████@fb.com>, ███████

MOLA_DEFSPROD_00002444

< ██████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you – very helpful!

**From:** ████████ @fb.com>
**Sent:** Tuesday, February 16, 2021  9:00 PM
**To:** ████████████ cdc.gov>
**Cc** ████████████ @fb.com>; ██████████ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports

Hi ████

Attaching the latest CrowdTangle content insights report for the period of January 27–February 10 (attached). Here's the quick summary:

Top engaged COVID vaccine-related content overall across Pages and Groups *[Slides 3-4]* includes a number of posts from UNICEF, celebrations and condemnations of the successes and failure of the vaccine rollout, and some additional criticism/skepticism around the vaccine and its efficacy (primarily in Groups). However, posts falling into the following themes also garnered high engagement:

• **Reports of deaths post-vaccination** continue to garner high interactions from both Pages (largely news organizations) and Groups, where a few personal reports appear mixed in with news articles. *[Slides 5-6]*
• **Double-masking,** while not directly related to the vaccine, drew high engagement as new studies and recommendations around wearing two masks were shared by both Pages and Groups. Some high-interaction posts from Pages mocked the idea and Fauci's changing position on it, while in Groups criticism came in meme form. *[Slides 7-8]*
• **Personal reports of vaccination** continue as more people are vaccinated. On Pages, highly engaged posts tend to highlight the experiences of public figures or government officials, but more graphic experiences with side effects - some looking for reassurance - garnered high interactions in Groups. *[Slides 9-10]*

As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report.

Thanks,

████

**From:** ████ @cdc.gov>
**Date:** Tuesday, February 2, 2021 at 7:51 AM
**To:** ████ @fb.com>
**Cc:** ████ @fb.com>, ████████ @fb.com>, ████████
< ████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports

Thank you!

**From:** ████ @fb.com>
**Sent:** Monday, February 1, 2021  8:39 PM
**To:** ████████ @cdc.gov>

MOLA_DEFSPROD_00002445

Cc: ▮▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>

**Subject:** Crowd Tangle COVID-19 reports

Hi All,

Sending along the latest CrowdTangle content insights report for the period of January 14-28 (attached). As always, please let us know if you have any questions or particular keywords/topics you'd like us to explore for the next report. Here's the quick summary:

Top engaged COVID and vaccine-related content overall across Pages and Groups *[Slides 3-4]* included many posts from large health organizations like UNICEF, news around government and brands' COVID plans, and people reporting on their current local situation. However, posts falling into the following themes also garnered high engagement:

- **Vaccine and COVID variant** news drove high interactions, with reports and concern around vaccine effectiveness against new strains. In Groups, variants also entered the anti-vaccination conversation. *[Slides 5-6]*
- **Vaccine side effects** continued to be mentioned in highly-engaged posts, though they included educational content side effects and personal stories of minimal side effects from vaccination. However, reports of specific cases of severe side effects and death continued to garner engagement. *[Slides 7-8]*
- **Mandatory vaccination and vaccine passports** made news in posts from Pages as a result of new technology and United Airlines' desire to make vaccines mandatory. Group posts speculate about travel logistics and specific scenarios that will personally affect the various posters and audiences. *[Slides 9-10]*

As before, links to CrowdTangle Searches are included with each topic if you'd like to explore more!

Thanks,

▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:51 AM
**To:** ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Thank you ▮▮▮▮ and ▮▮▮!

▮▮, as ▮▮▮▮ mentioned, we'll send the next one on February 1st. Glad to hear they look like they will be useful!

Best,

▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮ @fb.com>
**Date:** Tuesday, January 26, 2021 at 11:34 AM
**To:** ▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc:** ▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Crowd Tangle COVID-19 reports for WHO

Lol, no we didn't' speak to Census. Just a coincidence! :)

▮▮▮▮▮, feel free to send the reports directly to ▮▮▮ and cc ▮▮▮ and I and thank you for your work on these and do adjust if CDC has any suggestions for content.

MOLA_DEFSPROD_00002446

Best,

███████

**From:** ████████████ @cdc.gov>
**Date:** Tuesday, January 26, 2021 at 1:35 PM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @fb.com>, ████████████ @fb.com>, ████████ @fb.com>
**Subject:** RE: Crowd Tangle COVID-19 reports for WHO

Sorry my delay in response, I overlooked this yesterday.   It looks wonderful and much appreciated.  For now, send to me but I will be extending our distribution list.

One group we'll be adding is the Census group who hopefully will soon start their project with us.  (Did you by chance talk to them yesterday?  As this just came up with them yesterday?).   Also, the wide group of those looking at misinfo will want this.

THANK you!   I will let you know if there is additional feedback.

**From:** ████████████ fb.com>
**Sent:** Monday, January 25, 2021 5:51 PM
**To:** ████ cdc.gov>
**Cc** ████████████ fb.com>; ████████████ b.com> ████████████ b.com>
**Subject:** Crowd Tangle COVID-19 reports for WHO

Hi ████

I am following up on our conversation several weeks ago about providing more detailed reporting from our CrowdTangle team. I wanted to share our first CrowdTangle COVID content report with you courtesy of ████ and ████ on the cc. They are providing these to WHO, and thought it helpful for CDC teams as well. This report covers the time period of Jan 1 to January 14ᵗʰ. Going forward, these reports will be developed bi-weekly, with the next one ready for delivery on February 1. Who would you like these sent to?

████████ can do that distro and just put you/██, me, and ████ on cc if that works. But you let us know what you are thinking and if you want to distribute.

The full report is attached, but some highlights the CrowdTangle team would like to call to your attention are:

- Top engaged COVID and vaccine-related content overall across Pages and Groups [Slides 3-4] was largely a mix of educational posts, reports of successful vaccinations (from public figures and users), and news/commentary on COVID and the vaccination rollout.

- However, posts falling into the following themes, all of which have potential risks, also garnered high engagement:
1.       **Reports of healthcare workers refusing the vaccine**, driven largely by an article from Forbes, were widely shared and received high engagement in healthcare worker-centric Groups, as well as anti-vaccination Groups. [Slides 5-6]
2.       **Posts about alleged vaccine-related deaths**, especially news of a Miami doctor's death that is under investigation, got high engagement. Groups, especially anti-vaccination Groups, tended to share a larger variety of reported deaths from around the globe. [Slides 7-8]

MOLA_DEFSPROD_00002447

3.          **News and reports of severe vaccine side effects included both first- and secondhand reports in Groups**, with users sharing photos and video related to their own experiences. Highly engaged Page posts contained some news reports of bad side effects, but also included content meant to educate the public (including from the CDC). [Slides 9-10]

We've included links to the searches we used to develop these insights in the report, but please let us know if you or anyone on your team has trouble accessing these searches. And of course, we welcome your feedback on the report's content, template and any other areas that might makes these most effective for your team.

Thank you,

█████████ and team

Case: 23-30445      Document: 43-3      Page: 39      Date Filed: 07/17/2023

MOLA_DEFSPROD_00002448

**From:** ███████ @fb.com]
**Sent:** 8/2/2021 8:06:46 PM
**To:** ████████ @cdc.gov]; ████████ @fb.com]
**CC:** ██████ @fb.com]; ████████ @cdc.gov]
**Subject:** Re: Misinfo questions

Super hepful, thank you █████!

**From:** █████████████ @cdc.gov>
**Date:** Saturday, July 31, 2021 at 7:30 AM
**To:** ███████ @fb.com>, ████████ @fb.com>
**Cc:** ███████ @fb.com>, ████████████ @cdc.gov>
**Subject:** Misinfo questions

██████ – Per our conversation here is some additional info that might help you all.  I know you maybe on vacation so hopefully others will forward on to your team. ☺

1.   Spike protein in COVID-19 vaccines is dangerous/cytotoxic False
2.   Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine True, there have been increased reports of Guillain-Barré Syndrome (GBS) in people who have received the J&J/Janssen COVID-19 Vaccine, but not the mRNA COVID-19 vaccines. These reports are rare. CDC will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.
3.   Heart inflammation is a possible side effect of COVID-19 vaccines True, there have been increased reports of myocarditis, mostly in younger males under 30 years of age, who received mRNA COVID-19 vaccines. These reports are rare. CDC and its partners are investigating these reports to assess the relationship to COVID-19 vaccination.



Case: 23-30445      Document: 43-3      Page: 40      Date Filed: 07/17/2023

MOLA_DEFSPROD_00002473

**From:** ████████████ @fb.com]
**Sent:** 7/28/2021 2:46:45 PM
**To:** ████████████ @cdc.gov]; ████████████ @fb.com]
**CC:** ████████████ @cdc.gov]; ████████████ @fb.com]
**Subject:** Re: FB Misinformation Claims_Help Debunking

Great! I'll let ██ gather some more claims and before we set a date, I'll reach out on topics so you can get the right folks on the call.

██

**From:** ████████████ @cdc.gov>
**Date:** Wednesday, July 28, 2021 at 2:36 PM
**To:** ████████████ @fb.com>, ████████████ @fb.com>
**Cc:** ████████████ @cdc.gov> ████████████ @fb.com>
**Subject:** RE: FB Misinformation Claims_Help Debunking

Yes, we would love to do that. I do think getting the claims several days in advance will be critical to being sure we have what you need.

**From** ████████████ @fb.com>
**Sent:** Wednesday, July 28, 2021 2:30 PM
**To:** ████████████ @cdc.gov>; ████████████ @fb.com>
**Cc:** ████████████ @cdc.gov>; ████████████ @fb.com>
**Subject:** Re: FB Misinformation Claims_Help Debunking

Thank you so much ████ !

████ and I have been talking about in addition to our weekly meetings, doing a monthly misinfo / debunking meeting, with maybe claim topics communicated a few days prior so that you can bring in the matching experts and chat casually for 30 minutes or so. Is that something you'd be interested in?

██

**From:** ████████████ @cdc.gov>
**Date:** Wednesday, July 28, 2021 at 1:57 PM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @fb.com>, ████████████ @cdc.gov>, ████████████ @fb.com>
**Subject:** RE: FB Misinformation Claims_Help Debunking

████ – Below is some details from the team. I know it is a lot, does it give you what you need? In terms of the global database question at the end, I included some VAERS background below. This page adds more context: Selected Adverse Events Reported after COVID-19 Vaccination | CDC. But I wasn't able to obtain recommended database.

Let me know if this doesn't work!

Case: 23-30445   Document: 43-3   Page: 41   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002474

**Spike protein in COVID-19 vaccines is dangerous/cytotoxic**

Messenger RNA (mRNA) vaccine are one type of COVID-19 vaccine. Messenger mRNA vaccines work by teaching our cells to create a **harmless spike protein**. Spike proteins are ideal targets for vaccines. If you are exposed to the real COVID-19 virus after receiving a mRNA vaccination, your body will recognize it and fight it off by triggering an immune response inside your body. The cell breaks down and gets rid of the mRNA soon after it is finished using the instructions.

mRNA vaccines cannot give someone the virus because they do not use the live virus that causes COVID-19. The mRNA vaccine does not interact with your DNA in any way. The mRNA never enters the nucleus of the cell where the DNA is kept. mRNA vaccines have been held to the same rigorous safety and effectiveness standards as all other types of vaccines in the United States. Researchers have been studying and working with mRNA vaccines for decades. RNA vaccines have been studied before for flu, Zika, rabies, and cytomegalovirus (CMV).

Provide link to graphic. How mRNA COVID-19 Vaccines Work (cdc.gov)

**Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine**

The Centers for Disease Control and Prevention (CDC) and the Food and Drug Administration (FDA) are monitoring reports of Guillain-Barré Syndrome (GBS) in people who have received the J&J/Janssen COVID-19 Vaccine.

GBS is a rare disorder where the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. Most people fully recover from GBS, but some have permanent nerve damage.

After 12.8 million J&J/Janssen COVID-19 Vaccine doses administered, there have been around 100 preliminary reports of GBS identified in VAERS as of July 12. These cases have largely been reported about 2 weeks after vaccination and mostly in men, many 50 years and older. CDC will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.

Recent data indicates thousands of hospitalizations are estimated to be prevented as a result of J&J/Janssen COVID-19 vaccination. The benefits of using the J&J/Janssen COVID-19 vaccine under the Food and Drug Administration's (FDA) Emergency Use Authorization (EUA) clearly outweigh the risks of GBS.

**Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)**
- Myocarditis is inflammation of the heart muscle, and pericarditis is inflammation of the outer lining of the heart. In both cases, the body's immune system causes inflammation in response to an infection or some other trigger.
- More than 177 million people have received at least one dose of COVID-19 vaccine in the United States, and CDC continues to monitor the safety of COVID-19 vaccines for any health problems that happen after vaccination.
- Since April 2021, there have been more than a thousand reports to the Vaccine Adverse Event Reporting System (VAERS) of cases of inflammation of the heart—called myocarditis and pericarditis—happening after mRNA COVID-19 vaccination (i.e., Pfizer-BioNTech, Moderna) in the United States.
- These reports are rare, given the hundreds of millions of vaccine doses administered, and have been reported after mRNA COVID-19 vaccination, particularly in adolescents and young adults.
- CDC and its partners are actively monitoring these reports, by reviewing data and medical records, to learn more about what happened and to understand any relationship to COVID-19 vaccination.
- Most patients who received care responded well to treatment and rest and quickly felt better.
- Confirmed cases have occurred:
- Mostly in male adolescents and young adults age 16 years or older
- More often after getting the second dose than after the first dose of one of these two mRNA COVID-19 vaccines

MOLA_DEFSPROD_00002475

o     Typically within several days after COVID-19 vaccination
o     Patients can usually return to their normal daily activities after their symptoms improve. They should speak with their doctor about return to exercise or sports.

Most patients who received care responded well to treatment and rest and quickly felt better.
CDC continues to recommend COVID-19 vaccination for everyone 12 years of age and older, given the risk of COVID-19 illness and related, possibly severe complications. Getting vaccinated is the best way to protect yourself and your family from COVID-19. More information will be shared as it becomes available.

**Global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths:**
VAERS is a passive reporting system, meaning it relies on people sending in reports of their experiences after vaccination. The information is not submitted in real time. Also, VAERS is not designed to determine if a vaccine caused or contributed to an adverse event, such as death. A report to VAERS does not mean the vaccine caused the event. Reports of deaths following COVID-19 vaccination that are reported to VAERS are extracted and posted for transparency. Under EUA, healthcare providers are required to report any of the following (it also has the disclaimer they that have to report events regardless if the reporter thinks the vaccine caused it):

"Healthcare providers are required to report to VAERS the following adverse events after COVID-19 vaccination (under Emergency Use Authorization (EUA)], and other adverse events if later revised by FDA:
• Vaccine administration errors, whether or not associated with an adverse event (AE)
• Serious AEs regardless if the reporter thinks the vaccine caused the AE. Serious AEs per FDA are defined as:
1. Death;
2. A life-threatening AE;
3. Inpatient hospitalization or prolongation of existing hospitalization;
4. A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions;
5. A congenital anomaly/birth defect;
6. An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.
• Cases of Multisystem Inflammatory Syndrome
• Cases of COVID-19 that result in hospitalization or death
Healthcare providers are encouraged to report to VAERS any additional clinically significant AEs following vaccination, even if they are not sure the vaccine caused the event."

**From:** ███████████ @fb.com>
**Sent:** Monday, July 26, 2021 12:58 PM
**To:** ███████████████ @cdc.gov>
**Cc:** ███████████████ @fb.com>;  ███████████ @fb.com>
**Subject:** FB Misinformation Claims_Help Debunking

Hi ████, I hope you're well!

Our Misinformation Policy team has identified some claims that we were hoping your team could **help us understand if they are false and can lead to harm?** The three claims include:

1. Spike protein in COVID-19 vaccines is dangerous/cytotoxic
2. Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine
3. Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)

In addition, I was wondering if your team was aware of any global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths?

MOLA_DEFSPROD_00002476

Please let me know if you have any questions about the above, and thank you so much again for the CDC's help !

Best,

▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

FACEBOOK

Case: 23-30445     Document: 43-3     Page: 44     Date Filed: 07/17/2023

MOLA_DEFSPROD_00002477

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** 7/26/2021 1:14:50 PM
**To:** ▮▮▮▮▮▮▮ @fb.com]
**CC:** ▮▮▮▮▮▮▮▮▮▮ @fb.com] ▮▮▮▮▮▮▮ @fb.com]
**Subject:** RE: FB Misinformation Claims_Help Debuning

Got it, let me get back to you shortly and thnk you much for asking!


**From** ▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Monday, July 26, 2021 12:58 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ @cdc.gov>
**Cc** ▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>
**Subject:** FB Misinformation Claims_Help Debuning

Hi ▮▮, I hope you're well!

Our Misinformation Policy team has identified some claims that we were hoping your team could **help us understand if they are false and can lead to harm?** The three claims include:

1.   Spike protein in COVID-19 vaccines is dangerous/cytotoxic
2.   Guillain-Barre Syndrome (GBS) is a possible side effect of the COVID vaccine
3.   Heart inflammation is a possible side effect of all COVID-19 vaccines (including non mRNA vaccines)

In addition, I was wondering if your team was aware of any global source of truth/database for vaccine adverse effects including possibly vaccine-related deaths?

Please let me know if you have any questions about the above, and thank you so much again for the CDC's help!

Best,

▮▮



▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FACEBOOK

MOLA_DEFSPROD_00002478

**From:** ███████████████████████████████████████████

**Sent:** 6/30/2021 7:50:15 AM

**To:** ████████████@twitter.com]

**Subject:** RE: COVID Misinformation

Hi ████ – I've been trying to enter info but I realize I've been unclear on where to enter them. I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation. Am I in the right place?

☰   🔍   Co

cles

ck accounts on

te accounts on

Twitter myths

Contact Us   Partner Support

r Rules

# Report any issue to get priority service

**What type of problem are you having with your Twitter account?** (required)

⌄

**From:** ████████████████@twitter.com>

**Sent:** Thursday, May 27, 2021 2:30 PM

**To:** ████████████████████@cdc.gov>

**Cc:** ███████████████e@reingold.com> ██████████████@reingold.com>; █████████████ @cdc.gov>

**Subject:** Re: COVID Misinformation

Hi all - ████ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ████████████ @twitter.com> wrote:

Thanks for letting me know - I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ███████████████████ @cdc.gov> wrote:

I haven't seen anything come through so far.

MOLA_DEFSPROD_00002496

**From:** ███████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ███████████ @reingold.com>
**Cc:** ███████████ @cdc.gov>; ███████████ @reingold.com>; ███████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ███ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ███████████ @reingold.com> wrote:

Hi ███

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

███████████

**Reingold**

reingold.com

We're on a mission. *Yours.*

**From:** ███████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ███████████ @twitter.com>
**Subject:** RE: COVID Misinformation

MOLA_DEFSPROD_00002497

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ███████████

**From:** ██████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ██████████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com> ███████
████████ @census.gov>    ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████

On Mon, May 10, 2021 at 5:05 PM ██████████████ @cdc.gov> wrote:

████ — I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ██████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ██████████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>; ███████
< ████████ @census.gov>;    ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████

Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

████

MOLA_DEFSPROD_00002498

On Mon, May 10, 2021 at 1:50 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @cdc.gov> wrote:

▮▮▮ 

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here,  has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.


Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO...DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✒ is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

MOLA_DEFSPROD_00002499

Date Filed: 07/17/2023   Page: 50   Document: 43-3   Case: 23-30445

| | |
|---|---|
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https |
| So the #CDC now says that those who are "Fully Vax✔nated" can "Go outside & live freely" lol.. This is a joke          .

Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?   .. Also, do you know what SHEDDING is? | https |
| Here is the official Pfizer trail protocols
Concerning shedding by the vaccinated
Fertility (male and female)
contraception to be compulsorily used because shedding
Adverse events and serious adverse events reporting
And much more
Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | https |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid | https |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002500

Date Filed: 07/17/2023     Page: 51     Document: 43-3     Case: 23-30445

| | |
|---|---|
| **From:** | ████████████████ fb.com] |
| **Sent:** | 5/24/2021 9:14:34 AM |
| **To:** | ███████████████ cdc.gov] |
| **CC:** | ██████████████ fb.com] |
| **Subject:** | Re: Children & Teens vaccine info |

I will track that down



On May 24, 2021, at 8:28 AM, █████████████████████████ cdc.gov> wrote:

████████ I believe Liz mentioned on the call she was going to update this list and send us another copy, you haven't seen that yet have you?

| | |
|---|---|
| **From:** | ██████████████ @fb.com> |
| **Sent:** | Wednesday, May 12, 2021 8:39 PM |
| **To:** | ██████████████ @cdc.gov> |
| **Cc:** | ████████████ fb.com> |
| **Subject:** | Re: Children & Teens vaccine info |

Thank you!



On May 12, 2021, at 8:38 PM, █████████████████████ @cdc.gov> wrote:

Just FYI, we have a great deal of new content posted.  Also, some new info on myths your misinfo folks might be interested in.

- <!--[if !supportLists]--><!--[endif]-->**New web page:** COVID-19 Vaccines for Children and Teens provides information about the benefits of COVID-19 vaccines for adolescents aged 12 and older, how to find a vaccination provider for adolescents, and what to expect during and after vaccination.
- <!--[if !supportLists]--><!--[endif]-->**New fact sheet:** COVID-19 Vaccines for Preteens and Teens is a printable fact sheet for parents that explains the benefits of a COVID-19 vaccine for their children, safety information, and what to expect during and after vaccination. **New frequently asked questions:** Two new FAQs address questions about the safety and benefits of COVID-19 vaccination for adolescents aged 12 and older.
- <!--[if !supportLists]--><!--[endif]-->**New myth-buster about menstrual cycles:** Your menstrual cycle *cannot* be affected by being near someone who received a COVID-19 vaccine. This question and answer explains why.

MOLA_DEFSPROD_00002607

- <!--[if !supportLists]--><!--[endif]-->**Myth-buster about infertility**: It is safe for people who would like to have a baby one day to get a COVID-19 vaccine. This question and answer explains why.
- <!--[if !supportLists]--><!--[endif]-->**Key things to know**: The web pages Key Things to Know about COVID-19 Vaccines and About COVID-19 Vaccines have been updated to include the recommendation that adolescents aged 12 and older get vaccinated.
- <!--[if !supportLists]--><!--[endif]-->

**Information for Healthcare and Vaccine Providers**

- <!--[if !supportLists]--><!--[endif]-->**New pediatric toolkit**: The Pediatric Healthcare Professionals COVID-19 Vaccination Toolkit provides materials to help healthcare providers give parents clear and accurate information about COVID-19 vaccines. The toolkit includes answers to common questions, an explanation of how mRNA vaccines work, and printable materials to give to parents.
- <!--[if !supportLists]--><!--[endif]-->**New FAQs about consent for minors**: FAQs have been posted on the Pfizer-BioNTech product page for providers with information about consent, prescreening questions, and other issues related to the vaccination of minors.
- <!--[if !supportLists]--><!--[endif]-->**New sample patient letter**: Healthcare providers can customize and send this sample letter to encourage their patients to get a COVID-19 vaccine. It includes the new recommendation that everyone aged 12 and up get a COVID-19 vaccination.

**Information for Community Groups and Health Departments**

**Toolkit for community-based organizations**: The Community-Based Organizations COVID-19 Vaccine Toolkit has been updated to include information and resources on COVID-19 vaccination for adolescents aged 12 and older.



MOLA_DEFSPROD_00002608

Date Filed: 07/17/2023    Page: 52    Document: 43-3    Case: 23-30445

Date Filed: 07/17/2023     Page: 53     Document: 43-3     Case: 23-30445

From: ▆▆▆▆▆▆▆▆▆twitter.com]
Sent: 4/16/2021 8:35:22 AM
To: ▆▆▆▆▆▆▆▆▆cdc.gov]
Subject: Re: Request for problem accounts

Hi ▆▆▆
Thank you so much for this; we actioned (by labeling or removing) the Tweets in violation of our Rules.
Warmest,
▆▆▆▆▆▆

On Wed, Apr 14, 2021 at 3:16 PM ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆cdc.gov> wrote:
The Census team put this spreadsheet together with four example areas. Is this what you had in mind?
- Vaccines aren't FDA approved
- Fraudulent cures
- VAERS data taken out of context
- Infertility

From: ▆▆▆▆▆▆▆▆▆▆twitter.com>
Sent: Thursday, April 8, 2021 8:27 PM
To: ▆▆▆▆▆▆▆▆▆cdc.gov>
Subject: Request for problem accounts

Hi ▆▆▆
I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we
can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of
fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,
▆▆▆

CAUTION: This message originated externally. Please use caution when clicking on links or opening
attachments.

MOLA_DEFSPROD_00002805

**From:** ████████████ (CDC/OD/OADC) ████████████████

**Sent:** 4/9/2021 2:14:25 PM
**To:** ████████████ [twitter.com]
**Subject:** RE: Request for problem accounts

Yes, we'll get that to you early next week.  Thanks for checking in,

**From:** ████████████ twitter.com>
**Sent:** Thursday, April 8, 2021 8:28 PM
**To:** ████████████ @cdc.gov>
**Subject:** Request for problem accounts

Hi ████

I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,

████████████

Date Filed: 07/17/2023   Page: 54   Document: 43-3   Case: 23-30445

MOLA_DEFSPROD_00002971

Date Filed: 07/17/2023      Page: 55      Document: 43-3      Case: 23-30445

**From:** ███████ (CDC/OD/OADC) ███████████
**Sent:** 3/31/2021 2:23:11 PM
**To:** ███████ fb.com]
**Subject:** RE: This week's meeting

Got it, thanks.

**From:** ███████ fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** ███████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ██

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

**From:** ███████ cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** ███████ fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

- It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
- One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
- o   Example: No label
- o   Example: Label that links to WHO
- Can we add the Census team to CrowdTangle?
- How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

**From:** ███████ fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** ███████ cdc.gov>
**Subject:** Re: This week's meeting

Hi ██

Yes, I think good to have questions from Census so we make sure we have the right person.

MOLA_DEFSPROD_00003031

Date Filed: 07/17/2023   Page: 56   Document: 43-3   Case: 23-30445

I can ask ▮ to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** ▮▮▮▮▮ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** ▮▮▮▮ fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from ▮ about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc.   I didn't ask Census if they had questions...but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis.  I'm not sure what you all are preparing for them?   (that might have slipped my mind from last week, sorry if so).

Thanks!

**From:** ▮▮▮▮ fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** ▮▮▮▮ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▮

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,

▮▮

**From:** ▮▮▮▮ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** ▮▮▮▮ fb.com>
**Subject:** RE: This week's meeting

Hope all is well too.  I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census?   I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

MOLA_DEFSPROD_00003032

So in follow up to today's meeting -- besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us?   I'd be fine with using our existing time for this regular discussion if that end up working out best.   I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.

**From:** ████████████████ @fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** ██████████████████ @cdc.gov>
**Subject:** This week's meeting

Hi ███

Hope all is well...as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,

█████████

FACEBOOK



MOLA_DEFSPROD_00003033

**From:** ███████████████ ████fb.com]
**Sent:** 2/3/2021 10:23:54 AM
**To:** ███████████████ ██cdc.gov]; ████████████ ████fb.com]; ████████████
██████@fb.com]
**Subject:** Re: Imposter accounts of our new CDC Director

Yes! Please feel free to share my contact info.

████████

Get Outlook for iOS

---

**From:** ████████████████ cdc.gov>
**Sent:** Wednesday, February 3, 2021 10:21:07 AM
**To:** ██████████████fb.com>; ██████████fb.com>; ██████████████fb.com>
**Subject:** RE: Imposter accounts of our new CDC Director

████████-Thank you! Also, can I give your contact info to our security office for future emergencies or threats?

---

**From:** ████████████████fb.com>
**Sent:** Wednesday, February 3, 2021 10:16 AM
**To:** █████████████fb.com>; █████████████████cdc.gov>; █████████████
██████@fb.com>
**Subject:** Re: Imposter accounts of our new CDC Director

Thanks for flagging, ██████ These accounts have been removed.

Best,

██████

Get Outlook for iOS

---

**From:** ██████████fb.com>
**Sent:** Wednesday, February 3, 2021 1:09:07 AM
**To:** ████████████████cdc.gov>; ████████████████fb.com>; ██████████
██████fb.com>
**Subject:** Re: Imposter accounts of our new CDC Director

Thanks for the flag ██████

I am adding ███████o help here.

Best,

██████

---

**From:** ████████████████cdc.gov>
**Date:** Tuesday, February 2, 2021 at 6:28 PM

MOLA_DEFSPROD_00003328

Case: 23-30445    Document: 43-3    Page: 58    Date Filed: 07/17/2023

**To:** ████████████ fb.com>, ████████████ fb.com>
**Subject:** Imposter accounts of our new CDC Director

These new accounts have cropped up and ██████████ our new director, did not create them.  Can you assist us in addressing this?

████████████████████████████████████

I wasn't clear if I should loop in ████████ directly or if she was a contact I could provide to our security office for future reference.

Thank you.

MOLA_DEFSPROD_00003329

| | |
|---|---|
| **From:** | [████]@google.com] |
| **Sent:** | 7/24/2020 12:32:08 AM |
| **To:** | [████]@cdc.gov] |
| **CC:** | [████]@cdc.gov]; [████]@google.com] |
| **Subject:** | Re: Consolidating COVID Updates - feedback on vaccine doc |

Thanks so much, [████]. This is very helpful and we'll be sure to reach out if we have more questions.

On Thu, Jul 23, 2020 at 4:27 PM [████]@cdc.gov> wrote:

Feedback from [████] on the vaccine document. Let me know if we need to connect folks again.

Overall the list seems very appropriate and reasonable and we concur with the statements being myths. However, there are a few statements that may be more nuanced.

• Vaccine trials are in fact trying to enroll ethnic minorities, pregnant women, and children and this could be viewed as "targeting". This is really not in the same category of misinformation, as vaccine trials will attempt to specifically enroll these groups to ensure a diverse population in which the vaccines are tested. We would recommend removing this from the list.

• The "vaccine being rushed" comment: This one is tricky as the first half of the statement appears to be more of an opinion (people have the right to express their concern that the development is being rushed). The 2nd half contains false information ('safety and ethical protocols not being followed'). We recommend separating these two statements.

Hope this helps.

| | |
|---|---|
| **From:** | [████]@google.com> |
| **Sent:** | Wednesday, July 22, 2020 3:52 PM |
| **To:** | [████]@cdc.gov> |
| **Cc:** | [████]@cdc.gov>; [████]@google.com> |
| **Subject:** | Re: Consolidating COVID Updates |

Hi [████]

Thanks for the Spanish translation feedback. I've shared the recommended change with our product team and the Spanish version should be live early next week. The YouTube banner should also be live by tomorrow and we'll keep an eye out for any feedback from [████]

One new update:

1.    We are planning to launch a new COVID-19 patient journey which will provide a direct answer to users who are querying for a specific COVID-19 symptom (ex: "fever coronavirus" or "is headache a symptom of covid"). If the user queries for a COVID-19 symptom that matches one of the symptoms provided by the CDC in our OSRP, we will serve the user with a direct answer (ex: "Fever is a possible symptom of covid-19"), suggest relevant next steps such as taking a self test (where available), and surface similar questions from the web instead of triggering the current COVID-19

MOLA_DEFSPROD_00003568

OSRP's symptom's tab. Please note that the current COVID-19 OSRP will still surface for general COVID-19 queries. **Could you confirm if the CDC is comfortable with the phrasing, "X is a possible symptom of COVID-19" (screenshot below)?**

> The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Thanks,
Stanley

On Wed, Jul 22, 2020 at 10:45 AM ██████████████████████ @cdc.gov> wrote:

3. ████████ said she'd get back to us soon

4. Feedback from translation team below:.

Their notes:  I am not sure that this is the most accurate as it may mean:  Get away from things that bother you.

I suggest to change to:

Tómate un descanso de la información que te afecta. (Take a break from the information that upsets you).

| | |
|---|---|
| **Take breaks from upsetting content**<br>Make time to unwind. Try relaxation techniques and listening to music. Try to do some other activities you enjoy. | **Aléjate de lo que te molesta**<br>Dedica unos minutos a despejar la mente. Prueba con técnicas de relajación y escucha música. Intenta hacer otras actividades que disfrutas. |

MOLA_DEFSPROD_00003569

**From:** ████████████████ @google.com>
**Sent:** Tuesday, July 21, 2020 6:56 PM
**To:** ████████████████████ @cdc.gov>
**Cc** ██████████████ @cdc.gov>; ████████████████ @google.com>
**Subject:** Re: Consolidating COVID Updates

Perfect, thanks for the quick response!

On Tue, Jul 21, 2020 at 3:50 PM ██████████████████████ @cdc.gov> wrote:
1/2 a&b –Everything looks great. Love the video. Thank you so much for all your work on this issue.
3. I sent to ██████ but have not heard more. I'll get back to you tomorrow.
4. I'll also run this by our translation team in the morning and get back to you.

Thanks!
**From:** ████████████████ @google.com>
**Sent:** Tuesday, July 21, 2020 5:57 PM
**To:** ██████████████████ @cdc.gov>; ████████████████████
< ████████ @cdc.gov>
**Cc:** ████████████████████ @google.com>
**Subject:** Consolidating COVID Updates

Hi ██████████ ,

Hope all is well. In an effort to save your inboxes, I'd like to consolidate updates across a few email threads here:

1. **Wear a Mask. Save Lives:** YouTube is looking to add similar "Wear a Mask. Save Lives" messaging in a visual banner and video clip (screenshot below):

a. Banner - YT plans to update the current general CDC banner that YT is promoting on the homepage to the copy below with the following text: "Face coverings can help reduce the spread of COVID-19"and link out to the same CDC site as the Wear a Mask campaign. **Please let us know if you have any feedback or concerns on the below mock that we plan to launch this Friday:**

| ☒ The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location. |
| --- |

MOLA_DEFSPROD_00003570

Date Filed: 07/17/2023     Page: 63     Document: 43-3     Case: 23-30445

b.        Video - YT also plans to include the link out to the CDC.gov face covering page on the following YouTube "Wear a Mask" video PSA. The link to the CDC page is in the video description, info card "i" in the upper right of the video and a companion banner that shows up when the video runs as an ad.

3.    **COVID-19 Vaccine Claims:** As a follow up to our discussion with Cynthia on vaccine information, we shared a list of common vaccine misinformation claims. Could you share any feedback on the claims in the list (attached)?

4.    **Mental Wellness on Search:** Given the positive response we've seen from this Be Kind to Your Mind mental wellness tips on the Search "coping tab", we plan to make the content available in Spanish language in the United States. Please let us know if the CDC is comfortable with the following Spanish translation:

| English Text (Currently live) | Spanish Translation |
|---|---|
| **Be Kind to Your Mind**<br><br>Mental health problems are common. Here are ways to cope with stress and promote wellbeing. | **Cuida tu mente**<br><br>Los problemas de salud mental son muy comunes. A continuación, encontrarás algunos consejos para reducir el estrés y promover el bienestar. |
| **Pause. Breathe. Notice how you feel.**<br><br>Take slow deep breaths, stretch, or meditate.<br><br>Observe your feelings and sensations without judgment. Instead of responding or reacting to those thoughts or feelings, note them, and then let them go. | **Pausa. Respira. ¿Cómo te sientes?**<br><br>Respira lenta y profundamente, estírate o medita.<br><br>Observa cómo te sientes y qué piensas, sin juzgar. En lugar de responder o reaccionar a esos pensamientos o sentimientos, asimílalos y, luego, déjalos ir. |
| **Take breaks from upsetting content**<br>Make time to unwind. Try relaxation techniques and listening to music. Try to do some other activities you enjoy. | **Aléjate de lo que te molesta**<br>Dedica unos minutos a despejar la mente. Prueba con técnicas de relajación y escucha música. Intenta hacer otras actividades que disfrutes. |
| **Take care of your body**<br>•    **Exercise regularly.** Even one session of moderate-to-vigorous physical activity reduces anxiety, and even short bouts of physical activity are beneficial.<br>•    **Get plenty of sleep.** Be consistent. Go to bed at the same time each night and get up at the same time each morning, including on the weekends<br>•    **Try to eat healthy, well-balanced meals.** Add healthy fats, cut sodium, bump up your fiber, and aim for a variety of colors on your plate.<br>•    **Avoid alcohol and drugs.** | **Cuida tu cuerpo**<br>•    **Haz ejercicio regularmente.** Una sesión de actividad física moderada o vigorosa reduce la ansiedad. Incluso ejercitarte durante un breve periodo es beneficioso para la salud.<br>•    **Duerme lo suficiente.** Sé constante. Acuéstate a la misma hora todas las noches y levántate a la misma hora cada mañana, incluso los fines de semana.<br>•    **Intenta comer comidas saludables y bien equilibradas.** Agrega grasas saludables, reduce la cantidad de sodio, come más fibra e intenta que haya una gran variedad de colores en tu plato.<br>•    **Evita consumir alcohol o drogas.** |

MOLA_DEFSPROD_00003571

Date Filed: 07/17/2023      Page: 64      Document: 43-3      Case: 23-30445

| **Reach out and stay connected** | **Comunícate y mantente conectado** |
|---|---|
| Talk with people you trust about your concerns and how you are feeling.<br><br>Check in with your loved ones often. It can help you and your loved ones feel less lonely and isolated. | Habla con personas de confianza acerca de tus preocupaciones y sentimientos.<br>También comunícate frecuentemente con tus seres queridos. De esa forma, todos se sentirán menos solos y aislados. |
| **Seek help if overwhelmed or unsafe** | **No te sientas agobiado ni inseguro** |
| If you, or someone you care about, are feeling overwhelmed with emotions like sadness, depression, or anxiety, or feel like you want to harm yourself or others, seek professional help.<br><br>If distress impacts activities of your daily life for several days or weeks, talk to a clergy member, counselor, or healthcare provider. | Si tú o un ser querido se sienten agobiados por emociones como tristeza, depresión o ansiedad, o si sienten que quieren hacerse daño a sí mismos o a otros, busquen ayuda profesional.<br><br>Si la angustia afecta las actividades diarias durante varios días o semanas, hablen con un clérigo, un terapeuta o un proveedor de atención médica. |

Thanks,

▮▮▮▮▮

--

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@google.com

--

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@google.com

--

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@google.com

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@google.com

MOLA_DEFSPROD_00003572

Date Filed: 07/17/2023     Page: 65     Document: 43-3     Case: 23-30445

| From: | ████████@fb.com] |
| Sent: | 3/5/2020 8:59:29 AM |
| To: | ████████@cdc.gov] |
| Subject: | Re: Facebook's COVID-19 Response Efforts |

Hi and would be good to chat very soon.

On the FB live, should I reach out to ██ directly or do you want to connect us?

Best,

████

Sent from my iPhone

On Mar 5, 2020, at 8:55 AM, ████████████████@cdc.gov> wrote:

████ - I missed this one Tuesday night. Can we get a short call with someone tomorrow? We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is ████ at ██ @cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

| From: | ████████@fb.com> |
| Sent: | Tuesday, March 3, 2020 10:22 PM |
| To: | ████████@cdc.gov> |
| Subject: | Facebook's COVID-19 Response Efforts |

Good evening ████,

Apologies for the late note. I want to ensure you are aware that ████ just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.

If you have additional ideas not captured in the summary, please let me know.

Best,

████

<image001.gif>

MOLA_DEFSPROD_00004062

Facebook

Case: 23-30445     Document: 43-3     Page: 66     Date Filed: 07/17/2023

MOLA_DEFSPROD_00004063

Date Filed: 07/17/2023   Page: 67   Document: 43-3   Case: 23-30445

| | |
|---|---|
| **From:** | ███████████@fb.com] |
| **Sent:** | 7/20/2021 1:24:46 PM |
| **To:** | Humphrey, Clarke E.█████████@who.eop.gov]; ███████████@fb.com] |
| **CC:** | Flaherty, Rob R. ███████████@who.eop.gov]; ███████████@niaid.nih.gov] |
| **Subject:** | Re: Deactivating fake Fauci IG? |

Yep, on it!

**From:** Humphrey, Clarke E. EOP/WHO ███████████@who.eop.gov>
**Date:** Tuesday, July 20, 2021 at 1:24 PM
**To:** ███████████@fb.com>, ███████████@fb.com>
**Cc:** Flaherty, Rob R. ███████████@who.eop.gov>, ███████████@niaid.nih.gov>
**Subject:** Deactivating fake Fauci IG?

Hi there – any way we can get this pulled down? It is not actually one of ours:

https://www.instagram.com/anthonyfauciofficial/


**Clarke Humphrey**
Digital Director, COVID-19 Response Team
The White House
████████

MOLA_DEFSPROD_00004670

Date Filed: 07/17/2023    Page: 68    Document: 43-3    Case: 23-30445

| | |
|---|---|
| **From:** | ███████████ [fb.com] |
| **Sent:** | 4/21/2020 2:48:52 PM |
| **To:** | ████████████████████████ [nih.gov]; ██████████████████ [fb.com] |
| **CC:** | ███████████████████ [nih.gov]; ███████████ [nih.gov]; ████████████████ [nih.gov]; ██████████ [nih.gov]; ███████████████████ [nih.gov]; |
| | ███████████ [fb.com] |
| **Subject:** | Re: Fake IG/Facebook accounts |

████████

Nice to meet you. The Politics and Government team actually supports our government agency partners in three ways:
- Product - training and best practices for Facebook/Instagram products
- Operations - providing support for things like imposter removal, verification, and access issues
- Strategic Partnerships - working to create exclusive moments on our platforms (events, etc.)

We have been working with ███████████████, and others re: NIH social media presences on our platform. Please feel to flag to us the various imposter accounts or to their teams as well.

Best,

████████

☑ The linked Image

████████

Politics & Government  Outreach | Policy

Covid-19: Support & Resources
- Keeping People Safe And Informed  About the Coronavirus.  Click here
- Resources for Governments  Responding to Coronavirus.  Click here
- Facebook Local Covid-19  Information Center.  Click here
- Messenger Government  Services To Respond to Coronavirus  Pandemic. Click here
- WhatsApp Coronavirus  Information Hub for Government.  Click here
- Instagram Government  Covid-19 Toolkit; virtual guide & keep people safe  Click here
- School's Out Remote Resources.  Click here
- CrowdTangle  Covid-19  Visual Displays for Government.  Click here

| | |
|---|---|
| **From:** | ███████████████████████ [nih.gov> |
| **Date:** | Tuesday, April 21, 2020 at 2:33 PM |
| **To:** | ███████████████████ [fb.com> |
| **Cc:** | ██████████████████ [nih.gov> ███████████ |
| | ███████████ [nih.gov>, ██████████████ [nih.gov>, ███████████ |
| | ████████████ [nih.gov>, ███████████ [fb.com>, █████████ |
| | ███████████ [fb.com> |
| **Subject:** | RE: Fake IG/Facebook accounts |

Thank you, ████████

MOLA_DEFSPROD_00006770

Date Filed: 07/17/2023   Page: 69   Document: 43-3   Case: 23-30445

████████████—Great to connect with you, and thank you for the work that you're doing. Our team will be sure to reach out if we identify any more impersonations. Please don't hesitate to reach out if you have any questions.

Very best,

████

████████

Technical Writer-Editor
National Institute of Allergy and Infectious Diseases

████████████████████

**From:** ████████████ fb.com>
**Sent:** Tuesday, April 21, 2020 2:31 PM
**To:** ████████████nih.gov>
**Cc:** ████████████████ nih.gov>; ████████████nih.gov>;
████████████████nih.gov>                          ████████████nih.gov>;
████████████████nih.gov> ██████████████████████nih.gov>;
████████ fb.com>
**Subject:** Re: Fake IG/Facebook accounts

Of course! And thank you all for flagging. Also want to intro you all to ████████████ who have been working hard to manage any fake accounts for NIH across the board. She can work with you directly if anything like this comes up.

Thanks all!

**From:** ████████████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 11:18 AM
**To:** ████████████ fb.com>
**Cc:** ██████████████████████ nih.gov>, "
██████████nih.gov>,                      ████████████nih.gov>,
██████████████████@nih.gov>,
████████████nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Many thanks ████████

**From:** ████████████████fb.com>
**Sent:** Tuesday, April 21, 2020 2:15 PM
**To:** ████████████nih.gov>
**Cc:** ████████████████nih.gov>; ████████nih.gov>; Routh,
████████████nih.gov>;                      ████████████nih.gov>;
██████████nih.gov>                      ████████nih.gov>
**Subject:** Re: Fake IG/Facebook accounts

MOLA_DEFSPROD_00006771

Hi all! Flagged this for the fake accounts team and they have confirmed that all but two accounts were removed for the impersonation of Dr. Fauci. I guess two of the accounts are fan accounts...

Let us know if you have any other issues and many thanks!

Cheers,

████

**From** ████████████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 8:55 AM
**To:** ████████ fb.com>
**Cc:** ████████████████████ nih.gov>, ████████████████
████████ ████ nih.gov>, ██████████ nih.gov>, ████
██████████ nih.gov>, ██████████████ nih.gov>, "
████████████████████ nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Apologies one more: https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101140431566203/?eid=ARCz3XjmJCp_Dn8fYIfCfJfhMKwFvXp6_iL8kQI5_vudxsLyCq-lGoG9q_ITclMnBu82aTg67z2q9SRf

████ or awareness.

**From:** ████████████
**Sent:** Tuesday, April 21, 2020 11:49 AM
**To:** ████████ b.com>
**Cc:** ████████████████████ nih.gov>; ██████████████████ nih.gov>;
████████████ nih.gov>; H██████████████ nih.gov>;
████████████████ nih.gov>
**Subject:** Fake IG/Facebook accounts

Hi ████

We wanted to flag a few more fake Dr. Fauci accounts on FB and IG for you. I have also reported them from @niaid and my personal FB account.

This one is particularly troubling because they are selling masks: www.instagram.com/fauci_anthony/

https://www.instagram.com/drfauci/

https://www.instagram.com/anthony.fauci/

https://www.instagram.com/dr.xanthonyfauci/

https://www.instagram.com/doc.fauci/

https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101078361574045/?ref=br_rs

https://www.facebook.com/Dr-Anthony-Fauci-102567911432644/?ref=br_rs

MOLA_DEFSPROD_00006772

https://www.facebook.com/Dr.FauciTheHero/?ref=br_rs (I think this one may be fine as a fan page but could use a reminder to be a bit more clear.)

Thank you so much for your help, and I hope you are staying well!





Technical Writer-Editor
National Institute of Allergy and Infectious Diseases

MOLA_DEFSPROD_00006773

Case: 23-30445      Document: 43-3      Page: 71      Date Filed: 07/17/2023

**From:** ███████████████████ nih.gov]
**Sent:** 4/21/2020 2:17:47 PM
**To:** ███████████ fb.com]
**CC:** ███████████████████ nih.gov]; ███████████ nih.gov];
███████████████ @nih.gov]; ███████████ nih.gov];
███████████████ nih.gov]; ███████████████ @nih.gov]
**Subject:** RE: Fake IG/Facebook accounts

Many thanks, ████ !

**From:** ███████████ fb.com>
**Sent:** Tuesday, April 21, 2020 2:15 PM
**To:** ███████████ nih.gov>
**Cc:** ███████████████ nih.gov>;
███████████ nih.gov>; ███████████ nih.gov>;
███████████ nih.gov>; ███████████ nih.gov>
**Subject:** Re: Fake IG/Facebook accounts

Hi all! Flagged this for the fake accounts team and they have confirmed that all but two accounts were removed for the impersonation of Dr. Fauci. I guess two of the accounts are fan accounts...

Let us know if you have any other issues and many thanks!

Cheers,

████████

**From:** ███████████████ nih.gov>
**Date:** Tuesday, April 21, 2020 at 8:55 AM
**To:** ███████████ fb.com>
**Cc:** ███████████████ nih.gov>,
███████ nih.gov>, ███████████████ nih.gov>,
███████ nih.gov>, ███████████ @nih.gov>,
███████ nih.gov>
**Subject:** RE: Fake IG/Facebook accounts

Apologies one more: https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101140431566203/?eid=ARCz3XJmJCp_Dn8fYlfCfJfhMKwFvXp6_iL8kQI5_vudxsLyCq-lGoG9q_lTclMnBu82aTg67z2q9SRf

████ for awareness.

**From:** ███████████████
**Sent:** Tuesday, April 21, 2020 11:49 AM
**To:** ███████████ @fb.com>
**Cc:** ███████████████ nih.gov>; ███████████ nih.gov>;
███████████████ @nih.gov>; ███████████ nih.gov>;
███████████ nih.gov>
**Subject:** Fake IG/Facebook accounts

Hi ████████

MOLA_DEFSPROD_00006777

We wanted to flag a few more fake Dr. Fauci accounts on FB and IG for you. I have also reported them from @niaid and my personal FB account.

This one is particularly troubling because they are selling masks: www.instagram.com/fauci_anthony/

https://www.instagram.com/drfauci/

https://www.instagram.com/anthony.fauci/

https://www.instagram.com/dr.xanthonyfauci/

https://www.instagram.com/doc.fauci/

https://www.facebook.com/Dr-Anthony-Stephen-Fauci-101078361574045/?ref=br_rs

https://www.facebook.com/Dr-Anthony-Fauci-102567911432644/?ref=br_rs

https://www.facebook.com/Dr.FauciTheHero/?ref=br_rs (I think this one may be fine as a fan page but could use a reminder to be a bit more clear.)

Thank you so much for your help, and I hope you are staying well!

▬▬▬

▬▬▬▬▬
Technical Writer-Editor
National Institute of Allergy and Infectious Diseases

███████████████████████

MOLA_DEFSPROD_00006778

From: ▓▓▓▓▓▓▓▓ fb.com]
Sent: 7/17/2022 11:16:55 PM
To: Flaherty, Rob R. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov]; Tim Manning ▓▓▓▓▓▓▓▓ who.eop.gov]; Salcido, Dori A. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov]; Cheema, Subhan N. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov]
CC: ▓▓▓▓▓▓▓▓ hhs.gov] ▓▓▓▓▓▓▓▓ hhs.gov
Subject: Re: Covid Insights report
Attachments: 6_24_22 - COVID-19 Insights.pdf; 07_08_22 - COVID-19 Insights.pdf

Rob et all,

Including the most recent two reports here for your review. We'll have the next version ready for this Friday. Please let me know if you have any questions.

▓▓▓▓▓▓▓▓

From: Flaherty, Rob R. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>
Date: Monday, June 13, 2022 at 6:11 PM
To: ▓▓▓▓▓▓▓▓ fb.com>, Manning, Tim W. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>, Salcido, Dori A. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>, Cheema, Subhan N. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>
Cc: ▓▓▓▓▓▓▓▓ hhs.gov> ▓▓▓▓▓▓▓▓ hhs.gov ▓▓▓▓▓▓▓▓ hhs.gov>
Subject: RE: Covid Insights report

Hey ▓▓▓ – Thanks for these. I would normally say we are good to discontinue but it would be helpful to continue to get these as we start to ramp up under 5 vaccines. Obviously, that has a potential to be just as charged. Would love to get a sense of what you all are planning here. I'm also adding in Dori and Subhan who have replaced Courtney and Ben.

From: ▓▓▓▓▓▓▓▓ fb.com>
Sent: Monday, June 13, 2022 3:27 PM
To: Rowe, Courtney M. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>; Wakana, Benjamin L. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>; Manning, Tim W. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>
Cc: Flaherty, Rob R. EOP/WHO ▓▓▓▓▓▓▓▓ who.eop.gov>; ▓▓▓▓▓▓▓▓ hhs.gov>; ▓▓▓▓▓▓▓▓ hhs.gov
Subject: [EXTERNAL] Re: Covid Insights report

Hi all,

Attaching recent reports for your review. We will plan to discontinue these unless we hear from you that this information continues to be valuable. We're happy to continue, or to pick up at a later date, if circumstances warrant or if we hear from you that this continues to be of value. Providing a summary below from our team detailing the decrease in vaccine related posts we have seen over the past 6 months for further context.

Thanks and please let me know if you have any questions.

▓▓▓▓▓▓▓▓

Over the last 6 months, there has been a noticeable decrease in top vaccine-related posts that were demoted as misinformation or for sharing misleading or sensationalized information about vaccines in

Case: 23-30445   Document: 43-3   Page: 74   Date Filed: 07/17/2023

MOLA_DEFSPROD_00007036

a way that would be likely to discourage vaccinations. There has not been a post misinforming or discouraging vaccination in this way in the top 100 vaccine-related posts since the week of February 27th, 2022, and the overall trend peak dates back to October of 2021. The total number of posts removed for violating our COVID-19 or vaccine misinformation policies has remained at 1 since the week of December 13th, 2021. We believe this trend will continue given the sustained low volumes of top-vaccine related posts despite the Omicron variant surge experienced in early 2022.

We recommend discontinuing this report as we are no longer seeing problematic vaccine related posts (Borderline Vaccine) in the top 100 posts viewed on FB in the US. Deprecation of this report will not impact existing enforcement measures or ongoing monitoring and reporting on the problem. Meta will continue to reduce the prevalence of this problem, and will reinstate the reports if events warrant.

**From:** ███████████ fb.com>
**Date:** Tuesday, May 3, 2022 at 3:51 PM
**To:** Rowe, Courtney M. EOP/WHO ████████████ who.eop.gov>, ███████████ who.eop.gov ████████████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████████ who.eop.gov>, ███████████ hhs.gov>, ███████████ hhs.gov ███████████ hhs.gov>
**Subject:** Covid Insights report

Attaching the past two reports for your review. These cover the periods from 3/20 through 4/16. Also flagging that it would help to hear from you if these reports continue to provide useful context or if you'd like to follow up with a discussion as to how we can be helpful during this phase of the pandemic. We filed a response to the Surgeon General's rfi on Covid misinformation and would be happy to discuss at the appropriate time.

Thanks,

████████

**From:** ███████████ fb.com>
**Date:** Monday, April 4, 2022 at 2:48 PM
**To:** Rowe, Courtney M. EOP/WHO ████████████ who.eop.gov>, ███████████ who.eop.gov ███████████ who.eop.gov>, Manning, Tim W. EOP/WHO ████████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████████ who.eop.gov>, ███████████ hhs.gov ███████████ hhs.gov>
**Subject:** Re: Covid Insights report –

Attached is the most recent Insights report. Toplines are below as well.

Given the shifting dynamics of the pandemic, it would help to understand if these reports are still useful or if we should rethink the cadence of our sending this information. Any objections to scaling back to a monthly report? If folks find the biweekly cadence useful we are happy to keep it up, just want to be responsive to your interests.

Thanks—and please let me know if you have any other feedback that we should consider.

Below is what we are seeing in the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 03/06/22 - 03/12/22 and 03/13/22 - 03/19/22.

Case: 23-30445   Document: 43-3   Page: 75   Date Filed: 07/17/2023

MOLA_DEFSPROD_00007037

As before, this report is focused on top vaccine related posts only. We're continuing to investigate and build analysis around content that isn't captured in this report. Again, the analysis provided below may be subject to other methodological challenges or errors - e.g., the specific rank number may not be exact.

## 1. Top 100 <u>overall posts</u> on FB in the U.S.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22, we see 0 pieces of content were specifically related to vaccine content.

When looking at the overall top 100 posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22, we see that 0 pieces of content were specifically related to vaccine content.

## Top 100 <u>vaccine-related</u> posts on FB in the U.S.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/06/22 - 03/12/22:

1.      0 posts were deleted for violating our COVID-19 and vaccine policies.

2.      0 posts were labeled labeled by third-party fact-checkers for "missing context".

3.      0 posts were labeled and demoted upon review.

Of the Top 100 vaccine-related posts viewed on Facebook in the United States during the week of 03/13/22 - 03/19/22:

1.      0 posts were deleted for violating our COVID-19 and vaccine policies

2.      0 posts were labeled and demoted by third-party fact checkers

3.      1 post was labeled and demoted for sensationalist content about the number of vaccine doses that will be recommended in future.

**From:** ███████████ fb.com>
**Date:** Monday, March 28, 2022 at 2:26 PM
**To:** Rowe, Courtney M. EOP/WHO ███████████ who.eop.gov>, ███████████ who.eop.gov
███████████ who.eop.gov>, Manning, Tim W. EOP/WHO ███████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ███████████ who.eop.gov>,
███████████ hhs.gov>, ███████████ hhs.gov ███████████ hhs.gov>
**Subject:** Re: Covid Insights report –

Sending the latest version of our insights report.  Please let me know if you have any questions.

███████ ∞ Meta
US Public Policy
████████████████

**From:** ███████████ fb.com>
**Date:** Wednesday, February 23, 2022 at 3:32 PM
**To:** Rowe, Courtney M. EOP/WHO ███████████ who.eop.gov>, ███████████ who.eop.gov
███████████ who.eop.gov>, Manning, Tim W. EOP/WHO ███████████ who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ███████████ who.eop.gov>, █████████

Case: 23-30445     Document: 43-3     Page: 76     Date Filed: 07/17/2023

MOLA_DEFSPROD_00007038

██████████ hhs.gov>, ██████████ hhs.gov ██████████ hhs.gov>

**Subject:** Covid Insights report –

Sending the latest Covid Insights Report—please let us know if you have any questions.

Thanks and have a good week.

██████ | ∞ Meta
US Public Policy

MOLA_DEFSPROD_00007039

| | |
|---|---|
| **From:** | Flaherty, Rob EOP/WHO [█████@who.eop.gov] |
| **Sent:** | 4/16/2021 4:25:15 PM |
| **To:** | Flaherty, Rob EOP/WHO [█████@who.eop.gov]; Slavitt, Andrew M. EOP/WHO [█████@who.eop.gov]; █████@twitter.com]; [█████@twitter.com] █████@twitter.com |
| **CC:** | Fitzpatrick, Kelsey V. EOP/WHO [█████@who.eop.gov]; █████(HHS/OASH) █████@hhs.gov] |
| **Subject:** | Twitter Vaccine Misinfo Briefing |
| **Location:** | ██████████████████ |
| | |
| **Start:** | 4/21/2021 2:00:00 PM |
| **End:** | 4/21/2021 3:00:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

White House Staff will be briefed by Twitter on vaccine misinfo. Twitter to cover trends seen generally around vaccine misinformation, the tangible effects seen from recent policy changes, what interventions are currently being implemented in addition to previous policy changes, and ways the White House (and our COVID experts) can partner in product work.



Date Filed: 07/17/2023    Page: 78    Document: 43-3    Case: 23-30445

MOLA_DEFSPROD_00006846

Case: 23-30445   Document: 43-3   Page: 79   Date Filed: 07/17/2023

### Elections Misinformation Reporting Portal

Benefits to election officials
- A single place (i.e., the portal) for reporting mis- and disinformation across multiple social media platforms with a streamlined, consistent user experience.
- An ability to report activity that occurs on multiple platforms at the same time.
- Visibility of what's going on with mis- and disinformation in the election's community within and outside their jurisdictions, including to see trends and be able to strategically respond.

Benefits to social media platforms
- Consistent reports of mis- and disinformation that include a standard, consistently formatted set of information fields (type of report, screenshots, links, as well as narrative explanation of the concern.
- An ability to accept reports without having to vet the submitter, as those submitters will already be vetted by the election's community upon registration in the portal. This will enable them to respond more quickly to a given election official's first report.

Benefits to state-level elections offices and national associations (NASS, NASED)
- The ability to look across the elections jurisdictions to identify patterns and potential impact of misinformation activity. This will permit national-level organizations to help put priority on response actions and make decisions regarding media engagement in parallel with actions taken by the social media companies.
- An opportunity to focus efforts at the national level to improve the overall health of the election administration across the country.
- Redirecting resources spent on assisting election offices with reporting to those focused on remediation activities.

Benefits to voters
- More accurate election information available at any given time
- More rapid correction of erroneous information, leading to more voter confidence
- An overall healthier, more productive social media environment.

MOLA_DEFSPROD_00001270



**CISA
CYBERSECURITY
ADVISORY
COMMITTEE**

### Protecting Critical Infrastructure from Misinformation & Disinformation

The core of CISA's mission is to safeguard American's critical infrastructure. The nation has seen the corrosive effects of mis-, dis-, and mal-information (MDM) across a host of our critical infrastructure in recent years, impacting our election systems, telecommunications infrastructure, and our public health infrastructure. As there is no shortage of entities working on MDM issues, CISA is evaluating how to best engage in the space in an additive way, while safeguarding our credibility as an independent agency ahead of the next election cycle.

- **Where We Are.** CISA has a burgeoning MDM effort that focuses on building national resilience through public awareness. CISA engages with subject matter experts—researchers, think tanks, and public relations experts—to understand the threat of MDM, develop strategies to message to the public, and amplify trusted voices. These actions include directly engaging with social media companies to flag MDM, and creating a repository of factual guides and toolkits.
- **New Initiatives.** CISA is bringing on staff to address MDM related to the pandemic and incorporate lessons learned into longer-term strategies, as well as improving our ability to do analytics on narrative intervention. We are also working with federal partners to mature a whole-of-government approach to mitigating risks of MDM, framing which tools, authorities, and interventions are appropriate to the threats impacting the information environment.
- **Where We Want to Go in 2022.** Ahead of midterm elections in 2022, it will be critical to evaluate CISA's role in this space and ensure that the agency is providing additive value that fits within its unique capabilities and mission. One approach is to recognize CISA's responsibility for securing our election infrastructure – and ensuring CISA is a trusted resource in providing education on election processes and procedures to minimize misunderstanding and opportunities for MDM. CISA also wants to ensure it is set up to extract lessons learned from 2022 and apply them to the agency's work in the 2024.

### Questions for the Committee

1. What should CISA's role be in the MDM space? How should it leverage its unique capabilities and mission to contribute to this space, without becoming duplicative of other efforts and remaining focused on its mission?
2. How would the Committee balance CISA's efforts between the need to build resilience to MDM, broadly, versus activities to address to MDM narratives, specifically? This distinction can be understood as broad public education and awareness campaigns versus rumor control, amplifying credible information, type efforts.
3. How can CISA inspire innovators to partner with the government in a way that catalyzes availability of trusted information without being seen as government "propaganda"?
4. What is the right model for CISA engagement with social media and other media entities?
5. How should CISA and the USG maintain situational awareness of MDM and detect efforts to manipulate the information environment? What is the balance between social listening, privacy, and protected speech?

MOLA_DEFSPROD_00001284

Case: 23-30445   Document: 43-3   Page: 80   Date Filed: 07/17/2023

**From:** ███████ @reingold.com]
**Sent:** 5/24/2021 2:28:00 PM
**To:** ████ @twitter.com
**CC:** ████████ @cdc.gov]; ████████ @reingold.com]; ████████
████████ @cdc.gov]
**Subject:** RE: COVID Misinformation

Hi ████,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████

**Reingold**
████████

reingold.com

We're on a mission. *Yours.*

**From:** ████████ (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @████████

**From:** ████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████ @cdc.gov>
**Cc:** ████████ @reingold.com> ████████ @reingold.com> ████████
████████ @census.gov> ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H████,
I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

MOLA_DEFSPROD_00002603

Case: 23-30445          Document: 43-3          Page: 81          Date Filed: 07/17/2023

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

██████

On Mon, May 10, 2021 at 5:05 PM ████████████████████████ @cdc.gov> wrote:

██████— I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ██████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████████ @reingold.com>
████████ @census.gov>; ██████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H██████—
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

██████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

██████

On Mon, May 10, 2021 at 1:50 PM ████████████████████ @cdc.gov> wrote:

██████—

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

MOLA_DEFSPROD_00002604

Date Filed: 07/17/2023   Page: 83   Document: 43-3   Case: 23-30445

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO...DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts<br>@crislerwyo<br>? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax 💉 nated" can "Go outside & live freely" lol.. This is a joke .<br><br>Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols<br>Concerning shedding by the vaccinated<br>Fertility (male and female)<br>contraception to be compulsorily used because shedding<br>Adverse events and serious adverse events reporting<br>And much more<br>Dangers ore known | https://t |

MOLA_DEFSPROD_00002605

Case: 23-30445     Document: 43-3     Page: 84     Date Filed: 07/17/2023

| | |
|---|---|
| https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.<br><br>https://themostbeautifulworld.com/blog/skin-contact-covid | https://t |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.<br><br>(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).<br><br>https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://t |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002606

**Sent:**      10/27/2020 4:25:44 PM
**To:**        [redacted] twitter.com]; [redacted] twitter.com]; [redacted]
              [redacted] twitter.com]
**CC:**        [redacted] hq.dhs.gov]; [redacted] cisecurity.org
**Subject:**   FW: Flagging Three Twitter Accounts Impersonating Colorado Government

Please see below report from Colorado. I've asked them if these accounts have already been reported, but these are screenshots from today.

Regards,

[redacted]

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** [redacted] SOS.STATE.CO.US>
**Sent:** Tuesday, October 27, 2020 4:17 PM
**To:** [redacted] cisecurity.org; [redacted] cisa.dhs.gov>
        [redacted] cisa.dhs.gov>
**Cc:** [redacted] SOS.STATE.CO.US>; [redacted] SOS.STATE.CO.US>;
        [redacted] SOS.STATE.CO.US>; [redacted] SOS.STATE.CO.US>
        [redacted] SOS.STATE.CO.US>; [redacted] SOS.STATE.CO.US>
        [redacted] SOS.STATE.CO.US>; [redacted] SOS.STATE.CO.US>;
        [redacted] SOS.STATE.CO.US>; [redacted] HQ.DHS.GOV>;
        [redacted] state.co.us>; [redacted] aletheagroup.com>; [redacted] srg.com>;
        [redacted] state.co.us>; [redacted] state.co.us>;
        [redacted] @state.co.us>; [redacted] SOS.STATE.CO.US>
**Subject:** Flagging Three Twitter Accounts Impersonating Colorado Government

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

EI-ISAC and CISA Partners,

Three Twitter accounts [redacted] popped up in the last couple of weeks impersonating the Colorado state government. As you may be aware, numerous other similar accounts have also been created impersonating other state and city jurisdictions in recent weeks. The MS-ISAC flagged a couple of them last week ([redacted]) but we don't know if the third one [redacted]) is on everyone's radar. Has anyone engaged Twitter about these? Welcome any additional information you have.

MOLA_DEFSPROD_00007484

These are concerning to us here in Colorado because of the recent FBI/CISA warnings about impersonation accounts spreading false information about the election. For the Colorado accounts:

- All three joined Twitter this month – October 2020
- All three have a URL link prominently labeled "Colorado.gov" that takes users to the official Colorado.gov website after passing through several other systems that could be harvest data or be more nefarious.
- All follow/are followed by up to a couple dozen other state/local government impersonation accounts – many also created recently.
- Several look like they were temporarily suspended by Twitter but at least some appear to be back online.

Below are screenshots taken today of the three accounts:



dm us your weed store location (hoes be mad, but this is a parody account)

⊚ Denver, CO   ⚘ colorado.gov   🗓 Joined October 2020

**55** Following   **56** Followers

MOLA_DEFSPROD_00007485

Date Filed: 07/17/2023    Page: 87    Document: 43-3    Case: 23-30445



Smoke weed erry day. The official (unofficial) Twitter account of the State of Colorado.

⊙ Colorado, USA   🔗 colorado.gov   📅 Joined October 2020

**21** Following   **27** Followers



The (UN)official Colorado Twitter Account.
This is a parody account.

⊙ Colorado   🔗 colorado.gov   📅 Joined October 2020

**12** Following   **56** Followers

**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available

MOLA_DEFSPROD_00007486

on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.





Date Filed: 07/17/2023   Page: 88   Document: 43-3   Case: 23-30445

MOLA_DEFSPROD_00007487

Case: 23-30445   Document: 43-3   Page: 89   Date Filed: 07/17/2023

| From: | ███████████ [twitter.com] |
|---|---|
| Sent: | 10/29/2020 2:52:23 PM |
| To: | ███████████ cisa.dhs.gov] |
| CC: | ███████████ twitter.com]; ███████████ twitter.com]; ███████ hq.dhs.gov]; ███████████ cisecurity.org |
| Subject: | Re: FW: Case #CIS-MIS000090: potential parody Twitter accounts related to Adams County, CO |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We will escalate. Thank you.

On Thu, Oct 29, 2020 at 2:37 PM ███████████ cisa.dhs.gov> wrote:

Please see the below reporting from Colorado. These do not appear to be connected to the imposter/parody accounts previously shared.

Regards,

██████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source -- this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** ███████████ cisecurity.org>
**Sent:** Thursday, October 29, 2020 2:33 PM
**To:** ███████████ cisa.dhs.gov>; ███████████ cisa.dhs.gov>; ███████ hq.dhs.gov>; ███████ 2020partnership.atlassian.net; ███████████ cisecurity.org>
**Subject:** Case #CIS-MIS000090: potential parody Twitter accounts related to Adams County, CO

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: two potential parody Twitter accounts related to Adams County, CO

MOLA_DEFSPROD_00007564

**From:** ██████████████████ SOS.STATE.CO.US>
**Sent:** Thursday, October 29, 2020 2:04 PM
**To:** ████████████████████ cisecurity.org>
**Cc:** ███████████████ SOS.STATE.CO.US>; ████████████████
██████████ SOS.STATE.CO.US>; ██████████████ ██████ sos.state.co.us>; ███████
██████████ SOS.STATE.CO.US>; ████████████████ SOS.STATE.CO.US>
**Subject:** Flagging Twitter Accounts

EI-ISAC, CISA and Stanford Partners,

We want to highlight two accounts we found that could be used to imitate official accounts. We are unsure if there's any action that can be taken, but we wanted to flag them for consideration.

- ██████████████████████
- ██████████████████████

These are concerning to us here in Colorado because of the recent FBI/CISA warnings about impersonation accounts spreading false information about the election. We have recently flagged three other accounts ███████████████████████ that popped up in the last couple of weeks impersonating the Colorado state government and we wanted to highlight these new accounts for awareness.



MOLA_DEFSPROD_00007565

Case: 23-30445    Document: 43-3    Page: 91    Date Filed: 07/17/2023



Single

123 Following    2 Followers

**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,





SOS.STATE.CO.US

. . . .

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00007566

From: ██████████████████████ cisecurity.org]
Sent:      10/23/2020 6:06:42 PM
To:        ██████████████████ twitter.com]
CC:        ██████████████████ cisa.dhs.gov]; ████████████ twitter.com]; ██████████
           ████████ twitter.com] █████████ hq.dhs.gov]
Subject:   Re: Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, ████

On Oct 23, 2020, at 6:05 PM, █████████████████ @twitter.com> wrote:

Thank you for raising this to our teams. We have actioned these accounts under our civic integrity policy.

Thanks,

████

On Fri, Oct 23, 2020 at 9:57 AM █████████████ @cisa.dhs.gov> wrote:

Please see the below reporting from Maryland.

Thanks,

████

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

From: ████████████████████ cisecurity.org>
Sent: Friday, October 23, 2020 9:51 AM

Case: 23-30445   Document: 43-3   Page: 92   Date Filed: 07/17/2023

MOLA_DEFSPROD_00007574

**To:** S█████████████████cisa.dhs.gov>; ████████████████cisa.dhs.gov>; <█████hq.dhs.gov>; ████2020partnership.atlassian.net; ████████████████@cisecurity.org>

**Subject:** Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding trading in ballots at an in-person voting center

**From:** ████████████████maryland.gov>
**Sent:** Friday, October 23, 2020 9:39 AM
**To:** T████████████zerofox.com>; ████████████████cisecurity.org>; ████████████twitter.com>; ████fbi.gov; ████████████████oag.state.md.us>; █████████twitter.com
**Cc:** █████████████████maryland.gov>; ████████maryland.gov>; ████████████████maryland.gov>; ███████████maryland.gov>; ████████maryland.gov>; ████████maryland.gov>

**Subject:** Misinformation Report

Please see the following screenshot below posted 6 times to our official Maryland State Board of Elections Twitter handle, ████████ at the following URLs. We have reported these tweets to Twitter for containing election misinformation.

Maryland voters cannot surrender or trade-in ballots at in-person vote centers. Any voters who requested or received a mail-in ballot wanting to vote in-person will have to vote provisionally.

MOLA_DEFSPROD_00007575

HIDING INFO FROM VOTERS.TAKE UR MAIL IN WITH YOU TO THE POLLS, "SURRENDER" IT AND ASK FOR A REAL BALLOT....NOT A PROVISIONAL ONE. ALL VOTERS ARE FORCED TO VOTE PROVISIONAL UNLESSSSSS YOU TURN IN YOUR MAIL IN TO THE POLL WORKERS! IT'S A SCAM THEY DONT TELL YOU!DONT WANT U TO KNOW

Thank you,



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00007576

| | |
|---|---|
| **From:** | ███████████ @twitter.com] |
| **Sent:** | 10/22/2020 3:46:12 PM |
| **To:** | ███████████ cisa.dhs.gov] |
| **CC:** | ███████████ twitter.com]; ███████████ twitter.com]; ███████████ hq.dhs.gov] |
| **Subject:** | Re: FW: Case #CIS-MIS000058: Live canvass video on Twitter |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, ████ We will escalate for review.

Thanks,

████

On Thu, Oct 22, 2020 at 12:33 PM Scully, ███████████ cisa.dhs.gov> wrote:
Please see below report from Maryland.

Thanks,

████

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

| | |
|---|---|
| **From:** | ███████████ cisecurity.org> |
| **Sent:** | Thursday, October 22, 2020 12:02 PM |
| **To:** | ███████████ cisa.dhs.gov>; ███████████ cisa.dhs.gov>; ███████████ hq.dhs.gov>; ███████████ 2020partnership.atlassian.net; ███████████ cisecurity.org> |
| **Subject:** | Case #CIS-MIS000058: Live canvass video on Twitter |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00007583

Please see the report below from Maryland which includes an analysis from ZeroFox. Please also see the statement from the Montgomery County Board of Elections (https://twitter.com/md_sbe/status/1319260743850708992).
https://montgomerycountymd.gov/Elections/Resources/Files/pdfs/Press%20Release/2020/CNVSS_ENG_1021
20.pdf

Best,

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
████████████████████████
www.cisecurity.org
Follow us @CISecurity

**From:** ████████████████████ maryland.gov>
**Sent:** Thursday, October 22, 2020 11:27 AM
**To:** ████████████ @fbi.gov>; ██████████████████
████████████ cisecurity.org>; ██████ fbi.gov
**Subject:** Fwd: Live Canvass Video on Twitter

Please see the analysis from our social media monitoring vendor below regarding propagation of misinformation related to a video showing ballot marking in a voting center in Montgomery County, MD.

Please contact me if you have any questions.

--------- Forwarded message ---------
From: ██████████████ zerofox.com>
Date: Thu, Oct 22, 2020 at 10:35 AM
Subject: Re: Live Canvass Video on Twitter
To: ████████████ maryland.gov>
Cc: ████████████ zerofox.com>, ██████████████ maryland.gov>,
██████ maryland.gov>, ████████████ zerofox.com>, ████████ zerofox.com>,
████████████ zerofox.com>

Hi ██

After additional analysis of this tweet as well as the networks of accounts retweeting it, we believe this content is likely being artificially spread by coordinated inauthentic behavior. The speed at which the video spread and the number of suspicious accounts that have retweeted the video are consistent with a coordinated inauthentic behavior rather than organic viral activity. It is likely that the coordinators of this activity were taking advantage of the livestream video opportunistically, rather than explicitly targeting the Maryland elections operations.

MOLA_DEFSPROD_00007584

We believe the origin of the video to be the tweet from ████████████████ ██████████████████ and received over 7,000 retweets despite having less than 1,800 followers. Additionally, the ███████████ account ████████████████████████████████████████ is also responsible for a considerable amount of the content's reach with more than 3,000 retweets albeit with a considerably larger follower base in excess of 42,000 followers. The large number of retweets █████████'s tweet received is abnormal compared to other tweeted content prior to the Montgomery County video Furthermore, these two accounts do not appear to follow each other; however, they have 34 common followers, most of which display characteristics of inauthentic accounts. Automated or inauthentic behavior is generally characterized by:

• Recently created
• No profile image
• Excessive use of emojis and hashtags in bios
• Tweet counts not commensurate with account creation dates

We recommend sharing the joint inauthentic accounts with your Federal law enforcement partners to cross-reference their data. We've also attached a list of the accounts commonly connected between ██████████████ and █████████ for further cross-reference.

It's possible we could attempt takedown requests for these two tweets that seemingly drove a lot of the reach with this video. Due to the characteristics of disinformation, its possible Twitter would be compelled to review the case carefully. However, there is at least some possibility that if these tweets are removed, it will be leveraged in disinformation suggesting censorship or further propagating conspiracy theories.

Let us know if you would like us to take further action or conduct additional research. We will be sure to incorporate these findings into our EoW report for posterity.

Thanks,

On Wed, Oct 21, 2020 at 9:15 AM ████████████████████ maryland.gov> wrote:
FYI

On Wed, Oct 21, 2020 at 8:41 AM ████████████████████ maryland.gov> wrote:
I sent this one to █████ and █████ yesterday. It has been liked and shared 11k times:

MOLA_DEFSPROD_00007585

Date Filed: 07/17/2023    Page: 97    Document: 43-3    Case: 23-30445



---------- Forwarded message ----------
From: ████████████████████████████ montgomerycountymd.gov>
Date: Tue, Oct 20, 2020 at 6:58 PM
Subject: Re: Live Canvass Video on Twitter
To: ████████████████████ maryland.gov>
Cc: ████████████████████ maryland.gov>, ████████████████
█████████████ maryland.gov>, ████████████████████████ maryland.gov>,
████████████     montgomerycountymd.gov>

Will interview this gentleman tomorrow

Sent from my iPhone

On Oct 20, 2020, at 6:26 PM, Rachel Rachfal -SBE- ████████████ maryland.gov> wrote:

[EXTERNAL EMAIL]
Please see the video at ████████████████████████████ of canvassing in
Montgomery County that has been liked and shared 7,000 times alleging fraud.

<image.png>

████████████

Maryland State Board of Elections
████████████

Take 10 minutes to be counted now -- visit: https://2020census.gov/

For COVID-19 information and resources, visit: www.montgomerycountymd.gov/COVID19

MOLA_DEFSPROD_00007586

Case: 23-30445     Document: 43-3     Page: 98     Date Filed: 07/17/2023

Case: 23-30445    Document: 43-3    Page: 99    Date Filed: 07/17/2023

--

**Kind regards,**



This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail in that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you.

--



This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail in that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you.

--

**Kind regards,**



This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00007587

Date Filed: 07/17/2023   Page: 100   Document: 43-3   Case: 23-30445

**From:** ███████████
**Sent:** 10/23/2020 10:28:40 AM
**To:** ███████fb.com]; ███████fb.com]; ███████fb.com]
**CC:** ███████@hq.dhs.gov]
**Subject:** FW: Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

Good morning,

Not a Facebook issue, but wanted you to be aware.

Brian

**From:** ███████cisecurity.org>
**Sent:** Friday, October 23, 2020 9:51 AM
**To:** ███████cisa.dhs.gov>; ███████cisa.dhs.gov>; ███████hq.dhs.gov>; ███████@2020partnership.atlassian.net; ███████@cisecurity.org>
**Subject:** Case #CIS-MIS000062: Misinformation regarding trading in ballots at an in-person voting center

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation tweet regarding trading in ballots at an in-person voting center

**From:** ███████maryland.gov>
**Sent:** Friday, October 23, 2020 9:39 AM
**To:** ███████zerofox.com>; ███████cisecurity.org>; ███████twitter.com>; ███████fbi.gov; ███████oag.state.md.us>; ███████twitter.com
**Cc:** ███████maryland.gov>; ███████maryland.gov>; ███████@maryland.gov>; ███████maryland.gov>; ███████maryland.gov>; ███████maryland.gov>
**Subject:** Misinformation Report

Please see the following screenshot below posted 6 times to our official Maryland State Board of Elections Twitter handle, ███████ at the following URLs. We have reported these tweets to Twitter for containing election misinformation.

Maryland voters cannot surrender or trade-in ballots at in-person vote centers. Any voters who requested or received a mail-in ballot wanting to vote in-person will have to vote provisionally.

MOLA_DEFSPROD_00007633

Date Filed: 07/17/2023   Page: 101   Document: 43-3   Case: 23-30445



Replying to @md_tla

HIDING INFO FROM VOTERS.TAKE UR MAIL IN WITH YOU TO THE POLLS, "SURRENDER" IT AND ASK FOR A REAL BALLOT....NOT A PROVISIONAL ONE. ALL VOTERS ARE FORCED TO VOTE PROVISIONAL UNLESSSSSS YOU TURN IN YOUR MAIL IN TO THE POLL WORKERS! IT'S A SCAM THEY DONT TELL YOU!DONT WANT U TO KNOW

Thank you,



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00007634

Case: 23-30445    Document: 43-3    Page: 102    Date Filed: 07/17/2023

| | |
|---|---|
| **From:** | ████████████████████████████████████████ |
| **Sent:** | 6/2/2020 1:57:42 PM |
| **To:** | ████████████ cisa.dhs.gov]; ████████████ twitter.com] |
| **Cc:** | ████████████ twitter.com] |
| **Subject:** | RE: Primary Election Day |

████

Just to confirm what Brian said. Very quiet so far. Please let us know if any of the items passed to you today are worth understanding further or if something changes.  Thanks

████████████████████

Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

████████████████

| | |
|---|---|
| **From:** | ████████████ @cisa.dhs.gov> |
| **Sent:** | Tuesday, June 2, 2020 1:41 PM |
| **To:** | ████████████ twitter.com>; ████████████████ cisa.dhs.gov> |
| **Cc:** | ████████████ twitter.com> |
| **Subject:** | RE: Primary Election Day |

Hi ████

It has been quiet on our end as well.  As an FYI, we're expecting to receive some info from Colorado about fake accounts.  Will send along once I get it.

████ is on a call right now, so he may have more to add or a different perspective, but no issues on my end not doing a call.

Regards,

████

| | |
|---|---|
| **From:** | ████████████ twitter.com> |
| **Sent:** | Tuesday, June 2, 2020 1:37 PM |
| **To:** | ████████████ @cisa.dhs.gov>; ████████████████ cisa.dhs.gov> |
| **Cc:** | ████████████ twitter.com> |
| **Subject:** | Re: Primary Election Day |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00008188

Hi  we just wanted to check in.

We are tracking the curfew issues and have our legal team reviewing specific city-curfews in the key primary states. Our enforcement teams are prepared on the issue.

We have received some escalations from external stakeholders, including the FBI.

Things seem generally quiet -- so if it works ok for you -- let's plan to not meet today. Please just let us know if anything comes up.



On Mon, Jun 1, 2020 at 4:25 PM ████████████████  twitter.com> wrote:

Dear ████████████████, hope you are well.

We are preparing for elections tomorrow. In case anything comes up urgently, please feel free to call me at ████████ or reach us via email.

Should we plan to set up a mid-day check in? Does 2:30 work for you?

Thanks,

MOLA_DEFSPROD_00008189

Case: 23-30445   Document: 43-3   Page: 103   Date Filed: 07/17/2023

**Sent:** 11/6/2020 9:47:59 AM
**To:** CFITF [cfitf@hq.dhs.gov]; ████████ ██████@twitter.com]
**Subject:** RE: FW: Are these real?

Hey ████ ,

There are two reports in this email chain. One of Facebook posts with videos the State believes are false (we are seeing if we can find someone to help confirm they are false as we don't have that capability). That was the basis of the FYI for another group of folks. The specific report we are sharing with you all is the most recent link to a Twitter post. The FYI does not apply to the Twitter portion of the chain (unless I'm misreading things, which in my current state is possible. We are not allowed to edit the reporting emails, so it creates some challenges for us when we're forwarding such reports.

**From:** CFITF <cfitf@hq.dhs.gov>
**Sent:** Friday, November 6, 2020 9:41 AM
**To:** CFITF All <CFITFAll@hq.dhs.gov>
**Subject:** FW: FW: Are these real?

**From:** ████████
**Sent:** Friday, November 6, 2020 2:40:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF;
**Cc:** ████████@twitter.com; ████████@twitter.com; gov@twitter.com
**Subject:** Re: FW: Are these real?

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Also, have PA state officials provided additional information to you on the authenticity of video or circumstances underpinning it? It seems as if the correspondence flagging this issue to you said "FYI only at this point" and there isn't additional information from the state official.

Thank you,
████

On Fri, Nov 6, 2020 at 9:35 AM ████████████████@twitter.com> wrote:

Thank you CFITF. We only see one URL linking to a video, but no attached screenshots as were referenced in the email. Please let us know if there are additional materials you would like us to review?

Thanks,
████████

On Fri, Nov 6, 2020 at 9:34 AM CFITF <cfitf@hq.dhs.gov> wrote:

**Good morning Twitter – Please see the reporting below.**

**From:** ████████████████@cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 9:19 AM
**To:** ████████████████@cisa.dhs.gov>; ████████████████@cisa.dhs.gov>
**Subject:** FW: Are these real?

MOLA_DEFSPROD_00008345

Case: 23-30445   Document: 43-3   Page: 105   Date Filed: 07/17/2023

See more below from PA. have we heard anything?



**From:** ████████████ @pa.gov>
**Sent:** Friday, November 6, 2020 9:16 AM
**To:** ████████████████████ @cisa.dhs.gov>
**Subject:** Fwd: Are these real?

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Here's a little more. Any word on your side? We just got a request from a reporter. We know the one on our page was taken down, but it appears there are more floating out there.



**From** ████████████ @pa.gov>
**Sent:** Friday, November 6, 2020 6:29 AM
**To:** ████
**Cc:** ████████████████
**Subject:** RE: Are these real?

I think I found a version of the video: https://twitter.com/StateofusAll/status/1324556436135882753

████

MOLA_DEFSPROD_00008346

**From:** ████████████
**Sent:** Friday, November 6, 2020 3:35 AM
**To:** ████████████@pa.gov> ████████████@pa.gov>
**Cc:** ████████████@pa.gov> ████████████@pa.gov>
**Subject:** RE: Are these real?

Thank you for the notice. If you got screenshots or links can you send those?

████

**From:** ████████████@pa.gov>
**Sent:** Friday, November 6, 2020 12:01 AM
**To** ████████████@pa.gov>; ████████████@pa.gov>
**Cc:** ████████████@pa.gov> ████████████@pa.gov>
**Subject:** Fwd: Are these real?

FYI only at this point

████████████████████████

**From:** ████████████@pa.gov>
**Sent:** Thursday, November 5, 2020 11:36 PM
**To:** ████████████(DHS)
**Subject:** Re: Are these real?

The only guess I have is, if this is real, they took live feed from "remaking" damaged ballots. I just have no idea where this might have come from...

████████████████████████

**From:** ████████████@pa.gov>
**Sent:** Thursday, November 5, 2020 11:22:52 PM

MOLA_DEFSPROD_00008347

**To:** ▓▓▓▓▓▓▓ (DHS) <▓▓▓▓▓▓▓▓@hq.dhs.gov>
**Subject:** Are these real?



Sorry to message late, but was going through the dos page and comments (old habits from EAC die hard) and came across these posts. Sorry to screenshot, but if you go to our page you should be able to see the comments on the post and go to the pages.

Are these making their way around the internet? Because there is no polling place I know of that has overhead cameras. Just don't want another "burning ballots" fake thing spreading.

Apologies for sending to you all first, but I didn't want to call an all hands meeting here when some of our folks are getting their first few real hours rest since Monday.

Thanks,



MOLA_DEFSPROD_00008348

**Sent:** 10/26/2020 6:56:27 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓com]
**Subject:** FW: Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page
**Attachments:** 72.PNG; 72_2.PNG

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Monday, October 26, 2020 6:38 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation comment posted on Marion County, OR Facebook page. Screenshots of original post, comment, and Marion County's response to the comment are attached.

**From:** ▓▓▓▓▓▓▓co.marion.or.us>
**Sent:** Monday, October 26, 2020 6:19 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ▓▓▓▓▓▓▓▓co.marion.or.us>; ▓▓▓▓▓▓▓▓▓▓▓▓co.marion.or.us>; ▓▓▓▓▓▓▓▓▓oregon.gov; ▓▓▓▓▓▓▓oregon.gov
**Subject:** Facebook Comment

I was asked to forward the attached Facebook comment we received on the Marion County Facebook page. Included is the comment along with our response. Please let me know if you need any additional information.

Thanks,

▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓

Marion County | ▓▓▓▓▓▓▓▓▓▓
Email: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Facebook: facebook.com/MarionCountyOR | Twitter: @MarionCo_Board

MOLA_DEFSPROD_00008349

Date Filed: 07/17/2023    Page: 108    Document: 43-3    Case: 23-30445

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445   Document: 43-3   Page: 109   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008350

CONFIDENTIAL



Marion County, Oregon

@MarionCountyOR

Home

🔊 Follow   ↗ Share   💾 Save   ...

Already voted, though some have made mention they won't get to because they got the wrong ballots and now suddenly the election office is "out of ballots" so many oregonians won't be able to vote as promised.

I don't care who you're voting for, this is just wrong!

Like · Reply · 1d



✔ Author

**Marion County, Oregon**  We have confirmed with the Marion County Clerk's Office that there are sufficient ballots for every voter that needs a replacement. They are still mailing ballots daily. The Senator Hearing Room (located at Courthouse Square, 555 Court St. NE, Salem) is now open for anyone that needs to come in for a replacement ballot.

Like · Reply · 17m

MOLA_DEFSPROD_0008351

MOLA_DEFSPROD_00000002
-PA0561-

Marion County, Oregon
@MarionCountyOR

Home
About
Photos
Events
Videos
Join My List
Posts
Groups
Community

Create a Page

Marion County, Oregon
3d

Watch for mail-in ballots soon – ballots were mailed Oct. 14. Displaced by wildfires, click to find out how to get a ballot and vote 🗳️
https://www.co.marion.or.us/.../.../Pages/Displaced-Voters.aspx...

Ballots are on their way!

MOLA_DEFSPROD_00008352

MOLA_DEFSPROD_00000003
-PA0562-

MOLA_DEFSPROD_00000003
-PA0562-

Case: 23-30445      Document: 43-3      Page: 112      Date Filed: 07/17/2023

**Sent:**        10/1/2020 5:00:19 PM
**To:**          ███████████ fb.com]; ███████████ fb.com]
**Subject:**     FW: Case#CIS-MIS000024: Misinformation re: Sonoma County elections - Promoted by Russian Actors

Good afternoon █████████

This is not Facebook related reporting, but thought it would be of interest to your team.

Regards,

████████

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Thursday, October 1, 2020 4:23 PM
**To:** ███████████ cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>;
Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Case #CIS-MIS000024:  Misinformation re: Sonoma County elections - Promoted by Russian Actors

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

████████

We know many are already aware of this case but the impact seems to be escalating. Our hope is the platforms can do
more to take down the misinformation. The EIP has been tracking this spread under ticket EIP-243 and has more
examples.

Thanks,

████████████

**From:** ████████████ sos.ca.gov>
**Sent:** Thursday, October 1, 2020 4:14 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Misinformation re: Sonoma County elections - Promoted by Russian Actors

Hello,

My name is J█████████ I'm the ██████████████████████ for the California Secretary of State Office
of Election Cybersecurity.

My email address is ████████ sos.ca.gov.

We've been monitoring a situation in our state where an image of ballots was circulated as evidence of voter
fraud - Sonoma County has explained that this was part of a routine process to discard old 2018 ballots, as
allowed by law, and has nothing to do with the 2020 election.

MOLA_DEFSPROD_00008353

https://twitter.com/darhar981/status/1309533853967671297
Debunked
here: https://twitter.com/CountyofSonoma/status/1309588979545645056?ref_src=twsrc%5Etfw%7Ctwcamp%
5Etweetembed%7Ctwterm%5E1309588979545645056%7Ctwgr%5Eshare_3&ref_url=https%3A%2F%2Fobse
rvers.france24.com%2Fen%2F20201001-debunked-viral-photos-mail-ballots-california-dumpster

While all posts around this topic are misinformation, we were just alerted to the fact that Russian Actors
Amplified False Claim of Mail-in Ballots Discarded in Sonoma County Dumpster

On Oct. 1, 2020, Reuters and the security firm Graphika reported that actors associated with the St.
Petersburg-based Internet Research Agency (IRA) established a pseudo news site called the Newsroom for
American and European Based Citizens "NAEBC" (naebc[.]com) which attempted to influence U.S. voters
ahead of the 2020 Presidential election.

It was observed that on Sept. 25, 2020, the NAEBC-associated user ▮▮▮▮▮▮▮ on the platform
Parler amplified the false narrative that mail-in-ballots were recently found in a dumpster in Sonoma County.
▮▮▮▮▮▮ posted:

*"More than a thousand mail-in-ballots found in a dumpster in California! The zip code "94928" on the ballots
matches the county. This is why everyone should vote in person! #MAGA2020 #TRUMP2020 #KAG"* (Figure
1).

We consider ▮▮▮▮▮▮ post as evidence that Russian actors are amplifying reports of mail-in ballots.


- •
- •
- •      In addition to reposting articles from U.S.-based news outlets, ▮▮▮▮▮▮ frequently posted articles
from the NAEBC website, with the most recent NAEBC post on Oct. 1, 2020.
- •      This is an indication that ▮▮▮▮▮▮ is closely affiliated or operated by the same actors who set up
the NAEBC website.
- •
- •
- •
- •      Our assessment that Russian actors are amplifying mail-in ballot errors and disinformation is consistent
with American intelligence officials recent assessments, as reported by
- •      Representative Adam B. Schiff, chairman of the House Intelligence Committee.
- •

Our monitoring software is investigating other NAEBC-affiliated accounts for potential investigatory leads into
additional Russian information operations and any impact to California voters.

MOLA_DEFSPROD_00008354

Case: 23-30445     Document: 43-3     Page: 113     Date Filed: 07/17/2023

The linked image cannot be displayed.  The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Figure 1: ████████ amplified a false mail-in ballot narrative; the narrative was subsequently debunked as the mail-in ballots seen in the photo were from 2018

....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008355

Case: 23-30445    Document: 43-3    Page: 114    Date Filed: 07/17/2023

**From:** ▮▮▮▮▮▮[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-▮
**Sent:** 10/29/2020 7:30:38 PM
**To:** ▮▮▮▮▮▮@twitter.com]; ▮▮▮▮▮▮@twitter.com]; ▮▮▮▮▮▮
▮▮▮▮@twitter.com]
**CC:** CFITF [cfitf@hq.dhs.gov]; misinformation@cisecurity.org
**Subject:** FW: Case #CIS-MIS000091: alleged fraud in Washington state elections
**Attachments:** ▮▮▮▮▮▮.png

Good evening,

Please see the below report from Washington.

Thanks,

▮▮▮▮

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security
(DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its
originating source – this information has not been originated or generated by CISA. This information may also
be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on
social media platforms. CISA makes no recommendations about how the information it is sharing should be
handled or used by social media companies. Additionally, CISA will not take any action, favorable or
unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand.
Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on
decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Thursday, October 29, 2020 7:26 PM
**To:** ▮▮▮▮▮▮@cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>;
tips@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Case #CIS-MIS000091: alleged fraud in Washington state elections

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

Misinformation report: two tweets alleging fraud in Washington state elections.

**From:** ▮▮▮▮▮▮@sos.wa.gov>
**Sent:** Thursday, October 29, 2020 7:21 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ▮▮▮▮▮▮@sos.wa.gov>; ▮▮▮▮▮▮@sos.wa.gov> ▮▮▮▮▮▮
▮▮▮▮▮▮@sos.wa.gov>
**Subject:** Possible misinformation on Twitter

MOLA_DEFSPROD_00008496

Hello,

I wanted to flag two tweets with possible misinformation about the election.

https://twitter.com/████████/status/1321738257399533571 -- "Ballots can appear whenever, from whomever" is false.

https://twitter.com/████████/status/1321759027508908033 -- The response to the above tweet includes the following sentence: "Washington State in 2004 judges ignored the real count and rewarded the Democrats." That is not a factual statement.

My name is ██████ and I'm an ████████████ for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections ██████████ Office of the Secretary of State ████████████, and our ████████████████████

Please let me know if you have any questions or need additional information.

Thank you.

████████████████
████████████████
████████████████
████████████████

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008497

| From: | ███████████ @fb.com] |
|---|---|
| Sent: | 10/26/2020 6:58:26 PM |
| To: | ███████████ @cisa.dhs.gov] |
| CC: | ███████████ @fb.com]; ███████████ @fb.com]; CFITF [cfitf@hq.dhs.gov] |
| Subject: | Re: Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks!

FACEBOOK

From: ███████████ @cisa.dhs.gov>
Date: Monday, October 26, 2020 at 6:57 PM
To: ███████████ @fb.com>
Cc: ███████████ @fb.com>, ███████████ @fb.com>, CFITF <cfitf@hq.dhs.gov>
Subject: FW: Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page

Oops...sorry about that. Here you go ███████

From: Misinformation Reports <misinformation@cisecurity.org>
Sent: Monday, October 26, 2020 6:38 PM
To: ███████████ @cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>;
tips@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
Subject: Case #CIS-MIS000072: Misinformation comment on Marion County, OR Facebook page

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation comment posted on Marion County, OR Facebook page. Screenshots of original post, comment, and Marion County's response to the comment are attached.

From: ███████████ @co.marion.or.us>
Sent: Monday, October 26, 2020 6:19 PM
To: Misinformation Reports <misinformation@cisecurity.org>
Cc: ███████████ @co.marion.or.us> ███████████ @co.marion.or.us>; ███████████ @oregon.gov;
███████████ @oregon.gov
Subject: Facebook Comment

MOLA_DEFSPROD_00008531

I was asked to forward the attached Facebook comment we received on the Marion County Facebook page. Included is the comment along with our response. Please let me know if you need any additional information.

Thanks,



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Date Filed: 07/17/2023   Page: 118   Document: 43-3   Case: 23-30445

MOLA_DEFSPROD_00008532

Case: 23-30445      Document: 43-3      Page: 119      Date Filed: 07/17/2023

| From: | ▇▇▇▇▇▇▇▇▇ @fb.com] |
|---|---|
| Sent: | 5/4/2022 3:48:11 PM |
| To: | ▇▇▇▇▇▇▇ @cisa.dhs.gov] |
| CC: | ▇▇▇▇▇▇ @cisa.dhs.gov];  ▇▇▇▇▇▇ @cisa.dhs.gov];  ▇▇▇▇▇▇ @fb.com];  ▇▇▇▇▇▇ @cisa.dhs.gov];  ▇▇▇▇▇▇ @cisa.dhs.gov];  ▇▇▇▇▇▇ @cisa.dhs.gov];  ▇▇▇▇▇▇ @fb.com]  ▇▇▇▇▇▇ @fb.com] |
| Subject: | Re: Account Security |

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,

▇▇▇▇

---

**From:** ▇▇▇▇▇▇▇ @cisa.dhs.gov>
**Date:** Wednesday, April 27, 2022 at 12:37 PM
**To:** ▇▇▇▇▇ @fb.com> ▇▇▇▇▇ @fb.com>
**Cc:** ▇▇▇▇▇ @cisa.dhs.gov>, ▇▇▇▇▇ @cisa.dhs.gov> ▇▇▇▇▇ @fb.com>, < ▇▇▇▇▇ @fb.com>, ▇▇▇▇▇ @fb.com>, ▇▇▇▇▇ @fb.com>, < ▇▇▇▇▇ @cisa.dhs.gov>, ▇▇▇▇▇ @cisa.dhs.gov> < ▇▇▇▇▇ @cisa.dhs.gov>
**Subject:** Re: Account Security

Perfect thank you so much!

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The linked image cannot be displayed. The file may have been moved, re...

---

**From:** ▇▇▇▇ @fb.com>
**Sent:** Wednesday, April 27, 2022 11:15:25 AM
**To:** ▇▇▇▇▇▇▇ @cisa.dhs.gov> ▇▇▇▇▇ @fb.com>

MOLA_DEFSPROD_00008554

Cc ███████████████████ @cisa.dhs.gov> ███████████ @cisa.dhs.gov>;
██████████████ @fb.com> ██████████ @fb.com> ██████████████████
████████ @fb.com> ███████████ @fb.com>; ███████ @cisa.dhs.gov>; ████████
████████ @cisa.dhs.gov>; ███████████ @cisa.dhs.gov>

**Subject:** Re: Account Security

Got it – and no problem! I had our team design my email directly into the document (new version attached here) so everything is all in one place for you.

Best,

∞ Meta

████████████████████████
████████████████████████
████████████████████████

**From:** ████████████ @cisa.dhs.gov>
**Date:** Wednesday, April 20, 2022 at 12:45 PM
**To:** ██████████ @fb.com>, ████████ @fb.com>
**Cc:** ██████████ @cisa.dhs.gov>,
< ████████ @cisa.dhs.gov> ██████████ @fb.com>,
██████████ @fb.com>, ████████ @fb.com>, ████████ @fb.com>,
██████████ @cisa.dhs.gov>, ████████ @cisa.dhs.gov>,
██████████ @cisa.dhs.gov>

**Subject:** RE: Account Security

Hi ████ That could work, though we'd also welcome that as part of the document. Given we have a broader team that does trainings etc, it might be helpful for that info to be included in the doc. Though I understand there may be concerns with this approach.

Will take your steer, let me know what you think.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

**From** ████████████ @fb.com>
**Sent:** Monday, April 18, 2022 5:30 PM
**To:** ██████████ @fb.com>; ████████ @cisa.dhs.gov>
**Cc:** ██████████ @cisa.dhs.gov>; ████████ @cisa.dhs.gov>;
██████████ @fb.com>; ████████ @fb.com>; ████████
██████████ @fb.com>; ████████ @fb.com>; ████████ @cisa.dhs.gov>

MOLA_DEFSPROD_00008555

Date Filed: 07/17/2023   Page: 120   Document: 43-3   Case: 23-30445

█████ @cisa.dhs.gov>; ████████████████ @cisa.dhs.gov>

**Subject:** Re: Account Security

Thanks ████

Would it work to just provide my email when you share out this one pager, and let them know if they need anything (like a page verification) or have any content they want to escalate for review, they can reach out to me and I can get them to the right person to help?

Best,



████████████████████████████

**From:** █████████ @fb.com>
**Date:** Monday, April 18, 2022 at 11:50 AM
**To:** ███████████ @cisa.dhs.gov>
**Cc:** ████████████████ @cisa.dhs.gov>,



**Subject:** Re: Account Security

Great! Many thank ████ for the quick reply & feedback.

████—who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as ███ and her team work out the details.

Sent from my iPhone

On Apr 18, 2022, at 10:54 AM █████████████ @cisa.dhs.gov> wrote:

Thanks so much for sending ████!

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!



MOLA_DEFSPROD_00008556

Case: 23-30445      Document: 43-3      Page: 122      Date Filed: 07/17/2023

**From:** ██████████@fb.com>
**Sent:** Friday, April 15, 2022  9:01 AM
**To:** ██████████@cisa.dhs.gov> ██████████@cisa.dhs.gov>; ██████████@cisa.dhs.gov>
**Cc:** ██████████@fb.com>; ██████████@fb.com>; ██████████@fb.com>; ██████████@fb.com>; ██████████@fb.com>
**Subject:** Account Security

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including ████████ who you met during our meeting & are helping implement these procedures with key stakeholders. Also, █████ to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!

MOLA_DEFSPROD_00008557

From: ███████████@twitter.com]
Sent: 1/7/2021 10:58:39 PM
To: Misinformation Reports [misinformation@cisecurity.org]
CC: ███████████@cisa.dhs.gov]; gov@twitter.com
Subject: Re: FW: Election Related Misinformation

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, ████ Both Tweets have been removed from the service.

Thank you,
████

On Thu, Jan 7, 2021 at 3:53 PM ███████████@twitter.com> wrote:
Thank you, ████ We will escalate.

Thanks,
████

On Thu, Jan 7, 2021 at 3:44 PM Misinformation Reports <misinformation@cisecurity.org> wrote:
████ Twitter,

Please see this report below from the Arizona SOS office. Please let me know if you have any questions.

Cc: ████ I am not sure the best contact email to send this to at Twitter.

Thanks,

████

From: ███████████@azsos.gov>
Sent: Thursday, January 7, 2021 3:26 PM
To: Misinformation Reports <misinformation@cisecurity.org>
Cc: ███████████@azsos.gov>; ███████████@azsos.gov>
Subject: Election Related Misinformation


Hello,

I'm ███████████ communications director for the Office of the Arizona Secretary of State.
Email: ███████████

I am flagging this twitter account for your review. @███████████

MOLA_DEFSPROD_00008586

Case: 23-30445   Document: 43-3   Page: 123   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-3   Page: 124   Date Filed: 07/17/2023



Of specific concern to the Secretary of State are the following tweets:
https://twitter.com/████████status/1346451683384160257
https://twitter.com/████████status/1346233687160008704
Reason: These messages falsely assert that the Voter Registration System is owned and therefore operated by foreign actors.
This is an attempt to further undermine confidence in the election institution in Arizona.

Thank you for your consideration in reviewing this matter for action.

Sincerely,



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008587

| From: | Misinformation Reports [misinformation@cisecurity.org] |
|---|---|
| Sent: | 11/11/2020 6:07:35 PM |
| To: | gov@twitter.com |
| CC: | CISA Central [central@cisa.dhs.gov]; CFITF [cfitf@hq.dhs.gov]; ██████████@cisa.dhs.gov]; |
| | Misinformation Reports [misinformation@cisecurity.org] |
| Subject: | Fwd: Case #CIS-MIS000196: allegations of election fraud |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Twitter,

Please see below a Misinformation Report submitted by the Kentucky Secretary of State office.

Because today is a holiday, we are forwarding this report directly to you.

Election Infrastructure Information Sharing and Analysis Center

Center for Internet Security

Email: misinformation@cisecurity.org

www.cisecurity.org


Begin forwarded message:

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Date:** November 11, 2020 at 4:49:18 PM EST
**To** ███████████@cisa.dhs.gov>, CISA Central <central@cisa.dhs.gov>, CISA CFITF <cfitf@hq.dhs.gov>, EIP <tips@2020partnership.atlassian.net>, Misinformation Reports <misinformation@cisecurity.org>
**Subject: Case #CIS-MIS000196: allegations of election fraud**


Twitter account alleging election fraud: https://twitter.com███████████

**From:** ███████████@ky.gov>
**Sent:** Wednesday, November 11, 2020 4:28 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Missinformation


This user is pushing miss information about election fraud that does not exist. looking at the entire account it looks like bot trolling activity if not an out right disinformation account.



MOLA_DEFSPROD_00008636

Case: 23-30445     Document: 43-3     Page: 125     Date Filed: 07/17/2023

Get Outlook for iOS

.....

Case: 23-30445    Document: 43-3    Page: 126    Date Filed: 07/17/2023

MOLA_DEFSPROD_00008637

Case: 23-30445     Document: 43-3     Page: 127     Date Filed: 07/17/2023



Fight for the things that you care about, but do it in a way that will lead others to join you - RBG #Resist #StrongerTogether #FBR

⌖ Waxhaw, NC   📅 Joined May 2020

**6,777** Following   **7,140** Followers

Not followed by anyone you're following

Tweets     Tweets & replies     Media     Likes

📌 Pinned Tweet

1d

KENTUCKY NEEDS TO BE INVESTIGATED
BALLARD - McConnell won by 74.64% of 4.2k votes - that's roughly 3,134 people. Ballard county has 2,285 registered republicans as of 10/10/2020
@      @
#VoterSuppression
1/4

MOLA_DEFSPROD_00008638

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445      Document: 43-3      Page: 128      Date Filed: 07/17/2023

MOLA_DEFSPROD_00008639

Case: 23-30445      Document: 43-3      Page: 129      Date Filed: 07/17/2023

| | |
|---|---|
| From: | ████████████████ twitter.com] |
| Sent: | 11/11/2020 12:11:52 AM |
| To: | ████████████████ cisa.dhs.gov] |
| CC: | ████████████████ twitter.com]; ████████████████ twitter.com]; Twitter Government & Politics [gov@twitter.com]; CFITF [cfitf@hq.dhs.gov]; Misinformation Reports [misinformation@cisecurity.org] |
| Subject: | Re: FW: Case #CIS-MIS000195: allegations of election fraud with Dominion voting equipment in WA state |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you. All Tweets have been labeled, with the exception of two from @SeattleSuze. Those two Tweets were not found to violate our policies.

Thank you,

████████████

On Tue, Nov 10, 2020 at 7:25 PM ████████████████ twitter.com> wrote:
Thanks, ████ We will escalate.

On Tue, Nov 10, 2020 at 7:23 PM ████████████████ cisa.dhs.gov> wrote:
Good evening Twitter,

Please see the below report from Washington.

Thanks,

████████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Tuesday, November 10, 2020 7:17 PM

MOLA_DEFSPROD_00008640

**To:** ▮▮▮▮▮▮▮▮▮▮▮cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>

**Subject:** Case #CIS-MIS000195: allegations of election fraud with Dominion voting equipment in WA state

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: twelve (12) tweets alleging election fraud with Dominion voting equipment in Washington state.

**From:** ▮▮▮▮▮▮▮▮▮▮sos.wa.gov>
**Sent:** Tuesday, November 10, 2020 7:03 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ▮▮▮▮▮▮▮sos.wa.gov>; ▮▮▮▮▮▮▮sos.wa.gov>; ▮▮▮▮▮▮▮
▮▮▮▮sos.wa.gov>
**Subject:** Misinformation on Twitter

Hello,

I wanted to flag the following tweets that include misinformation and/or false allegations of election fraud. There is no evidence to back any of these claims. There have been no reports or indications of fraudulent activity in Washington state for the 2020 general election.

Franklin County is the only county in Washington state that uses a version of Dominion software and hardware. The system in use has been certified, and we are not aware of any issues.

No counties in Washington state use GEMS.

Additionally, each county conducts post-election audits in the days after the election that are publicly observable, which provides another layer of protection to ensure the results they certify later this month are accurate. At the end of the certification period, each county will publish a reconciliation report that discloses details about all of the ballots issued, received, counted, and rejected during this election.

https://twitter.com/LuvMyCountry7/status/1326303394147921920

https://twitter.com/seattleSuze/status/1326208987348398080

https://twitter.com/seattleSuze/status/1326209828717436928

MOLA_DEFSPROD_00008641

Case: 23-30445   Document: 43-3   Page: 130   Date Filed: 07/17/2023

Case: 23-30445     Document: 43-3     Page: 131     Date Filed: 07/17/2023

https://twitter.com/MatthewMacphe17/status/1326212450585210880

https://twitter.com/MatthewMacphe17/status/1326211588089470976

https://twitter.com/MatthewMacphe17/status/1326204530543882240

https://twitter.com/MatthewMacphe17/status/1326202866567049216

https://twitter.com/Katrina64718085/status/1326311025738575872

https://twitter.com/Maga2020Rules/status/1326187323566948352

https://twitter.com/lazalere/status/1326082445196681216

https://twitter.com/TerenaHimpel/status/1326006222034665472

https://twitter.com/LolaTwelve/status/1325934941503250433

My name is ▇▇▇▇▇, and I'm an ▇▇▇▇▇▇▇▇▇▇▇ for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections ▇▇▇▇▇▇▇▇▇ Office of the Secretary of State Communications Director ▇▇▇▇▇▇, and our Web and Social Media Coordinator ▇▇▇▇▇.

Please let me know if you have any questions or need additional information.

Thank you.

▇▇▇▇

▇▇▇▇▇▇▇▇

Office of the Secretary of State

▇▇▇▇▇▇▇▇

Secretary of State

MOLA_DEFSPROD_00008642

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445      Document: 43-3      Page: 132      Date Filed: 07/17/2023

MOLA_DEFSPROD_00008643

From: ███████████████ fb.com]
Sent: 11/10/2020 12:17:57 PM
To: Misinformation Reports [misinformation@cisecurity.org]; ████████████████ cisa.dhs.gov]; CISA Central [central@cisa.dhs.gov]; CFITF [cfitf@hq.dhs.gov]; tips@2020partnership.atlassian.net
Subject: Re: Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This case has been closed out and the Secretary of State's office has been informed. Thanks!

From: Misinformation Reports <misinformation@cisecurity.org>
Date: Monday, November 9, 2020 at 5:29 PM
To: ████████████ cisa.dhs.gov>; Central CISA <central@cisa.dhs.gov>, "cfitf@hq.dhs.gov" <cfitf@hq.dhs.gov>, "tips@2020partnership.atlassian.net" <tips@2020partnership.atlassian.net>, Misinformation Reports <misinformation@cisecurity.org>
Cc: ███████████ fb.com>
Subject: Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

█████ and EIP, we have included Facebook in this report.

Misinformation repot: Facebook post that a deceased person voted in Monona County, Iowa

https://www.facebook.com/amy.zeitler

From: ███████████████ sos.iowa.gov>
Sent: Monday, November 9, 2020 6:05 PM
To: Misinformation Reports <misinformation@cisecurity.org>
Cc: ██████████ os.iowa.gov>; ███████████ sos.iowa.gov>
Subject: RE: Facebook post

Slight correction on information from below. The voter's record was cancelled due to his death on 10/05/2009, NOT in 1999.

From: ██████████████
Sent: Monday, November 9, 2020 5:02 PM
To: Misinformation Reports <misinformation@cisecurity.org>
Cc: ████████████████ sos.iowa.gov>; ██████████████ sos.iowa.gov>
Subject: FW: Facebook post

Good afternoon,
We received this email from a local election official about a FB post saying a deceased person voted. Attached is a screen shot of the post along with a scanned copy of the voter's cancelled VR record.

From: ███████████████ sos.iowa.gov>
Sent: Monday, November 9, 2020 4:30 PM

MOLA_DEFSPROD_00008649

Case: 23-30445   Document: 43-3   Page: 133   Date Filed: 07/17/2023

**To:** ██████████████████ sos.iowa.gov>
**Subject:** FW: Facebook post

Are you reporting these or is comms?

**From:** ██████████████ mononacounty.org>
**Sent:** Friday, November 6, 2020 9:10 AM
**To:** cyber <cyber@sos.iowa.gov>
**Subject:** Facebook post

Good Morning,

I reached out to ███ at Secretary of State's office and he informed me to get this information to you. I received a complaint about a Facebook post that implies a deceased person had voted. I have attached the post from Facebook and my record from I Voters to show you that the person is deceased and has been a canceled vote since 8/18/1999. We also do not have a precinct named ON204. My office received a call from this person's mother yesterday and she was upset. I then had another citizen come into my office wanting to know how this was posted on Facebook. We received another phone call this morning from the step father wanting to know how this is happening. I hope that you can assist with this matter.

*Monona County Auditor &*
*Commissioner of Elections*
*610 Iowa Ave*
*Onawa, IA 51040*

██████████████ mononacounty.org*

*"Believe you can and you're halfway there." – Theodore Roosevelt*

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send the email as an attachment to ██████████████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008650

| | |
|---|---|
| **From:** | ▮▮▮▮▮ @twitter.com] |
| **Sent:** | 11/6/2020 12:15:08 PM |
| **To:** | ▮▮▮▮▮ @cisa.dhs.gov] |
| **CC:** | ▮▮▮▮▮ @hq.dhs.gov] |
| **Subject:** | Re: FW: Are these real? |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much! We have applied a label to the Tweet.

Thanks,

▮▮▮▮

On Fri, Nov 6, 2020 at 11:58 AM ▮▮▮▮▮▮▮▮▮ @cisa.dhs.gov> wrote:

Hey ▮▮▮▮

Just came across this debunk of the video on Twitter --
https://twitter.com/JaneLytv/status/1324756117415776257?s=20.

▮▮▮▮

**From:** ▮▮▮▮▮ @twitter.com>
**Sent:** Friday, November 6, 2020 9:53 AM
**To:** ▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮▮ @hq.dhs.gov>
**Subject:** Re: FW: Are these real?

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, ▮▮▮ We recognize the PA Secretary of State might be busy at this moment. I am happy to escalate now without waiting for additional information.

Thanks,

▮▮▮▮

On Fri, Nov 6, 2020 at 9:51 AM ▮▮▮▮▮▮▮▮▮ @cisa.dhs.gov> wrote:

Hey ▮▮▮▮

There are two reports in this email chain. One of Facebook posts with videos the State believes are false. That was the basis of the FYI for another group of folks. The specific report we are sharing with you all is the most recent link to a Twitter post. The FYI does not apply to the Twitter portion of the chain (unless

Case: 23-30445   Document: 43-3   Page: 135   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008663

I'm misreading things, which in my current state is possible). We are not allowed to edit the reporting emails, so it creates some challenges for us when we're forwarding such reports.

On the video's authenticity, PA states in the very first email that they believe the video's are false. We are reaching out to partners to validate. Not sure we'll be able to get a validation, but can certainly pass along anything we get back.

Not sure this is helpful, so happy to chat if you'd like.

███████

**From:** ███████ @hq.dhs.gov>
**Sent:** Friday, November 6, 2020 9:41 AM
**To:** ███████ @hq.dhs.gov>
**Subject:** FW: FW: Are these real?

**From:** ███████
**Sent:** Friday, November 6, 2020 2:40:46 PM (UTC+00:00) Monrovia, Reykjavik
**To:** ███████
**Cc:** ███████ @twitter.com; ███████ @twitter.com; ███████ @twitter.com
**Subject:** Re: FW: Are these real?

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Also, have PA state officials provided additional information to you on the authenticity of video or circumstances underpinning it? It seems as if the correspondence flagging this issue to you said "FYI only at this point" and there isn't additional information from the state official.

Thank you,
███████

On Fri, Nov 6, 2020 at 9:35 AM ███████ @twitter.com> wrote:
Thank you ███████ We only see one URL linking to a video, but no attached screenshots as were referenced in the email. Please let us know if there are additional materials you would like us to review?

Thanks,
███████

On Fri, Nov 6, 2020 at 9:34 AM ███████ @hq.dhs.gov> wrote:
**Good morning Twitter – Please see the reporting below.**

MOLA_DEFSPROD_00008664

**From:** ██████████████████ @cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 9:19 AM
**To:** ████████████ @cisa.dhs.gov>; ████████████ @cisa.dhs.gov>
**Subject:** FW: Are these real?

See more below from PA. have we heard anything?

██████████████

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

██████████████

**From:** ███████████ @pa.gov>
**Sent:** Friday, November 6, 2020 9:16 AM
**To:** ███████████ @cisa.dhs.gov>
**Subject:** Fwd: Are these real?

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Here's a little more. Any word on your side? We just got a request from a reporter. We know the one on our page was taken down, but it appears there are more floating out there.

████████████

PA Department of State

████████

**From:** ██████████ @pa.gov>
**Sent:** Friday, November 6, 2020 6:29 AM
**To:** ████████████
**Cc:** ████████████
**Subject:** RE: Are these real?

MOLA_DEFSPROD_00008665

I think I found a version of the video: https://twitter.com/StateofusAll/status/1324556436135882753

██████

**From:** ████████████
**Sent:** Friday, November 6, 2020 3:35 AM
**To:** ████████████ @pa.gov>; ████████████████ @pa.gov>
**Cc:** ████████████ @pa.gov>; ████████████████ @pa.gov>
**Subject:** RE: Are these real?

Thank you for the notice. If you got screenshots or links can you send those?

██████

**From:** ████████████ @pa.gov>
**Sent:** Friday, November 6, 2020 12:01 AM
**To:** ████████████ @pa.gov>; ████████████████ @pa.gov>
**Cc:** ████████████ @pa.gov>; ████████████████ @pa.gov>
**Subject:** Fwd: Are these real?

FYI only at this point

████████████

PA Department of State

██████

---

**From:** ████████████ @pa.gov>
**Sent:** Thursday, November 5, 2020 11:36 PM
**To:** ████████████ (DHS)
**Subject:** Re: Are these real?

The only guess I have is, if this is real, they took live feed from "remaking" damaged ballots. I just have no idea where this might have come from...

████████████

PA Department of State

MOLA_DEFSPROD_00008666

**From:** ████████████ @pa.gov>
**Sent:** Thursday, November 5, 2020 11:22:52 PM
**To:** ████████ (DHS) ████████ @hq.dhs.gov>
**Subject:** Are these real?

Sorry to message late, but was going through the dos page and comments (old habits from EAC die hard) and came across these posts. Sorry to screenshot, but if you go to our page you should be able to see the comments on the post and go to the pages.

Are these making their way around the internet? Because there is no polling place I know of that has overhead cameras. Just don't want another "burning ballots" fake thing spreading.

Apologies for sending to you all first, but I didn't want to call an all hands meeting here when some of our folks are getting their first few real hours rest since Monday.

Thanks,

MOLA_DEFSPROD_00008667

| | |
|---|---|
| **From:** | ███████████ @fb.com] |
| **Sent:** | 11/3/2020 7:07:19 PM |
| **To:** | Misinformation Reports [misinformation@cisecurity.org]; ████████████ @cisa.dhs.gov]; |
| | ██████ @cisa.dhs.gov]; ████████ @hq.dhs.gov]; ██████ @2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for including me, I'm moving this through our processes now. I'll update you when I have more information.

Best,

███████

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Tuesday, November 3, 2020 5:52 PM
**To:** ████████ @cisa.dhs.gov>; ████████ @cisa.dhs.gov> ████ @hq.dhs.gov
████ @hq.dhs.gov> ████ @2020partnership.atlassian.net ████ @2020partnership.atlassian.net>; Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ████████ @fb.com>
**Subject:** Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots

████████ , we have included Facebook in this report.

Misinformation report: citizen alleges on Facebook that he submitted 300 ballots

https://www.facebook.com/profile.php?id=1576601744

MOLA_DEFSPROD_00008696

Case: 23-30445   Document: 43-3   Page: 141   Date Filed: 07/17/2023



**Posts**

Photos    ★ Life Events

Gotta tell ya seriously I had at least 300 Ballots show up to my rental properties from 20 years worth of past tenants ./ I sent all in with straight Republicans ticket. Voter fraud is real .. sorry but that's the way it is and I'll fight back .. it will only look like these people voted twice Find that lol if they even vote .. my points is I voted for 300 people cuz I had their ballots .. Trump 2024

It's Election Day. Go to the Voting Information Center for important info and updates.

Get Election Day Info

3                                    1 Comment

**From:** MS-ISAC SOC
**Sent:** Tuesday, November 3, 2020 6:39 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** MS-ISAC SOC ▮▮▮@msisac.org>
**Subject:** FW: Michigan Voter Misinformation//Facebook

Please see below. Thanks.



Measure the maturity of your cybersecurity program.
Register for the NCSR today!

Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

24x7 Security Operations Center
▮▮▮@cisecurity.org – ▮▮▮

MOLA_DEFSPROD_00008697

 **MS-ISAC®**
Multi-State Information
Sharing & Analysis Center®

 **Elections Infrastructure** ISAC

   

**From:** ██████████@michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:35 PM
**To:** ██████████@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

Yes, please.

Michigan Bureau of Elections
██████@Michigan.gov

**From:** MS-ISAC SOC ███@msisac.org>
**Sent:** Tuesday, November 3, 2020 6:32 PM
**To:** ██████████@michigan.gov>; MS-ISAC SOC ███@msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

> **CAUTION: This is an External email. Please send suspicious emails to** ███@michigan.gov

Do we have your permission to share this with our federal partners by forwarding to our misinformation mailbox? Please see below.

*Reports of Elections Infrastructure Misinformation ("Misinformation") submitted to the EI-ISAC via misinformation@cisecurity.org will be shared with the following organizations: (1) the applicable social media platform provider in order to address the Misinformation identified in the report; (2) the Cybersecurity & Infrastructure Security Agency and the Election Integrity Partnership, for analysis of the Misinformation, in conjunction with other relevant information, to identify potential threats to election security; (3) with the National Association for Secretaries of State and National Association of State Elections Directors for situational awareness. The Misinformation may also be shared with other federal agencies, as appropriate, for situational awareness or in the context of a law enforcement investigation.*


Measure the maturity of your cybersecurity program.
Register for the NCSR today!

MOLA_DEFSPROD_00008698

Case: 23-30445   Document: 43-3   Page: 142   Date Filed: 07/17/2023

███████████████

Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

████████████

24x7 Security Operations Center
████ @cisecurity.org ████████████

 **MS-ISAC®**
Multi-State Information
Sharing & Analysis Center®

★ **Elections**
**Infrastructure**
ISAC

   

**From:** ████████████████ @michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:27 PM
**To:** MS-ISAC SOC ████ @msisac.org>
**Subject:** Michigan Voter Misinformation//Facebook

https://www.facebook.com/profile.php?id=1576601744

Hello,
The link below is a Michigan voter who is spreading misinformation being Facebook saying he voted for 300 people. We have had local law enforcement contact him and he has pulled the post. Hours late (about an hour ago) he started posting it again. Is this something you all can assist with getting Facebook to pull down? We have received a number of complaints about this post per hour.

https://www.facebook.com/profile.php?id=1576601744

Thank you!

████████████████

Michigan Bureau of Elections
████████ @Michigan.gov
████████████████

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

MOLA_DEFSPROD_00008699

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445   Document: 43-3   Page: 144   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008700

**From:** Misinformation Reports [misinformation@cisecurity.org]
**Sent:** 11/3/2020 3:53:03 PM
**To:** ███████████@cisa.dhs.gov]; ███████████@cisa.dhs.gov]; ███████@hq.dhs.gov]; ██████@2020partnership.atlassian.net; Misinformation Reports [misinformation@cisecurity.org]
**CC:** █████@fb.com' ██████@fb.com]
**Subject:** Case #CIS-MIS000133: Misinformation Facebook post regarding number of votes/voters in CO

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

███████, we have included Facebook in this report.

Misinformation report: Facebook post regarding number of votes/voters in Colorado

**From:** ███████████@SOS.STATE.CO.US>
**Sent:** Tuesday, November 3, 2020 3:44 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ████████████@sos.state.co.us>; ███████████████@SOS.STATE.CO.US>; ███████████@SOS.STATE.CO.US>; ███████████@SOS.STATE.CO.US>; ███████████@sos.state.co.us>; ████████████@SOS.STATE.CO.US>
**Subject:** Potential Foreign Mis/Dis Information on the Election Process – Facebook Post

Partners,

As part of the Colorado Department of State's (CDOS) efforts to counter foreign mis/dis information on the election process, we have been made aware of the following inaccurate information. We know this information is false because we've had 2,893,395 vote out of a possible 3,783,589 registered voters. This is not a call to action, but merely providing for you information.

https://www.facebook.com/dpatric/posts/10223827649629519

Case: 23-30445   Document: 43-3   Page: 145   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008710



**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,



   Department of State

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008711

Case: 23-30445     Document: 43-3     Page: 146     Date Filed: 07/17/2023

| From: | Misinformation Reports [misinformation@cisecurity.org] |
|---|---|
| Sent: | 11/2/2020 4:45:48 PM |
| To: | ██████████@fb.com]; Misinformation Reports [misinformation@cisecurity.org]; ██████████ ██████████@cisa.dhs.gov]; ██████████@cisa.dhs.gov]; ██████████@hq.dhs.gov]; ██████████@2020partnership.atlassian.net |
| Subject: | RE: Case #CIS-MIS000105: votes allegedly being changed in election machines. |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, ██████.

**From:** ██████████@fb.com>
**Sent:** Monday, November 2, 2020 4:45 PM
**To:** Misinformation Reports <misinformation@cisecurity.org> ██████████@cisa.dhs.gov>; ██████████@cisa.dhs.gov; ██████@hq.dhs.gov; ██████@2020partnership.atlassian.net
**Subject:** Re: Case ██████████: votes allegedly being changed in election machines.


This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Date:** Monday, November 2, 2020 at 12:07 PM
**To:** ██████████@fb.com>, ██████████@cisa.dhs.gov>, ██████████@cisa.dhs.gov>, ██████@hq.dhs.gov" ██████@hq.dhs.gov>, ██████@2020partnership.atlassian.net" ██████@2020partnership.atlassian.net>, Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

Misinformation report: votes allegedly being changed in election machines.

██████ – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

██████ – we are forwarding this report directly to Facebook but still want you to be aware of the issue.


Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: misinformation@cisecurity.org
www.cisecurity.org
Follow us ██████

MOLA_DEFSPROD_00008722

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓ @ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. - ▓▓▓▓



**State Board of Elections**

w: www.elect.ky.gov

 Register Online to Vote      Find My Polling Place

 Election Calendar      Contact Us

**From:** ▓▓▓▓▓ @gmail.com  ▓▓▓▓▓▓▓▓ @gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** ▓▓▓▓▓▓▓ @ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

▓▓▓▓ has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
▓▓▓▓▓▓
Bullitt County Clerk Office

MOLA_DEFSPROD_00008723

Case: 23-30445     Document: 43-3     Page: 148     Date Filed: 07/17/2023

**11:41** ✈

..ıl LTE ▇▇

‹    **Bullitt County Clerk's Office's Post**    •••

Center for official election
resources and local updates.
**Get Voting Information**

👍 **Like**    💬 **Comment**    ↪ **Share**

⚙ **Get more Likes, Comments and Shares**
This post is performing better than 85% of other
posts on your Page. Boost it to show it to more
people.

656 people reached ›     **Boost Post**

👍 **6**

**12 Shares**

**Most Relevant** ˅

**PROJECTS HAMMER & SCORE
CARD - CHANGE VOTES IN
THE ACTUAL ELECTION
MACHINES - PLEASE
INVESTIGATE & SHARE DATA
TARGET STEAL 3%**

9m    Like    Reply

📷    Write a comment...      ☺

               

MOLA_DEFSPROD_00008724

Case: 23-30445    Document: 43-3    Page: 149    Date Filed: 07/17/2023

Sent from my iPhone

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445   Document: 43-3   Page: 150   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008725

| From: | ▓▓▓▓▓▓ @fb.com] |
|---|---|
| Sent: | 10/28/2020 11:46:36 AM |
| To: | ▓▓▓▓▓▓ @cisecurity.org] |
| CC: | ▓▓▓▓▓▓ @cisecurity.org]; ▓▓▓▓▓▓ @fb.com]; ▓▓▓▓▓▓ @cisa.dhs.gov]; ▓▓▓▓▓▓ @fb.com]; ▓▓▓▓▓▓ @fb.com] |
| Subject: | Re: Facebook/CIS Meeting |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Works for me - talk then!

Sent from my iPhone

On Oct 28, 2020, at 11:18 AM, ▓▓▓▓▓▓ @cisecurity.org> wrote:

Sorry I missed this. Can we talk at 12 ET? We can call you on the ▓▓ number.

**From:** ▓▓▓▓▓▓ @fb.com>
**Sent:** Wednesday, October 28, 2020 10:41 AM
**To:** ▓▓▓▓▓▓ @cisecurity.org>
**Cc:** ▓▓▓▓▓▓ @cisecurity.org>; ▓▓▓▓▓▓ @fb.com> ▓▓▓▓▓▓ @cisa.dhs.gov>; ▓▓▓▓▓▓ @fb.com>; ▓▓▓▓▓▓ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Thanks for following up! Tried to give ▓▓ a call yesterday but know things are crazy. Feel free to call me at ▓▓▓▓▓▓ (I'm around for the next 20 min if you happen to be free now!)

Sent from my iPhone

On Oct 28, 2020, at 9:54 AM, ▓▓▓▓▓▓ @cisecurity.org> wrote:

Hi, ▓▓ Just checking back on this.

Thanks!

**From:** ▓▓▓▓▓▓ @cisecurity.org>
**Date:** Monday, October 26, 2020 at 6:13 PM
**To:** ▓▓▓▓▓▓ @fb.com>, ▓▓▓▓▓▓ @cisecurity.org>, ▓▓▓▓▓▓ @fb.com>
**Cc:** ▓▓▓▓▓▓ @cisa.dhs.gov>, ▓▓▓▓▓▓ @fb.com>, ▓▓▓▓▓▓

Date Filed: 07/17/2023   Page: 151   Document: 43-3   Case: 23-30445

MOLA_DEFSPROD_00008791

███████ @fb.com>

**Subject:** Re: Facebook/CIS Meeting

Sorry, I could have been much clearer!

Let us propose an approach that balances minimal touchpoints with the election official while getting to the official directly when it's necessary:
1)      CIS gets a misinformation report
2)      When that report involves fb, CIS forwards it to the regional, copying CISA
3)      If fb needs more info, fb makes that request of CIS
4)      If CIS has that info, we provide it back to fb. If not, or you need a statement directly from them, we loop fb in with the official.

The goal for us is to make sure we're getting you everything we need from the authoritative source in our initial report. So, again, if there have been deficiencies in our reporting, let us know the details of those issues. I think the flow above will also help us get to that goal.

Over the next 8+ days we are in near constant contact with many of these officials and we have touchpoints with them outside email, so even when we don't have the info it will often be faster for us to get it for you.

I completely understand that from your perspective this is adding an unnecessary step, but it became clear from our members today that there is a very real need for CIS to help manage contacts with the many platforms.

Thanks yet again,

██████

---

**From:** ██████████████ @fb.com>
**Date:** Monday, October 26, 2020 at 4:17 PM
**To:** ████████████ @cisecurity.org>, ████████████████ @cisecurity.org>, ████████
██████ @fb.com>
**Cc:** ████████ @cisa.dhs.gov>, ████████████ @fb.com>, ██████████
██████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Thanks ████ – just to make sure I understand, does this mean that you are not comfortable looping us directly in with the reporting authority?

<Image001.gif>

████████████████████
████ @fb.com

MOLA_DEFSPROD_00008792

**From:** ████████████████ @cisecurity.org>
**Date:** Monday, October 26, 2020 at 3:58 PM
**To:** ████████ @fb.com>, ████████ @cisecurity.org>, ████████
████████ @fb.com>
**Cc:** ████████ @cisa.dhs.gov>, ████████ @fb.com>, ████████
████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Thanks, ████

We appreciate the call today. We think a direct line from CIS to Fb's regionals will be much more efficient for everyone and CISA is agreeable to that approach.

After talking with some of our members, we don't believe it is reasonable to leave CIS out of the loop for any part of the misinformation efforts. They were adamant that the one of the critical roles for CIS in this process is to broker the interactions and take work off of their very, very full plates. They expressed that excluding CIS from the process would make their jobs more difficult, take up more of their time, and weaken our efforts to ensure a fair election. They also felt that if there is information they did not feel comfortable sharing with CIS (or any other party) over e mail, it is their responsibility to remove that party from the email.

Our focus is on making life easier for them, not for ourselves or anyone else. We need to make that the priority. We urge you work directly through us and allow us to broker any additional information gathering from our members.

This will help us serve them best and will avoid the scenario where representatives from facebook, twitter, nextdoor, snap, tiktok, and others are all reaching out to them, potentially about a single report that they submitted to us, likely requesting the same or similar information.

To hasten action on misinformation, we believe it's best if Fb provides CIS with specific feedback on what you've found lacking in submissions so we can ensure that we have that information before we send it on to you. That will help your efforts as well as cross-platform efforts.

I'd be remiss to not mention that our members felt strongly about the importance of accountability in this process. With the extraordinary pace our members are carrying right now, CIS is in a better position to track which platforms have responded and how. It's in the nation's interest that we have an understanding of how various platforms are managing and responding to reports of misinformation submitted by authoritative sources. This is another role that CIS plays and one that our members have expressed is of utmost importance for this election and beyond.

I hope this is all agreeable to you. We're happy to have a follow up call if you'd like.

Thanks again,

████

**From:** ████████ @fb.com>
**Date:** Monday, October 26, 2020 at 12:57 PM
**To:** ████████ @cisecurity.org>, ████████ @fb.com>
████████ @cisa.dhs.gov>, ████████ @fb.com>, ████████
████████ @cisecurity.org>, ████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

MOLA_DEFSPROD_00008793

Case: 23-30445   Document: 43-3   Page: 153   Date Filed: 07/17/2023

Hi ████████,

Thanks for taking the time to meet with us this morning! I'm attaching my team's regional divide to this email, and look forward to connecting later today after you've had a chance to connect with some of your stakeholders.

Best,

<image002.gif>
████████████████
    ████@fb.com

**From:** ███████████████████@cisecurity.org>
**Date:** Friday, October 23, 2020 at 6:09 PM
**To:** ████████████████@fb.com>
**Cc:** █████████████ ██████@cisa.dhs.gov>, ████████████████████@fb.com>, ███████████
████████@fb.com>, ███████████@cisecurity.org>, ███████████████@fb.com>
**Subject:** RE: Facebook/CIS Meeting

That's great. I just accepted.

████████

**From:** █████████████@fb.com>
**Sent:** Friday, October 23, 2020 5:27 PM
**To:** ████████████████@cisecurity.org>
**Cc:** █████████████@cisa.dhs.gov>; ██████████@cisecurity.org>; ████████████@fb.com>; ████████████
██████@fb.com>; ███████████████@fb.com>
**Subject:** RE: Facebook/CIS Meeting

Hi Aaron –

MOLA_DEFSPROD_00008794

How about 11a ET on Monday, October 26?
I've sent over a calendar hold with the below dial-in details for the call.

Best,

███████

WAYS TO JOIN

Computer or Mobile

████████████████████

Facebook Meeting Room and Portal:
Use the touch panel in your room or Portal to enter the join code
██████████

Telephone:
Dial in ███████████████████
or
Dial an alternative number from
████████████████████████████████████

**From:** ███████████████ @cisecurity.org>
**Sent:** Friday, October 23, 2020 1:18 PM
**To:** ████████████ @fb.com>
**Cc:** ████████████ @cisa.dhs.gov>; █████████████ @fb.com>;
████████ @fb.com>; ████████ @cisecurity.org>; ███████ @fb.com>
**Subject:** RE: Facebook/CIS Meeting

Sounds good. We are flexible on Monday outside of 12:30-2p ET. Let us know what times work for you.

Thanks,

███████

**From:** █████████████ @fb.com>
**Sent:** Friday, October 23, 2020 1:13 PM
**To:** ████████████ @cisecurity.org>
**Cc:** ███████████ @cisa.dhs.gov>; ████████████ @fb.com>;
███████ @fb.com>; ████████ @cisecurity.org>; ███████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting


███████

Sorry —just getting to this.

My schedule has blown up a bit today so may need to punt until Monday.

████████ to help schedule and provide dial in.

MOLA_DEFSPROD_00008795

Many thanks, all!

Sent from my iPhone

On Oct 23, 2020, at 12:01 PM, █████████████ @cisecurity.org> wrote:

████

Adding ████ on my side. We are free between 1-3pm ET today. How is 1pm ET for everyone?

Thanks,

████

**From:** ████████████████ @fb.com>
**Sent:** Friday, October 23, 2020 10:04 AM
**To:** ██████████████ @cisa.dhs.gov>; ██████████████████ @cisecurity.org>
**Cc:** ████████████████ @fb.com>; ████████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Many thanks, ████

████ who leads our outreach to State Election Officials and ████ to help schedule.

Let us know if you have some time later today or an afternoon early next week to discuss some refinements to the reporting structure.

Many thanks,

████

MOLA_DEFSPROD_00008796

Case: 23-30445    Document: 43-3    Page: 156    Date Filed: 07/17/2023

Sent from my iPhone

On Oct 23, 2020, at 9:51 AM, ███████████████ @cisa.dhs.gov> wrote:

████

I've spoken with ████ at CIS about getting together for a call to discuss reporting and he's open to having the conversation.  I have cc'd him here to facilitate you all finding a time that works.  Feel free to invite me (or not) if I can be helpful.

Regards,

████

████ Countering Foreign Influence Task Force
DHS/CISA/NRMC
████████ @cisa.dhs.gov

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445   Document: 43-3   Page: 157   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008797

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445   Document: 43-3   Page: 158   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008798

| | |
|---|---|
| **From:** | ████████ @twitter.com] |
| **Sent:** | 10/8/2020 10:38:29 AM |
| **To:** | ████████ @cisa.dhs.gov] |
| **CC:** | ████████ @twitter.com] |
| **Subject:** | Re: FW: Case #CIS-MIS000033: Misinformation tweet to vote in-person in Washington state |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi ████, this Tweet has been actioned for violating our rules.

On Wed, Oct 7, 2020 at 8:07 PM ████████ @cisa.dhs.gov> wrote:

Hi ████████

We received the below report from Washington.

Regards,

████████

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Wednesday, October 7, 2020 8:04 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>; ████████ @cisa.dhs.gov>; ████████ <████@hq.dhs.gov>; ████████ @cisa.dhs.gov>; ████@2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000033: Misinformation tweet to vote in-person in Washington state

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00009603

Case: 23-30445   Document: 43-3   Page: 159   Date Filed: 07/17/2023

Misinformation tweet to vote in-person in Washington state

Begin forwarded message:

**From:** ████████████ @sos.wa.gov>
**Date:** October 7, 2020 at 7:48:49 PM EDT
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ████████████ @sos.wa.gov>, ████████████ @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet the Washington Office of the Secretary of State's official Twitter account was tagged in. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/JeffKis88392967/status/1313926786804113408

The reason I am flagging this as potential misinformation is it's not clear if this tweet is a simple statement or recommendation to "conservatives," or if this is a directive. If it's the latter, that would not be true. In Washington state, voters may return their ballots by mail, by placing their ballot in an official ballot drop box, or by visiting a county voting center.

My name is ████████ and I'm the ████████████ for the Washington Office of the Secretary of State. I can be reached via this email or the two numbers listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently. I am also copying Washington State ████████████ ████████ and our ████████████

Please let me know if you have any questions or need additional information.

Thank you,

████



MOLA_DEFSPROD_00009604

Case: 23-30445   Document: 43-3   Page: 160   Date Filed: 07/17/2023



@secstatewa **All conservatives vote in person. Don't trust the mail**

12:38 PM · Oct 7, 2020 · Twitter for iPhone

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445   Document: 43-3   Page: 161   Date Filed: 07/17/2023

MOLA_DEFSPROD_00009605

**From:** ████████████ @cisecurity.org]
**Sent:** 10/7/2020 3:33:22 PM
**To:** ████████████ @twitter.com]
**CC:** ████████████ @cisa.dhs.gov]; ████████████ @cisa.dhs.gov];
████████████ @twitter.com
**Subject:** RE: EI-ISAC & Other

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

████████

It has not, goes out end of day. We will pull the link.

████████

████████████
████████ *EI-ISAC*
████████ *@cisecurity.org*

*24x7 Security Operations Center*
*████████@cisecurity.org* – ████████████

MS-ISAC®                    Elections
Multi-State Information     Infrastructure
Sharing & Analysis Center®  ISAC

**Measure the maturity of your cybersecurity program.**
*Register for the NCSR today!*

**From:** ████████ @twitter.com>
**Sent:** Wednesday, October 7, 2020 12:37 PM
**To:** ████████ @cisecurity.org>
**Cc:** ████████████ @cisa.dhs.gov>; ████████████ @cisa.dhs.gov>;
████████ @twitter.com
**Subject:** Re: EI-ISAC & Other

Hi ████, has the EI-ISAC notice gone out yet? We are not reaching critical mass so we are likely to postpone. (It is almost like these guys are administering an election out there!) If the note hasn't gone out, please pull the info about tomorrow's training. But feel free to leave in the information about PSP -- that work is ongoing. If it has gone out, we will just notify any folks who register ourselves.

Thanks so much!

████████

On Tue, Oct 6, 2020 at 11:06 AM ████████████ @cisecurity.org> wrote:
  Hi ████

MOLA_DEFSPROD_00009613

Yes, we keep events in our distribution until they happen so it will go out with our next product tomorrow afternoon.



EI-ISAC
@cisecurity.org

24x7 Security Operations Center
@cisecurity.org -



**From:** ██████████@twitter.com>
**Sent:** Monday, October 5, 2020 3:55 PM
**To:** ██████████@cisecurity.org>; ██████████@cisa.dhs.gov>;
██████████@cisa.dhs.gov>
**Cc:** ██████████@twitter.com
**Subject:** Re: EI-ISAC & Other

Hi ██ is it possible to send out the invitation to the training for state and locals again? Our RSVPs are essentially non-existent.

State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 - 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: https://trainingforuselectionpartners.splashthat.com/

On Thu, Oct 1, 2020 at 11:06 AM ██████████@twitter.com> wrote:
Thank you so much for sending it out. The ██@Twitter.com still absolutely works!

On Thu, Oct 1, 2020 at 10:52 AM ██████████@cisecurity.org> wrote:
Hi ██

MOLA_DEFSPROD_00009614

Date Filed: 07/17/2023    Page: 163    Document: 43-3    Case: 23-30445

Hopefully you've gotten some signups. I just learned a one pager another part of CIS shared with the community included the older ███@twitter.com email. We'll be updating going forward to the PSP address but do we need to go back to folks that have that to correct or will that still work?



 I-ISAC

███@cisecurity.org

24x7 Security Operations Center

███@cisecurity.org - 





**From:** ███████████@twitter.com>
**Sent:** Tuesday, September 29, 2020 4:23 PM
**To:** ███████ @cisecurity.org>
**Cc:** ███████ @twitter.com
**Subject:** Re: EI-ISAC & Other

███ -- apologies for the typo -- RSVP is in the first paragraph twice. Thank you in advance for fixing my hasty mistake :)

On Tue, Sep 29, 2020 at 4:17 PM ███████████ @twitter.com> wrote:

Hi ███ are you able to add these two updates to your weekly news alert that is distributed to state and local election officials? Thank you!

(1) State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 - 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: RSVP link here: https://trainingforuselectionpartners.splashthat.com/

MOLA_DEFSPROD_00009615

Date Filed: 07/17/2023   Page: 164   Document: 43-3   Case: 23-30445

(2) We are onboarding state and local election officials onto Twitter's Partner Support Portal. The Partner Support Portal is a dedicated way for critical stakeholders -- like you -- to flag concerns directly to Twitter. These concerns can include technical issues with your account and content on the platform that may violate our policies. Email PSPOnboarding@Twitter.com to enroll.

And please note the URL name -- it sometimes prompts an erroneous autocorrect. Please let me know if you have any questions!

Thank you,



On Thu, Sep 17, 2020 at 1:22 PM ███████████ @cisecurity.org> wrote:



Please forgive for the delayed response. Typically, with private sector partners we would feature new initiatives in our weekly news alert (Wednesday afternoons) with a one paragraph summary. We typically link to some sort of public reporting, whether you have a release on PSP or a page where you've been directing sign-ups that we can point folks to. With regards to the training, we have an "upcoming events" section in the same product that we can include links for signup/webinar location or an email to contact.

Let me know,

Best,



/I-ISAC

@cisecurity.org

24x7 Security Operations Center

@cisecurity.org -







MOLA_DEFSPROD_00009616

**From:** ██████████ @cisa.dhs.gov>
**Sent:** Wednesday, September 2, 2020 3:33 PM
**To:** ████████████ @twitter.com>; ███████████ @cisa.dhs.gov>
**Cc:** ████████ @twitter.com>; ████████ @cisa.dhs.gov>; ████████
████████ @cisa.dhs.gov>; ████████ @cisecurity.org>
**Subject:** RE: EI-ISAC & Other

██████

I have cc'd ██████████ the EI-ISAC on this email.

Also, if you have items that we can share through our channels we are happy to take a look.

██████

████████████

████████████

Department of Homeland Security

Cybersecurity & Infrastructure Security Agency (CISA)

████████ @hq.dhs.gov

**From:** ██████████ @twitter.com>
**Sent:** Wednesday, September 2, 2020 3:06 PM
**To:** ████████████ @cisa.dhs.gov>; ████████
████████ @cisa.dhs.gov>
**Cc:** ████████ @twitter.com>
**Subject:** EI-ISAC & Other

Long lost friends, how are you? Hope you got in a few quick breaks this August.

Do you have contact information for the team at the EI-ISAC? We want to send a message to state and local election officials inviting them: (1) to be onboarded to the Partner Support Portal (previously this was reserved only for state-level; we are now expanding for locals) and (2) a training for best-practices on creating credible and engaging content.

MOLA_DEFSPROD_00009617

Any other issues we should be connecting on?

Thanks,



......

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009618

Case: 23-30445     Document: 43-3     Page: 168     Date Filed: 07/17/2023

| From: | ███████████████ @cisecurity.org] |
|---|---|
| Sent: | 6/17/2020 12:58:15 PM |
| To: | ███████████ @twitter.com] |
| CC: | ██████████ @twitter.com]; ████████ @cisa.dhs.gov]; ███████ |
| | ██████ @cisa.dhs.gov]; ████████ @cisa.dhs.gov]; ██████ |
| | ██████ @cisa.dhs.gov]; ██████ @cisecurity.org]; ████████ @cisecurity.org]; |
| | ██████ @cisecurity.org]; ██████ @cisecurity.org]; |
| | ██████ @nased.org]; ██████ @sso.org]; ██████ @sso.org]; |
| | ██████ @twitter.com]; ██████ @twitter.com]; ██████ @twitter.com] |
| Subject: | RE: Reporting Portal with CIS, NASS, NASED and Twitter |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

████

Sorry I am just getting this to you a few minutes before our meeting. We are looking forward to talking through these .

1.     Will there be some sort of agreement or terms of reference that will align all participants (reporters, government entities, companies) on objectives and usage of the portal?
Yes, we'll establish Terms of Reference (or equivalent agreements) for the portal. Broadly speaking the objectives are:
•      CIS: vet election officials to ensure that all information reported to the platforms comes from the authoritative source for that information.
•      Election offices: submit report of misinformation that, as the official authority a certain information, can be stated as factually inaccurate
•      Social media companies: process reports and provide timely responses, to include the removal of reported misinformation from the platform where possible
•      National associations: maintain awareness of occurrences of misinformation and communicate with other partners as necessary
•      Other partners: not on the critical path of the initial rollout; can be discussed as the platform evolves
2.     Who will have access to view/analyze reported information? Will there be any restrictions in place to dictate what can be done with this information?
This will be covered in the agreements, which will limit use of data. Broadly speaking usage will be
•      CIS: access to all information and ability to analyze and communicate about that information with election offices and social media companies
•      Election offices: submit report of misinformation that, as the official authority a certain information, can be stated as factually inaccurate
•      National associations: access to all information and ability to analyze and communicate about that information with election offices and social media companies
•      Social media companies: Access to reports necessary to investigate and come to a decision
•      Other partners: not on the critical path of the initial rollout; can be discussed as the platform evolves
3.     Would other companies have access to see reports for other platforms? I believe our answer is no we will not share the reports. However, based on the set of reports, we may share indications of campaigns of misinformation across platforms.  What if the report has content from multiple companies?  We have it setup where the samples are separated by platform. The top-level report information would be shared with any platform where a sample was provided. We are open to handling this differently and look forward to your thoughts here.
4.     What is the criteria used to determine who has access to the portal? The criteria has already been determined (elections officials vetted by CIS, NASS, NASED, DHS and social media platforms). Any others will be on a case-by-case basis with a specific formal terms of access agreement.  How many individuals do you anticipate having access?  There are roughly 9,000 elections offices.  We expect as much as half may participate in the portal over time.

MOLA_DEFSPROD_00010210

5.      How long will reported information be retained? | Redacted Proprietary Information |

# Redacted Proprietary Information

6.      How long will the portal be in operation? Just through the 2020 presidential election? The portal will be evaluated in January 2021 regarding demonstrated benefits, potential enhancements, and opinions by the elections community regarding continued operation.

7.      Companies' terms of service vary. How will individuals know what to report? We will cover this in the Terms of Reference and in the instructions given to users as they use the platform. The elections officials will report suspected misinformation related to elections.  The platforms will have to assess the misinformation, including applicability of specific terms of service for the platform.

8.      Will there be any quality checks in place? Will there be a review of reports before they are submitted to companies? Will all reports be treated with equal priority?   The reporting mechanism has requirements on which fields are required. This validation can be altered based on the "type" of report. We are open to adding more validation based on your feedback. We do not anticipate any manual review of the content itself. The reporter can set a priority, but we should discuss the implications of that to all involved.

9.      Will partners continue to use Partner Support Portal (PSP) or will everyone migrate to this reporting tool? We'd like to encourage election officials to use the Reporting Portal, but we believe it makes sense to continue to operate the PSP in parallel through this election and evaluate it afterward.

Thanks,

▮▮▮▮



▮▮▮▮@cisecurity.org

**CIS.** Center for Internet Security®

From: ▮▮▮▮@twitter.com>
Sent: Tuesday, June 16, 2020 3:59 PM
To: ▮▮▮▮@cisecurity.org>
Cc: ▮▮▮▮@twitter.com>; ▮▮▮▮@cisa.dhs.gov>;
▮▮▮▮@cisa.dhs.gov>; ▮▮▮▮@cisa.dhs.gov>; ▮▮▮▮@cisecurity.org>; ▮▮▮▮@cisecurity.org>;
▮▮▮▮@cisecurity.org>; ▮▮▮▮@cisecurity.org>; ▮▮▮▮@cisecurity.org>;
▮▮▮▮@nased.org>; ▮▮▮▮@sso.org>; ▮▮▮▮@sso.org>;
▮▮▮▮@twitter.com>; ▮▮▮▮@twitter.com>; ▮▮▮▮@twitter.com>
Subject: Re: Reporting Portal with CIS, NASS, NASED and Twitter

All,

Below are some of the questions we hope to discuss during our next call. Looking forward to it!

Case: 23-30445    Document: 43-3    Page: 169    Date Filed: 07/17/2023

MOLA_DEFSPROD_00010211

██

1.      Will there be some sort of agreement or terms of reference that will align all participants (reporters, government entities, companies) on objectives and usage of the portal?
2.      Who will have access to view/analyze reported information? Will there be any restrictions in place to dictate what can be done with this information?
3.      Would other companies have access to see reports for other platforms? What if the report has content from multiple companies?
4.      What is the criteria used to determine who has access to the portal? How many individuals do you anticipate having access?
5.      How long will reported information be retained?
6.      How long will the portal be in operation? Just through the 2020 presidential election?
7.      Companies' terms of service vary. How will individuals know what to report?
8.      Will there be any quality checks in place? Will there be a review of reports before they are submitted to companies? Will all reports be treated with equal priority?
9.      Will partners continue to use Partner Support Portal (PSP) or will everyone migrate to this reporting tool?

On Fri, Jun 12, 2020 at 3:40 PM ████████████████████@cisecurity.org> wrote:

██

Wednesday from 1-2 ET works for our team. I will send an invite.

I will also follow up separately with you on setting up accounts. Have a great weekend.

Thanks,



@cisecurity.org

**CIS**  **Center for Internet Security**

---

From: ████████████@twitter.com>
Sent: Friday, June 12, 2020 2:29 PM

MOLA_DEFSPROD_00010212

Case: 23-30445     Document: 43-3     Page: 170     Date Filed: 07/17/2023

**To:** ██████ @cisecurity.org>
**Cc:** ██████ @twitter.com>; ██████ @cisa.dhs.gov>; ██████ @cisa.dhs.gov>; ██████ @cisa.dhs.gov>; ██████ @cisecurity.org>; ██████ @cisecurity.org>; ██████ @cisecurity.org>; ██████ @cisecurity.org>; ██████ @nased.org>; ██████ @sso.org>; ██████ @sso.org>; ██████ @twitter.com>; ██████ @twitter.com>; ██████ @twitter.com>

**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ██████

Thanks again for this group's time yesterday. Can we schedule our next follow-up for next Wednesday from 1-2pm? We'll share some of our questions ahead of that call to help inform our discussion.

Also, would you be able to help us establish some log-ins for us to test out the tool?

Thanks!

██████

On Wed, Jun 3, 2020 at 4:52 PM ██████ @cisecurity.org> wrote:

██████

That works for us here at CIS ██████ will send an invite shortly.

Thanks,

██████

██████

██████ @cisecurity.org



**CIS** Center for Internet Security®

MOLA_DEFSPROD_00010213

Case: 23-30445        Document: 43-3        Page: 172        Date Filed: 07/17/2023

**From:** ███████ @twitter.com>
**Sent:** Wednesday, June 3, 2020 4:08 PM
**To:** ███████ @cisecurity.org>
**Cc:** ███████ @twitter.com>; ███████ @cisa.dhs.gov>;
███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>;
███████ @cisa.dhs.gov>; ███████ @cisecurity.org>; ███████ @cisecurity.org>;
███████ @cisecurity.org>; ███████ @cisecurity.org>;
███████ @nased.org>; ███████ @sso.org>; ███████ @sso.org>
**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ███

Thank you for your patience. Would 3:30 next Thursday (6/11) work for a follow-up call?

Best,

███

On Mon, Jun 1, 2020 at 8:37 AM ███████ @cisecurity.org> wrote:

███

I hope you are doing well. I know it is a busy week with the election tomorrow. When you can, please let us know a good time to reschedule our meeting from last week. We will have some updates to share about our beta testing with election officials and a possible nationwide training collaboration with the Belfer Center.

Thanks,

███

███

███

███ @cisecurity.org

**CIS.** **Center for Internet Security**⁺

---

**From** ███████ @twitter.com>
**Sent:** Friday, May 22, 2020 4:30 PM
**To:** ███████ @cisecurity.org>

MOLA_DEFSPROD_00010214

Case: 23-30445     Document: 43-3     Page: 173     Date Filed: 07/17/2023

Cc: ███ @twitter.com>; ███ @cisa.dhs.gov>; ███ @cisa.dhs.gov>; ███ @cisa.dhs.gov>; ███ @cisecurity.org>; ███ @cisecurity.org>; ███ @cisecurity.org>; ███ @cisecurity.org>; ███ @nased.org>; ███ @sso.org>; ███ @sso.org>

**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ███

Thank you for your email and for your time last week. We support your goals in establishing this tool, but still need to run some traps internally regarding options to receive the info and provide feedback. Happy to schedule a follow-up call next week, though we may still have more questions than feedback at that point. If that works for you all, let's aim for 4:30 pm EST.

Best,

███

On Thu, May 21, 2020 at 3:25 PM ███ @cisecurity.org> wrote:

███

Thank you so much for the call last Monday. I hope it proved helpful as you went back to your team at Twitter. With the elections nearing, we are eager to hear if you have anything you can share from your internal conversations. Are you available for a 30 min follow up call next week? We have a few time slots next Thursday if any of these work for you: 9-10am, 2-2:30pm, and 4-5pm (Eastern). If these don't work for you, we can shuffle some schedules around. Just let us know what works best for you.

Thanks,

███

███

███ @cisecurity.org



**CIS.** Center for Internet Security®

MOLA_DEFSPROD_00010215

-----Original Appointment-----
**From:** ████████████████ @cisa.dhs.gov>
**Sent:** Wednesday, May 6, 2020 9:31 AM
**To:** ████████████████████████████████████
**Cc:** ██████████
**Subject:** Reporting Portal with CIS, NASS, NASED and Twitter
**When:** Monday, May 11, 2020 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** WebEx invite just sent separately -- please use that information


Sent a separate invite to use WebEx for the meeting. Please let me know if you don't receive the WebEx invite.

Thanks,

████████

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

Case: 23-30445   Document: 43-3   Page: 174   Date Filed: 07/17/2023

MOLA_DEFSPROD_00010216

Case: 23-30445     Document: 43-3     Page: 175     Date Filed: 07/17/2023

MOLA_DEFSPROD_00010217

Date Filed: 07/17/2023    Page: 176    Document: 43-3    Case: 23-30445

| From: | ▮▮▮▮▮ @fb.com] |
|---|---|
| Sent: | 3/13/2020 11:13:52 AM |
| To: | ▮▮▮▮▮ @cisa.dhs.gov] |
| CC: | ▮▮▮▮▮ @fb.com] |
| Subject: | Re: Tweet reguarding voting & COVID-19 - DISINFORMATION |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, ▮▮▮ !

Sent from my iPhone

On Mar 13, 2020, at 10:55 AM, ▮▮▮▮▮ @cisa.dhs.gov> wrote:

▮▮▮▮▮

Apparently the tweet I sent has been taken down.  Please see the screenshot below with the tweet.

Thanks,
▮▮▮

**From:** ▮▮▮▮▮ @cisa.dhs.gov>
**Sent:** Friday, March 13, 2020 10:51 AM
**To:** ▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮ @cisa.dhs.gov>
**Subject:** FW: Tweet reguarding voting & COVID-19 - DISINFORMATION

From OH in screen shot form and reported to CIOCC.

▮▮▮▮▮

Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

▮▮▮▮▮

**From:** ▮▮▮▮▮ @OhioSOS.Gov>
**Sent:** Friday, March 13, 2020 10:39 AM
**To:** ▮▮▮▮▮ @OhioSOS.Gov>; ▮▮▮▮▮ @msisac.org>; ▮▮▮▮▮ @msisac.org>
**Cc:** ▮▮▮▮▮ @cisa.dhs.gov>; ▮▮▮▮▮ @OhioSOS.Gov>; ▮▮▮▮▮ @OhioSOS.Gov>; ▮▮▮▮▮ @OhioSOS.Gov>; ▮▮▮▮▮ @OhioSOS.Gov>; ▮▮▮▮▮ @OhioSOS.Gov>
**Subject:** Tweet reguarding voting & COVID-19 - DISINFORMATION



MOLA_DEFSPROD_00010298

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The following disinformation regarding upcoming Ohio, Florida, Illinois, Louisana, and Wisconson elections and COVID-19 was posted to twitter:

https://twitter.com/coocbie/status/1238465759745134593?s=21

<image.png>

<~WRD318.jpg>

Office of the Ohio Secretary of State

OhioSoS.gov

MOLA_DEFSPROD_00010299

Case: 23-30445      Document: 43-3      Page: 177      Date Filed: 07/17/2023

◀ Messages ‧‧ll 🛜 ⁝    **10:31 AM**    ⬈ 62% 🔋

< **Thread**



DEAR ALL BOOMERS,

Due to COVID-19, it should be in your highest interest to refrain from entering polling stations in Illinois, Florida, Ohio, Louisiana, and Wisconsin!!!

This is for your own safety.

I repeat, BOOMERS DO NOT VOTE

10:03 AM · 3/13/20 · Twitter Web App

**6** Likes

            ↑

25m

Tweet your reply

            

MOLA_DEFSPROD_00001102
-PA0629-

MOLA_DEFSPROD_00010300

| From: | ███████████████████████████████ |
|---|---|
| Sent: | 10/26/2020 9:02:43 AM |
| To: | ████████████@twitter.com] |
| CC: | ████████████@twitter.com]; ███████████@twitter.com]; ██████@hq.dhs.gov]; Misinformation Reports [misinformation@cisecurity.org] |
| Subject: | RE: FW: Case#CIS-MIS000067: Youtube video alleging conspiracy by election administration in Detroit, MI |

Thanks ███.

███

**From:** ████████████@twitter.com>
**Sent:** Monday, October 26, 2020 12:40 AM
**To:** ████████@cisa.dhs.gov>
**Cc:** ████████████@twitter.com>; ████████████@twitter.com>; ████████@hq.dhs.gov>; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Re: FW: ████████████ Youtube video alleging conspiracy by election administration in Detroit, MI

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, ███. We have taken enforcement action for violations of our policy on civic integrity.

Thanks!

On Sun, Oct 25, 2020 at 10:44 PM ████████████@twitter.com> wrote:
Thanks, ███. We will escalate.

On Sun, Oct 25, 2020 at 10:43 PM ████████████@cisa.dhs.gov> wrote:
Good evening Team Twitter,

Please see the below and attached reporting from Detroit.

Regards,

███

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used

MOLA_DEFSPROD_00010538

by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Sunday, October 25, 2020 10:35 PM
**To:** ██████████@cisa.dhs.gov>; ████████████@cisa.dhs.gov>; ████████@hq.dhs.gov>; ████████@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Case #██████████: Youtube video alleging conspiracy by election administration in Detroit, MI

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: YouTube video, also shared on Twitter, alleging conspiracy by election administration in Detroit, MI

**From:** ████████████@ferndalemi.gov>
**Sent:** Sunday, October 25, 2020 10:16 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Cc:** ██████████@ferndalemi.gov>; ██████@detroitmi.gov>; ████████████@google.com; ████████@michigan.gov>; ██████@twitter.com
**Subject:** Disinformation attack on Youtube and Twitter: "#DETROITLEAKS" video from 10/21/2020

Hello EI-ISAC,

My name is ████████████. I am the ████████████ for the City of Ferndale, Michigan. My email address is ██████@ferndalemi.gov.

I am reporting a disinformation (misinformation) attack video that was posted on YouTube on October 21 and repeatedly posted on Twitter since then, targeting election administration by the City of Detroit and State of Michigan and alleging an organized conspiracy by City and State employees.

The video is titled:
**#DETROITLEAKS: State Employees Train Poll Workers to Lie to Voters, Destroy Ballots, Stop Challengers**   [sic]

The title card (which shows on Youtube's search screens and on some links) is:
**"The Vote Fraud Scheme To Steal Michigan"**
I have attached a screenshot of this title card, as requested by EI-ISAC.

The video can be found here:
https://www.youtube.com/watch?v=uHeodzJ5cNM

Case: 23-30445   Document: 43-3   Page: 180   Date Filed: 07/17/2023

MOLA_DEFSPROD_00010539

It was posted by this user:

https://www.youtube.com/channel/UCWs1IlWCNra9Zf8Xew9mTsw

It has been posted on Twitter multiple times since October 21, almost entirely by @bigleaguepol ("Big League Politics"), which is a far-right site that appears to primarily invent conspiracy theories and is operated by former Breitbart News employees. The tweets about the video use the same #DETROITLEAKS hashtag as the video title. This account 'teased' the video in a tweet on October 20.

The video takes what it alleges are recordings of "State Employees" (which are more likely City of Detroit Department of Elections employees, although they do not identify themselves in the audio), and misrepresents the audio by using on-screen commentary to misinform the viewer of the video.

- From 2:32 – 4:16, the person in the audio is describing the correct process for a provisional affidavit ballot (also colloquially called a "challenged ballot").

  o      At 2:42, the on-screen text claims that *"Before 2020, NO challenged ballot would go into the tabulator."* This is not true. Provisional affidavit ballots, as well as challenged absentee ballots, have always been fed through the tabulator on Election Day. That is exactly why they are prepared as correctly described in the audio (ballot number written on the ballot and covered up with a removable sticker) — which makes the claim at 3:04 completely wrong. Provisional Affidavit ballots always get voted as normal and are placed into the tabulator. Provisional Envelope ballots are sealed individually inside their own envelope (not placed into the tabulator) and are returned to the City Clerk for processing in the following days. These processes are not new to 2020; they have been in place for over a decade.

  o      At 3:55, the text incorrectly claims that *"all challenged ballots WILL be counted immediately on Election Night"*, which is wrong. Provisional Affidavit ballots are counted along with all others. Provisional Envelope ballots are not.

  o      4:12 attempts to cast doubt on the process of identifying and removing a ballot deemed uncountable — which would only happen under court order, as only Provisional Envelope ballots would wind up inside the tabulator or the sealed ballot container and need to be retrieved. The video claims *"This will NEVER happen. Unless MAYBE in a recount."* Recounts have little to do with Provisional Affidavit ballots, and the assertion that the justice system would never take action to reverse proven voter fraud is entirely baseless. It serves only to cause the voter to doubt the good intentions of the judiciary and the justice system.

- At 4:20, the video refers to the Clerk's Office Voter Registration Receipt as *"an easily-forged piece of paper"*. Again, this is a baseless accusation intended only to denigrate the legal election process and cause the video viewer to feel fear and doubt the security of Michigan's election.

- At 7:30, the video insinuates that simply using *"children"* (16- and 17-year olds, allowed under state law) as election inspectors is an intentional part of a conspiracy to intentionally undermine the election.

- At 9:04, the audio and the on-screen captions describe an absentee ballot that has been *"Sent and received"*, meaning the Clerk has received the voted ballot from the voter and recorded it as such. This would have happened multiple days prior to the election. At 9:14, the video immediately turns around and ignores that by presenting a hypothetical 'scenario' where the voter might not have returned that very same ballot. This is completely contradictory, and is a total misrepresentation of the audio from the actual training scenario that has been recorded. At 9:23, the trainer in the audio even specifically says "You've already voted."

Case: 23-30445      Document: 43-3      Page: 181      Date Filed: 07/17/2023

MOLA_DEFSPROD_00010540

This video is misinformation and disinformation because it repeatedly takes normal processes being correctly described as written in state law, and alleges in on-screen text that they are somehow problematic, or will not be followed. On multiple occasions, the on-screen text directly contradicts the audio. However, these are items that would likely only stick out to an election administrator; a member of the general public would follow the video's lead and assume that there is somehow a problem being described. Furthermore, the video makes outright false claims, alleging actions that are prohibited under Michigan election law.

Copied on this email are the following individuals and offices, per the directions from EI-ISAC:

- ███████████████         City of Ferndale
- ███████████████         City of Detroit Department of Elections
- Bureau of Elections at the Michigan Department of State
- Civics Outreach office at Google
- Government office at Twitter

This video is an attack on the City of Detroit, the State of Michigan, and by direct extension, all local election administrators in the state of Michigan, such as myself. This will disinform voters outside Detroit as easily as voters inside Detroit. Indeed, the choice of words throughout the video and in the calls to action at the end of the video infer that the video's audience is primarily people who are not Detroit residents. If that audience can be spurred to create unrest in Detroit, they can easily do the same in other jurisdictions, such as my jurisdiction as Detroit's immediate northern neighbor.

Thank you for your investigation and action. If I can be of any further assistance, please let me know and I will be happy to provide support.

Best,

███████████████
███████████████

City of Ferndale

███████████████

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010541

**From:** ████████████████████████

**Sent:** 10/2/2020 7:28:36 PM
**To:** ████████@fb.com]; ████████████@fb.com]
**Subject:** FW: Case #CIS-MIS000026: Facebook misinformation regarding absentee ballots mailed out in Scott County, IA.
**Attachments:** IMG_4219.PNG; IMG_4220.PNG; IMG_4221.PNG; IMG_4222.PNG

Good evening,

Because who doesn't like to start their weekend with some election related disinfo, I'm sharing a report from Scott County, IA. As usual, anything you can share on how you all handled the report is appreciated.

████████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source — this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Friday, October 2, 2020 6:09 PM
**To:** ████████@cisa.dhs.gov>; ████████@cisa.dhs.gov>; ████████@hq.dhs.gov>; ████████@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** Case #CIS-MIS000026: Facebook misinformation regarding absentee ballots mailed out in Scott County, IA.

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report from Scott County, IA

**From:** ████████@msisac.org>
**Sent:** Friday, October 2, 2020 5:54 PM
**To:** Misinformation Reports <misinformation@cisecurity.org>
**Subject:** FW: Facebook misinformation

In response to your last email to eric.

**From:** ████████@sos.iowa.gov>
**Sent:** Friday, October 2, 2020 3:28 PM
**To:** ████████@msisac.org>; ████████@msisac.org>; ████████@iowa.gov>; ████████@dps.state.ia.us>; FBI #4 (FBI) FBI #4 @fbi.gov>; ████████@hq.dhs.gov>
**Cc:** ████████@sos.iowa.gov>; ████████@sos.iowa.gov>
**Subject:** Fwd: Facebook misinformation

MOLA_DEFSPROD_00013511

Please see this report of possible misinformation posted on Facebook. We received it from the Scott County ██████████████████████ I've confirmed that ██████████ s a registered voter in Scott County, IA.

Absentee ballots will not be mailed out in Iowa until Monday, October 5.

Forwarding for visibility.

Let me know if you have more questions.

Get Outlook for iOS

**From:** ████████████████ @sos.iowa.gov>
**Sent:** Friday, October 2, 2020 12:54 PM
**To:** ██████████████
**Subject:** FW: Facebook misinformation

**From:** ████████████ @gmail.com>
**Sent:** Friday, October 2, 2020 11:33 AM
**To:** ████████████████ @sos.iowa.gov>
**Subject:** Fwd: Facebook misinformation

As per the incident report I am moving forward with inacurate information posted on Facebook. Of course we have not mailed out ballots yet, therefore false information. Can you tell me what action will be taken

██████████████

--------- Forwarded message ---------
**From:** ████████████████████ @gmail.com>
**Date:** Thu, Oct 1, 2020, 8:57 PM
**Subject:** Facebook misinformation
**To:** ████████████████ @gmail.com>

Sent from my iPhone

Date Filed: 07/17/2023    Page: 184    Document: 43-3    Case: 23-30445

MOLA_DEFSPROD_00013512

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to ███████ @sos.iowa.gov

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445    Document: 43-3    Page: 185    Date Filed: 07/17/2023

MOLA_DEFSPROD_00013513

Date Filed: 07/17/2023    Page: 186    Document: 43-3    Case: 23-30445



MOLA_DEFSPROD_00013514

Case: 23-30445      Document: 43-3      Page: 187      Date Filed: 07/17/2023



█ 's Post      • • •

**AMEN TO THAT....**

1d   Like   Reply

Good for you.  My relatives  called city hall  and reported  it.  I told them to call the local TV stations and see if they put it on the air. Any bets?

1d   Like   Reply      ⬤1

**View 4 previous replies...**


egistered independent or not, you are backing the Republican party of Trump this year, as evidenced by many of your posts and comments.

1d   Like   Reply


I vote on

 Write a comment...    

    

MOLA_DEFSPROD_00013515

Date Filed: 07/17/2023

Page: 188

Document: 43-3

Case: 23-30445

‹   ███████'s Post   •••

██████
████████████████

Good for you. My relatives called
city hall and reported it. I told them
to call the local TV stations and see if
they put it on the air. Any bets?

1d   Like   Reply                    👍1

██████████████
██████████                   They
sure should! This reeks of
corruption!

1d   Like   Reply

██████████████
████████████
They only dwell on news that
benefits one side. Plus they
don't want Davenport or the
state looking corrupt.

1d   Like   Reply

██████████████
██████████████              is
a Republican so I guess that
means it would benefit the



 Write a comment...    

🏠   👥⁶   🚩   📰   🔔⁹⁺   ☰

MOLA_DEFSPROD_00013516

Case: 23-30445   Document: 43-3   Page: 189   Date Filed: 07/17/2023

< ████ 's Post   •••

~~1d~~ ~~Like~~ ~~Reply~~

████ is
a Republican so I guess that
means it would benefit the
Republican party, not the
Democrats, if she were to submit
these illegitimate ballots, which
she cannot do. Iowa hasn't even
mailed ballots out yet. It seems
to me that someone out there is
purposely trying to stir up trouble
and cause doubt. Maybe the
ballots she received should have
been brought to the attention of
the county auditor.

1d   Like   Reply   1

████
████ If you're
talking about this ████ I'm a
registered independent. Be sure
of your facts before you state
them.

 Write a comment...  

     

MOLA_DEFSPROD_00013517

Case: 23-30445   Document: 43-3   Page: 190   Date Filed: 07/17/2023



**From:**

**Sent:** 6/17/2022 3:20:37 PM
**To:** [CDC/DDID/NCIRD/OD] @cdc.gov]
**BCC:**

MOLA_DEFSPROD_00001578

Case: 23-30445     Document: 43-3     Page: 191     Date Filed: 07/17/2023



MOLA_DEFSPROD_00001579



**Subject:** COVID-19 State of Vaccination Confidence Insights Report #26
**Attachments:** SoVC_report26.pdf

**Hello partners and colleagues,**

The attached COVID-19 State of Vaccine Confidence Insights Report #26 emphasizes major themes influencing COVID-19 vaccine hesitancy and uptake, categorized by their level and type of threat to vaccine confidence, degree of spread, and directionality. By examining how Americans think and feel, social processes, and the practical issues around vaccination, the Insights Report seeks to identify emerging issues of misinformation, disinformation, and places where intervention efforts can positively impact vaccine confidence across the United States. You can find back-issues of the COVID-19 State of Vaccine Confidence Insights

Case: 23-30445   Document: 43-3   Page: 192   Date Filed: 07/17/2023

MOLA_DEFSPROD_00001580

Reports online. For the ways you can take action on these themes, go to the "Ways to Act" section in the report.

**SPECIAL UPDATE:** CDC partners can now report COVID-19-related rumors directly to CDC. To report a rumor, go to: www.cdc.gov/report-rumors and start the subject line with: "Rumors:" In the question box, give as much information about the rumor as you can, such as a description of the rumor, where you heard it, and how many times you have heard it.

The following link contains social media resources such as graphics, language, and social media calendars that our partners can use to address the issues raised in this report: ███████████████████████████████████████████████
██████████████████████████████

Email us at ████@cdc.gov if you have any questions about the report, or if you are interested in support to address the themes in this report.

Thank you for reading and for your continued support of this work! Below are the highlights from the most recent Insights Report:

**Major Themes**

<u>Discussions of the impact of current and future variants increased with the emergence of the Omicron BA.2 variant.</u>

• Given domestic decreases in case counts and news stories about maintaining congressional pandemic-related funds in the future, some feel that the worst of the pandemic has passed. The aforementioned conditions, when coupled with a belief that there are high levels of immunity from vaccination, boosting, and prior infection in the general population, may provide justification for unvaccinated consumers to forego vaccination.

• Some research suggests there is an inadequate supply of vaccines to boost eligible populations. However, the development and purchase of additional vaccines may be met with some resistance given pandemic fatigue, a popular desire to be rid of preventive measures, and decreases to both funding28 and public concerns about variants.

• A recent poll reported that 76% of unvaccinated individuals said they have no intention to vaccinate. This percentage has remained stable for several reporting periods. In this same poll, 29% of vaccinated adults who have not received a booster dose said they will never get a booster dose while 45% said they would wait to get a booster dose. Of those that said they would wait to get a booster dose, 66% said they do not know how long they will wait.

• Popular support for the repeal of federal, state, and local governments lifting all COVID-19 restrictions has increased to 64%, an increase of 20 percent since early February.

*Misinformation Themes*

• Asymptomatic transmission is a false narrative and mass testing is pointless.

• Infection-induced immunity, also referred to as "natural immunity," negates the need to vaccinate despite SARS-CoV-2 variants.

• Messages concerning new variants are to create fear or to maintain and reclaim power.

• COVID-19 vaccines cause variants.

MOLA_DEFSPROD_00001581

Date Filed: 07/17/2023   Page: 194   Document: 43-3   Case: 23-30445

Consumers discussed the safety and effectiveness of booster doses, especially after the authorization of a 2nd booster dose.

- In light of booster dose authorizations for both Moderna and Pfizer-BioNTech COVID-19 vaccines, individuals are seeking the most effective mix and match combination.

- Lack of funding for COVID-19 mitigation measures and vaccine doses may negatively impact vaccine booster dose uptake.

- Consumers are concerned that waning immunity from the initial booster dose indicates a consistent need for booster doses. Pandemic fatigue, coupled with already low booster uptake, may negatively impact rates of COVID-19 booster uptake.

*Misinformation Themes*

- A 2nd booster dose was only authorized for big pharma profits.

- A 2nd booster dose was only authorized because the COVID-19 vaccine is ineffective.

- The booster dose will not be effective because it was developed for the original 2019 strain of the virus.

Consumers express concerns and opposition to COVID-19 vaccines for children.

- Some social media users believe that COVID-19 vaccines are ineffective at stopping COVID-19 or the spread of the virus in children.

- Government officials made public statements against vaccines for healthy children.

- Consumers are worried about the unknown side effects of COVID-19 vaccines in children, such as myocarditis.

- Some consumers believe that the COVID-19 vaccine is not warranted in children because they are considered a low-risk population with minimal health effects from the virus and have a low death rate.

*Misinformation Themes*

- Children who are healthy do not need to receive the COVID-19 vaccine.

- COVID-19 vaccines are ineffective and are not required for children.

- The COVID-19 vaccine is an experiment on children and is not needed because children can build "natural immunity" through virus exposure.

- Children vaccinated against COVID-19 are up to 52 times more likely to die following COVID-19 vaccination than unvaccinated children.

**New and emerging theme that may impact vaccine confidence**

Consumers continue to discuss the safety of the COVID-19 vaccines, especially related to reports of tinnitus and hearing loss vaccination:

- Social media users discussed their belief that the COVID-19 vaccine causes tinnitus and hearing loss while others posted about how the incidence of hearing loss and tinnitus after vaccination was so low that it was not a concern.

- News outlets and some social media users continued to discuss the impact of the COVID-19 vaccines on fertility and pregnancy.

- Discussions of vaccine-related fertility and pregnancy concerns increased by 16% (52,900 mentions) during this reporting period.

MOLA_DEFSPROD_00001582

Case: 23-30445    Document: 43-3    Page: 195    Date Filed: 07/17/2023

- Several studies were released during this reporting period that presented evidence that infection with the virus that causes COVID-19 can impact the reproductive system of males and females.

*Misinformation themes*

- WHO said that the COVID-19 vaccines definitely cause hearing loss.
- COVID-19 vaccines cause reproductive health problems such as miscarriages, premature birth, genetic disorders in fetuses, and infertility.
- COVID-19 vaccines contain "strange life forms" and can be transcribed into human DNA.
- COVID-19 vaccines are not vaccines but experimental gene therapy.
- COVID-19 vaccines cause recipients to develop vaccine-induced acquired immune deficiency syndrome (VAIDS).

**Continuing and evolving theme that may impact vaccine confidence**

Consumers and news outlets discussed the effectiveness and availability of COVID-19 treatments.

- Some have expressed fears about an inability to partake in the Test-to-Treat program if pharmacists aren't authorized to prescribe COVID therapeutics. Despite demand, there are reports that many therapeutics remain unused.
- There are concerns that rural and underserved communities are less likely to receive COVID-19 therapeutics or to have access to a health care provider.
- Some have voiced concerns that COVID-19 vaccine and treatment disparities may worsen because the federal spending bill passed on March 15 did not include funding for future COVID-19 mitigation measures.
- Some consumers are asking if they can take vitamin C and vitamin D to boost the immune system against COVID-19.

National Center for Immunization and Respiratory Diseases | Immunization Services Division
U.S. Centers for Disease Control and Prevention

MOLA_DEFSPROD_00001583

Date Filed: 07/17/2023   Page: 196   Document: 43-3   Case: 23-30445

| From: | ████████████████████████ |
|---|---|
| Sent: | 6/30/2021 7:50:15 AM |
| To: | ████████████ @twitter.com] |
| Subject: | RE: COVID Misinformation |

Hi ████ – I've been trying to enter info but I realize I've been unclear on where to enter them.  I went to /forms and there is a drop down on things to submit but none of them seem relevant to misinformation.  Am I in the right place?

☰   🔍   Co⌐

⌐les

ck accounts on

te accounts on

Twitter myths

Rules

Contact Us    Partner Support

# Report any issue to get priority service

What type of problem are you having with your Twitter account? (required)

⌄

| From: | ████████████ @twitter.com> |
|---|---|
| Sent: | Thursday, May 27, 2021 2:30 PM |
| To: | ████████████████████ @cdc.gov> |
| Cc: | ████████████ @reingold.com>; ████████████ @reingold.com>; ████████ ████████ @cdc.gov> |
| Subject: | Re: COVID Misinformation |

Hi all – ████ you should now be fully. When you visit the Twitter help center logged in with your account you should see additional reporting options.

On Mon, May 24, 2021 at 3:14 PM ████████████████ @twitter.com> wrote:
Thanks for letting me know – I've just sent a note to our team requesting an update.

On Mon, May 24, 2021 at 3:06 PM ████████████████████ @cdc.gov> wrote:
I haven't seen anything come through so far.

-PA0647-

MOLA_DEFSPROD_00002496

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 24, 2021 2:57 PM
**To:** ████████████ @reingold.com>
**Cc:** ████████████ @cdc.gov>; ████████████ @reingold.com>; ████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ and I had a sidebar and I requested her account be enrolled. Your email reminds me that the process should have been completed by now - I'll check with on our team to make sure she's properly enrolled.

On Mon, May 24, 2021 at 2:28 PM ████████████ @reingold.com> wrote:

Hi ████

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████████████████████

**Reingold**

████████████████████████

reingold.com

We're on a mission. *Yours.*

**From:** ████████████████████
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████████████ @twitter.com>
**Subject:** RE: COVID Misinformation

MOLA_DEFSPROD_00002497

Does it need to be the CDC account or my personal?  If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: ███████████

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ██████████████ @cdc.gov>
**Cc:** █████████ @reingold.com>; ███████████████ @reingold.com> ████
███████████ @census.gov> ████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,
████

On Mon, May 10, 2021 at 5:05 PM ████████████████ @cdc.gov> wrote:
████ – I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ██████████████ @cdc.gov>
**Cc:** █████████ @reingold.com>; ███████████████ @reingold.com>; ████
████ @census.gov> ██████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████ -
Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.
████

MOLA_DEFSPROD_00002498

On Mon, May 10, 2021 at 1:50 PM ████████████████████ @cdc.gov> wrote:



We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.  The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here,  has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.  We are shooting for 12pm EST on Friday for our first meeting.  I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE - ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this.<br><br>I'll be alive!<br><br>⊘Experimental vaccines! | https |
| THE BIG QUESTION IS WHY ARE THEY LYING…GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS….ALSO THEY WANT WORLD BANK OF OUR DNA ..VIA VAX | https |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding…maybe the non-vaxxed are safer this way…thoughts<br>@crislerwyo<br>? | https |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✔ is doing, and will continue to do over the next few years. | https |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https |

Case: 23-30445   Document: 43-3   Page: 199   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002499

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax ✓ nated" can "Go outside & live freely" lol.. This is a joke        .

Quick questions for those who were experimented on I MEAN – Took the shot, what were the ingredients in it? You did ASK right?   .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

MOLA_DEFSPROD_00002500

Date Filed: 07/17/2023   Page: 201   Document: 43-3   Case: 23-30445

**From:** ███████████ @fb.com]
**Sent:** 6/1/2021 3:01:32 PM
**To:** ███████████ @cdc.gov]; ███████████ @cdc.gov];
███████████ @cdc.gov]; ███████████ @census.gov;
███████████ @cdc.gov]; ███████████ @cdc.gov]; ███████████ @reingold.com;
███████████ @reingold.com; ███████████ @reingold.com; ███████████ @cdc.gov]
**Subject:** Misinfo Claim Onboarding Follow Up
**Attachments:** CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1 (1).pdf; CDC-Onboarding-Deck (1).pdf

Hi All,

Welcome back from Memorial Day!

Making sure everyone who has been whitelisted to our misinfo claims portal has all the info they need to start submitting claims. (A few helpful files attached.)

If anyone has any specific questions, please let us know!

████████

████████████

facebook, inc. █████████████

████████████████████

MOLA_DEFSPROD_00002543

Date Filed: 07/17/2023   Page: 202   Document: 43-3   Case: 23-30445

# How to report through Facebook Government Casework Channel?

Our reporting system consists of three stages: authentication portal, reporting form, and final landing page.

## 1. Authentication portal

a. Request access (log in to the portal) through our portal https://www.facebook.com/xtakedowns/login/

b. Upon successful authentication, a disposable link will be generated and sent to the email address used for the authentication. The optional name field can be used for identifying each authentication when the email address is shared by multiple officials.

## 2. Reporting form

a. The disposable link that's obtained upon authenticating through the portal leads to a reporting form. It consists of reporting reasons, a field for violating URLs, optional comment field, and attachment.

b. Indicate the reason for reporting by selecting the listed reasons: Political Advertisements, Harassment, Hate Speech, Voter Interference, Other. Upon selecting the reason, it will guide you with specific requirements to process the request.

c. Add relevant violating URLs one per line. Please make sure you submit only advertisement links when you are reporting 'Political Advertisements'.

d. If the URL is not valid, an error message will pop up to indicate that invalid URLs have been added. Should you have more than 20 URLs to report, please file another report.

e. If you have any additional context to share, please use the optional field to add any comment and/or attachment option.

## 3. Final landing page

a. Upon submitting the report, a reference number appears before being redirected to the landing page.

b. Final landing page is our help center that has a variety of resources such as policies and frequently asked questions.

c. A confirmation email with the same reference number will be sent to the email address used for authentication.

MOLA_DEFSPROD_00002544

Case: 23-30445      Document: 43-3      Page: 203      Date Filed: 07/17/2023

MOLA_DEFSPROD_00002545

CONFIDENTIAL



FACEBOOK

# CDC Onboarding

May 19th, 2021

MOLA_DEFSPROD_00002546

-PA0655-

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 71-9   Filed 08/31/22   Page 16 of 118 PageID #:
2875



FACEBOOK

# Facebook Community Standards

MOLA_DEFSPROD_00002547

-PA0656-

# Content Policy Team - Who are we?

🌐 11 Global Offices

👥 Diverse Team with backgrounds in

| Europe | North America | Asia | Law & Law Enforcement | Human Rights, NGOs & Public Policy | Business & Communications |

MOLA_DEFSPROD_00002548

-PA0657-

# Community Standards



MOLA_DEFSPROD_00002549

# Our Policies Cover

| Violence and Criminal Behaviour | Safety | Objectionable Content | Integrity and Authenticity | Intellectual Property | Content-Related Requests |
|---|---|---|---|---|---|

Including....

- Self Harm
- Credible Threats
- Commercial Spam
- Celebrating Crime

- Coordinating Harm
- Bullying / Harassment
- Privacy / Identity Theft
- Adult Nudity & Sexual Activity

- Dangerous Organizations
- Sexual Exploitation
- Hacked Accounts
- Graphic Violence

- Hate Speech

- Cruel & Insensitive Humor
- Scams / Fraud
- Deceased Members
- Regulated Goods

-PA0659-

MOLA_DEFSPROD_00002550

# We empower and safeguard users with policies that are:



.Principled

Rooted in our mission to build community and bring people together



.Operable

Applied by reviewers in a way that is consistent and fair

.Explicable

Clearly understandable all over the world

-PA0660-

MOLA_DEFSPROD_00002551



FACEBOOK

# Policy Development and Implementation

-PA0661-

MOLA_DEFSPROD_00002552

# Who we work with

We bring together experts and groups with different perspectives to develop policies that are relevant, fair and locally-responsive.

**At Facebook**

Legal experts
Security engineers
Product and design
Safety operations
User experience team
Data and Analytics
Communications and Public Policy

**Policy Outreach**

**Outside of Facebook**

Academic researchers
Local Non-profits
Safety Orgs
Law Enforcement
Lawmakers & Legal Counsel
Civil & Human rights activists

-PA0662-

MOLA_DEFSPROD_00002553



FACEBOOK

# Covid & Vaccine Misinformation

MOLA_DEFSPROD_00002554

-PA0663-

CONFIDENTIAL

OUR WORK

01 Bringing 50 million people
a step closer to vaccinations

02 Combating COVID-19 and
vaccine misinformation

03 Overcoming global challenges
in vaccination

-PA0664-

MOLA_DEFSPROD_00002555

CONFIDENTIAL

## Taking a multi-pronged approach to combating COVID-19 and vaccine misinformation



Remove false information that has been debunked by public health experts. Reject ads that violate our policies, including those that discourage vaccination.

Reduce the distribution of other misleading claims rated by independent fact-checkers.

Inform people who have come into contact with these claims through notices and labels and connect them with authoritative information from experts.

MOLA_DEFSPROD_00002556

-PA0665-

# Community Standards

Under our <u>Community Standards</u>, we remove misinformation when public health authorities conclude that the information is false and likely **to contribute to imminent violence or physical harm**. Since COVID-19 was declared a Public Health Emergency of International Concern (PHEIC) in January 2020, we have applied this policy to content containing claims related to COVID-19 that, according to public health authorities, are (a) false, and (b) likely to contribute to imminent physical harm (of imminent physical harm examples include: <u>increasing the likelihood of exposure to or transmission of the virus</u>, <u>or having adverse effects on the public health system's ability to cope with the pandemic</u>). The goal of this policy is to reduce health harm to people, while also allowing people to discuss, debate and share their personal experiences, opinions and news related to the COVID-19 pandemic.

MOLA_DEFSPROD_00002557

-PA0666-

# We Remove

Claims about the **existence or severity of COVID-19.** Acknowledging the existence and understanding the severity of COVID-19 is foundational to keeping people safe and aware of the dangers of this public health emergency. We remove claims that deny the existence of the disease or undermine the severity of COVID-19. This includes:

- Claims that COVID-19 is no more dangerous to people than the common flu or cold.

-PA0667-

MOLA_DEFSPROD_00002558

Claims about **COVID-19 transmission and immunity:** Understanding how COVID-19 is transmitted and who can be infected is a critical component of protecting people from getting or spreading the virus. Public health authorities state that COVID-19 can be transmitted in any location and primarily from person to person through small droplets from the nose or mouth, which are expelled when a person with COVID-19 coughs, sneezes or speaks. Public health authorities also agree that all people, regardless of age or other unique characteristics, can be infected with and spread COVID-19. We remove false claims about how and where COVID-19 can be transmitted and who can be infected. This includes:

- Claims that COVID-19 cannot be transmitted in certain climates, weather conditions, or locations

-PA0668-

MOLA_DEFSPROD_00002559

Claims about **guaranteed cures or prevention methods for COVID-19**: Public health authorities, such as the WHO, say there is currently nothing that can guarantee recovery or guarantee the average person will not get COVID-19. We have also heard from public health authorities that if people thought there was a guaranteed cure or prevention for COVID-19, that could lead them to take incorrect safety measures, ignore appropriate health guidance, or even attempt harmful self-medication. This is why we don't allow false claims about how to cure or prevent COVID-19. This includes:

- Claims that for the average person, something can guarantee prevention from getting COVID-19 or can guarantee recovery from COVID-19 before such a cure or prevention has been approved

MOLA_DEFSPROD_00002560

-PA0669-

**Claims discouraging good health practices:** There are a number of good health practices public health authorities advise people take to protect themselves from getting or spreading COVID-19. This includes wearing a face mask, social distancing, getting tested for COVID-19 and, more recently, getting vaccinated against COVID-19. Public health authorities have issued emergency use authorization for several COVID-19 vaccines, so in addition to false claims about face masks, social distancing and testing, we do not allow false claims about the vaccines or vaccination programs which public health experts have advised us could lead to COVID-19 vaccine rejection. This includes false claims about the safety, efficacy, ingredients, development, existence, or conspiracies related to the vaccine or vaccination program. As more information becomes available about COVID-19 vaccines, we will continue to iterate on how we apply this policy. This includes:

- Claims that COVID-19 tests cause cancer

-PA0670-

MOLA_DEFSPROD_00002561

# False Claims about Covid Vaccines

- Claims about the availability or existence of COVID-19 vaccines
- Claims about the safety or serious side effects of COVID-19 vaccines
- Claims about the efficacy of COVID-19 vaccines
- Claims about how the COVID-19 vaccine was developed or its ingredients
- Claims involving conspiracy theories about a COVID-19 vaccine or vaccination program

-PA0671-

MOLA_DEFSPROD_00002562

# Widely Debunked Vaccine Hoaxes

For the duration of the COVID public health emergency, we remove content that repeats other false health information, primarily about vaccines, that are widely debunked by leading health organizations such as the World Health Organization (WHO) and the Centers for Disease Control and Prevention (CDC). The goal of this policy is to combat misinformation about vaccinations and diseases, which if believed could result in reduced vaccinations and harm public health and safety.

- Vaccines cause autism
- Vaccines cause Sudden Infant Death Syndrome
- Vaccines cause the disease against which they are meant to protect, or cause the person to be more likely to get the disease
- Vaccines or their ingredients are deadly, toxic, poisonous, harmful, or dangerous
- Natural immunity is safer than vaccine acquired immunity
- It is dangerous to get several vaccines in a short period of time, even if that timing is medically recommended
- Vaccines are not effective to prevent the disease against which they purport to protect
- Acquiring measles cannot cause death (requires additional information and/or context)
- Vitamin C is as effective as vaccines in preventing diseases for which vaccines exist.

MOLA_DEFSPROD_00002563

# Repeat Offenders

Pages, Groups, profiles, and Instagram accounts that repeatedly post misinformation or coordinate harm (see Coordinating Harm policies at the top of this entry) related to COVID-19, vaccines, and health may face restrictions, including (but not limited to) reduced distribution, removal from recommendations, or removal from our site.

MOLA_DEFSPROD_00002564

-PA0673-

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 71-9   Filed 08/31/22   Page 34 of 118 PageID #: 2893

Since the pandemic began, we've removed more than **16 million pieces of content** on Facebook and Instagram for violating our COVID-19 and vaccine policies.

This includes **more 2 million** pieces of content removed since February alone, when we expanded our COVID and vaccine misinformation policies.

-PA0674-

MOLA_DEFSPROD_00002565

CONFIDENTIAL



FACEBOOK

# Facebook Content Request System

Government Reporting System

MOLA_DEFSPROD_00002566

-PA0675-

I II III IV V

# Introduction to CRS

MOLA_DEFSPROD_00002567

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM    Document 71-9    Filed 08/31/22    Page 37 of 118 PageID #:
2896

# Facebook Content Request System (CRS)



Access
*Secure & custom page*

Report
*Standardized & guided form*

Final Landing Page
*Reference & follow-ups*

-PA0677-

MOLA_DEFSPROD_00002568

# End-to-end workflow



**Access**
*Secure & custom page*

**Report**
*Standardized & guided form*

**Final Landing Page**
*Reference & follow-ups*

**Process the reports**
*Wholistic review*

**Government requests**

**Facebook processes**

-PA0678-

MOLA_DEFSPROD_00002569

I II III IV V

# Demo: govt user experience

MOLA_DEFSPROD_00002570

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 71-9   Filed 08/31/22   Page 40 of 118 PageID #:
2899

# 1/3   Access to Facebook CRS: security

MOLA_DEFSPROD_00002571

-PA0680-

CONFIDENTIAL

# Access to CRS: security

1. Open up your browser and type
www.facebook.com/xtakedowns/login



MOLA_DEFSPROD_00002572

-PA0681-

# Access to CRS: security

1. Open up your browser and type
www.facebook.com/xtakedowns/login

2. Click Request Access



Facebook Content Requests

**Request Secure Access to the Facebook Content Requests System**

This portal is for authorized government requests pertaining to content issues on Face
regulator, please put in your request through this portal.

Request Access

-PA0682-

MOLA_DEFSPROD_00002573

# Access to CRS: security

1. Open up your browser and type www.facebook.com/xtakedowns/login

2. Click Request Access

3. Input the email address that we onboarded with

3.a Name (optional) will be used for the email that we will send with the disposable link



CONFIDENTIAL

# Access to CRS: security

1. Open up your browser and type
www.facebook.com/xtakedowns/login

2. Click Request Access

3. Input the email address that we
onboarded with

3.a Name (optional) will be used for the
email that we will send with the disposable
link



**Access to Facebook Content Requests System**

**Requests <records@records.facebook.com>**
Tuesday, October 22, 2019 at 8:15 PM

Show Details

Hi Mark I.,

The following link allows authorized government agencies to securely
link expires in one hour. You do not need a login or password. If you do
facebook.com/xtakedowns/login to request a new secure link.

To access our Requests system click https://www.facebook.com/xtakedowns/
token=SIpQX1OTGfIzeaVWMIFdc9PNagfEXCITCQYO8bVb6E+yShzQQZsZdEQb0Qv0u1ShcC
Thank you,
Facebook Team

-PA0684-

MOLA_DEFSPROD_00002575

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM    Document 71-9    Filed 08/31/22    Page 45 of 118 PageID #:
2904

# Access to CRS: security

1. Open up your browser and type
www.facebook.com/xtakedowns/login

2. Click Request Access

3. Input the email address that we
onboarded with

3.a Name (optional) will be used for the
email that we will send with the disposable
link

3.b Error message: incorrect email address
for the onboarded agency



MOLA_DEFSPROD_00002576

-PA0685-

# Access to CRS: security

1. Open up your browser and type
www.facebook.com/xtakedowns/login

2. Click Request Access

3. Input the email address that we
onboarded with

4. Open an email titled Access to
Facebook Content Requests System
and follow the secure link provided in the
email body. Please note that this link is
valid only for an hour.



Access to Facebook Content Requests System

**Requests <records@records.facebook.com>**
Tuesday, October 22, 2019 at 8:15 PM

Show Details

Hi Mark Z.,

The following link allows authorized government agencies to securely
link expires in one hour. You do not need a login or password. If you do
facebook.com/xtakedowns/login to request a new secure link.

To access our Requests system click https://www.facebook.com/xtakedowns/
token=SEJrcX1qfGFZeeVWXlFdnRPUgaFEYCTTCpQQ8Wob6-y1Cz0QZ5zPWEpO6VvLShcd
Thank you,
Facebook Team

MOLA_DEFSPROD_00002577

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 71-9  Filed 08/31/22  Page 47 of 118 PageID #: 2906

# 2/3   Report through CRS: Standardization

MOLA_DEFSPROD_00002578

-PA0687-

# Report through CRS: standardization

5. Reason for reporting

Facebook Content Requests: CDC

This is a contact form for authorized government agencies. If you person who originally onboarded your agency.

Reason for Reporting:

○ Covid Misinformation
○ Vaccine Discouragement
○ Covid Vaccine Misinformation

MOLA_DEFSPROD_00002579

-PA0688-

# Report through CRS: standardization

5. Reason for reporting

Covid & Vaccine Misinformation

Reason for Reporting:

- Covid Misinformation
- Vaccine Discouragement
- Covid Vaccine Misinformation

*We're working to remove COVID-19 content that contribut of harm, sale of medical masks and related goods, hate sp imminent violence or physical harm. Some of these policie outlined here.*

https://www.facebook.com/help/230764881494641

-PA0689-

MOLA_DEFSPROD_00002580

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 71-9   Filed 08/31/22   Page 50 of 118 PageID #:
2909

# Report through CRS: standardization

6. Please submit the relevant violating
URLs below (max.20)



Please submit the relevant violating URLs below (max. 20).

Please add all URL(s), one per line.

https://www.facebook.com/

-PA0690-

MOLA_DEFSPROD_00002581

# Report through CRS: standardization

6. Please submit the relevant violating
URLs below (max.20)

6.a Error Message (over 20 links)



MOLA_DEFSPROD_00002582

-PA0691-

# Report through CRS: standardization

6. Please submit the relevant violating URLs below (max.20)

6.b Error Message (invalid URLs)



-PA0692-

MOLA_DEFSPROD_00002583

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 71-9   Filed 08/31/22   Page 53 of 118 PageID #:
2912

# Report through CRS: standardization

7. [Optional] Additional Comments

8. [Optional] Please attach any other relevant screenshots or documentation.



Additional Comments

If you have additional context to share, please feel free to let us know.

Please attach any other relevant documentation

Choose File   No file chosen

-PA0693-

MOLA_DEFSPROD_00002584

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 7119  Filed 08/31/22  Page 54 of 118 PageID #: 2913

# 3/3   Final landing page: Transparency

MOLA_DEFSPROD_00002585

# Final landing page: transparency



9. Reference number

10. Facebook Help Center

-PA0695-

MOLA_DEFSPROD_00002586

# Final landing page: transparency

9. Reference number

10. Facebook Help Center



MOLA_DEFSPROD_00002587

-PA0696-

# Final landing page: transparency

9. Reference number

10. Facebook Help Center



MOLA_DEFSPROD_00002588

-PA0697-

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM    Document 71-9    Filed 08/31/22    Page 58 of 118 PageID #:
2917

# End-to-end workflow



**Access**
*Secure & custom page*

**Report**
*Standardized & guided form*

**Final Landing Page**
*Reference & follow-ups*

**Process the reports**
*Wholistic review*

Government requests

Facebook processes

-PA0698-

MOLA_DEFSPROD_00002589

CONFIDENTIAL



MOLA_DEFSPROD_00002590

-PA0699-

Case: 23-30445   Document: 43-3   Page: 249   Date Filed: 07/17/2023

**From:** ████████████ @reingold.com]
**Sent:** 5/24/2021 2:28:00 PM
**To:** ████████ @twitter.com
**CC:** ████████████ @cdc.gov]; ████████ @reingold.com]; ████████
████████ @cdc.gov]
**Subject:** RE: COVID Misinformation

Hi ████,

I hope you had a good weekend. I'm following up about the partner support portal enrollment for CDC. Does the Twitter account need to be connected to a cdc.gov email or is any account fine? Also, would there be any issues or complications stemming from flagging COVID misinformation on the portal using the existing census.gov accounts that have access? We'll want to have at least some CDC accounts whitelisted, but that backup may be helpful in the short-term.

Let us know any next steps we can take to make sure CDC is all set with the portal.

Thanks,

████████████

**Reingold**

████████████

reingold.com

We're on a mission. *Yours.*

**From:** ████████ (CDC/OD/OADC)
**Sent:** Tuesday, May 11, 2021 8:50 AM
**To:** ████████████ @twitter.com>
**Subject:** RE: COVID Misinformation

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is: @████████

**From:** ████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████ @reingold.com>; ████████ @reingold.com>; ████████
████████ @census.gov>; ████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H████
I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

MOLA_DEFSPROD_00002603

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

█████

On Mon, May 10, 2021 at 5:05 PM ████████████████████████ @cdc.gov> wrote:

██████ - I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ██████████████████ @twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████████████ @cdc.gov>
**Cc:** ████████████ @reingold.com>; ████████████████ @reingold.com> ████████████████████████
████████████ @census.gov>; ██████████████████████ @cdc.gov>
**Subject:** Re: COVID Misinformation

H██████ -
Thanks for sharing this – agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

██████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

██████

On Mon, May 10, 2021 at 1:50 PM ████████████████████████ @cdc.gov> wrote:

██████ -

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips. The below are just some example posts. We do plan to post something shortly to address vaccine shedding and I can send that link soon. Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms. We are shooting for 12pm EST on Friday for our first meeting. I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

MOLA_DEFSPROD_00002604

| Post Text | Link |
|---|---|
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno | https://t |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. <br><br> I'll be alive! <br><br> ⊘Experimental vaccines! | https://t |
| THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA .. VIA VAX | https://t |
| Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts <br> @crislerwyo <br><br> ? | https://t |
| COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth | https://t |
| Thank Bill Gates for wanting depopulation. That's exactly what this vaccine 💉 is doing, and will continue to do over the next few years. | https://t |
| IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!! | https://t |
| Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects | https://t |
| [Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/] | https://t |
| So the #CDC now says that those who are "Fully Vax 💉 nated" can "Go outside & live freely" lol.. This is a joke    . <br><br> Quick questions for those who were experimented on I MEAN-Took the shot, what were the ingredients in it? You did ASK right?  .. Also, do you know what SHEDDING is? | https://t |
| Here is the official Pfizer trail protocols <br> Concerning shedding by the vaccinated <br> Fertility (male and female) <br> contraception to be compulsorily used because shedding <br> Adverse events and serious adverse events reporting <br> And much more <br> Dangers ore known | https://t |

Case: 23-30445    Document: 43-3    Page: 251    Date Filed: 07/17/2023

MOLA_DEFSPROD_00002605

| | |
|---|---|
| https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf | |
| For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT. <br><br> https://themostbeautifulworld.com/blog/skin-contact-covid | https://t |
| Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers. <br><br> (Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people). <br><br> https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67 | https://t |



CAUTION: This message originated externally. Please use caution when clicking on links or opening attachments.

Case: 23-30445   Document: 43-3   Page: 252   Date Filed: 07/17/2023

MOLA_DEFSPROD_00002606

**From:** ▬▬▬▬▬▬ @fb.com]
**Sent:** 5/20/2021 12:50:01 PM
**To:** ▬▬▬▬▬▬ @cdc.gov]
**CC:** ▬▬▬▬▬▬ fb.com]
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel
**Attachments:** CDC-Onboarding-Deck.pdf; CDC_-How-to-report-through-Facebook-Government-Casework-Channel-1.pdf

Trying the PDF again – looks like it didn't attach.

**From:** ▬▬▬▬▬▬ fb.com>
**Date:** Thursday, May 20, 2021 at 12:49 PM
**To:** ▬▬▬▬▬▬ cdc.gov>
**Cc:** ▬▬▬▬▬▬ fb.com>
**Subject:** Re: Add a name: RE: CV19 misinfo reporting channel

Hi ▬▬

Attached is a PDF of our onboarding slides should you need to review as well as a how to guid.

In speaking with our technical teams, we think it's best for both Census and CDC to have an email alias / shared inbox that staff have access to for reporting – so that Census can have appropriate access to Covid portal as well.

If you have any questions about that, please do let us know!

▬▬▬

**From:** ▬▬▬▬▬▬ cdc.gov>
**Date:** Wednesday, May 19, 2021 at 12:38 PM
**To:** ▬▬▬▬▬▬ fb.com>
**Subject:** Add a name: RE: CV19 misinfo reporting channel

Please add ▬▬ to system access. ▬▬ @cdc.gov.

**From:** ▬▬▬▬▬▬ fb.com>
**Sent:** Wednesday, May 12, 2021 11:21 AM
**To:** ▬▬▬▬▬▬ cdc.gov>; ▬▬▬▬▬▬ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Sure can.

**From:** ▬▬▬▬▬▬ cdc.gov>
**Date:** Wednesday, May 12, 2021 at 11:19 AM
**To:** ▬▬▬▬▬▬ fb.com>, ▬▬▬▬▬▬ fb.com>
**Cc:** ▬▬▬▬▬▬ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ok, I'll send the appt and get a zoom. Then you can add on your folks.

MOLA_DEFSPROD_00002609

Case: 23-30445   Document: 43-3   Page: 253   Date Filed: 07/17/2023

Case: 23-30445     Document: 43-3     Page: 254     Date Filed: 07/17/2023

**From:** ███████████████@fb.com>
**Sent:** Wednesday, May 12, 2021 11:06 AM
**To:** ████████████████<cdc.gov>; ████████████████fb.com>
**Cc:** ████████████████com>
**Subject:** Re: CV19 misinfo reporting channel

Apologies for the bumpy transition with ██████ out – do you all have a zoomgov requirement? And if so, would you hold the calendar invite for this? Or does Census?

**From:** ████████████████fb.com>
**Date:** Wednesday, May 12, 2021 at 10:51 AM
**To:** ████████████████<cdc.gov>, ████████████████fb.com>
**Cc:** ████████████████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Great! Thank you!

**From:** ████████████████<cdc.gov>
**Date:** Wednesday, May 12, 2021 at 10:50 AM
**To:** ████████████████fb.com>, ████████████████fb.com>
**Cc:** ████████████████fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Sorry, didn't realize you were awaiting a respond to your explanation. That time still works. Thanks!

But re-looking at this list, please only include these people as we've had change over since we started the chain:

- ████████████
- ████████████
- ████████████
- ████████████
- ████████████
- ████████████
- ████████████

**From:** ████████████████com>
**Sent:** Wednesday, May 12, 2021 10:19 AM
**To:** ████████████████<cdc.gov> ████████████████fb.com>
**Cc:** ████████████████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Bumping this calendar thread

**From:** ████████████████fb.com>
**Date:** Monday, May 10, 2021 at 4:51 PM
**To:** ████████████████<cdc.gov>, ████████████████fb.com>
**Cc:** ████████████████fb.com>
**Subject:** Re: CV19 misinfo reporting channel

MOLA_DEFSPROD_00002610

This would be for onboarding your teams to the misinfo casework / reporting channel

**From:** ████████████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 4:04 PM
**To:** ████████████ fb.com>, ████████████ fb.com>
**Cc:** G██████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Time is good.  I did ask ███████ this embarrassing question.  I had it in my head this was for Crowd Tangle.  But on Thursday she explained it is for something else.  Well, I didn't write it down and I'm honestly not sure what this is for.  Sorry!

**From:** █████████████████ fb.com>
**Sent:** Monday, May 10, 2021 4:01 PM
**To:** ███████████ fb.com>; ██████████████████████████ cdc.gov>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Thanks, ████████
So nice to meet you, ███████

Look likes Wednesday the 19th 12-1pm option works best for our folks.
Does that option still work for your side?

**From:** █████████████ fb.com>
**Date:** Monday, May 10, 2021 at 3:28 PM
**To:** ███████████████ cdc.gov>, ██████████████ fb.com>
**Cc:** ████████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ██████

██████ just went on maternity leave.  We are very excited for her and her new addition!
As such, we didn't want you to be a surprised that ██████ will pick up on the threads where ██████ was leading starting today.

That will include this one with scheduling training for the government case work project.

Best,

████████

**From:** █████████████████ cdc.gov>
**Date:** Monday, May 10, 2021 at 12:25 PM
**To:** ██████████████ fb.com>
**Cc:** P███████████ fb.com>, ████████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

I'm so sorry – I'm out all day May 17 for a medical thing, can we pick another one?  My fault!

MOLA_DEFSPROD_00002611

Case: 23-30445   Document: 43-3   Page: 255   Date Filed: 07/17/2023

Date Filed: 07/17/2023    Page: 256    Document: 43-3    Case: 23-30445

**From:** ████████████ ████████ fb.com>
**Sent:** Friday, May 7, 2021 11:27 AM
**To:** ████████████ ████████ cdc.gov>
**Cc:** ████████████ fb.com>; ████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ███ — Following up from our meeting yesterday. It looks like Monday, May 17th at 12:00pm will work for onboarding meeting. The overlaps with your standing Census meeting you mentioned. We will plan to invite the email addresses below (those being onboarded).

Please let me know if any flags on your end.

Best,

████████

☑ The linked image...

**Genelle Quarles Adrien**
Politics & Government Outreach
e: genelleadrien@fb.com | w: facebook.com/gpa

**From:** ████████████ @cdc.gov>
**Date:** Tuesday, April 27, 2021 at 11:21 AM
**To:** ████████████ fb.com>
**Cc:** ████████████ fb.com>, ████████ fb.com>
**Subject:** RE: CV19 misinfo reporting channel

Ugh, so sorry I missed this. It looks correct but I think so might have access already, but not sure.

**From:** ████████████ fb.com>
**Sent:** Tuesday, April 27, 2021 11:05 AM
**To:** ████████████ cdc.gov>
**Cc:** ████████████ fb.com>; ████████ fb.com>
**Subject:** Re: CV19 misinfo reporting channel

Hi ███ — Hope the week is off to a good start. I wanted to bump this and see if you had any edits/additions to the onboarding list below.

Let us know if you have any questions.

Best,

████████

**From:** ████████████ fb.com>
**Date:** Tuesday, April 13, 2021 at 3:50 PM
**To:** ████████████ cdc.gov>
**Cc:** ████████████ fb.com>, ████████ fb.com>
**Subject:** CV19 misinfo reporting channel

MOLA_DEFSPROD_00002612

Hi ██ — Hope the week is off to a good start. We're working to get our COVID-19 misinfo channel up for CDC and Census colleagues. Could you kindly confirm if the below emails are correct for onboarding to the reporting channel and if there are others you'd like to include?

Please let me know if you have any questions.

Thank you!

██████



Date Filed: 07/17/2023   Page: 257   Document: 43-3   Case: 23-30445

MOLA_DEFSPROD_00002613

| From: | ████████████ twitter.com] |
|---|---|
| Sent: | 5/11/2021 9:27:53 AM |
| To: | ████████████ cdc.gov] |
| Subject: | Re: COVID Misinformation |

Your account works fine. I'll proceed with processing your enrollment.

On Tue, May 11, 2021 at 8:50 AM ████████████ cdc.gov> wrote:

Does it need to be the CDC account or my personal? If CDC, I'm going to have someone on staff enroll instead of me.

If personal is OK, it is; ████████████

**From:** ████████████ twitter.com>
**Sent:** Monday, May 10, 2021 8:51 PM
**To:** ████████████ @cdc.gov>
**Cc:** ████████████ reingold.com>; ████████████ @census.gov>; ████████████ C)
████████████ cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████

I'd be glad to enroll you in our Partner Support Portal, which allows you a special, expedited reporting flow in the Twitter Help Center. It worked very well with Census colleagues last year.

You need a Twitter account (and to be logged into that account) to access the Partner Support Portal. What account (or accounts) would you like me to enroll?

Best,

████

On Mon, May 10, 2021 at 5:05 PM ████████████ cdc.gov> wrote:

████ I don't think we have info on how to enroll but we'd be happy to get on if you can send some info.

Thanks.

**From:** ████████████ twitter.com>
**Sent:** Monday, May 10, 2021 3:02 PM
**To:** ████████████ l@cdc.gov>
**Cc:** ████████████ reingold.com>; ████████████ reingold.com>; ████
████████████ census.gov>; ████████████

MOLA_DEFSPROD_00002665

Case: 23-30445    Document: 43-3    Page: 258    Date Filed: 07/17/2023

████ cdc.gov>
**Subject:** Re: COVID Misinformation

Hi ████

Thanks for sharing this - agree these are important trends to note; a quick scan shows that at least some of these have been previously reviewed and actioned. I will now ask the team to review the others.

████ remind me: did you have a chance to enroll in our Partner Support Portal? In the future, that's the best way to get a spreadsheet like this reviewed.

Best.

████

On Mon, May 10, 2021 at 1:50 PM  @cdc.gov> wrote:

████

We wanted to point out two issues that we are seeing a great deal of misinfo about – vaccine shedding and microchips.   The below are just some example posts.  We do plan to post something shortly to address vaccine shedding and I can send that link soon.  Our census team copied here, has much more info on it if needed.

Also, we are standing up a BOLO COVID misinformation meeting and inviting all tech platforms.   We are shooting for 12pm EST on Friday for our first meeting.   I'll include you on the invite but if you'd like to propose an alternative approach or would like to me include others, just let me know.

Thanks!

| Post Text |
| --- |
| MAGNET STICKS TO AREA INJECTED BY THE VACCINE- ARE THE VACCINATED GETTING MICROCHIPPED? #justsayno |
| The ex VP of Pfizer came out predicting that there will be a human depopulation of the vaccinated people in 2 years. An even shorter lifespan after the booster. He believes it's eugenics. Many scientists are corroborating this. |
| I'll be alive! |
| ⊘Experimental vaccines! |

MOLA_DEFSPROD_00002666

Case: 23-30445    Document: 43-3    Page: 259    Date Filed: 07/17/2023

THE BIG QUESTION IS WHY ARE THEY LYING...GOVERNMENTS SIGNED US AWAY TO NWO..DEPOPULATION..ALSO EXPERIMENTS IN AI..IN LAYMENS TERMS..TRYING TO TURN US INTO ROBOTS/ ANDROIDS....ALSO THEY WANT WORLD BANK OF OUR DNA ... VIA VAX

Agreed. But if the science is being followed, there's an awful lot of evidence that the vax crowd are shedding...maybe the non-vaxxed are safer this way...thoughts

@crislerwyo

?

COVID 'Vaccine Shedding', Evidence SARS-CoV-2 Spike Protein Can 'Alter Human Genes' & VAERS Truth

Thank Bill Gates for wanting depopulation. That's exactly what this vaccine ✓ is doing, and will continue to do over the next few years.

IM ALARMED BY THE AMOUNT OF WOMEN IN MY DM'S COMPLAINING ABOUT ABNORMAL BLEEDING AND MISCARRIAGES AFTER COMING IN CONTACT WITH SOMEONE WHOSE BEEN VACCINATED!!!!!

Well hundreds of women on this page say they are having bleeding/ clotting after vaccination or that they bleed oddly being AROUND vaccinated women. Unconfirmed, needs more investigation. But lots of reports. COVID-19 Vaccine Side Effects

[Links to: https://www.infowars.com/posts/vaccine-shedding-causing-miscarriages-and-blood-clots-in-unvaccinated-females/]

So the #CDC now says that those who are "Fully Vax✓nated" can "Go outside & live freely" lol. This is a joke  .

Quick questions for those who were experimented on I MEAN–Took the shot, what were the ingredients in it? You did ASK right? .. Also, do you know what SHEDDING is?

Here is the official Pfizer trail protocols

Concerning shedding by the vaccinated

Fertility (male and female)

contraception to be compulsorily used because shedding

Adverse events and serious adverse events reporting

And much more

Dangers ore known

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf

For those of you who have questions about Spiked Protein SHEDDING: Pfizer admits in its own mRNA vaxx trial documentation that non-vaxxed people can be ENVIRONMENTALLY EXPOSED to the shot's spike proteins by INHALATION or SKIN CONTACT.

https://themostbeautifulworld.com/blog/skin-contact-covid

Date Filed: 07/17/2023   Page: 260   Document: 43-3   Case: 23-30445

MOLA_DEFSPROD_00002667

Case: 23-30445      Document: 43-3      Page: 261      Date Filed: 07/17/2023

Pfizer acknowledges the existence of "SHEDDING" in their #mRNA vaccines, and is setting up this new trial to study these dangers.

(Shedding is where unvaccinated people experience serious health issues just by being near to vaccinated people).

https://media.tghn.org/medialibrary/2020/11/C4591001_Clinical_Protocol_Nov2020_Pfizer_BioNTech.pdf#page67



MOLA_DEFSPROD_00002668

Date Filed: 07/17/2023          Page: 262          Document: 43-3          Case: 23-30445

**From:** ▮▮▮▮▮▮ (CDC/OD/OADC) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** 3/31/2021 2:23:11 PM
**To:** ▮▮▮▮▮▮▮▮ [fb.com]
**Subject:** RE: This week's meeting

Got it, thanks.

**From:** ▮▮▮▮▮ fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** ▮▮▮▮▮▮▮▮ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▮▮▮

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

**From:** ▮▮▮▮▮▮ cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** ▮▮▮▮▮▮ fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

•       It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
•       One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
o       <u>Example: No label</u>
o       <u>Example: Label that links to WHO</u>
•       Can we add the Census team to CrowdTangle?
•       How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

**From:** ▮▮▮▮▮ fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** ▮▮▮▮▮▮▮▮ cdc.gov>
**Subject:** Re: This week's meeting

Hi ▮▮▮

Yes, I think good to have questions from Census so we make sure we have the right person.

MOLA_DEFSPROD_00003031

I can ask ▇ to join again so she can be asked questions/provide more information about influencers and I have noted your question about removals and will tee that up as well.

What you have below is a pretty full agenda so I will start to shape it based on what you have below.

**From:** ▇▇▇▇▇ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 7:38 PM
**To:** ▇▇▇▇▇ fb.com>
**Subject:** RE: This week's meeting

The CDC team mentioned to me that they would like to have more info from ▇ about what is being done on the amplification-side and gain a better understanding how FB is working with influencers. The team is still interested in more info on how you analyze the data on removals, etc.   I didn't ask Census if they had questions...but I know they were hoping to go over the deck they had and discuss how to engage on a more regular basis. I'm not sure what you all are preparing for them?   (that might have slipped my mind from last week, sorry if so).

Thanks!

**From:** ▇▇▇▇▇ fb.com>
**Sent:** Tuesday, March 30, 2021 3:16 PM
**To:** ▇▇▇▇▇ cdc.gov>
**Subject:** Re: This week's meeting

Hi 

Yes, I did see and will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work) and it would be great to have questions that may not have been answered from your team on misinfo. That team is very busy so it's a good opportunity to did deeper on that topic and especially if there are areas that are still unclear or the teams have concerns about.

I will stand by.

Best,

▇▇▇▇▇

**From:** ▇▇▇▇▇ cdc.gov>
**Date:** Tuesday, March 30, 2021 at 3:08 PM
**To:** ▇▇▇▇▇ fb.com>
**Subject:** RE: This week's meeting

Hope all is well too.  I plan to join and listen in to the 3:30 meeting, FYI.

I added this part in yellow to our chain on turn.io so you probably missed it, did you have thoughts on how we can regularly meet with Census?   I will also check back with others to see if they have other Qs that that were unanswered and get back to you.

MOLA_DEFSPROD_00003032

Case: 23-30445    Document: 43-3    Page: 263    Date Filed: 07/17/2023

So in follow up to today's meeting – besides discussing things in more depth next Thur, am I correct that your team is going to consider how you might want to engage with the CDC/Census team routinely and get back to us? I'd be fine with using our existing time for this regular discussion if that end up working out best. I don't quite have a good vision yet on how it will work but I know you all have experience with Census already.

**From:** ████████████ ██fb.com>
**Sent:** Tuesday, March 30, 2021 2:42 PM
**To:** ██████████████████ ██cdc.gov>
**Subject:** This week's meeting

Hi ██

Hope all is well…as it can be. At least Spring is making an appearance.
I wanted to surface any misinfo questions your team may have for the team that I had briefing last time. They are available to attend again, but also want to make sure we are answering any of your team's questions.

Best,



**FACEBOOK**



MOLA_DEFSPROD_00003033

Case: 23-30445     Document: 43-3     Page: 265     Date Filed: 07/17/2023

| From: | ▇▇▇▇▇▇google.com] |
|---|---|
| Sent: | 9/29/2021 12:56:30 PM |
| To: | ▇▇▇▇▇▇[hhs.gov]; ▇▇▇▇▇▇gmail.com |
| CC: | ▇▇▇▇▇▇google.com] |
| Subject: | YouTube Vaccine Policy Announcement |

Good Afternoon –

I'm writing to share an update we recently made to YouTube's policies pertaining to vaccine-related misinformation.

Today we have a COVID-19 Vaccine misinfo policy which allows us to remove a limited list of verified false claims about COVID-19 vaccines.

We just announced that we will be introducing a new policy that prohibits content that includes harmful misinformation about the safety, efficacy, or ingredients for currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO).

You can learn more about the announcement we made here and a detailed overview of our policy in our help center here.

Please let me know if you have any questions.

Best Regards,

▇▇▇▇▇▇

--



YouTube

MOLA_DEFSPROD_00008276

From: ██████████████████ @fb.com]
Sent: 5/4/2022 3:48:11 PM
To: ██████████████████ @cisa.dhs.gov]
CC: ██████████████████ @cisa.dhs.gov]; ████████ @cisa.dhs.gov];
████████ @fb.com]; ████████ @cisa.dhs.gov];
████████ @cisa.dhs.gov]; ████████ @cisa.dhs.gov]; ████████ @fb.com]
████████ @fb.com]
Subject: Re: Account Security

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,

████████

From: ██████████████ @cisa.dhs.gov>
Date: Wednesday, April 27, 2022 at 12:37 PM
To: ██████████ @fb.com>, ████████ @fb.com>
Cc: ██████████ @cisa.dhs.gov>, ████████
████████ @cisa.dhs.gov> ████████ @fb.com>,
< ████████ @fb.com>, ████████ @fb.com>, ████████
< ████████ @cisa.dhs.gov>, ████████ @cisa.dhs.gov>,
< ████████ @cisa.dhs.gov>
Subject: Re: Account Security

Perfect thank you so much!

From: ████████ @fb.com>
Sent: Wednesday, April 27, 2022 11:15:25 AM
To: ████████ @cisa.dhs.gov> ████████ @fb.com>

Case: 23-30445   Document: 43-3   Page: 266   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008554

Cc: ███████████ @cisa.dhs.gov>; ███████████ @cisa.dhs.gov>;
███████████ @fb.com> ███████████ @fb.com> ███████████
███████ @fb.com>; ███████ @fb.com>; ███████ @cisa.dhs.gov>; ███████
███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>

**Subject:** Re: Account Security

Got it – and no problem! I had our team design my email directly into the document (new version attached here) so everything is all in one place for you.

Best,

∞ Meta

███████████████████████████

---

**From:** ███████████ @cisa.dhs.gov>
**Date:** Wednesday, April 20, 2022 at 12:45 PM
**To:** ███████ @fb.com>, ███████ @fb.com>
**Cc:** ███████ @cisa.dhs.gov>,
< ███████ @cisa.dhs.gov> ███████ @fb.com>,
███████ @fb.com>, ███████ @fb.com>, ███████ @fb.com>,
███████ @cisa.dhs.gov>, ███████ @cisa.dhs.gov>,
███████ @cisa.dhs.gov>

**Subject:** RE: Account Security

Hi ███ That could work, though we'd also welcome that as part of the document. Given we have a broader team that does trainings etc, it might be helpful for that info to be included in the doc. Though I understand there may be concerns with this approach.

Will take your steer, let me know what you think.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

---

**From:** ███████████ @fb.com>
**Sent:** Monday, April 18, 2022 5:30 PM
**To:** ███████ @fb.com>; ███████ @cisa.dhs.gov>
**Cc:** ███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>
███████ @fb.com>; ███████ @fb.com>;
███████ @fb.com>; ███████ @fb.com>; ███████ @cisa.dhs.gov>;

MOLA_DEFSPROD_00008555

██████ @cisa.dhs.gov>; ███████████████ @cisa.dhs.gov>
**Subject:** Re: Account Security

Thanks ██████

Would it work to just provide my email when you share out this one pager, and let them know if they need anything (like a page verification) or have any content they want to escalate for review, they can reach out to me and I can get them to the right person to help?

Best,



**From:** ████████████ @fb.com>
**Date:** Monday, April 18, 2022 at 11:50 AM
**To:** ██████████████████ @cisa.dhs.gov>
**Cc:** ████████████████████ @cisa.dhs.gov>
█████████ @cisa.dhs.gov>, ████████████ @fb.com>
< ████████ @fb.com>, ███████████ @fb.com>, ████████████ @fb.com>, ████████
█████████ @fb.com>, █████████████ @cisa.dhs.gov>, ███████████████ @cisa.dhs.gov>,
██████████████ @cisa.dhs.gov>
**Subject:** Re: Account Security

Great!  Many thank ██████ for the quick reply & feedback.

██████ who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as ██ and her team work out the details.

Sent from my iPhone

On Apr 18, 2022, at 10:54 AM ████████████████ @cisa.dhs.gov> wrote:

Thanks so much for sending ██████ !

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!

MOLA_DEFSPROD_00008556



**From:** ██████████ @fb.com>
**Sent:** Friday, April 15, 2022  9:01 AM
**To:** ██████████ @cisa.dhs.gov>    ██████████ @cisa.dhs.gov>;
██████████ @cisa.dhs.gov>
**Cc:** ██████████ @fb.com>;    ██████████ @fb.com>;
██████████ @fb.com>;    ██████████ @fb.com>    ██████████ @fb.com>
**Subject:** Account Security

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including ████████ who you met during our meeting & are helping implement these procedures with key stakeholders.  Also, ████ to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!

████████

Case: 23-30445    Document: 43-3    Page: 269    Date Filed: 07/17/2023

MOLA_DEFSPROD_00008557

| From: | ███████████ @twitter.com] |
|---|---|
| Sent: | 12/1/2020 7:42:23 PM |
| To: | ███████████ @cisa.dhs.gov] |
| CC: | ███████████ @twitter.com]; ███████████ @twitter.com]; CFITF [cfitf@hq.dhs.gov]; Misinformation Reports [misinformation@cisecurity.org] |
| Subject: | Re: FW: CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi █████ -

We have labeled the Tweet and are taking steps to limit trending on this.

On Tue, Dec 1, 2020 at 4:40 PM ███████████ @cisa.dhs.gov> wrote:

Hey ███████████

Hope you both had a restful Thanksgiving weekend. Please see the below report from GA.

Regards,

█████

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports <misinformation@cisecurity.org>
**Sent:** Tuesday, December 1, 2020 4:38 PM
**To:** ███████████ @cisa.dhs.gov>; CISA Central <central@cisa.dhs.gov>; CFITF <cfitf@hq.dhs.gov>; tips@2020partnership.atlassian.net; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA

Case: 23-30445   Document: 43-3   Page: 270   Date Filed: 07/17/2023

MOLA_DEFSPROD_00008600

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

████ and EIP – misinformation Tweet related to Dominion hardware/software in Gwinnett County, GA.

A Gwinnett County election official confirmed the misinformation.

https://twitter.com/██████████/status/1333641704839147520

  **Thread**

Watch a Dominion Representative at Gwinnett County
Election Central, responsible for tabulating ballots and
certifying results, download data to a USB from the
Election Management Server, plug it into a laptop,
manipulate the data, then palm the USB.

  Dominion Fraud (2 of 2)
From
@youtube.com

12:18 AM · Dec 1, 2020 · Twitter Web App

**25.3K** Retweets   **4.1K** Quote Tweets   **37.8K** Likes

**From:** ███████████
**Sent:** Tuesday, December 1, 2020 4:19 PM
**To:** ████@gwinnettcounty.com;                    @gwinnettcounty.com>;   ██████
████@gwinnettcounty.com>
**Cc:** ████@cisecurity.org>;  Misinformation Reports <misinformation@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Thank you ████  We will report this tweet to Twitter along with your explanation.  We will keep you posted.

Thanks,

████████

**From:** ████████@gwinnettcounty.com        ████████@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 4:13 PM
**To:** ████████@gwinnettcounty.com>;        ████████@cisecurity.org>;
████████@gwinnettcounty.com>

MOLA_DEFSPROD_00008601

Date Filed: 07/17/2023    Page: 271    Document: 43-3    Case: 23-30445

Case: 23-30445     Document: 43-3     Page: 272     Date Filed: 07/17/2023

**Cc:** ████████████████ @cisecurity.org>; Misinformation Reports <misinformation@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Good Afternoon

To clarify, the USB drive was not inserted into a scanner, the scanners are connected to server through cables. The images and video show a Dominion tech producing a data report on the server and saving the report to a Dominion USB thumb drive and then using a laptop to filter requested information. The Dominion servers are not equipped with Excel and counties are not authorized to install any hardware or software on these systems





**From:** ███████████████ @gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 3:51 PM
**To:** ████████████ @cisecurity.org>; ████████
███████ @gwinnettcounty.com>
**Cc:** ████████████████ @cisecurity.org>; Misinformation Reports <misinformation@cisecurity.org>;
████████████ @gwinnettcounty.com>
**Subject:** RE: Possible Gwinnett Election Misinformation

Hi,

Unfortunately, I'm out of the office today. I've copied ████████████ on this email. Earlier today he shared some information with our ██████████████ that he can now share with you in order to help.

Thanks,

████████

MOLA_DEFSPROD_00008602

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

------- Original message -------

From: ████████████████ @cisecurity.org>

Date: 12/1/20 3:20 PM (GMT-05:00)

To: ██████████████████ @gwinnettcounty.com> ██████████████
████ @gwinnettcounty.com>

Cc: ████████████████ @cisecurity.org>, Misinformation Reports <misinformation@cisecurity.org>

Subject: Possible Gwinnett Election Misinformation

> CAUTION: This email originated from outside of Gwinnett County Government. Maintain caution when opening links, attachments, or responding. When in doubt, contact phishing@gwinnettcounty.com.

Hi ████

The EI-ISAC, and our partners at the Election Integrity Partnership (EIP), are tracking a social media post that is gaining traction very quickly. It is likely a misunderstanding but is being portrayed on social media as some sort of nefarious act. If you can clarify for us what is being shown (if it even happened), we can work with the social media platforms to try and have the posts removed as misinformation. Please let us know as soon as possible.

**URLs**

https://twitter.com ██████████████ tatus/1333641704839147520

Thanks,



MOLA_DEFSPROD_00008603

Case: 23-30445    Document: 43-3    Page: 273    Date Filed: 07/17/2023



**Center for Internet Security**

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445     Document: 43-3     Page: 274     Date Filed: 07/17/2023

MOLA_DEFSPROD_00008604

Date Filed: 07/17/2023        Page: 275        Case: 23-30445        Document: 43-3

| From: | ███████████ @fb.com] |
|---|---|
| Sent: | 10/28/2020 11:46:36 AM |
| To: | ███████████ @cisecurity.org] |
| CC: | ███████████ @cisecurity.org]; ███████████ @fb.com]; ███████████ @cisa.dhs.gov]; ███████████ @fb.com]; ███████████ @fb.com] |
| Subject: | Re: Facebook/CIS Meeting |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Works for me - talk then!

Sent from my iPhone

On Oct 28, 2020, at 11:18 AM, ███████████ @cisecurity.org> wrote:

Sorry I missed this. Can we talk at 12 ET? We can call you on the ████ number.

| From: | ███████████ @fb.com> |
|---|---|
| Sent: | Wednesday, October 28, 2020 10:41 AM |
| To: | ███████████ @cisecurity.org> |
| Cc: | ███████████ @cisecurity.org>; ███████████ @fb.com>; ███████████ @cisa.dhs.gov>; ███████████ @fb.com>; ███████████ @fb.com> |
| Subject: | Re: Facebook/CIS Meeting |

Thanks for following up! Tried to give ████ a call yesterday but know things are crazy. Feel free to call me at ███████████ (I'm around for the next 20 min if you happen to be free now!)

Sent from my iPhone

On Oct 28, 2020, at 9:54 AM, ███████████ @cisecurity.org> wrote:

Hi, ████ Just checking back on this.

Thanks!

| From: | ███████████ @cisecurity.org> |
|---|---|
| Date: | Monday, October 26, 2020 at 6:13 PM |
| To: | ███████████ @fb.com>, ███████████ @cisecurity.org>, ███████████ @fb.com> |
| Cc | ███████████ @cisa.dhs.gov>, ███████████ @fb.com>, |

MOLA_DEFSPROD_00008791

███████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Sorry, I could have been much clearer!

Let us propose an approach that balances minimal touchpoints with the election official while getting to the official directly when it's necessary:
1)      CIS gets a misinformation report
2)      When that report involves fb, CIS forwards it to the regional, copying CISA
3)      If fb needs more info, fb makes that request of CIS
4)      If CIS has that info, we provide it back to fb. If not, or you need a statement directly from them, we loop fb in with the official.

The goal for us is to make sure we're getting you everything we need from the authoritative source in our initial report. So, again, if there have been deficiencies in our reporting, let us know the details of those issues. I think the flow above will also help us get to that goal.

Over the next 8+ days we are in near constant contact with many of these officials and we have touchpoints with them outside email, so even when we don't have the info it will often be faster for us to get it for you.

I completely understand that from your perspective this is adding an unnecessary step, but it became clear from our members today that there is a very real need for CIS to help manage contacts with the many platforms.

Thanks yet again,

████

**From:** ████████████ @fb.com>
**Date:** Monday, October 26, 2020 at 4:17 PM
**To:** ████████████ @cisecurity.org>, ████████████ @cisecurity.org>, ████████████ @fb.com>
**Cc:** ████████████ @cisa.dhs.gov>, ████████████ @fb.com>, ████████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Thanks ████ – just to make sure I understand, does this mean that you are not comfortable looping us directly in with the reporting authority?

<image001.gif>

████████████
        @fb.com

MOLA_DEFSPROD_00008792

Case: 23-30445     Document: 43-3     Page: 277     Date Filed: 07/17/2023

**From:** ███████████████ @cisecurity.org>
**Date:** Monday, October 26, 2020 at 3:58 PM
**To:** ███████ @fb.com>, █████████████ @cisecurity.org>, ████████████
███████ @fb.com>
**Cc:** ██████████ @cisa.dhs.gov>, ██████████ @fb.com>, ████
███████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Thanks, ███████

We appreciate the call today. We think a direct line from CIS to Fb's regionals will be much more efficient for everyone and CISA is agreeable to that approach.

After talking with some of our members, we don't believe it is reasonable to leave CIS out of the loop for any part of the misinformation efforts. They were adamant that the one of the critical roles for CIS in this process is to broker the interactions and take work off of their very, very full plates. They expressed that excluding CIS from the process would make their jobs more difficult, take up more of their time, and weaken our efforts to ensure a fair election. They also felt that if there is information they did not feel comfortable sharing with CIS (or any other party) over e mail, it is their responsibility to remove that party from the email.

Our focus is on making life easier for them, not for ourselves or anyone else. We need to make that the priority. We urge you work directly through us and allow us to broker any additional information gathering from our members.

This will help us serve them best and will avoid the scenario where representatives from facebook, twitter, nextdoor, snap, tiktok, and others are all reaching out to them, potentially about a single report that they submitted to us, likely requesting the same or similar information.

To hasten action on misinformation, we believe it's best if Fb provides CIS with specific feedback on what you've found lacking in submissions so we can ensure that we have that information before we send it on to you. That will help your efforts as well as cross-platform efforts.

I'd be remiss to not mention that our members felt strongly about the importance of accountability in this process. With the extraordinary pace our members are carrying right now, CIS is in a better position to track which platforms have responded and how. It's in the nation's interest that we have an understanding of how various platforms are managing and responding to reports of misinformation submitted by authoritative sources. This is another role that CIS plays and one that our members have expressed is of utmost importance for this election and beyond.

I hope this is all agreeable to you. We're happy to have a follow up call if you'd like.

Thanks again,

███████

**From:** ███████████ @fb.com>
**Date:** Monday, October 26, 2020 at 12:57 PM
**To:** ██████████████ @cisecurity.org>, █████████ @fb.com>
██████████ @cisa.dhs.gov>, ████████ @fb.com>, ████
██████████ @cisecurity.org>, ██████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

MOLA_DEFSPROD_00008793

Date Filed: 07/17/2023        Page: 278        Document: 43-3        Case: 23-30445

Hi ███████████

Thanks for taking the time to meet with us this morning! I'm attaching my team's regional divide to this email, and look forward to connecting later today after you've had a chance to connect with some of your stakeholders.

Best,

<image002.gif>
████████████████
            ██@fb.com

**From:** ████████████████@cisecurity.org>
**Date:** Friday, October 23, 2020 at 6:09 PM
**To:** ███████████@fb.com>
**Cc:** ██████████████ @cisa.dhs.gov>, ████████████████@fb.com>, ████████████
████████@fb.com>, ███████@cisecurity.org>, ██████████@fb.com>
**Subject:** RE: Facebook/CIS Meeting

That's great. I just accepted.

██████

**From:** ██████████@fb.com>
**Sent:** Friday, October 23, 2020 5:27 PM
**To:** ██████████@cisecurity.org>
**Cc:** ████████@cisa.dhs.gov>, ████████████@fb.com>,
████████@fb.com>, █████████@cisecurity.org>, ████████████@fb.com>
**Subject:** RE: Facebook/CIS Meeting

Hi Aaron –

MOLA_DEFSPROD_00008794

How about 11a ET on Monday, October 26?
I've sent over a calendar hold with the below dial-in details for the call.

Best,

███████

WAYS TO JOIN

Computer or Mobile

████████████████████████

Facebook Meeting Room and Portal:
Use the touch panel in your room or Portal to enter the join code

████████

Telephone:
Dial in ███████████████████
or
Dial an alternative number from

█████████████████████████████

**From:** ███████████ @cisecurity.org>
**Sent:** Friday, October 23, 2020 1:18 PM
**To:** ███████████ @fb.com>
**Cc:** ████████████ @cisa.dhs.gov>; ████████████ @fb.com>;
███████ @fb.com>; ██████ @cisecurity.org>; ██████ @fb.com>
**Subject:** RE: Facebook/CIS Meeting

Sounds good. We are flexible on Monday outside of 12:30-2p ET. Let us know what times work for you.

Thanks,

███████

**From:** ███████████ @fb.com>
**Sent:** Friday, October 23, 2020 1:13 PM
**To:** ████████████ @cisecurity.org>
**Cc:** ███████████ @cisa.dhs.gov>; ██████████ @fb.com>;
█████████ @fb.com>; ████████ @cisecurity.org>; ████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

███████

Sorry —just getting to this.

My schedule has blown up a bit today so may need to punt until Monday.

████████████ to help schedule and provide dial in.

MOLA_DEFSPROD_00008795

Many thanks, all!

Sent from my iPhone

On Oct 23, 2020, at 12:01 PM, ███████████████ @cisecurity.org> wrote:

████

Adding ████ on my side. We are free between 1-3pm ET today. How is 1pm ET for everyone?

Thanks,

████

**From:** ████████████ @fb.com>
**Sent:** Friday, October 23, 2020 10:04 AM
**To:** ████████ @cisa.dhs.gov>; ███████████ @cisecurity.org>
**Cc:** ██████████ @fb.com>; ███████████ @fb.com>
**Subject:** Re: Facebook/CIS Meeting

Many thanks, ████

████ who leads our outreach to State Election Officials and ████ to help schedule.

Let us know if you have some time later today or an afternoon early next week to discuss some refinements to the reporting structure.

Many thanks,

████

MOLA_DEFSPROD_00008796

Case: 23-30445    Document: 43-3    Page: 280    Date Filed: 07/17/2023

Sent from my iPhone

On Oct 23, 2020, at 9:51 AM, ██████████████ @cisa.dhs.gov> wrote:

██

I've spoken with ████ at CIS about getting together for a call to discuss reporting and he's open to having the conversation.  I have cc'd him here to facilitate you all finding a time that works.  Feel free to invite me (or not) if I can be helpful.

Regards,

██

██████
██ Countering Foreign Influence Task Force
DHS/CISA/NRMC
██████ @cisa.dhs.gov

. . . .
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

. . . .
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

. . . .
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

Case: 23-30445      Document: 43-3      Page: 281      Date Filed: 07/17/2023

MOLA_DEFSPROD_00008797

…...

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . .

Case: 23-30445      Document: 43-3      Page: 282      Date Filed: 07/17/2023

MOLA_DEFSPROD_00008798

Case: 23-30445       Document: 43-3       Page: 283       Date Filed: 07/17/2023

| From: | ███████ @cisecurity.org] |
|---|---|
| Sent: | 10/7/2020 3:33:22 PM |
| To: | ███████ @twitter.com] |
| CC: | ███████ @cisa.dhs.gov]; ███████ @cisa.dhs.gov]; |
| | ███████ @twitter.com |
| Subject: | RE: EI-ISAC & Other |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

It has not, goes out end of day. We will pull the link.

EI-ISAC
@cisecurity.org

24x7 Security Operations Center
@cisecurity.org -

MS-ISAC®          Elections
Multi-State Information     Infrastructure
Sharing & Analysis Center®    ISAC

Measure the maturity of your
cybersecurity program.
Register for the NCSR today!

| From: | ███████ @twitter.com> |
|---|---|
| Sent: | Wednesday, October 7, 2020 12:37 PM |
| To: | ███████ @cisecurity.org> |
| Cc: | ███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>; |
| | ███████ @twitter.com |
| Subject: | Re: EI-ISAC & Other |

Hi ███ has the EI-ISAC notice gone out yet? We are not reaching critical mass so we are likely to postpone. (It is almost like these guys are administering an election out there!) If the note hasn't gone out, please pull the info about tomorrow's training. But feel free to leave in the information about PSP -- that work is ongoing. If it has gone out, we will just notify any folks who register ourselves.

Thanks so much!

On Tue, Oct 6, 2020 at 11:06 AM ███████ @cisecurity.org> wrote:

Hi ███

MOLA_DEFSPROD_00009613

Yes, we keep events in our distribution until they happen so it will go out with our next product tomorrow afternoon.



█████ *EI-ISAC*

████@cisecurity.org

24x7 Security Operations Center
████@cisecurity.org - ████████

**From:** ████████@twitter.com>
**Sent:** Monday, October 5, 2020 3:55 PM
**To:** ████████@cisecurity.org> ████████@cisa.dhs.gov>; ████████ @cisa.dhs.gov>
**Cc:** ████@twitter.com
**Subject:** Re: EI-ISAC & Other

Hi ████ is it possible to send out the invitation to the training for state and locals again? Our RSVPs are essentially non-existent.

State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 – 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: https://trainingforuselectionpartners.splashthat.com/

On Thu, Oct 1, 2020 at 11:06 AM ████████@twitter.com> wrote:
Thank you so much for sending it out. The ████@Twitter.com still absolutely works!

On Thu, Oct 1, 2020 at 10:52 AM ████████@cisecurity.org> wrote:
Hi ████

MOLA_DEFSPROD_00009614

Hopefully you've gotten some signups. I just learned a one pager another part of CIS shared with the community included the older ▮▮▮@twitter.com email. We'll be updating going forward to the PSP address but do we need to go back to folks that have that to correct or will that still work?



EI-ISAC

▮▮@cisecurity.org

24x7 Security Operations Center

▮▮@cisecurity.org -

MS-ISAC®
Multi-State Information
Sharing & Analysis Center®

Elections
Infrastructure
ISAC



Malicious Domain Blocking and Reporting (MDBR)
**Prevent IT systems from connecting to harmful web domains at no cost**

**From:** ▮▮▮@twitter.com>
**Sent:** Tuesday, September 29, 2020 4:23 PM
**To:** ▮▮▮@cisecurity.org>
**Cc:** ▮▮@twitter.com
**Subject:** Re: EI-ISAC & Other

▮▮ -- apologies for the typo -- RSVP is in the first paragraph twice. Thank you in advance for fixing my hasty mistake :)

On Tue, Sep 29, 2020 at 4:17 PM ▮▮▮@twitter.com> wrote:

Hi ▮▮ are you able to add these two updates to your weekly news alert that is distributed to state and local election officials? Thank you!

(1) State and Local Election Officials: Please join Twitter on Thursday, October 8 from 3:30 - 4:30 pm EST for a training on creative and effective content strategies on Twitter in advance of the U.S. Election. You will hear the latest on product updates, best practices, and strategy for creating engaging content! Time for Q&A will be reserved at the end. RSVP here: RSVP link here: https://trainingforuselectionpartners.splashthat.com/

MOLA_DEFSPROD_00009615

(2) We are onboarding state and local election officials onto Twitter's Partner Support Portal. The Partner Support Portal is a dedicated way for critical stakeholders -- like you -- to flag concerns directly to Twitter. These concerns can include technical issues with your account and content on the platform that may violate our policies. Email PSPOnboarding@Twitter.com to enroll.

And please note the URL name -- it sometimes prompts an erroneous autocorrect. Please let me know if you have any questions!

Thank you,

█████

On Thu, Sep 17, 2020 at 1:22 PM ███████████████ @cisecurity.org> wrote:

█████

Please forgive for the delayed response. Typically, with private sector partners we would feature new initiatives in our weekly news alert (Wednesday afternoons) with a one paragraph summary. We typically link to some sort of public reporting, whether you have a release on PSP or a page where you've been directing sign-ups that we can point folks to. With regards to the training, we have an "upcoming events" section in the same product that we can include links for signup/webinar location or an email to contact.

Let me know,

Best,

█████

██████████

█████ EI-ISAC

█████ @cisecurity.org

24x7 Security Operations Center

█████ @cisecurity.org - ████████




 




Date Filed: 07/17/2023    Page: 286    Document: 43-3    Case: 23-30445

MOLA_DEFSPROD_00009616

**From:** ███████████████ ██████████@cisa.dhs.gov>
**Sent:** Wednesday, September 2, 2020 3:33 PM
**To:** ███████ @twitter.com>; ███████████ @cisa.dhs.gov>
**Cc:** ████████ @twitter.com>; ███████████ @cisa.dhs.gov>; ███████
██████@cisa.dhs.gov>; ████████████ @cisecurity.org>
**Subject:** RE: EI-ISAC & Other

████████

I have cc'd ███████████ the EI-ISAC on this email.

Also, if you have items that we can share through our channels we are happy to take a look.

████████

██████████████████
██████████████████

Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

███████████████ @hq.dhs.gov

**From:** ████████████ @twitter.com>
**Sent:** Wednesday, September 2, 2020 3:06 PM
**To:** ████████████ @cisa.dhs.gov>; ██████████
██████@cisa.dhs.gov>
**Cc:** ████████████ @twitter.com>
**Subject:** EI-ISAC & Other

Long lost friends, how are you? Hope you got in a few quick breaks this August.

Do you have contact information for the team at the EI-ISAC? We want to send a message to state and local election officials inviting them: (1) to be onboarded to the Partner Support Portal (previously this was reserved only for state-level; we are now expanding for locals) and (2) a training for best-practices on creating credible and engaging content.

MOLA_DEFSPROD_00009617

Any other issues we should be connecting on?

Thanks,



.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . .

Case: 23-30445   Document: 43-3   Page: 288   Date Filed: 07/17/2023

MOLA_DEFSPROD_00009618

Case: 23-30445    Document: 43-3    Page: 289    Date Filed: 07/17/2023



**From:** ████████████████ @fb.com]
**Sent:** 8/3/2020 1:30:05 PM
**To:** ████████████ @cisecurity.org]; ████████████ @cisecurity.org];
████ @fb.com]; ████ @fb.com]; ████ @fb.com];
████ @fb.com]; ████ @cisa.dhs.gov]; ████ @sso.org];
████ @sso.org]; ████ @nased.org]
**CC:** ████████████ @fb.com]; ████████████ @cisa.dhs.gov];
████ @cisa.dhs.gov]; ████ @cisa.dhs.gov];
████ @cisecurity.org] ████ @cisecurity.org] ████ @cisecurity.org]
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Hello ████ -- Very much appreciate the follow up. I believe ████ has been in touch and provided some initial feedback already on the portal -- thank you for being open to the input.

As for further integrating the portal into Facebook at this time, the consensus view is that it would be premature right now given ongoing feedback on the portal and other open questions, especially with less than 100 days until the US2020 election. This is also in light of our significant investment, attention, and commitment to our state and local partners, as well as our collaboration within industry and with our government stakeholders to make sure existing systems and processes are honed, ready, and up to par.

Also, for fuller transparency, we shared with members of our legal team the draft terms of service, and there are concerns (echoed on the policy side), about definitions and controls about who has access to "case information," which remains undefined, so that is at least one area that would need further clarification and certainty, among others, to which our prior questions have alluded.

We also remain unclear on how many states have been onboarded to the portal, what the training and technical assistance plan is for onboarded users, and how quality assurance of onboarded users and how they would be using the portal and what they would be surfacing would be validated, monitored, and maintained.

We are happy to continue to provide feedback and explore ways to improve the portal, and are grateful for the opportunity to engage.



**From:** ████████████ @cisecurity.org>
**Sent:** Sunday, July 26, 2020 3:02 PM
**To:** ████████████ @fb.com>; ████████████ @cisecurity.org>;
████ @fb.com>; ████ @fb.com>; ████ @fb.com>;
████ @fb.com>; ████ @cisa.dhs.gov>; ████ @sso.org>;
████ @sso.org>; ████ @nased.org>
**Cc:** ████████████ @fb.com>; ████████████ @hq.dhs.gov>;
████ @cisa.dhs.gov; ████ @cisa.dhs.gov; ████ @cisecurity.org>;
████ @cisecurity.org>; ████ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

████

Thanks for your note. I am attaching an updated version of the Terms of Use for the Portal. Users will be required to agree to these terms upon access to the portal. This document, coupled with the recognition that the users (partners) of the Misinformation Reporting Portal are elected or appointed officials with formal election responsibilities should provide Facebook with clarity with regard to vetting of users and the processes used to help ensure that mis- and disinformation reports submitted to Facebook are valid. In fact, the Portal will clearly strengthen the current processes used to report information to Facebook.

MOLA_DEFSPROD_00009737

I have approved ███ account and reached out to her to engage directly on questions and feedback.

Finally, I request confirmation that Facebook will provide the minimal engagement needed to validate the Portal's email interface to Facebook and the identification of the appropriate point of contact in Facebook for this effort. As previously noted, we have designed the Portal to Facebook interface to match exactly the current interface used by elections officials. We anticipate that we can validate this interface with you very quickly. At the extreme, the validation will not take more that 2-3 hours total time (perhaps in a couple of short sessions).

Our elections hearing in the House was delayed until August 4th due to Rep. John Lewis's death. Based on discussions with staff, we expect that there may be questions on what we are doing to help elections officials better manage misinformation on social media. Your timely support to validating the Portal interface will enable us to provide positive responses in this area.

Please let me know if you have any questions.

Thanks,



)cisecurity.org

CIS. **Center for Internet Security**

From: ███████ @fb.com>
Sent: Thursday, July 23, 2020 6:42 PM
To: ███ @cisecurity.org>; ███████ @cisecurity.org>; ███
███ @fb.com>; ███ @fb.com>; ███ @fb.com>;
███ @fb.com>; ███ @cisa.dhs.gov>; ███ @sso.org>;
███ @sso.org>; ███ @nased.org>
Cc: ███ @fb.com>; ███ @cisa.dhs.gov>; ███ @hq.dhs.gov>;
███ @cisa.dhs.gov>; ███ @cisa.dhs.gov>; ███ @cisecurity.org>; ███
███ @cisecurity.org>; ███ @cisecurity.org>
Subject: RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Thanks so much, █████. We are grateful to share the same goal of securing US2020 as best as possible.

Regarding the efforts to ensure compliance with the portal's terms of service, can you share how compliance by the vetted/onboarded partners will be monitored and maintained and what quality assurance will be in place to make sure that onboarded partners surface content appropriately, along with the ongoing training and technical asisstance plan for any onboarded partners? And can you share how many states (and which ones) have already been onboarded?

MOLA_DEFSPROD_00009738

My colleague ▇ would be happy to test the portal and provide feedback, and other teams, such as our legal teams, would need time to review and assess. What would be the best way to relay feedback that is helpful on your end?



**From:** ▇▇▇ @cisecurity.org>
**Sent:** Tuesday, July 21, 2020 5:45 PM
**To:** ▇▇ @fb.com>; ▇▇ @cisecurity.org>; ▇▇ @fb.com>; ▇▇ @fb.com>; ▇▇ @fb.com>; ▇▇ @fb.com>; ▇▇ @cisa.dhs.gov>; ▇▇ @sso.org>; ▇▇ @sso.org>; ▇▇ @nased.org>
**Cc:** ▇▇ @fb.com>; ▇▇ @hq.dhs.gov>; ▇▇ @cisa.dhs.gov>; ▇▇ @cisa.dhs.gov>; ▇▇ @cisecurity.org>; ▇▇ @cisecurity.org>; ▇▇ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

▇▇,

We are clearly in agreement that the short window before the General Election requires that we focus on the highest priority work efforts. Given the strong indications that there will be a significant increase in disinformation and misinformation about the elections process distributed through social media, the elections community is looking for tools and processes to enable them to more effectively deal with this increase. The Misinformation Reporting Portal is one of those tools. The attached paper summarizes the benefits of the Portal for various elections stakeholders. Hopefully, this explains the sense of urgency regarding the Misinformation Reporting Portal from the elections community.

As we noted on the call, we have developed an interface to Facebook that exactly mimics the current email submission method. No engineering or adjustments to the Facebook side of the interface is required. What we would like to do is to demonstrate this interface to give us all comfort that there is no modifications needed on the Facebook side. We are ready to do this now.

As you know, there is strong interest in Congress on the handling of disinformation and misinformation regarding elections. CIS will be testifying at a House hearing on Tuesday, July 28th regarding elections security. We would like to be able to provide a positive update on the status of working with Facebook on the Misinformation Reporting Portal.

In response to the question about enforcing the terms of use, is important to affirm that those who will report will have been vetted as elections officials or members of national organizations overseeing elections matters. In addition, the design of the portal reinforces the terms of use to assist those submitting to the portal.

Finally, we would once again offer that we can establish accounts on the portal for Facebook users. The link to request an account is below. We have found that using the system helps provide an understanding of how the system operates and the ease of use. This is a development version so feel free to register as any state or local and submit cases.

https://mrp.cis.sharkbaitsoftwarellc.com/auth/register

Thanks,



@cisecurity.org

Case: 23-30445      Document: 43-3      Page: 291      Date Filed: 07/17/2023

MOLA_DEFSPROD_00009739

Case: 23-30445      Document: 43-3      Page: 292      Date Filed: 07/17/2023



**CIS** **Center for Internet Security**®



**From:** ███████████████@fb.com>
**Sent:** Monday, July 20, 2020 5:44 PM
**To:** ████████████████@cisecurity.org>; ████████@cisecurity.org>; ███████
███████@fb.com>; ███████████@fb.com>; ███████@fb.com>; ███████
███████@fb.com>; ███████@cisa.dhs.gov>; ████████@sso.org>; ███████
███████@sso.org>; ███████████@nased.org>
**Cc:** ███████@fb.com>; ███████@hq.dhs.gov>;
███████@cisa.dhs.gov; ███████@cisa.dhs.gov; ████████@cisecurity.org>; ███████
███████@cisecurity.org>; ███████@cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Thank you, ██████. Will need some time for our teams to review the input and confer further internally on feasibility, and 7/21 is just a bit too tight on our end. Also, engineering integration on our end is something that will need to be explored internally as we have a lot of product efforts related to US2020 readiness that are extremely high priority given that we are almost only 100 days from election day.   Can you share the plan on how you will enforce the terms of service to make sure participants of the portal remain in compliance?



**From:** ███████████████@cisecurity.org>
**Sent:** Friday, July 17, 2020 1:08 PM
**To:** ████████████████@fb.com>; ████████@cisecurity.org>; ███████
███████@fb.com>; ███████████@fb.com>; ███████@fb.com>; ███████
███████@fb.com>; ███████@cisa.dhs.gov>; ████████@sso.org>; ███████
███████@sso.org>; ███████████@nased.org>
**Cc:** ███████@fb.com>; ███████@hq.dhs.gov>;
███████@cisa.dhs.gov; ███████@cisa.dhs.gov; ████████@cisecurity.org>; ███████
███████@cisecurity.org>; ███████@cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

████████

Thank you for the quick turn on your questions. We have attached our responses. As you will note, many of the answers were addressed in our (Draft) Terms of Use, a good indicator we are thinking along the same lines.

As we discussed on Monday, we are ready from the CIS and elections community side to begin expanded deployment of the Portal in early August.  This will provide sufficient time for the elections officials and the social media companies to be fully trained on the Portal.  What we need from Facebook is to finalize the technical formats for case submission.  We would also appreciate your review and comments on the Terms of Use document.

To that end, we want to keep this as streamlined and simple as possible. We ask for the following from Facebook:

MOLA_DEFSPROD_00009740

1.      Review the terms of use and provide any comments by July 21st. We will provide a final version later next week.
2.      Arrange for a technical conversation with the appropriate person(s) at Facebook to finalize the technical formats for accepting emails from the Portal and providing case disposition or feedback via email.

It would be best to begin technical conversations on these items as soon as possible. Here are some suggested times over the next few days:

- Today —3pm – 7pm ET
- Monday (20th) – 8am-10am, after 1pm ET
- Tuesday (21st) – all day
- Wednesday (22nd) – all day

Please let us know which times work for you. We are happy to hold multiple calls to accommodate your team's schedules.

Thanks,



██████████

████████████                    ██
          ██████████    ██cisecurity.org
          ████████████████



**From:** ████████ @fb.com>
**Sent:** Thursday, July 16, 2020 7:41 AM
**To:** ████████ @cisecurity.org>; ██████████ @cisecurity.org>; ████
████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
████ @fb.com>; ██████████ @cisa.dhs.gov>; ████████ @sso.org>;
████ @sso.org>; ████ @nased.org>
**Cc:** ████ @fb.com>; ██████████ @hq.dhs.gov>;
████ @cisa.dhs.gov>; ████ @cisa.dhs.gov>; ████ @cisecurity.org>;
██████████ @cisecurity.org>; ████ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Thank you so much, ████ –very much appreciate the time for meeting earlier this week.

- Below are the questions from our various teams (there is a wee bit of duplication on some of them, but we are erring on the side of inclusiveness for maximum understanding and insight).

MOLA_DEFSPROD_00009741

Case: 23-30445     Document: 43-3     Page: 293     Date Filed: 07/17/2023

- For next meeting time, should we plan on doing that after getting a sense of responses and feasibility on the below questions? From our end, early August window would be good, if you would like to suggest some time blocks (outside of Mondays and Fridays, if possible). (███████ could reach out to ████████ from our team who graciously help coordinate on the previous meeting).

Questions:

1. What steps will CIS take to ensure that only mis/disinformation type leads will be surfaced via the portal related to voter suppression/interference to ensure that scope is narrowly defined, and how will CIS ensure quality control?

2. What access controls will be in place to ensure that only vetted state-level and platform-level onboarded partners will have access to view and analyze the information and how will these access controls be maintained?

3. To what extent can the U.S. government, other platforms, and others view back and forth with platforms and also cross-platform content or escalations, and how will this be controlled? Are you open to a version of the portal that forwards intake to a platform email, with further back and forth being handled just between the platform and the reporter (but the initial report is available to other states/platforms/portal users).

4. How will portal access be determined?

5. What is the limit on the number of people and organizations who will have access to the portal?

6. What is the data retention period for the portal?

7. Is it the expectation that the portal will be a short-term or long-term project?

8. How will the portal sort information so that it is of importance and properly sorted by various terms of service depending on the platform, so that recipients of the information will be able to triage it quickly and deconflict?

9. What quality control measures will be in place to ensure that the escalations sent to the portal are not "noise" and will be properly described and not duplicative, and also not repeats of the same already-escalated content, to avoid burdening resource, operational, and engineering bandwidth during a very high-stakes election cycle where timely response and action will be critical?

10. Is the expectation that the portal will replace the dedicated 1:1 reporting channels maintained by the platforms, either in the short or long terms?

11. How will the portal advise whether or not a particular escalation has already been reported to the platforms and avoid sending an alert when such an escalation has already been made?

12. To what extent can the portal be used to surface trends and patterns across platforms that can be shared, if of value, while maintaining direct platform-level communication from the states?

13. Which states are not yet onboarded to the portal and what is the plan for those states?

14. How will the portal be made user-friendly for the wide range of users?

15. Who will train users on the portal, trouble shoot, and provide tech support for the portal?

16. What will turn around time, both before the election, and on election day, for portal support and login issues?

MOLA_DEFSPROD_00009742

17. How long does it take to approve access to the portal? Will there be expedited review closer to the election?

18. How will the portal enable platform-specific back and forth?

19. Will the portal provide links and not just screenshots to enable swift actioning of context?

20. How does the portal plan to surface behavior-type or pattern-type signals, as opposed to discrete pieces of content?

21. How will the portal prevent the same escalation being reported multiple times by multiple sources?

22. Aside from receiving "intake," and evaluating that, if possible, pursuant to platform-specific terms of service, what are other expectations of engagement from the platforms?



**From:** ████████ @cisecurity.org>
**Sent:** Wednesday, July 15, 2020 9:00 AM
**To:** ████████ @cisecurity.org>; ████████ @fb.com>;
████████ @fb.com>; ████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>; ████████ @cisa.dhs.gov>; ████████ @sso.org>;
████████ @sso.org>; ████████ @nased.org>
**Cc:** ████████ @fb.com>; ████████ @hq.dhs.gov>;
████████ @cisa.dhs.gov>; ████████ @cisecurity.org>; ████████
████████ @cisecurity.org>; ████████ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

████████ and the Facebook team,

Thank you again for the call on Monday. I wanted to provide the Terms of Use I promised and recap the next steps we agreed to.

Next Steps:
- Facebook is building a list of questions and will provide to CIS after syncing up internally
- We will schedule a follow up meeting in the next two weeks. ████████ from CIS will help coordinate schedules for us if you want to go ahead and provide her some times which work for your team.

Please let me know if you need anything in the meantime.

Thanks,



@cisecurity.org

**CIS** Center for Internet Security®

MOLA_DEFSPROD_00009743

**From:** ███████████
**Sent:** Friday, July 10, 2020 3:12 PM
**To:** ███████ @cisecurity.org>;
███████ @fb.com>; ███████ @fb.com>; ███████ @fb.com>;
███████ @cisa.dhs.gov>; ███████ @fb.com>; ███████ @fb.com>;
███████ @sso.org>; ███████ @sso.org>;
███████ @nased.org>;
**Cc:** ███████ @fb.com>; ███████ @hq.dhs.gov>;
███████ @cisa.dhs.gov; ███████ @cisa.dhs.gov; ███████ @cisecurity.org>;
███████ @cisecurity.org>; ███████ @cisecurity.org>
**Subject:** RE: Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal

Hi all,

We are looking forward to our conversation on Monday. I have attached an agenda to help guide the meeting. If there is something specific you would like to cover that is not on the agenda, please let us know.

Thanks and have a great weekend,

███████

███████ ████cisecurity.org

**CIS.** Center for Internet Security®

████████████

------Original Appointment------
**From:** ███████ @cisecurity.org>
**Sent:** Thursday, July 2, 2020 12:39 PM
**To:** ████████████████████
**Cc:** ███████ @cisa.dhs.gov; ███████ @cisa.dhs.gov;
**Subject:** Call with CIS/NASS/NASED and Facebook, RE: Social Media Misinformation Reporting Portal
**When:** Monday, July 13, 2020 11:30 AM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** via WebEx ████████████████

WebEx Information Below:

*Do not delete or change any of the following text*

**When it's time, join your Webex meeting here.**

Meeting number (access code): ████████████
Meeting password: ████████████

MOLA_DEFSPROD_00009744

**Join meeting**

**Join by phone**
Tap to call in from a mobile device (attendees only)

**Join from a video system or application**
Dial ███████████████████████████████
You can also dial ██████████ and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**
Dial ██████████████████████████

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00009745

Case: 23-30445    Document: 43-3    Page: 297    Date Filed: 07/17/2023

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

Case: 23-30445     Document: 43-3     Page: 298     Date Filed: 07/17/2023

MOLA_DEFSPROD_00009746

Case: 23-30445     Document: 43-3     Page: 299     Date Filed: 07/17/2023



| | |
|---|---|
| From: | ████████@cisecurity.org] |
| Sent: | 6/17/2020 12:58:15 PM |
| To: | ████████@twitter.com] |
| CC: | ████████@twitter.com]; ████████@cisa.dhs.gov]; ████████@cisa.dhs.gov]; ████████@cisa.dhs.gov]; ████████@cisecurity.org]; ████████@cisecurity.org]; ████████@cisecurity.org]; ████████@cisecurity.org]; ████████@nased.org]; ████████@sso.org]; ████████@sso.org]; ████████@twitter.com]; ████████@twitter.com]; ████████@twitter.com] |
| Subject: | RE: Reporting Portal with CIS, NASS, NASED and Twitter |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

██████

Sorry I am just getting this to you a few minutes before our meeting. We are looking forward to talking through these.

1.      Will there be some sort of agreement or terms of reference that will align all participants (reporters, government entities, companies) on objectives and usage of the portal?
Yes, we'll establish Terms of Reference (or equivalent agreements) for the portal. Broadly speaking the objectives are:
•      CIS: vet election officials to ensure that all information reported to the platforms comes from the authoritative source for that information.
•      Election offices: submit report of misinformation that, as the official authority a certain information, can be stated as factually inaccurate
•      Social media companies: process reports and provide timely responses, to include the removal of reported misinformation from the platform where possible
•      National associations: maintain awareness of occurrences of misinformation and communicate with other partners as necessary
•      Other partners: not on the critical path of the initial rollout; can be discussed as the platform evolves
2.      Who will have access to view/analyze reported information? Will there be any restrictions in place to dictate what can be done with this information?
This will be covered in the agreements, which will limit use of data. Broadly speaking usage will be
•      CIS: access to all information and ability to analyze and communicate about that information with election offices and social media companies
•      Election offices: submit report of misinformation that, as the official authority a certain information, can be stated as factually inaccurate
•      National associations: access to all information and ability to analyze and communicate about that information with election offices and social media companies
•      Social media companies: Access to reports necessary to investigate and come to a decision
•      Other partners: not on the critical path of the initial rollout; can be discussed as the platform evolves
3.      Would other companies have access to see reports for other platforms? I believe our answer is no we will not share the reports. However, based on the set of reports, we may share indications of campaigns of misinformation across platforms. What if the report has content from multiple companies? We have it setup where the samples are separated by platform. The top-level report information would be shared with any platform where a sample was provided. We are open to handling this differently and look forward to your thoughts here.
4.      What is the criteria used to determine who has access to the portal? The criteria has already been determined (elections officials vetted by CIS, NASS, NASED, DHS and social media platforms). Any others will be on a case-by-case basis with a specific formal terms of access agreement. How many individuals do you anticipate having access? There are roughly 9,000 elections offices. We expect as much as half may participate in the portal over time.

MOLA_DEFSPROD_00010210

5.     How long will reported information be retained?      **Redacted Proprietary Information**

# Redacted Proprietary Information

6.     How long will the portal be in operation? Just through the 2020 presidential election? The portal will be evaluated in January 2021 regarding demonstrated benefits, potential enhancements, and opinions by the elections community regarding continued operation.

7.     Companies' terms of service vary. How will individuals know what to report? We will cover this in the Terms of Reference and in the instructions given to users as they use the platform. The elections officials will report suspected misinformation related to elections. The platforms will have to assess the misinformation, including applicability of specific terms of service for the platform.

8.     Will there be any quality checks in place? Will there be a review of reports before they are submitted to companies? Will all reports be treated with equal priority? The reporting mechanism has requirements on which fields are required. This validation can be altered based on the "type" of report. We are open to adding more validation based on your feedback. We do not anticipate any manual review of the content itself. The reporter can set a priority, but we should discuss the implications of that to all involved.

9.     Will partners continue to use Partner Support Portal (PSP) or will everyone migrate to this reporting tool? We'd like to encourage election officials to use the Reporting Portal, but we believe it makes sense to continue to operate the PSP in parallel through this election and evaluate it afterward.

Thanks,

███

███
██████
                          @cisecurity.org



**CIS**  **Center for Internet Security**®



**From:** ████████@twitter.com>
**Sent:** Tuesday, June 16, 2020 3:59 PM
**To:** ████████@cisecurity.org>
**Cc:** ████████@twitter.com>; ████████@cisa.dhs.gov>;
████████@cisa.dhs.gov>; ████████@cisa.dhs.gov>;
████████@cisa.dhs.gov>; ████████@cisecurity.org>; ████████@cisecurity.org>;
████████@cisecurity.org>; ████████@cisecurity.org>;
████████@nased.org>; ████████@sso.org>; ████████@sso.org>;
████████@twitter.com>; ████████@twitter.com>; ████████@twitter.com>
**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

All,

Below are some of the questions we hope to discuss during our next call. Looking forward to it!

MOLA_DEFSPROD_00010211

Case: 23-30445      Document: 43-3      Page: 300      Date Filed: 07/17/2023

Date Filed: 07/17/2023     Page: 301     Document: 43-3     Case: 23-30445

█████

1.      Will there be some sort of agreement or terms of reference that will align all participants (reporters, government entities, companies) on objectives and usage of the portal?
2.      Who will have access to view/analyze reported information? Will there be any restrictions in place to dictate what can be done with this information?
3.      Would other companies have access to see reports for other platforms? What if the report has content from multiple companies?
4.      What is the criteria used to determine who has access to the portal? How many individuals do you anticipate having access?
5.      How long will reported information be retained?
6.      How long will the portal be in operation? Just through the 2020 presidential election?
7.      Companies' terms of service vary. How will individuals know what to report?
8.      Will there be any quality checks in place? Will there be a review of reports before they are submitted to companies? Will all reports be treated with equal priority?
9.      Will partners continue to use Partner Support Portal (PSP) or will everyone migrate to this reporting tool?

On Fri, Jun 12, 2020 at 3:40 PM ███████████            ██@cisecurity.org> wrote:

█████

Wednesday from 1-2 ET works for our team. I will send an invite.

I will also follow up separately with you on setting up accounts. Have a great weekend.

Thanks,

█████

████████

███████████
██@cisecurity.org



CIS, Center for Internet Security®

From: ███████████ @twitter.com>
Sent: Friday, June 12, 2020 2:29 PM

MOLA_DEFSPROD_00010212



**To:** ▮▮▮▮▮▮ @cisecurity.org>;
**Cc:** ▮▮▮▮▮ @twitter.com>;                    ▮▮▮▮▮ @cisa.dhs.gov>;
▮▮▮▮▮ @cisa.dhs.gov>;                    ▮▮▮▮▮ @cisa.dhs.gov>;                    ▮▮▮▮▮
▮▮▮▮▮ @cisa.dhs.gov>;                    ▮▮▮▮▮ @cisecurity.org>;                    ▮▮▮▮▮ @cisecurity.org>;
▮▮▮▮▮ @cisecurity.org>;                    ▮▮▮▮▮ @cisecurity.org>;                    ▮▮▮▮▮
▮▮▮▮▮ @nased.org>;                    ▮▮▮▮▮ @sso.org>;                    ▮▮▮▮▮ @sso.org>;
▮▮▮▮▮ @twitter.com>;                    ▮▮▮▮▮ @twitter.com>;                    ▮▮▮▮▮ @twitter.com>
**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ▮▮▮▮

Thanks again for this group's time yesterday. Can we schedule our next follow-up for next Wednesday from 1-2pm? We'll share some of our questions ahead of that call to help inform our discussion.

Also, would you be able to help us establish some log-ins for us to test out the tool?

Thanks!

▮▮▮▮

On Wed, Jun 3, 2020 at 4:52 PM ▮▮▮▮▮▮▮▮ @cisecurity.org> wrote:

▮▮▮▮

That works for us here at CIS ▮▮▮▮ will send an invite shortly.

Thanks,

▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮ @cisecurity.org

**CIS.** **Center for Internet Security**

MOLA_DEFSPROD_00010213

Case: 23-30445   Document: 43-3   Page: 303   Date Filed: 07/17/2023

**From:** ███████████ @twitter.com>
**Sent:** Wednesday, June 3, 2020 4:08 PM
**To:** ███████████ @cisecurity.org>
**Cc:** ███████████ @twitter.com>; ███████████ @cisa.dhs.gov>;
███████████ @cisa.dhs.gov>;
███████████ @cisa.dhs.gov>; ███████████ @cisecurity.org>; ███████████ @cisecurity.org>;
███████████ @cisecurity.org>; ███████████ @cisecurity.org>;
███████████ @nased.org>; ███████████ @sso.org>; ███████████ @sso.org>;
**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ███

Thank you for your patience. Would 3:30 next Thursday (6/11) work for a follow-up call?

Best,

███

On Mon, Jun 1, 2020 at 8:37 AM ███████████ @cisecurity.org> wrote:

███

I hope you are doing well. I know it is a busy week with the election tomorrow. When you can, please let us know a good time to reschedule our meeting from last week. We will have some updates to share about our beta testing with election officials and a possible nationwide training collaboration with the Belfer Center.

Thanks,

███

███

███████ @cisecurity.org

**CIS.** Center for Internet Security®



**From:** ███████████ @twitter.com>
**Sent:** Friday, May 22, 2020 4:30 PM
**To:** ███████████ @cisecurity.org>

MOLA_DEFSPROD_00010214

**Cc:** ██████████@twitter.com>; ████████████@cisa.dhs.gov>; ███████
████████@cisa.dhs.gov>; ████████████@cisa.dhs.gov>; ████████
██████@cisa.dhs.gov>; ███████████@cisecurity.org>; █████
████████@cisecurity.org>; ██████████@cisecurity.org>; ██████
█████████@cisecurity.org>; ████████@nased.org>; ████████@sso.org>; ███
██████@sso.org>

**Subject:** Re: Reporting Portal with CIS, NASS, NASED and Twitter

Hi ████,

Thank you for your email and for your time last week. We support your goals in establishing this tool, but still need to run some traps internally regarding options to receive the info and provide feedback. Happy to schedule a follow-up call next week, though we may still have more questions than feedback at that point. If that works for you all, let's aim for 4:30 pm EST.

Best,

████

On Thu, May 21, 2020 at 3:25 PM ████████████████ @cisecurity.org> wrote:

████████

Thank you so much for the call last Monday. I hope it proved helpful as you went back to your team at Twitter. With the elections nearing, we are eager to hear if you have anything you can share from your internal conversations. Are you available for a 30 min follow up call next week? We have a few time slots next Thursday if any of these work for you: 9-10am, 2-2:30pm, and 4-5pm (Eastern). If these don't work for you, we can shuffle some schedules around. Just let us know what works best for you.

Thanks,

████

████████

██████████@cisecurity.org
████████



CIS. **Center for Internet Security®**

MOLA_DEFSPROD_00010215

-----Original Appointment-----

**From:** ███████████████████ @cisa.dhs.gov>
**Sent:** Wednesday, May 6, 2020 9:31 AM
**To:** ███████████████████████████████████████████████
**Cc:**
**Subject:** Reporting Portal with CIS, NASS, NASED and Twitter
**When:** Monday, May 11, 2020 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** WebEx invite just sent separately -- please use that information

Sent a separate invite to use WebEx for the meeting. Please let me know if you don't receive the WebEx invite.

Thanks,

███████

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

Case: 23-30445    Document: 43-3    Page: 305    Date Filed: 07/17/2023

MOLA_DEFSPROD_00010216

Case: 23-30445   Document: 43-3   Page: 306   Date Filed: 07/17/2023

MOLA_DEFSPROD_00010217

| From: | ▓▓▓▓▓▓▓▓▓▓▓▓ @google.com] |
|---|---|
| Sent: | 4/20/2020 12:18:53 PM |
| To: | ▓▓▓▓▓▓▓▓ @cdc.gov] |
| CC: | ▓▓▓▓▓▓ @google.com]; Crawford, Carol Y. ▓▓▓▓▓▓▓▓▓▓▓ @cdc.gov] |
| Subject: | Re: Question Hub users |
| Attachments: | CDC & Question Hub - COVID EAP Partner Presentation .pdf |

Hi ▓▓▓

Thanks for sharing CDC contacts for the Question Hub early access program. We will whitelist access for the three accounts today. Once whitelisted, the next step is to login to the tool (at questionhub.google.com) with the whitelisted accounts and begin submitting links for created content on CDC web surfaces! The tool is fairly easy to use and instructions can be found in Page 5 of the attached presentation.

Let me know if you or the team have any questions as you use the tool and please do give us a heads up when your team has begun submitting answers.

Thanks,
▓▓▓▓

On Mon, Apr 20, 2020 at 7:56 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓ @cdc.gov> wrote:

Hi ▓▓▓▓

We would like to start with just three persons for the Question Hub pilot. Carol Crawford ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓ @cdc.gov) and myself ▓▓▓▓ @cdc.gov). We will evaluate it and then decide who would be best to include for CDC.

Please provide a link or instructions to get to the hub.

Thank you again for this opportunity and all that Google is doing for this pandemic.

▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @google.com

Date Filed: 07/17/2023    Page: 308    Document: 43-3    Case: 23-30445

| From: | ██████@fb.com) |
|---|---|
| Sent: | 12/30/2021 7:16:50 AM |
| To: | Rowe, Courtney (who.eop.gov) ██████@who.eop.gov] |
| CC: | Flaherty, Rob R. EOP/WHO ██████@who.eop.gov]; Waldo, Eric (HHS/OASH) ██████@hhs.gov]; Siegel, Rebecca (HHS/ASPA) ██████@hhs.gov] |
| Subject: | Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13 |
| Attachments: | 12_24_21 - COVID-19 Insights.pdf |

Morning and happy holidays to you all.  Sending the latest version of our Covid insights report, which covers the weeks of 11/28-12/11.

We'll be back on schedule to send you the next version on Friday 1/7.

Please let me know if you have any questions or would like to discuss.

████████ | ∞ Meta
US Public Policy
575 7th St, N.W., Suite 700
Washington, D.C. 20004

████████

---

**From:** ████████@fb.com>
**Date:** Wednesday, December 15, 2021 at 1:07 PM
**To:** Rowe, Courtney M. EOP/WHO ████████@who.eop.gov>
**Cc:** Flaherty, Rob R. EOP/WHO ████████@who.eop.gov>,  Waldo, Eric (HHS/OASH) <████████@hhs.gov>, ████████@hhs.gov <████████@hhs.gov>, ████████ ████████@fb.com>
**Subject:** Re: [EXTERNAL] Re: Covid Insights Report - weeks of 10/31-11/13

Hi Courtney—

Apologies for the delayed response. I want to make sure we aren't miscommunicating—and if you are thinking of a separate campaign other than the one we are currently deploying, I will run that to ground.  We're taking a multi-prong approach to addressing the Omicron variant and encouraging people to get their booster vaccines, including:

• **Profile Frames:** On Wednesday, December 1, we partnered with HHS to launch a new set of Facebook Profile Frames that encourage the COVID-19 booster vaccine. The frames are in both English and Spanish, and allow users to share either that they've received their booster vaccine ("I Got My COVID-19 Booster") or to encourage getting the booster ("Let's Get Our Covid-19 Booster"). We have employed platform interventions to promote adoption of these frames and will continue to iterate.

• **In Feed Promotions** - We ran in feed promotions on Facebook in both English and Spanish, which share content created by credible health and media organizations about the Center for Disease Control recommendation for all eligible adults to get their booster vaccine.

• **Ads:** In partnership with HHS and Center for Disease Control, we are working to utilize their remaining ad credits to raise awareness of the booster vaccine and communicate essential health information.

• **Partner campaigns:** Next week, we are launching a campaign with Johns Hopkins University's Bloomberg School of Public Health that will encourage eligible adults to get booster shots. Additionally, our partnerships teams continue to

MOLA_DEFSPROD_00007225

| From: | ▮▮▮▮▮▮▮▮▮▮ @fb.com] |
|---|---|
| Sent: | 10/31/2021 4:43:30 PM |
| To: | Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮ @hhs.gov] |
| Subject: | Fwd: not even sure what to say at this point |
| | |
| Flag: | Follow up |

Eric—we had heard from Rob Thursday as well regarding Thursday's wapo story (my response below). I saw the Surgeon General's reaction on Twitter—we want to make sure you and he have the context necessary as we feel strongly that the claims made in the story are not accurate, especially considering that we had discussed many of the studies referenced during our briefings.

Please let me know if you'd have time for a longer conversation next week.

Thanks,

▮▮▮▮▮▮▮▮

Get Outlook for iOS

| From: | ▮▮▮▮▮▮▮▮ @fb.com> |
|---|---|
| Sent: | Thursday, October 28, 2021 11:58 AM |
| To: | Flaherty, Rob R. EOP/WHO |
| Subject: | Re: not even sure what to say at this point |

Hey—nothing in the story is inconsistent with what we briefed on. The studies referenced in the story were all done early and were not in any way considered to be methodologically appropriate for sharing. We referenced these in briefings and also talked about why we were not comfortable using this type of data because it's unreliable. This has been a fundamental disagreement to be sure in terms of data you have asked for and data that we have said is best used to depict the scope of the issue. But we've been open about that. A number of these studies cited in the story were specifically referenced during our briefings. Happy to get on the phone to walk through why this story is not accurate—like much of the coverage in recent days it relies on cherry picked data that portrays a specific narrative. In the meantime, here's the statement we just released:

"The studies cited were in no way definitive, which is why we did not share them as if they were. They were early directional analyses meant to give guidance to product and policy teams on where we could improve our defenses against harmful vaccine misinformation. We improved our policies based in part on those analyses and communicated those steps to policymakers and the public. As VP of Integrity Guy Rosen noted in August, measuring prevalence of a specific type of content on our platform takes years of work - especially on a topic as dynamic as vaccine misinformation - which is why no company has to date been able to share that data."

Get Outlook for iOS

| From: | Flaherty, Rob R. EOP/WHO <▮▮▮▮▮▮▮▮ @who.eop.gov> |
|---|---|
| Sent: | Thursday, October 28, 2021 10:09:04 AM |
| To: | ▮▮▮▮▮▮▮▮ @fb.com> |
| Subject: | not even sure what to say at this point |

https://www.washingtonpost.com/technology/2021/10/28/facebook-covid-misinformation/

MOLA_DEFSPROD_00007246

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ▮▮▮▮▮▮▮

MOLA_DEFSPROD_00007247

Case: 23-30445      Document: 43-3      Page: 311      Date Filed: 07/17/2023

| From: | ▮▮▮▮▮▮▮▮@fb.com] |
|---|---|
| Sent: | 10/29/2021 5:12:35 PM |
| To: | ▮▮▮▮▮@who.eop.gov;  Waldo, Eric (HHS/OASH) ▮▮▮▮▮ @hhs.gov]; Rowe, Courtney (who.eop.gov) ▮▮▮▮▮▮▮@who.eop.gov];  Siegel, Rebecca (HHS/ASPA) ▮▮▮▮▮@hhs.gov] |
| CC: | ▮▮▮▮▮▮▮@fb.com] |
| Subject: | Covid Insights and plan for approval of kids vaccine |
| Attachments: | 10_29 - COVID-19 Insights.pdf |

Rob, Courtney, Eric and Becca—

Thanks again for taking the time to meet with us on Monday, and for sharing the administration's plans for the November 15th Week of Action. We are committed to the effort of amplifying the rollout of children's COVID vaccines. Below is a detailed description of our plans:

**Once FDA Approval Goes into Effect (Date TBD)**
•    Launch in-feed promotions featuring content from authoritative health orgs and media about vaccine approval for children ages 5-11 to spread awareness. This will run in English and Spanish, and will continue through the Week of Action.
•    As soon as the CDC updates its guidance, we will update our COVID Information Center Vaccine FAQ section with vaccine safety information for children ages 5-11.
•    As discussed, as soon as the EUA is issued, we will also be able to apply claims from our current misinfo policies for COVID-19 vaccines to include claims about child vaccinations. We were able to make this change based on the conversation we had last week with the CDC, expected language from the EUA, and previous conversations with health authorities. There are several claims that we will be able to remove as soon as the CDC debunks them; until then, we are unable to remove them (e.g., COVID vaccine gives children Bell's Palsy, causes blood clots in children, and causes multiple sclerosis in children).

**Week of Action (Nov 15-21)**
•    Amplify the updated content in our COVID Information Center Vaccine FAQ section about vaccine safety information for children ages 5-11 through in-feed promotions.
•    Promote in-feed that vaccines are now available for children ages 5-11, with a link to help identify the nearest location to get the vaccine.
•    Starting in mid-November and continuing through early December, we'll be supporting a number of partners including Kaiser Family Foundation, Ad Council, and Direct Relief to launch large-scale ad campaigns aimed at parents that will answer questions about COVID-19 vaccines for children. Some of these campaigns, like Kaiser Family Foundation's, will be available both in English and Spanish.

As a reminder, we continue to invest in our partnership with HHS to launch an influencer campaign, and are exploring options for how the campaign might serve parents of children ages 5-11. We are also continuing our work with state and local health authorities to ensure that existing tools can be leveraged to support the children's vaccine rollout, including updating the Vaccine Finder and sending users to vaccines.gov.

As discussed on our call, we have observed peaks and troughs of new COVID misinformation over the last 18 months, often coinciding with key external developments. We expect the approval of COVID vaccines for kids ages 5-11 will be another significant peak in new misinformation claims. Our policy allows us to take action against this content once those claims have been debunked and confirmed harmful by a public health authority. We're committed to addressing these quickly; to do so effectively, we will need a channel to a health expert with whom we can discuss these claims in real time. Is this something we could partner on, and if so, would your team be able to help connect us with a point person?

Lastly, please see the biweekly report PDF enclosed.

MOLA_DEFSPROD_00007248

We appreciate the opportunity to partner and welcome your feedback on any of the above.

Thanks,

███████ and team

Case: 23-30445     Document: 43-3     Page: 312     Date Filed: 07/17/2023

MOLA_DEFSPROD_00007249

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮@fb.com] |
| **Sent:** | 10/20/2021 8:55:39 AM |
| **To:** | Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮@who.eop.gov] |
| **CC:** | Clarke.Humphrey ▮▮▮▮▮@who.eop.gov]; Tom, Christian L. EOP/WHO ▮▮▮▮▮@who.eop.gov]; Waldo, Eric (HHS/OASH) ▮▮▮▮▮@hhs.gov]; Rowe, Courtney (who.eop.gov) ▮▮▮▮▮@who.eop.gov]; Schake, Kristina (HHS/IOS ▮▮▮▮▮@hhs.gov]; Qureshi, Hoor A. EOP/WHO ▮▮▮▮▮@who.eop.gov]; ▮▮▮▮▮@fb.com] |
| **Subject:** | Re: Kids Vaccines |

Thanks Rob—we'd welcome the opportunity.   Adding ▮▮▮▮ on our end to help coordinate.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO <▮▮▮▮▮@who.eop.gov>
**Sent:** Tuesday, October 19, 2021 12:30:07 PM
**To:** ▮▮▮▮▮@fb.com>
**Cc:** Humphrey, Clarke E. EOP/WHO <▮▮▮▮▮@who.eop.gov>; Tom, Christian L. EOP/WHO <▮▮▮▮▮@who.eop.gov>; Waldo, Eric (HHS/OASH) ▮▮▮▮▮@hhs.gov>; Rowe, Courtney M. EOP/WHO <▮▮▮▮▮@who.eop.gov>; Schake, Kristina (HHS/IOS) <▮▮▮▮▮@hhs.gov>; Qureshi, Hoor A. EOP/WHO <▮▮▮▮▮@who.eop.gov>
**Subject:** Kids Vaccines

Brian – Related to your previous email, thought it might be helpful for us to connect on what the admin's plans are for the 5-11 vaccine roll out. We'd like to talk about what we're seeing as the biggest headwinds we're going to face, and discuss what you all are planning as we move into this next phase. We remain concerned about mis -and-disinformation on feed and in groups, and the wide reach of hesitancy-inducing content across your platform. With that said, we hope -- as ever -- that this will be a productive and forward-looking conversation.

Hoor can help wrangle times on our end, if you've got some times on yours this week or early next.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ▮▮▮▮▮

MOLA_DEFSPROD_00007250

Date Filed: 07/17/2023   Page: 314   Document: 43-3   Case: 23-30445

| | |
|---|---|
| From: | ██████████@fb.com] |
| Sent: | 9/21/2021 2:15:04 PM |
| To: | Flaherty, Rob R. EOP/WHO ████████@who.eop.gov] |
| CC: | Waldo, Eric (HHS/OASH) ████████@hhs.gov]; Rowe, Courtney (who.eop.gov) ████████@who.eop.gov]; DJ Pati ████@gmail.com] |
| Subject: | Re: [EXTERNAL] Covid Insight Report |

Understood Rob—we will circle back over the next few days to brief.

**From:** Flaherty, Rob R. EOP/WHO ████████@who.eop.gov>
**Date:** Saturday, September 18, 2021 at 2:54 PM
**To:** ████████@fb.com>
**Cc:** Waldo, Eric (HHS/OASH) ████████@hhs.gov>, Rowe, Courtney M. EOP/WHO ████████@who.eop.gov>, DJ Patil ████@gmail.com>
**Subject:** Re: [EXTERNAL] Covid Insight Report

Happy to talk about it, ████. Would be interested to see, as we have long asked for, how big the problem is, what solutions you're implementing, and how effective they've been.


Sent from my iPhone


On Sep 18, 2021, at 2:52 PM, ████████@fb.com> wrote:

Eric and team,

Including the latest version of our report here.

I'm sure you also saw yesterday's story in the WSJ about the spread of COVID-19 misinformation in comments on Facebook. The story – largely based on cherry-picked leaked documents, doesn't accurately represent the problem or the solutions we have put in place to make comments on posts about COVID and vaccines safer. I know that we've discussed this many times over the past several months and I'd be happy to schedule a call to discuss in greater detail. Please let me know if that would be of interest.

In the meantime I'm also sharing a post we published today from Nick addressing the WSJ series in full.  Link to that post is here.

As always please let me know if you have any questions.

Thanks,

████████

**From:** Waldo, Eric (HHS/OASH) ████████@hhs.gov>
**Date:** Tuesday, September 7, 2021 at 5:11 PM
**To:** ████████@fb.com>, ████████@who.eop.gov ████████@who.eop.gov>, Rowe,

MOLA_DEFSPROD_00007258

Courtney (who.eop.gov) < ████████ @who.eop.gov>,  DJ Patil ██████ @gmail.com>
**Subject:** RE: Covid Insight Report

Thanks so much for sharing this, Brian. DJ and I connected last week and he should be reaching out with timing soon (me or someone from my team would join him as well).

Thanks!

**From:** ████████ @fb.com>
**Sent:** Tuesday, September 7, 2021 10:03 AM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>; ████████ @who.eop.gov; Rowe, Courtney (who.eop.gov) ████████ @who.eop.gov>; DJ Patil ██████ @gmail.com>
**Subject:** Covid Insight Report

Good morning—apologies that this is coming after the holiday weekend. Attaching our latest Covid Insights report. Happy to schedule time to discuss at your convenience.

Eric and DJ—would also love to follow up on nailing down our meeting to discuss data transparency—let me know if there's anything I should be doing to move that along.

Thanks,

████

**From:** ████████ @fb.com>
**Date:** Saturday, August 21, 2021 at 1:10 PM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>, ████████ @who.eop.gov
< ████████ @who.eop.gov>, Rowe, Courtney M. EOP/WHO ████████ @who.eop.gov>
**Subject:** Covid Insight Report – 8/20

Eric, Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

Brian

<9_17 - COVID-19 Insights.pdf>

MOLA_DEFSPROD_00007259

Case: 23-30445   Document: 43-3   Page: 315   Date Filed: 07/17/2023

**From:** ███████████████
**Sent:** 8/23/2021 10:13:45 PM
**To:** Waldo, Eric (HHS/OASH) ███████@hhs.gov]
**Subject:** FW: FDA Approval

**Flag:** Follow up

Eric—making sure to flag for you as well—let me know if you have any questions.

**From:** ██████████████@fb.com>
**Date:** Monday, August 23, 2021 at 10:12 PM
**To:** Flaherty, Rob R. EOP/WHO ██████████@who.eop.gov>
**Subject:** Re: FDA Approval

Rob—wanted to circle back with you before the end of the day with an update --this week, we plan to run a QP in the US that amplifies authoritative partner content related to Pfizer's FDA approval (example content is below). We're also planning to review our existing products, including the Covid information center, to update any language as needed. Our partnerships team is also working with partners who are launching campaigns around the Pfizer approval to support. We'll keep you updated on this as it progresses.

We're also updating our misinformation policies to remove the specific claims that "there are no FDA-approved vaccines" and "the Pfizer vaccine is not FDA-approved." We'll also continue to look for claims that are no longer accurate given the approval today."

More to come as we have it, and let me know if you have any questions.

Thanks,

Brian

MOLA_DEFSPROD_00007268

Case: 23-30445     Document: 43-3     Page: 316     Date Filed: 07/17/2023

Case: 23-30445   Document: 43-3   Page: 317   Date Filed: 07/17/2023



FACEBOOK  ✕

**FDA fully approves the Pfizer COVID-19 vaccine for people aged 16 years and older**
The vaccine is still available under emergency use authorization for those 12 to 15 years old



U.S. Food and Drug Administration · 8 hrs
FDA Approves First COVID-19 Vaccine
14K Shares



Fox Business · 8 hrs
FDA grants Pfizer COVID-19 vaccine full approval
9K Shares



Washington Post · 9 hrs
Pfizer-BioNTech coronavirus vaccine gets full FDA approval, potentially persuading the hesitant to get a sh...
2.8K Shares

Get COVID-19 Info ❯

Why am I seeing this? Learn More

---

**From:** Flaherty, Rob R. EOP/WHO <██████████@who.eop.gov>
**Date:** Monday, August 23, 2021 at 9:44 AM
**To:** ████████████@fb.com>
**Subject:** FDA Approval

Brian --

Now that FDA has approved Pfizer, I'm making the rounds to get a sense from the various platforms how (or if) you guys are planning to promote it in any way.

We'd appreciate a push here, given the fact that this is an oft-cited blocker for many folks.

Suggested language from us:
*The COVID-19 vaccine has received full approval from the FDA and protects against the more dangerous delta variant. If you have been waiting for this approval before getting the vaccine, now is the time to get vaccinated.*

Thanks!

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell ██████████

MOLA_DEFSPROD_00007269

Date Filed: 07/17/2023        Page: 318        Document: 43-3        Case: 23-30445

**From:** ████████@fb.com]
**Sent:** 8/21/2021 1:10:28 PM
**To:** Waldo, Eric (HHS/OASH) ████████@hhs.gov]; ████████@who.eop.gov; Rowe, Courtney (who.eop.gov) ████████@who.eop.gov]
**Subject:** Covid Insight Report - 8/20
**Attachments:** 8_20 - COVID-19 Insights (1).pdf

**Flag:** Follow up

Eric, Courtney and Rob,

Attached please find the latest version of our Covid Insights report detailing the top 100 posts overall and related to the vaccine for the weeks of 7/25 and 8/1.

Happy to schedule time to follow up on any questions you might have.

Thanks,

████

MOLA_DEFSPROD_00007270

Case: 23-30445    Document: 43-3    Page: 319    Date Filed: 07/17/2023

**From:** ██████████ @fb.com]
**Sent:** 8/17/2021 5:27:28 PM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov]; ████████ @ostp.eop.gov; DJ Patil ████ @gmail.com]
**Cc:** ████████ @fb.com]
**Subject:** Re: Follow up - data discussion

Hi DJ—hoping to get follow up time scheduled so that we can cover the landscape on data that we had discussed during our call with the Surgeon General—as we continue to think through on our end how we can be more transparent around vaccine content, it would be very helpful to make sure we are working from the understanding. Can we find time for our teams to get together soon?

Get Outlook for iOS

**From:** ██████████ @fb.com>
**Sent:** Friday, August 6, 2021 9:02:07 PM
**To:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>; ████████ @ostp.eop.gov
< ████████ @ostp.eop.gov>; DJ Patil ████ @gmail.com>
**Cc:** ████████ @fb.com>; ████████ @fb.com>
**Subject:** Re: Follow up - data discussion

Thanks Eric,

Appreciate you connecting us to DJ here—and look forward to scheduling time for a longer conversation around data per our last meeting. DJ—let me know what would work best on your end. Our teams have been working on additional steps—we will have something back to you within two weeks outlining our approach.

Also including our latest bi-weekly report, which shows the top 100 most viewed overall posts on Facebook in the US, as well as the top vaccine related posts on Facebook in the US for the weeks of 7/11 - 7/17, and 7/18 - 7/24. Please distribute to whomever on the team might be interested, and let me know if you or anyone on the team has any questions.

Get Outlook for iOS

**From:** Waldo, Eric (HHS/OASH) < ████████ @hhs.gov>
**Sent:** Friday, August 6, 2021 4:07 PM
**To:** ████████ ; ████████ @ostp.eop.gov; DJ Patil
**Cc:** ████████ ; ████████
**Subject:** RE: Follow up - data discussion

Hi ████ ,

Hope your week has been going well. I wanted to loop DJ in on his gmail (where you may get a faster reply) on next steps for connecting about data.

Also ████ and ████—I know on the call with Dr. Murthy he'd mentioned seeing if you were able to send an update of any new/additional steps you are taking with respect to health misinformation in light of the advisory. We are asking all platforms for this type of update. Would you be able to send something over within two weeks?

Thanks so much,
Eric

MOLA_DEFSPROD_00007271

**From:** ███████████ @fb.com>
**Sent:** Wednesday, July 28, 2021 9:20 PM
**To:** Waldo, Eric (HHS/OASH) ███████ @hhs.gov>; ███████████ @ostp.eop.gov
**Cc:** ███████████ @fb.com>
**Subject:** Re: Follow up - data discussion

Eric—making sure you saw this as well, as I know there's been a lot of attention directed toward vaccination mandates in recent days. Happy to connect on this front if helpful.

"As our offices reopen, we will be requiring anyone coming to work at any of our US campuses to be vaccinated. How we implement this policy will depend on local conditions and regulations. We will have a process for those who cannot be vaccinated for medical or other reasons and will be evaluating our approach in other regions as the situation evolves. We continue to work with experts to ensure our return to office plans prioritize everyone's health and safety." - Lori Goler, VP, People

**From:** Waldo, Eric (HHS/OASH) ██████ @hhs.gov>
**Date:** Wednesday, July 28, 2021 at 5:42 PM
**To:** ███████ @fb.com>, ██████████ @ostp.eop.gov < ██████████ il@ostp.eop.gov>
**Cc:** ██████ @fb.com>
**Subject:** RE: Follow up - data discussion

Really appreciate it.

**From:** ███████████ @fb.com>
**Sent:** Wednesday, July 28, 2021 5:41 PM
**To:** Waldo, Eric (HHS/OASH) ███████ @hhs.gov> ███████████ @ostp.eop.gov
**Cc:** ███████ @fb.com>
**Subject:** Re: Follow up - data discussion

Got it—thanks Eric, completely understand why you would have been a little busy this week! Will stand by, and will continue to be in touch as things develop on our end as well.

Get Outlook for iOS

**From:** Waldo, Eric (HHS/OASH) ████████ @hhs.gov>
**Sent:** Wednesday, July 28, 2021 5:34:10 PM
**To:** ██████████ @fb.com>; ██████████ @ostp.eop.gov < ██████████ @ostp.eop.gov>
**Cc:** ███████ @fb.com>
**Subject:** RE: Follow up - data discussion

Hey ██████

Thanks for your patience. The CDC updated guidance has kept us pretty busy this week(!). Appreciate these additional materials.

I'll circle back with more, but appreciate you understanding. [Also, DJ is out on leave for the rest of this week, so trying to sync calendars].

All the best,

MOLA_DEFSPROD_00007272

Eric

**From:** ▮▮▮▮▮▮ @fb.com>
**Sent:** Wednesday, July 28, 2021 1:16 PM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮ @hhs.gov>; ▮▮▮▮▮ @ostp.eop.gov
**Cc:** ▮▮▮▮▮ @fb.com>
**Subject:** Follow up – data discussion

Hi Eric and DJ,

We're looking forward to our next meeting, where we are hoping to do a deeper dive on how we are measuring data and what steps we might be able to take to address concerns you've raised.

In the meantime, I wanted to make sure you have our response to the Washington Post piece from yesterday (linked here) that made certain claims based on survey data. Hoping this might be a useful addition to our conversation, along with making sure we cover the statistics put forward by the CCDH that have been cited by the White House regarding the disinfo dozen.

The statement is below—look forward to discussing next steps at your earliest convenience.

"The sensationalized, overstated findings of this research are not supported by what the authors report to have measured. It is unclear what their overall sample represents with respect to generalizability to the US population. For example it shows Fox News and CNN have the same size of audience, which they do not. Moreover what they claim as 'Facebook users' is a non-representative idiosyncratic subset of the Facebook population. These are examples of how their data is biased to start with and that matters when attempting to make these claims. The authors claim that people who rely on Facebook to get news and information about the coronavirus are less likely than the average American to be vaccinated. But this isn't valid without describing a representative sample of the American population, Facebook users, or measuring reliance instead of mere self-reported exposure over a short time window. What this data and methodology does suggest is that people who have not yet been vaccinated are less reachable by CNN, MSNBC, or the Biden Administration than on Facebook, making our ongoing efforts to share authoritative information and encourage vaccine uptake more important than ever."

**From:** ▮▮▮▮▮ @fb.com>
**Date:** Tuesday, July 27, 2021 at 8:15 PM
**To:** Waldo, Eric (HHS/OASH) ▮▮▮▮▮ @hhs.gov>
**Cc:** ▮▮▮▮▮ @fb.com>
**Subject:** Re: Message from Nick Clegg

Hi Eric—just checking at the end of the day. I'm sure you're swamped. Making sure we don't let too much time pass before getting back together with you and DJ, and whomever else might make sense.

**From:** ▮▮▮▮▮ @fb.com>
**Date:** Monday, July 26, 2021 at 2:54 PM
**To:** Waldo, Eric (HHS/OASH) < ▮▮▮▮▮ @hhs.gov>
**Cc:** ▮▮▮▮▮ @fb.com>
**Subject:** Re: Message from Nick Clegg

MOLA_DEFSPROD_00007273

Case: 23-30445   Document: 43-3   Page: 321   Date Filed: 07/17/2023

Eric—let me know if it makes sense to sync on next steps? Would love to move forward with the meetings we identified as next steps as soon as your team is ready.

**From:** ████████████ @fb.com>
**Date:** Friday, July 23, 2021 at 11:20 PM
**To:** ██████████ @fb.com>, Murthy, Vivek (HHS/OASH) ████████████ @hhs.gov>
**Cc:** ████████████ @fb.com>, Waldo, Eric (HHS/OASH) ██████ @hhs.gov>
**Subject:** Re: Message from Nick Clegg

Including this week's updated report here. Look forward to scheduling our next working session. As always please let us know if you have any questions.

████████

**From:** ███████ @fb.com>
**Date:** Friday, July 23, 2021 at 7:29 PM
**To:** Murthy, Vivek (HHS/OASH) ████████ /@hhs.gov>
**Cc:** ████████ @fb.com>, ████████████ @fb.com>, Waldo, Eric (HHS/OASH) ████████ @hhs.gov>
**Subject:** Message from ████████

Dear Vivek (if I may),

Thanks again for taking the time to meet earlier today. It was very helpful to take stock after the past week and hear directly from you and your team, and to establish our next steps.

We talked about the speed at which we are all having to iterate as the pandemic progresses. I wanted to make sure you saw the steps we took just this past week to adjust policies on what we are removing with respect to misinformation, as well as steps taken to further address the "disinfo dozen": we removed 17 additional Pages, Groups, and Instagram accounts tied to the disinfo dozen (so a total of 39 Profiles, Pages, Groups, and IG accounts deleted thus far, resulting in every member of the disinfo dozen having had at least one such entity removed). We are also continuing to make 4 other Pages and Profiles, which have not yet met their removal thresholds, more difficult to find on our platform. We also expanded the group of false claims that we remove, to keep up with recent trends of misinformation that we are seeing.

We hear your call for us to do more and, as I said on the call, we're committed to working toward our shared goal of helping America get on top of this pandemic. We will reach out directly to DJ to schedule the deeper dive on how to best measure Covid related content and how to proceed with respect to the question around data. We'd also like to begin a regular cadence of meetings with your team so that we can continue to update you on our progress. You have identified 4 specific recommendations for improvement and we want to make sure to keep you informed of our work on each.

I want to again stress how critical it is that we establish criteria for measuring what's happening on an industry-wide basis, not least to reflect the way platforms are used interchangeably by users themselves. We believe that we have provided more transparency, both through CrowdTangle (the flaws of which we discussed in some detail) and through our Top 100 report, than others and that any further analysis should include a comprehensive look at what's happening across all platforms--ours and others -- if we are going to make progress in a consistent and sustained manner.

MOLA_DEFSPROD_00007274

Case: 23-30445   Document: 43-3   Page: 322   Date Filed: 07/17/2023

Finally, we will be sending you the latest version of our Top 100 report later today, per our regular schedule. ███████ will do the honors this week as it will likely be completed at our end later today East Coast time.  We really do hope that we can discuss our approach to this data set in greater detail during our next session with DJ, as we genuinely believe it is an effective way of understanding what people are actually seeing on the platform.

Once again, I want to thank you for setting such a constructive tone at the beginning of the call. We too believe that we have a strong shared interest to work together, and that we will strive to do all we can to meet our shared goals.

Best wishes

███████

Date Filed: 07/17/2023     Page: 323     Document: 43-3     Case: 23-30445

MOLA_DEFSPROD_00007275

**From:** ▮▮▮▮▮▮@fb.com>
**Sent:** 8/10/2021 1:18:09 PM
**To:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮@who.eop.gov>;  Waldo, Eric (HHS/OASH) ▮▮▮▮▮▮@hhs.gov>
**Cc:** ▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com]; ▮▮▮▮▮▮@fb.com];
▮▮▮▮▮▮@fb.com]
**Subject:** Re: Quick call today?
**Attachments:** Facebook - July 2021 CIB Report[68].pdf

Rob and Eric—thanks again for making time.  Including the report here for your review—let us know if you have any questions.

**From:** ▮▮▮▮▮▮@fb.com>
**Date:** Tuesday, August 10, 2021 at 11:59 AM
**To:** Flaherty, Rob R. EOP/WHO < ▮▮▮▮▮▮@who.eop.gov>,  Waldo, Eric (HHS/OASH)
▮▮▮▮▮▮@hhs.gov>
**Cc:** ▮▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮@fb.com>,
▮▮▮▮▮▮@fb.com>, ▮▮▮▮▮▮@fb.com>
**Subject:** Re: Quick call today?

Great—adding ▮▮▮▮ who can circulate an invite for 1245 today.  Appreciate the quick response.

Get Outlook for iOS

**From:** Flaherty, Rob R. EOP/WHO < ▮▮▮▮▮▮@who.eop.gov>
**Sent:** Tuesday, August 10, 2021 11:38:54 AM
**To:** Waldo, Eric (HHS/OASH) < ▮▮▮▮▮▮@hhs.gov>; ▮▮▮▮▮▮@fb.com>
**Cc:** ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>
**Subject:** RE: Quick call today?

Same here, actually.

**From:** Waldo, Eric (HHS/OASH) < ▮▮▮▮▮▮@hhs.gov>
**Sent:** Tuesday, August 10, 2021 11:17 AM
**To:** ▮▮▮▮▮▮@fb.com>; Flaherty, Rob R. EOP/WHO < ▮▮▮▮▮▮@who.eop.gov>
**Cc:** ▮▮▮▮▮▮@fb.com>; ▮▮▮▮▮▮@fb.com>
**Subject:** RE: Quick call today?

12:30pm-1:15pm has a window. Any breaks there?

**From:** ▮▮▮▮▮▮@fb.com>
**Sent:** Tuesday, August 10, 2021 10:23 AM
**To:** Waldo, Eric (HHS/OASH) < ▮▮▮▮▮▮@hhs.gov> ▮▮▮▮▮▮@who.eop.gov
**Cc:** ▮▮▮▮▮▮@fb.com> ▮▮▮▮▮▮@fb.com>
**Subject:** Quick call today?

Eric and Rob—would one of you have time for a quick call so we can read you in on an announcement we will make early this afternoon related to an operation we uncovered that is related to vaccine misinformation?  Shouldn't take more than 15 minutes.

Get Outlook for iOS

MOLA_DEFSPROD_00007276

Case: 23-30445      Document: 43-3      Page: 324      Date Filed: 07/17/2023

Case: 23-30445     Document: 43-3     Page: 325     Date Filed: 07/17/2023

JULY 2021

DETAILED REPORT

# July 2021 Coordinated Inauthentic Behavior Report

FACEBOOK

MOLA_DEFSPROD_00007277



We're constantly working to find and stop coordinated campaigns that seek to manipulate public debate across our apps.

## PURPOSE OF THIS REPORT

Over the past four years, we've shared our findings about <u>coordinated inauthentic behavior</u> we detect and remove from our platforms. As part of our regular CIB reports, we're sharing information about all networks we take down over the course of a month to make it easier for people to see progress we're making in one place.

## WHAT IS CIB?

We view CIB as coordinated efforts to manipulate public debate for a strategic goal where fake accounts are central to the operation. There are two tiers of these activities that we work to stop: 1) coordinated inauthentic behavior in the context of domestic, non-government campaigns and 2) coordinated inauthentic behavior on behalf of a foreign or government actor.

## COORDINATED INAUTHENTIC BEHAVIOR (CIB)

When we find domestic, non-government campaigns that include groups of accounts and Pages seeking to mislead people about who they are and what they are doing while relying on fake accounts, we remove both inauthentic and authentic accounts, Pages and Groups directly involved in this activity.

## FOREIGN OR GOVERNMENT INTERFERENCE (FGI)

If we find any instances of CIB conducted on behalf of a government entity or by a foreign actor, we apply the broadest enforcement measures including the removal of every on-platform property connected to the operation itself and the people and organizations behind it.

## CONTINUOUS ENFORCEMENT

We monitor for efforts to re-establish a presence on Facebook by networks we previously removed. Using both automated and manual detection, we continuously remove accounts and Pages connected to networks we took down in the past.

MOLA_DEFSPROD_00007278

Case: 23-30445     Document: 43-3     Page: 327     Date Filed: 07/17/2023

## SUMMARY OF JULY 2021 FINDINGS

Our teams continue to focus on finding and removing deceptive campaigns around the world — whether they are foreign or domestic. In July, we removed two networks — from Russia and Myanmar. In this report, we're also sharing an in-depth analysis by our threat intelligence team into the network operated from Russia, to add to the public reporting on its activity across over a dozen different platforms. We have shared information about our findings with industry partners, researchers, law enforcement and policymakers.

We know that influence operations will keep evolving in response to our enforcement, and new deceptive behaviors will emerge. We will continue to refine our enforcement and share our findings publicly. We are making progress rooting out this abuse, but as we've said before — it's an ongoing effort and we're committed to continually improving to stay ahead. That means building better technology, hiring more people and working closely with law enforcement, security experts and other companies.

- **Total number of Facebook accounts removed:** 144
- **Total number of Instagram accounts removed:** 262
- **Total number of Pages removed:** 13
- **Total number of Groups removed:** 8

## NETWORKS REMOVED IN JULY 2021:

1. **Myanmar:** We removed 79 Facebook accounts, 13 Pages, eight Groups, and 19 Instagram accounts in Myanmar that targeted domestic audiences and were linked to individuals associated with the Myanmar military. We found this activity after reviewing information about a portion of it shared by a member of civil society in Myanmar. Our investigation revealed some links between this operation and the activity we removed in 2018.

2. **Russia:** We removed 65 Facebook accounts and 243 Instagram accounts from Russia that we linked to Fazze, a UK-registered marketing firm whose operations were primarily conducted from Russia. Fazze is now banned from our platform. This operation targeted audiences primarily in India, Latin America and, to a much lesser extent, the United States. We found this network after reviewing public reporting about an off-platform portion of this activity.

MOLA_DEFSPROD_00007279

# 01

**We removed 79 Facebook accounts, 13 Pages, eight Groups, and 19 Instagram accounts for violating our policy against <u>coordinated inauthentic behavior</u>. This network originated in Myanmar and targeted domestic audiences in that country.**

The people behind this activity used duplicate and fake accounts — some of which were already detected and disabled by our automated systems — to post, comment on their own content and create Groups. Some of the accounts posed as protesters and members of the opposition and joined pro-democracy Groups, while others ran pro-military Pages that claimed to expose anti-Tatmadaw protesters. A handful of accounts used photos likely generated using machine learning techniques like generative adversarial networks (GAN). This network also amplified the content posted by Pages criticizing the National League for Democracy. They posted in Burmese about news and current events in the country, including content on both sides of the political debate in Myanmar — in support and criticism of anti-military protests, the opposition and the military coup.

We found this activity after reviewing information about a portion of it shared by a member of civil society in Myanmar. Our investigation revealed some links between this operation and the activity we <u>removed</u> in 2018. Although the people behind it attempted to conceal their identities and coordination, our investigation found links to individuals associated with the Myanmar military.

- *Presence on Facebook and Instagram:* 79 Facebook accounts, 13 Pages, eight Groups and 19 Instagram accounts.
- *Followers:* About 55,500 accounts followed one or more of these Pages, around 10,000 people joined one or more of these Groups, and about 1,700 accounts followed one or more of these Instagram accounts.
- *Advertising:* Around $650 in spending for ads on Facebook and Instagram paid for primarily in US dollars.

MOLA_DEFSPROD_00007280

Date Filed: 07/17/2023   Page: 328   Document: 43-3   Case: 23-30445

Case: 23-30445      Document: 43-3      Page: 329      Date Filed: 07/17/2023

Below is a sample of the content posted by some of these accounts and Pages.



**Translation**

**Page name:** Discovering the thieves

MOLA_DEFSPROD_00007281

-PA0780-


added a new photo.
February 21 2021
· ☺

February 18 2021

Listen carefully to what he said, wait for 1 years. Don't believe that he said not to protest in 1 years.
Undo

MYTEL LTE [VPN]          10:33 AM          ☺ 🔋 63% ▮

👍 Like          💬 Comment          ➦ Share

**Mizzima - News in Burmese** ✔
6m · ☺ · ···

အမေစုကို့ချစ်လို့ မုံရွာသပိတ်စစ်ကြောင်းမှာ လာရောက်ပူး
ပေါင်းတဲ့ ခလရ(၁၆)က တပ်ကြပ်ကြီး(စာရေး) တစ်ဦး

ရိုက်ကူး - ME



👍😮 2,5K          66 Comments  647 Shares 🖼 🌐

👍 Like          💬 Comment          ➦ Share

**DVB TV News** ✔
7m · ☺ · ···

မုံရွာလေးတွင် ပရဟိတအသင်းရုံးကို ရဲနှင့်စစ်တပ်က ပစ်ခ
တ်၊ လူငယ် ၁ ဦးဒဏ်ရာရ

🏠   👥   🏳   🕐   🔔   ≡



MOLA_DEFSPROD_00007282

-PA0781-

# 02

## IN DEPTH ANALYSIS

INFLUENCE THE INFLUENCERS: COVID VACCINE OPERATION FROM RUSSIA

*By Ben Nimmo, Global IO Threat Intelligence Lead, and the IO Threat Intelligence Team*

EXECUTIVE SUMMARY:

We removed 65 Facebook accounts and 243 Instagram accounts for violating our policy against foreign interference, which is coordinated inauthentic behavior on behalf of a foreign entity. This network operated across over a dozen platforms and forums but failed to build an audience. It originated in Russia and targeted audiences primarily in India, Latin America and, to a much lesser extent, the United States. Our investigation found links between this campaign and Fazze, a UK-registered marketing firm whose operations were primarily conducted from Russia. Fazze is now banned from our platform.

This campaign came in two distinct waves, separated by five months of inactivity. First, in November and December 2020, the network posted memes and comments claiming that the AstraZeneca COVID-19 vaccine would turn people into chimpanzees. Five months later, in May 2021, it questioned the safety of the Pfizer vaccine by posting an allegedly hacked and leaked AstraZeneca document. It is noteworthy that both phases coincided with periods when a number of governments, including in Latin America, India and the United States, were reportedly discussing the emergency authorizations for these respective vaccines.

This campaign functioned as a disinformation laundromat. It created misleading articles and petitions on multiple forums including Reddit, Medium, Change[.]org, and Medapply[.]co[.]uk. It then used fake accounts on social media, including Facebook and Instagram, to seed and amplify this off-platform content, using crude spammy tactics. The crux of the campaign, though, appeared to be engaging influencers with pre-existing audiences on Instagram, YouTube and TikTok to post content and use particular hashtags without disclosing the origin of the posts. This use of influencers appeared to be in line with the firm's advertised services, which included access to *"a large list of bloggers from Youtube, Instagram, and Facebook... [where] Accounts are ready to post your ads for reasonable pricing. Work with bloggers directly without any 3rd party."*

MOLA_DEFSPROD_00007283

-PA0782-

The vast majority of this campaign fell flat among the audiences it targeted, with nearly all its Instagram posts receiving zero likes. At the time of this writing, its English-language petition on Change[.]org gained only about 550 signatures, and its Hindi-language petition gained less than 900 signatures. Only the paid influencers' posts attracted some limited attention. However, this reliance on external influencers became the operation's undoing— in May, a handful of them exposed the anti-Pfizer efforts.

This continues the trend we highlighted in our recent Threat Report— influence operations increasingly target authentic influential voices to carry their messages. Through them, deceptive campaigns gain access to the influencer's ready-made audience, but it comes with a significant risk of exposure.

Another aspect of this campaign worth highlighting is its operations across multiple internet services at once, which makes it more challenging for any one platform to see the full picture and take action on the whole of the campaign. This is why a whole-of-society response to such disinformation campaigns is critical. The influencers who came forward in Germany and France played a key role in exposing the first clue to this activity. Open-source researchers and journalists were able to report on much of the operation's May activity. Our internal investigation led to uncovering the full scope of this network on our platform, including its activity in 2020, which we shared with our industry peers. Our analysis benefited from research by CNN, The Daily Beast and Graphika. This collaboration between different members of the community is vital to exposing influence operations and understanding their impact.

Still, some questions remain about aspects of this campaign — including who commissioned Fazze to run it — that would benefit from further research by the defender community. One feature of these for-hire influence operations is that they allow the ultimate beneficiary to obfuscate their involvement. Another question relates to how the "hacked and leaked" document came into Fazze's hands. As with any influence operation, understanding the motive behind leaks like these is key to putting the operation in context.

As part of disrupting this operation, we took down their accounts, including authentic assets of the people behind this network, and blocked domains associated with their activity. We also notified people who we believe may have been contacted by this network and shared our findings with law enforcement, independent researchers, policy-makers and our industry peers so they too can take action if they find violating activity.

MOLA_DEFSPROD_00007284

Date Filed: 07/17/2023

Page: 333

Document: 43-3

Case: 23-30445

## TAKEDOWN BY THE NUMBERS

- *Presence on Facebook and Instagram:* 65 Facebook accounts and 243 Instagram accounts.

- *Followers:* About 24,000 accounts followed one or more of these Instagram accounts.

- *Advertising:* Around $200 in spending for ads on Facebook and Instagram paid for primarily in US dollars, euros and Russian rubles. That includes the entirety of historic advertising activity by both inauthentic and authentic accounts removed as part of this network. We haven't seen ad spend associated with the vaccine-focused campaign described in this report.

---

## NOVEMBER-DECEMBER 2020: THE ASTRAZENECA PHASE

The operation's first phase centered around the false claim that the AstraZeneca vaccine was dangerous because it was derived from a chimpanzee adenovirus. It primarily targeted audiences in India and Latin America, with sporadic and unsuccessful attempts to reach audiences in the United States. This phase of the on-platform operation has not been previously reported.

The Fazze operation began with the creation of two batches of fake Facebook accounts in late 2020, which likely originated from account farms in Bangladesh and Pakistan. They posed as being based in India.

The accounts initially posted a small volume of non-covid content — typically about Indian food or Hollywood actors. In late November, however, the operation began using some of them to post on blogging platforms and petition websites, including Medium and Change[.]org. These blogs and petitions, in English and Hindi, claimed that AstraZeneca manipulated its COVID-19 vaccine trial data and used an untried technology to create the vaccine.

MOLA_DEFSPROD_00007285

**We want to live!**

**Image**

Screenshot of a petition on Change[.]org, created by the operation and addressed to the World Health Organization on November 25, 2020.



We are deeply concerned that possible data manipulations during clinical trials by AstraZeneca can reduce worldwide confidence in vaccines and jeopardize lives around the world. We believe that only full transparency and detailed answers to the following questions can reduce the damage already done through manipulative and inaccurate clinical trial disclosures from AstraZeneca:

In December, as the Indian government was <u>discussing</u> emergency authorization for the AstraZeneca vaccine, the operation began using fake accounts on both Facebook and Instagram to promote its blogs and petitions, together with a large stock of memes. All these memes featured the suggestion, or even the explicit claim, that the AstraZeneca vaccine would turn its subjects into chimpanzees. Many of the memes featured scenes from the 1968 movie "Planet of the Apes".

 December 30 2020

astrazeneca created a vaccine based on chimpanzee genes, when tests showed side effects, this vaccine should be banned, otherwise we will all become chimpanzees

**Image**

Post by the network

The fake Facebook accounts focused on low-volume, targeted posting: each one typically posted three to six memes, usually in Hindi, together with a link to one of the operation's off-platform pieces of content and a brief comment in Hindi or English. These posts received few if any likes, and some were ridiculed by real people.

MOLA_DEFSPROD_00007286

Case: 23-30445     Document: 43-3     Page: 335     Date Filed: 07/17/2023



**Image**

Meme posted by this network's fake accounts, together with a link to one of the operation's petitions.

**Caption**

"Walter, come on over, don't hesitate! AstraZeneca's vaccine is safe! Yesterday we took the vaccine ourselves..."



**Image**

Conversation between two of the operation's fake accounts, responding to an unrelated post on a Page called "Texans for Vaccine Choice".



**Image:**

Comment from a real person mocking one of the operation's posts, followed by critical responses from three of the operation's fake accounts.

MOLA_DEFSPROD_00007287

The Instagram activity was crude and spammy, and organized around a handful of hashtags. Two of them were in English: #AstraZenecakills and #AstraZenecalies, in addition to their equivalents in Portuguese: #AstraZenecamata and #AstraZenecamente. The last one was #stopAstraZeneca. The operation likely originated these hashtags: neither #astrazenecakills, #stopastrazeneca nor #astrazenecalies appeared to have been used on Instagram before. Between December 14 and December 21, about 10,000 posts that included the operation's hashtags were made, often with links to the operation's off-platform articles.

Most of the accounts posted these hashtags dozens or hundreds of times in quick succession, likely automated, with some detected and disabled by our automated systems. While the volume was high, the campaign saw minimal success. On one of the hashtags used by the operation, the top-performing post received five likes, whereas the vast majority got zero. Altogether, the operation's Instagram posts attracted around 1,000 likes combined, with most receiving zero.

In another sign of the sloppy nature of this campaign, most of the posts that used Portuguese-language hashtags between December 14 and December 16 attached them to Hindi-language memes. From December 17 onwards, they accompanied the hashtags with the same memes, but translated into Spanish. ("AstraZeneca mata", "AstraZeneca kills", is the same in Spanish and Portuguese, whereas "AstraZeneca lies" is "AstraZeneca mente" in Portuguese, but "AstraZeneca miente" in Spanish.) Perhaps not surprisingly, this spammy amplification also failed to attract attention.



**Image**

Meme posted by one of the Instagram accounts on December 15, 2020. The meme was in Hindi, but the account had an English name. It was operated from Russia, and it used a Portuguese hashtag.

-PA0787-

MOLA_DEFSPROD_00007288

Case: 23-30445   Document: 43-3   Page: 337   Date Filed: 07/17/2023









**Image**

Two posts by the same fake account on December 14 and December 30, showing the same meme in Hindi and then in Spanish. The Hindi meme came with an English comment, the Spanish meme with a Hindi comment. Neither post gained reactions.

**Upper post caption:** "Now it's your turn to get vaccinated with AstraZeneca".

**Lower post text:** "The vaccine was based on a chimpanzee gene from the company AstraZeneca."

**Lower post caption:** "OK, it's your turn for the AstraZeneca vaccine."

While this spammy campaign was still running, a handful of health and wellbeing influencers posted Instagram stories that used the same hashtags, referenced the fact that the AstraZeneca vaccine was derived from chimpanzee adenovirus and shared links to the petitions that the Fazze operation had created. While possible, it appears highly unlikely that these influencers shared the operation's work organically. Given the public reporting about this network's engagement with influencers in May, it is likely that the operation used similar tactics in December 2020 and asked unwitting people to amplify this campaign against AstraZeneca across social media platforms.

The Instagram spam activity ended on December 21. The Facebook accounts continued posting at a very low level — roughly a post a week — into early January. Between December 30 and January 18, the Argentinian, Indian, and Brazilian governments granted emergency authorization to the AstraZeneca vaccine. On January 6, the operation stopped posting.

MOLA_DEFSPROD_00007289

-PA0788-

30 groups they included in their analysis. There is no justification for their claim that their data constitute a "representative sample" of the content shared across our apps.

Focusing on these 12 individuals misses the forest for the trees. We have worked closely with leading health organizations since January 2020 to identify and remove COVID-19 misinformation that could contribute to a risk of someone spreading or contracting the virus. **Since the beginning of the pandemic across our entire platform, we have removed over 3,000 accounts, Pages and groups for repeatedly violating our rules against spreading COVID-19 and vaccine misinformation and removed more than 20 million pieces of content for breaking these rules.**

None of this is to suggest that our work is done or that we are satisfied. Tracking and combating vaccine misinformation is a complex challenge, made more difficult by the lack of common definitions about what constitutes misinformation, and the reality that guidance from scientific and health experts has evolved and will continue to evolve throughout the pandemic. That's why we're continuing to work with external experts and governments to make sure that we are approaching these issues in the right way and making adjustments if necessary. In the meantime, we will continue doing our part to show people reliable information about COVID-19 vaccines from health experts and help people get vaccinated.

Get Outlook for iOS

**From:** ████████████████ @fb.com>
**Sent:** Wednesday, August 18, 2021 1:17 PM
**To:** Flaherty, Robert EOP/WHO
**Cc:** ████████
**Subject:** Disinfo Dozen Post

Hi Rob,

Flagging this post for your on our findings regarding the Disinfo Dozen—let us know if you have any questions, as always.

CA

████████████
**facebook, inc. | politics & government**
████████████████ @fb.com

MOLA_DEFSPROD_00007322

Case: 23-30445    Document: 43-3    Page: 338    Date Filed: 07/17/2023

**From:** Flaherty, Rob EOP/WHO ▮▮▮▮ @who.eop.gov]
**Sent:** 4/16/2021 12:42:45 PM
**To:** Flaherty, Rob EOP/WHO ▮▮▮▮ @who.eop.gov]; Slavitt, Andrew M. EOP/WHO
▮▮▮▮ @who.eop.gov]; ▮▮▮▮ @google.com]; ▮▮▮▮ @google.com];
▮▮▮▮ @google.com]; ▮▮▮▮ @google.com; ▮▮▮▮ @google.com;
▮▮▮▮ @google.com; ▮▮▮▮ @google.com]
**CC:** Fitzpatrick, Kelsey V. EOP/WHO ▮▮▮▮ @who.eop.gov]; Scruggs, Jessica (HHS/OASH)
▮▮▮▮ @hhs.gov]

**Subject:** YouTube Vaccine Misinfo Briefing
**Location:** ▮▮▮▮

**Start:** 4/21/2021 1:00:00 PM
**End:** 4/21/2021 2:00:00 PM
**Show Time As:** Tentative

**Recurrence:** (none)

White House staff to get briefed by YouTube on general trends seen around vaccine misinformation. As well as, the empirical effects of YouTube's efforts to combat misinfo, what interventions YouTube is currently trying, and ways the White House (and our COVID experts) can partner in product work.



| × | The linked im... |

Hi there,

Hoor Qureshi is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

Phone US: ▮▮▮▮
one-tap: ▮▮▮▮
Meeting URL: ▮▮▮▮
Meeting ID: ▮▮▮▮
Passcode: ▮▮▮▮

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
US: ▮▮▮▮

MOLA_DEFSPROD_00007359

Meeting ID: ████████

Passcode: ████████

<u>International numbers</u>

## Join from an H.323/SIP room system

H.323: ██████████████

Meeting ID:

Passcode: ██████████████

SIP:

Passcode: ██████████████

MOLA_DEFSPROD_00007360