**No. 23-30445**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

                    Plaintiffs-Appellees,

                    v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

                    Defendants-Appellants.

                    _____

On Appeal from the United States District Court
for the Western District of Louisiana

**EXHIBITS TO PLAINTIFF-APPELLEES' OPPOSITION TO
DEFENDANT-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT
RULE 27.3 FOR A STAY PENDING APPEAL
Volume III**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Google Calendar [calendar-notification@google.com] |
| **Sent:** | 7/21/2021 3:17:10 AM |
| **To:** | Waldo, Eric (HHS/OASH) ▮▮▮ @hhs.gov] |

| | |
|---|---|
| **Subject:** | Accepted: Eric Waldo and Jiore connect @ Thu Jul 22, 2021 2:15pm – 2:45pm (EDT) (Waldo, Eric (HHS/OASH)) |
| **Attachments:** | invite.ics |
| **Location:** | |

| | |
|---|---|
| **Start:** | 7/22/2021 2:15:00 PM |
| **End:** | 7/22/2021 2:45:00 PM |
| **Show Time As:** | Tentative |

**Recurrence:**   (none)

---

▮▮▮ @gmail.com has accepted this invitation.

**Eric Waldo and ▮▮ connect**

| | |
|---|---|
| When | Thu Jul 22, 2021 2:15pm – 2:45pm Eastern Time - New York |
| Where | https://www.zoomgov.com/j/1605513232?pwd=NWNlTlBydTJ5bUprQklSRWFlai9ldz09  (map) |
| Calendar | Waldo, Eric (HHS/OASH) |
| Who | • Waldo, Eric (HHS/OASH) - organizer |
| | • ▮▮▮ @gmail.com - creator |
| | • Phillips, Alexandria (HHS/OASH) - optional |
| | • Kyla Fullenwider - optional |

Eric Waldo is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting

Meeting ID:
Passcode: 5
One tap mobile
                        US (San Jose)
                        US (New York)

Dial by your location
+
+
+
+
Meeting ID: ▮▮▮
Find your local number:

Join by SIP

Join by H.323
                  (US West)
                  (US East)

MOLA_DEFSPROD_00007436

CONFIDENTIAL

Meeting ID: 160 551 3232
Passcode: 513906


From: Flaherty, Rob R. EOP/WHO >
Sent: Monday, July 19, 2021 4:23 PM
To: Murthy, Vivek (HHS/OASH) >;█████ @gmail.com >
Cc: Phillips, Alexandria (HHS/OASH) >
Subject: Vivek <>█████

Vivek – Wanted to link you with █████, who's been a critical leader of the DNC's misinfo work for a long time, but has also been helping us think through mis/dis on the COVID side. I thought it'd be great for you both to connect as OSG charts out next steps.

-Rob


Rob Flaherty
Director of Digital Strategy
The White House
Cell: █████

Invitation from Google Calendar

You are receiving this courtesy email at the account eric.waldo@hhs.gov because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at
https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others, regardless of their own invitation status, or to modify your RSVP. Learn More.

MOLA_DEFSPROD_00007437

CONFIDENTIAL

**From:** ████████████ @fb.com]
**Sent:** 3/2/2021 11:04:11 PM
**To:** Slavitt, Andrew M. EOP/WHO ████████ @who.eop.gov]; ███████████ @who.eop.gov; Peck, Joshua (HHS/ASPA) ████████ @hhs.gov]; Clarke.Humphrey ███████████ @who.eop.gov]
**CC:** ████████ @fb.com]; ████████████ @fb.com]
**Subject:** Updates following yesterday's meeting

**Flag:** Followup

Andy, Rob, Josh and Clarke,

Thanks for taking the time to connect yesterday. We appreciate your feedback on what would be most helpful to you as you continue your work. Following our meeting, we had further conversations with our teams and in an effort to be responsive to your questions we have two updates to share:

The first update is related to data we can share on a regular basis with the White House and HHS on vaccine intent. We will be able to share survey-based data on intent to vaccinate (% of people who have vaccinated, % of people who intend to vaccinate, % of people who do not intend to vaccinate) for the US with some demographic breakdowns. We can begin to send this data by the end of next week, and we'll regularly refresh this data for the rest of 2021. Additionally, we'll plan to update our enforcement statistics monthly for your awareness.

The second is to provide additional context around the focused work that is happening across our safety and integrity, product, engineering, ops, policy, and other teams, where we've made protecting the global vaccine our top priority. We're building on our work across the past several years on misinformation, our election integrity work, and our work over the past year to fight COVID-19 vaccine misinformation and to amplify authoritative information.

Now that vaccines are rolling out and we are seeing more discussion about vaccines on the platform, we are focusing on understanding how our policies and enforcement approaches are holding up to this evolving conversation. Our prioritization of these issues don't have an end date — we are adapting to the dynamic nature of this pandemic and implementing what we learn as we go. Specifically, we are accelerating progress on a few key areas:

1. **Combatting vaccine misinformation and de-amplifying content that could contribute to vaccine hesitancy:** We're improving the effectiveness of our existing enforcement systems (particularly focusing on entities that repeatedly post vaccine misinformation), mitigating viral content that could lead to vaccine hesitancy, and ensuring our recommendations / discovery surfaces are not amplifying vaccine hesitancy-inducing content.

2. **Promoting the vaccine and providing authoritative information:** We will use our scale and product to increase people's intent to get vaccinated by showing people authoritative information from the CDC and leading health partners to counter misinformation and increase education, awareness, and trust. We'll also help people get the vaccine by helping people know when they're eligible and to find vaccines near them. Finally, we will use our reach to drive vaccine acceptance by providing personalized ads and increase visibility of vaccinations in people's networks (e.g., friends, healthcare workers, public figures) to inspire them to get vaccinated. We are working on specific plans for how to support communities most impacted by COVID (Black, Latinx, Indigenous), and would welcome your input. We'd also welcome partnering with you to amplify efforts to support these communities.

We'd be happy to schedule a follow-up discussion to provide additional information on this work, or on the data we plan to provide going forward. We'll also have more information very soon on access to CrowdTangle as discussed.

Look forward to continued work here, and please don't hesitate to let us know if you have any questions.

Thanks,

████

MOLA_DEFSPROD_00016274

CONFIDENTIAL

| From: | @twitter.com] |
| Sent: | 3/1/2021 6:01:25 PM |
| To: | Flaherty, Robert EOP/WHO [            @who.eop.gov]; Peck, Joshua (HHS/ASPA)            @hhs.gov]; Clarke.Humphrey            @who.eop.gov] |
| CC: | @twitter.com]            @twitter.com];            @twitter.com] |
| Subject: | Following up on today's meeting |

Flag:     Follow up

Rob, Clarke and Josh -

Thanks again for meeting with us today. As we discussed, we are building on our continued efforts to remove the most harmful COVID-19 misleading information from the service by applying labels to Tweets that may contain misleading information about COVID-19 vaccines. We have also introduced a strike system that determines when further enforcement action is necessary. You can read more in the announcement on our blog.

As we said, we are committed to working with stakeholders in the public, private and non-profit sectors to address the reliability of covid information online and look forward to continued dialogue about joint efforts.

Don't hesitate to let me know if you have additional questions.
Warmest,

MOLA_DEFSPROD_00016275

CONFIDENTIAL

---

**From:** ███████ @twitter.com]
**Sent:** 2/25/2021 8:15:11 PM
**To:** Qureshi, Hoor EOP/WHO ███████ @who.eop.gov]
**CC:** Flaherty, Robert EOP/WHO ███████ @who.eop.gov]; Wakana, Benjamin (who.eop.gov)
███████ @who.eop.gov]; Clarke.Humphrey ███████ @who.eop.gov]; ███████
███████ @twitter.com]; Rowe, Courtney (who.eop.gov) ███████ @who.eop.gov]; Peck, Joshua
(HHS/ASPA) ███████ @hhs.gov]
**Subject:** Re: [EXTERNAL] Checking in: Twitter meeting

**Flag:** Followup

Thanks so much, looking forward to it.
Best,
███████

On Thu, Feb 25, 2021 at 8:13 PM Qureshi, Hoor EOP/WHO ███████ @who.eop.gov> wrote:

2pm ET works great on our end. Just sent around a calendar invite for this!

**From:** ███████ @twitter.com>
**Sent:** Thursday, February 25, 2021 8:08 PM
**To:** Flaherty, Robert EOP/WHO ███████ @who.eop.gov>
**Cc:** Wakana, Benjamin L. EOP/WHO ███████ @who.eop.gov>; Humphrey, Clarke EOP/WHO
███████ @who.eop.gov>; ███████ @twitter.com>; Rowe, Courtney M.
EOP/WHO ███████ @who.eop.gov>; Qureshi, Hoor EOP/WHO ███████ @who.eop.gov>;
Joshua Peck ███████ @hhs.gov>
**Subject:** Re: [EXTERNAL] Checking in: Twitter meeting

Hi Robert -

How about 10am or 2pm (our preference) on Monday 3/1?

Best.
███████

On Thu, Feb 25, 2021 at 8:01 PM Flaherty, Robert EOP/WHO ███████ @who.eop.gov> wrote:

Hey ███ — yes. Can you share some times that work on Monday? Our colleague Hoor can land a time for us.

Sent from my iPhone

On Feb 25, 2021, at 7:54 PM, ███████ @twitter.com> wrote:

Hi all -

We are still interested in sharing an update with you on our work to address covid misinformation while also ensuring the reliable availability of quality information.

MOLA_DEFSPROD_00016276

CONFIDENTIAL

| | |
|---|---|
| **From**: | ███████████ @fb.com] |
| **Sent**: | 2/24/2021 8:48:20 PM |
| **To**: | Flaherty, Robert EOP/WHO ███████ @who.eop.gov] |
| **CC**: | Clarke.Humphrey ███████ @who.eop.gov]; Rowe, Courtney (who.eop.gov) |
| | ███████ @who.eop.gov]; Peck, Joshua (HHS/ASPA) ███████ @hhs.gov]; ███████ |
| | ███████ @fb.com]; ███████ b.com]; ( ███████ @fb.com]; ███████ |
| | ███████ @fb.com] |
| **Subject**: | Re: [EXTERNAL] Misinfo Themes |
| | |
| **Flag**: | Followup |

Hoping to cover a lot of that Monday—still working on data we can share, etc

Can definitely go into detail on content that doesn't violate like below but could contribute to vaccine hesitancy.

███████

███████

**facebook, inc.** | politics & government

███████

On Feb 24, 2021, at 8:41 PM, Flaherty, Robert EOP/WHO ███████ @who.eop.gov> wrote:

Awesome. This is helpful. Can you give us a sense of volume on these, and some metrics around rhe scale of removal for each?

Can you also give us a sense of misinformation that might be falling outside of your removal policies?

Goes without saying, just because it's on your list for removal hasn't historically meant that it was removed, so I want to get a sense of the state of play here!

Thanks, all.

Sent from my iPhone

On Feb 24, 2021, at 7:54 PM, ███████ @fb.com> wrote:

Hi all,

Following up on your request for COVID-19 misinfo themes we are seeing. All the below claims violate our updated Covid and vaccine misinformation policies that we announced earlier this month, and we are removing these claims from our platforms:

**Theme 1: Vaccine Toxicity:** Claims that the vaccine contains aborted fetal tissue, has microchips embedded in it, toxic levels of aluminum, etc.

MOLA_DEFSPROD_00016279

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 86-5  Filed 10/14/22  Page 40 of 41 PageID #:
3733

| | |
|---|---|
| **From**: | ████████████ @fb.com] |
| **Sent**: | 2/24/2021 7:49:36 PM |
| **To**: | Flaherty, Robert EOP/WHO ████████ @who.eop.gov] |
| **CC**: | Clarke.Humphrey ████████ @who.eop.gov]; ████████ @fb.com]; Rowe, Courtney (who.eop.gov) ████████ @who.eop.gov]; ████████ @fb.com]; ████████ @fb.com]; ████████ @fb.com]; Peck, Joshua (HHS/ASPA) ████████ @hhs.gov] |
| **Subject**: | Re: Facebook proposal to help mitigate vaccination hesitancy |

**Flag**:     Follow up

Hi All,

Thanks for the productive meeting yesterday — we're excited about the potential here with the CDC.
*(Side note, the misinfo themes we're seeing will be forthcoming in a separate email.)*

We will be proposing to the CDC a phased marketing approach, which will build and scale as the vaccine becomes more widely available. Our target audience is people eligible to get the vaccine and their family and friends. The goal is to get vaccinated people to change their profile frame and share with their network that they've been vaccinated.

**Phase 1 - February**
Introduce profile frames on Facebook (i.e. Frames Tray & Profile) and begin to drive adoption among Public Figures.

o      Invite Public Figures on FB who have publicly shared that they have gotten the vaccine to update their profile frames via targeted outreach

o      Uprank the Frame in the Frames tray on Facebook

o      Feature the Frame in the footer of Profile Pic updates

**Phase 2 – March**
Building on our Phase 1 efforts, we will expand the Frames' visibility among people who have been vaccinated.

o      Accelerate Public Figures outreach for CDC to engage Public Figures and news, sports, entertainment, and media partners via scaled newsletters.

o      Joint Press Moment (similar to the NHS announcement we shared earlier this week)

o      Aggregation of stories of friends adopting the frames to be featured in the Newsfeed

o      A Profile prompt targeted to those eligible for the vaccine by job, age group, etc. This will expand as vaccine availability expands.

o      An in-feed notification targeting those who are eligible.

This effort is a whole of platform approach, meeting users where they are and we believe would positively impact vaccine adoption and curb vaccine hesitancy. This is what our teams have also shared with the CDC, and we're looking forward to continuing this partnership.

Best,

█████

████████████

**facebook, inc.** | politics & government

MOLA_DEFSPROD_00016282

Again, it was a pleasure to work with you and hope to have the chance to do so again.
Theo

On Tue, Jan 19, 2021 at 10:49 PM ███████████ @fb.com> wrote:

Great—thank you! Good luck tomorrow.

Get Outlook for iOS

**From:** ███████████ @jbrpt.org>
**Sent:** Tuesday, January 19, 2021 10:20:34 PM
**To:** ███████ @fb.com>
**Subject:** Re: Thanks--

Hey █████
Thank you - pleasure working with you as well.

Yes - will connect you with Courtney and Josh on the ad side as soon as they have .gov emails, and I know Rob and Clarke will want to be in touch on the mis/disinfo side.

Best,
███████████

On Tue, Jan 19, 2021 at 4:03 PM ███████████ @fb.com> wrote:

Theo,

Thanks for all of your help throughout the transition period—wishing you well in your next chapter now that the transition is drawing to a close.

Hoping to be in touch with Courtney and Josh as we are now heading into the new administration—I'd be grateful if you'd connect me as they land with new email addresses in the coming days?

Thanks,

███████

--
███████████
Biden-Harris Transition
Private Sector Engagement
███████████

--
███████████
Biden-Harris Transition

MOLA_DEFSPROD_00016364

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 9/10/2020 4:32:22 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-██████; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████]; Olson, Brady J. (CD) (FBI) ████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) ████████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) [████████@fbi.gov]; Frazier, Anthony (CID) (FBI) ████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ████████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ████████@fbi.gov] |
| **CC:** | Smulligan, Andrew (NY) (FBI) ████████@fbi.gov |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████████████ |
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Increased cadence touch point before election.  Agenda TBD.  Please forward to whomever you deem appropriate.

_____

**From:** ████████@linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████████@linkedin.com> ████████@linkedin.com>; ████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████████

--

████████████

Advanced Threats

LINKEDIN0000025

Trust & Safety



---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>; ████████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
——————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000026

Appointment
_____

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 9/29/2020 11:39:59 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████; ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████████; ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430███████]; Olson, Brady J. (CD) (FBI) [████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ████████@fbi.gov]; Frazier, Anthony (CID) (FBI) ████████@fbi.gov]; Lopez, Allison (SF) (FBI)████████@fbi.gov]; Taylor, John A. (SF) (FBI) ████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | 877-446-3914, PIN 130254 |
| | |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate.  Agenda TBD.


_____
**From:** ████████████@linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections


2 pm PDT Tuesday Oct 13th works for me!

████████████
Director of Threat Prevention
LinkedIn Trust & Safety


_____

**From:** "Chan, Elvis M. (SF) (FBI)" <████████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████████████@linkedin.com>, ████████████@linkedin.com>, ████████@linkedin.com>, ████████████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

LINKEDIN0000067

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: 5█████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000068

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 9/29/2020 11:39:59 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-Abhishek Ba]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ Olson, Brady J. (CD) (FBI) ████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ████@fbi.gov]; Frazier, Anthony (CID) (FBI)████@fbi.gov]; Lopez, Allison (SF) (FBI) ████@fbi.gov]; Taylor, John A. (SF) (FBI) ████@fbi.gov]; Proctor, Stephen F. (SF) (FBI) ████r@fbi.gov]; Courtney, Peter C. (CID) (FBI) ████@fbi.gov]; Locke, Brandon M. (CID) (FBI) ████@fbi.gov] |
| **CC:** | ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-Samantha Le]; Houhoulis, Rachel (TD) (FBI) ████S@FBI.GOV]; Chevere, Jesus M. (CYD) (FBI) ████@fbi.gov]; Rich, Patricia R. (SF) (FBI) ████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate. Agenda TBD.

_____
**From:** ████ ████ linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

_____
**From:** "Chan, Elvis M. (SF) (FBI)" <████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████ ████ <████@linkedin.com>, ████ ████ <████linkedin.com>, ████ ████@linkedin.com>, ████ ████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

LINKEDIN0000069

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000070

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 11/17/2020 2:24:24 PM |
| **To:** | Chan, Elvis M. (SF) (FBI)████████@fbi.gov]; ████████[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ████ Olson, Brady J. (CD) (FBI) ████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Frazier, Anthony (CID) (FBI) ████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI)████████@fbi.gov]; Taylor, John A. (SF) (FBI)████████@fbi.gov]; Lopez, Allison (SF) (FBI)████████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

_____

**From:** ████████ linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ <████████linkedin.com>; ████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████████

_____

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████████linkedin.com>; ████████@linkedin.com>; ████████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000086

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▉▉▉▉▉▉
Cell: ▉▉▉▉▉
Email: ▉▉▉▉fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000087

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:14 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov]; █████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████]; █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640a9d49ecb0f63fdd91-█████]; █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████]; Olson, Brady J. (CD) (FBI) █████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [█████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) █████@fbi.gov]; Frazier, Anthony (CID) (FBI)█████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) █████@fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) █████@fbi.gov]; Nishi, Kathryn M. (SF) (FBI) █████@fbi.gov]; Millner, Eric D. (AJ) (FBI) [█████@fbi.gov]; Iverson, Jacob A. (NY) (FBI)█████@fbi.gov]; Borkan, Michael B. (CG) (FBI) █████@fbi.gov]; Felgar, Gretchen (CD) (FBI) [█████@fbi.gov]; Courtney, Peter C. (CID) (FBI) █████@fbi.gov]; Baker, Matthew S. (CD) (FBI) █████@fbi.gov] |
| **CC:** | █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-█████; █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-█████ |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | █████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

## USA/Canada (Toll Free): █████

## Guest Passcode: █████

---

**From:** █████ █████ █████linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>; █████@linkedin.com>; █████@linkedin.com>
**Cc:** █████@linkedin.com>; █████ @linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

█████

**From:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** █████@linkedin.com>; █████@linkedin.com>; █████linkedin.com>; █████ █████ █████linkedin.com>

LINKEDIN0000145

**Cc:** ███████████ ███████ @linkedin.com> ███████████████ @linkedin.com>
**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to provide will be sent in advance.  Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████████
Cell: ████████████
Email: ████████ fbi.gov

LINKEDIN0000146

———————————————————

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000147

Message
_____

**From:** ████████████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B47AD1E0D3D94720BD39FFE30A31BD01-████]

**Sent:** 1/9/2020 10:57:39 AM

**To:** ████████████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90██████████████ (SF) (FBI) [████ fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9███████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d███████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-J███████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████]

**Subject:** RE: Next FITF Meeting


███████ and ████████

I will be on the road during all of those days, but between ████████, and ████████ one of them should be able to cover -- please make sure one of them is available on whichever date is chosen.  Thanks so much.

-----Original Message-----
From: ████████ @linkedin.com>
Sent: Thursday, January 9, 2020 10:45 AM
To: Chan, Elvis M. (SF) (FBI) <█████bi.gov>; ████████ @linkedin.com>; ████████ @linkedin.com>; ████████ @linkedin.com>; ████████ @linkedin.com>
Subject: RE: Next FITF Meeting

Hi Elvis,

Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm still catching up.  We can make the following work:
        February 11, 1 PM, 3 PM
        February 12, 3 PM
        February 13, 10 AM, 1 PM

Thanks so much,
~mg  😊

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <████bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To: ████████ @linkedin.com>; ████████ @linkedin.com>; ████████ @linkedin.com>; ████████ @linkedin.com>; ████████ @linkedin.com>
Subject: RE: Next FITF Meeting

Thanks ██████!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell: ████████
Email: ████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----

LINKEDIN0000149

From: ███████████████████@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <██████bi.gov>; ███████████████@linkedin.com>; ████████████@linkedin.com>; ███████████@linkedin.com>; ████████████████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+██████████ to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!
████████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <██████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the
open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.
Hope all is well.

    Regards,
        Elvis
    ─────────────────────────────────

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work: ████████████
    Cell: ████████████
    Email: ██████bi.gov
    ─────────────────────────────────

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property
of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000150

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 9/10/2020 2:13:59 PM |
| **To:** | ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-█████████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-█████████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-███████ |
| **Subject:** | Next FITF Meetings |
| **Flag:** | Flag for follow up |

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000151

Message

| | |
|---|---|
| **From:** | ████████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B48D6F5EFA9640AF9D49ECB0F63FDD91-AUSTIN ████ |
| **Sent:** | 9/10/2020 4:27:10 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-A████████ |
| **Subject:** | Re: Next FITF Meetings |

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████████

--

████████

Advanced Threats
Trust & Safety

[☑ The link]

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ████████@linkedin.com>; ████████@linkedin.com>████████linkedin.com>; ████ ████ ████████linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

LINKEDIN0000152

Regards,
 Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000153

Message
| | |
|---|---|
| **From:** | ████████/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9████████ |
| **Sent:** | 1/9/2020 11:09:13 AM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████]; ████████ o [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-████████]; Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-██████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179 ████████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-████████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ |
| **Subject:** | Re: Next FITF Meeting |

I can only make the Feb 11th date, since I'm on DTO the rest of that week.  Thanks!

████████
Threat Prevention
Trust & Safety


On 1/9/20, 10:57 AM, "████████ <████████@linkedin.com> wrote:

    +Josh and ████████

    I will be on the road during all of those days, but between ████████, and ████████ one of them should be able to cover -- please make sure one of them is available on whichever date is chosen.  Thanks so much.

    -----Original Message-----
    From: ████████@linkedin.com>
    Sent: Thursday, January 9, 2020 10:45 AM
    To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ████████ <████████l@linkedin.com>; ████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████@linkedin.com>
    Subject: RE: Next FITF Meeting

    Hi Elvis,

    Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm still catching up.  We can make the following work:
        February 11, 1 PM, 3 PM
        February 12, 3 PM
        February 13, 10 AM, 1 PM

    Thanks so much,
    ~mg  ☺

    -----Original Message-----
    From: Chan, Elvis M. (SF) (FBI) <████████bi.gov>
    Sent: Monday, January 6, 2020 2:13 PM
    To: ████████ <████████l@linkedin.com>; ████████ <████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████ <████████@linkedin.com>
    Subject: RE: Next FITF Meeting

    Thanks Diana!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco

LINKEDIN0000154

Work: ████████████
Cell: ████████
Email: ████████bi.gov

_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

    -----Original Message-----
    From: ████████ [mailto████████l@linkedin.com]
    Sent: Monday, January 06, 2020 1:52 PM
    To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ████████ <████████@linkedin.com>; ████████
    <████████n@linkedin.com>; ████████@linkedin.com>;
    <████████@linkedin.com>
    Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

    +@█████████████ to help with scheduling.

    Thanks Elvis!  We'll figure out a time and let you know.

    Happy New Year!

    ███████████
    Threat Prevention
    Trust & Safety


    On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <████████bi.gov> wrote:

        All,

        Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

        February 11, 10 AM, 1 PM, 3 PM
        February 12, 10 AM, 1 PM, 3 PM
        February 13, 10 AM, 1 PM, 3 PM

        The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

        Regards,
            Elvis
        _____

        Elvis M. Chan
        Supervisory Special Agent
        Squad CY-1, National Security Cyber
        FBI San Francisco
        Work: ████████████
        Cell: ████████
        Email: ████████bi.gov
        _____

        This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000155

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [██████fbi.gov] |
| **Sent:** | 9/23/2020 12:43:04 PM |
| **To:** | ██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██████ ██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91██████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-██████] |
| **Subject:** | New FBI PSA |
| **Attachments:** | PSA - Election Results 09-22-2020.pdf |

LinkedIn folks,

In case you haven't seen it, the FBI is publishing a series of PSAs regarding the elections. I've attached it for your reference and would appreciate if you could forward to the folks who do your election security messaging. They can feel free to cite it or link to ic3.gov where we will be putting all of our PSAs. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ██████
Cell: ██████
Email: ██████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000156

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 9/29/2020 11:08:33 AM |
| **To:** | ████████████/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ |
| **Subject:** | Last FITF Meeting before Elections |

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████6
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000159

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 10/19/2020 6:13:16 PM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████] |
| **CC:** | Frazier, Anthony (CID) (FBI) ████████@fbi.gov] |
| **Subject:** | Additional Information |

LinkedIn folks,

Please see additional information from FITF-Global Unit.  I've cc'd Monte in case you have any questions.  Thanks!

Named U.S. Political Party: Republicans
Named U.S. Presidential Candidate: Biden
The U.S. President: Trump

These identifiers correspond with the content in "Information Sharing 5"

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
W: ████████
C: ████████6

LINKEDIN0000163

Message

| | |
|---|---|
| **From:** | ████████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B48D6F5EFA9640AF9D49ECB0F63FDD91-████████ |
| **Sent:** | 10/19/2020 6:20:13 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467 ████ ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1████████ |
| **CC:** | Frazier, Anthony (CID) (FBI) ████████@fbi.gov] |
| **Subject:** | Re: Additional Information |

Thanks, Elvis!

--

████████

Advanced Threats
Trust & Safety

████ The link

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Monday, October 19, 2020 6:13 PM
**To:** ████ ████ <████████linkedin.com>; ████████████@linkedin.com>; ████████ ████ ████████@linkedin.com>
**Cc:** Frazier, Anthony (CID) (FBI) <████████@fbi.gov>
**Subject:** Additional Information

LinkedIn folks,

Please see additional information from FITF-Global Unit. I've cc'd Monte in case you have any questions. Thanks!

Named U.S. Political Party: Republicans
Named U.S. Presidential Candidate: Biden
The U.S. President: Trump

These identifiers correspond with the content in "Information Sharing 5"

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1
San Francisco Division
Federal Bureau of Investigation
W: ████████
C: ████████

LINKEDIN0000164

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 11/17/2020 12:16:09 PM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████████ ; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1█████████ |
| **Subject:** | Next FITF Meetings |

LinkedIn folks,

We'd like to set up the next set of meetings to touch base.  Here is the proposed agenda:  (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time.  Here are the proposed dates/times.  Please reply with one that works for you and we'll lock it in.  Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: █████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000165

Message
| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [▮▮▮▮fbi.gov] |
| **Sent:** | 11/17/2020 2:24:01 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1▮▮▮▮▮▮▮ ▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467▮▮ ▮▮▮▮▮ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91▮▮▮▮ |
| **Subject:** | RE: Next FITF Meetings |

Done! You should have gotten a calendar invite.  Thanks.

Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▮▮▮▮▮▮▮
Cell: ▮▮▮▮▮
Email: ▮▮▮▮fbi.gov

_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ▮▮▮▮  ▮▮▮▮  ▮▮▮▮linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) ▮▮▮▮@fbi.gov>; ▮▮▮▮ ▮▮▮ <▮▮▮▮linkedin.com>; ▮▮▮▮@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,
▮▮▮▮

---

**From:** Chan, Elvis M. (SF) (FBI) <▮▮▮▮fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ▮▮▮▮ <▮▮▮▮linkedin.com>; ▮▮▮▮@linkedin.com>; ▮▮▮▮ ▮▮▮ <▮▮▮▮@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base.  Here is the proposed agenda:  (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time.  Here are the proposed dates/times.  Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT

LINKEDIN0000166

Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ███████████
Email: ██████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000167

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov] |
| **Sent:** | 11/19/2020 9:07:16 AM |
| **To:** | ██████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91██████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e██████████ |
| **Subject:** | Information Sharing |

LinkedIn folks,

Heads up I'll be sending you a Teleporter link with new indicators, which are not election related. Please be on the lookout for a Teleporter email from █████@teleporter01.org to download the file. It is not spam! Hope you are doing well. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████████
Cell: ████████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000168

Message

| | |
|---|---|
| **From:** | ███ ███ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D6915D479CD74FC99079271B15F73467-███ ███ |
| **Sent:** | 11/19/2020 9:07:54 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [█████fbi.gov]; █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████ |
| **Subject:** | Re: Information Sharing |

Thank you Elvis!

███ ███

Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>
**Date:** Thursday, November 19, 2020 at 12:07 PM
**To:** ███ ███ <█████linkedin.com>, █████████@linkedin.com>, ███ ███ █████linkedin.com>
**Subject:** Information Sharing

LinkedIn folks,

Heads up I'll be sending you a Teleporter link with new indicators, which are not election related. Please be on the lookout for a Teleporter email from █████@teleporter01.org to download the file. It is not spam! Hope you are doing well. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████
Email: █████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000169

Message

| From: | ███████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B48D6F5EFA9640AF9D49ECB0F63FDD91-██████ |
|---|---|
| Sent: | 11/19/2020 10:47:07 AM |
| To: | ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467███████; Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; ██████████ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████ |
| Subject: | Re: Information Sharing |

Thanks, Elvis -- received.


--

███████
Advanced Threats
Trust & Safety

▭ The link

---

**From:** ████ ███████ linkedin.com>
**Sent:** Thursday, November 19, 2020 9:07 AM
**To:** Chan, Elvis M. (SF) (FBI) <██████ fbi.gov>; ████████ -@linkedin.com>; █████ ████ ██████ @linkedin.com>
**Subject:** Re: Information Sharing

Thank you Elvis!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** Chan, Elvis M. (SF) (FBI) <██████ fbi.gov>
**Date:** Thursday, November 19, 2020 at 12:07 PM
**To:** █████ ████ <██████ linkedin.com>, ████████ @linkedin.com>, █████ ████ ██████ linkedin.com>
**Subject:** Information Sharing

LinkedIn folks,

Heads up I'll be sending you a Teleporter link with new indicators, which are not election related. Please be on the lookout for a Teleporter email from █████ @teleporter01.org to download the file. It is not spam! Hope you are doing well. Thanks.

Regards,
  Elvis

LINKEDIN0000170

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▇▇▇▇▇▇▇
Cell: ▇▇▇▇▇▇▇
Email: ▇▇▇▇▇fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000171

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [⬛⬛⬛fbi.gov] |
| **Sent:** | 12/4/2020 1:19:07 PM |
| **To:** | ⬛⬛ ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467⬛⬛ ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-⬛⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-⬛⬛ |
| **Subject:** | Proposed Agenda for Next Week |

LinkedIn folks,

I wanted to let you know our agenda has solidified. Here is what we have on tap:


- Greeting from new FBI SF SAC, Craig Fair
- Russian influence status update
- Chinese influence status update
- Iran cyber follow up on latest data sent
- Election Hot Wash

- What went well?
- What needs improvement?

- Discussion of meetings going forward

- Do we want to continue these types of meetings?
- What is the cadence if we want to continue? Quarterly? Some other period?
- What are the topics we want to discuss? All kinds of foreign influence? Elections only?


Let me know if this works for your folks and if you'd like to add anything. Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ⬛⬛⬛
Cell: ⬛⬛⬛
Email: ⬛⬛⬛fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000172

Message
| | |
|---|---|
| **From:** | ██████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D6915D479CD74FC99079271B15F73467-████ ████ |
| **Sent:** | 12/4/2020 3:13:02 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange AdministrativeGroup (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-/████████ ████ [/o=ExchangeLabs/ou=Exchange AdministrativeGroup (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-/█████ |
| **Subject:** | Re: Proposed Agenda for Next Week |

Looks great Elvis, we are looking forward to the discussion!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Date:** Friday, December 4, 2020 at 4:19 PM
**To:** ████ ████ <████████linkedin.com>, ████████@linkedin.com>, █████ ████ ████████linkedin.com>
**Subject:** Proposed Agenda for Next Week

LinkedIn folks,

I wanted to let you know our agenda has solidified. Here is what we have on tap:

- Greeting from new FBI SF SAC, Craig Fair
- Russian influence status update
- Chinese influence status update
- Iran cyber follow up on latest data sent
- Election Hot Wash

- What went well?
- What needs improvement?

- Discussion of meetings going forward

- Do we want to continue these types of meetings?
- What is the cadence if we want to continue? Quarterly? Some other period?
- What are the topics we want to discuss? All kinds of foreign influence? Elections only?

Let me know if this works for your folks and if you'd like to add anything. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent

LINKEDIN0000175

Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ███████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000176

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 2/18/2021 9:56:18 AM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████████; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ ██████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-██████; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ |
| **Subject:** | Next FITF Meeting |
| **Flag:** | Flag for follow up |

LinkedIn folks,

I know there are meetings with different FBI components going on, but I want to set up the quarterly FITF meeting for the week of March 8th. We will be touching on the usual agenda items (Russia, China, and Global issues). Please let me know what works best for your folks (all times Pacific):

March 8, 1 pm
March 9, 10 am or 12 pm
March 10, 10 am or 1:30 pm
March 11, 10 am or 1 pm
March 12, 12 pm or 1 pm

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work ████████
Cell: ████████
Email ████████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000177

Message

| | |
|---|---|
| **From:** | Elvis Chan [████████fbi.gov] |
| **Sent:** | 11/10/2021 2:13:35 PM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467███ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e▓ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd9▓ ████ ███ |
| **CC:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████ |
| **Subject:** | Next FITF Meeting |
| **Flag:** | Flag for follow up |

LinkedIn folks,

What better way to start out the holiday season than a FITF meeting? I will share the specific agenda as soon as I can nail down presenters, but we will broadly be covering malign foreign influence (Eurasia, Asia, and Global) and any new APTs that have updates for you. Here are the open slots for you to choose a one hour block:

Thursday, 12/2, 9 am, 10 am, 11 am, 12 pm, 1 pm PT
Friday, 12/3, 10 am, 11 am, 12 pm, 1 pm PT
Thursday, 12/9, 9 am, 10 am, 11 am, 12 pm, 1 pm PT
Friday, 12/10, 9 am, 10 am, 11 am PT
Tuesday, 12/14, 9 am, 10 am, 11 am, 12 pm, 1 pm PT
Wednesday, 12/15, 10 am, 11 am, 12 pm, 1 pm PT
Friday, 12/17, 10 am, 11 am, 12 pm PT

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email ███████@fbi.gov
————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000183

Message

| | |
|---|---|
| **From:** | Elvis Chan [███████fbi.gov] |
| **Sent:** | 12/31/2021 3:10:26 PM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91 [ledehmlow@fbi.gov]; █████ █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467 [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49 [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████████ [mcwightman@fbi.gov] |
| **CC:** | ████████@fbi.gov]; ███████@fbi.gov]; Zbigniew Broniszewski ████████@fbi.gov]; Sanjay Virmani ████████@fbi.gov]; Marykate Fitzpatrick [███████@FBI.GOV]; Y. Judy Chock ███████@fbi.gov] |
| **Subject:** | Re: Query for our SM partners |
| **Attachments:** | FINAL (U--FOUO) IIF - Anniversary of US Capitol Breach May Be Exploited 12302021.pdf |

Hi ████

See attached for the latest product from us. Not earthshaking but we wanted to share this with you. Happy new year!

Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████████fbi.gov

_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

| | |
|---|---|
| **From:** | ████████@linkedin.com> |
| **Sent:** | Friday, December 31, 2021 11:06:54 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) <████fbi.gov>; Dehmlow, Laura E. (CD) (FBI) <████████/@fbi.gov>; █████ █████ <████████linkedin.com>████████@linkedin.com>; █████ ████████@linkedin.com>; Wightman, Michael C. (CD) (FBI)████████@fbi.gov> |
| **Cc:** | Giannini, Luke O. (CyD) (FBI) ████████@fbi.gov>; Cone, William H. III (CD) (FBI) ████████@fbi.gov>; Broniszewski, Zbigniew R. (CD) (FBI) <████████@fbi.gov>; Virmani, Sanjay (CTD) (FBI)████████@fbi.gov>; Fitzpatrick, Marykate Alice (DO) (FBI) <████████@FBI.GOV>; Chock, Y. Judy (CD) (FBI) <████████@fbi.gov> |
| **Subject:** | [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Query for our SM partners |

Thanks, Elvis -- I'm not aware of any uptick/change in activity with regards to 6 January but we'll let you all know if we see anything.

Thanks,

LINKEDIN0000184

██

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Thursday, December 30, 2021, 9:42 AM
**To:** Laura Dehmlow; ████ ████ ████████ █████████ ██████ ██████ Michael Wightman
**Cc:** Luke Giannini; William Cone; Zbigniew Broniszewski; Sanjay Virmani; Marykate Fitzpatrick; Y. Judy Chock
**Subject:** Re: Query for our SM partners

LinkedIn folks,

See below from FITF and let us know if you see anything. We will also let you know if we see anything. Thanks and have a happy new year!

Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████████████
Cell: ████████████
Email: ████████fbi.gov

---

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

---

**From:** Dehmlow, Laura E. (CD) (FBI) <████████@fbi.gov>
**Sent:** Thursday, December 30, 2021 9:24:09 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Cc:** Giannini, Luke O. (CyD) (FBI) <████████@fbi.gov>; Cone, William H. III (CD) (FBI) ████████@fbi.gov>; Wightman, Michael C. (CD) (FBI) <████████@fbi.gov>; Broniszewski, Zbigniew R. (CD) (FBI) <████████@fbi.gov>; Chock, Y. Judy (CD) (FBI) <████████@fbi.gov>
**Subject:** Query for our SM partners

Hi Elvis,

I'm very sorry to bother you just before a holiday weekend, but we're having some inquiries here regarding any uptick or change in foreign actors (proxy, state media, CIB) activities with regards to the 6 January anniversary. Trying to get a handle on whether we're seeing any specific calls for violence or any changes that would indicate more concern than the steady state activity that's been persistent over the past year with associated narratives. Would you mind looping us up with the various partners to just do a bit of a pulse check?

Thanks,

Laura

Laura Dehmlow
Section Chief

LINKEDIN0000185

Foreign Influence Task Force

LINKEDIN0000186

Message
| | |
|---|---|
| **From:** | Elvis Chan [███████fbi.gov] |
| **Sent:** | 2/4/2022 12:59:58 PM |
| **To:** | ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████]; ████ ██ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49-████████ |
| **Subject:** | RE: Next FITF Meeting |

████ no problem! It was worth a shot. We can consider it for the June meeting depending on how COVID is going. Thanks.

Regards,
Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: █████████
Cell: ████████6
Email: ████████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ██████████@linkedin.com>
**Sent:** Friday, February 4, 2022 12:39 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ██████ ████████ linkedin.com>; ████ ████ <████████ linkedin.com>; ████████████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Thanks, Elvis -- of the core group here, only ██████ is still in Sunnyvale. ████ is in NY, ████ in DC, I'm in Seattle, and the relevant analysts are scattered from Alabama to N. California. Defer to ████████ but I'm also not sure what our current guidelines are for guests, so this may be one to revisit next time around.

████

--

████████

Advanced Threats

LINKEDIN0000191

Trust & Safety

The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmcC0Ego/sM94+ll3+e8JzPZBXXF8c9+59/zu/3y8Zx1m8WhY3Y3NzRsudcrr5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FFcgiBQbdQL8AIAOQBrALwGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf7ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqN1mg7DovPSDL
Hq8RJiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKPgzEjKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCERehULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9eq6okqAJnAcpn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFfignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrI
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNcMVOVrDah+k0XA0j4xn7Lt0coTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAEIFTkSuQmCC

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Friday, February 4, 2022 12:34 PM
**To:** ████████@linkedin.com>;████████ ████████linkedin.com>; ████████
<████████linkedin.com>; Karen Graham <kagraham@linkedin.com>
**Subject:** RE: Next FITF Meeting

████ – I just sent you all a calendar invite for the 2nd. Let me know the possibility of meeting in person. On our side, the contingent would be approximately 9-11 people. We are all vaccinated. Thanks!

Regards,
   Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████████@fbi.gov

—————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████████@linkedin.com>
**Sent:** Thursday, February 3, 2022 9:30 AM

LINKEDIN0000192

**To:** Chan, Elvis M. (SF) (FBI) < ████████ fbi.gov>; ████ ████ ████ linkedin.com>; ████
< ████ linkedin.com>; ████████ ████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis, we'd prefer 10am on the 1st , 2nd, or 8th if any of those are still available.

Thanks!

████

--


████████

Advanced Threats

Trust & Safety

┌── The link
data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYEIEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJbILUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+Il3+e8JzPZBXF8c9+59/zu/3y8Zx1m8WhY3Y3NzRsuderr5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FfcgiBQbdQL8AIAOQBrALwGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf7ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKPgzEjKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCERehULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9cq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzzl goo4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNcMVOVrDah+k0XA0j4xn7Lt0coTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAEIFTkSuQmCC

---

**From:** Elvis Chan < ████████ fbi.gov>
**Sent:** Wednesday, February 2, 2022 2:06 PM
**To:** ████████ ████ ████ linkedin.com>; ████ ████ < ████████ linkedin.com>; ████

LINKEDIN0000193

█████ @linkedin.com>; ████████████ @linkedin.com>

**Subject:** Next FITF Meeting

LinkedIn folks,

It's that time again!  We want to schedule the next round of quarterly FITF meetings with your company.  We also wanted to gauge your interest in hosting us for this meeting in-person in the Bay Area?  If so, how many people maximum would you want our contingent to be?  I ask because at least one other company has said they will host us in-person.  See below for available times and let us know what you want to lock in.  Thanks!

March 1, 10 am or 1 pm PT
March 2, 10 am or 1 pm PT
March 3, 10 am or 1 pm PT
March 4, 10 am or 1 pm PT
March 8, 10 am or 1 pm PT
March 9, 10 am or 1 pm PT
March 10, 10 am or 1 pm PT
March 11, 10 am to 1 pm PT


Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: █████████
Cell: ██████
Email: ███████ @fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000194

Message

| | |
|---|---|
| **From:** | Elvis Chan [⬛⬛⬛⬛fbi.gov] |
| **Sent:** | 2/4/2022 1:53:18 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e⬛⬛⬛⬛⬛⬛⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91⬛⬛ ⬛⬛ ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467⬛⬛⬛⬛⬛⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49⬛⬛⬛⬛] |
| **Subject:** | Re: Next FITF Meeting |

No problem. Thanks for checking!

Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work:   ⬛⬛⬛⬛⬛⬛⬛
Cell:    ⬛⬛⬛⬛⬛
Email:  ⬛⬛⬛⬛fbi.gov

---

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

**From:** ⬛⬛⬛⬛ ⬛⬛⬛ ⬛⬛⬛linkedin.com>
**Sent:** Friday, February 4, 2022 1:46:48 PM
**To:** Chan, Elvis M. (SF) (FBI) <⬛⬛⬛⬛fbi.gov>; ⬛⬛⬛⬛⬛⬛@linkedin.com>; ⬛⬛⬛ ⬛⬛ <⬛⬛⬛linkedin.com>⬛⬛⬛⬛⬛⬛⬛⬛@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

We'd love to host in person, Elvis, but our offices are still not open to non-LinkedIn guests. Am hopeful that will change by June.

Thanks,
⬛⬛⬛⬛

---

**From:** Elvis Chan <⬛⬛⬛⬛fbi.gov>
**Sent:** Friday, February 4, 2022 12:59 PM
**To:** ⬛⬛⬛⬛⬛⬛@linkedin.com>; ⬛⬛⬛ ⬛⬛ ⬛⬛⬛linkedin.com>; ⬛⬛⬛ ⬛⬛ <⬛⬛⬛linkedin.com>; ⬛⬛⬛⬛⬛⬛⬛@linkedin.com>
**Subject:** RE: Next FITF Meeting

⬛⬛⬛ no problem! It was worth a shot. We can consider it for the June meeting depending on how COVID is going. Thanks.

Regards,
    Elvis

LINKEDIN0000195

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work:
Cell: ████████
Email: ████████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**From:** ████████@linkedin.com>
**Sent:** Friday, February 4, 2022 12:39 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████████████████@linkedin.com>; ████ ████ <████████linkedin.com>; ████████████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Thanks, Elvis -- of the core group here, only ████ is still in Sunnyvale. ████ is in NY, ████ in DC, I'm in Seattle, and the relevant analysts are scattered from Alabama to N. California. Defer to ████████ but I'm also not sure what our current guidelines are for guests, so this may be one to revisit next time around.

████

--

████████
Advanced Threats
Trust & Safety

[⌁ The link]

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQVRYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mU2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXXXF38c9lc3RE9UGx1m8OotvlOfhigB/zjNrShf3guQ5mfhiexQ4m2ny3Nze/0wQqYmy2nly2ym6Asi15+++4vzqQCE5va8O6VYvKPgzZ/JKFvnKP9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzXIV2F2TUCERehULAfhsgPxG6GGB0uC3ySnMb6z/yzah9t6ZPte4gbo5Q+ep4t6t0IUOaBoSb3rS3SfuUfUzz8n8MXaFz2BvkdgOtT64yTbvkXW0d9yTbvkdXhcuwWY0TW1LvkJep0+epZE6A7HDHKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR1PvQaoI2o3D6v3/8Y/ZtZXtZE/ppN7QobQ+HG7ADAAAAAElFTkSuQmCC

LINKEDIN0000196

**From:** Elvis Chan <██████████fbi.gov>
**Sent:** Friday, February 4, 2022 12:34 PM
**To:** ████████████@linkedin.com>; ████ ████ ████████linkedin.com>; ████ ████ <████████linkedin.com>; ████████████████@linkedin.com>
**Subject:** RE: Next FITF Meeting

████ – I just sent you all a calendar invite for the 2nd. Let me know the possibility of meeting in person. On our side, the contingent would be approximately 9-11 people. We are all vaccinated. Thanks!

Regards,
Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████████████████@linkedin.com>
**Sent:** Thursday, February 3, 2022 9:30 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ ████████linkedin.com>; ████ ████ <████████linkedin.com>; ████████████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis, we'd prefer 10am on the 1st, 2nd, or 8th if any of those are still available.

Thanks!

████

--

████████
Advanced Threats
Trust & Safety

The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXXF8c9+59/zu/3/3y8m8vmwdgP4bhWhY3Y3mWhY3
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwGwG2qg6qG2nly8FFfcgiBQbdQL8AIAOQBrALwGkAZQ2iLC0bdp
ATpnbgfOxUp9pqjp9qY1YU8p+LOHjtGX5SM/Iy0fhiggOwHcVatsMoDDLlx1QLdvWIlMd3vrZ0z0z2Dc4e4/r0fR/Wr9rx9LqR2
CpyMf/ltD02mW4tLur7NrxgWHkXn5KHCgXuAygA8A8rArRgB8xUQ0b71NM+R5x+HuN7r0a5SSH/pNrYir2Z
HIa4dRaORFFHDdGCXnmbx4kx0fz47Yf1fPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqN+Imz7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1/ym6Asil5+++4vzQCE5va8O6VYvKpgZcjKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCERehULAfhsgPxG6GGB0uC3ySnMb6z/yzah9t6ZPte

LINKEDIN0000197

4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9eq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzz1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAElFTkSuQmCC

---

**From:** Elvis Chan <███████fbi.gov>
**Sent:** Wednesday, February 2, 2022 2:06 PM
**To:** ████ ████ ████linkedin.com>; ████ ████ <████linkedin.com>; ████
████@linkedin.com>;                         ████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's that time again! We want to schedule the next round of quarterly FITF meetings with your company. We also wanted to gauge your interest in hosting us for this meeting in-person in the Bay Area? If so, how many people maximum would you want our contingent to be? I ask because at least one other company has said they will host us in-person. See below for available times and let us know what you want to lock in. Thanks!

March 1, 10 am or 1 pm PT
March 2, 10 am or 1 pm PT
March 3, 10 am or 1 pm PT
March 4, 10 am or 1 pm PT
March 8, 10 am or 1 pm PT
March 9, 10 am or 1 pm PT
March 10, 10 am or 1 pm PT
March 11, 10 am to 1 pm PT


Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████████
Cell: ████████████
Email: ██████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000198

Message

| | |
|---|---|
| **From:** | Elvis Chan [████████fbi.gov] |
| **Sent:** | 5/5/2022 12:30:32 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████, ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49-██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-███████ |
| **Subject:** | RE: Next FITF Meeting |
| **Flag:** | Flag for follow up |

████████

Here is the list so far:

Laura Dehmlow, Section Chief, FITF
William Cone, Unit Chief, FITF Russia
Judy Chock, Unit Chief, FITF China
Michael Wightman, Unit Chief, FITF Global
Kiffa Shirley, Supervisory Special Agent, FITF Global
Jonathan Sills, Assistant General Counsel, FITF Russia
Rachel Martinez, Intelligence Analyst, FITF Russia
Kyler Bakhtiari, Special Agent, San Francisco Division
Elvis Chan, Asst. Special Agent in Charge, San Francisco Division

I know we'll be rounding out the delegation with some more analysts and case agents. I think our final count will be 12-13 people. Let me know if you'll be able to accommodate that size. We are all vaccinated and boosted. Thanks.

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████████@fbi.gov

_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

| | |
|---|---|
| **From:** | ████████ ████ ████████linkedin.com> |
| **Sent:** | Thursday, May 5, 2022 12:25 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ <████████linkedin.com>; ████████@linkedin.com>; ████████@linkedin.com>; ████████ ████████@linkedin.com> |
| **Subject:** | [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting |

Got the invite, Elvis--thanks!

LINKEDIN0000208

Can you please also send me names + titles of the folks on your end so we can handle arrival logistics?

Thanks,
█████████

**From:** ████████ ████ █████████ linkedin.com>
**Sent:** Thursday, May 5, 2022 12:07 PM
**To:** Elvis Chan <████████ fbi.gov>; █████ ████ <█████████ linkedin.com>; █████████████████ @linkedin.com>; ██████ ████████ @linkedin.com>; █████████ █████ linkedin.com>
**Subject:** Re: Next FITF Meeting

+Josh

Thanks, Elvis. We would love to host in SF! How about 10 am on Monday June 13?

We are still working out travel and logistics on our end (need to double-confirm our guest policy these days), but wanted to snag that timeslot since that is the only time that works for us for an in-person meeting.

Thanks,
█████████

**From:** Elvis Chan <████████ fbi.gov>
**Sent:** Wednesday, May 4, 2022 2:49 PM
**To:** █████ ████ <█████████ linkedin.com>; ███████████████ @linkedin.com>; ████████ █████ @linkedin.com>; ██████ █████ ████████ linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's time to set up the next round of FITF quarterly meetings!  I'm still trying to nail down the APT case briefings, but have all the malign influence briefings confirmed.  We will definitely have an update on Callisto Group.  We are hoping to have this be an in-person meeting at your San Francisco facility as we are scheduling meetings with the other companies in town during the same time period.  Our contingent would be about 12 people.  Let us know if you are able and willing to host on the following dates/times:

Monday, June 13, 10 am or 1 pm
Tuesday, June 14, 10 am or 1 pm
Wednesday, June 15, 10 am or 1 pm

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
San Francisco Division, Cyber Branch
Federal Bureau of Investigation
W:
C: ████████████

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.*

LINKEDIN0000209

Message

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 7/14/2020 11:02:21 AM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430█████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1███████ |
| **CC:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4█████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-█████ |
| **Subject:** | Next FITF Meetings |

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods


Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to provide will be sent in advance.  Thanks!

LINKEDIN0000217

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████████
Cell: ████████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000218

Message

| | |
|---|---|
| **From:** | Elvis Chan [███████fbi.gov] |
| **Sent:** | 6/14/2022 6:43:46 AM |
| **To:** | Karen Graham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49███████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ |
| **CC:** | Jacqueline Wu ████@fbi.gov] |
| **Subject:** | Fwd: Mandiant Report |
| **Attachments:** | Mandiant Lynas Information Operation Report 2022-05-31 (1).pdf |

LinkedIn folks,

Thanks again for hosting us for yesterday's meeting. As promised, here is the Mandiant report that Jacqueline referenced.

Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████
Cell: ██████
Email: ████fbi.gov
Pronouns: he, him, his

_____

This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your organization; it and its contents or attachments are not to be distributed outside your organization.

_____

**From:** Wu, Jacqueline Anne (CD) (FBI)█████@fbi.gov>
**Sent:** Tuesday, June 14, 2022 5:48:54 AM
**To:** Chan, Elvis M. (SF) (FBI) <█████fbi.gov>
**Cc:** Chock, Y. Judy (CD) (FBI) ██████@fbi.gov>
**Subject:** Mandiant Report

Hi Elvis,

Attached is the Mandiant report we discussed at the LinkedIn meeting.

Best,
Jacqueline

LINKEDIN0000219

Message

| | |
|---|---|
| **From:** | ███████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
| **Sent:** | 9/23/2020 12:56:55 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████ ████] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████n] |
| **Subject:** | Re: New FBI PSA |

Thanks, Elvis--received.

Thanks,
██████

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Wednesday, September 23, 2020 12:43 PM
**To:** ████ ████ <████████linkedin.com>; ████████@linkedin.com>; ████ ████ ██████@linkedin.com>
**Subject:** New FBI PSA

LinkedIn folks,

In case you haven't seen it, the FBI is publishing a series of PSAs regarding the elections. I've attached it for your reference and would appreciate if you could forward to the folks who do your election security messaging. They can feel free to cite it or link to ic3.gov where we will be putting all of our PSAs. Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000231

Message

| | |
|---|---|
| **From:** | ███████ ███ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-███████ BA] |
| **Sent:** | 9/29/2020 12:07:24 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██ ████ ; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-███ ██████ ████; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430███████ |
| **Subject:** | Re: Last FITF Meeting before Elections |

Thanks, Elvis. Talk to you on 10/13 at 2 pm.

Thanks,

████████

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Tuesday, September 29, 2020 11:08 AM
**To:** ████████████linkedin.com>; ████ ████████linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election. Please let me know which of these works best for you (one hour slot). Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
————————————————————————

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000232

Message

| From: | ██████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-██████ BA] |
|---|---|
| Sent: | 11/17/2020 1:25:15 PM |
| To: | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467 ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████n |
| Subject: | Re: Next FITF Meetings |

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

██████

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ██████ ████ <████████linkedin.com>; ████████████ @linkedin.com>; ██████ ████ ████████ @linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000233

Message

| | |
|---|---|
| From: | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
| Sent: | 11/17/2020 6:24:59 PM |
| To: | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ ██] |
| Subject: | Re: Next FITF Meetings |

Received and accepted. Thank you, and talk to you soon.

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 2:24 PM
**To:** ████ ████ ████ linkedin.com>; ████ ████ ████ linkedin.com>; ████ @linkedin.com>
**Subject:** RE: Next FITF Meetings

Done! You should have gotten a calendar invite. Thanks.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████
Cell: ████
Email: ████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████ ████ ████ linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) ████ @fbi.gov>; ████ ████ <████ linkedin.com>; ████ @linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████

---

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████ linkedin.com>; ████ ████ @linkedin.com>; ████ ████

LINKEDIN0000234

█████ @linkedin.com>

**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base.  Here is the proposed agenda:  (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time.  Here are the proposed dates/times.  Please reply with one that works for you and we'll lock it in.  Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: █████████
Cell: █████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000235

Appointment

| | |
|---|---|
| **From:** | ▓▓▓▓ ▓▓▓ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-▓▓▓▓ ▓] |
| **Sent:** | 5/20/2020 8:58:56 AM |
| **To:** | ▓▓▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7114ab00281241b99e223b29739c5854▓▓▓▓] |
| **Subject:** | FW: FITF Meeting with LinkedIn |
| **Location:** | 1▓▓▓▓▓▓, Guest Passcode:▓▓▓ |
| **Start:** | 5/20/2020 12:00:00 PM |
| **End:** | 5/20/2020 1:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Hi ▓▓▓, we are meeting with the FBI today. Would be great to have you attend if you are available. Thanks, ▓▓▓

---

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Tuesday, May 19, 2020 5:00:12 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Chan, Elvis M. (SF) (FBI); ▓▓▓▓ ▓▓▓ Olson, Brady J. (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); Farlow, Joshua T. (MH) (FBI); Sills, Jonathan P. (OGC) (FBI); Cappellini, Marc B. (WF) (FBI); Cha, Steven H. (SF) (FBI); Millner, Eric D. (AJ) (FBI); Dare, Oliver (SF) (FBI); Rometo, Cecily L. (SF) (FBI); Colon, Kathia (SF) (FBI); Mcconnell, Kathryn M. (SF) (FBI); Quinn, Ethan A. (SF) (FBI); Lopez, Allison (SF) (FBI); ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 12:00 PM-1:30 PM.
**Where:** ▓▓▓▓▓, Guest Passcode: ▓▓▓

Hey there –

Yes it is!  Emmie and Josh are on the invite list.  Not sure why you weren't.  Hope this helps!

▓▓▓▓

Head of Threat Prevention
Trust & Safety
LinkedIn

---

**From:** ▓▓▓▓fbi.gov
**When:** 12:00 PM - 1:30 PM May 20, 2020
**Subject:** FITF Meeting with LinkedIn
**Location:** ▓▓▓▓▓▓, Guest Passcode:▓▓▓

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections.  Let me know if you would like to add or modify any agenda items.  Forward to whomever you deem appropriate

## USA only dial: ▓▓▓▓▓▓
## USA/Canada (Toll Free): ▓▓▓▓▓▓
## Guest Passcode: ▓▓▓

LINKEDIN0000237

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Monday, April 13, 2020 11:21:24 PM (UTC) Coordinated Universal Time
**To:** Chan, Elvis M. (SF) (FBI); Olson, Brady J. (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); Farlow, Joshua T. (MH) (FBI); Sills, Jonathan P. (OGC) (FBI); Cappellini, Marc B. (WF) (FBI); Cha, Steven H. (SF) (FBI); Millner, Eric D. (AJ) (FBI); Dare, Oliver (SF) (FBI); Rometo, Cecily L. (SF) (FBI); Colon, Kathia (SF) (FBI); Mcconnell, Kathryn M. (SF) (FBI); Quinn, Ethan A. (SF) (FBI); Lopez, Allison (SF) (FBI); ██████████ ██████████ ██████████ ██████████
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 7:00 PM-8:30 PM.
**Where:** 1██████████ Guest Passcode: █████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial: ██████████████
USA/Canada (Toll Free): ██████████████
Guest Passcode: ███████

LINKEDIN0000238

Message

| From: | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ |
|---|---|
| Sent: | 2/4/2022 1:46:48 PM |
| To: | Elvis Chan [████████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████████ ████ ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ████████n [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c593b385c91f4f97b459ed99bcda4e49████████ |
| Subject: | Re: Next FITF Meeting |

We'd love to host in person, Elvis, but our offices are still not open to non-LinkedIn guests. Am hopeful that will change by June.

Thanks,

████

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Friday, February 4, 2022 12:59 PM
**To:** ████████@linkedin.com>; ████ ████ ████████linkedin.com>; ████ ████ <████████linkedin.com>; ████████████@linkedin.com>
**Subject:** RE: Next FITF Meeting

████ no problem! It was worth a shot. We can consider it for the June meeting depending on how COVID is going. Thanks.

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████████@linkedin.com>
**Sent:** Friday, February 4, 2022 12:39 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ ████████linkedin.com>; ████ ████ <████████linkedin.com>; ████████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Thanks, Elvis -- of the core group here, only ████ is still in Sunnyvale. ████ is in NY, ████ in DC, I'm in Seattle, and the relevant analysts are scattered from Alabama to N. California. Defer to ████ but I'm also not sure what our current guidelines are for guests, so this may be one to revisit next time around.

████

LINKEDIN0000239

--

██████████
Advanced Threats
Trust & Safety

[ ] The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXF8c9+59/zu/3y8Zx1m8WhYY3N3zNzRsuderr5xXxpSDFOT
34ujt8+k6yo1VMv3x/pL8QBUxgQ6qwG2gnly8Ffcgi8BqbdQL8AIAOQBrALwGkAZQiLChoOtFMO1i6i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlxl1QLdvVWIlMd3vZj0z2De4/fR/Wr9L8ME
CpyMf/ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzO0hQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZcjKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCERehULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+cpIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9cq6okqAJnAepn4QiAfU6JVE058QNVCtROylrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzzl1g0o4wcNsHgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzalQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0eoTId4yTbvkXKYBqIE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAElFTkSuQmCC

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Friday, February 4, 2022 12:34 PM
**To:** ████████@linkedin.com>; ██████ █████ ████████linkedin.com>; █████ █████
<██████linkedin.com>; ████████████@linkedin.com>
**Subject:** RE: Next FITF Meeting

████ – I just sent you all a calendar invite for the 2nd. Let me know the possibility of meeting in person. On our side,
the contingent would be approximately 9-11 people. We are all vaccinated. Thanks!

Regards,
 Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ████████
Cell: ████████
Email: ████████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000240

**From:** ████████@linkedin.com>
**Sent:** Thursday, February 3, 2022 9:30 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ ████linkedin.com>; ████ ████ <████linkedin.com>; ████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis, we'd prefer 10am on the 1st, 2nd, or 8th if any of those are still available.

Thanks!

████

--

████████

Advanced Threats
Trust & Safety

The link

data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAFQAAAAVCAYAAADYb8kIAAADYElEQV
RYR+2ZTUhUURTH/4KSETQFtciIrBYJKqntKmiK2mUfmyBaVBBBm+wDimgzLSJblLUKIqgWEtgia1xV0
ATVqqTIAVv0IUFtAmeC0Ego/sM94+ll3+e8JzPZBXF8c9+59/zu/3y8Zx1m8WhY3ZY3Z3YNzRsudcrr5xXqpSDFOT
34ujt8+k6yo1VMv3tx/pL8QBUxgQ6qwG2nly8FfcgiBQbdQL8AIAOQBrALwGGkAZQiLChoOtFMO16i3VN
ATpnbgOuH1qP1qYU8p+LOHjtGX5M/Iy0fhigOwHcVatsMoDDLlx1QLdvWIlMd3vZj0z2Dc4/fR/Wr9L8ME
CpyMf7ItD02mW4tLur7NrxgWHkXn5KHCgXuAygA8ArAEcjrRg8xUQ0b73NM+R5x+HuNrQuSSH/pYir2Z
HIa4dRaORFHDdGCXnmbx4kx0fz47YfPZc5n8MXaFzOhQVq25hcuwdgP4CbAHaoDV5xqNlmg7DovPSDL
Hq8RjiMin0Oh58Ym4wUGba5RTPvhppXLry6yg9fmN5y1ym6Asi15+++4vzQCE5va8O6VYvKpgZejKFvKP
9HAYsTKBcaA7DcctpnAWRc1NJsUoiGyXzNIV2FTUCEREhULAfhsgPxG6GB0uC3ySnMb6z/yzah9t6ZPte
4gbo5Q+epIA6t0IUOaBoSc3SfuUfUzz8HAWw010X9cq6okqAJnAcpn4QiAfU6JVE058QNVCtROyIrOYEyt
EVVBEFlynFTnQKO4KXn5cGMGwcZ+rxHzzl g0o4wcNsHsgoY8DV18OIr+R29LNvduWY0TW1vKjJMEuk
KFIEP5gzpZUYbb04kTRNCnmCCi8C1KXjmUPmzufYDC+ETJnaVNKWR7JCsBSQJ1Pml5FTHuzaIQHoIo
MQhQKV5+nUPFQDU0btx2AEmEfFignY7qLiHMvekw1srnd9JC2dLDMdMZSHCw86ioytNQVKBuudcWrl
7XxI6fQmnD6bDkYX2dSuSjLwsNf7M142d5n8DWqkdtnlAJm4rndxUXpVoCSg4EpHvNXaaa+7VCAp+Fio
CDvNeMVOVrDah+k0XA0j4xn7Lt0coTId4yTbvkXKYBqlE6A7HDKj+jIe/VYlXTd1JWCVA/ITn3aHv0tPqR
1PvQaoI2o3v5/8Y+ZtxJ/E/pN7QobQ+HG7ADAAAAAElFTkSuQmCC

---

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Wednesday, February 2, 2022 2:06 PM
**To:** ████ ████ ████linkedin.com>; ████ ████ <████linkedin.com>; ████@linkedin.com>; ████████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's that time again! We want to schedule the next round of quarterly FITF meetings with your company. We also wanted to gauge your interest in hosting us for this meeting in-person in the Bay Area? If so, how many people

LINKEDIN0000241

maximum would you want our contingent to be? I ask because at least one other company has said they will host us in-person. See below for available times and let us know what you want to lock in. Thanks!

March 1, 10 am or 1 pm PT
March 2, 10 am or 1 pm PT
March 3, 10 am or 1 pm PT
March 4, 10 am or 1 pm PT
March 8, 10 am or 1 pm PT
March 9, 10 am or 1 pm PT
March 10, 10 am or 1 pm PT
March 11, 10 am to 1 pm PT


Regards,
    Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████
Cell: ███████
Email: ███████@fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000242

Message

| | |
|---|---|
| **From:** | ███████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-███████ BA] |
| **Sent:** | 7/14/2020 11:31:30 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [██████fbi.gov]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin █████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ |
| **CC:** | Samantha Wright [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-████████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ |
| **Subject:** | Re: Next FITF Meetings |

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

████████

---

**From:** Chan, Elvis M. (SF) (FBI) <██████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ████████@linkedin.com>; ████████ @linkedin.com> ████████ linkedin.com>; ████████ ████████ linkedin.com>
**Cc:** ████████ @linkedin.com>; ████████ <████████ @linkedin.com>
**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture

-PA0861-

LINKEDIN0000243

- Your Posture
- Information sharing channels and methods


Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call. Any materials we have to provide will be sent in advance. Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ██████████
Cell: ████████
Email: █████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000244

Appointment

| | |
|---|---|
| **From:** | ████ ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E0ACC320C214954B766D69D2FD89F1E-████ BA] |
| **Sent:** | 8/10/2020 1:16:51 PM |
| **To:** | ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7114ab00281241b99e223b29739c5854-████ |
| **Subject:** | FW: FITF Meeting with LinkedIn |
| **Location:** | ████, PIN █████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

Big day of meetings. Thanks for taking notes!

---

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Tuesday, July 14, 2020 1:49:14 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Chan, Elvis M. (SF) (FBI); ████ ████; ████ ████ ████ Olson, Brady J. (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); Farlow, Joshua T. (MH) (FBI); Frazier, Anthony (CID) (FBI); Sills, Jonathan P. (OGC) (FBI); Mcconnell, Kathryn M. (SF) (FBI); Nishi, Kathryn M. (SF) (FBI); Millner, Eric D. (AJ) (FBI); Iverson, Jacob A. (NY) (FBI); Borkan, Michael B. (CG) (FBI); Felgar, Gretchen (CD) (FBI); Courtney, Peter C. (CID) (FBI); Baker, Matthew S. (CD) (FBI); Hubiak, Joshua J. (PH) (FBI); Woods, Adam (PH) (FBI); Stroud, Jason R. (PH) (FBI)
**Cc:** ████ ████ Miller, Karen D. (OGC) (FBI)
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, August 12, 2020 1:00 PM-2:30 PM.
**Where:** ████████, PIN ████

USA/Canada (Toll Free): ████████
Guest Passcode: ████

---

**From:** ████ ████ ████ linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <████ fbi.gov>; ████████ @linkedin.com>; ████████
@linkedin.com>; ████████ linkedin.com>
**Cc:** ████████ @linkedin.com>; ████████ <████ @linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
████

**From:** Chan, Elvis M. (SF) (FBI) <████ fbi.gov<mailto:████ fbi.gov>>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ████████ @linkedin.com<████ @linkedin.com>>; ████████
@linkedin.com<████ @linkedin.com>>; ████████
linkedin.com<████ @linkedin.com>>; ████████
linkedin.com<mailto:████ @linkedin.com>>
**Cc:** ████████ @linkedin.com ████ @linkedin.com>>; ████████
<████ @linkedin.com<mailto:████ @linkedin.com>>

LINKEDIN0000245

Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status
·       IRA Update
·       OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·       General PRC Update
·       APT31 briefing
Global Status
·       Iran Update
·       Venezuela briefing
·       North Korea briefing
Planning for U.S. Elections
·       FBI Posture
·       Your Posture
·       Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to provide will be sent
in advance.  Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▆▆▆▆▆▆▆▆
Cell: ▆▆▆▆▆▆▆
Email: ▆▆▆▆▆fbi.gov<mailto:▆▆▆▆▆▆fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is
loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000246

Message

| | |
|---|---|
| **From:** | Olson, Brady J. (CD) (FBI) ████@fbi.gov] |
| **Sent:** | 9/10/2020 9:31:09 AM |
| **To:** | ████████████/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ |
| **CC:** | Sills, Jonathan P. (OGC) (FBI) ████@fbi.gov]; Chan, Elvis M. (SF) (FBI) [██████fbi.gov] |
| **Subject:** | OFAC |
| **Flag:** | Flag for follow up |

Hello, hope all is well, just wanted to let you know about someone we have discussed in previous briefings.  Treasury just added people to the SDN list, including Derkach.  Let me know if you have any questions.

https://home.treasury.gov/news/press-releases/sm1118

Thanks,
Brady


*Brady Olson*
*Unit Chief*
*FBI | Foreign Influence Task Force*
████████████

LINKEDIN0000247

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 9/10/2020 4:31:10 PM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91██████ ; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179███████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-██████ ; ████ ███ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ ███]; Olson, Brady J. (CD) (FBI) █████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) [██████@fbi.gov]; Frazier, Anthony (CID) (FBI) ████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ███████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ███████@fbi.gov] |
| **CC:** | Smulligan, Andrew (NY) (FBI) ███████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ██████████, passcode ██████ |
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Increased cadence touch point before election.  Agenda TBD.  Please forward to whomever you deem appropriate.

_____
**From:** ███████████@linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; █████████████@linkedin.com>; ███████████ █████████linkedin.com>; ████ █████ █████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████

--


████████

Advanced Threats

LINKEDIN0000248

Trust & Safety

The link

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ████████████@linkedin.com>; ████████████@linkedin.com>; ████████████linkedin.com>; ████ ████ ████████linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000249

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 9/18/2020 11:06:33 AM |
| **To:** | ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████; Olson, Brady J. (CD) (FBI) [████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ████████@fbi.gov]; Frazier, Anthony (CID) (FBI) ████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) [████████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ████████@fbi.gov]; Miller, Shaun D. (CYD) (FBI) [████████@fbi.gov] |
| **CC:** | Smulligan, Andrew (NY) (FBI) [████████@fbi.gov]; Locke, Brandon M. (CID) (FBI) [████████@fbi.gov]; Laura Mclester [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d-Laura Mcles]; Cone, William H. III (LA) (FBI) ████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████ passcode ████████ |
| | |
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

- Russia influence update – NAEBC (Olson)
- China influence update (Dehmlow)
- Iran influence update (Frazier)
- APT39 Post Indictment Discussion (Miller)
- Iran briefing on "House Blend" intrusion set (Smulligan)
- Election logistics (Chan/All)

_____

**From:** ████████@linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████

LINKEDIN0000258

--

██████████

Advanced Threats

Trust & Safety

██ The link

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>; ██████ ███ ██████████linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st.  I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in.  I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections.  Let me know what you think.


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

LINKEDIN0000259

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000260

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [⬛⬛⬛fbi.gov] |
| **Sent:** | 9/29/2020 11:38:23 AM |
| **To:** | ⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-Abhishek Ba]; ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430 ⬛⬛⬛ Olson, Brady J. (CD) (FBI) [⬛⬛@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [⬛⬛@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ⬛⬛@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ⬛⬛@fbi.gov]; Frazier, Anthony (CID) (FBI) ⬛⬛@fbi.gov]; Lopez, Allison (SF) (FBI) ⬛⬛⬛@fbi.gov]; Taylor, John A. (SF) (FBI) [⬛⬛@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ⬛⬛⬛ |
| | |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate. Agenda TBD.

_____

**From:** ⬛⬛ ⬛⬛⬛ linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <⬛⬛⬛fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

⬛⬛ ⬛⬛
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** "Chan, Elvis M. (SF) (FBI)" <⬛⬛⬛fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ⬛⬛⬛ ⬛⬛ ⬛⬛⬛ linkedin.com>, ⬛⬛ ⬛⬛ <⬛⬛⬛ linkedin.com>, ⬛⬛ @linkedin.com>, ⬛⬛⬛ linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election. Please let me know which of these works best for you (one hour slot). Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

LINKEDIN0000261

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ███████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 10/9/2020 4:00:16 PM |
| **To:** | ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467█████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin████ ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ Olson, Brady J. (CD) (FBI) █████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) █████@fbi.gov]; Frazier, Anthony (CID) (FBI) █████@fbi.gov]; Lopez, Allison (SF) (FBI) █████@fbi.gov]; Taylor, John A. (SF) (FBI) █████@fbi.gov]; Proctor, Stephen F. (SF) (FBI) █████@fbi.gov]; Courtney, Peter C. (CID) (FBI) █████@fbi.gov]; Locke, Brandon M. (CID) (FBI) [█████@fbi.gov] |
| **CC:** | Laura Mclester [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d █████████]; [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4████████; Houhoulis, Rachel (TD) (FBI) █████████@FBI.GOV]; Chevere, Jesus M. (CYD) (FBI █████████@fbi.gov]; Rich, Patricia R. (SF) (FBI) █████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████ PIN ████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate. Agenda TBD.

_____

**From:** ████ ███████ linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Subject:** [EXTERNAL EMAIL - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ █████
Director of Threat Prevention
LinkedIn Trust & Safety

_____

**From:** "Chan, Elvis M. (SF) (FBI)" <████████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████████ ████ <████████@linkedin.com>, ████ ████ <████████linkedin.com>, ████████ ████████@linkedin.com>, ████████████ linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

LINKEDIN0000263

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please
let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12,  10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ██████████
Cell: ██████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is
loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000264

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 10/13/2020 12:31:56 PM |
| **To:** | ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ████ ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430██████ Olson, Brady J. (CD) (FBI) [██████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [██████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ██████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ██████@fbi.gov]; Frazier, Anthony (CID) (FBI) ██████@fbi.gov]; Lopez, Allison (SF) (FBI) [██████@fbi.gov]; Taylor, John A. (SF) (FBI) ██████@fbi.gov]; Proctor, Stephen F. (SF) (FBI) ██████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ██████@fbi.gov]; Locke, Brandon M. (CID) (FBI) [██████@fbi.gov] |
| **CC:** | Laura Mclester [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4██████; Houhoulis, Rachel (TD) (FBI) [██████@FBI.GOV]; Chevere, Jesus M. (CYD) (FBI) ██████@fbi.gov]; Rich, Patricia R. (SF) (FBI) [██████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | 8██████, PIN ██████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate.  Agenda below:

Russia Briefing (FITF-Russia and OGA)
China Update (FITF-China)
Iran Briefing (FITF-Global)
Election Command Post Status Update

_____

**From:** ████ ████████linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

_____

**From:** "Chan, Elvis M. (SF) (FBI)" <████████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████ ████ ████████linkedin.com>, ████ ████ <████████linkedin.com>, ████████

LINKEDIN0000265

<████@linkedin.com>, ████████linkedin.com>

**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ██████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000266

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 11/17/2020 2:23:41 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1█████████████ ███] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████████ █] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ███ Olson, Brady J. (CD) (FBI) ███ @fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [███████ @fbi.gov]; Frazier, Anthony (CID) (FBI) ███ @fbi.gov]; Sills, Jonathan P. (OGC) (FBI) █████ @fbi.gov]; Taylor, John A. (SF) (FBI) ████████@fbi.gov]; Lopez, Allison (SF) (FBI) █████ @fbi.gov]; Courtney, Peter C. (CID) (FBI) ██████ @fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | 8██████ ,,1███ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

_____

**From:** ████ ████ _____linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ <████████linkedin.com>; ████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,

████████

_____

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ████ ████ <████████@linkedin.com>; ████████████@linkedin.com>; ████████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000269

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ██████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000270

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 11/17/2020 2:27:39 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e ██████ █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467 ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin █████ Olson, Brady J. (CD) (FBI) ██████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [██████@fbi.gov]; Frazier, Anthony (CID) (FBI) ██████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) █████@fbi.gov]; Taylor, John A. (SF) (FBI) █████@fbi.gov]; Lopez, Allison (SF) (FBI) █████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ██████@fbi.gov]; Colas, Katy E. (DO) (FBI) ██████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ██████,,██████ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

_____

**From:** ██████ █████ ██████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <██████fbi.gov>; █████ █████ <██████linkedin.com>; ██████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,
██████

_____

**From:** Chan, Elvis M. (SF) (FBI) <██████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ██████ █████ <██████linkedin.com>; ██████@linkedin.com>; █████ █████ <abajoria@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000271

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ██████
Email: ███████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000272

Appointment

| | |
|---|---|
| **From:** | ████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9█ |
| **Sent:** | 5/19/2020 5:00:11 PM |
| **To:** | ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████] |
| **Subject:** | FW: FITF Meeting with LinkedIn |
| **Location:** | ████, Guest Passcode: ████ |
| **Start:** | 5/20/2020 12:00:00 PM |
| **End:** | 5/20/2020 1:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Hey there –

Yes it is! ████ and ██ are on the invite list. Not sure why you weren't. Hope this helps!

████

Head of Threat Prevention
Trust & Safety
LinkedIn

---

**From:** ████fbi.gov
**When:** 12:00 PM - 1:30 PM May 20, 2020
**Subject:** FITF Meeting with LinkedIn
**Location:** ████, Guest Passcode: ████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

## USA only dial: ████
## USA/Canada (Toll Free): ████
## Guest Passcode: ████

---

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Monday, April 13, 2020 11:21:24 PM (UTC) Coordinated Universal Time
**To:** Chan, Elvis M. (SF) (FBI); Olson, Brady J. (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); Farlow, Joshua T. (MH) (FBI); Sills, Jonathan P. (OGC) (FBI); Cappellini, Marc B. (WF) (FBI); Cha, Steven H. (SF) (FBI); Millner, Eric D. (AJ) (FBI); Dare, Oliver (SF) (FBI); Rometo, Cecily L. (SF) (FBI); Colon, Kathia (SF) (FBI); Mcconnell, Kathryn M. (SF) (FBI); Quinn, Ethan A. (SF) (FBI); Lopez, Allison (SF) (FBI); ████ ████ ████
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 7:00 PM-8:30 PM.
**Where:** ████, Guest Passcode: ████

LINKEDIN0000279

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections.  Let me know if you would like to add or modify any agenda items.  Forward to whomever you deem appropriate

USA only dial: ████████████

USA/Canada (Toll Free): █████████████

Guest Passcode: ████████

LINKEDIN0000280

Appointment

| | |
|---|---|
| **From:** | Elvis Chan [⬛⬛⬛fbi.gov] |
| **Sent:** | 9/10/2021 8:18:05 AM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-⬛⬛⬛; ⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin ⬛⬛⬛ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430⬛⬛⬛ Laura Dehmlow ⬛⬛@fbi.gov]; William Cone⬛⬛⬛@fbi.gov]; Y. Judy Chock [⬛⬛⬛@fbi.gov]; Michael Wightman ⬛⬛⬛@fbi.gov]; Kiffa Shirley ⬛⬛@fbi.gov]; Jonathan Sills ⬛⬛@fbi.gov]; Jacob Iverson ⬛⬛@fbi.gov]; Andrew Smulligan ⬛⬛⬛@fbi.gov]; ⬛⬛⬛@usdoj.gov; ⬛⬛⬛@usdoj.gov; ⬛⬛⬛2@usdoj.gov |
| **CC:** | Kathryn Tillman ⬛⬛⬛@fbi.gov];Steven Cha ⬛⬛@fbi.gov];Thomas Wei [⬛⬛@fbi.gov]; John Taylor ⬛⬛@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ⬛⬛⬛, pin ⬛⬛ |
| **Start:** | 9/16/2021 11:30:00 AM |
| **End:** | 9/16/2021 12:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |

Please forward to anyone you think should attend.  Final agenda:

- Russian influence (10 minutes)
- Chinese influence (10 minutes)
- APT31 update (10 minutes)
- Global Influence – Iran and Cuba (10 minutes)
- Houseblend Update/Reflections (10 minutes)
- DOJ Threats to Election Workers Task Force (10 minutes)

_____

**From:** ⬛⬛⬛ linkedin.com>
**Sent:** Thursday, August 12, 2021 10:41 AM
**To:** Chan, Elvis M. (SF) (FBI) <⬛⬛⬛fbi.gov>; ⬛⬛⬛ <⬛⬛⬛linkedin.com>; ⬛⬛⬛@linkedin.com>; ⬛⬛⬛linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

No worries, Elvis. How about Thursday either at 11:30 or 1?


Thanks,
⬛⬛⬛

_____

**From:** Elvis Chan <⬛⬛⬛fbi.gov>
**Sent:** Wednesday, August 11, 2021 2:53 PM
**To:** ⬛⬛⬛ linkedin.com>; ⬛⬛⬛ <⬛⬛⬛linkedin.com>; ⬛⬛⬛@linkedin.com>; ⬛⬛⬛linkedin.com>
**Subject:** RE: Next FITF Meeting

Shoot!  Another company just beat you to that time slot.  We still have 10 am on Wednesday or Thursday open.  Sorry.

Regards,

LINKEDIN0000281

Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ██████████
Cell: ██████
Email: ████████@fbi.gov

_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

---

**From:** ████████ ██████ ████████linkedin.com>
**Sent:** Wednesday, August 11, 2021  2:46 PM
**To:** Chan, Elvis M. (SF) (FBI) ████████@fbi.gov>; █████ █████ <████████linkedin.com>; ████████@linkedin.com>; ████████ ████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis,

How about Tuesday Sept 14th 10 am PT?

Thanks,
██████

---

**From:** Elvis Chan <██████fbi.gov>
**Sent:** Wednesday, August 11, 2021  10:47 AM
**To:** █████ █████ <████████linkedin.com>; ████████████@linkedin.com>; █████ █████ ████████linkedin.com>; ████████ █████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's time to schedule the quarterly FITF meeting.  I will provide the agenda when it is finalized, but let me know if there is anything you'd like to add.  Tell me know your scheduling preference and I'll lock it in.  As a reminder, Counterterrorism Division will want to have a separate call with you right before or after the FITF meeting.  Thanks.

Monday, Sept. 13,  1 pm PDT
Tuesday, Sept. 14, 10 am, 11:30 am, or 1 pm PDT
Wednesday, Sept. 15, 10 am, 12 pm, or 1 pm PDT
Thursday, Sept. 16, 10 am, 11:30 am, or 1 pm PDT

Regards,
   Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ██████████
Cell: ██████
Email: ████████@fbi.gov

LINKEDIN0000282

_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000283

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:00 PM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-██████ Olson, Brady J. (CD) (FBI) [████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ████@fbi.gov]; Frazier, Anthony (CID) (FBI) ██████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) [████@fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) ██████@fbi.gov]; Nishi, Kathryn M. (SF) (FBI) [██████ @fbi.gov]; Millner, Eric D. (AJ) (FBI) ████@fbi.gov]; Iverson, Jacob A. (NY) (FBI) ██████@fbi.gov]; Borkan, Michael B. (CG) (FBI) ████@fbi.gov]; Felgar, Gretchen (CD) (FBI) ████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ████@fbi.gov]; Baker, Matthew S. (CD) (FBI) ████@fbi.gov] |
| **CC:** | ████████/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████, PIN ████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

# USA/Canada (Toll Free): ████████

# Guest Passcode: ████████

_____

**From:** ████ ██████ ████████linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>; ████████@linkedin.com>; ████████@linkedin.com>;
**Cc:** ████████@linkedin.com>; ████████ <████████@linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

████████

**From:** Chan, Elvis M. (SF) (FBI) <████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ████████@linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>; ████ ████ ████████linkedin.com>

LINKEDIN0000284

Cc: ███████████████ @linkedin.com>; ███████ < ███████ @linkedin.com>

**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods


Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to provide will be sent in advance.  Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ███████████
Email: ████████ fbi.gov

LINKEDIN0000285

_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000286

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [ ██████ fbi.gov] |
| **Sent:** | 7/24/2020 9:20:26 AM |
| **To:** | Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e- ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91- ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179- ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430 ████████████ Olson, Brady J. (CD) (FBI) ██████ @fbi.gov]; Dehmlow, Laura E. (CD) (FBI) ██████ @fbi.gov]; Farlow, Joshua T. (MH) (FBI) ██████ @fbi.gov]; Frazier, Anthony (CID) (FBI) ██████ @fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ██████ @fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) ██████ @fbi.gov]; Nishi, Kathryn M. (SF) (FBI) ██████ @fbi.gov]; Millner, Eric D. (AJ) (FBI) ██████ @fbi.gov]; Iverson, Jacob A. (NY) (FBI) ██████ @fbi.gov]; Borkan, Michael B. (CG) (FBI) ██████ @fbi.gov]; Felgar, Gretchen (CD) (FBI) ██████ @fbi.gov]; Courtney, Peter C. (CID) (FBI) ██████ @fbi.gov]; Baker, Matthew S. (CD) (FBI) ██████ @fbi.gov]; Hubiak, Joshua J. (PH) (FBI) ██████ @fbi.gov]; Woods, Adam (PH) (FBI) ██████ @fbi.gov]; Stroud, Jason R. (PH) (FBI) ██████ @fbi.gov] |
| **CC:** | ██████ b=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4- ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Miller, Karen D. (OGC) (FBI) ██████ @fbi.gov |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ██████████ , PIN ██████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

USA/Canada (Toll Free): 1-877-446-3914
Guest Passcode: 130254

From: ██████████ linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) < ██████ bi.gov>; ██████ @linkedin.com>; ██████ @linkedin.com>; ██████ linkedin.com>
Cc: ██████ @linkedin.com>; ██████ h@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
██████████

From: Chan, Elvis M. (SF) (FBI) < ██████ bi.gov<mailto: ██████ fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To: ██████ @linkedin.com<mailto: ██████ .com>>; ██████ @linkedin.com<mailto: ██████ @linkedin.com>>; ██████ linkedin.com<mailto: ██████ @linkedin.com>>
Cc: ██████ @linkedin.com<mailto: ██████ linkedin.com>>; ██████ h@linkedin.com<mailto: ██████ n@linkedin.com>>
Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

LINKEDIN0000290

·         IRA Update
·         OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·         General PRC Update
·         APT31 briefing
Global Status
·         Iran Update
·         Venezuela briefing
·         North Korea briefing
Planning for U.S. Elections
·         FBI Posture
·         Your Posture
·         Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to
provide will be sent in advance.  Thanks!


Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:    ██████
Cell:    ██████
Email:   ██████bi.gov<mailto██████fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000291

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov] |
| **Sent:** | 5/19/2020 5:00:12 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████fbi.gov]; ████████[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e████████]; Olson, Brady J. (CD) (FBI) [████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) [████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ████@fbi.gov]; Cappellini, Marc B. (WF) (FBI) ████████@fbi.gov]; Cha, Steven H. (SF) (FBI) ████@fbi.gov]; Millner, Eric D. (AJ) (FBI) [████████@fbi.gov]; Dare, Oliver (SF) (FBI) ████@FBI.GOV]; Rometo, Cecily L. (SF) (FBI) ████████@fbi.gov]; Colon, Kathia (SF) (FBI) ████████@fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) ████████@fbi.gov]; Quinn, Ethan A. (SF) (FBI) ████████@fbi.gov]; Lopez, Allison (SF) (FBI) ████@fbi.gov]; Diana Patel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████; ████████[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179 ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████, Guest Passcode:████ |
| **Start:** | 5/20/2020 12:00:00 PM |
| **End:** | 5/20/2020 1:30:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

Hey there –

Yes it is! ████ and ████ are on the invite list. Not sure why you weren't. Hope this helps!

████████
Head of Threat Prevention
Trust & Safety
LinkedIn

---

**From:** ████████fbi.gov
**When:** 12:00 PM - 1:30 PM May 20, 2020
**Subject:** FITF Meeting with LinkedIn
**Location:** ████████, Guest Passcode:████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial: ████████
USA/Canada (Toll Free): ████████
Guest Passcode: ████████

LINKEDIN0000294

**From:** Chan, Elvis M. (SF) (FBI)
**Sent:** Monday, April 13, 2020 11:21:24 PM (UTC) Coordinated Universal Time
**To:** Chan, Elvis M. (SF) (FBI); Olson, Brady J. (CD) (FBI); Dehmlow, Laura E. (CD) (FBI); Farlow, Joshua T. (MH) (FBI); Sills, Jonathan P. (OGC) (FBI); Cappellini, Marc B. (WF) (FBI); Cha, Steven H. (SF) (FBI); Millner, Eric D. (AJ) (FBI); Dare, Oliver (SF) (FBI); Rometo, Cecily L. (SF) (FBI); Colon, Kathia (SF) (FBI); Mcconnell, Kathryn M. (SF) (FBI); Quinn, Ethan A. (SF) (FBI); Lopez, Allison (SF) (FBI); ███████████ ███████ ███████
**Subject:** FITF Meeting with LinkedIn
**When:** Wednesday, May 20, 2020 7:00 PM-8:30 PM.
**Where:** ███████, Guest Passcode: ██████

The tentative agenda will include: (1) IRA/EBLA update, (2) PRC influence activities, (3) Iranian influence activities, (4) Iranian cyber activities, and (5) planning for the general elections. Let me know if you would like to add or modify any agenda items. Forward to whomever you deem appropriate

USA only dial: ████████████
USA/Canada (Toll Free): ██████████
Guest Passcode: ██████

LINKEDIN0000295

Appointment

| | |
|---|---|
| **From:** | Elvis Chan [████████fbi.gov] |
| **Sent:** | 8/12/2021 11:02:40 AM |
| **To:** | Elvis Chan [emchan@fbi.gov]; Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-██████████ ██ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467-█████████; ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-/█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-████████ Laura Dehmlow ███████@fbi.gov]; William Cone ████@fbi.gov]; Y. Judy Chock█████@fbi.gov]; Michael Wightman ████████@fbi.gov]; Kiffa Shirley ████@fbi.gov]; Jonathan Sills ████@fbi.gov]; Jacob Iverson ██████@fbi.gov]; Andrew Smulligan ███████@fbi.gov]; ████████@usdoj.gov; ████████@usdoj.gov; ████████@usdoj.gov |
| **CC:** | Kathryn Tillman █████@fbi.gov]; Steven Cha ████@fbi.gov]; Thomas Wei ████@fbi.gov]; John Taylor ███████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | 8████████, pin ████ |
| **Start:** | 9/16/2021 11:30:00 AM |
| **End:** | 9/16/2021 12:30:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Please forward to anyone you think should attend.  Final agenda:

- Russian influence (10 minutes)
- Chinese influence (10 minutes)
- APT31 update (10 minutes)
- Global Influence – Iran and Cuba (10 minutes)
- Houseblend Update/Reflections (10 minutes)
- DOJ Threats to Election Workers Task Force (10 minutes)

_____

**From:** ████████ ██████ ████linkedin.com>
**Sent:** Thursday, August 12, 2021 10:41 AM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; █████ ████ <███████linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

No worries, Elvis. How about Thursday either at 11:30 or 1?

Thanks,

████████

_____

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Wednesday, August 11, 2021 2:53 PM
**To:** ████████ ██████ ████linkedin.com>; █████ ████ <███████linkedin.com>; ████████@linkedin.com>; ████████linkedin.com>
**Subject:** RE: Next FITF Meeting

Shoot! Another company just beat you to that time slot.  We still have 10 am on Wednesday or Thursday open.  Sorry.

Regards,

LINKEDIN0000296

Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████████
Cell: ████████6
Email: █████@fbi.gov

────────────────────────────

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

**From:** ████████ █████ ███████linkedin.com>
**Sent:** Wednesday, August 11, 2021 2:46 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████@fbi.gov>; █████ █████ <████████linkedin.com>; ████████@linkedin.com>; ████████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meeting

Hi Elvis,

How about Tuesday Sept 14th 10 am PT?

Thanks,
████████

**From:** Elvis Chan <████████fbi.gov>
**Sent:** Wednesday, August 11, 2021  10:47 AM
**To:** █████ █████ <████████linkedin.com>; ████████████@linkedin.com>; █████ █████ ████████linkedin.com>; ████████ <████████@linkedin.com>
**Subject:** Next FITF Meeting

LinkedIn folks,

It's time to schedule the quarterly FITF meeting. I will provide the agenda when it is finalized, but let me know if there is anything you'd like to add. Tell me know your scheduling preference and I'll lock it in. As a reminder, Counterterrorism Division will want to have a separate call with you right before or after the FITF meeting. Thanks.

Monday, Sept. 13, 1 pm PDT
Tuesday, Sept. 14, 10 am, 11:30 am, or 1 pm PDT
Wednesday, Sept. 15, 10 am, 12 pm, or 1 pm PDT
Thursday, Sept. 16, 10 am, 11:30 am, or 1 pm PDT

Regards,
  Elvis

Elvis M. Chan
Asst. Special Agent in Charge
FBI San Francisco, Cyber Branch
Work: ███████████
Cell: ████████████
Email: █████@fbi.gov

LINKEDIN0000297

_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000298

Appointment

**From:** Chan, Elvis M. (SF) (FBI) [▓▓▓fbi.gov]
**Sent:** 7/14/2020 1:49:14 PM
**To:** Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; ▓▓▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e▓▓▓▓ ▓▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91▓▓▓ ▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430▓▓▓ Olson, Brady J. (CD) (FBI)▓▓▓▓▓@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [▓▓▓@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ▓▓▓@fbi.gov]; Frazier, Anthony (CID) (FBI) ▓▓▓@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ▓▓▓@fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) ▓▓▓@fbi.gov]; Nishi, Kathryn M. (SF) (FBI) ▓▓▓@fbi.gov]; Millner, Eric D. (AJ) (FBI) ▓▓▓@fbi.gov]; Iverson, Jacob A. (NY) (FBI) ▓▓▓@fbi.gov]; Borkan, Michael B. (CG) (FBI) ▓▓▓@fbi.gov]; Felgar, Gretchen (CD) (FBI) ▓▓▓@fbi.gov]; Courtney, Peter C. (CID) (FBI) ▓▓▓@fbi.gov]; Baker, Matthew S. (CD) (FBI) ▓▓▓@fbi.gov]; Hubiak, Joshua J. (PH) (FBI) ▓▓▓@fbi.gov]; Woods, Adam (PH) (FBI) ▓▓▓@fbi.gov]; Stroud, Jason R. (PH) (FBI) ▓▓▓@fbi.gov]
**CC:** ▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-▓▓▓; ▓▓▓ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-Patrick Cor]; Miller, Karen D. (OGC) (FBI) ▓▓▓@fbi.gov]

**Subject:** FITF Meeting with LinkedIn
**Location:** ▓▓▓▓▓, PIN ▓▓▓

**Start:** 8/12/2020 1:00:00 PM
**End:** 8/12/2020 2:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

USA/Canada (Toll Free): ▓▓▓▓▓▓
Guest Passcode: ▓▓▓▓

From: ▓▓▓▓▓linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) <▓▓▓bi.gov>; ▓▓▓@linkedin.com>; ▓▓▓▓@linkedin.com>; ▓▓▓▓@linkedin.com>
Cc: ▓▓▓▓@linkedin.com>; ▓▓▓▓h@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
▓▓▓

From: Chan, Elvis M. (SF) (FBI) <▓▓▓bi.gov<mailto:▓▓▓fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To: ▓▓▓@linkedin.com<mailto:▓▓▓@linkedin.com>>; ▓▓▓@linkedin.com<mailto:▓▓▓@linkedin.com>>; ▓▓▓linkedin.com<mailto▓▓▓linkedin.com>>
Cc: ▓▓▓@linkedin.com<mailto:▓▓▓linkedin.com>>; ▓▓▓@linkedin.com<mailto:▓▓▓n@linkedin.com>>
Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status

LINKEDIN0000303

·        IRA Update
·        OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·        General PRC Update
·        APT31 briefing
Global Status
·        Iran Update
·        Venezuela briefing
·        North Korea briefing
Planning for U.S. Elections
·        FBI Posture
·        Your Posture
·        Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to
provide will be sent in advance.  Thanks!


Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:    ███████
Cell:    ███████ ·
Email:   ████████bi.gov<mailto█████████fbi.gov>
─────────────────────────────────

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000304

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [█████████fbi.gov] |
| **Sent:** | 9/10/2020 4:32:22 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179████████; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-████████; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████████]; Olson, Brady J. (CD) (FBI) [████████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) [████████@fbi.gov]; Frazier, Anthony (CID) (FBI) █████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) █████@fbi.gov]; Courtney, Peter C. (CID) (FBI) [██████████@fbi.gov]; Miller, Shaun D. (CYD) (FBI) ██████@fbi.gov] |
| **CC:** | Smulligan, Andrew (NY) (FBI) [████████@fbi.gov]; Locke, Brandon M. (CID) (FBI) ████████@fbi.gov]; Laura Mclester [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d-Laura Mcles]; Cone, William H. III (LA) (FBI) ████████@fbi.gov] |

| | |
|---|---|
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████████, passcode ████████ |

| | |
|---|---|
| **Start:** | 9/22/2020 10:00:00 AM |
| **End:** | 9/22/2020 11:00:00 AM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Recurrence:** | (none) |

- Russia influence update – NAEBC (Olson)
- China influence update (Dehmlow)
- Iran influence update (Frazier)
- APT39 Post Indictment Discussion (Miller)
- Iran briefing on "House Blend" intrusion set (Smulligan)
- Election logistics (Chan/All)

_____

**From:** ████████@linkedin.com>
**Sent:** Thursday, September 10, 2020 4:27 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████████@linkedin.com>; ████████linkedin.com>; ████████linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Hi Elvis,

Hope all is well. If the 22 September slot from 10-11 PDT is still available, we'll take it.

Thanks!

████

LINKEDIN0000305

--

███████

Advanced Threats

Trust & Safety

☑ The link

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Thursday, September 10, 2020 2:13 PM
**To:** ███████@linkedin.com>; ███████@linkedin.com>; ████████linkedin.com>; ███████ ████ ███████linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We wanted to hold our next round of FITF meetings the week of September 21st. I haven't nailed down the agenda yet, but thought it would be good to put something on the calendar.

Monday, September 21, 10-11 am or 1-2 pm PDT
Tuesday, September 22, 10-11 am or 1-2 pm PDT
Wednesday, September 23, 10-11 am or 1-2 pm PDT
Thursday, September 24, 1-2 pm PDT
Friday, September 25, 1-2 pm PDT

Pick a time slot and I'll send a calendar invitation to lock it in. I'm tentatively penciling in the week of October 12th for our last set of meetings before the elections. Let me know what you think.

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████
Cell: ███████
Email: ███████fbi.gov
_____

LINKEDIN0000306

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000307

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 9/29/2020 11:39:59 AM |
| **To:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov]; ████ ████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467████ Knigh]; ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91████ ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430████ Olson, Brady J. (CD) (FBI) [██████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [██████@fbi.gov]; Farlow, Joshua T. (MH) (FBI) ██████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ██████@fbi.gov]; Frazier, Anthony (CID) (FBI) ██████@fbi.gov]; Lopez, Allison (SF) (FBI) ██████@fbi.gov]; Taylor, John A. (SF) (FBI) [██████@fbi.gov]; Proctor, Stephen F. (SF) (FBI) ██████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ██████@fbi.gov]; Locke, Brandon M. (CID) (FBI) ██████@fbi.gov] |
| **CC:** | ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7d2d77006a842be9b0761ed156a4f8d-██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4-██████████]; Houhoulis, Rachel (TD) (FBI) ██████@FBI.GOV]; Chevere, Jesus M. (CYD) (FBI) ██████@fbi.gov]; Rich, Patricia R. (SF) (FBI) ██████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ██████ PIN██████ |
| **Start:** | 10/13/2020 2:00:00 PM |
| **End:** | 10/13/2020 3:00:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |

Please forward this invitation to whomever you deem appropriate.  Agenda below:

Russia Briefing (FITF-Russia and OGA)
China Update (FITF-China)
Iran Briefing (FITF-Global)
Election Command Post Status Update

_____

**From:** ████ ███████████linkedin.com>
**Sent:** Tuesday, September 29, 2020 11:17 AM
**To:** Chan, Elvis M. (SF) (FBI) <███████fbi.gov>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Last FITF Meeting before Elections

2 pm PDT Tuesday Oct 13th works for me!

████ ████
Director of Threat Prevention
LinkedIn Trust & Safety

---

**From:** "Chan, Elvis M. (SF) (FBI)" <███████fbi.gov>
**Date:** Tuesday, September 29, 2020 at 2:08 PM
**To:** ████ ████ ██████████linkedin.com>, ████ ████ <███████linkedin.com>, ██████████

LINKEDIN0000308

<████@linkedin.com>, ████████████linkedin.com>
**Subject:** Last FITF Meeting before Elections

LinkedIn folks,

Per our prior discussion, I want to put a meeting on the calendar for our last bilateral sync ahead of the election.  Please let me know which of these works best for you (one hour slot).  Thanks!

Monday, Oct. 12, 10 am or 1 pm PDT
Tuesday, Oct. 13, 10 am, 12 pm, or 2 pm PDT
Wednesday, Oct. 14, 10 am or 1 pm PDT
Thursday, Oct. 15, 10 am PDT
Friday, Oct. 16, 10 am or 1 pm PDT


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ██████
Email: ███████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000309

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 11/17/2020 2:24:24 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e-█████████; ████ ███ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d6915d479cd74fc99079271b15f73467██ ████ █████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-Austin █████ Olson, Brady J. (CD) (FBI) [████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [████████@fbi.gov]; Frazier, Anthony (CID) (FBI) [█████████@fbi.gov]; Sills, Jonathan P. (OGC) (FBI) [████@fbi.gov]; Taylor, John A. (SF) (FBI) [██████@fbi.gov]; Lopez, Allison (SF) (FBI) [████████@fbi.gov]; Courtney, Peter C. (CID) (FBI) [████████@fbi.gov]; Colas, Katy E. (DO) (FBI) [████████@fbi.gov] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ██████████, ,███████ |
| **Start:** | 12/9/2020 1:00:00 PM |
| **End:** | 12/9/2020 2:00:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

---

**From:** ███████ ██████ ████████linkedin.com>
**Sent:** Tuesday, November 17, 2020 1:25 PM
**To:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>; ████ ████ <██████linkedin.com>; ████████@linkedin.com>
**Subject:** [EXTERNAL EMAIL] - [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. We will take Dec 9 at 1 pm PST.

Thanks,
████████

---

**From:** Chan, Elvis M. (SF) (FBI) <████████fbi.gov>
**Sent:** Tuesday, November 17, 2020 12:16:09 PM
**To:** ██████ ████ <████████linkedin.com>; ████████████@linkedin.com>; ██████ ███████ ████████@linkedin.com>
**Subject:** Next FITF Meetings

LinkedIn folks,

We'd like to set up the next set of meetings to touch base. Here is the proposed agenda: (1) Malign Influence Updates – Russia, China, Iran, and Global, and (2) Post Election Hot Wash – what went well, what didn't go well, what do we need to do differently for next time. Here are the proposed dates/times. Please reply with one that works for you and we'll lock it in. Thanks!

Monday, December 7, 10 am PT or 1 pm PT
Wednesday, December 9, 10 am PT or 1 pm PT
Thursday, December 10, 10 am PT or 1 pm PT
Friday, December 11, 10 am PT

Hope you are recovering post-election!

LINKEDIN0000318

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ▇▇▇▇▇▇▇
Cell: ▇▇▇▇▇▇
Email: ▇▇▇▇▇fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000319

Message
<hr>

| From: | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
|---|---|
| Sent: | 1/3/2020 3:47:58 PM |
| To: | ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d ██████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-██████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01 ██████████ |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179 ██████ |
| Subject: | Next FITF Meeting |

All,

Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open
dates/times:

February 11, 10 AM, 1 PM, 3 PM
February 12, 10 AM, 1 PM, 3 PM
February 13, 10 AM, 1 PM, 3 PM

The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope
all is well.

Regards,
     Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell:     ██████████
Email:    ███████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000328

Message
_____

**From:** ██████████ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB41AB97A72A43D69BE84835781154F9██████████

**Sent:** 1/6/2020 1:51:50 PM

**To:** Chan, Elvis M. (SF) (FBI) [██████@fbi.gov]; ██████████ [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d██████████; ██████████
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01██████████
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179██████████
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-██████████

**Subject:** Re: Next FITF Meeting


+@██████████    to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

██████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <██████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the
open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.
Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work:   ██████████
    Cell:   ██████████
    Email:  ██████bi.gov
    _____


    This communication contains neither recommendations nor conclusions of the FBI.  It is the property
of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000329

Message
| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 1/6/2020 2:12:49 PM |
| **To:** | ████████/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179█████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-████ |
| **Subject:** | RE: Next FITF Meeting |

Thanks ████ For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell: ████████
Email: ████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.
-----Original Message-----
From: ████████ [mailto████l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <████bi.gov>; ████████ <████@linkedin.com>; ████████n@linkedin.com>; ████████@linkedin.com>; ████████ <████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@N████████ to help with scheduling.

Thanks Elvis! We'll figure out a time and let you know.

Happy New Year!

████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

    Regards,
        Elvis
    _____

LINKEDIN0000330

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: ██████████
Cell: ██████████
Email: ██████████fbi.gov
_____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000331

Message
_____

**From:**　　　　[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
　　　　　(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C97A38FEDE0F4B71B9CC0BA3F53C6F90███

**Sent:**　　1/9/2020 10:44:36 AM

**To:**　　Chan, Elvis M. (SF) (FBI) [███fbi.gov]; ████ [/o=ExchangeLabs/ou=Exchange Administrative Group
　　　　(FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9████
　　　　[/o=ExchangeLabs/ou=Exchange Administrative Group
　　　　(FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-███
　　　　[/o=ExchangeLabs/ou=Exchange Administrative Group
　　　　(FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01███
　　　　[/o=ExchangeLabs/ou=Exchange Administrative Group
　　　　(FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-███

**Subject:**　RE: Next FITF Meeting


Hi Elvis,

Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm
still catching up.  We can make the following work:
    February 11, 1 PM, 3 PM
    February 12, 3 PM
    February 13, 10 AM, 1 PM

Thanks so much,
~mg  ☺

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <███bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To:████ <███l@linkedin.com>;████ <███@linkedin.com>;
<███n@linkedin.com>;████ @linkedin.com>;  <███@linkedin.com
Subject: RE: Next FITF Meeting

Thanks Diana!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February
10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____
Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell: ████
Email: ███bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

-----Original Message-----
From:████ [mailto███l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <███bi.gov>;████ <███@linkedin.com>;
<███n@linkedin.com>;████ @linkedin.com>;  <███@linkedin.com
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@M███ to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

████
Threat Prevention
Trust & Safety

LINKEDIN0000332

On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <█████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the
open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.
Hope all is well.

    Regards,
        Elvis

    ——————————————————————————

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work:
    Cell:   ████████████
    Email: ████████bi.gov
    ——————————————————————————

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property
of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000333

Message
| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov] |
| **Sent:** | 1/9/2020 11:15:42 AM |
| **To:** | ████████/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c97a38fede0f4b71b9cc0ba3f53c6f90-████████el [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████████ |
| **Subject:** | RE: Next FITF Meeting |

████,

Let's do the February 11 slot, but can we push to 3:30 pm?  We'll be driving from the City.  If so, please send us a calendar invitation with the building address to lock it in.  Thanks!

Regards,
    Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:
Cell:      ████████
Email:   ████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

-----Original Message-----
From: ████████ [mailto ████████@linkedin.com]
Sent: Thursday, January 09, 2020 10:45 AM
To: Chan, Elvis M. (SF) (FBI) <████bi.gov>; ████████ <████@linkedin.com>; ████████ <████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████ @linkedin.com
Subject: [SOCIAL NETWORK] RE: Next FITF Meeting

Hi Elvis,

Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm still catching up.  We can make the following work:
    February 11, 1 PM, 3 PM
    February 12, 3 PM
    February 13, 10 AM, 1 PM

Thanks so much,
████  ☺

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <████bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To: ████████ <████@linkedin.com>; ████████ <████████@linkedin.com>; ████████ @linkedin.com>; ████████ <████████@linkedin.com>
Subject: RE: Next FITF Meeting

Thanks Diana!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
    Elvis
_____

Elvis M. Chan

LINKEDIN0000334

Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work:      ████████████
Cell:      ████████
Email:     ████████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

-----Original Message-----
From: ████████ [mailto ██████l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <       ████████bi.gov>; ████████ <        @linkedin.com>;
<████████h@linkedin.com>; ████████         @linkedin.com>; ████████ <       @linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@N████████       to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

████████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <████████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the
open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.
Hope all is well.

    Regards,
       Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work:   ████████████
    Cell:   ████████
    Email:  ████████bi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property
of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000335

Message

| | |
|---|---|
| **From:** | ████████ [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C97A38FEDE0F4B71B9CC0BA3F53C6F90-MARCIE  GALI] |
| **Sent:** | 1/9/2020 1:13:48 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [████████fbi.gov]; ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████████ |
| **Subject:** | RE: Next FITF Meeting |

Done.  ☺  Invite sent for Feb 11 @ 3:30.  I've included the folks on this email (plus ████ and ████████
so please let me know if anyone else should be added.

-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <████████bi.gov>
Sent: Thursday, January 9, 2020 11:16 AM
To: ████████ <████████@linkedin.com>; ████████ <████████l@linkedin.com>;
<████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████ <████████@linkedin.com>
Subject: RE: Next FITF Meeting

Marcie,

Let's do the February 11 slot, but can we push to 3:30 pm?  We'll be driving from the City.  If so,
please send us a calendar invitation with the building address to lock it in.  Thanks!

Regards,
    Elvis

_____
Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

-----Original Message-----
From: ████████ [mailto:████████p@linkedin.com]
Sent: Thursday, January 09, 2020 10:45 AM
To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ████████ <████████l@linkedin.com>;
<████████@linkedin.com>; ████████ <████████n@linkedin.com>; ████████ <████████@linkedin.com>
Subject: [SOCIAL NETWORK] RE: Next FITF Meeting

Hi Elvis,

Happy New Year!  My apologies for the delay.  I added a mini vacation to our company shut down and I'm
still catching up.  We can make the following work:
    February 11, 1 PM, 3 PM
    February 12, 3 PM
    February 13, 10 AM, 1 PM

Thanks so much,
~mg  ☺
-----Original Message-----
From: Chan, Elvis M. (SF) (FBI) <████████bi.gov>
Sent: Monday, January 6, 2020 2:13 PM
To: ████████ <████████@linkedin.com>; ████████ <████████@linkedin.com>;
<████████@linkedin.com>; ████████ <████████@linkedin.com>
Subject: RE: Next FITF Meeting

LINKEDIN0000336

Thanks Diana!  For your awareness, Feb. 12 and 10 am and 1 pm are taken now.  I also want to add February 10 at 3 pm and February 14 at 10 am as options.

Regards,
     Elvis
_____

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security Cyber
FBI San Francisco
Work: ████████████
Cell:  ████████
Email: ███████bi.gov
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

    -----Original Message-----
From: ████████ [mailto█████l@linkedin.com]
Sent: Monday, January 06, 2020 1:52 PM
To: Chan, Elvis M. (SF) (FBI) <████████bi.gov>; ██████████ <████████@linkedin.com>; <████████n@linkedin.com>; ████████@linkedin.com>; ████████ <████████@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meeting

+@█████████ to help with scheduling.

Thanks Elvis!  We'll figure out a time and let you know.

Happy New Year!

███████
Threat Prevention
Trust & Safety


On 1/3/20, 3:48 PM, "Chan, Elvis M. (SF) (FBI)" <███████bi.gov> wrote:

    All,

    Happy New Year!  We wanted to gauge your availability to meet with FITF next month.  Here are the open dates/times:

    February 11, 10 AM, 1 PM, 3 PM
    February 12, 10 AM, 1 PM, 3 PM
    February 13, 10 AM, 1 PM, 3 PM

    The tentative agenda will include discussion of election related crimes by DOJ and an IRA update.  Hope all is well.

    Regards,
        Elvis
    _____

    Elvis M. Chan
    Supervisory Special Agent
    Squad CY-1, National Security Cyber
    FBI San Francisco
    Work: ████████████
    Cell:  ████████
    Email: ███████bi.gov
    _____

    This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.

LINKEDIN0000337

Message

**From:**       Chan, Elvis M. (SF) (FBI) [████████fbi.gov]
**Sent:**       2/28/2020 5:01:05 PM
**To:**         ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01-████████
                [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=acf3fadb1e8f4f27b41b3d62823a453d-████████
                [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb41ab97a72a43d69be84835781154f9-████████ '
                [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91-████████ ████
                [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179-████████
                [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430-████████
**Subject:**    FBI San Francisco Election Command Post

All,

I want to inform you that FBI San Francisco will be standing up its Election Command Post on March 3, 2020 from 8:00 AM to 5:00 PM PT. The contact information for the command post is:

Telephone: ████████
Email: ████@fbi.gov

We will be fully staffed with law enforcement, intelligence, and legal personnel. Please feel free to share any election related issues to the above communication channels during the aforementioned date/time period. You can also cc me if emailing information. Before and after the election, you can contact me directly. Let me know if you have any questions. Thanks!

Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ████████
Cell: ████████
Email: ████████fbi.gov
_____

*This communication contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency.*

LINKEDIN0000350

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [ ███ fbi.gov] |
| **Sent:** | 7/14/2020 1:49:56 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [emchan@fbi.gov]; Abhishek Bajoria [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e ████████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91 ████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179─ ███; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430 ██████ Olson, Brady J. (CD) (FBI) [ ████ @fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [ ████ @fbi.gov]; Farlow, Joshua T. (MH) (FBI) [ ████ @fbi.gov]; Frazier, Anthony (CID) (FBI) ████ @fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ████ @fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) [ ████████ @fbi.gov]; Nishi, Kathryn M. (SF) (FBI) ████ @fbi.gov]; Millner, Eric D. (AJ) (FBI) ████ @fbi.gov]; Iverson, Jacob A. (NY) (FBI) ████ @fbi.gov]; Borkan, Michael B. (CG) (FBI) ████ @fbi.gov]; Felgar, Gretchen (CD) (FBI) ██ ██ @fbi.gov]; Courtney, Peter C. (CID) (FBI) ████ @fbi.gov]; Baker, Matthew S. (CD) (FBI) ████ @fbi.gov]; Hubiak, Joshua J. (PH) (FBI) ████ @fbi.gov]; Woods, Adam (PH) (FBI) ████ @fbi.gov]; Stroud, Jason R. (PH) (FBI) ████ @fbi.gov] |
| **CC:** | [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4─ ██████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01─ ████]; Miller, Karen D. (OGC) (FBI) ████ @fbi.gov |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ████, PIN ████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |

```
USA/Canada (Toll Free): 1-877-446-3914
Guest Passcode: 130254
```

```
From: ████████████ linkedin.com>
Sent: Tuesday, July 14, 2020 11:32 AM
To: Chan, Elvis M. (SF) (FBI) <████bi.gov>; ████████@linkedin.com>; ████████
@linkedin.com>; ████████@linkedin.com>
Cc: ████████████@linkedin.com>; ████████h@linkedin.com>
Subject: [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,
████████
```

```
From: Chan, Elvis M. (SF) (FBI) <████bi.gov<mailto:████fbi.gov>>
Sent: Tuesday, July 14, 2020 11:02 AM
To: ████@linkedin.com<mailto:adever@linkedin.com>>; ████
@linkedin.com<mailto:████linkedin.com>>; ████
████linkedin.com<mailto:████@linkedin.com>>;
Cc: ████linkedin.com<mailto:████linkedin.com>>; ████@linkedin.com>>; ████████
<████h@linkedin.com<mailto:████n@linkedin.com>>
Subject: Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled. The tentative agenda looks like this:

Russia Status
```

LINKEDIN0000401

·       IRA Update
·       OGA briefing (Russian software & influence campaign against Ukraine)
China Status
·       General PRC Update
·       APT31 briefing
Global Status
·       Iran Update
·       Venezuela briefing
·       North Korea briefing
Planning for U.S. Elections
·       FBI Posture
·       Your Posture
·       Information sharing channels and methods

Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to
provide will be sent in advance.  Thanks!


Regards,
   Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work:    ██████
Cell:    ██████
Email:   ██████bi.gov<mailto██████fbi.gov>
_____

This communication contains neither recommendations nor conclusions of the FBI.  It is the property of
the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed
outside your agency.

LINKEDIN0000402

Appointment

| | |
|---|---|
| **From:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov] |
| **Sent:** | 7/14/2020 1:49:56 PM |
| **To:** | Chan, Elvis M. (SF) (FBI) [███████fbi.gov]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e0acc320c214954b766d69d2fd89f1e███████]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b48d6f5efa9640af9d49ecb0f63fdd91███████]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b17836bba2b445b0b186b9c2baec2179███████]; ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4c318ea7472445b8a022fbd1355c9430███████ Olson, Brady J. (CD) (FBI) ███████@fbi.gov]; Dehmlow, Laura E. (CD) (FBI) [███████ @fbi.gov]; Farlow, Joshua T. (MH) (FBI) ███████@fbi.gov]; Frazier, Anthony (CID) (FBI) ███████ @fbi.gov]; Sills, Jonathan P. (OGC) (FBI) ███████@fbi.gov]; Mcconnell, Kathryn M. (SF) (FBI) ███████@fbi.gov]; Nishi, Kathryn M. (SF) (FBI)███████@fbi.gov]; Millner, Eric D. (AJ) (FBI)███████@fbi.gov]; Iverson, Jacob A. (NY) (FBI) ███████@fbi.gov]; Borkan, Michael B. (CG) (FBI) ███████h@fbi.gov]; Felgar, Gretchen (CD) (FBI) ███████@fbi.gov]; Courtney, Peter C. (CID) (FBI) ███████@fbi.gov]; Baker, Matthew S. (CD) (FBI) ███████@fbi.gov] |
| **CC:** | ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498942253314459abf7dc97533c54ab4███████ ███████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b47ad1e0d3d94720bd39ffe30a31bd01███████] |
| **Subject:** | FITF Meeting with LinkedIn |
| **Location:** | ███████ PIN███████ |
| **Start:** | 8/12/2020 1:00:00 PM |
| **End:** | 8/12/2020 2:30:00 PM |
| **Show Time As:** | Tentative |

**Recurrence:**      (none)

## USA/Canada (Toll Free): ███████
## Guest Passcode ███████

---

**From:** ███████ ███████ ███████ linkedin.com>
**Sent:** Tuesday, July 14, 2020 11:32 AM
**To:** Chan, Elvis M. (SF) (FBI) <███████fbi.gov>; ███████ @linkedin.com>; ███████ @linkedin.com>;
**Cc** ███████ @linkedin.com>; ███████ <███████ @linkedin.com>
**Subject:** [SOCIAL NETWORK] Re: Next FITF Meetings

Thanks, Elvis. Hope you are well.

How about August 12 at 1 pm PT for LinkedIn? Alternatively, August 13 at 1 pm PT?

Thanks,

███████

---

**From:** Chan, Elvis M. (SF) (FBI) <███████fbi.gov>
**Sent:** Tuesday, July 14, 2020 11:02 AM
**To:** ███████@linkedin.com>; ███████ @linkedin.com>; ███████linkedin.com>; ███████ ███████ ███████linkedin.com>

LINKEDIN0000403

**Cc:** ███████████████@linkedin.com>; ███████ <█████████@linkedin.com>
**Subject:** Next FITF Meetings

All,

We'd like to get the next round of FITF meetings scheduled.  The tentative agenda looks like this:

Russia Status

- IRA Update
- OGA briefing (Russian software & influence campaign against Ukraine)

China Status

- General PRC Update
- APT31 briefing

Global Status

- Iran Update
- Venezuela briefing
- North Korea briefing

Planning for U.S. Elections

- FBI Posture
- Your Posture
- Information sharing channels and methods


Here are the proposed dates/times for a 1.5 hour meeting:

August 10, 1:00 pm PT
August 11, 10:30 am or 1:00 pm PT
August 12, 10:30 am or 1:00 pm PT
August 13, 10:30 am or 1:00 pm PT
August 14, 10:30 am or 1:00 pm PT

Please let us know what works for you and I'll set up a teleconference call.  Any materials we have to provide will be sent
in advance.  Thanks!


Regards,
  Elvis

Elvis M. Chan
Supervisory Special Agent
Squad CY-1, National Security
FBI San Francisco
Work: ███████████
Cell: ██████████
Email: █████████fbi.gov

LINKEDIN0000404

_This communication contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents or attachments are not to be distributed outside your agency._

LINKEDIN0000405

CONFIDENTIAL

| | |
|---|---|
| **From**: | ▮▮▮▮▮▮ @uw.edu] |
| **Sent**: | 4/19/2022 12:39:11 PM |
| **To**: | ▮▮▮@twitter.com;▮ ▮▮▮@gmail.com]; ▮▮▮▮ (Gmail)<br>▮▮▮@gmail.com]▮ (CSIS) ▮ @csis.org]; ▮▮▮▮▮<br>▮@illinois.gov] |
| **CC**: | Wyman, Kim (She/Her/Hers) ▮ @cisa.dhs.gov]; Hale, Geoffrey (He/Him) ▮ @cisa.dhs.gov];<br>Tsuyi, Megan ▮▮▮ @cisa.dhs.gov] |
| **Subject**: | HOMEWORK Re: CSAC MDM April 12 Meeting Summary |
| | |
| **Importance**: | High |

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello MDM Subcommittee members,

We had an excellent meeting on Tuesday and I want to provide updates to the members who were not able to attend as well as some homework for all of us. We've been asked to provide an initial set of recommendations to Director Easterly and the committee at the June meeting. (We may develop additional recommendations for incorporation at a future date. These would just be our first set.) Due to other dependencies within that process, we will need to **draft our initial recommendations by mid-May** — giving us just a month to develop those recommends.

With that timeline in mind I want to propose the following for the next few meetings:

• Prior to our April 26 meeting: subcommittee members suggest initial draft recommendations for discussion.

• April 26 meeting: Prioritize recommendation ideas and assign (self-select) subcommittee members to (co)write initial drafts.

• May 10: Discuss and refine initial drafts of recommendations.

This means that we all have a little **homework for April 26.** I'd like you all to come up with **2-3 initial ideas for recommendations** — and for you to **share these with the group via email by midday April 25** (the day prior to our next meeting). That will give us a little time to organize those for our conversation on April 26.

I'm including the original list of questions for our committee to help guide the brainstorming process.

To help with the generation process, I'll mention some initial recommendation ideas we surfaces in the last meeting:

# Deliberative Process

▮▮▮▮

Original framing questions:

MOLA_DEFSPROD_00011111

CONFIDENTIAL

# **Deliberative Process**

On Apr 18, 2022, at 3:25 AM, CISA_CybersecurityAdvisoryCommittee
< @cisa.dhs.gov> wrote:

CSAC MDM Subcommittee Members,

Attached, please find the meeting summary from the Tuesday, April 12, 2022 CSAC MDM subcommittee meeting. Please review the summary for important updates regarding next steps for the CSAC MDM Subcommittee. We anticipate sending the April 26 meeting agenda along and read-aheads early this week, please be sure to review in advance of the meeting to ensure we can have a productive discussion regarding next steps.

If you have any questions, please contact Megan Tsuyi, CSAC Designated Federal Officer, at                @cisa.dhs.gov, or the CSAC support team at                                                @cisa.dhs.gov.

Best Regards,

**The CISA Cybersecurity Advisory Committee Support Team**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
                                        @cisa.dhs.gov

<image001.png>

*Confidentiality Notice: The information in this email and any attachments may be privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose any part of the contents to any other person.*

<CSAC MDM Subcommittee Meeting Summary_04122022.pdf>

MOLA_DEFSPROD_00011112

CONFIDENTIAL



**CISA
CYBERSECURITY
ADVISORY
COMMITTEE**

## Protecting Critical Infrastructure from Misinformation & Disinformation Subcommittee Meeting
## May 24, 2022

### Purpose of Meeting

- The purpose of the CISA Cybersecurity Advisory Committee (CSAC) Protecting Critical Infrastructure from Misinformation & Disinformation (MDM) Subcommittee meeting was for Subcommittee members to review and discuss the draft recommendations to present during the CSAC June Quarterly Meeting as well as the DHS Disinformation Governance Board.

### Discussion

- Mr. James Nash, Alternate Designated Federal Officer (ADFO) for the MDM Subcommittee, brought the meeting to order and introduced the newly appointed ADFO for the MDM Subcommittee, Ms. Kirsten Heidelberg, CISA.

- Dr. Kate Starbird, Associate Professor, Human Centered Design & Engineering, University of Washington, MDM Subcommittee Chair, discussed the Subcommittee's recommendations to present during the CSAC June Quarterly Meeting and the path forward to strategically approach MDM in the government during the current discourse. Dr. Starbird restated the Subcommittee's commitment to transparency but expressed concern for the Subcommittee's efforts and cautioned the group on how to communicate their ongoing work.

    - o Ms. Vijaya Gadde, Legal, Public Policy, and Trust and Safety Lead, Twitter, affirmed this caution and shared her recent communication cautioning Director Easterly about her own involvement in the Subcommittee's work given the fraught time, especially in advance of the election season.



# Deliberative Process

MOLA_DEFSPROD_00011240

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 86-7   Filed 10/14/22   Page 4 of 15 PageID #: 5659



CISA
CYBERSECURITY
ADVISORY
COMMITTEE

# Deliberative Process

MOLA_DEFSPROD_00011241

-PA0924-

CONFIDENTIAL



**CISA CYBERSECURITY ADVISORY COMMITTEE**

# Deliberative Process

- Mr. Nash thanked the Subcommittee for their input, noted that he will flag the initial recommendations as a draft in revision, and adjourned the meeting.

MOLA_DEFSPROD_00011242

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 86-7   Filed 10/14/22   Page 6 of 15 PageID #:  3891



**CISA
CYBERSECURITY
ADVISORY
COMMITTEE**

## Action Items

- A1: Subcommittee members will refine the list of recommendations to present for Committee vote during the CSAC June Quarterly Meeting.
- A2: Dr. Starbird and Ms. Spaulding will contact Mr. Jameel Jaffer for input on their initial recommendations.
- A3: Ms. Gadde will brainstorm additional SMEs to recruit to aid the Subcommittee's efforts, particularly progressive civil rights and civil liberties advocates.
- A4: Mr. Nash will notify CSAC Support that the Subcommittee's initial recommendations are under current revision.
- A5: Subcommittee members will discuss recommendations to socialize their efforts with Director Easterly.

MOLA_DEFSPROD_00011243

-PA0926-

CONFIDENTIAL



## Attendees*

### Participants

| Name | Organization |
|------|--------------|
| Dr. ▮▮▮▮▮▮▮▮▮▮ | University of Washington |
| Ms. ▮ | Twitter |
| Mr. Geoff Hale | CISA |
| Ms. ▮▮▮▮▮▮ | CSIS |
| Ms. Kim Wyman | CISA |

### Other Meeting Attendees

| Name | Organization |
|------|--------------|
| Ms. Gwen Hess | CISA |
| Ms. ▮▮▮ | CSIS |
| Ms. ▮▮▮▮ | JP Morgan Chase |

### Government and Contractor Support

| Name | Organization |
|------|--------------|
| Ms. Megan Tsuyi, DFO | CISA |
| Mr. James Nash, ADFO | CISA |
| Ms. Kirsten Heidelberg | CISA |
| Ms. ▮▮▮▮ | TekSynap |

*Meeting was held via Teams/teleconference*

MOLA_DEFSPROD_00011244

-PA0927-

CONFIDENTIAL

| | |
|---|---|
| **From**: | Kate Starbird [kstarbi@uw.edu] |
| **Sent**: | 4/19/2022 12:39:11 PM |
| **To**: | ▮@twitter.com; ▮@gmail.com] ▮(Gmail)<br>▮@gmail.com]; Suzanne Spaulding (CSIS) ▮@csis.org]; Tate-Nadeau, Alicia ▮<br>▮@illinois.gov] |
| **CC**: | Wyman, Kim (She/Her/Hers) ▮@cisa.dhs.gov]; Hale, Geoffrey (He/Him) ▮@cisa.dhs.gov];<br>Tsuyi, Megan ▮@cisa.dhs.gov] |
| **Subject**: | HOMEWORK Re: CSAC MDM April 12 Meeting Summary |
| **Importance**: | High |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello MDM Subcommittee members,

We had an excellent meeting on Tuesday and I want to provide updates to the members who were not able to attend as well as some homework for all of us. We've been asked to provide an initial set of recommendations to Director Easterly and the committee at the June meeting. (We may develop additional recommendations for incorporation at a future date. These would just be our first set.) Due to other dependencies within that process, we will need to **draft our initial recommendations by mid-May** — giving us just a month to develop those recommends.

With that timeline in mind I want to propose the following for the next few meetings:

• Prior to our April 26 meeting: subcommittee members suggest initial draft recommendations for discussion.

• April 26 meeting: Prioritize recommendation ideas and assign (self-select) subcommittee members to (co)write initial drafts.

• May 10: Discuss and refine initial drafts of recommendations.

This means that we all have a little **homework** **for April 26.** I'd like you all to come up with **2-3 initial ideas for recommendations** — and for you to **share these with the group via email by midday April 25** (the day prior to our next meeting). That will give us a little time to organize those for our conversation on April 26.

I'm including the original list of questions for our committee to help guide the brainstorming process.

To help with the generation process, I'll mention some initial recommendation ideas we surfaces in the last meeting:

# **Deliberative Process**

Kate

Original framing questions:

MOLA_DEFSPROD_00011324

CONFIDENTIAL

# **Deliberative Process**

On Apr 18, 2022, at 3:25 AM, CISA_CybersecurityAdvisoryCommittee
<​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​@cisa.dhs.gov> wrote:

CSAC MDM Subcommittee Members,

Attached, please find the meeting summary from the Tuesday, April 12, 2022 CSAC MDM subcommittee meeting. Please review the summary for important updates regarding next steps for the CSAC MDM Subcommittee. We anticipate sending the April 26 meeting agenda along and read-aheads early this week, please be sure to review in advance of the meeting to ensure we can have a productive discussion regarding next steps.

If you have any questions, please contact Megan Tsuyi, CSAC Designated Federal Officer, at @cisa.dhs.gov, or the CSAC support team at @cisa.dhs.gov.

Best Regards,

**The CISA Cybersecurity Advisory Committee Support Team**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
@cisa.dhs.gov

<image001.png>

*Confidentiality Notice: The information in this email and any attachments may be privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose any part of the contents to any other person.*

<CSAC MDM Subcommittee Meeting Summary_04122022.pdf>

MOLA_DEFSPROD_00011325

  
CONFIDENTIAL

**From**:                    @fb.com]
**Sent**:        1/28/2022 2:11:11 PM
**To**:         Rose, Kris (He/Him)      @cisa.dhs.gov]
**CC**:                  @fb.com];           @fb.com]; WYMAN, KIM       @cisa.dhs.gov];
        CISA COS      @hq.dhs.gov]; Hale, Geoffrey      @cisa.dhs.gov]; Goldstein, Eric (He/Him)
        @cisa.dhs.gov]; Sessoms, Charmaine Lee      @CISA.DHS.GOV]; CLEMONS, CHAUNDRA
        @cisa.dhs.gov];         @fb.com]
**Subject**:     Re: Schedule briefing

Kris,

Thanks for the quick reply.

The agenda looks good to us. + Becky Moore, cc'd above, to help sked on our side.

Best,

On Jan 28, 2022, at 1:28 PM, ROSE, KRIS (He/Him) <     @cisa.dhs.gov> wrote:

Thank you, Director – moving you to BCC.

    – it's great to meet you! I'm including our scheduling team here to set something up in the near-term. Per Geoff, it sounds like we may want to discuss three primary topics:
- 2022 Elections
- Risk management in the face of influence operations
- JCDC

Let us know if that is correct and we can find 30 minutes on the Director's calendar. Thank you!

Kris

**Kristopher Rose** (he/him)
Senior Advisor to the Director
Cybersecurity & Infrastructure Security Agency (CISA)
    (Mobile)
    @cisa.dhs.gov





Click here to read the Core Values,
Core Principles, and the Foundations of
CISA Culture.

MOLA_DEFSPROD_00011450

-PA0930-

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM Document 86-7 Filed 10/14/22 Page 11 of 15 PageID #:
3866

**From:** Easterly, Jen (She/Her) ◄ ▮▮▮▮▮ @cisa.dhs.gov>
**Sent:** Friday, January 28, 2022 1:07 PM
**To:** ▮▮▮▮ @fb.com>; ROSE, KRIS (He/Him) ◄ ▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮ @fb.com>; ▮▮▮▮ @fb.com>; WYMAN, KIM
▮ @cisa.dhs.gov>; CISA COS <CISACOS@hq.dhs.gov>; Hale, Geoffrey ◄ ▮▮▮▮ @cisa.dhs.gov>;
GOLDSTEIN, ERIC ◄ ▮▮▮▮ @cisa.dhs.gov>
**Subject:** RE: Schedule briefing

Hi Brian –

Looping in Kris & teammates to please follow up.

Thanks!
jen

**From:** ▮▮▮▮ @fb.com>
**Sent:** Friday, January 28, 2022 12:29 PM
**To:** Easterly, Jen (She/Her) ▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮ @fb.com> ▮▮▮▮ @fb.com>
**Subject:** Schedule briefing

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Jen,

▮▮▮▮ mentioned that you had spoken about receiving a briefing from us on 2022 election approach. We're happy to do with your team at your convenience—and we'd also love to discuss further how we might help support the JCDC effort. Let us know what works best for you?

▮▮▮▮ | ∞ Meta
US Public Policy
575 7ᵗʰ St, N.W., Suite 700
Washington, D.C. 20004
▮▮▮▮

MOLA_DEFSPROD_00011451

CONFIDENTIAL



## CISA CYBERSECURITY ADVISORY COMMITTEE FACTSHEET

**The Cybersecurity and Infrastructure Security Agency (CISA) Cybersecurity Advisory Committee provides the CISA Director with recommendations on matters related to the development, refinement, and implementation of policies, programs, planning, and training pertaining to the cybersecurity mission of the Agency.**

### Background

The National Defense Authorization Act for Fiscal Year 2021, P.L. 116-283 (https://www.congress.gov/bill/116th-congress/house-bill/6395/text) directed the Secretary of Homeland Security to establish a Cybersecurity Advisory Committee within CISA. The Committee was formally established in June 2021.

### Purpose

The CISA Cybersecurity Advisory Committee provides independent, strategic, and actionable consensus recommendations to the CISA Director on a range of cybersecurity issues, topics, and challenges, including but not limited to: information exchange; critical infrastructure; risk management; and public and private partnerships. The CISA Cybersecurity Advisory Committee meets at least twice per year to discuss its activities.

### Composition

The CISA Director may appoint up to 35 members to the Committee. CISA's Director, Jen Easterly, has initially appointed 23 members to the Committee and will appoint future members to represent additional perspectives and expertise. Members can be reappointed for an unlimited number of terms. The Committee Chair and Vice Chair each serve for a term of two years.

### Current Activities

The CISA Cybersecurity Advisory Committee held its first meeting on December 10, 2021. At the meeting, the Committee elected Mr. Thomas Fanning, CEO of Southern Company, to serve as the Committee's Chair and Mr. Ron Green, Chief Security Officer of Mastercard, to serve as the Committee's Vice Chair.

Also at the meeting, the Director tasked the Committee with six key issues in support of CISA's cybersecurity efforts:
- Transforming the Cyber Workforce;
- Turning the Corner on Cyber Hygiene;
- Technical Advisory Council;
- Protecting Critical Infrastructure from Misinformation and Disinformation;
- Building Resilience and Reducing Systemic Risk to Critical Infrastructure; and
- Strategic Communications.

The Committee has established subcommittees to examine these topics.

CONFIDENTIAL



**CISA
CYBERSECURITY
ADVISORY
COMMITTEE**

## COMMITTEE MEMBERS

**Chair**
Mr.
Chairman, President, and CEO
Southern Company

Mr.
Mayor
Austin, Texas

Ms.
Chief Information Security Officer
Johnson & Johnson

Ms.
Chief Information Officer
JPMorgan Chase

Mr.
James A. Baker III Chair in the Rule of
Law and World Affairs
University of Texas School of Law

Ms.
Legal, Public Policy & Trust and Safety
Lead
Twitter

Dr.
Chancellor
University of Pittsburgh

Ms.
Board Member
Tenable

Mr.
Chief Executive Officer
Mandiant

**Vice Chair**
Mr.
Executive Vice President and Chief Security Officer
Mastercard

Mr.
President
DEF CON Communications

Ms.
Senior Vice President & Chief Counsel,
Digital Citizenship
Walmart

Ms.
Cybersecurity Journalist

Mr.
Chief Executive Officer
Cloudflare

Mr.
General Partner
Kleiner Perkins Caufield & Byers

Mr.
Chief Security Officer
Amazon Web Services

Ms.
Senior Advisor for Homeland Security
Center for Strategic and International
Studies

Mr.
Partner
Krebs Stamos Group

Dr.
Associate Professor, Human Centered
Design & Engineering
University of Washington

Mr.
Vice President of Corporate Information
Security
Apple

**Ms. Alicia Tate-Nadeau**
Director
Illinois Emergency Management Agency

Ms.
Principal
NWong Strategies

Mr.
Executive Vice President of Business
Development, Strategy, and Ventures
Microsoft

2

| From: | @uw.edu] |
| Sent: | 4/19/2022 12:39:11 PM |
| To: | @twitter.com;                    @gmail.com]                    (Gmail) |
|  | @gmail.com]; ▇            (CSIS)        @csis.org]; Tate-Nadeau, Alicia ▇ |
|  | @illinois.gov] |
| CC: | Wyman, Kim (She/Her/Hers) ▇    @cisa.dhs.gov]; Hale, Geoffrey (He/Him) ▇    @cisa.dhs.gov]; |
|  | Tsuyi, Megan ▇        @cisa.dhs.gov] |
| Subject: | HOMEWORK Re: CSAC MDM April 12 Meeting Summary |
| Importance: | High |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello MDM Subcommittee members,

We had an excellent meeting on Tuesday and I want to provide updates to the members who were not able to attend as well as some homework for all of us. We've been asked to provide an initial set of recommendations to Director Easterly and the committee at the June meeting. (We may develop additional recommendations for incorporation at a future date. These would just be our first set.) Due to other dependencies within that process, we will need to **draft our initial recommendations by mid-May** — giving us just a month to develop those recommends.

With that timeline in mind I want to propose the following for the next few meetings:

• Prior to our April 26 meeting: subcommittee members suggest initial draft recommendations for discussion.

• April 26 meeting: Prioritize recommendation ideas and assign (self-select) subcommittee members to (co)write initial drafts.

• May 10: Discuss and refine initial drafts of recommendations.

This means that we all have a little **homework for April 26.** I'd like you all to come up with **2-3 initial ideas for recommendations** — and for you to **share these with the group via email by midday April 25** (the day prior to our next meeting). That will give us a little time to organize those for our conversation on April 26.

I'm including the original list of questions for our committee to help guide the brainstorming process.

To help with the generation process, I'll mention some initial recommendation ideas we surfaces in the last meeting:

• **Present a scoping/framing for CISA's mission around MDM and elections**, focusing on election methods, procedures, and infrastructure; and providing some insight for how to incorporate related concerns such as MDM threats to the judicial system.

• **Recommend CISA convene organizations and election officials** for a strategic planning session prior to Election 2022 to identify threats/strategies for mitigation and to develop frameworks for long-tail of jurisdictions to develop plans and pre-stage resources to fight MDM.

• **Create recommendations to continuing/refining the mission of Rumor Control for 2022/2024.** Please let me know if you have any questions or other feedback! I'm looking forward to a productive meeting next week!

▇

Original framing questions:

• What should CISA's role be in the MDM space? How should it leverage its unique capabilities and mission to contribute to this space, without becoming duplicative of other efforts and remaining focused on its mission?

• How would the Committee balance CISA's efforts between the need to build resilience to MDM, broadly, versus activities to address to MDM narratives, specifically? This distinction can be understood as broad public education and awareness campaigns versus rumor control, amplifying credible information, type efforts.

• How can CISA inspire innovators to partner with the government in a way that catalyzes availability of trusted information without being seen as government "propaganda"?

• What is the right model for CISA engagement with social media and other media entities?

• How should CISA and the USG maintain situational awareness of MDM and detect efforts to manipulate the information environment? What is the balance between social listening, privacy, and protected speech?

On Apr 18, 2022, at 3:25 AM, CISA_CybersecurityAdvisoryCommittee
< _____ @cisa.dhs.gov> wrote:

CSAC MDM Subcommittee Members,

Attached, please find the meeting summary from the Tuesday, April 12, 2022 CSAC MDM subcommittee meeting. Please review the summary for important updates regarding next steps for the CSAC MDM Subcommittee. We anticipate sending the April 26 meeting agenda along and read-aheads early this week, please be sure to review in advance of the meeting to ensure we can have a productive discussion regarding next steps.

If you have any questions, please contact Megan Tsuyi, CSAC Designated Federal Officer, at _____ @cisa.dhs.gov, or the CSAC support team at _____ @cisa.dhs.gov.

Best Regards,

**The CISA Cybersecurity Advisory Committee Support Team**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
_____ @cisa.dhs.gov

<image001.png>

*Confidentiality Notice: The information in this email and any attachments may be privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose any part of the contents to any other person.*

<CSAC MDM Subcommittee Meeting Summary_04122022.pdf>

---

**From:** ███████████ @fb.com]
**Sent:** 5/4/2022 3:48:11 PM
**To:** Protentis, Lauren ███████ @cisa.dhs.gov]
**CC:** Hale, Geoffrey (He/Him) ███ @cisa.dhs.gov]; Snell, Allison (She/Her) ███ @cisa.dhs.gov];
███████ @fb.com]; Schaul, Robert ███ @cisa.dhs.gov]; Scully, Brian
███ @cisa.dhs.gov]; Kuennen, David ███ @cisa.dhs.gov]; ███ @fb.com]; ███
███ @fb.com]
**Subject:** Re: Account Security

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,
███,

---

**From:** Protentis, Lauren ███████ @cisa.dhs.gov>
**Date:** Wednesday, April 27, 2022 at 12:37 PM
**To:** ███ @fb.com>, ███ @fb.com>
**Cc:** Hale, Geoffrey (He/Him) <███ @cisa.dhs.gov>, Snell, Allison (She/Her)
<███ @cisa.dhs.gov>, ███ @fb.com>,
███ @fb.com>, ███ @fb.com>, ███ @fb.com>, Schaul, Robert
<███ @cisa.dhs.gov>, Scully, Brian ███ @cisa.dhs.gov>, Kuennen, David
███ @cisa.dhs.gov>
**Subject:** Re: Account Security

Perfect thank you so much!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ███   |E: ███ @cisa.dhs.gov  | HSDN: ███ @dhs.sgov.gov |
CLAN: ███ @dhs.ic.gov

[x] The linked image cannot be displayed. The file may have been moved, re...

---

**From:** ███████ @fb.com>
**Sent:** Wednesday, April 27, 2022 11:15:25 AM
**To:** Protentis, Lauren <███ @cisa.dhs.gov>; ███ @fb.com>

██████████@provandv.com'; '████████@provandv.com'; ████@provandv.com';
'███████@provandv.com'; ████@runbeck.net'; '████@rydergraphics.net'; ███@rydergraphics.net';
███████@scytl.com'; '████████@scytl.us';'████████@scytl.us';'███████@seachangemn.com';
████████@seachangemn.com'; '███████@sliglobalsolutions.com'; ██████@slicompliance.com';
████████@slicompliance.com'; ████████@slicompliance.com'; ███████@smartmatic.com';
████████@smartmatic.com'; ████████@smartmatic.com'; █████@tenexsolutions.com';
████████@tenexsolutions.com'; ████████@tenexsolutions.com'; █████████@tenexsolutions.com';
████████@tenexsolutions.com'; ████████@cantongroup.com'; █████@cantongroup.com';
███████@cantongroup.com'; '████████@unisynvoting.com'; ████@unisynvoting.com';
████████@victorenvelope.com'; ████████@victorenvelope.com'; ██@voatz.com'; ████@voatz.com';
█████@votec.net'; ████████@voteshield.us'; ███████@voteshield.us'; █████@votem.com';
███████@voting.works'; ████████@voting.works'; ████@voting.works'; '██████@vrsystems.com';
██████@vrsystems.com'; ███████@vrsystems.com'; Hale, Geoffrey (He/Him); Snell, Allison (She/Her); ████████
███████ (He/Him/His); ████████ (CTR); ████████; ████████;
████████(CTR); ████████ (She/Her); ████████(CTR); ████████ (She/Her);
Johnson, Lauren

SCC Members,

In preparation for Thursday's SCC Full Council meeting, attached please find the agenda. Additional meeting materials will be provided in advance of the meeting.

Best,
SRMA

MOLA_DEFSPROD_00010900

CONFIDENTIAL

## Election Infrastructure Subsector Coordinating Council Meeting Agenda

**Thursday March 31, 2022**
**2:00 p.m. – 3:30 p.m. ET**
**Microsoft Teams**

| | |
|---|---|
| 2:00 p.m. | **Welcome & Introductions** |
| | **Executive Committee Opening Comments**<br>*SCC Executive Committee* |
| 2:10 p.m. | **NICE Framework Introduction (NIST)**<br>███████ |
| 2:20 p.m. | **NIST Cybersecurity Framework**<br>████████████ |
| 2:30 p.m. | **DOJ Election Task Force**<br>*John Keller* |
| 2:40 p.m. | **DHS Services and Assessments Overview**<br>*Dave Kuennen* |
| 2:50 p.m. | **MDM Presentation**<br>*Lauren Protentis* |
| 3:00 p.m. | **DHS Updates**<br>*Geoff Hale*<br>• Ukraine/ Russia Tensions |
| 3:05 p.m. | **SCC General Organization Items**<br>████<br>• 2022 SCC Goals |
| 3:10 p.m. | **Working Group Updates**<br>• General Working Group Discussion (Ed)<br>• Joint Training Working Group (Ericka)<br>• Joint Managing Mis/Disinformation Working Group (Sam)<br>• Joint SSP Working Group (Kay)<br>• SCRM Working Group (Ed/ Chris) |
| 3:20 p.m. | **New Business and Open Discussion**<br>• New Membership Vote- Data Defenders |
| 3:25 p.m. | **Executive Committee Closing Comments** |

CONFIDENTIAL

| | |
|---|---|
| **From**: | Snell, Allison (She/Her) ▮▮▮▮ @cisa.dhs.gov] |
| **Sent**: | 2/9/2022 9:09:57 AM |
| **To**: | Snell, Allison (She/Her) ▮▮▮ @cisa.dhs.gov]; ▮▮▮▮ @google.com]; Wyman, Kim (She/Her/Hers) ▮▮▮ @cisa.dhs.gov]; Hale, Geoffrey (He/Him) ▮▮▮ @cisa.dhs.gov]; Tipton, James ▮▮▮ @cisa.dhs.gov]; Protentis, Lauren ▮▮▮ @cisa.dhs.gov] |
| **CC**: | ▮▮▮ @google.com]; ▮▮▮ @google.com]; ▮▮▮ @google.com]; ▮▮▮ @google.com |

| | |
|---|---|
| **Subject**: | Election Security Briefing with Google |
| **Location**: | Microsoft Teams Meeting |

| | |
|---|---|
| **Start**: | 2/24/2022 3:00:00 PM |
| **End**: | 2/24/2022 3:45:00 PM |
| **Show Time As**: | Tentative |

| | |
|---|---|
| **Required Attendees**: | Snell, Allison (She/Her); ▮▮▮▮ ; Wyman, Kim (She/Her/Hers); Hale, Geoffrey; Tipton, James; Protentis, Lauren |

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Or call in (audio only)**

▮▮▮▮ #   United States, Washington DC

Phone Conference ID: ▮▮▮

Find a local number | Reset PIN

* * * * * U.S. Department of Homeland Security * * * * *

Learn More | Meeting options

CONFIDENTIAL

| | |
|---|---|
| **From**: | ▇▇▇▇▇▇@microsoft.com] |
| **Sent**: | 2/17/2022 1:14:47 PM |
| **To**: | Hale, Geoffrey (He/Him) ▇▇▇▇▇ @cisa.dhs.gov] |
| **Subject**: | RE: Connection Request: Department of Treasury |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Send em to me. I will make sure Ginny is looped in.

**From:** Hale, Geoffrey (He/Him) ▇▇▇▇▇▇ @cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 1:05 PM
**To:** ▇▇▇▇▇ @microsoft.com>
**Subject:** [EXTERNAL] FW: Connection Request: Department of Treasury

Is it you?

**From:** Protentis, Lauren ▇▇▇▇▇ @cisa.dhs.gov>
**Sent:** Thursday, February 17, 2022 12:57 PM
**To:** ▇▇ @microsoft.com; ▇▇▇▇▇▇ @microsoft.com>
**Cc:** Schaul, Robert <▇▇▇▇ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▇▇▇▇ @cisa.dhs.gov>; Snell, Allison (She/Her) <▇▇▇▇▇ @cisa.dhs.gov>
**Subject:** Connection Request: Department of Treasury

Hi ▇▇▇ and ▇▇▇,

I hope this email finds you well. The Department of Treasury has asked our team for appropriate POCs to discuss social media and influence matters. We'd like to make the connection to Microsoft if you're amenable? This is somewhat time-sensitive, so thanks in advance for your attention to this matter.

If there's another POC this should be routed to, please let us know!

All my best,

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▇▇▇▇▇ | Email: ▇▇▇▇▇ @cisa.dhs.gov | HSDN: ▇▇▇▇▇ @dhs.sgov.gov | CLAN: ▇▇▇▇▇ @dhs.ic.gov

-PA0940-

CONFIDENTIAL

| | |
|---|---|
| **From**: | Election Infrastructure SSA ▓▓▓ @cisa.dhs.gov] |
| **Sent**: | 6/22/2022 12:47:10 PM |
| **To**: | ▓▓▓ @hartic.com]; Bell, Karen B ▓▓▓ @ncsbe.gov]; ▓▓▓ @sos.wa.gov]; ▓▓▓ @jacksoncounty.org]; ▓▓▓ @coloradosos.gov]; ▓▓▓ @coloradosos.gov; ▓▓▓ (SEC) ▓▓▓ @state.ma.us) ▓▓▓ S (SOS) ▓▓▓ @ky.gov]; ▓▓▓ @elections.virginia.gov; ▓▓▓ @elections.virginia.gov; ▓▓▓ @oregon.gov; ▓▓▓ [▓▓▓ @nased.org]; ▓▓▓ @sso.org]; ▓▓▓ @sso.org];' ▓▓▓ @sso.org]; '▓▓▓ @eac.gov' ▓▓▓ @eac.gov]; ▓▓▓ @eac.gov; ▓▓▓ @co.weber.ut.us]; ▓▓▓ @microsoft.com]; ▓▓▓ @dominionvoting.com]; ▓▓▓ @smartmatic.com]; ▓▓▓ @lafayettegroup.com; EISRMATeam ▓▓▓ @cisa.dhs.gov]; Protentis, Lauren ▓▓▓ @cisa.dhs.gov]; Pattullo, Michael (CTR) ▓▓▓ @associates.cisa.dhs.gov]; Suhm, Alyssa (CTR) ▓▓▓ @associates.cisa.dhs.gov] |
| **Subject**: | Joint MDM Working Group Meeting |
| **Start**: | 6/30/2022 3:30:00 PM |
| **End**: | 6/30/2022 4:30:00 PM |
| **Show Time As**: | Tentative |
| **Recurrence**: | (none) |
| **Required Attendees**: | ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; ▓▓▓ @coloradosos.gov; ▓▓▓ (SEC); ▓▓▓ (SOS); ▓▓▓ @elections.virginia.gov; ▓▓▓ @elections.virginia.gov; ▓▓▓ @oregon.gov; ▓▓▓ ; ▓▓▓ ; ▓▓▓ ; '▓▓▓ @eac.gov'; ▓▓▓ @eac.gov; H▓▓▓ ▓▓▓ (CELA); ▓▓▓ @lafayettegroup.com; EISRMATeam; Protentis, Lauren; Pattullo, Michael (CTR); Suhm, Alyssa (CTR) |

Joint MDM Working Group,

We have rescheduled the 6/21 Working Group Meeting. An agenda will be uploaded prior to the meeting.

Thank you,

EI Sector Risk Management Agency
Cybersecurity and Infrastructure Security Agency
**Email:** ▓▓▓ @CISA.DHS.GOV

▓

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**

▓▓▓ United States, Washington DC

Phone Conference ID: ▓▓▓

MOLA_DEFSPROD_00011885

CONFIDENTIAL

| | |
|---|---|
| **From:** | @fb.com> |
| **Sent:** Monday, March 28, 2022 2:46 PM | |
| **To:** Protentis, Lauren | @cisa.dhs.gov> | @fb.com>; |
| @fb.com>; | @fb.com> |
| **Cc:** | @fb.com>; | @fb.com> |

**Subject:** RE: Calendar Invite Updates - Monthly Meetings

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Lauren,

Happy Monday! I'm happy to update the invites accordingly – one quick flag that Nathaniel will be on a flight on 04/13. Can your team meet at the same time, 2pm ET, on Thursday, 04/14? Please confirm and I'll send the updated invites.

Thank you,

| | |
|---|---|
| **From:** Protentis, Lauren | @cisa.dhs.gov> |
| **Sent:** Thursday, March 24, 2022 6:26 AM | |
| **To:** | @fb.com>; | @fb.com>; | @fb.com> |
| **Cc:** | @fb.com>; | @fb.com> |

**Subject:** Calendar Invite Updates - Monthly Meetings

Hi All, Thanks for the call yesterday – we'll follow-up shortly with some due-outs.

Logistically, we'll need the invite (which Meta manages) to be updated to a monthly meeting cadence and our pre-syncs to follow suit. Would you kindly send us updated invites and Kim Wyman @cisa.dhs.gov)? According to the cal, our next meeting would be April 13th; the pre-sync April 6th.

Let me know if you have any questions and thanks so much!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O:           Email:              @cisa.dhs.gov | HSDN:              @dhs.sgov.gov | CLAN:
            @dhs.ic.gov

MOLA_DEFSPROD_00012079

CONFIDENTIAL

| | |
|---|---|
| **From:** | @twitter.com] |
| **Sent:** | 8/18/2021 4:50:14 PM |
| **To:** | Hale, Geoffrey [              @cisa.dhs.gov] |
| **CC:** | @twitter.com];      @twitter.com; Snell, Allison              @cisa.dhs.gov]; PROTENTIS, LAUREN        @cisa.dhs.gov] |
| **Subject:** | Re: Twitter Safety announcement |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Geoff, hope you are doing incredibly well.

Thanks so much for your outreach. It is excellent that you are staying on top of our announcements, and we appreciate your engagement. Rather than having election officials enroll in the pilot, we have an existing dedicated tool for certain external stakeholders.

We onboard state and local election officials onto Twitter's Partner Support Portal to flag concerns directly to Twitter. These concerns can include technical issues with their account and content on the platform that may violate our policies. In evaluating reports, Twitter makes its own independent decisions on whether the content violates the Twitter Rules and whether enforcement action is warranted.

We sent an announcement to all state and local election officials in September 2020 through the EI-ISAC, and work with NASS, NASED, and the Belfer Center, and election officials directly to inform them of this tool. They can email              @Twitter.com to enroll.

Hope this is helpful! Looking forward to connecting again soon!

Stacia

On Tue, Aug 17, 2021 at 3:32 PM Hale, Geoffrey <            @cisa.dhs.gov> wrote:

Afternoon all,

I saw this announcement from Twitter Safety, in the 30 mins since it posted, several election officials asked if they could be part of the pilot. I thought I would propose it to you all that, as part of your election security efforts, verified election officials might be valuable testers for you all.

Twitter Safety on Twitter: "We're testing a feature for you to report Tweets that seem misleading - as you see them. Starting today, some people in the US, South Korea, and Australia will find the option to flag a Tweet as "It's misleading" after clicking on Report Tweet." / Twitter

Thank you for the consideration,

Geoff

Election Security Initiative

            @cisa.dhs.gov

            (w)

MOLA_DEFSPROD_00012193

CONFIDENTIAL

| | |
|---|---|
| **From**: | ████████████@fb.com] |
| **Sent**: | 8/6/2021 10:48:36 PM |
| **To**: | ████████@fb.com]; Snell, Allison ████████@cisa.dhs.gov] |
| **CC**: | HORNUNG, NICHOLAS (CTR) ████████ ;@associates.cisa.dhs.gov]; PROTENTIS, LAUREN ████████@cisa.dhs.gov]; Schaul, Robert ████████ @cisa.dhs.gov]; ████████@fb.com] |
| **Subject**: | Re: Quick sync |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Allison, apologies as I've been out on vacation this week. I'm copying Payton Iheme who works with DHS to follow up. As Nathaniel mentioned it would be great to get some additional details.

Get Outlook for iOS

**From:** ████████████ g ████████@fb.com>
**Sent:** Thursday, August 5, 2021 1:55 AM
**To:** Snell, Allison; ████████
**Cc:** HORNUNG, NICHOLAS (CTR); PROTENTIS, LAUREN; Schaul, Robert
**Subject:** Re: Quick sync

Hey Allison,

Happy to meet and discuss (but it will likely be next week at this point). Do you have any added context you can offer about the proposal by email? Depending on the focus, it might make sense for us to bring additional colleagues to the convo.

Thanks,

████████

**From:** Snell, Allison ‹████████@cisa.dhs.gov›
**Sent:** Wednesday, August 4, 2021 1:30 PM
**To:** ████████@fb.com›
**Cc:** HORNUNG, NICHOLAS (CTR) ‹████████ @associates.cisa.dhs.gov›; PROTENTIS, LAUREN ‹████████ @cisa.dhs.gov›; Schaul, Robert ‹████████@cisa.dhs.gov›
**Subject:** Quick sync

Hey ████████

Would you have a few minutes this week or next to discuss an NGO proposal we recently received re: the disinfo challenge? We'd like to gauge if it would be of value/interest to you and your industry colleagues.

Many thanks and happy Wednesday.

**Allison L. Snell**
Election Security Initiative
Cybersecurity and Infrastructure Security Agency

Cell: ████████        Email: ████████ @cisa.dhs.gov

-PA0944-

MOLA_DEFSPROD_00012194

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 86-8   Filed 10/14/22   Page 10 of 13 PageID #: 3880

| From: | ████████ @fb.com] |
|---|---|
| Sent: | 5/10/2021 9:27:40 PM |
| To: | ██████████ @state.gov] |
| CC: | PROTENTIS, LAUREN █████ @cisa.dhs.gov]; ██████ @state.gov]; SHAW, JOSHUA (CTR) █████ @associates.cisa.dhs.gov]; Williams, Elizabeth █████ @cisa.dhs.gov]; Lazcano, Christine █████ @hq.dhs.gov]; ██████ @state.gov]; ████ @state.gov]; ████ @fb.com]; ████ P@state.gov] |
| Subject: | Re: Speaker details: May 11 Africa CSIRT workshop on disinformation / misinformation |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey y'all - sorry for the slow response, have been on the road most of today.

Totally okay with recording for the initial preso, and sounds good to have that off for QA as I can be more candid :)

Looking forward to the chat tomorrow!

Sent from my iPhone

On May 10, 2021, at 4:27 PM, ████████████ @state.gov> wrote:

Hello all,

One more set of answers from participants, these in response to the question: "What topics do you hope the workshop will cover?" (Lightly edited for clarity and to reduce duplication.)

•   How to combat mis and disinformation. How to mitigate it once viral. How to educate people on its consequences.

•   Best practices for combatting fake news (regulatory, organizational, and technical). Case studies demonstrating best practices.

•   Information sharing platforms.

•   How to identify fake news and legitimate websites.

•   Slow response to incidences escalated to service providers, lack of clear guidelines on defamation, lack of responsive communication channels.

•   Fact checking techniques, how to identify disinformation and misinformation

•   Proven techniques to take down these articles. The effectiveness of fake news checkers.

•   Ways to mitigate misinformation and disinformation on platforms that are not physically present in my jurisdiction. Working with victims.

•   Fact-checking. Steps for stopping already-circulating misinformation. Tracking the original source of the information.

•   International takedown requests.

MOLA_DEFSPROD_00012201

CONFIDENTIAL

| | |
|---|---|
| **From**: | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
| **Sent**: | 4/18/2022 2:46:42 PM |
| **To**: | ▮▮▮▮▮ @fb.com] |
| **CC**: | ▮▮@fb.com]; ▮▮▮▮ @fb.com]; ▮ @fb.com]; ▮@fb.com]; ▮▮▮ :@fb.com]; Schaul, Robert ▮▮▮▮ @cisa.dhs.gov]; Scully, Brian ▮▮ @cisa.dhs.gov]; Kuennen, David ▮▮▮▮ @cisa.dhs.gov] |
| **BCC**: | Hale, Geoffrey (He/Him) ▮▮▮ @cisa.dhs.gov]; Snell, Allison (She/Her) ▮▮▮ @cisa.dhs.gov] |
| **Subject**: | RE: Account Security |

Sounds great, thanks Sandy.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
▮▮▮▮▮ ] Email: ▮▮▮▮ @cisa.dhs.gov | HSDN: ▮▮▮ @dhs.sgov.gov | CLAN: ▮▮▮ @dhs.ic.gov

**From:** ▮▮▮▮▮ @fb.com>
**Sent:** Monday, April 18, 2022 11:50 AM
**To:** Protentis, Lauren ▮▮▮▮ @cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) ▮▮▮▮ @cisa.dhs.gov>; Snell, Allison (She/Her) ▮▮▮ @cisa.dhs.gov>; ▮▮ @fb.com>; ▮▮▮▮ @fb.com>; ▮▮▮ @fb.com>; ▮▮▮▮ @fb.com>; Schaul, Robert ▮▮▮▮ @cisa.dhs.gov>; Scully, Brian ▮▮▮ @cisa.dhs.gov>; Kuennen, David ▮▮▮ @cisa.dhs.gov>
**Subject:** Re: Account Security

Great! Many thank, Lauren for the quick reply & feedback.

▮▮ –who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as ▮ and her team work out the details.

Sent from my iPhone

On Apr 18, 2022, at 10:54 AM, Protentis, Lauren < ▮▮▮ @cisa.dhs.gov>wrote:

Thanks so much for sending, Sandy!

MOLA_DEFSPROD_00012281

-PA0946-

CONFIDENTIAL

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▮▮▮▮▮ | Email: ▮▮▮ @cisa.dhs.gov | HSDN: ▮▮▮▮ @dhs.sgov.gov | CLAN: ▮▮▮ @dhs.ic.gov

**From:** ▮▮▮▮▮ @fb.com>
**Sent:** Friday, April 15, 2022  9:01 AM
**To:** Protentis, Lauren ▮▮▮▮ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▮▮▮ @cisa.dhs.gov>; Snell, Allison (She/Her) ▮▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮ @fb.com> ▮▮▮▮▮ ▮▮▮ @fb.com> ▮▮▮▮▮
▮▮▮ @fb.com>; ▮▮▮▮ @fb.com> ▮▮▮ @fb.com>
**Subject:** Account Security

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including ▮▮ & ▮▮▮ who you met during our meeting & are helping implement these procedures with key stakeholders.  Also, +▮▮▮ to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!

▮▮▮▮

MOLA_DEFSPROD_00012282

CONFIDENTIAL

| | |
|---|---|
| **From**: | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
| **Sent**: | 3/24/2022 9:44:19 AM |
| **To**: | @microsoft.com] |
| **Subject**: | RE: Offerings for Election Officials |

Hi ▮, Thanks so much for reaching-out.

Meta was organizing the Industry-side to provide materials from each organization that listed existing programs for elections officials to enroll in for online security and organization specific best practices for protecting themselves or escalating online threats, especially as midterm season is underway. I think shorter is better here, so that they have an easy-to use resource.

The sooner we can receive this resource the better, since midterms are already underway.

Thanks so much and let me know if you have any additional questions!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▮  Email: ▮ @cisa.dhs.gov  | HSDN: ▮ @dhs.sgov.gov  | CLAN:
▮@dhs.ic.gov



**From:** ▮ @microsoft.com>
**Sent:** Wednesday, March 23, 2022 4:02 PM
**To:** Protentis, Lauren ▮ @cisa.dhs.gov>
**Subject:** Offerings for Election Officials

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Lauren,

I'm not sure if we've met before, I'm on the campaigns and elections cybersecurity team at Microsoft and I run many of our elections-specific externally facing security programs for our Democracy Forward team.

▮ reached out to me and mentioned that you were collecting information about the various services Microsoft and other tech companies have to offer election officials. I'm happy to provide that to you, but am hoping you'd be able to give just a few quick notes on the type of information you're looking for, the level of depth/format, intended audience, etc? That way I can tailor the information in a way that's most useful to you.

Thanks,

Senior Cybersecurity Strategist
Microsoft | Democracy Forward Program

MOLA_DEFSPROD_00012302

CONFIDENTIAL

**From:** ████████████ :@fb.com]
**Sent:** 7/19/2021 1:34:04 PM
**To:** Murthy, Vivek (HHS/OASH)█████████@hhs.gov]
**CC:** ████████████@fb.com]; Beckman, Adam (HHS/OASH) ████████████@hhs.gov]; Waldo, Eric (HHS/OASH)
    ████████@hhs.gov];       ████████@fb.com];   ████████████@fb.com]
**Subject:** Re: Message from █████████

Hi Vivek

Thanks so much for getting back to me – really appreciate that.

Adding █████ and █████ here to liaise with your office to find a time asap which is convenient for you – I'm in Spain right now but hopefully time differences can be navigated so that we speak soon enough.

All best

████████

**From:** "Murthy, Vivek (HHS/OASH)" ◄███████@hhs.gov>
**Date:** Monday, July 19, 2021 at 3:29 PM
**To:** ███████████ @fb.com>
**Cc:** ███████@fb.com>, "Beckman, Adam (HHS/OASH)" ◄████████@hhs.gov>, "Waldo, Eric
(HHS/OASH)" ◄███████@hhs.gov>
**Subject:** Re: Message from █████

Hi ████,

Thanks for reaching out and for sharing your concerns. I know the last few days have been challenging. I'd be happy to speak directly about how we move forward. Let me know the best way to schedule some time later this week and we'll make it happen.

Best wishes and will talk soon,
Vivek

--

**Vivek Murthy**
U.S. Surgeon General
Vice Admiral, U.S. Public Health Service

The information in this e-mail and its attachments are confidential, pre-decisional and deliberative. Contents may include sensitive information and are for official use only. If you are not the original intended recipient, please delete the content and notify the sender.

**From:** ████████@fb.com>
**Sent:** Friday, July 16, 2021 5:43 PM
**To:** Murthy, Vivek (HHS/OASH) ◄███████@hhs.gov>
**Cc:** ████████@fb.com>
**Subject:** Message from Nick Clegg

Dear Vivek,

MOLA_DEFSPROD_00006848

CONFIDENTIAL

| | |
|---|---|
| **From:** | ███████████@fb.com] |
| **Sent:** | 6/12/2021 9:28:58 PM |
| **To:** | Murthy, Vivek (HHS/OASH) ██████████@hhs.gov] |
| **CC:** | Slavitt, Andrew M. EOP/WHO ██████████@who.eop.gov]; ██████████@fb.com] |
| **Subject:** | Facebook bi-weekly covid content report |
| **Attachments:** | 6_11 - COVID-19 Insights.pdf |

Dear Vivek

As promised/discussed, the latest Facebook bi-weekly covid content report attached. As always, I'm happy to jump on a call at any point – as is my team – to delve into any details further as needed.

All best

██████

MOLA_DEFSPROD_00007030

CONFIDENTIAL

**From:** ▇▇▇▇▇▇▇▇▇@fb.com]
**Sent:** 5/28/2021 5:48:14 PM
**To:** Slavitt, Andrew M. EOP/WHO ▇▇▇▇▇ @who.eop.gov]; Murthy, Vivek (HHS/OASH) ▇▇▇▇▇@hhs.gov]
**CC:** ▇▇▇▇▇▇@fb.com]
**Subject:** Message from ▇▇▇▇
**Attachments:** 5_28 - COVID-19 Insights.pdf

Dear Andy, dear Vivek (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70%->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale on line campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**

• *Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame*. Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.

• *Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.* We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.

• *Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide--increased belief in key facts about vaccine safety* and testing by 3% across *5 countries.* We've directed 2B+

-PA0951-

CONFIDENTIAL

**From**:                    @fb.com]
**Sent**:          5/28/2021 5:48:14 PM
**To**:            Slavitt, Andrew M. EOP/WHO                                    Murthy, Vivek (HHS/OASH)
                   @hhs.gov]
**CC**:                         @fb.com]
**Subject**:       Message from
**Attachments**:   5_28 - COVID-19 Insights.pdf


Dear Andy, dear Vivek (if I may),

Thanks again for the time the other day.

As promised, I'm sending our latest report that includes topline performing posts for the weeks of 5/3-5/9 and 5/9-5/15. Report is attached, and myself and the team are of course happy to discuss anything within.

I also want to highlight a few policy updates we announced yesterday regarding repeat misinformation. The full Newsroom post with product mock ups is available here, but I wanted to call out a few key points:

1. We've added more context about Pages that repeatedly share false claims;
2. We are expanding penalties for individual Facebook accounts that share misinformation; and
3. We've redesigned notifications when they share content that a fact-checker later rates.

Finally, I wanted to include here the data I mentioned on our call earlier that point to the positive (if not as publicly discussed) influence we're having on attitudes toward vaccines:

**Overall trends in vaccine acceptance amongst Facebook users are positive: this has increased considerably since January, and racial/ethnic disparities have also decreased.**
Since January, vaccine acceptance in the US from a daily survey of Facebook users (done in partnership with CMU) has *increased* by 10-15 percentage points (e.g. 70%->80-85%), and racial/ethnic disparities in acceptance have shrunk considerably (e.g. some of the populations that had the lowest acceptance in January had the highest increases since).

**Not only are the overall trends increasing, we also have data showing our efforts are contributing: including some of our specific collaborations with HHS/CDC and work around trusted messengers and messaging.**
Over the same time period, we've been working closely with partners to run the largest scale on line campaign in support of vaccination efforts. We've delivered over 10B ad impressions from health partners worldwide since January, and have also run significant on-platform product promotions. These have been focused on 3 goals: i) increase access to vaccines; ii) help people get questions answered; iii) socially normalize the vaccine.

**Early evidence that these are increasing drivers of vaccination, at scale, include:**

• *Social Norming: 50 percent of Facebook users have seen someone they follow (e.g. friend, family member, community leader, public figure) use an HHS/CDC vaccine frame*. Research from MIT shows that similar types of social normalization efforts can meaningfully improve people's likelihood to get vaccinated, which is consistent with other expert advice (e.g. "Encouraging those who are vaccinated to show their vaccination status with pride, both online and offline, can nudge their family, friends and networks to follow suit."). We are seeing some encouraging preliminary results in vaccine sentiment (the safety and importance of COVID-19 vaccines) in the US through our surveys as a result of vaccine profile frame promotions. As a result, we are scaling the launch of these features globally.

• *Access: Over 3M people have used our Vaccine Finder since March, developed in partnership with Boston Children's Hospital.* We've been promoting Vaccine Finder and eligibility information to all people on Facebook in close partnership with states, which are seeing impact. For example, West Virginia reported a meaningful increase in vaccine registrations after we started our efforts.

• *Education: A single "Facts about COVID19" News Feed campaign—that reached 100s of millions of people worldwide--increased belief in key facts about vaccine safety* and testing by 3% across *5 countries.* We've directed 2B+

CONFIDENTIAL

**From:** Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent:** 2/4/2022 3:39:27 PM
**To:** ███████████@fb.com]
**Subject:** Have 5 minutes to chat? E: Vaccine Misinformation Questions for CDC

I'm heading out today but do you have a minute to discuss this by chance? Call anytime. 678-920-0578

**From:** ███████████@fb.com>
**Sent:** Thursday, February 3, 2022 9:21 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) <███@cdc.gov>
**Cc:** Gordon, Stephanie (CDC/OD/OADC) ████@cdc.gov>; ███████████@fb.com>; Dempsey, Jay H. (CDC/OD/OADC) <ifb5@cdc.gov>
**Subject:** Re: Vaccine Misinformation Questions for CDC

Ok, thank you!!

**From:** Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov>
**Date:** Thursday, February 3, 2022 at 5:21 PM
**To:** ███████@fb.com>
**Cc:** Gordon, Stephanie (CDC/OD/OADC) <████@cdc.gov>, ███████████@fb.com>, Dempsey, Jay H. (CDC/OD/OADC) <████@cdc.gov>
**Subject:** RE: Vaccine Misinformation Questions for CDC

Hi ██ - I will talk to the Vaccine program and see what we can do. My guess is that February 9th will not be realistic. Also, I'm out Feb 5-16 so Stephanie or Jay will be sure to follow up and can help if something comes up while I'm out.

Thanks!

**From:** ███████████@fb.com>
**Sent:** Thursday, February 3, 2022 4:36 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov>
**Cc:** Gordon, Stephanie (CDC/OD/OADC) ████@cdc.gov>; ███████████@fb.com>
**Subject:** Vaccine Misinformation Questions for CDC

Hi Carol,

I hope you are your team are well and staying healthy. Thank you so much for the information you provided on the claims we asked about last month. Since we last spoke, I wanted to **share updates we made as a result of our work together**. I also wanted **to ask for your assessment on a few things**, including 1) Three additional claims we've become aware of from our regular monitoring; 2) How FDA EUA authorization for children under 5 might impact our policies; and 3) CDC's insights regarding deaths from vaccines. As always, please do let me know if it would be easier to set up time to talk through any of these live! **Otherwise, do you think it would be possible to get input on the below before February 9th?**

Thank you so much in advance for your help, and please let me know if you have any questions!

Best,

CONFIDENTIAL

**From**: Crawford, Carol Y. (CDC/OD/OADC) █ @cdc.gov]
**Sent**: 5/6/2021 3:06:43 PM
**To**: █ @fb.com]; Layton, Kathleen (CDC/OD/OADC) █ @cdc.gov]; Dempsey, Jay H.
(CDC/OD/OADC) █ @cdc.gov]; █ @fb.com]; █ @fb.com]
**CC**: █ @fb.com]; █ @fb.com]; █ @fb.com]
█ @fb.com]; █ @fb.com]
**Subject**: JOIN WITH NEW INFO: E: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
█  # United States, Atlanta
(█  United States (Toll-free)
Phone Conference ID: █  #
Find a local number | Reset PIN
Learn More | Meeting options

-----Original Appointment-----
**From:** █ @fb.com>
**Sent:** Wednesday, January 27, 2021 6:44 PM
**To:** █ Crawford, Carol Y. (CDC/OD/OADC); Layton, Kathleen (CDC/OD/OADC); Dempsey, Jay H.
(CDC/OD/OADC); █
**Cc:** █
**Subject:** Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)
**When:** Thursday, May 6, 2021 3:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

-New attendees Intro

-CDC needs/questions

-FB Product updates/feedback request (COVID-HUB)

-COVID-19 Projects- CMU/FB Data Survey Update, Misinfo collab status, others

# Microsoft Teams meeting (CDC VC

**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**
█  # United States, Atlanta
█  United States (Toll-free)
Phone Conference █
Find a local number | Reset PIN
Learn More | Meeting options

MOLA_DEFSPROD_00002689

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 86-10  Filed 10/14/22  Page 3 of 11 PageID #: 3890

| | |
|---|---|
| **From**: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| **Sent**: | 4/15/2021 3:01:49 PM |
| **To**: | ▇▇▇▇▇ @fb.com]; Layton, Kathleen (CDC/OD/OADC▇▇ @cdc.gov]; Dempsey, Jay H. (CDC/OD/OADC) ▇▇ @cdc.gov]; ▇▇ @fb.com]; ▇▇▇▇▇▇▇ @fb.com]; ▇▇▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com]; ▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com] |
| **CC**: | ▇▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com]; ▇▇▇▇▇ @fb.com]; Phoenix Weir, Ursula (CDC/DDNID/NCBDDD/OD) ▇▇ @cdc.gov] |
| **Subject**: | RE: Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed) |

IF your having issues, try this link: Click here to join the meeting

-----Original Appointment-----
**From:** ▇▇▇▇▇ @fb.com>
**Sent:** Wednesday, January 27, 2021 6:44 PM
**To:** ▇▇▇▇ e; Crawford, Carol Y. (CDC/OD/OADC); Layton, Kathleen (CDC/OD/OADC); Dempsey, Jay H. (CDC/OD/OADC); ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
(CDC/DDNID/NCBDDD/OD)
**Subject:** Call or VC- Facebook weekly sync with CDC (CDC to invite other agencies as needed)
**When:** Thursday, April 15, 2021 3:00 PM-3:40 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

-New attendees Intro

-CDC needs/questions

-FB Product updates/feedback request (COVID-HUB)

-COVID-19 Projects- CMU/FB Data Survey Update, Misinfo collab status, others

# Microsoft Teams meeting (CDC VC
**Join on your computer or mobile app**
Click here to join the meeting
**Or call in (audio only)**

▇▇▇▇▇▇▇▇▇▇ # United States, Atlanta
(▇▇▇▇▇▇▇ United States (Toll-free)

Phone Conference ID ▇▇▇▇▇▇ #
Find a local number | Reset PIN
Learn More | Meeting options

MOLA_DEFSPROD_00002806

CONFIDENTIAL

| | |
|---|---|
| **From**: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| **Sent**: | 4/9/2021 2:14:25 PM |
| **To**: | ███████████████@twitter.com] |
| **Subject**: | RE: Request for problem accounts |

Yes, we'll get that to you early next week.  Thanks for checking in.

---

**From:** ██████████@twitter.com>
**Sent:** Thursday, April 8, 2021 8:28 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ████@cdc.gov>
**Subject:** Request for problem accounts

Hi Carol -
I'm looking forward to setting up regular chats; my team has asked for examples of problematic content so we can examine trends. All examples of misinformation are helpful, but in particular, if you have any examples of fraud - such as fraudulent covid cures, fraudulent vaccine cards, etc, that would be very helpful.

Thanks in advance,
██

MOLA_DEFSPROD_00002971

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 86-10   Filed 10/14/22   Page 5 of 11 PageID #: 3892

| | |
|---|---|
| **From**: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| **Sent**: | 4/5/2021 9:25:20 AM |
| **To**: | @google.com] |
| **CC**: | @google.com] |
| **Subject**: | RE: Follow up on mis-info conversation |

Sorry for delay, I wasn't able to solve this one over the weekend. We have this which is close to what you want.. Thank you for the document!

https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalization-network



**From:** @google.com>
**Sent:** Friday, April 2, 2021 9:13 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Cc:** @google.com>
**Subject:** Re: Follow up on mis-info conversation

Hi Carol,

Thanks again for your time this week. Attached are some of the claims we discussed for your reference. On a separate but related note, would you happen to know if the CDC has statistics on hospitalization or death for people in the 40-49

MOLA_DEFSPROD_00003024

CONFIDENTIAL

| | |
|---|---|
| **From**: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| **Sent**: | 3/31/2021 2:23:11 PM |
| **To**: | @fb.com] |
| **Subject**: | RE: This week's meeting |

Got it, thanks.

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Wednesday, March 31, 2021 2:18 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) < ▮ @cdc.gov>
**Subject:** Re: This week's meeting

Hi Carol,

We are working on a proposal of how set up sharing partnership on the misinform items...what it would look like.... so we can discuss Thursday.
Lots of team members out the last two weeks due to all the holidays, but that is the plan so we can discuss on the Thursday call.

**From:** Carol Crawford < ▮ @cdc.gov>
**Date:** Wednesday, March 31, 2021 at 2:07 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** RE: This week's meeting

Can you explain what you originally meant when you said this "will know in a few hours (I am told if we have a plan to present for Census Thursday or if it needs more work)". I'm still a bit confused.

But here is what Census mentioned that they would like to discuss:

• It looks like the posts from last week's deck about infertility and side effects have all been removed. Were those re-evaluated by the moderation team or taken down for another reason?
• One of the main themes we're seeing and from the CrowdTangle report is local news coverage of deaths after receiving the vaccine. What's the approach for adding labels to those stories?
o Example: No label
o Example: Label that links to WHO
• Can we add the Census team to CrowdTangle?
• How should we best engage regularly going forward on the Census/CDC reports.

Thanks.

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Tuesday, March 30, 2021 7:46 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▮ @cdc.gov>
**Subject:** Re: This week's meeting

Hi Carol,

Yes, I think good to have questions from Census so we make sure we have the right person.

-PA0958-

MOLA_DEFSPROD_00003031

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 86-10   Filed 10/14/22   Page 7 of 11 PageID #:
3894

| | |
|---|---|
| **From**: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| **Sent**: | 3/30/2021 9:05:17 AM |
| **To**: | @google.com] |
| **CC**: | @google.com] |
| **Subject**: | RE: Follow up on mis-info conversation |

I've arranged for a few SMEs to join the call, including Cynthia.   Census will not be on it but would like to discuss that at the end as you suggest. Thanks for the heads up of this agenda item.

**From:** @google.com>
**Sent:** Monday, March 29, 2021 1:39 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) @cdc.gov>
**Cc:** @google.com>
**Subject:** Re: Follow up on mis-info conversation

Hi Carol,

We would like to follow up on our discussion with your colleague, Cynthia, on vaccine information a few months ago. Specifically, we plan to share a new list of common vaccine misinformation claims and would love it if Cynthia or other vaccine experts could join. We can also save a few minutes for you, me, and Jan to discuss potential next steps regarding the Census but will not need the broader team for the discussion.

Thanks,

On Mon, Mar 29, 2021 at 9:52 AM Crawford, Carol Y. (CDC/OD/OADC) < @cdc.gov> wrote:

Are you all open to using our regular 4pm meetings to go over things with Census or what is preferred?  I wasn't clear how interested you all were on this effort or who the players are on your end.

--
Stanley Onyimba | Global Product Partnerships | sonyimba@google.com

MOLA_DEFSPROD_00003039

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 86-10   Filed 10/14/22   Page 8 of 11   PageID #:
3895

| | |
|---|---|
| **From**: | Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C] |
| **Sent**: | 3/23/2021 2:14:22 PM |
| **To**: | ▇▇▇▇▇▇▇▇▇▇▇▇ @google.com] |
| **CC**: | ▇▇▇▇▇▇▇▇▇▇▇▇ @google.com] |
| **Subject**: | RE: COVID Misinfo project |

Sounds good to check in first – would Friday around 3:30 EST work? (or 4-5).

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇ @google.com>
**Sent:** Tuesday, March 23, 2021 12:56 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▇▇▇ @cdc.gov>
**Cc:** ▇▇▇▇▇▇▇▇▇ @google.com>
**Subject:** Re: COVID Misinfo project

Hi Carol, Thank you for your patience as we identified the right colleagues from Google to pull into this effort. Would it be possible to schedule a call for later this week to learn more about how the CDC and Census envision working together on this important topic?

Maybe on Friday? Please let us know when is best for you and we can pull in the right people from our team.

Thank you,

▇▇▇

▇▇▇▇▇▇▇▇▇▇▇

Google Government Affairs and Public Policy
25 Mass Ave NW, 9th FL
Washington, DC 20001
▇▇▇▇▇ @google.com
Android Mobile ▇▇▇▇▇▇

On Tue, Mar 23, 2021 at 12:51 PM Crawford, Carol Y. (CDC/OD/OADC) ▇▇ @cdc.gov> wrote:

Just checking back on this.

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** Thursday, March 18, 2021 3:14 PM
**To:** ▇▇▇▇▇▇▇▇▇ @google.com>; ▇▇▇▇▇▇▇▇▇ @google.com>
**Subject:** COVID Misinfo project

▇▇ – As I believe we discussed previously, CDC is now working with Census to leverage some of their infrastructure to help identify and address COVID vaccine mis-info. As I understand it from the Census team.... when they were doing this for the Census project last year, they meet regularly with a Google/YouTube Trust team. Is it possible for us to start up regular meetings on this topic or maybe use our existing meeting time. Let me know if you want to discuss in more depth.

I'm still checking on the treatment issue.

MOLA_DEFSPROD_00003130

CONFIDENTIAL

**From**: Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent**: 3/5/2020 9:47:53 AM
**To**: ████████ ████ @fb.com]
**Subject**: RE: Facebook's COVID-19 Response Efforts

I'm around most of the morning without formal meetings for a bit – ████████.

Kat knows that a appt will be coming from FB but your welcome to connect directly. She's ready to talk though!

**From:** ████████ @fb.com>
**Sent:** Thursday, March 5, 2020 8:59 AM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ███ @cdc.gov>
**Subject:** Re: Facebook's COVID-19 Response Efforts

Hi and would be good to chat very soon.

On the FB live, should I reach out to Kat directly or do you want to connect us?

Best,

████████

Sent from my iPhone

On Mar 5, 2020, at 8:55 AM, Crawford, Carol Y. (CDC/OD/OADC) ███ @cdc.gov> wrote:

████ – I missed this one Tuesday night. Can we get a short call with someone tomorrow? We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is Kat Turner at ███ @cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

**From:** ████████ @fb.com>
**Sent:** Tuesday, March 3, 2020 10:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ███ @cdc.gov>
**Subject:** Facebook's COVID-19 Response Efforts

Good evening Carol,

Apologies for the late note. I want to ensure you are aware that Mark just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.

-PA0961-

MOLA_DEFSPROD_00004060

CONFIDENTIAL

**From**:      Crawford, Carol Y. (CDC/OD/OADC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73787F96AAFD47E18CBC4A593B134E43-CRAWFORD, C]
**Sent**:      3/5/2020 8:54:59 AM
**To**:                            @fb.com]
**Subject**:   RE: Facebook's COVID-19 Response Efforts


▬▬▬. I missed this one Tuesday night. Can we get a short call with someone tomorrow? We want to do a very controlled Q&A and would like to know our best options.

Our Lead POCs is Kat Turner at ▬▬ @cdc.gov and she could talk directly to your team – I don't have to be a part of it.

Also, I know everyone else in Fed getting involved so let me know if we need to chat.

**From:** ▬▬▬▬▬▬ @fb.com>
**Sent:** Tuesday, March 3, 2020 10:22 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) ▬▬ @cdc.gov>
**Subject:** Facebook's COVID-19 Response Efforts


Good evening Carol,

Apologies for the late note. I want to ensure you are aware that Mark just shared our ongoing work to support governments and non-profits with their response efforts on COVID-19. Our goal is to help organizations to get their safety messages out to the public, remove misinformation, and support overall community efforts in areas where we can be of help.

If you have additional ideas not captured in the summary, please let me know.

Best,

▬▬▬

**FACEBOOK**

▬▬▬▬

U.S. Public Policy
Facebook

MOLA_DEFSPROD_00004404

CONFIDENTIAL

---

**From**: Crawford, Carol Y. (CDC/OD/OADC) [____ @cdc.gov]
**Sent**: 2/7/2020 12:29:12 PM
**To**: [____ @fb.com]; Dempsey, Jay H. (CDC/OD/OADC) [____ @cdc.gov]
**Subject**: RE: FB Coordination

Got it!

**From:** [____ @fb.com>
**Sent:** Friday, February 7, 2020 12:29 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [____ @cdc.gov>; Dempsey, Jay H. (CDC/OD/OADC) [____ @cdc.gov>
**Subject:** Re: FB Coordination

Did you receive the dial in invite?

**From:** "Crawford, Carol Y. (CDC/OD/OADC)" [____ @cdc.gov>
**Date:** Friday, February 7, 2020 at 12:20 PM
**To:** "Dempsey, Jay H. (CDC/OD/OADC)" [____ @cdc.gov>, Payton Iheme [____ @fb.com>
**Subject:** RE: FB Coordination

I can!

**From:** Dempsey, Jay H. (CDC/OD/OADC) [____ @cdc.gov>
**Sent:** Friday, February 7, 2020 12:11 PM
**To:** [____ @fb.com>
**Cc:** Crawford, Carol Y. (CDC/OD/OADC) [____ @cdc.gov>
**Subject:** RE: FB Coordination

[____] – Not sure if Carol can dial in then, but 12:30 works for me.

Jay

**From:** [____ @fb.com>
**Sent:** Friday, February 7, 2020 12:05 PM
**To:** Crawford, Carol Y. (CDC/OD/OADC) [____ @cdc.gov>
**Cc:** Dempsey, Jay H. (CDC/OD/OADC) [____ @cdc.gov>
**Subject:** Re: FB Coordination

Can you do 12:30 please?

I know that is soon.

Sent from my iPhone

On Feb 7, 2020, at 11:21 AM, Crawford, Carol Y. (CDC/OD/OADC) [____ @cdc.gov>wrote:

12 -1 EST & 2:30-4:00 EST look good.    I think Jay could do 4-4:30 EST too, I'll be at airport by then probably in security.

MOLA_DEFSPROD_00004442

CONFIDENTIAL



**From:**    Flaherty, Robert EOP/WHO  ████████ @who.eop.gov]
**Sent:**    2/22/2021 4:56:29 PM
**To:**      Flaherty, Robert EOP/WHO  ████████ @who.eop.gov]; Clarke.Humphrey  ████████ @who.eop.gov];
            ████████ @fb.com]; Rowe, Courtney (who.eop.gov)  ████████ @who.eop.gov];
            ████████ @fb.com];    ████████ @fb.com];    ████████ @fb.com]; Peck, Joshua
            (HHS/ASPA)  ████████ @hhs.gov];    ████████ @fb.com]

**Subject:**   ODS <> FB // Misinfo & Disinfo
**Location:**  ████████████████████████

**Start:**    3/1/2021 3:00:00 PM
**End:**      3/1/2021 3:30:00 PM
**Show Time As:** Busy

**Recurrence:**    (none)

Pt. 2 of the vaccination hesitancy conversation!



MOLA_DEFSPROD_00016374

CONFIDENTIAL



MOLA_DEFSPROD_00016375

| | |
|---|---|
| **From:** | Flaherty, Robert EOP/WHO ████████ @who.eop.gov] |
| **Sent:** | 2/25/2021 8:13:34 PM |
| **To:** | Flaherty, Robert EOP/WHO ████████ @who.eop.gov]; Clarke.Humphrey ████████ @who.eop.gov]; Wakana, Benjamin (who.eop.gov) ████████ @who.eop.gov]; ████████ @twitter.com]; Rowe, Courtney (who.eop.gov) ████████ @who.eop.gov]; Peck, Joshua (HHS/ASPA) ████████ @hhs.gov]; ████████ @twitter.com] |
| **Subject:** | Twitter // COVID Misinfo |
| **Location:** | ████████████████████ |
| | |
| **Start:** | 3/1/2021 2:00:00 PM |
| **End:** | 3/1/2021 2:30:00 PM |
| **Show Time As:** | Busy |
| | |
| **Recurrence:** | (none) |



MOLA_DEFSPROD_00016372

CONFIDENTIAL



MOLA_DEFSPROD_00016373

| From: | Protentis, Lauren ███████████████████████████████ |
| Sent: | 4/14/2022 12:52:23 PM |
| To: | ███████████@fb.com]; ███████@fb.com]; ███████████<br>███████@cisa.dhs.gov]; ███████@cisa.dhs.gov];Wyman, Kim (She/Her/Hers)<br>█████@cisa.dhs.gov];Hale, Geoffrey (He/Him) █████@cisa.dhs.gov];Snell, Allison (She/Her)<br>█████@cisa.dhs.gov]; ██████@fb.com];█ █████@fb.com]; Scully, Brian<br>██████@cisa.dhs.gov] |
| CC: | ████████████@fb.com] |
| Subject: | RE: [Prep] USG | Industry Call (Monthly) |

Hi All,

Sharing a tentative agenda for next week's USG/Industry Sync. Looking forward to discussing at 1:00.

### March USG | Industry Call Annotated Agenda

1.  Opening (**Facilitator: Lauren**)
a.  Roll Call: CISA, FBI, DNI, DHS
b.  One-Pager Reminder
2.  Government Meeting Topics (**Facilitator: Lauren**)
a.  DHS Brief (Tentative)
b.  Information Sharing Around Elections Risk (CISA: Hale, DNI: ███ FBI: Demlow/Criminal Investigative Unit, DHS:
i.  ████ **Industry Prompts:**
1.  (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
3.  Industry Meeting Topics (**Facilitator: Meta**)

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency

-----Original Appointment-----
**From:** ███████████@fb.com>
**Sent:** Tuesday, March 29, 2022 5:30 PM
**To:** ███████████Protentis, Lauren; ███████████Wyman, Kim (She/Her/Hers);
Hale, Geoffrey (He/Him); Snell, Allison (She/Her); ████████████
**Cc:** ████
**Subject:** [Prep] USG | Industry Call (Monthly)

CONFIDENTIAL

**When:** Thursday, April 14, 2022 10:00 AM-10:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** ███████████████████████████████████████████████

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

One-off prep meeting scheduled on Thursday due to calendar conflicts

**Prep Mtg –** Occurs the 2nd Wednesday monthly

WAYS TO JOIN

Join Zoom Meeting
████████████████████████████████

Meeting ID ████████████
Passcode: ████████

One tap Mobile
████████████████████████████████

Dial by your location
toll: ████ (San Jose US)
toll: ████ (New York US)
toll: ████ (Tacoma US)
toll: ████ (Washington DC US)
toll: ████ (Chicago US)
toll: ████ (Houston US)
tollfree: ████
tollfree: ████
tollfree: ████
tollfree: ████
Meeting ID: ████
Passcode: ████

MOLA_DEFSPROD_00014553

CONFIDENTIAL

| From: | ███████████ @fb.com] |
|---|---|
| Sent: | 3/16/2022 2:20:52 AM |
| To: | Protentis, Lauren ███████ @cisa.dhs.gov]; ███████ @fb.com]; ███████ @fb.com]; Snell, Allison (She/Her) ███████ @cisa.dhs.gov]; Hale, Geoffrey (He/Him) ███████ @cisa.dhs.gov]; ███████ @cisa.dhs.gov]; ███████ @cisa.dhs.gov]; Wyman, Kim (She/Her/Hers) ███████ @cisa.dhs.gov]; ███████ @fb.com] |
| Subject: | Re: [PREP] USG | Industry Call (Bi-Monthly) |

Hey Lauren,

One more follow-up: do you have a particular email you'd like us to send info about account security steps that elections officials can take from the different companies? When we discussed, we concluded the easiest path would be for each of the companies to send along their one-pagers with protection programs directly. Should I tell them to send to you? Or is there another recipient that would work better?

Best,

████████

Get Outlook for iOS

| From: | ███████████ @fb.com> |
|---|---|
| Sent: | Monday, March 14, 2022 12:43:36 PM |
| To: | Protentis, Lauren < ███████ @cisa.dhs.gov>; ███████ @fb.com>; ███████ @fb.com>; Snell, Allison (She/Her) < ███████ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) < ███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>; ███████ @cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) < ███████ @cisa.dhs.gov>; ███████ @fb.com> |
| Subject: | Re: [PREP] USG | Industry Call (Bi-Monthly) |

Thank you for the reminder --

Key questions about the upcoming midterms:

1.    Races/states that you anticipate may be particularly targeted;

2.    Themes / narratives / approaches you anticipate for races that you think will be targeted;

3.    Specific indicators about infrastructure that foreign actors could use to target US;

4.    Specific dates / events within the electoral calendar that you anticipate may be targeted (we've asked this before, so primarily any updates on previous prezos);

5.    May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?

Also, industry is supportive of shifting to monthly following this meeting!

████████

| From: | Protentis, Lauren ███████ @cisa.dhs.gov> |
|---|---|
| Sent: | Monday, March 14, 2022 12:33 PM |

MOLA_DEFSPROD_00014526

CONFIDENTIAL

**To:** ▇▇▇▇▇▇▇▇ @fb.com>; ▇▇▇▇▇▇▇ @fb.com>; ▇▇▇▇▇▇▇ @fb.com>; Snell, Allison (She/Her) ▇▇▇ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▇▇ @cisa.dhs.gov>; ▇▇▇ @cisa.dhs.gov>; ▇▇▇▇ @cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) < ▇▇▇ @cisa.dhs.gov>; ▇▇▇▇▇ @fb.com>
**Subject:** RE: [PREP] USG | Industry Call (Bi-Monthly)

Hope you had a great weekend.

Wanted to circle back on this so we can give DNI, FBI, DHS some ideas for scoping their remarks for Wednesday ☺!

Let me know if you have any questions!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency



**From:** Protentis, Lauren ▇▇▇ @cisa.dhs.gov>
**Sent:** Friday, March 11, 2022 1:18 PM
**To:** ▇▇▇▇ @fb.com>; ▇▇▇▇▇ @fb.com>; ▇▇▇▇▇ @fb.com>; Snell, Allison (She/Her) ▇▇ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ▇ @cisa.dhs.gov>; ▇▇ @cisa.dhs.gov>; ▇▇▇ @cisa.dhs.gov>; Wyman, Kim (She/Her/Hers) ▇▇ @cisa.dhs.gov>; ▇▇▇▇ @fb.com>
**Subject:** Re: [PREP] USG | Industry Call (Bi-Monthly)

Happy Friday,

Thanks for the productive call on Wednesday. Curious if you collected any questions (specific to risks to the Midterms) from the industry side that I can share with the USG in advance of next weeks call?

Thanks so much!
Lauren

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**

MOLA_DEFSPROD_00014527

**From:** Protentis, Lauren
**Sent:** Wednesday, March 9, 2022 1:21:44 PM
**To:** ██████████@fb.com>; ███████████@fb.com>; ██████████@fb.com>; Snell,
Allison (She/Her) ████; ██████@cisa.dhs.gov>; Hale, Geoffrey (He/Him) ████@cisa.dhs.gov>;
██████@cisa.dhs.gov>; ███████████@cisa.dhs.gov>; Wyman, Kim (She/Her/Hers)
██████@cisa.dhs.gov>; ██████████@fb.com>
**Subject:** RE: [PREP] USG | Industry Call (Bi-Monthly)

Hi All,

Sharing a tentative agenda, for your review, for next week's call. Looking forward to our call at 2:00.

1.      Opening (Facilitator: CISA)
a.      Roll Call: FBI, DNI, DHS
b.      Housekeeping Notes
2.      Government Meeting Topics (Facilitator: CISA)
a.      Information Sharing Around Elections Risk (CISA, DNI, FBI)
i.      USG asking for specific questions to shape the brief.
b.      Elections and Potential Impacts of U.S. Sanctions Against Russia (DNI/All)
3.      Industry Meeting Topics (Facilitator: Meta)
a.      *Proposed:* Status of full list of company best practices for elections officials on physical security as suggested in
January call.
b.      *Proposed:* How might punitive measures against Russia impact Industry's "risk calculus" vis-à-vis elections
i.      USG is keen to hear specific info from industry on how actions against Russia might change their risk calculus; to the
extent that any actions against Russia become elections issues in the U.S.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency



-----Original Appointment-----
**From:** ████████████@fb.com>
**Sent:** Wednesday, January 12, 2022 4:19 PM
**To:** ████████; Snell, Allison; Hale, Geoffrey; PROTENTIS, LAUREN; ████████
████; WYMAN, KIM;
**Subject:** [PREP] USG | Industry Call (Bi-Monthly)
**When:** Wednesday, March 9, 2022 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

*Prep Mtg - occurs the second Wednesday of every 2 months*

*Dial in updated 1/12th*

MOLA_DEFSPROD_00014528

CONFIDENTIAL

**Join Zoom Meeting**

██████████████████████████████████

Meeting ID: ████████████
Passcode: ██████
One tap mobile

████████████████████████████████

MOLA_DEFSPROD_00014529

CONFIDENTIAL

| From: | Protentis, Lauren |
|---|---|
| Sent: | 7/20/2022 10:16:12 AM |
| To: | @fb.com]; @fb.com]; @fb.com] |
| CC: | @fb.com] |
| Subject: | Agenda: USG | Industry Call |

Hi All,

Looking forward to connecting today, I pulled the agenda together below for today's call. Let me know if you have any questions.

1. Opening (**Facilitator: Lauren**)
2. Government Meeting Topics (**Facilitator: Lauren**)
b. Information Sharing Around Elections Risk
    **i. Annotation – Industry Prompts:**
1. (1) Races/states that you anticipate may be particularly targeted; (2) Themes / narratives / approaches you anticipate for races that you think will be targeted; (3) Specific indicators about infrastructure that foreign actors could use to target US; (4) Specific dates / events within the electoral calendar that you anticipate may be targeted; (5) May still be too early for this, but on inter-related risk between Ukraine and the US: does the developing situation increase (or decrease?) the risk that Russia may target the midterms?
    **ii. Annotation – Briefing Structure**
4. CISA – Elections Infrastructure Risks (Scully)
5. DHS I&A – Infrastructure Activity (
6. FBI – Domestic Adversarial Actor Update (Dehmlow)
7. DNI – Geopolitical Considerations (
3. Industry Meeting Topics (**Facilitator: Meta**)
a. Industry Briefs
i. **Annotation – USG Prompts:**

i. To what extent have you identified notable commonalities/differences between how foreign actors seek to use social media to influence their expatriate populations within the US on elections/other topics of strategic interest versus the broader US public? What stands out?

ii. Do you and to what extent assess that foreign actors display greater willingness to directly engage US political entities, US activists, and US media organizations that fall within diaspora communities? Do these engagements stand out to you or do you judge them as largely consistent with steady state foreign influence behavior across target audiences?

iii. To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency

MOLA_DEFSPROD_00014545

-PA0974-

CONFIDENTIAL



**From:** Protentis, Lauren
**Sent:** Friday, June 10, 2022 5:03 PM
**To:** ████████████@fb.com>; ███████████@fb.com>; ██████████@fb.com>
**Cc:** ████████@fb.com>
**Subject:** RE: Rescheduled: [Prep] USG | Industry Call

Hi ████████ et al,

Thanks for the call yesterday. The USG passed along one additional question for you/industry to consider for your brief next week. Have a great weekend in VTI

-       To what extent or degree do you assess that PRC-linked or pro-CCP online influencers are amplifying divisive social and political issues in the United States?

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency

-----Original Appointment------
**From:** ███████████@fb.com>
**Sent:** Wednesday, June 8, 2022 2:46 PM
**To:** ███████ Protentis, Lauren; ████████████ Wyman, Kim (She/Her/Hers); Hale, Geoffrey (He/Him); Snell, Allison (She/Her); Scully, Brian; ████████
**Cc:** ████████
**Subject:** Rescheduled: [Prep] USG | Industry Call
**When:** Thursday, June 9, 2022 8:00 AM-8:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** ████████

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

WAYS TO JOIN

Join Zoom Meeting

Meeting ID: ████████
Passcode: ████

Computer or mobile guest sharable join link

MOLA_DEFSPROD_00014546

CONFIDENTIAL

One tap Mobile



Dial by your location
toll:                    (San Jose US)
toll:                    (Tacoma US)
toll:                    (Houston US)
toll:                    (Washington DC US)
toll:                    (Chicago US)
toll:                    (New York US)
tollfree:            (US)
tollfree:            (US)
tollfree:            (US)
tollfree:            (US)
Meeting ID:
Passcode:

Join by SIP:

MOLA_DEFSPROD_00014547

FOR OFFICIAL USE ONLY/ PRE-DECISIONAL/ DELIBERATIVE



FOR OFFICIAL USE ONLY/ PRE-DECISIONAL/ DELIBERATIVE

MCLA_DEFSPROD_00015747

-PA0977-

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 1 of 292 PageID #: 5756



# THE LONG FUSE:
## MISINFORMATION AND THE 2020 ELECTION



-PA00978-

Case 3:22-cv-01213-TAD-KDM    Document 137-3    Filed 12/01/22    Page 3 of 292 PageID #: 5758

# The Long Fuse

## Misinformation and the 2020 Election

The Election Integrity Partnership

Digital Forensic Research Lab
Graphika
Stanford Internet Observatory
UW Center for an Informed Public

2021

-PA00980-

© 2021 The Election Integrity Partnership

This report is made available under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 License (international)
https://creativecommons.org/licenses/by-nc-nd/4.0/

Identifiers: ISBN 978-1-7367627-1-4 (ebook)

1.3.0 (June 15, 2021)

Cover Illustration and Design by Alexander Atkins Design, Inc.

How to cite this work:

APA Style:

> Center for an Informed Public, Digital Forensic Research Lab, Graphika, & Stanford Internet Observatory (2021). *The Long Fuse: Misinformation and the 2020 Election.* Stanford Digital Repository: Election Integrity Partnership. v1.3.0
> https://purl.stanford.edu/tr171zs0069

Chicago Style:

> Center for an Informed Public, Digital Forensic Research Lab, Graphika, & Stanford Internet Observatory. *The Long Fuse: Misinformation and the 2020 Election*, 2021. Stanford Digital Repository: Election Integrity Partnership. v1.3.0
> https://purl.stanford.edu/tr171zs0069

# Contents

**Executive Summary**                                                                                    **v**
    Who We Are: EIP and Its Members . . . . . . . . . . . . . . . . . . . . . . .    vi
    What We Did . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    vi
    Key Takeaways . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    vii
    Key Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ix
    Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    x

**Contributors**                                                                                        **xii**

**Acknowledgements**                                                                                    **xiii**

**1  The Election Integrity Partnership**                                                               **1**
    1.1    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1
    1.2    The EIP: Partner Organizations and Structure . . . . . . . . . . . .    2
    1.3    The EIP: Goals and Scope . . . . . . . . . . . . . . . . . . . . . . .    5
    1.4    External Stakeholders . . . . . . . . . . . . . . . . . . . . . . . . .    11
    1.5    Example Ticket Process . . . . . . . . . . . . . . . . . . . . . . . .    18
    1.6    Practical Lessons Learned . . . . . . . . . . . . . . . . . . . . . . .    19
    1.7    Reading This Report . . . . . . . . . . . . . . . . . . . . . . . . . .    20

**2  Data and Summary Statistics**                                                                      **27**
    2.1    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    27
    2.2    Summary Statistics . . . . . . . . . . . . . . . . . . . . . . . . . . .    31
    2.3    Platform Responsiveness and Moderation Actions Taken . . . . .    37
    2.4    Concerns by Reporting Collaborators . . . . . . . . . . . . . . . . .    42
    2.5    Final Observations . . . . . . . . . . . . . . . . . . . . . . . . . . .    43

**3  Incidents and Narratives: The Evolution of Election Misinformation**                               **47**
    3.1    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    47

-PA00982-

Contents

3.2    Narratives: Methodology and Identification . . . . . . . . . . . . . .    48
3.3    The Evolution of Narratives in the 2020 Election  . . . . . . . . . .    49
3.4    Election-Related Violence  . . . . . . . . . . . . . . . . . . . . . . .    97
3.5    Narrative Crossover and Fabrication in Non-English Media  . . . .    101
3.6    Fact-Checking Claims and Narratives  . . . . . . . . . . . . . . . . .    119
3.7    Final Observations  . . . . . . . . . . . . . . . . . . . . . . . . . . .    122

**4  Cross-platform and Participatory Misinformation:  Structure and Dynamics**    **149**
4.1    Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    149
4.2    Cross-Platform Information Sharing  . . . . . . . . . . . . . . . . . .    150
4.3    Dynamics of 2020 Election Misinformation . . . . . . . . . . . . . .    162
4.4    Summary  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    173

**5  Actors and Networks: Repeat Spreaders of Election Misinformation**    **181**
5.1    Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    181
5.2    Methods for Identifying Repeat Spreaders of False and Misleading Narratives  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    181
5.3    Most Engaged Incidents  . . . . . . . . . . . . . . . . . . . . . . . . .    183
5.4    Political Alignment of Influential Twitter Accounts  . . . . . . . . .    184
5.5    Repeat Spreaders . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    187
5.6    An Integrated Look at Repeat Spreaders Across Platforms . . . . .    195
5.7    Summary  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    204

**6  Policy**    **211**
6.1    Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    211
6.2    Social Media Platform Policy Evolution  . . . . . . . . . . . . . . . .    212
6.3    Platform Interventions: Policy Approaches and Application Outcomes  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    214
6.4    Mis- and Disinformation Problems Without Clear Policy Solutions    220
6.5    Primary Areas for Policy Improvement . . . . . . . . . . . . . . . . .    223
6.6    Platform Policy Moving Forward  . . . . . . . . . . . . . . . . . . . .    225

**7  Responses, Mitigations and Future Work**    **233**
7.1    Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    233
7.2    Government . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    234
7.3    Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    236
7.4    Social Media Platforms and Technology Companies . . . . . . . . .    237
7.5    Civil Society . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    240
7.6    Conclusion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    240

**Appendices**    **244**

**A  Definitions**    **245**

ii

Contents

**B  Inter-coder reliability**      **249**
  B.1   Average Z-scores . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 249
  B.2   Discordant Z-scores . . . . . . . . . . . . . . . . . . . . . . . . . . . 250
  B.3   Concordant Z-scores   . . . . . . . . . . . . . . . . . . . . . . . . . . 250

**C  Repeat Spreaders—Additional Partisan News Outlets in the Twitter Data**      **251**

**D  Ticket Analysis Questions**      **253**
  D.1   Tier 1 Analysis Questions . . . . . . . . . . . . . . . . . . . . . . . . 253
  D.2   Tier 2 Analysis Questions . . . . . . . . . . . . . . . . . . . . . . . . 255

**E  News Articles Citing the Election Integrity Partnership**      **257**

**F  Methodology for Evaluating Platform Policy**      **265**
  F.1   Assessing our methodology   . . . . . . . . . . . . . . . . . . . . . . 272

iii

# Executive Summary

On January 6, 2021, an armed mob stormed the US Capitol to prevent the certification of what they claimed was a "fraudulent election." Many Americans were shocked, but they needn't have been. The January 6 insurrection was the culmination of months of online mis- and disinformation directed toward eroding American faith in the 2020 election.

US elections are decentralized: almost 10,000 state and local election offices are primarily responsible for the operation of elections. Dozens of federal agencies support this effort, including the Cybersecurity and Infrastructure Security Agency (CISA) within the Department of Homeland Security, the United States Election Assistance Commission (EAC), the FBI, the Department of Justice, and the Department of Defense. However, none of these federal agencies has a focus on, or authority regarding, election misinformation originating from domestic sources within the United States. This limited federal role reveals a critical gap for non-governmental entities to fill. Increasingly pervasive mis- and disinformation, both foreign and domestic, creates an urgent need for collaboration across government, civil society, media, and social media platforms.

The Election Integrity Partnership, comprising organizations that specialize in understanding those information dynamics, aimed to create a model for whole-of-society collaboration and facilitate cooperation among partners dedicated to a free and fair election. With the narrow aim of defending the 2020 election against voting-related mis- and disinformation, it bridged the gap between government and civil society, helped to strengthen platform standards for combating election-related misinformation, and shared its findings with its stakeholders, media, and the American public. This report details our process and findings, and provides recommendations for future actions.

# Who We Are: EIP and Its Members

The Election Integrity Partnership was formed to enable real-time information exchange between election officials, government agencies, civil society organizations, social media platforms, the media, and the research community.[1] It aimed to identify and analyze online mis- and disinformation, and to communicate important findings across stakeholders. It represented a novel collaboration between four of the nation's leading institutions focused on researching mis- and disinformation in the social media landscape:

- The Stanford Internet Observatory (SIO)

- The University of Washington's Center for an Informed Public (CIP)

- Graphika

- The Atlantic Council's Digital Forensic Research Lab (DFRLab)

# What We Did

The EIP's primary goals were to: (1) identify mis- and disinformation before it went viral and during viral outbreaks, (2) share clear and accurate counter-messaging, and (3) document the specific misinformation actors, transmission pathways, narrative evolutions, and information infrastructures that enabled these narratives to propagate. To identify the scope of our work, we built a framework to compare the policies of 15 social media platforms[2] across four categories:

- *Procedural interference*: misinformation related to actual election procedures

- *Participation interference*: content that includes intimidation to personal safety or deterrence to participation in the election process

- *Fraud*: content that encourages people to misrepresent themselves to affect the electoral process or illegally cast or destroy ballots

- *Delegitimization of election results*: content aiming to delegitimize election results on the basis of false or misleading claims

The EIP used an innovative internal research structure that leveraged the capabilities of the partner organizations through a tiered analysis model based on "tickets" collected internally and from our external stakeholders. Of the tickets we processed, 72% were related to delegitimization of the election.

# Key Takeaways

**Misleading and false claims and narratives coalesced into the meta-narrative of a "stolen election," which later propelled the January 6 insurrection.**

- Right-leaning "blue-check" influencers transformed one-off stories, sometimes based on honest voter concerns or genuine misunderstandings, into cohesive narratives of systemic election fraud.

- Warped stories frequently centered on mail-in voting and accusations of found, discarded, or destroyed ballots, particularly in swing states. Misleading framing of real-world incidents often took the form of falsely assigning intent, exaggerating impact, falsely framing the date, or altering locale.

- The meta-narrative of a "stolen election" coalesced into the #StopTheSteal movement, encompassing many of the previous narratives. The narrative appeared across platforms and quickly inspired online organizing and offline protests, leading ultimately to the January 6 rally at the White House and the insurrection at the Capitol.

- Fact-checking of narratives had mixed results; non-falsifiable narratives presented a particular challenge. In some cases, social media platform fact-checks risked drawing further attention to the claims they sought to debunk.

**The production and spread of misinformation was multidirectional and participatory.**

- Individuals participated in the creation and spread of narratives. Bottom-up false and misleading narratives started with individuals identifying real-world or one-off incidents and posting them to social media. Influencers and hyperpartisan media leveraged this grassroots content, assembling it into overarching narratives about fraud, and disseminating it across platforms to their large audiences. Mass media often picked up these stories after they had reached a critical mass of engagement.

- Top-down mis- and disinformation moved in the opposite direction, with claims first made by prominent political operatives and influencers, often on mass media, which were then discussed and shared by people across social media properties.

Executive Summary

**Narrative spread was cross-platform: repeat spreaders leveraged the specific features of each platform for maximum amplification.**

- The cross-platform nature of misinformation content and narrative spread limited the efficacy of any single platform's response.

- Smaller, niche, and hyperpartisan platforms, which were often less moderated or completely unmoderated, hosted and discussed content that had been moderated elsewhere. Parler in particular saw a remarkable increase in its active user base, as users rejected the "censorship" they perceived on other platforms.

**The primary repeat spreaders of false and misleading narratives were verified, blue-check accounts belonging to partisan media outlets, social media influencers, and political figures, including President Trump and his family.**

- These repeat spreaders amplified the majority of the investigated incidents aggressively across multiple platforms.

- Repeat spreaders often promoted and spread each others' content. Once content from misleading narratives entered this network, it spread quickly across the overlapping audiences.

**Many platforms expanded their election-related policies during the 2020 election cycle. However, application of moderation policies was inconsistent or unclear.**

- Platforms took action against policy violations by suspending users or removing content, downranking or preventing content sharing, and applying informational labels. However, moderation efforts were applied inconsistently on and across platforms, and policy language and updates were often unclear.

- Account suspensions and content removal or labeling sometimes contributed to conspiratorial narratives that platforms were "covering up the truth," entangling platforms with the narratives they wished to eliminate.

- Lack of transparency and access to platform APIs hindered external research into the effectiveness of platform policies and interventions.

viii

# Key Recommendations

**Federal Government**

- Establish clear authorities and roles for identifying and countering election related mis- and disinformation. Build on the federal interagency movement toward recognizing elections as a national security priority and critical infrastructure.

- Create clear standards for consistent disclosures of mis- and disinformation from foreign and domestic sources as a core function of facilitating free and fair elections, including via CISA's Rumor Control and joint interagency statements.

**Congress**

- Pass existing bipartisan proposals for increased appropriations marked for federal and state election security.

- Codify the Senate Select Committee on Intelligence's bipartisan recommendations related to the depoliticization of election security and the behavior of public officials and candidates for federal office noted in Volumes 3 and 5 of the Committee's report on foreign influence in 2016 elections.

**State and Local Officials**

- Establish trusted channels of communication with voters. This should include a .gov website and use of both traditional and social media.

- Ensure that all votes cast are on auditable paper records and that efficient, effective, and transparent post-election audits are conducted after each election.

**Platforms**

- Provide proactive information regarding anticipated election misinformation. For example, if researchers expect a narrative will emerge, platforms should explain that narrative's history or provide fact-checks or context related to its prior iterations.

- Invest in research into the efficacy of internal policy interventions (such as labeling) and share those results with external researchers, civil society, and the public.

ix

Executive Summary

- Increase the amount and granularity of data regarding interventions, take-downs, and labeling to allow for independent analysis of the efficacy of these policies.

- Impose clear consequences for accounts that repeatedly violate platform policies. These accounts could be placed on explicit probationary status, facing a mixture of monitoring and sanctions.

- Prioritize election officials' efforts to educate voters within their jurisdiction and respond to misinformation. This could include the promotion of content from election officials through curation or advertisement credits, especially in the lead-up to Election Day.

## Conclusion

The 2020 election demonstrated that actors—both foreign and domestic—remain committed to weaponizing viral false and misleading narratives to undermine confidence in the US electoral system and erode Americans' faith in our democracy. Mis- and disinformation were pervasive throughout the campaign, the election, and its aftermath, spreading across all social platforms. The Election Integrity Partnership was formed out of a recognition that the vulnerabilities in the current information environment require urgent collective action.

While the Partnership was intended to meet an immediate need, the conditions that necessitated its creation have not abated, and in fact may have worsened. Academia, platforms, civil society, and all levels of government must be committed, in their own ways, to truth in the service of a free and open society. All stakeholders must focus on predicting and pre-bunking false narratives, detecting mis- and disinformation as it occurs, and countering it whenever appropriate.

x

# **Notes**

1. (page vi)  "Announcing the EIP," Election Integrity Partnership, July 27, 2020, https://www.eipartnership.net/news/announcing-the-eip

2. (page vi)  The platforms evaluated during EIP's operation include: Facebook, Instagram, Twitter, YouTube, Pinterest, Nextdoor, TikTok, Snapchat, Parler, Gab, Discord, WhatsApp, Telegram, Reddit, and Twitch. Twitch was added to our list during our blog post update in October.

# Contributors

The EIP was supported by the following students, staff and researchers from the four partner organizations.

**Stanford Internet Observatory**

Samantha Bradshaw
Daniel Bush
Jack Cable
Caleb Chiam
Elena Cryst
Matt DeButts
Renée DiResta
Emma Dolan
Ayelet Drazen
Jackson Eilers
Ross Ewald
Toni Friedman
Isabella García-Camargo
Josh Goldstein
Shelby Grossman
Sejal Jhawer
Jennifer John
Katie Jonsson
Dylan Junkin
Ananya Karthik
Tara Kheradpir
Soojong Kim
Nazli Koyluoglu
Kevin Lin
Pierce Lowary
Sahar Markovich
Gordon Martinez-Piedra
Miles McCain
Malika Mehrotra
Carly Miller
Nandita Naik
Benjamin Newman
Ana Sofia Nicholls
Shelby Perkins

Ashwin Ramaswami
Cooper Raterink
Cooper Reed
Emily Ross
Abuzar Royesh
Danny Schwartz
Chase Small
Alex Stamos
Gene Tanaka
David Thiel
Julia Thompson
Yesenia Ulloa
Alessandro Vecchiato
Netta Wang
Lyndsea Warkenthien
Alex Zaheer

**UW Center for an Informed Public**

Joseph Bak-Coleman
Andrew Beers
Nicole Buckley
Michael Caufield (WSU)
Michael Grass
Melinda McClure Haughey
Ian Kennedy
Kolina Koltai
Paul Lockaby
Rachel Moran
Joey Schafer
Emma Spiro
Kate Starbird
Morgan Wack
Jevin West
Tom Wilson
Martin Zhang

**Graphika**

Joseph Carter
Avneesh Chandra
Shawn Eib
Rodrigo Ferreira
Camille François
Thomas Lederer
Erin McAweeney
Vanessa Molter
Morgan Moon
Jack Nassetta
Ben Nimmo
Brian Potochney
Léa Ronzaud
Melanie Smith
Kyle Weiss

**DFRLab**

Eric Baker
Graham Brookie
Emerson Brooking
Kelsey Henquinet
Alyssa Kann
Ayushman Kaul
Zarine Kharazian
Tessa Knight
Jean le Roux
Jacqueline Malaret
Esteban Ponce de Leon
Max Rizzuto
Iain Robertson
Michael Sheldon
Helen Simpson

*This report was edited by Eden Beck and designed by David Thiel. The Election Integrity Partnership would like to thank Matthew Masterson for additional feedback, and Nate Persily for his support.*

-PA00993-

# Acknowledgements

The Election Integrity Partnership's partners wish to acknowledge the following organizations for the generous financial support through which this report was possible:

**Digital Forensic Research Lab, The Atlantic Council**

The Digital Forensic Research Lab is part of and funded by the Atlantic Council. A full list of the Atlantic Council's donors is available at:

https://www.atlanticcouncil.org/in-depth-research-reports/report/annual-report-2019-2020-shaping-the-global-future-together/

**Graphika**

Graphika thanks the Omidyar Network for their support on this project.

**Stanford Internet Observatory**

The Stanford Internet Observatory thanks its operational funders, Craig Newmark Philanthropies and the William and Flora Hewlett Foundation, for their ongoing support.

**University of Washington Center for an Informed Public**

The Center for an Informed Public (CIP) thanks Craig Newmark Philanthropies and the Omidyar Network for their support of this project. Additional operational and research support for the CIP is provided by the John S. and James L. Knight Foundation and the William and Flora Hewlett Foundation. Researchers who contributed to the EIP also receive partial support from the U.S. National Science Foundation (grants 1749815 and 1616720), the Eunice Kennedy Shriver National

-PA00994-

Acknowledgements

Institute of Child Health and Human Development (training grant T32 HD101442-01 to the Center for Studies in Demography & Ecology at the University of Washington), the University of Washington UW Population Health Initiative, and Microsoft. A full list of CIP donors is available at: https://www.cip.uw.edu/about/

Chapter **1**

# The Election Integrity Partnership

## 1.1 Introduction

The 2016 presidential election in the United States demonstrated to the world the potential of wide-scale information operations. Since 2016, these efforts have grown, often aimed at developed democracies and operated by state-sponsored adversaries and domestic activists alike. Misinformation and disinformation can disenfranchise voters and diminish trust in the results of electoral contests, eroding public confidence in the integrity of democratic processes and leadership transitions overall. For the purposes of this report, we use "misinformation" as an umbrella term to describe false, misleading, or exaggerated information or claims. We differentiate this from "disinformation," which is false or misleading information that is *purposefully* produced, seeded, or spread, with the intent to manipulate in service to an objective; the manipulation may also take the form of leveraging fake accounts or pages. (We define these terms more fully in Appendix A on page 245: Definitions).

Elections in the United States are highly decentralized.[1] Over 10,000 individual jurisdictions—covering state, county, and municipal levels—are responsible for administering the vote on Election Day. Voter registration systems and databases are centralized at the state level in some states and administered by states, counties, and municipalities in others. Vote casting, in contrast, is organized at the local level, with each locality responsible for administering ballots, counting votes, and educating voters about the local system.[2] There is no centralized support to aid this vast number of jurisdictions in identifying and responding to emerging election-related mis- and disinformation.

In 2020, adding to the complexity, the global COVID-19 pandemic forced rapid changes to voting procedures. States and counties had to quickly adapt their electoral processes to new public health guidelines. Existing state laws on elec-

1

1. The Election Integrity Partnership

tion procedure were in many cases not adaptable to the emergency conditions, leading to late executive and legislative action and court decisions.[3]

Voters, many of whom were sheltering at home, followed election conversations on broadcast as well as social media. This included searching for information about where and how to vote in light of pandemic restrictions.

The initial idea for the Partnership came from four students that the Stanford Internet Observatory (SIO) funded to complete volunteer internships at the Cybersecurity and Infrastructure Security Agency (CISA) at the Department of Homeland Security. Responsibility for election information security is divided across government offices: CISA has authority to coordinate on cybersecurity issues related to the election, the FBI to investigate cyber incidents and enforce election laws, and intelligence agencies to monitor for foreign interference. Yet, no government agency in the United States has the explicit mandate to monitor and correct election mis- and disinformation. This is especially true for election disinformation that originates from within the United States, which would likely be excluded from law enforcement action under the First Amendment and not appropriate for study by intelligence agencies restricted from operating inside the United States. As a result, during the 2020 election, local and state election officials, who had a strong partner on election-system and overall cybersecurity efforts in CISA, were without a clearinghouse for assessing mis- and disinformation targeting their voting operations. The students approached SIO leadership in the early summer, and, in consultation with CISA and other stakeholders, a coalition was assembled with like-minded partner institutions.

The Election Integrity Partnership (EIP) was officially formed on July 26, 2020—100 days before the November election—as a coalition of research entities who would focus on supporting real-time information exchange between the research community, election officials, government agencies, civil society organizations, and social media platforms.

## 1.2    The EIP: Partner Organizations and Structure

The Partnership was formed between four of the nation's leading institutions focused on understanding misinformation and disinformation in the social media landscape: the Stanford Internet Observatory, the University of Washington's Center for an Informed Public, Graphika, and the Atlantic Council's Digital Forensic Research Lab.

The **Stanford Internet Observatory** (SIO) was founded in June 2019 to study the misuse of the internet to cause harm, formulate technical and policy responses to said misuse, and teach the next generation how to avoid the mistakes of the past. Founded by former Silicon Valley cybersecurity executive Alex Stamos, the

1.2.  The EIP: Partner Organizations and Structure



Figure 1.1: Timeline of the Election Integrity Partnership's work.

1.  The Election Integrity Partnership

Observatory has a specific interest in applying the learnings of major technology platforms from the 2016 election to prevent a repeat in future years. The Observatory sits at Stanford's Cyber Policy Center under the direction of Professors Nate Persily and Dan Boneh.

The Internet Observatory team was led by Assistant Director Elena Cryst, Research Manager Renée DiResta, CTO David Thiel, and Director Alex Stamos. SIO graduate student Isabella García-Camargo served as the project manager for the overall Partnership. SIO engaged its team of seven staff researchers and five postdoctoral scholars from the Stanford Cyber Policy Center, and hired a team of 38 undergraduate and graduate research assistants from Stanford to serve as analysts on the project.

The **University of Washington Center for an Informed Public** (CIP) was founded in December 2019 with the mission of marshalling the resources of a public university to address mis- and disinformation through research, education, policy development, and outreach. The Center's interdisciplinary faculty brought deep methodological expertise at systematically analyzing "big" social data at macro-, meso-, and micro- scales to track the spread of misinformation online, and contextual expertise in online disinformation.

The CIP contributing team was led by three founding faculty members: Kate Starbird, Emma Spiro, and Jevin West. The team also included one affiliate faculty member, three postdoctoral researchers (all of whom started after the Partnership launched), nine undergraduate and PhD students from the University of Washington, a data engineer, and a communications specialist.

**Graphika** is a social media analytics firm trusted by Fortune 500 companies, human rights organizations, and universities to map and navigate complex social media landscapes. The company was founded in 2013 by Dr. John Kelly, a pioneer in this field and source of expert testimony on foreign interference in the 2016 US presidential election before the Senate Select Committee on Intelligence. Graphika helps partners around the world to discover how communities form online and map the flow of influence and information within large-scale social networks. It reports on information operations carried out by various foreign actors around the world. In addition, Graphika regularly briefs the House and Senate Intelligence Committees on a range of topics, including the growth of the QAnon movement and the spread of misinformation around COVID-19.

Graphika's team was led by their Chief Innovation Officer Camille François and Head of Analysis Melanie Smith, and included 13 analysts, data scientists, and open source investigators. This unique combination of skills and expertise enables Graphika to take an innovative approach to detecting and monitoring disinformation.

The **Digital Forensic Research Lab** (DFRLab) was founded at the Atlantic Council

in 2016 to operationalize the study of disinformation by exposing falsehoods and fake news, documenting human rights abuses, and building digital resilience worldwide. Its mission is to identify, expose, and explain disinformation where and when it occurs using open source research, create a new model of expertise adapted for impact and real-world results, and forge digital resilience at a time when humans are more interconnected than at any point in history.

DFRLab's contributing team was led by Director Graham Brookie and Resident Fellow Emerson Brooking and included 13 DFRLab research assistants and communications staff. These professionals brought extensive digital forensic research experience and language skills to the work of the Partnership.

The EIP was not set up as a legal entity; rather, it was a consortium based on good-faith agreements. While future models should certainly consider more formal arrangements, the time-sensitive nature of the project required organizations to rely on interinstitutional trust and rapport built over several years of collaboration.

## 1.3   The EIP: Goals and Scope

The stated objective of the EIP was to detect and mitigate the impact of attempts to prevent or deter people from voting or to delegitimize election results.[4] The EIP was not a fact-checking partnership, and was not focused on debunking misinformation more generally; our objective explicitly excluded addressing comments made about candidates' character or actions and was focused narrowly on content intended to suppress voting, reduce participation, confuse voters as to election processes, or delegitimize election results without evidence (see Table 1.1 on the next page).

To determine what was in and out of scope for the EIP, one of our first tasks was to build a framework that identified potential types of election-related mis- and disinformation. This process identified four core categories that we defined as our scope of focus (see Table 1.2 on page 7).

1. The Election Integrity Partnership

| GOALS OF THE ELECTION INTEGRITY PARTNERSHIP | | |
|---|---|---|
| Goal 1: **Identify misinformation** before it goes viral. | Goal 2: Share clear, accurate **counter-messaging**. | Goal 3: Increase **transparency** into what happened during the 2020 elections. |
| *Activities* | | |
| • Establish a collaboration between the top misinformation research organizations<br>• Operationalize the misinformation research process with tiered research and workspace management systems<br>• Train analysts to identify cross-platform trends for earlier platform notification and action when appropriate | • Build critical bridges between election officials, platforms, and civil society organizations<br>• Provide local and state officials with a partner that could research and help mitigate misinformation about their local operations<br>• Generate rapid research findings that have the ability to disrupt the misinformation environment in real time | • Collect data in real-time for empirical analysis that would be difficult to assemble after the fact<br>• Build an annotated database of archived misinformation content<br>• Provide visibility into how narratives spread across multiple social media platforms |
| *Outputs* | | |
| • Flag policy violations to platforms<br>• Communicate to stakeholders | • Live media briefings<br>• Blog posts<br>• Tweet threads | • Final report<br>• Dataset of content for future academic use |

Table 1.1: Goals of the Election Integrity Partnership.

6

1.3. The EIP: Goals and Scope

| SCOPE OF THE ELECTION INTEGRITY PARTNERSHIP | | | |
|---|---|---|---|
| **Procedural Interference:** Misleading or false information about the actual election procedures. Content directly related to dates and components of the voting process that prevents people from engaging in the electoral process. | **Participation Interference:** Content that deters people from voting or engaging in the electoral process, sometimes related to voter suppression or intimidation. | **Fraud:** Content that encourages people to misrepresent themselves to affect the electoral process or illegally cast or destroy ballots. | **Delegitimization of Election Results:** Content that delegitimizes election results on the basis of false or misleading claims. |
| *Example Content* | | | |
| Content that misleads voters about how to correctly sign a mail-in ballot. Content that encourages voters to vote on a different day. | Content that affects the desire or perceived safety of voters engaging in the electoral process. Misleading or false information about the length of lines at a polling station, to deter in-person voting. | Offers to buy or sell votes with cash or gifts. Calls for non-citizens to vote. | Claims of fraud or malfeasance with inaccurate or missing evidence. |

Table 1.2: Scope of the Election Integrity Partnership.

7

1.  The Election Integrity Partnership

In addition to determining the EIP's scope, this content-centric framework enabled us to evaluate and compare platform policies across 15 different popular social media platforms in the US, and to help civil society, government, academia, and the public better understand what election-related content platforms can and will moderate.[5]

## Organizational Structure and Workflow Management

One of the innovative aspects of the EIP was its internal research structure, which had to operationalize the misinformation research process in such a way as to best leverage the capabilities of the partner organizations. There is often an abundance of data involved in the analysis of information operations, and the process of following threads can take weeks or months. In order to meet the need for real-time scannable and prioritizable insights, internal analysts



Figure 1.2: The EIP internal workflow. Filed tickets moved through the listed queues per the directional arrows.

The EIP tracked its analysis topics and engaged with outside stakeholder organizations using an internal ticketing workflow management system. Each identified informational event was filed as a unique ticket in the system.[6] Tickets were submitted by both trusted external stakeholders (detailed in Section 1.4 on page 11) and internal EIP analysts. For example, an email from an external stakeholder to the dedicated tip line would automatically generate a ticket to the internal team for quick response. Similarly, if during online monitoring an analyst came across a piece of content that might be an instance of election-related misinformation, that analyst would open a ticket on the case and put it

8

in the analyst queue for investigation. A single ticket could map to one piece of content, an idea or narrative, or hundreds of URLs pulled in a data dump. The ticket tracked analysts' research into this event, comments from platform partners, and other developments. Related tickets were then grouped into distinct information events or incidents, described more in Chapter 5.[7]

## Analysis Tiers

Each ticket traveled through a series of analysis queues before reaching a final resolution. In the investigation process, analysts completed specific forms that contained a series of required fields detailing the information incident and documented essential data such as target audience, subject, engagement, and spread. The overall research process was broken down into three phases: detection, assessment, and mitigation.

- **Tier 1: Detection** — Tier 1 analysts were tasked with conducting the initial analysis on and archiving of potential incidents. These analysts also searched for potential in-scope content by tracking public social media posts to surface incidents. To ensure coverage in the monitoring process, each analyst was assigned to a specific state or interest group (see Section 3.3), which they developed expertise in and followed throughout the project. These analysts classified tickets as in and out of scope for further analysis and closed incidents for which further investigation or external communication was not needed. For in-scope tickets, analysts went through a systematic process that attempted—where possible—to assess the veracity of the underlying claims by locating an external fact-check from election officials, fact-checking organizations, local media, or mainstream outlets. They also made initial recommendations on the prioritization of tickets, assigning high, medium, and low severity based on the risk of the content itself and on its spread across platforms.[8]

- **Tier 2: Assessment** — This team was staffed by senior analysts from each partner organization. Analysts used open source intelligence and other social media analysis methods to delve deeper into the initial analysis from Tier 1 by determining the suspected origins of a piece of information, tracking its spread over time, and identifying additional fact-checks as they became available. Tier 2 analysts also looked for evidence of coordination, potential foreign interference, or inauthentic dynamics related to a given incident. This tier of analysts could recommend actions, such as communication to external partners, as appropriate.

- **Tier 3 (Managers): Mitigation** — This team consisted of leadership from each partnership organization, who signed off on the communication recommendations from Tier 2 senior analysts. The manager had the ability

9

1.  The Election Integrity Partnership

to tag platform partners on a ticket for action. They also communicated with the EIP's partners in government, and could request further information from election officials if necessary. Once a ticket reached Tier 3, the manager decided whether to put it into a holding queue for ongoing monitoring, assign the ticket back to a Tier 2 analyst to produce a public blog post or Twitter thread discussing the issue, or close a ticket if it had been resolved.

Team members from each of these tiers were divided into on-call shifts. Each shift was four hours long and led by one on-call manager. It was staffed by a mix of Tier 1 and Tier 2 analysts in a 3:1 ratio, ranging from five to 20 people. Analysts were expected to complete between two to five shifts per week. The scheduled shifts ran from 8:00 am to 8:00 pm PT for most of the nine weeks of the partnership, ramping up only in the last week before the election from 12-hour to 16- to 20-hour days with all 120 analysts on deck.

A note on fact-checking: the EIP was not a fact-checking organization, and in preliminary assessments of whether an event in a ticket was potentially misinformation, analysts first looked to the work of others. One of the complexities related to misleading information is that it is not always possible to verify the claims; professional fact-checkers confronted with these situations may use labels like "inconclusive" or "partially true" to convey uncertainty where it exists. Where possible, our analysts identified an external fact-checking source from news sites, credible fact-checking organizations, or statements from a local election official when filing tickets. Analysts also used open source investigation techniques, such as reverse image searches or location identifications, to determine if images or videos tied to an incident were taken out of their original context. Our analysts identified at least one external fact-check source for approximately 42% of the in-scope tickets. For some tickets, it was not possible to find an external fact-check for the content, either because no fact-checker had yet addressed the issue, or because the information was resistant to simple verification—for example, content based on unconfirmed or conflicting claims from a whistleblower, conspiracy theories that claimed invisible forces at work, and narratives based on factual claims (e.g., discarded ballots) but spread within misleading frames that exaggerated the potential impact of these events. Additionally, some tickets were about incitement to violence, which does not lend itself to fact-checking.

## Election Day-Specific Structures

In the week before and after Election Day, EIP monitoring intensified significantly. Over the two-month-long period from September 3 (the first day of EIP activity) to November 1, EIP researchers had logged 269 tickets. From November 2 to 4,

EIP researchers logged an additional 240 new tickets, as well as monitoring and revising old cases as they related to new narratives. This dramatic increase in tempo required changes to how the EIP identified and evaluated misinformation incidents.

In order to manage an anticipated increase in incidents on Election Day itself, the EIP established five working groups, each organized and led by relevant subject matter experts:

- *State and Regional Monitoring* focused on monitoring narratives related to polling locations in battleground states, particularly Pennsylvania, Wisconsin, Florida, and Minnesota. Analysts used platform search features coupled with curated CrowdTangle, Twitter, and Junkipedia lists to aid in detection.

- *"Targeted Group" Monitoring* focused on identifying misinformation that seemed to specifically target an ethnic or diaspora community in the United States. This included content targeting the Black community, which was the subject of extensive disinformation campaigns in 2016, as well as Chinese- and Spanish-language content.

- *Influencers and Young Electorate Monitoring* focused on first-time voters, particularly members of Generation Z. This work was conducted by way of close analysis of TikTok and Instagram trends.

- *Political Extremism Monitoring* focused on communities that had previously endorsed political violence, particularly those adjacent to White-identitarian causes. This work was conducted by comprehensive monitoring across 4chan, 8kun, Gab, and Parler. Researchers additionally monitored open Telegram channels and Discord servers linked to extremist causes.

- *Livestream Monitoring* focused on rapidly identifying trending livestreams, which were anticipated to involve both polling location activity and (later) election night protests. This work required assessing popular livestreams across Facebook Live, Periscope, YouTube Live, and Twitch.

These working groups would provide the foundation of EIP monitoring efforts in both the Election Day and post-Election Day periods.

## 1.4   External Stakeholders

The EIP served as a connector for many stakeholders, who both provided inputs to and received outputs from the internal analysis structure described

1.  The Election Integrity Partnership

above. External stakeholders included government, civil society, social media companies, and news media entities.

Government and civil society partners could create tickets or send notes to EIP analysts, and they used these procedures to flag incidents or emerging narratives to be assessed by EIP analysts. Sometimes the tickets were out of scope, such as those related to general political misinformation that was not election related. In these cases, that was communicated to the reporting partner and the incident was closed. For all that were in scope, the EIP quickly analyzed the issues and provided outputs to external stakeholders. Some of the cases flagged by outside partners led to EIP participation in informing the public of a finding, which was done by way of a rapid-response blog post or Twitter thread, or a discussion during public media briefings.

## Four Major Stakeholder Groups



Figure 1.3: Major stakeholder groups that collaborated with the EIP.

## Government

Given the decentralized nature of election administration, government entities at the local, state, and federal level are all responsible in some way for election security and thus for countering election-related mis- and disinformation.

Prior to the 2016 election, the federal government played a very limited role in election security. Russian interference in the 2016 US presidential election took the form of several Russia-linked entities engaged in a broad interference effort that included information operations and targeting of election infrastructure as well as hack-and-leak attacks. Operatives of the Russia-based Internet Research Agency used social media to degrade Americans' confidence in their own

12

democratic process. Since 2016, the US government has declared election systems critical infrastructure and politicians have called for a "whole-of-society" approach to countering attacks against them.[9]

**EI-ISAC: Coordination Across State And Local Government**

After the 2016 election, government entities at all levels stepped up election security efforts; however, addressing election-related misinformation has remained a gap. For the 2020 election, reporting falsehoods about the election to social media platforms represented significant logistical and jurisdictional challenges. The Election Infrastructure Information Sharing and Analysis Center (EI-ISAC), an independent organization run by the non-profit Center for Internet Security (CIS) that connects state and local governments as well as relevant private companies, helps coordinate election security efforts broadly. In this election cycle, the EI-ISAC served as a singular conduit for election officials to report false or misleading information to platforms. By serving as a one-stop reporting interface, the EI-ISAC allowed election officials to focus on detecting and countering election misinformation while CIS and its partners reported content to the proper social media platforms. Additionally, the Countering Foreign Influence Task Force (CFITF), a subcomponent of CISA, aided in the reporting process and in implementing resilience efforts to counter election misinformation.

The EIP engaged with government stakeholders primarily to provide analytical capability and context around election-related misinformation. Content reported by election officials to the EI-ISAC was also routed to the EIP ticketing system. This allowed analysts to find similar content, ascribe individual content pieces to broader narratives, and determine virality and cross-platform spread if applicable. This analysis was then passed back to election officials via the EI-ISAC for their situational awareness, as well as to inform potential counter-narratives. Additionally, if an internally generated EIP ticket targeted a particular region, analysts sent a short write-up to the EI-ISAC to share with the relevant election official. This allowed the state or local official to verify or refute the claim, and enabled analysts to properly assess whether or not the content violated a platform's civic integrity policies. In this way, the EIP demonstrated the upside of using the EI-ISAC coordinating body to connect platforms with authoritative voices to determine truth on the ground and help election officials effectively counter viral falsehoods about election infrastructure.

## Civil Society

Civil society organizations fill critical roles in promoting civic engagement, and in organizing and sharing information with their communities. The EIP engaged

1. The Election Integrity Partnership

with civil society organizations to share findings and build perspective across geographies and demographics. Civil society collaborators submitted tips through the trusted partner tip line and interacted with the EIP research team through briefings, partner meetings, and shared findings. The Partnership engaged with Common Cause,[10] national and regional chapters of the NAACP,[11] the Healthy Elections Project,[12] the Defending Digital Democracy Project,[13] MITRE,[14] regional chapters of the AARP,[15] and the National Conference on Citizenship[16] (the latter two are discussed in more detail below). Some collaborators were integrated into the Jira platform for tip reporting, while others preferred to engage in a more informal capacity such as via email. Onboarded members were able to submit tickets for analysis and receive feedback from the EIP analysts.

The AARP collaboration was maintained by the Center for an Informed Public and was notable because it involved empowering and training retired adults to identify false or misleading information as part of a "Factcheck Ambassador" training program. The EIP worked primarily with the Washington State chapter of the AARP, but informational training sessions were shared with other chapters around the country.[17]

Another noteworthy civil society partner was the National Conference on Citizenship, specifically their Junkipedia team.[18] Junkipedia is a research tool created by the Algorithmic Transparency Institute, a project of the National Conference on Citizenship, to collect false and misleading social media content. The tool served dual purposes: first, it connected EIP to content surfaced through its own network of journalists and reporters, providing visibility into more geographies and communities; and second, it facilitated research and detection by EIP analysts, who were able to use Junkipedia's list feature to track account activity on TikTok and YouTube.

## Media

Carefully considered media coverage debunking false and misleading information can help to ensure an informed public and a responsible social media ecosystem. Although mis- and disinformation monitoring and analysis work is valuable on its own, communications with media organizations increased the impact of the EIP's research. The EIP's rapid-response research and analysis work necessitated an adaptive, rapid-response communications strategy in order to share timely insights and key mis- and disinformation concepts with journalists and news outlets. One goal was to ensure that misleading narratives were appropriately contextualized in terms of their reach and velocity, to avoid unnecessarily amplifying something false but very sparse. Investigating and reporting on mis- and disinformation is complex and comes with unique challenges.[19] The EIP held regular news briefings in which analysts and team leads prioritized describing and contextualizing the misinformation incidents

14

documented in tickets. Journalists who attended the briefings could then reach, educate, and inform the communities they served, contextualizing and countering misleading narratives as they saw fit. Over the time of the EIP's operation, this process resulted in over 60 articles that specifically cited the EIP's work or its researchers.[20]

A thoughtful media strategy was key to our reach and impact as an organization. We met the needs of media stakeholders in three primary ways—public research briefings, responding to media requests, and in-depth collaborations.

**Public Research Briefings**

On October 13, 2020, the EIP hosted the first in a series of weekly research briefings designed to share the Partnership's rapid-response research and policy analysis more broadly ahead of Election Day. Before each briefing, the EIP used its Twitter account, @2020Partnership, to announce the briefing and promote attendance. These briefings, scheduled for 30 minutes, were hosted virtually on Zoom and featured short presentations from various EIP researchers and analysts. Each briefing reserved time for members of news organizations to ask questions of researchers involved with the Partnership. The briefings were considered "on the record," meaning that anything shared or said during the course of the presentations or from the question-and-answer session could be used and directly quoted from by journalists for their reporting. The Q&A format allowed EIP researchers and analysts to cover a lot of ground in a relatively short amount of time while also allowing journalists to gain additional insights from the other questions asked by reporters from other news organizations. As interest in the EIP's work grew and reports of false and misleading information increased dramatically in the days leading up to the election, briefings increased from once a week to several times a week.

The briefings were open to the public. The first briefing hosted approximately 12 journalists, but as interest grew, so did briefing attendance, with an average of 120 attendees on election week briefings and a peak of 174 attendees at the briefing the day after the election. After each briefing, the EIP communications lead followed up with journalists in attendance.

On Election Day, the EIP hosted a morning and afternoon briefing to report on observations of activity that day. Reporters and editors from outlets including the *Washington Post*, the *New York Times*, the *Wall Street Journal*, *USA Today*, *MIT Tech Review*, *Bloomberg Business*, the Associated Press, Reuters, National Public Radio, *Politico*, NBC News, The Markup, The Information, PBS NewsHour, BBC News, Agence France Presse, the *Telegraph*, and Cyberscoop regularly attended.

15

1.  The Election Integrity Partnership

### Responding to Media Requests

Throughout the course of the EIP's work ahead of and after Election Day, our communications lead also fielded inbound requests from the press to assist in assessing specific developing stories. Some of these journalists were dedicated to the "misinformation beat," while others covered peripheral beats such as the election, politics, technology, etc.

The UW team took the lead in tracking and responding to media requests that came in across the Partnership and connecting with the appropriate EIP researcher. For instance, journalists interested in misinformation-related policies developed by social media companies were directed to Stanford Internet Observatory, which closely monitored and analyzed guidelines put forward by platforms. Similarly, journalists interested in EIP research about "repeat spreaders" on Twitter who regularly shared false claims or misleading information about voting procedures were connected with members of the UW team, who were tracking and analyzing how that type of misinformation was shared and amplified.

### In-Depth Collaborations

In the days leading up to the election, the EIP set up collaborations with a few journalists who had experience covering the "misinformation beat." These differed from media requests in the length of engagement; in these cases, we set up Slack channels and Google documents to think through trends and emerging data with the journalists, who were also experts in online misinformation. For instance, the UW team fielded more specialized research requests from NBC News, which has dedicated numerous newsroom resources to reporting on mis- and disinformation issues. NBC's Brandy Zadrozny did some of the most substantive reporting on election-related mis- and disinformation ahead of and after Election Day, bolstered by some of the EIP's specialized research. Her election week story about election fraud narratives was driven by this in-depth collaboration.[21] Sheera Frenkel of the *New York Times* spent Election Day co-located with EIP researchers from the Stanford Internet Observatory, with COVID-19 precautions in place. She published an early piece about the emerging "Stop the Steal" narrative, with quotations from an SIO researcher.[22]

The EIP also spent time assisting a local journalist writing specifically about election misinformation in Michigan for the *Detroit Free Press*, whose reporting was funded through a short-term grant from the American Press Institute. The reporter, Ashley Nerbovig, attended numerous research briefings ahead of Election Day and was interested in the EIP's "What to Expect" report that outlined the types of disinformation and misinformation that researchers anticipated would emerge and take root before, during, and after Election Day.[23] A November 17, 2020, article in the *Detroit Free Press* looked at how many of the

16

EIP's pre-election predictions around voting-specific misinformation emerged in Michigan, where incorrect claims and distorted narratives ran rampant in the days and weeks that followed voting.[24] That *Detroit Free Press* article, featuring interviews with EIP researchers, was republished by *USA Today*[25] and other news publications in the USA Today Network, including the *Arizona Republic*. Although many national newsrooms have one or multiple journalists focused on misinformation, Nerbovig was among the few regional reporters dedicated to covering misinformation from a local perspective, which encouraged us to make researchers available to her as she developed her story.

The EIP's outreach efforts with journalists and media organizations were valuable because they enabled timely sharing of insights and in-depth analysis with the public, policymakers, and social media platforms. During uncertain times, many people turn to journalists. At the same time, journalists themselves were seeking sound information to better contextualize the dynamics of how mis- and disinformation are shared and amplified. By connecting journalists to our research through these media efforts, the EIP was able to have a quick and widespread impact.

## Platforms

The EIP established relationships with social media platforms to facilitate flagging of incidents for evaluation when content or behavior appeared to violate platform policies (discussed further in Chapter 6). The EIP reached out to a wide set of social media platforms to engage with the project, and onboarded those that expressed interest in participating. At the start of the EIP analysis period, representatives from the onboarded platforms were granted access to the workspace management system. Analysts conducted their initial assessment on all tickets, and, if content in a ticket appeared to be a violation of a platform's published content policies,[26] an analyst or manager added the platform representative to the ticket. If questions arose, a manager communicated with the platform representative in the ticket comments. Analysts put the ticket back in the queue and updated the ticket to note if the content in question received a moderation action. If analysts identified the content on a ticket as in scope, but not in violation of a platform's published policies, the platform was not tagged.

The EIP onboarded the following social media companies: Facebook and Instagram, Google and YouTube, Twitter, TikTok, Reddit, Nextdoor, Discord, and Pinterest. These platforms were chosen based on several factors including the size of the platform itself, as well as the practical research constraints around the ability to monitor public content on the platform. A platform such as Snapchat, for example, has a large userbase; however, due to its ephemeral content, we did not include this platform in our work.

17

1. The Election Integrity Partnership

There were additionally several "alt-platforms" that had no moderation policies, sometimes deliberately so. This included platforms such as Parler, Gab, 4chan, and a handful of message boards. EIP observed false and misleading content on these platforms, but had no interactions with any of their representatives.

## 1.5    Example Ticket Process

To illustrate the scope of collaboration types discussed above, the following case study documents the value derived from the multistakeholder model that the EIP facilitated. On October 13, 2020, a civil society partner submitted a tip via their submission portal about well-intentioned but misleading information in a Facebook post. The post contained a screenshot (See Figure 1.4).



Figure 1.4: Image included in a tip from a civil society partner.

In their comments, the partner stated, "In some states, a mark is intended to denote a follow-up: this advice does not apply to every locality, and may

confuse people.  A local board of elections has responded, but the meme is being copy/pasted all over Facebook from various sources." A Tier 1 analyst investigated the report, answering a set of standardized research questions, archiving the content, and appending their findings to the ticket.  The analyst identified that the text content of the message had been copied and pasted verbatim by other users and on other platforms.  The Tier 1 analyst routed the ticket to Tier 2, where the advanced analyst tagged the platform partners Facebook and Twitter, so that these teams were aware of the content and could independently evaluate the post against their policies.  Recognizing the potential for this narrative to spread to multiple jurisdictions, the manager added in the CIS partner as well to provide visibility on this growing narrative and share the information on spread with their election official partners.  The manager then routed the ticket to ongoing monitoring.  A Tier 1 analyst tracked the ticket until all platform partners had responded, and then closed the ticket as resolved.

## 1.6   Practical Lessons Learned

The EIP was a first-of-its-kind collaboration between multiple stakeholder types who shared the goal of understanding, and being positioned to rapidly and effectively counter, election-related misinformation.  There were several key lessons learned that may be helpful toward informing similar efforts in the future:

### Pre-Election Period

1. **Detailed enumeration and comparison of platform policies led to tangible positive changes.** When the EIP was formed in the summer of 2020, no comprehensive comparison of policies around election-related misinformation, or civic integrity, had been published.  One of the first efforts of the Partnership was to collect these policies and compare them side-by-side.  That policy comparison improved the EIP's quality of content analysis and reporting.

2. **Pre-bunking helped journalists contextualize what they were seeing.** On October 26 the EIP published a blog post predicting the manner and focus of misinformation that its analysts and researchers believed were likely to pervade social media on Election Day and shortly after.[27]  This piece was informed by experience from past elections, and observations accrued during the months of monitoring and analysis. Most of the predictions turned out to be accurate. This post, and the subsequent targeted stakeholders briefings around it, provided a rare opportunity to "pre-bunk" narratives

1. The Election Integrity Partnership

before they reached the mainstream. This sort of effort may be useful in effectively mitigating the effects of misinformation in the future.[28]

3. **Using per-content tickets to represent incidents presented challenges for tracking larger narratives.** As noted in this chapter, the EIP often started analysis by examining content on a very granular level—a ticket might initially represent a single social media post. On the positive side, this approach allowed for nimble Tier 1 analysis, and the Jira platform allowed for aggregation as needed. On the negative side, this approach made tracking narratives significantly more difficult, especially those dormant for a period of time before resurfacing in many online locations at once. Narratives usually spanned multiple types of content pieces across multiple platforms over a broad period of time. While the EIP analysts would eventually merge or link tickets into a broader narrative ticket, this process was labor intensive, and ran the risk of content data getting lost in the effort.

## Election Day and Afterward

1. **Public briefings and one-on-one media engagement bolstered real-time information exchange, and helped educate and inform the public.** The EIP's media briefings were not originally a planned part of the effort. However, we found that they were of value for enabling journalists to contextualize observed events and trends and communicate them to the larger public.

2. **The cadence and resource demands of rapid analysis increased as the election cycle progressed, leading to challenges in the logistics of EIP research.** The members of the EIP span the mis- and disinformation research community, which has primarily focused on retrospective analysis. In contrast, demands of the EIP publication schedule represented a novel operational challenge for all organizations involved in a few key ways. First, the EIP analysis and a commitment to quick turnaround required drawing conclusions based on rapidly updating information. Second, the EIP's regular public briefings required updating conclusions and predictions in an episodic manner. Third, a COVID-shortened fall academic quarter for Stanford University and University of Washington student analysts made it challenging to synchronize work after the Thanksgiving break.

## 1.7    Reading This Report

This report—the conclusion to the Election Integrity Partnership's work—summarizes and details the Partnership's findings since its formation on July

1.7.  Reading This Report

26, 2020.  Chapter 2 lays out the metrics and statistics from EIP's detection period, which are the foundation of further analysis. Chapter 3 examines the key false and misleading narratives that emerged and evolved over the course of the 2020 election and after, and Chapter 4 looks at the tactics used to spread the narratives across the information ecosystem. We take a broader perspective in Chapter 5, looking at "repeat spreaders"—individuals, organizations, and media entities that repeatedly promoted numerous false and misleading narratives. In Chapter 6, we review social media platforms' election-related policies and discuss how those policies matured over time and were applied. We conclude the report in Chapter 7 by providing policy recommendations, based on the findings of our work, to government entities, media outlets, platforms, and civil society organizations.

21

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 41 of 292 PageID #: 5796

# Notes

1.    (page 1)  Michael McFaul, ed., Securing American Elections: Prescriptions for Enhancing the Integrity and Independence of the 2020 U.S. Election and Beyond (Stanford, CA: Cyber Policy Center, June 2019), https://fsi-live.s3.us-west-1.amazonaws.com/s3fs-public/stanford_cyber_policy_center-securing_american_elections.pdf

2.  (page 1)  Herbert Lin, et al., "Increasing the Security of the U.S. Election Infrastructure" in McFaul, Securing American Elections, 17.

3.  (page 2)  In Wisconsin, for example, federal district court judge William Conley ruled to extend the acceptance date of absentee ballots from November 3 to November 9, citing that "Wisconsin's election system sets [voters] up for failure in light of the near certain impacts of this ongoing pandemic." The judge put his order on hold to give the Wisconsin State Legislature time to appeal. The Circuit court ultimately overruled the lower court ruling and time ran out for the Wisconsin legislature to legislate or appeal an exception to state election law. See Democratic National Committee v. Bostelmann, No. 20-2835 (7th Cir. October 8, 2020); Amy Howe, "Court declines to reinstate COVID-19 accommodations for elections in Wisconsin," SCOTUSblog, October 26, 2020, 11:28 pm, https://www.scotusblog.com/2020/10/court-declines-to-reinstate-covid-19-accommodations-for-elections-in-wisconsin/

4. (page 5)  "Announcing the EIP," Election Integrity Partnership, July 27, 2020

5. (page 8)  The platforms we evaluated are: Facebook, Instagram, Twitter, YouTube, Pinterest, Nextdoor, TikTok, Snapchat, Parler, Gab, Discord, WhatsApp, Telegram, Reddit, and Twitch.  We published our initial evaluation on August 18, 2020, and updates on September 4, September 11, October 14, October 19, October 27, and October 28, 2020.  Twitch was added to our list of evaluated platforms during our blog post update on October 27. Each update

1.  The Election Integrity Partnership

reflected changes in platforms' published policies.  See "Evaluating Election-Related Platform Speech Policies," Election Integrity Partnership, October 28, 2020, https://www.eipartnership.net/policy-analysis/platform-policies

6. (page 8)  The EIP used Jira Service Desk software for the project.  The team chose Jira because it supported a large team and allowed the addition of work-flows that require both robust customer management capabilities and organiza-tional features to reflect the numerous roles needed to respond to any inbound request.  Licenses and technical support were provided under Atlassian's com-munity license program.

7. (page 9)  See Appendix A on page 245: Definitions for a detailed definition of both Events and Incidents.

8.  (page 9)  See Appendix B on page 249 for the Tier 1 and Tier 2 analysis questions.

9. (page 13)  Sean Lyngaas, "Sen. Warner calls for a 'whole-of-society' U.S. cyber doctrine," CyberScoop, December 7, 2018, https://www.cyberscoop.com/sen-warner-calls-whole-society-u-s-cyber-doctrine/

10. (page 14)  Common Cause, https://www.commoncause.org/our-work/voting-and-elections/

11. (page 14)  NAACP, https://naacp.org

12. (page 14)  Stanford–MIT Healthy Elections Project, https://healthyelections.org/

13. (page 14)  Defending Digital Democracy Project, https://www.belfercenter.org/project/defending-digital-democracy

14. (page 14)  MITRE, https://www.mitre.org

15. (page 14)  AARP, https://www.aarp.org

16. (page 14)  National Conference on Citizenship, https://ncoc.org

17.  (page 14)  Elliot Trotter, "CIP, AARP Washington Factcheck Ambassador Trainings help retirees sort fact from fiction," University of Washington Center for an Informed Public, December 16, 2020, https://www.cip.uw.edu/2020/12/16/cip-aarp-washington-factcheck-ambassador-trainings/

18. (page 14)  "About Junkipedia," https://www.junkipedia.org/about

19. (page 14)  Melinda McClure Haughy, et al., "On the Misinformation Beat: Understanding the Work of Investigative Journalists Reporting on Problematic Information Online," Proceedings of the ACM on Human-Computer Interaction no. 4, Article 133 (October 2020), https://doi.org/10.1145/3415204

20. (page 15)  See Appendix E on page 257 for a list of media citations.

24

-PA01019-

21.    (page 16)   Brandy Zadrozny, "Misinformation by a thousand cuts: Varied rigged election claims circulate," NBC News online, November 11, 2020, https://www.nbcnews.com/tech/tech-news/misinformation-thousand-cuts-varied-rigged-election-claims-circulate-n1247476

22. (page 16)  Sheera Frenkel, "The Rise and Fall of the 'Stop the Steal' Facebook Group," *New York Times*, November 5, 2020, https://www.nytimes.com/2020/11/05/technology/stop-the-steal-facebook-group.html

23. (page 16)  Kate Starbird, et al., "Uncertainty and Misinformation: What to Expect on Election Night and Days After," Election Integrity Partnership, October 26, 2020, https://www.eipartnership.net/news/what-to-expect

24. (page 17)  Ashley Nerbovig, "'Not a whole lot of innovation': 2020 election misinformation was quite predictable, experts say," The Detroit Free Press, November 17, 2020, https://www.freep.com/story/news/politics/elections/2020/11/17/2020-presidential-election-misinformation-predictable-experts/6322926002/

25. (page 17)  Ashley Nerbovig, "'Not a whole lot of innovation': 2020 election misinformation was quite predictable, experts say." USA Today, November 17, 2020, https://www.usatoday.com/story/news/politics/elections/2020/11/17/2020-presidential-election-misinformation-predictable-experts/6322926002/

26. (page 17)  "Evaluating Election–Related Platform Speech Policies," Election Integrity Partnership.

27. (page 19)  Kate Starbird, et al., "Uncertainty and Misinformation: What to Expect on Election Night and Days After," Election Integrity Partnership, October 26, 2020, https://www.eipartnership.net/news/what-to-expect

28.    (page 20)   Brian Freidberg, et al., "A Blueprint for Documenting and Debunking Misinformation Campaigns," Nieman Reports (October 20, 2020), https://niemanreports.org/articles/a-blueprint-for-documenting-and-debunking-misinformation-campaigns/

25

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 45 of 292 PageID #: 5800

Chapter **2**

# Data and Summary Statistics

## 2.1  Introduction

The Election Integrity Partnership collected data between September 3, 2020 and November 19, 2020. The dataset we discuss in this part of our report comes from tickets: the internal reports within the EIP's system, each of which identified a unique information event.

### Key findings

- We processed 639 in-scope tickets. 72% of these tickets were related to delegitimizing the election results.

- Twitter, Google, Facebook, and TikTok all had a 75% or higher response rate (on the EIP Jira ticketing platform) to tickets they were tagged in.

- Our process got tighter—both within the EIP and in terms of our relationship with the platforms—over time, with the time between ticket creation and platform response dropping substantially as we approached Election Day.

- 35% of the URLs we shared with Facebook, Instagram, Twitter, TikTok, and YouTube were either labeled, removed, or soft blocked. Platforms were most likely to take action on content that involved premature claims of victory.

### Tickets

Most tickets created through the EIP's work represent a unique piece of misinformation or disinformation related to election processes. For example, one

## 2.  Data and Summary Statistics

ticket was for a Google ad incorrectly claiming that a Florida official had been caught perpetrating a voter fraud scheme. Other tickets discussed a misinformation narrative that appeared across several platforms. Some tickets would focused on a single website that was generating a lot of misinformation. Other tickets discussed incitement to violence—for example, one ticket discussed all cross-platform instances of a single meme instructing people on how to disguise themselves ostensibly ahead of a violent rally. Tickets were primarily created by members of the four core EIP organizations, though 16% of tickets were filed by the Center for Internet Security (CIS), an election official community partner, in the form of tips.

Figure 2.1 on the facing page shows an excerpt of an example ticket. This ticket was created for #Sharpiegate, the narrative that voters were forced to complete their ballots with Sharpie markers that would invalidate ballots. The "Shared with" list shows the organizations tagged on this ticket—tagging an organization is the equivalent of sharing, making the ticket visible to them. The URLs field includes URLs containing or involved in the spread of the misinformation. We discuss the dataset composed exclusively of those URLs in this section of the report as well.

The ticket also has fields for analyst discussion, data that we also extracted and coded. Figure 2.2 on page 30 shows the discussion for the #Sharpiegate ticket. This example shows responses from our government partners, who provided helpful information, and platform responses.

The ticket-level dataset necessarily reflects the biases of those with the authority to create tickets: internal EIP members and external partners. For example, researchers within the Partnership signed up to monitor particular topic groups, such as influencer accounts or Spanish-language content (see Chapter 1, Section 1.3 on page 10 for a list of these groups). Our finite staff and time meant that we prioritized monitoring some content over others; for example, our prioritization of swing states over non-swing states may cause the dataset to understate the amount of misinformation in the latter. Similarly, we were not able to monitor misinformation in languages not widely spoken in America, and as a result our dataset likely understates the amount of foreign language misinformation. While the dataset has these weaknesses, given our large team and cross-platform monitoring, we believe this dataset is important and unique, and that it can shed light on key misinformation narratives and tactics around the election.

In total, the dataset included 639 distinct, in-scope tickets. Following the elections, we coded the tickets to assess what category of election-related misinformation they fell under (for example, participation interference or fraud), what tactics were used (for example, livestream video), what actor was targeted (for example, poll workers or USPS), what state(s) were targeted, and what part of the

28

2.1. Introduction



Figure 2.1: An example ticket. We have omitted specific URL information.

electoral process was discussed (for example, voting by mail). Two members of the EIP coded each ticket, and a different member reconciled any discrepancies in coding.

The taxonomy, featuring 10 questions and a total of 71 choices, performed suitably. Intercoder agreement was evaluated with Cohen's Kappa, a metric used to judge coder agreement with consideration for random entries by coders.[1] Cohen's Kappa ($K$) is represented as a range from 0 to 1, where $K = 0$ indicates random agreement, and $K = 1$ indicates total agreement between coders. Our coding processes and dataset scored $K = 0.629$, which indicates substantial agreement and inspires confidence in the final dataset given the thorough reconciliation process that each ticket went through after its initial coding. The mean percentage agreement across the set was 89.48% with a standard deviation of 0.08%. Given high percentage agreement and a reasonably confident Kappa score, the codified tickets can be reliably used to evaluate our monitoring efforts. We provide more details on findings from the inter-coder reliability analysis in

29

## 2. Data and Summary Statistics



Figure 2.2: Discussion on the #Sharpiegate ticket. The commenters include members of the EIP, government partners, and platform partners.

Appendix B on page 249.

For one of the questions that had lower than normal intercoder agreement—whether or not the ticket related to fraud—we developed a clearer definition of fraud and re-did the coding for all tickets.

Throughout this chapter we will note some important limitations in the dataset. For example, when we discuss platform response rates, these are response rates only from platforms we partnered with. There will be no data for Parler response rates, for example, because Parler was not an external partner of the EIP.

## 2.2   Summary Statistics

### Overview of Tickets

In this section we present summary statistics from the dataset. Figure 2.3 on the following page shows the number of tickets over time, by ticket category. We processed 142 tickets on Election Day, 22% of all tickets. The Election Day spike is likely due to a combination of an increase in election-related online conversations on November 3, significantly more EIP staffing on this day than previous days, and what may have been our partners' greater focus on reporting misinformation on Election Day.

Out of the 639 tickets, 72% were categorized as delegitimization (content aiming to delegitimize election results on the basis of false or misleading claims), 21% as procedural interference (misinformation related to actual election procedures), and 15% as participation interference (posts that include intimidation to personal safety or deterrence to participation in the election process). We note that not all tickets are created equal. Some tickets discussed misinformation that spread far, while other tickets discussed misinformation that might not have been seen by many.

While Chapter 3 will discuss the reach of specific narratives, Table 2.1 on the next page shows the relationship between ticket category and a rough measure of reach that we estimated during the coding process. It suggests that most categories of tickets had a similar distribution of reach, with the exception of fraud narratives, which did not go as widely viral. However, we note that only five of the tickets are categorized as fraud.

### Segmentation of Misinformation by Platform and Region

After our last ticket was filed, we coded tickets to assess whether the narrative appeared on one of the platforms we were tracking; of course, many narratives appeared on multiple platforms. 77% of tickets appeared on Twitter, 46% on

31

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 50 of 292 PageID #: 5805

## 2. Data and Summary Statistics



Figure 2.3: Ticket category over time. Tickets may have multiple categories.

|  | High: >100k engagements | Medium: 1k–100k engagements | Low: < 1k engagements | N/A |
|---|---|---|---|---|
| Participation Interference | 16% | 40% | 43% | 1% |
| Call to Action | 11% | 42% | 43% | 4% |
| Premature Victory | 12% | 52% | 36% | 0 |
| Delegitimiza-tion | 15% | 49% | 35% | 1% |
| Procedural Interference | 11% | 36% | 50% | 3% |
| Fraud | 0% | 20% | 60% | 20% |

Table 2.1: Relationship between ticket category and estimated reach.

32

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 51 of 292 PageID #: 5806

Facebook, 13% on Reddit, 12% on Instagram, 12% on YouTube, and 8% on TikTok. Other platforms, including Parler, 4chan, and Telegram, appeared in less than 5% of tickets.  While it is useful to know that the tickets we handled were primarily on the two large platforms—Twitter and Facebook—we caution that these numbers should not be interpreted as "most misinformation appeared on Twitter." Facebook, Twitter, Reddit, and Instagram have reasonably accessible APIs that made it easier for our team to find misinformation on their platforms. The low percent of tickets for Parler, which is not as easy to observe, should not necessarily be interpreted as Parler having less misinformation.

Many of the tickets discussed misinformation that appeared on websites distinct from social media platforms, such as forums and blogs.  The top misinformation-spreading websites in our dataset were the far-right forum thedonald.win, moved from the banned subreddit "r/The_Donald," and thegatewaypundit[.]com, a far-right news website.  65% of these tickets involved an exaggeration of the impact of an issue within the election process.

We also coded tickets based on whether they targeted particular states (Figure 2.4 on the following page). 16% of tickets targeted Pennsylvania, 9% targeted Michigan, and 7% targeted Washington. Many of our state-specific tickets were reported by CIS, reflecting the fact that CIS forwarded reports by state and local election officials, and that certain states sent in many reports while others sent few or none.

## Tickets by Tactics and Targets

We also coded tickets based on what tactics we observed being used:

- 49% of tickets involved an exaggerated issue.

- 26% of tickets involved an electoral process issue incorrectly framed as partisan.

- 22% of tickets involved misinformation that was shared by verified users.

- 18% of tickets featured content taken out of context from other places or times to create false impressions of an election issue.

- 17% of tickets involved unverifiable claims, such as friend-of-friend narratives.

Figure 2.6 on page 35 shows the portion of tickets containing incidents or narratives that targeted different aspects of the electoral process. Not surprisingly, tickets about voting by mail dominated tickets in September, while tickets about ballot counting spiked during the week of the election.

33

## 2. Data and Summary Statistics



Figure 2.4: Percent of tickets by state targeted.



Figure 2.5: Tactic frequency over time.

34

2.2.  Summary Statistics



Figure 2.6: Electoral process targeted over time.

Figure 2.7 on the following page shows the actors targeted by the misinformation. The actors most frequently targeted were political affinity groups (for example, Democrats or Republicans, or Biden supporters) with 39% of tickets.

Figure 2.8 on page 37 shows the proportion of tickets that made various claims about the elections. 27% of tickets involved claims about illegal voting.[2]

Last, we coded tickets based on whether they additionally related to COVID-19 narratives, or had an element of foreign interference. Interestingly, just 1% of tickets related to COVID-19, and less than 1% related to foreign interference.

## Tickets by Fact-Checking URLs

As the EIP monitored the information space for mis- and disinformation about the 2020 election, analysts consulted published fact-checking resources to assess various claims. 42% of the tickets included fact-checking URLs found by analysts. The most common fact-checking sources were Twitter threads and Facebook posts, often from official government accounts, Snopes, PolitiFact, *USA Today*, the *Washington Post*, and CNN (in that order). The remaining 58% of tickets consisted of misinformation that had low engagement and did not manage to attract the attention of fact-checkers, as well as misleading claims that were not easily falsifiable. Additionally, as noted above, some tickets were about incitement to violence, a topic that does not lend itself to fact-checking. Many tickets included more than one fact-check URL. In total, the dataset included 925 fact-checking URLs.

35

## 2. Data and Summary Statistics



Figure 2.7: Percent of tickets by actor targeted.

Overall, among our tickets we found that higher engagement posts (those with more than 100,000 interactions) contained fact-checking URLs more than posts that had medium to low engagement: 34% of high engagement tickets contained fact-checking URLs, compared to 25% for medium engagement tickets, and 18% for low engagement tickets. EIP researchers also examined the relationship between political ideology and fact-checking, and found that tickets that discussed only left-leaning accounts were as likely to contain fact-checking URLs as tickets discussing only right-leaning accounts.

We also analyzed fact-checking frequency and approaches based on a number of factors, including ticket category. Tickets categorized as "Call to action for protest or mobilization" (often incitements to violence) were least likely to include fact-checking URLs; this makes sense, as these types of tickets are less likely to be appropriate for fact checking.

36

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 55 of 292 PageID #: 5810

2.3.  Platform Responsiveness and Moderation Actions Taken



Figure 2.8: Percent of tickets by claim.

## 2.3   Platform Responsiveness and Moderation Actions Taken

Of our 639 tickets, 363 tickets tagged an external partner organization to either report the content, provide situational awareness, or suggest a possible need for fact-checking or a counter-narrative. Of the tickets in which an external organization was tagged, Figure 2.9 on the following page shows which partner organization was tagged.

In the case where platforms were tagged, we measured the percent of tickets that subsequently received a response from the platforms. A response indicated that the platform confirmed that they were investigating the ticket. We believe these response rates are lower bounds; it is possible platforms investigated tickets, but did not respond on the Jira platform. In total, we believe the four major platforms we worked with all had high response rates to our tickets.

Figure 2.10 on page 39 shows the time between a ticket's creation and the

37

## 2.  Data and Summary Statistics



Figure 2.9: Percent of tickets by organization tagged.

|  | # tickets tagging organization | # tickets that received response | Response Rate |
|---|---|---|---|
| TikTok | 40 | 36 | 90% |
| Google | 46 | 41 | 89% |
| Twitter | 220 | 185 | 84% |
| Facebook | 158 | 120 | 76% |

Table 2.2: Response rate by platform.

38

2.3.  Platform Responsiveness and Moderation Actions Taken

platform's response, over time. This data should be interpreted cautiously, as often the ticket creator did not tag the platform; rather, a manager tagged the platform once the ticket was reviewed. So occasionally a ticket was created but the platform not tagged for several hours, or in some rare cases a few days. As such, even if the platforms responded minutes after being tagged, and they often did—particularly on Election Day—this data will not reflect this. However, the data does suggest that the process got much tighter over time. This likely reflects that the EIP shortened the time between ticket creation and platform tagging, and also more engagement from the platforms.



Figure 2.10: Median time between ticket creation and platform response.

Each ticket that tagged a platform partner contained a list of URLs containing the potentially violative content being spread—for example, the URL for a Facebook post or YouTube video. These lists were typically not comprehensive, but intended to highlight a few examples should the platforms decide to investigate further. We developed a web scraping tool that visited each URL to determine what action the platform (limited to Twitter, TikTok, YouTube, Facebook, and Instagram) applied to the content, and ran it on all 4,832 URLs from the tickets on December 7, 2020. The tool evaluated what a US-based individual would see if they visited each URL using the Chrome browser on a desktop computer. For Instagram and Facebook, the visitor was logged in to bypass "login walls." We found no evidence of different users observing different platform actions, so the choice of user did not affect results.

The tool grouped each URL into four possible categories: "removed" when the content was not available (most likely taken down by either the platform or the original poster themselves); "soft block" when the content was only visible by

2. Data and Summary Statistics

bypassing a warning (this action was only detected on Twitter); "label" when the platform applied some kind of warning label to the content but did not hide the content; and "none" when the platform took no detectable action. Due to the opaque nature of platforms' ranking algorithms, we were not able to directly detect actions like "downranking." Moreover, because platforms often employ aggressive anti-scraping measures and frequently change their interfaces, it is possible that the scraper incorrectly classified some URLs; in a random sample of several dozen classified URLs, however, we found no errors. In this section we will refer to whether or not platforms actioned URLs, but we note that we cannot distinguish between a platform removing content or a user removing content.

We find, overall, that platforms took action on 35% of URLs that we reported to them. 21% of URLs were labeled, 13% were removed, and 1% were soft blocked. No action was taken on 65%. TikTok had the highest action rate: actioning (in their case, their only action was removing) 64% of URLs that the EIP reported to their team.

Figures 2.11 to 2.14 on pages 40–42 show the distribution of platform action by ticket category, tactic, asset, and claim. Platforms were most likely to take action on tickets that involved premature claims of victory; they took action on these tickets about 45% of the time. They also frequently actioned URLs related to election delegitimization and procedural interference. They were least likely to take action on URLs about fraud, but we note that less than 1% of the URLs had this category. URLs with procedural interference were most likely to be removed.



Figure 2.11: Type of action by category.

Platforms were most likely to action URLs that shared misleading statistics, and

40

2.3.  Platform Responsiveness and Moderation Actions Taken

most likely to remove phishing content and fake official accounts.



Figure 2.12: Type of action by tactic.

Figure 2.13 shows that there was not large variation in platform action rate across asset types.



Figure 2.13: Type of action by asset.

More than 50% of URLs that contained premature claims or victory, or claims about the election being stolen, were actioned by platforms. About half of URLs that contained unfounded claims about ballots being rejected were removed—the claim with the highest rate of removal after incitement to violence.

41

2. Data and Summary Statistics



Figure 2.14: Type of action by claim.

## 2.4   Concerns by Reporting Collaborators

While 79% of tickets were created in-house, CIS reported 16% ($N = 101$) of our tickets. Most reports from CIS originated from election officials. Compared to the dataset as a whole, the CIS tickets were (1) more likely to raise reports about fake official election accounts (CIS raised half of the tickets on this topic), (2) more likely to create tickets about Washington, Connecticut, and Ohio, and (3) more likely to raise reports that were about how to vote and the ballot counting process—CIS raised 42% of the tickets that claimed there were issues about ballots being rejected. CIS also raised four of our nine tickets about phishing. The attacks CIS reported used a combination of mass texts, emails, and spoofed websites to try to obtain personal information about voters, including addresses and Social Security numbers. Three of the four impersonated election official accounts, including one fake Kentucky election website that promoted a narrative that votes had been lost by asking voters to share personal information and anecdotes about why their vote was not counted. Another ticket CIS reported included a phishing email impersonating the Election Assistance Commission (EAC) that was sent to Arizona voters with a link to a spoofed Arizona voting website. There, it asked voters for personal information including their name, birthdate, address, Social Security number, and driver's license number. Other groups that reported tickets include the State Department's Global Engagement Center, MITRE, Common Cause, the DNC, the Defending Digital Democracy Project, and the NAACP.

42

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 61 of 292 PageID #: 5816

## 2.5   Final Observations

This chapter has focused on our ticket-level dataset, which offers a look at the work of the EIP through the duration of our activity. In Chapter 3 of this report we will delve into some of the narratives within the EIP tickets, examining those that achieved the greatest reach or were instrumental for a significant duration of the time leading up to, and following, Election Day.

43

# Notes

1. (page 29)  Cohen's Kappa weighs chance in its scoring by evaluating the probability of agreement and the probability of random agreement. The probability of agreement minus the probability of random agreement divided by 1 minus the probability of random agreement is how Kappa is calculated. With this in mind, a Kappa value that is less than zero indicates that there is less agreement than chance and is evidence that the taxonomy or intercoder process is somehow flawed.

2. (page 35)  "Political affinity groups" includes references to "the Democrats" or "the Republicans" or particular politicians. "Government" refers to any government entity. "Non-state political actors" includes groups like Black Lives Matter or antifa. "The elite" references people like George Soros or Bill Gates. "Platforms" references social media platforms like Facebook. Voters, poll workers, USPS, and the media are self explanatory.

Chapter **3**

# Incidents and Narratives: The Evolution of Election Misinformation

## 3.1  Introduction

The 2020 election was the subject of hundreds of false and misleading claims about voter qualifications, voting processes, and even the basic nature of American democracy. Some claims spread like wildfire across social media only to fade just as quickly. Others circulated unnoticed for days or weeks before igniting with lasting viral momentum. Sometimes, contradictory claims battled for supremacy. Other times, they settled into a surreal coexistence. Some of these claims would ultimately form the foundation of "Stop the Steal"—the 2020 election's most expansive and enduring misinformation narrative, which ultimately culminated in the January 6, 2021, insurrection at the US Capitol—though it was a long and complicated journey.

In this chapter, we examine some of the 2020 election's most noteworthy pieces of election-related misinformation, exploring the character of these claims and charting the messy process by which claims coalesced into broader narratives. We also trace how one narrative gave way to another, forming a conspiratorial canon that is likely to persist for many years to come. In order to identify and differentiate these narratives, we consider the following questions:

What was the first claim that formed the basis of a given narrative? Was there a precipitating event? How did the story develop? What pieces or types of content helped shape it? How did the narrative echo and build upon the narratives that preceded it? How did it bolster the narratives that followed it? Indeed, did it fade away at all?

We begin the chapter with a discussion of our methodology and definitions.

-PA01042-

3.  Incidents and Narratives: The Evolution of Election Misinformation

From there, we explore the evolution of narratives in the 2020 election, following their progression to the events of January 6. Then, we discuss the spread of misinformation narratives in non-English communities, focusing on Chinese- and Spanish-speaking Americans (foreign state-backed actors in the 2020 election are described in a box somewhere). Finally, we examine the obstacles these dynamics posed to fact-checkers, and conclude with observations regarding the narrative landscape as a whole.

Because the purpose of democratic elections is a transparent, regularized transfer of political power, they are gravely endangered by misinformation narratives. If citizens are made to feel that a vote was compromised or rigged, then the election cannot be trusted. If the election cannot be trusted, then (at least in the mind of the true believer of such narratives) the democracy itself is invalid. Looking back on the election of 2020 and the January 6 attack, this chapter addresses the resounding question: how did we get here?

## 3.2    Narratives: Methodology and Identification

Narratives are stories.    They draw from a common set of building blocks—characters, scenes, and themes—and assemble them in novel ways. Good narratives inspire suspense and excitement in their audience.[1]  A successful book, for instance, is one whose narrative clings to the imagination of its reader. Similarly, a successful conspiracy theory is one whose narrative is especially compelling and emotionally resonant—the audience itself is made to feel that they are the protagonists in a story that only they can interpret and understand.

In daily life, the creation of narratives is aided by a parallel process of framing. Frames are mental schemas that shape how people interpret the world; they highlight specific pieces of information, as Robert Entman writes, "in such a way as to promote a particular problem definition, causal interpretation, moral evaluation and/or treatment recommendation for the item described."[2]  Framing, i.e., the production of frames, is a process of selecting certain information and providing a kind of scaffolding that shapes how people interpret a series of events. (The process of framing will be explored in greater detail in Chapter 4.)

Viral misinformation works by decontextualizing and recombining real-world events into compelling narratives with minimal regard for the truth. Some of these narratives are "bottom-up," in which a narrative emerges organically from the post hoc interpretation of disparate events and claims, often beginning with a single post by an individual user. Others are "top-down," consciously created and first disseminated by one or more powerful media or social media influencers. Often, the reach and staying power of certain narratives becomes clear only after the precipitating event has concluded. In complex events like

48

the 2020 election, multiple narratives can exist side by side, contradicting or reinforcing each other and receiving widely variable attention.

The Election Integrity Partnership's initial monitoring for voting-related misinformation focused on claims, not narratives. Each of the 639 tickets in the EIP database was tied to a particular claim: a fake viral video of ballots being burned, for instance, or an allegation that a Philadelphia poll watcher was improperly barred from entering a voting precinct.

The work of narrative identification began on November 30, 2020, after the EIP's monitoring mission had concluded. We first grouped tickets into "information cascades," or incidents, tracing how a single real-world event (like a video of poll workers collecting ballots in California) could generate a number of different false claims, spread at different rates on different platforms by different actors. After that, we grouped similar incidents together, collapsing them into a small number of distinct narratives.  In some cases, the narratives coalesced into umbrella meta-narratives.  These narratives formed the basis of the information conflict that would consume the 2020 election.

## 3.3   The Evolution of Narratives in the 2020 Election

The most destructive misinformation narratives came in waves. As fresh events presented themselves and public attention shifted, old narratives lent their momentum and "evidence" to new ones; incidents were framed so as to "prime" audiences to perceive future similar events as part of a broader pattern. This meant that, while specific falsehoods and delusions might fade, they were never truly forgotten. This process carried some Americans from their first exposure to voting-related misinformation in the summer of 2020 all the way through the violent, far-reaching conspiracy theories that compelled them to storm the US Capitol on January 6.

In the lead-up to the 2020 election, misinformation centered on mail-in voting: the destruction and discarding of real ballots and the "discovery" of fake ones. Such misinformation typically took the form of misleading photos or decontextualized video clips of crumpled mail allegedly found in dumpsters or abandoned trucks. This misinformation was widely amplified by Republican politicians and far-right operatives, including by the Trump White House. After the election, public polling indicated a lack of trust in mail-in voting;[3] while it is difficult to state to what extent that was caused by the media and social media activity, given the amount of misinformation about the process spread from the start, this finding is not surprising.

49

3.  Incidents and Narratives: The Evolution of Election Misinformation

Concurrently, other popular misinformation narratives suggested that the election had been "stolen" before it even took place.  Concerns about disproportionate mail-in voting by Democrats and disproportionate in-person voting by Republicans led partisans on both sides to fear that there would be a manipulation of votes on election night. The Trump campaign primed Republican voters to expect wrongdoing by calling for an "Army for Trump" to safeguard the polls. In turn, Democrats worried that polling places might be invaded by far-right militias. And far-right activists argued that the United States was held in the grip of a "color revolution" orchestrated by an imagined "Deep State" intent on stealing the election.

On November 3 and immediately afterward, misinformation shifted to focus on vote counting and tabulation.  This was embodied by the #Sharpiegate narrative, which alleged that poll workers were giving felt-tip pens to voters in conservative precincts to render their ballots unreadable. Despite repeated attempts to debunk it, the narrative found a receptive audience who set to work flooding all social platforms, mainstream and niche, with the claim. After #Sharpiegate gained viral traction, it drew hundreds of Trump supporters to protest outside the recorder's office of Arizona's Maricopa County.

As millions of mail-in ballots were slowly counted and voting returns shifted to favor Joe Biden, this anger and disbelief intensified.  A growing swell of misinformation narratives, including Sharpiegate, coalesced under the hashtag #StopTheSteal, which spawned a movement of the same name.  Some narratives claimed that hundreds of thousands of deceased citizens had cast Democratic votes; others suggested that Trump was one lawsuit away from victory.  Together, these narratives infused their followers with a sense of urgency and a call to action.

As Stop the Steal grew in popularity over the next two months, its allegations of legal and procedural fraud were supplemented by increasingly colorful, outlandish conspiracy theories.  Some claimed that Trump's loss had been the work of a CIA supercomputer commissioned by former President Barack Obama.  Others argued that Trump's loss had been orchestrated by Dominion Voting Systems, a company that was (falsely) tied to Bill Gates, George Soros, or even the government of Venezuela.  The more that these narratives took hold, the further their believers slipped from reality.

Throughout the entire voting period, both Democrats and Republicans had been consumed by fears of election-related violence—of the Proud Boys targeting Black Lives Matter protesters or secret "antifa comrades" infiltrating conservative polling locations. Outside of a surge in use of the #civilwar hashtag on

50

3.3.  The Evolution of Narratives in the 2020 Election

Twitter, however, little of this rhetoric translated into action in the immediate aftermath of the election.  Instead, the creep toward organized violence occurred more slowly.  It would explode with fury on January 6, 2021, changing the course of American politics with it.

## Ballot-Related Narratives

### Setting the Stage for Ballot Irregularity Claims

The process by which votes were cast in the 2020 election was significantly influenced by the global COVID-19 pandemic.  By September, when the EIP began monitoring election-related misinformation, nearly 200,000 Americans had already died from COVID-19.[4]  In order to prevent COVID-19 transmission at crowded polling places and to accommodate citizens who preferred not to come to the polls, a number of states opted to expand the qualifications for absentee ballots or to alter the vote-by-mail process.  For example, dozens of states significantly increased the use of ballot drop boxes.[5]

Changes to electoral processes and sometimes-unclear communications regarding the changes created an ecosystem ripe for mis- and disinformation around the mechanics of voting.  Experts predicted that Democrats would rely on mail-in voting more than Republicans,[6] a reality that resulted in the rapid politicization of the process and that stymied many attempts to make it clearer or more accessible.[7]  Meanwhile, legitimate confusion about voting procedures offered political activists, influencers, and politicians a receptive environment to sow doubt in the integrity of the voting process as a whole.

General concerns related to mail-in ballots constituted the most prominent type of misinformation assessed in the months before Election Day (see Figure 3.1 on the next page), foreshadowing claims of mass irregularities and "found ballots" following the election.  The EIP processed tickets that included claims of mail dumping; mistreated, shredded, or dumped ballots; non-eligible people casting ballots (e.g., dead voters); ballots cast on behalf of others; and voting multiple times by mail.

In this section we highlight two types of ballot-related narratives: "bottom-up" misinformation rooted in real-world events reported by concerned individuals, and "top-down" mis- and disinformation in the form of claims of hidden conspiracies first made by influencers and media personalities who had political or financial incentive to spread falsehoods (see Figure 3.2 on page 53).  For the former, we present some claims related to found, discarded, and destroyed ballots, primarily isolated instances of wrongdoing reframed and misconstrued in partisan terms.  For the latter, we discuss a video created by Project Veritas (described below), shared widely by right-wing influencers, that claimed

51

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.1: The number of tickets that targeted different parts of the electoral process. The spike of tickets occurred on Election Day.

the existence of widespread fraud in the form of ballot harvesting funded and condoned by political elites.

## Misinformation For and By the People:  How Documented Incidents of Found, Discarded, or Destroyed Ballots Became Narratives

Allegations of mail dumping—real or purported—can be used to mislead audiences in service of particular agendas, such as undermining confidence in mail-in voting or advancing claims that the election is rigged.  Narratives around found, discarded, or destroyed ballots circulated through various platforms before, during, and after the election.  Though it is illegal for US Postal Service (USPS) letter carriers or related partners to improperly dispose of mail, it does sometimes occur.  Overall, however, the USPS is overwhelmingly secure and letter carriers face severe penalties for dumping mail, including jail time.[8]

The incidents in EIP tickets ranged from claims of a handful of ballots found on the side of the road or under a rock to allegations of hundreds of thousands of ballots lost at once in Pennsylvania.  Mail-dumping narratives also connected disparate real-world events, pulling them into a broader storyline in which these were falsely portrayed as frequent occurrences, and in which each individual incident was cited as further evidence of an irreparably corrupt and broken system.  The EIP team identified five techniques used to leverage these real incidents for broader purposes:[9]

52

3.3.  The Evolution of Narratives in the 2020 Election

## Narrative Spread between Media and Social Media



Figure 3.2: Pathways of top-down and bottom-up narratives.

- **Falsely assigning intent:** Acts that are not political are framed as political. For example, a local mail-dumping event is falsely framed as specifically targeting voters on one side of the political spectrum or a mail carrier is identified as "Democratic" or "Republican" to suggest malicious intent. Other times, too much significance is given to the demographics of the locality in which an event occurs.  Though these cases may at times contain added falsehoods, often they will rely more on implication than assertion—and are therefore hard to refute with fact-checking.

- **Exaggerating impact:** Real-life incidents are highlighted, selectively edited, or otherwise exaggerated to give a false appearance of substantial impact on election results or to suggest a widespread pattern of misbehavior.

- **Falsely framing the date:** Old events are reframed as new occurrences, such as the recirculation of a 2014 video of a mail carrier dumping mail accompanied by allegations that this was happening in the final weeks of the 2020 election.

- **Altering locale:** Those disseminating the misinformation alter the locale of an event to make it seem more relevant to an audience.  For example, photos from a Glendale, California, incident are reframed as having happened in a different local community.

53

3. Incidents and Narratives: The Evolution of Election Misinformation

- **Strategic amplification:** In addition to false framing, the usual amplification concerns apply, with the potential for honest or not-so-honest mistakes about intent, actors, times, and locales to be amplified by domestic networks of politically motivated accounts and possibly even foreign actors.

Allegations of deliberately destroyed ballots took various forms, including claims of ballot boxes being lit on fire, mail-in votes being shredded, and foreign actors stealing mailboxes. Occasionally there were legitimate claims, such as accurate reports of attempted arson (one example was in Baldwin Park, California). However, most were easily disproved falsehoods: for example, claims of shredded ballots for President Trump in Pennsylvania in reality were unaddressed applications for mail-in ballots.[10]

The earliest ballot-related story that the EIP collected and analyzed took place within days of launching our monitoring effort in early September. The incident, which occurred in Glendale, California, and involved improperly discarded mail, was incorporated into a broader narrative focused on undermining trust in the USPS and exaggerating the potential impact on the election of this and similar events in California, Wisconsin, and other states. Throughout the election, similar incidents of discarded mail (with and without ballots) were repeatedly framed as fraud, particularly by hyperpartisan online media, and the specific claims of individual stories were amplified and woven into other narratives meant to cast doubt on the integrity of the election.

## Glendale, California

In early September, a salon worker in Glendale, California, found multiple bags of unopened mail in a dumpster and took video footage with her cellphone.[11] There is no evidence that any ballots were among the discarded mail; the American Postal Workers Union stated the recovered mail would go through a verification process and be delivered.[12] However, politically motivated actors began using the above techniques of falsely assigning intent, exaggerating impact, and strategic amplification to falsely frame this situation in such a way as to undermine trust in mail-in voting.

The incident was picked up by conservative influencers, including Charlie Kirk and Adam Paul Laxalt. The image below shows a map of popular accounts tweeting about the Glendale mail-dumping incident. The graph reveals an imbalance between left- and right-leaning amplification: the conservative side of the network had more posts than the liberal side and nearly three times as many retweets. Conservative tweets claimed that this mail-dumping incident proved that mail-in voting was not secure because of either incompetence or deliberate sabotage by the USPS and thus should not be allowed. On the liberal

54

3.3.  The Evolution of Narratives in the 2020 Election

side, influencers promoted a different narrative—that President Trump was deliberately sabotaging the USPS to reduce the number of Democratic votes— and stressed the importance of preserving mail-in voting. As people lost faith in the mail system, some on the left also used the narrative to push people to vote in person or via drop boxes. This bottom-up misinformation, coming first from concerned citizens and then amplified by influencers to, in turn, target average platform users, is a tactic that the EIP would continue to see throughout the election cycle.  Overall, the story impacted the perception of the security of voting by mail for both liberals and conservatives.



Figure 3.3:  The network of influential left- and right-leaning tweets and retweets about the Glendale mail-dumping incident, where the conservative side of the network had nearly three times as many retweets. An animated version of this graph can be found in the EIP's blog post, "Emerging Narratives Around 'Mail Dumping' and Election Integrity."[13]

55

### 3. Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.4: Tweets by conservative influencers Matt Oswalt (left) and Charlie Kirk (right) amplifying the false mail-dumping incident.

## Greenville, Wisconsin

In late September, another incident of discarded mail—this one in Greenville, Wisconsin—was used to sow doubt in mail-in voting and, in some cases, to claim voter fraud. Local reporting at the time suggested that, in this case, the discarded mail did include several ballots.[14] (The Wisconsin Election Commission later said the mail did not include any Wisconsin ballots;[15] more recent reporting suggests there was at least one ballot from Minnesota among the mail.[16]) However, as in Glendale, California, strategic partisan actors distorted the significance of this event, through selective amplification, exagggerating impact, and falsely assigning deliberate intent to purported Biden-supporting USPS workers.[17] This second story appeared within weeks of the first in Glendale. While there were no absentee ballots in the mail-dumping case in Glendale, the seed had been planted that voting by mail was not safe and secure. With this second case, when several absentee ballots were actually found, pundits were able to point to both cases as support for their claims around voting by mail and, eventually, a rigged election. Throughout its monitoring period, the EIP saw many isolated incidents that seeded narratives and that were later drawn upon as "evidence" to clarify, refine, and reinforce larger narratives—a tactic that seemed to be used frequently among right-wing influencers and networks.

This narrative spread almost exclusively through conservative networks, pushed by influencers such as Charlie Kirk, The Gateway Pundit, and Breitbart News. The graph below reveals how the claim cascaded through the Twittersphere over time.

Alarmingly, this narrative made it all the way to the White House, when press secretary Kayleigh McEnany stated "Mass mail-out voting...  could damage

-PA01051-