**No. 23-30445**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

                                    Plaintiffs-Appellees,

                            v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

                                    Defendants-Appellants.

                    _____

On Appeal from the United States District Court
for the Western District of Louisiana

---

**EXHIBITS TO PLAINTIFF-APPELLEES' OPPOSITION TO
DEFENDANT-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT
RULE 27.3 FOR A STAY PENDING APPEAL
Volume IV**

---

3.3.  The Evolution of Narratives in the 2020 Election



Figure 3.5: Network graph showing how narratives about the Greenville, WI, mail-dumping event spread primarily through politically conservative and pro-Trump accounts. An animated version of this graph can be found in the EIP's blog post, "Emerging Narratives Around 'Mail Dumping' and Election Integrity."[18]

either candidate's chances because it's a system that's subject to fraud. In fact, in the last 24 hours, police in Greenville, Wisconsin, found mail in a ditch, and it included absentee ballots."[20] The amplification techniques were effective in sowing distrust in mail-in voting and the USPS at large, despite neither event posing a real risk to the election results.

**Sonoma, California**

On September 25, a tweet that over 1,000 ballots had been discovered in a dumpster in Sonoma, California, further added to the narrative sowing distrust in mail-in voting. Elijah Schaffer, a conservative influencer and verified Twitter user, allegedly received photos of the mail-dumping incident. He posted the photos on Twitter, and other influencers ensured its rapid spread across conservative social media—including on Gab, Reddit, and Parler.

57

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.6: A cumulative graph of tweets about mail dumping in Greenville, Wisconsin. As shown in the graph, early propagation of the tweet was driven by pro-Trump and MAGA-branded accounts. Original tweets are green squares; retweets are blue circles. Further tweet content and author information can be found within a large interactive version on the website in the endnotes.[19]

The photo used in Schaffer's tweet was framed as evidence of potential fraud in the 2020 election. However, the image was of empty envelopes—not ballots—from 2018 that had been legally discarded.[21] Influencers including The Gateway Pundit, Tim Pool, and Donald Trump Jr. retweeted and quote tweeted Schaffer, spreading the false narrative that this was an intentional dumping of ballots with implications on the 2020 election, and reinforcing the larger narrative that mail-in voting was not secure.

In this case, the misinformation was followed by a prompt fact-check from Sonoma County on Twitter (see Figure 3.8 on page 60). On September 25, the same day as Schaffer's tweet, Sonoma County tweeted in English and Spanish that the picture had been taken out of context to promote a false narrative and properly identified the photo as containing empty envelopes from the 2018 election. This timely identification and correction serves as a model for state and local officials. However, it also demonstrates the challenge in debunking

3.3.  The Evolution of Narratives in the 2020 Election



Figure 3.7: Left, earliest tweet on the Sonoma, CA, alleged mail-dumping incident; right, example of an influencer sharing the tweet with a conspiratorial and adversarial framing.

information that has already gone viral, as the original misinformation had significantly larger engagement than the subsequent fact-check.

In each of these cases of "mail dumping," a real-world event was falsely framed to reinforce a broader narrative that undermined faith in the USPS and mail-in voting. The graph in Figure 3.9 on page 61, showing spikes in Google searches for "mail dumping" during these periods, suggests the effective amplification of the narratives.

### Misinformation from the Top: Ballot Harvesting Conspiracies

In the previous section, we described ballot incidents in which misleading information or misinformation based on real-world events emerged, bottom-up, from ordinary users and was subsequently picked up by influencers and political elites. In this section, we focus on ballot conspiracy theories—ballot incidents that were framed as deliberately manipulative, with responsibility ascribed to a powerful figure. These were often first introduced by elites or influencers, many of whom had large numbers of followers on social media. Top-down, elite-driven

59

3. Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.8: The County of Sonoma's tweet fact-checking the false claim that ballots were illegally dumped.

mis- and disinformation was a prominent feature of the 2020 election cycle; we will discuss the specific mechanics of "blue-check" (verified) accounts spreading claims across platforms in Chapter 4.

Ballot harvesting is the practice of a third party delivering an absentee or vote-by-mail ballot on behalf of another voter; rules governing ballot harvesting vary by state, and in most cases harvesting is not inconsistent with state law.[22] Yet it is both contentious and politicized. Its proponents argue that it increases access for those who would otherwise have difficulty voting. Its opponents contend that it increases the potential for fraud and point to historic cases of wrongdoing.

The contention over ballot harvesting generally splits along party lines with Democrats supporting the practice and Republicans opposing it. This was evident in the run-up to the 2020 election as Republican leaders publicly claimed it was rife with fraud. For example, in April 2020, President Trump tweeted

-PA01055-

3.3.   The Evolution of Narratives in the 2020 Election



Figure 3.9: Data from Google Trends of "mail dumping" from January 2020 - January 2021.The two spikes in Google searches for "mail dumping" align with the events described above. The first spike occurs the week of September 6-12, overlapping with the Glendale, CA, mail-dumping story. The second spike occurs September 27-October 3, following both the Greenville, WI, and Sonoma, CA, stories.

that ballot harvesting is "rampant with fraud," garnering more than 250,000 likes.[23] At the Republican National Convention in August 2020, President Trump told a cautionary tale about the 2018 voter fraud case in North Carolina's 9th Congressional District—in which multiple people said a Republican political operative paid them to collect absentee ballots from voters and falsely witness a ballot.[24]  And when the New York Post shared its story referenced above, conservative influencers shared it on social media.

Additionally, in August 2020, the New York Post published an article in which an unnamed Democratic operative described committing a range of alleged electoral fraud practices that could impact an election.[25] The EIP saw multiple tickets, for example, alleging "granny farming," in which workers who are sent to nursing homes to help residents fill out ballots inappropriately guide the older person's vote or assign a vote without their input.

While there have been isolated incidents of actors abusing ballot harvesting, there is no evidence to suggest it contributes to widespread voter fraud. Nonetheless, confusion around the practice enabled the ballot harvesting trope to flourish.[26]

61

-PA01056-

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.10: President Trump's April 2020 tweet alleging ballot harvesting is "rampant with fraud."



Figure 3.11: Retweets by conservative blue-check accounts of the New York Post article alleging mail-in ballot fraud. These images were saved after the election, which is why the Facebook labels appear at the bottom of the posts.

-PA01057-

3.3.  The Evolution of Narratives in the 2020 Election

**Ballot Conspiracies: Project Veritas and Beyond**

One example that illustrates how elite-driven mis- or disinformation can quickly trend or garner engagement before platforms can react was a narrative that revolved around a Project Veritas video released on September 27, 2020, claiming that Representative Ilhan Omar was connected to wide-scale voter fraud in Minnesota.[27] Project Veritas, founded and led by conservative activist and provocateur James O'Keefe, describes itself as an activist group that produces investigative journalism seeking to expose corruption. It primarily targets left-leaning organizations and political figures it believes to be anti-conservative. The group is well-known for their unorthodox journalistic tactics and style, including infiltrating organizations, and surreptitiously filming. They have faced legal challenges and backlash for producing deceptively edited videos and employing unethical tactics while filming undercover. On February 11, 2021, Twitter permanently suspended Project Veritas' official Twitter account and temporarily blocked James O'Keefe's.[28]

Project Veritas was what the EIP observed to be a repeat spreader of false and misleading narratives about the 2020 election (a designation discussed in more detail in Chapter 5), generating a number of videos that were surfaced by EIP monitoring and external partners throughout the course of the 2020 campaign and flagged as false or misleading by third-party fact-checkers.[29] In this specific case, O'Keefe released a 17-minute video along with a message that began "Breaking: @IlhanMN connected to cash-for-ballots harvesting scheme." The video begins with an individual claiming that "money is everything." He then says his car is full of absentee ballots—showing what appear to be ballots on his dashboard. As we describe below, these claims were found to be misleading by independent fact-checkers.

Despite the unreliability of the Project Veritas video, it quickly gained ground. The video went viral on multiple social media platforms, driven by right-wing influencers. On Twitter, within the first 15 minutes after O'Keefe's posting, at least eight conservative influencers—including Ryan Fournier, Representative Paul Gosar, Michelle Malkin, and Cassandra Fairbanks—shared the video. Project Veritas was soon trending. Notably, Donald Trump Jr. appeared to separately upload the same O'Keefe video within seven minutes of the original post, as it was posted without a "From James O'Keefe" label. As the EIP described in a blog post about the Project Veritas video, this suggested that the Trump campaign may have had access to the video before the general public, raising questions of coordination.[30]

The release of the video also seems to have fueled an increase in the use of #ballotharvesting on Twitter, spiking after the video was shared on September 27. The hashtag primarily appeared in tweets in pro-Trump networks: more than 8,000 times, compared to 30 times in left-leaning and anti-Trump networks.

63

3.   Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.12: Timeline of the release of Project Veritas's video about ballot harvesting.



Figure 3.13: Project Veritas videos announcing the release of their video alleging voter fraud.

-PA01059-

Case 3:22-cv-01213-TAD-KDM   Document 137-3   Filed 12/01/22   Page 83 of 292 PageID #: 5838



Figure 3.14: A visualization of the promotion of Project Veritas's Ballot Harvesting video campaign on Twitter. Original tweets are green squares; retweets are blue circles; quote tweets are orange diamonds; replies are yellow circles; and retweets of quote tweets are red circles.



Figure 3.15: James O'Keefe's Project Veritas video was quickly spread by right-wing influencers, including Donald Trump Jr. and Ryan Fournier, on Twitter.

65

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.16: A cumulative graph of tweets after the release of Project Veritas's video about ballot harvesting. Growth of the narrative increased substantially after Donald Trump Jr.'s retweet (large red circle) and subsequent original tweet (green square).

Meanwhile, on Facebook, according to data gathered using CrowdTangle, posts with the term "Project Veritas" garnered 2.42 million interactions between September 27—the date the video was shared—and October 3, 2020. The most popular of such posts was President Trump's, in which he shared Breitbart's report of the release and said that he hopes the US Attorney in Minnesota has this under serious review.

The video's ballot harvesting claim was not well supported. As Maggie Astor of the *New York Times* described several days later, the video "claimed through unidentified sources and with no verifiable evidence that Representative Ilhan Omar's campaign had collected ballots illegally."[31] Minnesota's FOX 9 reported that the central source in the video claimed that Project Veritas offered him $10,000 and used two separate Snapchat videos to "make it appear as if he was illegally picking up ballots and offering money for votes."[32] Likewise, *USA Today* wrote that "[t]here is no actual proof of fraud or any relationship between individuals in the video and Omar or her campaign."[33] But the quick virality of

66

3.3.  The Evolution of Narratives in the 2020 Election



Figure 3.17: Left, President Trump's tweet about the Project Veritas video (bottom) in the trending list; right, President Trump's Facebook post. These images were saved after the election, which is why the Facebook "projected winner" label appears at the bottom of the post.

the claim allowed it to take root as a persistent narrative.

The Project Veritas video is notable for two reasons. First, it shows how politically motivated misinformants can capitalize on confusion; Americans were broadly unaware of the details of third-party ballot collectors, allowing O'Keefe and right-wing influencers to fill the gap with misleading and unverified information.

Second, it is an example of false or misleading information that was driven top-down by verified accounts with large amplification capabilities. The video was both created by right-wing influencers (O'Keefe and Project Veritas) and initially disseminated by a network of right-wing social media users with large followings. Top-down mis- and disinformation is dangerous because of the speed at which it can spread; if a social media influencer with millions of followers shares a narrative, it can garner hundreds of thousands of engagements and shares before a social media platform or fact-checker has time to review its content.

67

-PA01062-

3. Incidents and Narratives: The Evolution of Election Misinformation

**The Impact of Ballot-Related Narratives**

Mail dumping and ballot harvesting appeared frequently in the days leading up to the 2020 election. Exaggerating the effect of found, discarded, and destroyed ballots in the pre-election period may have laid the foundation for widespread receptivity to allegations of similar fraud on election night. It can be difficult to make empirical assessments of how online content affects real-world opinions; there is usually little more than engagement data such as likes, shares, and reactions to go on, and those may signal more about pre-existing beliefs than an audience being persuaded by the evidence presented. However, a Pew survey from November 2020 indicated widespread concern about mail-in voting:[34]

- Of the 54% of respondents who voted in person, approximately half had cited concerns about voting by mail as a major reason why they did.

- Only 59% of respondents answered that they were "very confident" that their vote was accurately counted, as opposed to 71% in 2016, 68% in 2012, 73% in 2008, and 68% in 2004. This is the lowest response for a presidential or midterm election in 16 years.

- Only 30% of respondents were "very confident" that absentee or mail-in ballots were counted as intended.

While it is unclear what specific information source or pre-existing beliefs shaped public opinion on this issue, what is clear is that a large percentage of the electorate was open to the claim that mail-in ballots were a potentially significant source of fraud or irregularities. Vocal holders of these beliefs were pivotal in shaping the conversation about the legitimacy of the election both on and after Election Day, as we will explore throughout this chapter.

## Election-Theft Narratives

In addition to ballot-specific misinformation, the pre-election period was marked by narratives that laid the broad groundwork for claims of a stolen election. This took the form of repeated and baseless allegations that voting wouldn't matter at all—that the election result was already decided or would be decided by political elites looking to undermine democracy. Claims of an impending "steal" were prominent in both left-leaning and right-leaning networks prior to the election; one side claimed that Trump would steal the election, the other that Biden would do the same.[36] Some of these claims were spread, top down, through the same network of online influencers as the ballot misinformation. Viewed retroactively, these were harbingers of the Stop The Steal campaign that would grow into a significant movement after the election, before ultimately erupting into violence.

68

-PA01063-

3.3. The Evolution of Narratives in the 2020 Election



Figure 3.18: A tweet from right-wing influencer Candace Owens after the election, supporting claims of a rigged election and broad allegations of election fraud.[35]

The EIP tickets tracked three distinct narrative threads within the "stolen election" meta-narrative prior to the election:

- The Red Mirage/Blue Wave: A weaponization of expert predictions that election results would shift dramatically over time due to the timing of counts for mail-in ballots; both the right and left leveraged the expert predictions to claim the election would be "stolen" by the other side.

- Army for Trump: A real movement by the Trump campaign to solicit evidence of election fraud from Trump's supporters, based on the premise that the Democrats were attempting mass voter fraud; this sparked a reaction from the left, which alleged that the Trump campaign was trying to lay the groundwork to steal the election away from Biden.

- The "Color Revolution": An idea pushed by far-right activists that began with the claim that America was experiencing a Deep State-backed color revolution to undermine the Presidential victory of Trump via a coup.

The overall meta-narrative of an impending stolen election, and the repetition with which it was deployed, provided a frame that could be used to process future events: any new protest, or newly discovered discarded ballot, could be processed as additional proof that a "steal" was indeed underway, that there

69

3. Incidents and Narratives: The Evolution of Election Misinformation

was a vast conspiracy to steal the election from President Trump, and that the election results would be illegitimate.

### The Red Mirage and the Blue Wave

Changes to voting procedures due to COVID-19 led to expert predictions that more mail-in voting would take place in 2020 than ever before—and that mail-in voting would skew heavily Democrat. Many election analysts predicted that this would lead to an initial "red mirage" followed by a "blue wave" in some states: the Democratic share (or proportion) of the vote would increase substantially between early counts from day-of voting and final ballot totals, as mail-in ballots were processed.[37] In the weeks leading up to the election, analysts hypothesized about which states would see a large blue shift, which would see minimal shifts, and which might even go in reverse.[38]

Some right-leaning influencers and communities attempted to frame these predicted shifts as preemptive evidence of a "stolen election" in two ways. First, they pushed a false but largely non-conspiratorial narrative that mass aggregate mail-in ballot fraud by individuals would be responsible for any shift. Second, some offered a set of false, conspiratorial claims that there would be "ballot-stuffing" on Election Day, asserting that there would be a systematic, coordinated effort by local authorities to alter the election night vote via the addition of forged ballots or the swapping of "real" ballots for fake ones. More conspiratorial communities, such as QAnon adherents, argued that attempts by the press and electoral experts to educate voters to anticipate voting shifts were in fact evidence that elites were strategically planning to steal the election and were attempting to inoculate voters to that reality (see Figure 3.19 on the next page).

The "red mirage" and "blue wave" narrative of election night shifts did ultimately come to pass largely as experts predicted, with Biden taking the lead as mail-in ballots were counted. It has become one of the most enduring narratives under-pinning claims of a "stolen election," weaponized by conservative influencers as evidence that the Democrats supposedly delivered boxes of ballots to polling places. In the weeks following the election, prior conspiratorial claims to expect theft evolved into specific allegations of voting machine fraud and "found ballots" in swing states that President Trump lost. Many of the influencers argued that the "red mirage" had in fact been a "red tsunami" interrupted by Democratic manipulation. Further, statistical misinformation (discussed in Chapter 4) began to appear as influencers alleged that the "blue wave" occurred not because of the predicted voting behavior and ballot-processing procedures, but rather due to Democratic interference to steal the election, alleging that it had been an illegitimate election from the outset.

70

3.3.   The Evolution of Narratives in the 2020 Election



Figure 3.19: Left, a QAnon-aligned post on Parler alleging that the "red mirage" was part of the Democratic plans to steal the election; right, an article from conservative blog "Legal Insurrection" arguing the same.

## Army For Trump

Prior to the election, the Trump campaign proliferated the idea that the election was going to be stolen by the Democrats, using ballot-fraud claims and other procedural misinformation as well as the weaponization of the red mirage/blue wave prediction, to spark outcry among supporters.

On September 21, 2020, Donald Trump Jr. posted a video on Facebook calling on supporters to join an "election security operation" the campaign called "Army for Trump." Citing concerns that the "Radical Left" was laying the groundwork to steal the 2020 election, Trump Jr. asked supporters to sign up to join the Trump campaign's Election Day team through a site called "DefendYourBallot." The website recruited volunteers for general get-out-the-vote activities but also asked if they had legal expertise and included a form where supporters could report alleged election incidents directly to the campaign (see Figure 3.20).

This call to action was repeated by President Trump on Twitter and in the first presidential debate in which he urged supporters to "go into the polls and watch very carefully" for fraud.[39] He also shared the link on his Facebook Page, urging supporters to "Fight for President Trump"; the post was engaged with over 200,000 times on Twitter (see Figure 3.21 on the following page). Appealing to volunteers to act as unofficial poll watchers was intended to motivate Trump's base, providing additional pathways to participation in the election. It also set

71

### 3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.20: The Election Issue Report Form on the "Army for Trump" website.

the stage for untrained volunteers to amass "evidence" to support the type of narratives discussed in the prior section of this report, in which misleading claims were leveraged to allege systematic ballot fraud. Although we cannot tell if the people who shared videos on Election Day and the weeks following were officially part of the "Army for Trump," there were multiple incidents in the EIP ticket database that included video footage of supposed fraud that actually documented innocuous events (e.g., video and photographic claims of ballot theft that was in fact reporters moving camera equipment).[40]



Figure 3.21: A graph showing Twitter engagement with Trump's initial "Army for Trump" tweet, reproduced below. Retweets in blue; Quote Tweets in orange; Retweets of Quote Tweets in green.

The "Army for Trump" initiative assisted in creating a vast trove of images, videos, and stories of purported incidents that could be selectively chosen, falsely framed, and fed into "voter fraud" narratives. It had one other additional impact: it sparked fear and outrage on the left. Left-leaning influencers claimed

72

3.3.  The Evolution of Narratives in the 2020 Election

that the "Trump Army" itself was an attempt by the campaign to steal the election. They framed Trump's calls to action as having the potential to incite violence at the polls, concern about which might result in voter suppression. An analysis of 100 randomly selected tweets reacting to Trump's call to be a "Trump Election Poll Watcher" revealed significant concerns about the movement—with only four out of 100 quote tweets expressing support for the call. Forty-nine out of 100 tweets believed that Trump's call had the potential to incite violence at the polls on Election Day (such as the quote tweets below).

> **Original Trump tweet:** *Volunteer to be a Trump Election Poll Watcher. Sign up today! #MakeAmericaGreatAgain*[41]

> **Quote tweet 1 (Oct 5, 2020):** *@jack @Twitter This tweet is encouraging election violence. "Fight" and "Army" — those are bugle calls, not dog whistles. Twitter, take down this tweet.*[42]

> **Quote tweet 2 (Oct 5, 2020):** *To be clear, the president who has repeatedly encouraged political violence, said "stand by" to heavily-armed extremist groups, and repeatedly spread lies about voting procedures, is now calling on his supporters to raise an "Army for Trump" at the polls. Just so dangerous.*[43]

Left-leaning conversation therefore framed the "Army for Trump" as an attempt to steal the election through the propagation of fear; this fear was heavily reflected in mainstream media coverage (see Figure 3.22).



Figure 3.22: Media coverage of "Army for Trump." Clockwise from top left: *New York Times*, Refinery29, *Washington Post*, and Forbes.

Calls to join the "Army for Trump" thus fed into both left and right-leaning narratives. Right-leaning social media accounts pushed the idea that the election would be stolen, to justify the need for the Army. Left-leaning accounts reframed

3.  Incidents and Narratives: The Evolution of Election Misinformation

these public calls to watch as incitements to violence, and as an intimidation tactic with the potential for voter suppression.

**Color Revolution**

The narratives that the integrity of the election was being strategically and intentionally undermined moved into the conspiracy realm with claims that a Deep State was orchestrating a coup in a "color revolution." The term was coined in the late twentieth century to describe revolutions in which repressive regimes tried to hold on to power after losing an election, spurring widespread domestic protests for democratic change. But in 2005, autocrats in China and Russia began to redefine the term away from its popular-activism origins, using it instead to imply externally imposed regime change—in particular, regime change designed to look like a popular uprising despite being furtively orchestrated by intelligence services from Western democracies.[44] Occasionally, Russian state media, such as RT, ran op-eds insinuating that domestic protest movements in the United States were in fact color revolution regime-change tactics. However, during the 2020 election, the term was applied to American politics in a somewhat unexpected way: prominent American conservative influencers suggesting that the US was experiencing a Deep State-backed color revolution intended to steal the election from President Trump.[45] The first major push to introduce mainstream audiences to the narrative came from former Trump speechwriter and prominent conservative commentator Darren Beattie, who wrote about the theory and discussed it in podcasts in conversation with Steve Bannon, Michelle Malkin, and Adam Townsend. Right-wing newsite Revolver.News produced a detailed series laying out his claims. On September 15, Beattie appeared on Tucker Carlson Tonight, giving the narrative mainstream attention on a program with an audience of millions.

The propagation of the color revolution narrative occurred over several months, waxing and waning in popularity, but gradually gaining adoption as a frame to explain grass-roots Black Lives Matter protests and voting irregularities as part of an elaborate plan by Democratic operatives to steal the election.

After Election Day, use of the term "color revolution" spiked a few more times, driven mostly by videos and posts that echoed the pre-election narrative, alleging that the "coup" had happened. Two of these spikes of activity, November 29-30 and December 11-14, seemed to revolve around tweets and posts by Lin Wood, a defender of President Trump who prominently promoted various conspiracies to explain Trump's loss.[46]

Wood's tweets expanded the narrative of the color revolution to include possible foreign interference from China, and went so far as to link COVID-19 to the broader theme. The claims were shared to Facebook, Parler, and other social media platforms.

74

3.3.  The Evolution of Narratives in the 2020 Election



Figure 3.23: Timeline of notable events related to the color revolution leading up to Election Day.



Figure 3.24: Interactions on posts involving the term "color revolution" post-Election Day, using CrowdTangle data.



Figure 3.25: Tweets by Lin Wood that were shared on Facebook at the end of November and mid-December about a "color revolution."

75

3. Incidents and Narratives: The Evolution of Election Misinformation

The broad claim that a color revolution was underway, with nefarious actors purportedly funding protests and destroying ballots, provided a convenient way for those seeking to delegitimize the election to connect unconnected events and to create a compelling villain while doing so. True to top-down narrative dynamics, social media users who found the story appealing moved the narrative into a variety of Facebook Groups and Pages through shares.

By promoting this narrative, right-leaning influencers appeared to be priming their audience to read future events surrounding ballots and protests as potentially part of that revolution. Accordingly, in the unsettled period between Election Day and when the race was called by national media outlets for Biden (and, it would turn out, even beyond that), believers of the color revolution narrative were primed to accept challenges to the integrity of the election. As we will see as we progress through this chapter, this would eventually manifest into legal challenges that relied on affidavits from individuals primed to believe election fraud narratives with little to no knowledge of the ins and outs of election procedures. Even on election night itself, the conviction that the election would be stolen seems to have motivated the voters of Arizona to latch on to one specific claim—felt-tip pens had led to the mass disqualification of the ballots of Trump voters—that would give rise to an online movement and a real-world protest.

## Case Study 1: #Sharpiegate

At 5:01 am PT on Election Day 2020, a conservative Chicago radio broadcaster sent a tweet noting that felt-tip pens were bleeding through ballots.[47] A few hours later, at 12:16 pm PT, an anonymous Twitter account sent a tweet addressing James O'Keefe of Project Veritas: "Sharpie pen issues on Chicago paper ballots," it began, and alleged that scanners couldn't read the ballots because the markers were bleeding through.

These were the first tweets the EIP observed alleging that the black felt-tip, Sharpie-brand markers some poll workers were handing out were rendering ballots unreadable. The concern that ballots marked with Sharpie markers would not be counted began to make its way around conservative communities on social media. While the Chicago tweet did not gain much traction, the narrative quickly spread to Parler and Facebook.

Local news in Chicago picked up the story and attempted to correct the record: by 5:48 pm PT, CBS 2 had written an article reassuring voters that Sharpies were just fine.[48] The story faded in Chicago, but concerns about Sharpies at polling places began to migrate across the country, popping up in tweets associated with geographic locales that had become the focus of the vote count as the evening progressed.

76

3.3. The Evolution of Narratives in the 2020 Election



Figure 3.26: Left and top right, tweets about Sharpie pens on ballots in Chicago; bottom right, a tweet about the same concern in Arizona.

One of these locales was Arizona. A video that originally appeared on Facebook went viral: an off-camera videographer (the account name on the video suggests the videographer is right-wing activist Marko Trickovic)[49] is broadcasting his conversation with a pair of women who are describing voting machines not reading Sharpie-marked ballots. In the video, the women claimed that Maricopa, Arizona, poll workers were trying to force voters to use Sharpies despite the presence of pens. The man recording the video can be heard on camera stating, "so they're invalidating votes, is what they're doing." As the evening progressed, and into the next morning, the video was reposted by numerous accounts and appeared on YouTube, Twitter, Rumble, TikTok, Parler, and Reddit.

After West Coast polls closed and it became apparent that certain swing states—particularly Arizona—were closer than polls had predicted, the controversy about Sharpies was offered as an explanation. It became a hashtag, #Sharpiegate, and various pieces of content alleged that poll workers were handing out the markers deliberately to Trump supporters to prevent their votes from being counted. "FRAUD IN ARIZONA. Dems are so desperate," read one tweet from 10:14 pm PT on Election Day that had over 3,000 likes and retweets. The Maricopa County Facebook Page seemingly tried to assuage concerns very early on; even as the debate about Sharpies was largely still a Chicago concern, it posted a PSA noting that Sharpies worked just fine on Maricopa's machines.[51] Despite

3. Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.27: The video of a woman stating that voting machines were not reading ballots marked with Sharpie pens was shared on Twitter, YouTube, and Rumble.[50] The Rumble video text reads "Maricopa County votes need to be counted by hand! People were given Sharpies instead of ballpoint pens when Arizona voting machines can't read felt-tip marker. So ballots were entered into a slot but never counted."

the attempts to debunk the developing controversy, however, concerned and angry posts continued to appear within pro-Trump communities and channels on Reddit, TikTok, Twitter, YouTube, Parler, and others.

Fox News called Arizona for Joe Biden at 11:20 pm on election night, but overall the day ended without a clear winner, as many election experts had predicted.[52] President Trump gave a speech in which he noted that the races in Pennsylvania and Michigan were still in play, suggested that Arizona was too, and then declared:

> "We did win this election. So our goal now is to ensure the integrity for the good of this nation, this is a very big moment. This is a major fraud on our nation. We want the law to be used in the proper manner. So we will be going to the U.S. Supreme Court. We want all voting to stop. We don't want them to find any ballots at 4 o'clock in the morning and add them to the list. OK? It's a very sad, it's a very sad

3.3.   The Evolution of Narratives in the 2020 Election

moment. To me, this is a very sad moment, and we will win this, and as far as I'm concerned, we already have won it."[53]

The Sharpiegate narrative continued to accelerate the next day, beginning early in the morning on November 4. Content appeared on Facebook, Twitter, and Parler alleging that Trump voters specifically had been given Sharpies to invalidate their ballots. As the day progressed, conservative influencers such as Charlie Kirk, Dinesh D'Souza, and Steven Crowder asked questions about the controversy and retweeted claims made by users alleging fraud.

Local media and election officials in other swing states in which Sharpie markers had been used, including Pennsylvania and Michigan, posted articles addressing the use of Sharpies in their own jurisdictions, attempting to fact-check what appeared to be turning into a widely disseminated conspiracy theory. The Cybersecurity and Infrastructure Security Agency (CISA) posted its own update to its Rumor Control webpage.[54] Election officials reported inquiries to the Election Infrastructure Information Sharing and Analysis Center (EI-ISAC), noting that they were seeing posts alleging that voters who used Sharpies would not have their votes counted. The Michigan Attorney General posted a tweet asking members of the public to stop making threatening and harassing phone calls to her staff suggesting they shove Sharpies into inappropriate places.[55]



Figure 3.28: Graph showing the spread of Sharpiegate tweets (cumulative) before and after Pima County's fact-check tweet.

By early evening on November 4, however, the Sharpiegate theory left the realm of internet chatter and became a live-action rallying cry for Trump supporters

79

3.  Incidents and Narratives: The Evolution of Election Misinformation

who felt the election had been stolen.  Protestors, some open-carrying long guns, gathered at the Maricopa County Recorder's Office building, carrying signs, waving Sharpies, and chanting about election theft.  A local pro-Trump Facebook Page, AZ Patriots, livestreamed the protests for several hours.[56]

Protesters returned on the evening of November 5 as well.  This time, well-known conspiracy theorist Alex Jones of Infowars showed up, climbed atop a car, and gave a speech about "meth-head Antifa scum," George Soros, and stolen elections, occasionally chanting "1776."[57]



Figure 3.29: Alex Jones at a Sharpiegate protest outside the Maricopa County Recorder's Office on November 5.[58] (AP Photo/Matt York)

Throughout the three-day period in which Sharpiegate was a significant focus, the social platforms responded primarily by labeling and taking down content. The AZ Patriots livestreaming Page, which had been embroiled in controversy over leader Jennifer Harrison livestreaming harassment on several occasions (generating Facebook strikes), was taken down.[59]  Other livestreamers, however, such as Steven Crowder on YouTube, discussed Sharpiegate or ran the footage from the protests, and did not receive any labeling contextualization until well after the fact; as we will discuss in Chapter 4, this is one of the unique challenges of moderating a livestream compared to a text article.[60]

Sharpiegate provides a detailed look at how a misunderstood incident about ballots compounded into a narrative among voters primed to believe that the election would be stolen.  As the ballot counts continued in the days following Election Day, the predicted blue wave indeed began to materialize, and allegations of fraud and demands for recounts began to increase.  Sharpiegate became one narrative among many that fed into a meta-narrative, the slogan for which

80

Case 3:22-cv-01213-TAD-KDM    Document 137-3    Filed 12/01/22    Page 99 of 292 PageID #: 5854

3.3.  The Evolution of Narratives in the 2020 Election



Figure 3.30: A CrowdTangle dashboard showing results sorted by most interactions for "arizona sharpie" in public Pages, verified Pages, and public Groups, beginning on November 3, 2020.

81

3.  Incidents and Narratives: The Evolution of Election Misinformation

would come to define the 2020 election for many Trump voters: "Stop The Steal."[61]

## Case Study 2: #StopTheSteal



Figure 3.31: Timeline of the Stop the Steal narrative.

In the days after the election, "Stop the Steal" grew to encompass not only the events related to Sharpiegate, but the broader overall theme that the election had been decided by fraud. This rallying cry was aimed at motivating Republicans and Trump supporters to halt purported Democratic electoral malfeasance. It became a hashtag across multiple platforms, an encompassing and enduring phrase. In the weeks following the election, the narrative took a distinctly conspiratorial turn.

At its core, #StopTheSteal falsely postulates that Trump actually won the presidential election, that Democrats stole the election, and that it is up to Republican "patriots" to reverse this—i.e., to stop the Democrats' theft. In the days following the November 2020 election, the call was repeated by prominent conservative influencers (including President Trump),[62] and grew into a broad Stop the Steal movement that attracted a significant presence offline as well. The phrase appeared in real-world protest organizing materials and in signs at protest events. In mid-December, over a month after Election Day, Stop the Steal rallies were still occurring in the US; in January 2021, a protest with that slogan erupted into a violent insurrection at the US Capitol.

82

3.3.   The Evolution of Narratives in the 2020 Election

The "Stop the Steal" phrase itself was seeded far ahead of the 2020 presidential election.   Conservative political strategist Roger Stone launched a "Stop the Steal" movement in 2016, according to a CNN article; his Stop the Steal "voter protection" project was sued in federal court for attempting to intimidate minority voters.[63]   However, in a November 2020 blog post on his personal website, Stone took pains to clarify that he was not "a participant in any of the organizations that adopted my phrase in this year's election."[64]  He repudiated the CNN article that referenced him in another blog post, though he shared an image advertising an Atlanta #StopTheSteal rally supported by StopTheSteal.us (at that point the forefront of "Stop the Steal" in 2020).[65]



Figure 3.32: The Stop the Steal rally advertisement posted on Roger Stone's website.

#StopTheSteal was used sporadically leading up to Election Day: for example, after some states (Pennsylvania, Michigan, Wisconsin, and North Carolina) extended the date by which they would accept mail-in ballots, right-wing Twitter accounts used the hashtag while denouncing the changes and calling for action.  Notably, Ali Alexander—a right-wing personality who would later help organize the Stop the Steal movement and amplify numerous sub-themes and conspiracies—was one of the actors who tweeted about the four states' mail-in ballot extensions using #StopTheSteal on September 22.[66]  In a retweet of another pro-Trump account, Alexander and the original poster framed the states' move as "favoring Democrats": "They're stealing this election in broad daylight. Extending mail-in deadlines, harvesting... We need massive #StopTheSteal protests all across the country!"[67]

Right-wing media ecosystems were also early adopters of this hashtag. Multiple September articles on The Gateway Pundit mentioned "Stop the Steal"; one article included a poll asking readers, "Do you think Democrats are trying to steal the election?" and another used the hashtag #StopTheSteal in reporting

83

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.33: Tweets using #StoptheSteal on September 22.[68]

on Trump supporters allegedly being blocked from observing Philadelphia early voting locations.

Members of the Trump family on Twitter, and President Trump himself, also pushed the concept of a "steal" early in the election season.[70] While these tweets did not all mention #StopTheSteal explicitly, they nonetheless helped foster the cohesion of several disjointed narratives into one conceptual framework of election theft.

Prior to the election, early uses of #StopTheSteal were used to discuss a range of themes described in this chapter: ballot harvesting, mail-in voting, Trump winning but Democrats stealing the race, Army for Trump, the need for poll watchers, a rigged election, and more. The repeated priming of Trump-supporting audiences to believe that the election had been stolen likely helped to bolster the Stop the Steal movement as it further bloomed after the election.

On Election Day, as results did not break in the President's favor, prominent conservative influencers quickly took up Stop The Steal. By the evening of November 3 and November 4, verified Twitter users, including recently elected officials and

3.3.   The Evolution of Narratives in the 2020 Election



Figure 3.34: The Gateway Pundit articles mentioning "Stop the Steal" in September.  Left, a September 22 article and poll. Top right, an article from September 24. Bottom right, an article from September 29.[69]

right-wing media outlets, were repeatedly pushing the Stop The Steal narrative online.  Some of these narratives were accompanied by more specific claims about individual state irregularities (such as alleging they were not counting ballots), while others were more general statements that the Democrats could not have won the election fairly.

Besides conservative pundits, a handful of conservative politicians began to amplify #StopTheSteal immediately after the election. One was Marjorie Taylor Greene, a Republican Congressional candidate in Georgia who won her race in the House of Representatives. Greene leveraged multiple social media platforms simultaneously to spread Stop the Steal messages and promote herself.  She posted a Stop the Steal petition on both Facebook and Twitter that, once completed, redirected to a donation page.  The petition spread in various Facebook Groups, including an anti-Whitmer Michigan Group.

Stop the Steal Groups on Facebook were created at least as early as November 4, 2020. One Group, STOP THE STEAL, quickly swelled to hundreds of thousands of members. In addition to providing a place where users shared election-related conspiracy theories, the Group served as a hub to find various Stop the Steal rally Facebook events across the country, some hosted by other entities. This primary Group was shut down by Facebook on November 5 at 2:00 pm ET, with media reports suggesting it was due to content inciting violence;[71] data from an EIP CrowdTangle archive shows that it had at least 7,000 posts with slightly

85

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.35: A collage of some of the top conservative pundits using #StopTheSteal on November 3 and 4. On TikTok, a user filmed a live video of Charlie Kirk using the hashtag #StopTheSteal, indicative of the cross–platform nature of this content.



Figure 3.36: Left, a post from Representative Marjorie Taylor Greene, who heavily promoted #StopTheSteal. In one of her posts, the petition led to her donation site, right.

86

3.3. The Evolution of Narratives in the 2020 Election

over 800,000 interactions.



Figure 3.37: Image of several posts in the STOP THE STEAL Group on Facebook. The event page of the Group listed upcoming events in different locations hosted by various entities.

Facebook Groups like STOP THE STEAL helped solidify the Stop the Steal movement's offline component. For example, on November 5, Facebook events were scheduled for locations including California; Virginia; Washington, DC; Pennsylvania; and Florida. StopTheSteal.us—a website created by Ali Alexander—and its newsletter also helped to rally people to different locations around the country. Inflammatory rhetoric was common; for example, in a since-removed tweet on December 7, Alexander tweeted that he was "willing to give my life for this fight." The Arizona Republican Party retweeted, adding, "He is. Are you?"[72]

Coverage of Stop the Steal in conservative media outlets varied. In the first two weeks after the election, Fox News had two article headlines mentioning Stop the Steal in the context of news items (Facebook's STOP THE STEAL Group takedown and an incident at a rally).[73] In contrast, more niche right-leaning fringe outlets covered it uncritically, and at times seemingly supportively; for example, on One America News Network (OANN), coverage of Stop the Steal included a since-removed article outlining how voters were holding Stop the Steal rallies in multiple states because of alleged election irregularities.[74] The outlet had steady coverage of the movement, telling viewers how to rally and broadcasting an exclusive interview with organizers declaring that they will "Fight on."[75]

Stop the Steal rallies at times morphed into broader pro-Trump post-election protests—for example, the Million MAGA March in DC on November 14 was heav-

3.  Incidents and Narratives: The Evolution of Election Misinformation

ily promoted by Stop the Steal influencers, and the insurrection on January 6 was
promoted by StopTheSteal.us.  In an email on December 21 from StopTheSteal.us,
the January 6 protest was heavily advertised, stating, "#StopTheSteal wants
**ALL Patriots** to stand up with us in D.C. on what should be a historic day, Jan-
uary 6, 2021...Stopthesteal.us stands ready to FIGHT BACK with this **historic
protest...we will NOT ALLOW our Republic to be stolen from us!**" (bolding
theirs).



Figure 3.38: Image of a December 21 email from the StopTheSteal.us newsletter.

The Stop the Steal movement's enduring power likely stems from several factors.
The phrase is all-encompassing of various other false claims and narratives
pushed about the election, providing an opportunity for many constituencies to
gather both virtually, and in real life, under one banner. Stop the Steal content
spread not only on Facebook, but also on Twitter, Parler, and Telegram. Because
of the many figures pushing the narrative across social media and on websites,
the movement was robust enough to survive individual takedowns of misleading
electoral content and targeted deplatforming.

### #Maidengate

Many narratives co-occurred with Stop The Steal, alleging a variety of forms
of voter fraud.  Some of them rehashed allegations made in elections past;

3.3.  The Evolution of Narratives in the 2020 Election

for example, the hashtag #DeadVoters claimed that dead people had voted in the election via mail-in ballots (this peaked on November 11, 2020).  Another hashtag in this vein was #Maidengate,[76] which began on November 9, 2020, via hashtagged tweets from an account alleging that a Michigan mother's vote had been stolen by an impersonator using her maiden name.  The poster claimed to know several people who had discovered that a ballot in their name had been cast in another state.  She described this as intentional fraud, and called on voters to check if they had been registered in multiple states due to past addresses or name changes.

The claim of mass manipulation via maiden names, absent any evidence besides anecdotal hearsay, was subsequently promoted on Twitter by Ali Alexander, who created a website dedicated to the hashtag to try to collect evidence of voter fraud.  He promoted the Maidengate conspiracy on Periscope, gathering 41,000 viewers.  #Maidengate chatter and content from the original tweeter's website appeared on Reddit and Facebook[77] and the hashtag appeared approximately 1,800 times on Parler.  By November 12, the Twitter account was suspended.



Figure 3.39: Left, tweets that precipitated #Maidengate; right, Ali Alexander's tweet promoting the Maidengate conspiracy.

#Maidengate went sufficiently viral that it generated attention from major media outlets focused on debunking election misinformation, including the *New York*

89

3. Incidents and Narratives: The Evolution of Election Misinformation

*Times.* As the *Times* noted,

> "Soon, the claim that unauthorized people had cast votes under the maiden names of real voters started trending online. From Monday to Wednesday morning, more than 75,000 posts pushing #MaidenGate appeared on Twitter, peaking at 2,000 between 2:10 and 2:15 a.m. on Tuesday, according to Dataminr, a tool for analyzing social media interactions. Beyond Twitter, the #MaidenGate rumors spread to Facebook, YouTube and groups associated with Stop the Steal, which have promoted the false narrative that Democrats stole the election from President Trump. But no evidence was offered to support the #MaidenGate claim in the original tweet. The tweet included no details on the maiden name that supposedly had been stolen, so there was no way to verify the claim."[78]

We will discuss the specific mechanics of how these types of bottom-up "friend-of-a-friend" narratives spread further in Chapter 4. We include it here as an example of the way in which many sub-components of the Stop the Steal narrative were often based on unverifiable claims recast as facts.

The claims based on alleged voter irregularities, however, were at least rooted in the realm of the plausible. There was another collection of narratives, repurposed to explain how the "steal" took place, that were far afield of mainstream reality, yet were still amplified on national television by some of President Trump's closest advisors: outlandish election conspiracies in which powerful dark forces purportedly conspired to steal the election using secret "Deep State" technologies to change votes.

## Outlandish Claims: Attempts to Explain the "Steal"

Conspiracy theories have increased in visibility in online social spaces over the last five years; prominent among them is the cultlike conspiracy theory known as QAnon, which alleges that President Donald Trump spent much of his presidency battling a cabal of Satan-worshipping pedophile elites. Believers of this conspiracy are estimated to number in the low millions and many are supporters of President Trump.[79] In this section, we discuss two specific conspiratorial narratives that attracted significant attention in the weeks and months following the election: the first, which we will call "Hammer and Scorecard," began years prior to the 2020 election. The second, which we will call "Dominion" after the election technology company that figures prominently in the narrative, rose to prominence alongside allegations of irregularities in voting machines. However, it merged with the Hammer and Scorecard theory to create a hybrid conspiracy that spread throughout pro-Trump social media spaces. After Election Day,

90

3.3.  The Evolution of Narratives in the 2020 Election

these conspiracies were deployed within the stolen election meta-narrative to "expose" the machinations behind the purported theft.

**Hammer and Scorecard**

In 2017, little-known conservative blog TheAmericanReport.org published a story claiming that a government supercomputer called "The Hammer" was created in 2009 by the CIA under President Obama.[80]  The article claimed that the supercomputer was designed for spying on, and gathering data from, the American public and conservative politicians, including Donald Trump.  This machine supposedly included an application called "Scorecard," which was capable of manipulating election systems by switching votes to preferred candidates. The claims underlying the story were made starting in 2013 by Dennis Montgomery, described as a "CIA contractor-turned-whistleblower" who claimed to have built the system.  Various election results worldwide, and in the United States, were attributed to the work of Hammer and Scorecard.  As the conspiracy re-emerged, updated for the events of 2020, fact-checking organizations and CISA repudiated them; some pointed out Montgomery's "history of deception."[81]

**Dominion**

Early coverage of Dominion Voting Systems occurred within the general discussion of electoral integrity, though mentions of the company appear to have taken off in earnest after two actual software glitches on Election Day in Georgia counties were tied to Dominion software.[82]

In Morgan County and Spalding County, Georgia, outages in electronic poll books temporarily prevented voters from using voting machines on Election Day, resulting in extended voting hours.[83]  While the electronic poll books (the lists of eligible voters in a precinct) were manufactured by Knowink, a subcontractor of Dominion, the usage of Dominion Voting machines in these counties would later lead to accusations of widespread faults in Dominion's software.

The next day, a series of reports emerged alleging voting irregularities in Antrim County, Michigan, again tied to Dominion: as votes were being reported, several thousand votes in the county were incorrectly reported for Joe Biden rather than Donald Trump.[84]  This error was quickly noticed and resolved.  While it would later be attributed by the Michigan Secretary of State to human error,[85] narratives soon emerged that Dominion's software, which was used to tabulate these results, was responsible for the glitch.  Prominent verified influencers on social media began explicitly linking this incident to a broader conspiratorial narrative saying Dominion voting systems were manipulating vote counts all over the country.[86]

3.  Incidents and Narratives: The Evolution of Election Misinformation

As the Dominion issues were occurring, a since-deleted video grew popular, featuring retired General Tom McInerney claiming the "Scorecard" application had been used by the Obama-Biden campaign in 2012 to steal votes in Florida, and was now being deployed by the Biden-Harris campaign in Florida, Georgia, Texas, Pennsylvania, Wisconsin, Michigan, Nevada, and Arizona. Other YouTube channels such as SGTreport and CDMedia made similar claims, alleging a conspiracy to use technology to steal votes.[87] The videos spread to Facebook, Twitter, Reddit, and Parler, and were republished on alternative video platforms such as Rumble and BitChute. At this point, though, the two narratives were still largely on separate tracks.

On November 6, GOP Chairwoman Ronna McDaniel alleged that there had been fraud large enough to overturn Michigan's election results, citing the Antrim County reporting error and suggesting that 47 other counties in Michigan using the same software may have been affected.[88] Disputing McDaniel's claims, the Michigan Secretary of State released another statement reiterating that the reporting incident was human error that had been caught by the county's processes and quickly resolved, and that no other counties were affected.[89] Concurrently, however, conservative media outlets and influencers began noting that Dominion software was used in 30 states, including all swing states, to imply nationwide malfeasance on behalf of Dominion. Articles in the The Gateway Pundit and Breitbart began connecting the Michigan and Georgia incidents to suggest that the two cases were related.[90] The Breitbart article received upwards of 300,000 interactions on Facebook alone, and was posted by President Trump.[91] Similar claims of widespread flaws were shared by influential right-wing individuals and groups such as The Western Journal and Mike Huckabee, and in Spanish by Mexican author Alfredo Jalife-Rahme.[92]

**Intersection of the Narratives**

The Dominion narrative merged with the Hammer and Scorecard theory after Trump campaign attorney Sidney Powell went on Fox News with Lou Dobbs on November 6 and spread a now-disproven theory claiming that the software glitch that caused erroneous vote counts in Michigan was in fact the deliberate work of the "Hammer and Scorecard" program.[94] Powell, who was later disavowed by the Trump campaign after a series of scathing legal rulings in cases she helped litigate, gained credence in the Trump orbit for her willingness to promote unsubstantiated fraud theories.[95] Powell claimed that the purported CIA technology altered 3% of the vote total in pre-election voting ballots that were collected digitally.

The converging narratives were amplified by conservative website The Gateway Pundit, which quoted Powell at length.[96] Similar claims appeared on Trump-supporting media channels such as OANN. While the Dominion and Hammer

92

-PA01087-

3.3.   The Evolution of Narratives in the 2020 Election



Figure 3.40: Tweets pushing the Dominion conspiracy, including one from President Trump.[93]

and Scorecard narratives initially were amplified together, after November 6 mentions focusing on the Dominion narrative subsumed Hammer and Scorecard (see Figure 3.41 on the following page); mentions of the latter dropped off precipitously, while the former remained significant.

Once the Dominion narrative subsumed the Hammer and Scorecard narrative, Donald Trump and his campaign quickly became the most prolific spreaders. President Trump first tweeted about Dominion on November 12, and tweeted dozens more times in the days following. Donald J. Trump (@realDonaldTrump), "REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE." Rudy Giuliani repeated similar claims on November 11 and the days after.[97]

For weeks after the election, the Dominion narrative persisted and was adapted into ongoing narratives around electoral fraud by a variety of communities. One video (on YouTube, Rumble, and Reddit) purporting to feature a "smoking gun"

93

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.41:  Mentions of Hammer and Scorecard (blue) were initially linked to mentions of Dominion (yellow), but were eventually consumed by the Dominion narrative. (Source: Meltwater Social)

regarding Dominion Voting Systems machines in Pennsylvania was widely shared by high-profile accounts in Trump- and QAnon-supporting communities nearly four weeks after the election.[98] Another theory suggests Smartmatic, another technology company, was orchestrating Dominion's supposed interference.[99] Yet another suggests several USB memory cards containing the cryptographic key to access Dominion Voting Systems were stolen in Philadelphia.[100]  These theories, which have been amplified using #StolenUSBs and #Mitattack, were published by various outlets, including Russian state media outlet Sputnik International (which credulously reported the claims of 8kun administrator and QAnon aficionado Ron Watkins, calling him a "US cyber-security expert"), and were repeatedly amplified by the President on Twitter.[101]

The claims became increasingly outlandish. Allegations appeared claiming Dominion had ties to individuals frequently scapegoated by conservatives including Bill Gates, George Soros, and even members of the Venezuelan government.[103] Others alleged Dominion had links to China, posting URLs to the US Patents and Trademark Office website featuring a licensing agreement between the company and Chinese bank HSBC.[104] The same day that news broke of Russia-attributed cyberattacks on US government infrastructure using vulnerabilities in SolarWind software, The Gateway Pundit published a piece claiming Dominion used the same software, a claim that was quickly denied by Dominion representatives.[105] Both Dominion and Hammer and Scorecard have also been used as key pieces of evidence for the "Kraken" narrative in which Sidney Powell would "release the Kraken" by dropping indisputable evidence of voter fraud in lawsuits led by the President's legal team, and by the general Stop The Steal movement.[106]

The Dominion-meets-Hammer and Scorecard narrative has been adopted into

94

3.3.  The Evolution of Narratives in the 2020 Election



Figure 3.42: A tweet claiming a link between Dominion voting machines and Smartmatic.[102]

-PA01090-

### 3.  Incidents and Narratives: The Evolution of Election Misinformation

the broader belief systems of various right-wing communities, including the Proud Boys, the far-right militia group Three Percenters, and the Daily Stormer, a Neo-Nazi publication.[107]  #Dominion was used in 1 of every 7 tweets from QAnon accounts.[108]  QAnon groups used the hashtag #LordMarkMallochBrown to demonstrate supposed ties between Dominion software systems and George Soros.  Lord Mark Malloch-Brown is a board member of SGO, the parent company of Smartmatic, and is also on the board of Soros-founded organization Open Society.



Figure 3.43:  Hashtag use on Twitter for hashtags related to Dominion Voting System fraud narratives.

The Dominion and Hammer and Scorecard narratives take on additional significance for their link to ongoing incidents of real-world harm.  Since the election, Dominion employees have been doxxed, harassed, and threatened by right-wing influencers and members of the general public.[109]  In early December a now-offline website, EnemiesOfThePeople[.]us, was created (later attributed to Iran, and discussed in our report's "Foreign State–Backed Actors" section), featuring personal information about multiple Dominion employees with crosshairs shown over the faces of each targeted individual.[110]  Most recently, Dominion has begun to file defamation lawsuits against prominent figures involved in the perpetuation of the conspiracies we have described, including Rudy Giuliani and Sidney Powell.[111]  As of the writing of this report, several of the publications that aired the claims, such as American Thinker, have retracted them.[112]

96

The Hammer and Scorecard and Dominion conspiracies reinforced the Stop The Steal movement, which ultimately led to violence. The hashtag appeared on the banner of one of the first websites to announce the January 6 rally in Washington, DC: "#DONOTCERTIFY #JAN6 #STOPTHESTEAL #WILDPROTEST."[113] And as the violent insurrectionists breached the Capitol on that day, #StopTheSteal signs could be seen across the crowd. In the next section, we trace threats of violence during the 2020 election, leading up to that tragic day.

## 3.4   Election-Related Violence

The 2020 election season brought with it high tensions, and concerns about violence were prevalent leading up to, during, and after the election. The EIP team monitored channels across the political spectrum to identify and report specific threats of violence. While this violence did not materialize on Election Day, that relative calm was eclipsed by violent riots on January 6 at the US Capitol.

The violence at the Capitol can be traced to violent rhetoric curated and iterated on throughout the pre-election period, on Election Day, and after. Before the election, both speculation and true threats of violence centered on tensions between existing groups. For example, while the left theorized about the next steps of the Proud Boys and similar groups, the right created narratives about "antifa" and Black Lives Matter (BLM) groups organizing massive violent insurrections.

This dynamic shifted distinctly on Election Day, especially among right-wing audiences. Content with specific pieces of alleged "evidence" of electoral fraud was weaponized to support the organization of real-world violence. Additionally, rather than attacking other political groups, the ideology behind consolidated movements such as #StopTheSteal spurred violence specifically toward election officials and vendors, instead of simply toward "traditional" enemies such as the Democrats and associated organizations like BLM. This growing distrust of officials and institutions, regardless of political party affiliation, for their role in the purportedly "stolen" election culminated in an organized, violent insurrection on January 6.

### Pre-Election Concerns

Prior to the election, the vast majority of violence-related content online was users predicting unrest on Election Day and calling on other users to not vote in person. This content circulated among both left-leaning and right-leaning users, with users differing on who was considered responsible, and who would be targeted.

97

3.  Incidents and Narratives: The Evolution of Election Misinformation

Left-leaning social media users circulated false warnings about far-right groups and militias. One post about concerns that Proud Boys were planning to shoot BLM protesters received over 278,000 likes (see Figure 3.44). Meanwhile, right-leaning accounts also posted concerns that left-leaning groups such as antifa, BLM, and the Sunrise Movement were planning to commit mass violent acts on Election Day or the days following. For example, in September, right-leaning accounts spread concern about an image that called for "Antifa comrades" to dress up as "patriots/Trump supporters" to confuse the police at riots. This image spread to Facebook, Twitter, and TikTok, garnering high engagement: on Facebook, there were over 10,000 reactions, 15,000 shares, and 1,000 comments. The image was subsequently fact-checked by Snopes and Medium and found to be an internet joke from 2017 that had a second wave of popularity in 2020.
[114]Heading into Election Day, pro-Trump accounts asked their followers how they would respond to violence or voter intimidation from the left. Audience responses indicate that threats of violence and anger were directed at the left and leftist groups specifically.



Figure 3.44: Posts showing concerns about violence from left-leaning social media users.

Despite the reach and engagement of posts that raised fears about the potential for violence, the EIP did not uncover any evidence of violent plans, such as from right-wing Discord channels or Facebook Groups. Given the vague nature of the claims and the absence of any specific evidence from those who posted concerns of violence, these posts were non-falsifiable and unsubstantiated. Most of the spreaders of this type of content appeared to be well-intentioned individuals,

98

3.4. Election-Related Violence

including members of purportedly targeted communities who wanted to warn their communities of an impending danger.[115] They encouraged their audiences to engage with and share their content; the resulting "copypasta" reposts of the text and images spread the misinformation further and created viral panic among some online communities.



Figure 3.45: Posts showing concerns about violence from right-leaning social media users.

**During and Post-Election**

Posts using violent rhetoric or inciting violence after the election significantly differed from pre-election posts as they turned from fearing violence to coordinating and organizing violence. In addition, posts were linked through larger narratives, especially election theft, and threats turned their focus to institutions such as voting systems and the government, instead of partisan groups like antifa or the Proud Boys.

From right-leaning accounts, many violence-related posts became increasingly tied to claims of election theft or rigging and at times were part of increasing rhetoric that more generally referenced the idea of preparation for civil war. Usage of the specific hashtag "#civilwar" on Twitter grew significantly between November 1 and November 5, and posts calling for civil war increased as results that favored Biden were announced. One Twitter user posted "Let's just fast forward to #CivilWar and get it over with and take out the filthy Cancerous #DemocRats and remove them from our society."

In the weeks that followed, the EIP additionally tracked calls for violence against specific individuals and groups. As discussed in the previous section, employees of Dominion Voting Systems received targeted harassment including death threats and doxxing of personal information. Online threats became so common that Dominion Voting employee Eric Coomer went into hiding.[116]

3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.46: Cumulative instances of the hashtag #civilwar between November 1 and November 5, 2020.



Figure 3.47: A right-leaning Twitter user calls for civil war against Democrats in response to alleged electoral fraud.



Figure 3.48: Twitter users call for death or violence against Dominion Voting employees.

-PA01095-

3.5.  Narrative Crossover and Fabrication in Non-English Media

**Events Surrounding January 6, 2021**

On the morning of January 6, 2021, President Trump spoke to his supporters outside the White House and stated multiple lies about how the election was stolen from him.  In his speech, Trump referred to Democrats as having attempted "the most brazen and outrageous election theft," and said, "We will not take it anymore...We will stop the steal." He encouraged his followers to march to the Capitol and "try and give them [Republicans] the kind of pride and boldness that they need to take back our country."[117]  A pro-Trump mob then forcibly entered the Capitol building and forced Congress to take cover and evacuate. Five people died as a result of the Capitol breach.[118]

The violent insurrection against the United States Capitol on January 6 demonstrated the real-world impact of mis- and disinformation narratives such as Stop the Steal, and the effect that social media echo chambers can have on organized violence. While earlier concerns about violence did not materialize, angry rhetoric was frequent.  That anger made its way to the offline world, as social media users used platforms to coordinate, recruit, and organize real-world violence.  Far-right users used "alt" social media sites, like Gab and Parler, to openly organize and recruit others to join them, give directions on what streets to avoid, and post about bringing weapons into the Capitol.[119]

As the violent mob launched an insurrection against the US Capitol on January 6, angry comments by pro-Trump protestors filmed in the building, signs carried by those outside, and calls for violence against elected officials certifying the vote referenced narratives that we have discussed in this chapter.

In response to mainstream platforms continuing to crack down in the aftermath of that violence, users moved off of Facebook and Twitter and onto smaller sites with less regulation, such as Parler, Gab, and Telegram. To what extent these communities will continue to operate in closed social media networks—the same networks that consistently proliferated the notion that the election was stolen from President Trump—remains to be seen.[120]  Regardless, the attack on the US Capitol will forever stand as testament to the violence that echo chambers, online rhetoric, and sustained misinformation can unleash on the world.

## 3.5  Narrative Crossover and Fabrication in Non-English Media

To this point, we have traced English-language incidents, narratives, and conspiracies that shaped the 2020 election.  However, although the majority of the EIP tickets collected and analyzed election-related misinformation taking place in English-speaking communities, there are many American communities that participate in political conversations in languages other than English, and on

101

3.  Incidents and Narratives: The Evolution of Election Misinformation

apps and chat platforms popular with diaspora communities. In this section we briefly discuss examples of election-related mis- and disinformation in Chinese- and Spanish-speaking communities. In both cases, EIP analysts found that a majority of the observed content were translations of the same narratives that appeared in English—including those featured in prior sections of this chapter. However, there were also uniquely inflected narratives, outlets, and actors targeting these distinct communities.

## Chinese-Language Misinformation

EIP analysts identified three types of Chinese-language misinformation: (1) misinformation translated directly from English-language media, (2) misinformation that originates from English-language media but is substantially altered during the adaptation to Chinese-language audiences, and (3) misinformation that originates from Chinese-language media and users.

Additionally, the EIP identified two actors that were prominent in spreading mis- and disinformation in the Chinese-language media sphere, with more complex motives and sophisticated distribution apparatuses: Falun Gong (法輪功), which owns and operates the Epoch Times, and Guo Wengui (also known as Miles Guo) and his associated media enterprises, including Himalaya Global and the GTV/GNews media group.

The more influential of the two is Falun Gong, an exiled, virulently anti-CCP Chinese religious movement.[121] Its media empire consists of the Shen Yun dance troupe, US and overseas newspapers including the Epoch Times, television networks such as New Tang Dynasty TV, and the Sound of Hope Radio Network; the entire media complex has more than 12 million followers. The group's ideological commitments are fluid, save for a long-standing adversarial relationship with the CCP government, but in recent years have trended in a right-wing direction. Beginning in 2016, Falun Gong also grew more assertive in domestic politics in the US, embracing Trump administration rhetoric while pairing its habitual denunciations of the CCP with accusations that Democrats were colluding with them.[122] In 2020 it published extensively on Hunter Biden's alleged ties to the Chinese government.[123]

The other two entities—Himalaya Global and the GTV/GNews media group— maintain close connections to exiled billionaire real estate developer-turned-media tycoon Guo Wengui. Both have forged close connections with domestic US politics and politicians, and in particular former White House chief strategist Steve Bannon. Himalaya Global rarely produces information on its own. Instead, its primary focus is on translating information from English-speaking conservative news sources, including Fox News and Steve Bannon's War Room. It also features a channel of Guo's criticism of the CCP, which is a mixture of

3.5.  Narrative Crossover and Fabrication in Non-English Media

purported whistle-blower statements and conspiracy theories, and reiteration of his support of Donald Trump.[124]  The GTV/Gnews media group, by contrast, was founded directly by Guo Wengui, with the goal of "taking down the CCP."[125] GTV/Gnews also reposted many of Bannon's War Room podcasts.  During the 2020 election in the US, these two media entities actively reposted mis- and disinformation on both electoral processes and unverified stories about the Democratic candidate and his family, particularly on conservative alt-platform Parler.  CCP state-backed media's contribution to mis- and disinformation is discussed in the box on 119.

### Narratives Originating from English-Speaking Sources

Most of the election misinformation that gained widespread reach in the Chinese-American community stemmed from English conservative media sources, and content closely resembled that source material.  Before the election, popular narratives from English-speaking media that made their way into Chinese-speaking online communities included accusations of Democrats manipulating the election, conspiracies surrounding mail-in-ballots, and theories about the Deep State.[126]

Typically, Chinese-language content was published soon after its English version. On November 6, 2020, James O'Keefe of Project Veritas tweeted a video of USPS workers alleging that the USPS Postmaster in Pennsylvania ordered workers to fraudulently backdate ballots.[127]  One day later, the Epoch Times published a Chinese-language article titled "Penn postal worker allegations: postmaster falsifies ballot dates."[128]  The article summarized the videos posted by James O'Keefe without providing any new information.  Similarly, the English-language right-wing news site Distributed News published a story on the "Scorecard" conspiracy described above.  Soon after, the story was picked up and word-for-word republished by Sound of Hope, another media outlet owned and operated by Falun Gong and with a large online following.[129]

Occasionally, Chinese-language users altered the message en route to a new audience.  For example, in late October, English-language Twitter user @ThePubliusUSA posted a video purporting to be shot in a mailroom in Florida's Biden-leaning Miami-Dade County, depicting mounds of undelivered ballots alongside speculation that USPS failures were harming Biden's chances in the county.[130] The video went viral on Twitter before eventually spreading to Weibo, a Beijing-based Chinese-language social media platform, where a US-based Weibo user, Xiyatu Zhixia 西雅图夏至 (Seattle Summer Time), translated the description and shared it with her 119,180 followers.  Notably, her interpretation was more circumspect than the original video's: "If this story proves true, if these are ballots, if the same situation is occurring at other post offices, the consequences will be serious.[131]"

103

### 3.  Incidents and Narratives: The Evolution of Election Misinformation



Figure 3.49: Top, English-language speakers post a video purported to be filmed in a Miami mailroom; bottom, a Weibo user reposts the video, speculating that it might hurt the Democratic Party.

3.5. Narrative Crossover and Fabrication in Non-English Media

**Narratives Unique to Chinese-Speaking Communities**

Chinese-language media did originate its own misinformation, although less frequently. These narratives often added an angle alleging a covert relationship between the Democratic candidate (or Party) and the CCP, therefore accusing both the CCP government and the Democratic Party of corrupting the US election.

For example, a Facebook post from November 6, 2020, by Chen Junjun 陳君君 (Gentleman Chen), captioned as "South Park told the truth eight years ago; the CCP is behind the Democrat's mail-in-ballots voter fraud," featured a 2012 clip from South Park joking that Obama colluded with the Chinese to win the election.[132] The video's final frames claimed "Joe Biden is stealing the election" before exhorting viewers to "Support Trump fight back." A "Himalayan global" icon in the final frame suggests the user may have lifted the video from Miles Guo's media network.



Figure 3.50: A Twitter post accusing China of sending mail-in ballots to the US.[133]

Very occasionally, Chinese-originated misinformation made new claims about

105

3. Incidents and Narratives: The Evolution of Election Misinformation

the US election without a CCP link.  On November 6, Epoch Times posted an article in which Gary Yang, a member of the Michigan Chinese Conservatives Alliance and a poll watcher at the TCF Center in Detroit, claimed that while he and another Republican observed that an estimated 7,000 to 10,000 ballots were counted on election night, ballot counters reported 50,000.  He also claimed the staff were deliberately slowing down the counting process.[134]  Although fact-checking information has not been offered to debunk this specific piece, there has been no convincing evidence of large-scale voter fraud in Michigan.

## Spanish-Language Misinformation

### Narratives Originating from English-Speaking Sources

Similarly to Chinese-language community misinformation, many of the misinformation narratives in the Spanish-language community did not originate from within the community.  Most were translated from English and circulated via prominent platforms like Facebook, Twitter, and YouTube, as well as in closed group chat platforms like WhatsApp, and efforts often appeared coordinated across platforms.[135]  Also similarly to Chinese misinformation dynamics, the most prominent narratives and those shared were either closely aligned with or completely repurposed from right-wing media outlets.  Both grassroots users initiating bottom-up narratives and verified or large-audience influencers had key roles to play in the Spanish-language misinformation ecosystem.

Non-verified, grassroots users were an important source of the Spanish-language misinformation compilations surfaced by the EIP.  Q-adherent users organically "bootstrapped" off English-language theories to present conspiratorial threads as intricate as those of their English counterparts.  In a single thread, one such user linked together several false narratives: James O'Keefe's Michigan USPS whistleblower story and the Hammer software narrative, both discussed above, and a generic QAnon rallying cry.[136]  Twitter placed a label on the original tweet for the Hammer software claim within this longer thread; however, the label on this tweet does not automatically translate to Spanish, even if that is set as the default account language.  This follows a broader trend observed throughout the election season, in which non-English language policy enforcement fell distinctly behind even when the narratives themselves were the same across languages.[137]

The Spanish-language mis- and disinformation sphere also boasted several large-scale influencers who paralleled English-language repeat spreaders in disseminating the top narratives to large audiences.  One example is Aliesky Rodriguez, a Cuban-American Trump supporter living in Florida, who hosts a livestreamed talk show that has peddled almost every one of the aforementioned narratives to his nearly 100,000 subscribers.  Rodriguez's videos often received between

-PA01101-

### 3.5.   Narrative Crossover and Fabrication in Non-English Media



Figure 3.51: A QAnon-adherent Twitter user, now suspended, was extremely active during the election period, collating several English-language misinformation threads into long-form "educational" posts.

50,000 and 110,000 views. For comparison, prominent Spanish-language outlet Univision Noticias, with more than five million subscribers, often receives between 5,000 and 30,000 views per video.

Rodriguez's channel often involves screen sharing and live-translating English-language content while editorializing. On November 5, Rodriguez was joined by co-host Amelia Doval for a "live demo" of the dead voter narrative, one of the theories peddled by English-language repeat spreaders directly after the elections (see Figure 3.52 on the following page). Rodriguez and Doval exaggerated the impact of dead people voting to their Spanish-speaking audience. In subsequent shows, they covered topics such as Sydney Powell's "release the Kraken" statements (described in the Dominion section above), the Supreme Court rulings on contested election results, and the lead-up to the January 6 insurrection.

107