**No. 23-30445**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

Plaintiffs-Appellees,

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

Defendants-Appellants.

_____

On Appeal from the United States District Court
for the Western District of Louisiana

**EXHIBITS TO PLAINTIFF-APPELLEES' OPPOSITION TO
DEFENDANT-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT
RULE 27.3 FOR A STAY PENDING APPEAL
Volume VI**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Scully, Brian ███████████████████████████████████ |
| **Sent:** | 10/27/2020 7:07:18 PM |
| **To:** | ████████████@twitter.com] |
| **Subject:** | RE: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website |

I just sent a note to CIS and EIP to see if we can stop sending you duplicate messages and have reports only come from us. Will keep you posted.

Brian

**From:** ████████████@twitter.com>
**Sent:** Tuesday, October 27, 2020 6:48 PM
**To:** Scully, Brian ██████████@cisa.dhs.gov>
**Subject:** Re: FW: Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian, can we talk about CIS Misinformation reporting duplicate reports to EIP? Possible to just have you escalate?

On Tue, Oct 27, 2020 at 5:59 PM Scully, Brian <███████████@cisa.dhs.gov> wrote:

Please see below reporting from Washington.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** Misinformation Reports <████████@cisecurity.org>
**Sent:** Tuesday, October 27, 2020 5:45 PM
**To:** ███@2020partnership.atlassian.net; Misinformation Reports <████████@cisecurity.org>; Scully, Brian ████████@cisa.dhs.gov>; CFITF <████@hq.dhs.gov>; CISA Central <████@cisa.dhs.gov>
**Subject:** Case #CIS-MIS000076: Alleged Voter Fraud citing VoteWA.gov website

MOLA_DEFSPROD_00010523

CONFIDENTIAL

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report:

Begin forwarded message: Alleged Voter Fraud citing VoteWA.gov website

**From:** ██████████ @sos.wa.gov>
**Date:** October 27, 2020 at 5:36:45 PM EDT
**To:** Misinformation Reports- ██████████ @cisecurity.org>
**Cc:** ██████████ @sos.wa.gov>, ██████████ @sos.wa.gov>, ██████████ @sos.wa.gov>
**Subject: Possible misinformation on Twitter**

Hello,

I wanted to flag this tweet alleging voter fraud in Washington state. I've attached a screenshot of the post itself, and it can be found here: https://twitter.com/NoblePyro/status/1321099753917087745

The reason I am flagging this as potential misinformation is because the user is not posting his ballot, but rather a general page on our VoteWA.gov site that lists current elected officials.

My name is ██████████ and I'm an Executive Receptionist for the Washington Office of the Secretary of State. I can be reached via this email or the number listed in my signature block below. My cell phone is monitored after hours if I need to be reached urgently.

I am also copying Washington State Elections Director ██████████ Office of the Secretary of State Communications Director ██████████ and our Web and Social Media Coordinator ██████████

Please let me know if you have any questions or need additional information.

Thank you.

██████████

██████████

Office of the Secretary of State

Cell: ██████████

Secretary of State

MOLA_DEFSPROD_00010524

CONFIDENTIAL



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited.

MOLA_DEFSPROD_00010525

CONFIDENTIAL

Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010526

CONFIDENTIAL

**From:** Scully, Brian ████████ @cisa.dhs.gov]
**Sent:** 10/21/2020 10:33:33 PM
**To:** ████████ @twitter.com]; ████████ @twitter.com]; ████████ @twitter.com]
**CC:** CFITF [cfitf@hq.dhs.gov]
**Subject:** Fwd: State of IL reporting on "Fake Illinois Twitter" accounts

Hey Team Twitter,

Please see below reporting about accounts impersonating MS-ISAC accounts.

Regards,

Brian

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

████████

████████ @cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

**From:** ████████ @cisecurity.org>

**Sent:** Wednesday, October 21, 2020 10:29 PM

**To:** Masterson, Matthew; ████████

**Cc:** Scully, Brian; Snell, Allison; Hale, Geoffrey

**Subject:** RE: State of IL reporting on "Fake Illinois Twitter" accounts

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM    Document 137-4    Filed 12/01/22    Page 35 of 75 PageID #: 6082

Matt,

We received info from I&A. SOC is notifying all of the MS-ISAC state contacts for the ones that have been identified. I also passed along to the misinfo portal to share with EIP and CFITF.



*Director, EI-ISAC*

██████ @cisecurity.org

24x7 Security Operations Center

██████ @cisecurity.org - ██████

**From:** Masterson, Matthew ██████ @cisa.dhs.gov>
**Sent:** Wednesday, October 21, 2020 10:27 PM
**To:** ██████ @cisecurity.org>
**Cc:** Scully, Brian ██████ @cisa.dhs.gov>; Snell, Allison ██████ @cisa.dhs.gov>; Hale, Geoffrey ██████ @cisa.dhs.gov>; ██████ @cisecurity.org>
**Subject:** Fwd: State of IL reporting on "Fake Illinois Twitter" accounts

See below for a weird one involving the ISAC. I know this isn't the normal reporting channel but wanted you all to see.

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)

MOLA_DEFSPROD_00013736

CONFIDENTIAL

███████ @cisa.dhs.gov

**From:** Joves, Alexander <████████@HQ.DHS.GOV>

**Sent:** Wednesday, October 21, 2020 10:17 PM

**To:** ████████████████████████████ Masterson, Matthew; Hale, Geoffrey; Snell, Allison; ████████████

**Cc:** Enriquez, Antonio; Lyddon, Steven; ████████████

**Subject:** State of IL reporting on "Fake Illinois Twitter" accounts

███████████

Please see report from State of Illinois CISO on new group of fake Twitter accounts purporting to represent States being stood up by MS-ISAC.

Please advise response to IL partners if CISA can share with Social Media company & MS-ISAC for review as being staged for later use/potential disinformation.

Thanks

_____

**Alex Joves**

Regional Director, Region V (IL, IN, MI, MN, OH, WI)

Cybersecurity and Infrastructure Security Agency

████████████ @hq.dhs.gov

**From:** ████████████@illinois.gov>

**Sent:** Wednesday, October 21, 2020 9:01 PM

**To:** Lyddon, Steven ████████@cisa.dhs.gov>; Joves, Alexander <████████@HQ.DHS.GOV>; Enriquez, Antonio ████████@hq.dhs.gov>

**Cc:** **FBI #23** ████@fbi.gov>; **FBI #24** ████@fbi.gov>; ████████
████████@hq.dhs.gov>; ████████@Illinois.gov>

**Subject:** Fwd: Fake Illinois Twittter

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Alex, Steve, Tony

CONFIDENTIAL

Any thoughts on this? These seem staged for use later. Can someone see these are shared with Twitter for

consideration. They are labeled parody accounts so likely an attempt to stay within the TOS for Twitter.


Thank you

█████


Begin forwarded message:

**From:** ████████████████ @illinois.gov>

**Date:** October 21, 2020 at 8:54:40 PM CDT

**To:** ████████████████ @illinois.gov>, ████████████████ @illinois.gov>

**Cc:** ████████████████ @illinois.gov>, ████████████████ @illinois.gov>, █████

████████████ @illinois.gov>, ████████████████ @mail.mil>, █████████

████████████ @mail.mil>

**Subject: Fake Illinois Twittter**


█████████

Several of my CISO peers have been notified about a new group of fake twitter accounts purporting to

represent States being stood up by MS-ISAC.

I've not yet received a notice from MS-ISAC but located

https://twitter.com/officialstateil

which was recently established and is following/being followed by known malicious handles from other states.

Thanks,


█████████ Chief Information Security Officer

Department of Innovation & Technology

Office: █████████ | Cell: █████████

█████ @illinois.gov | www.DoIT.illinois.gov

MOLA_DEFSPROD_00013738

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 137-4   Filed 12/01/22   Page 38 of 75 PageID #:
6085


Innovation & Technology

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00013739

CONFIDENTIAL

| | |
|---|---|
| **From:** | ▮▮▮▮▮ @fb.com] |
| **Sent:** | 11/10/2020 12:17:57 PM |
| **To:** | Misinformation Reports ▮▮▮ @cisecurity.org];Scully, Brian ▮▮▮ @cisa.dhs.gov]; CISA Central ▮▮▮ @cisa.dhs.gov]; CFITF ▮▮▮ @hq.dhs.gov]; ▮▮ @2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This case has been closed out and the Secretary of State's office has been informed. Thanks!

**From:** Misinformation Reports < ▮▮▮ @cisecurity.org>
**Date:** Monday, November 9, 2020 at 5:29 PM
**To:** Brian Scully ▮▮▮ @cisa.dhs.gov>, Central CISA ▮▮▮ @cisa.dhs.gov>, ▮▮ @hq.dhs.gov"
▮▮ @hq.dhs.gov>, ▮▮ @2020partnership.atlassian.net" ▮▮ @2020partnership.atlassian.net>,
Misinformation Reports ▮▮▮ @cisecurity.org>
**Cc:** ▮▮▮ @fb.com>
**Subject:** Case #CIS-MIS000192: allegations that a deceased person voted in Monona County, Iowa

Brian and EIP, we have included Facebook in this report.

Misinformation repot: Facebook post that a deceased person voted in Monona County, Iowa

https://www.facebook.com/amy.zeitler

**From:** ▮▮▮ @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 6:05 PM
**To:** Misinformation Reports ▮▮▮ @cisecurity.org>
**Cc:** ▮▮▮ @sos.iowa.gov>; ▮▮▮ @sos.iowa.gov>
**Subject:** RE: Facebook post

Slight correction on information from below. The voter's record was cancelled due to his death on 10/05/2009, NOT in 1999.

**From:** ▮▮▮
**Sent:** Monday, November 9, 2020 5:02 PM
**To:** Misinformation Reports ▮▮▮ @cisecurity.org>
**Cc:** ▮▮▮ @sos.iowa.gov>; ▮▮▮ @sos.iowa.gov>
**Subject:** FW: Facebook post

Good afternoon,
We received this email from a local election official about a FB post saying a deceased person voted. Attached is a screen shot of the post along with a scanned copy of the voter's cancelled VR record.

**From:** ▮▮▮ @sos.iowa.gov>
**Sent:** Monday, November 9, 2020 4:30 PM

CONFIDENTIAL

**To:** ███████████████ @sos.iowa.gov>
**Subject:** FW: Facebook post

Are you reporting these or is comms?

**From:** ███████████████ @mononacounty.org>
**Sent:** Friday, November 6, 2020 9:10 AM
**To:** ██████████ @sos.iowa.gov>
**Subject:** Facebook post

Good Morning,

I reached out to ███ at Secretary of State's office and he informed me to get this information to you. I received a complaint about a Facebook post that implies a deceased person had voted. I have attached the post from Facebook and my record from I Voters to show you that the person is deceased and has been a canceled vote since 8/18/1999. We also do not have a precinct named ON204. My office received a call from this person's mother yesterday and she was upset. I then had another citizen come into my office wanting to know how this was posted on Facebook. We received another phone call this morning from the step father wanting to know how this is happening. I hope that you can assist with this matter.

*Monona County Auditor &*
*Commissioner of Elections*

@mononacounty.org

*"Believe you can and you're halfway there." – Theodore Roosevelt*

CAUTION: This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to ██████ @sos.iowa.gov

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . . .

MOLA_DEFSPROD_00008650

CONFIDENTIAL

| | |
|---|---|
| **From:** | ████████ @fb.com] |
| **Sent:** | 11/6/2020 12:00:12 PM |
| **To:** | Misinformation Reports ████████ @cisecurity.org]; Scully, Brian ████████ @cisa.dhs.gov]; CISA Central ████████ @cisa.dhs.gov]; CFITF ████████ @hq.dhs.gov]; ████████ @2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ |

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have closed the loop with the partner on this one. Thanks all.

--
████████
U.S. Politics & Government Outreach
E: ████ @fb.com
**FACEBOOK**

---

**From:** ████████ @fb.com>
**Date:** Friday, November 6, 2020 at 10:14 AM
**To:** Misinformation Reports ████████ @cisecurity.org>, Brian Scully ████████ @cisa.dhs.gov>, Central CISA ████ @cisa.dhs.gov>, ████ @hq.dhs.gov" ████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>
**Cc:** ████ @azsos.gov" ████ @azsos.gov>
**Subject:** Re: Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Thanks for sending this over – we're looking into it.

--
████████
U.S. Politics & Government Outreach
E: ████ @fb.com
**FACEBOOK**

---

**From:** Misinformation Reports ████████ @cisecurity.org>
**Date:** Friday, November 6, 2020 at 10:09 AM
**To:** Brian Scully ████████ @cisa.dhs.gov>, Central CISA ████ @cisa.dhs.gov>, ████ @hq.dhs.gov" ████ @hq.dhs.gov>, ████ @2020partnership.atlassian.net" ████ @2020partnership.atlassian.net>, Misinformation Reports < ████ @cisecurity.org>
**Cc:** ████████ @fb.com>
**Subject:** Case #CIS-MIS000182: Misinformation post that Trump already won AZ

Brian and EIP, I included Facebook in this report.

Misinformation report: (private) Facebook post that Trump already won AZ

**From** ████████ @azsos.gov>
**Sent:** Friday, November 6, 2020 9:54 AM

MOLA_DEFSPROD_00008668

CONFIDENTIAL

**To:** Misinformation Reports <​_____​@cisecurity.org>
**Subject:** Fake statement by Arizona Election Worker about fraud

Hi There.

https://www.facebook.com/photo.php?fbid=3966754973352465&set=p.3966754973352465&type=3

This post was on a private FB page, above.  I've included a screenshot.

Thank you!



**KATIE HOBBS**
SECRETARY OF STATE
*State of Arizona*



Information Security Officer
Arizona Secretary of State's Office

Email_____@azsos.gov
Office:
Cell:

*This message and any messages in response to the sender of this
message may be subject to a public records request.*

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008669

CONFIDENTIAL

| | |
|---|---|
| **From:** | Misinformation Reports [███████ @cisecurity.org] |
| **Sent:** | 11/5/2020 5:18:37 PM |
| **To:** | Scully, Brian [██████ @cisa.dhs.gov]; CISA Central [█████ @cisa.dhs.gov]; CRTF [████ @hq.dhs.gov]; [████ @2020partnership.atlassian.net]; Misinformation Reports [███████ @cisecurity.org] |
| **CC:** | [████ @fb.com' [████ @fb.com] |
| **Subject:** | Case#CIS-MIS000177: Facebook post alleging election fraud |
| **Attachments:** | 177.PNG |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP – we have included Facebook in this report.

Misinformation Report: Facebook post alleging election fraud

**From:** [████████ @wisconsin.gov>
**Sent:** Thursday, November 5, 2020 12:53 PM
**To:** [████████ @wisconsin.gov>
**Subject:** FW: FW:

**From:** [████████ @charter.net>
**Sent:** Thursday, November 05, 2020 12:46 PM
**To:** [████████ @wisconsin.gov>
**Subject:** FW:

There are some very frightening statements being posted. I believe this is absolutely garbage. Is there a way to debunk this before it spreads farther.

https://m.facebook.com/story.php?story_fbid=10157811093171886&id=569891885&sfnsn=mo

Sent from my Galaxy

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008679

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM    Document 137-4    Filed 12/01/22    Page 44 of 75 PageID #: 6091

| From: | ███████████ @fb.com] |
|---|---|
| Sent: | 11/4/2020 12:48:44 PM |
| To: | Misinformation Reports ███████ @cisecurity.org]; Scully, Brian ███████ @cisa.dhs.gov]; CISA Central ███████ @cisa.dhs.gov]; CFITF ██ @hq.dhs.gov]; ███ @2020partnership.atlassian.net |
| Subject: | Re: Case #CIS-MIS000153: alleged election fraud in Graves County, KY |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports ███████ @cisecurity.org>
**Date:** Wednesday, November 4, 2020 at 10:11 AM
**To:** Brian Scully ███████ @cisa.dhs.gov>, Central CISA ███████ @cisa.dhs.gov>, ███ @hq.dhs.gov" ███ @hq.dhs.gov>, ███ @2020partnership.atlassian.net" ███ @2020partnership.atlassian.net>, Misinformation Reports ███████ @cisecurity.org>
**Cc:** ███████ @fb.com>
**Subject:** Case #CIS-MIS000153: alleged election fraud in Graves County, KY

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud in Graves County, KY

https://www.facebook.com/glenn.hayden.370

**From:** ███████ @ky.gov>
**Sent:** Wednesday, November 4, 2020 10:42 AM
**To:** Misinformation Reports ███████ @cisecurity.org>
**Subject:** Misinformation

Can you have this taken down. This is Miss information voters were not given the incorrect ballots.

███████

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008689

CONFIDENTIAL

| | |
|---|---|
| **From:** | ██████████@fb.com] |
| **Sent:** | 11/3/2020 7:14:18 PM |
| **To:** | Misinformation Reports ██████@cisecurity.org]; Scully, Brian ██████@cisa.dhs.gov]; CISA Central ██████@cisa.dhs.gov]; CFITF ██████@hq.dhs.gov]; ██████@2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000137: Facebook post alleging election fraud |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Confirming that this has been closed out and the SoS has been notified. Thanks!

---

**From:** Misinformation Reports ██████@cisecurity.org>
**Date:** Tuesday, November 3, 2020 at 4:03 PM
**To:** Brian Scully ██████@cisa.dhs.gov>, Central CISA ██████@cisa.dhs.gov>, ██████@hq.dhs.gov" ██████@hq.dhs.gov>, ██████@2020partnership.atlassian.net" ██████@2020partnership.atlassian.net>, Misinformation Reports ██████@cisecurity.org>
**Cc:** ██████@fb.com>
**Subject:** Case #CIS-MIS000137: Facebook post alleging election fraud

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post alleging election fraud

https://www.facebook.com/photo/?fbid=10213886606959482&set=a.1076542573951

---

**From:** ██████@ky.gov>
**Sent:** Tuesday, November 3, 2020 4:56 PM
**To:** Misinformation Reports ██████@cisecurity.org>
**Subject:** Miss information

Someone sent this to me said that ██████ the actress tweeted this and that it's now going viral this is Miss information.

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008695

CONFIDENTIAL

| | |
|---|---|
| **From:** | ████████████████@fb.com] |
| **Sent:** | 11/3/2020 7:07:19 PM |
| **To:** | Misinformation Reports ████████@cisecurity.org]; Scully, Brian ████████@cisa.dhs.gov]; CISA Central ████████@cisa.dhs.gov]; CFITF ████@hq.dhs.gov]; ████@2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you for including me, I'm moving this through our processes now. I'll update you when I have more information.

Best,

████████

**From:** Misinformation Reports ████████@cisecurity.org>
**Sent:** Tuesday, November 3, 2020 5:52 PM
**To:** Brian Scully ████████@cisa.dhs.gov>; Central CISA ████████@cisa.dhs.gov>; ████@hq.dhs.gov ████@hq.dhs.gov>; ████@2020partnership.atlassian.net ████@2020partnership.atlassian.net>; Misinformation Reports ████████@cisecurity.org>
**Cc:** ████████@fb.com>
**Subject:** Case #CIS-MIS000142: Voter in MI alleges submitting 300 ballots

Brian and EIP, we have included Facebook in this report.

Misinformation report: citizen alleges on Facebook that he submitted 300 ballots

https://www.facebook.com/profile.php?id=1576601744

MOLA_DEFSPROD_00008696

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM    Document 137-4    Filed 12/01/22    Page 47 of 75 PageID #: 6094



**From:** MS-ISAC SOC
**Sent:** Tuesday, November 3, 2020 6:39 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Cc:** MS-ISAC SOC ████@msisac.org>
**Subject:** FW: Michigan Voter Misinformation//Facebook

Please see below. Thanks.



████████

Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

████████████

24x7 Security Operations Center
████@cisecurity.org - ████████████

MOLA_DEFSPROD_00008697

CONFIDENTIAL

 

   

**From:** ████████████████ @michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:35 PM
**To:** MS-ISAC SOC ████ @msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

Yes, please.

████████████████

Michigan Bureau of Elections
████████ @Michigan.gov
Office: ████████████
Cell: ████████████

**From:** MS-ISAC SOC ████ @msisac.org>
**Sent:** Tuesday, November 3, 2020 6:32 PM
**To:** ████████ @michigan.gov>; MS-ISAC SOC ████ @msisac.org>
**Subject:** RE: Michigan Voter Misinformation//Facebook

**CAUTION: This is an External email. Please send suspicious emails to** ████ @michigan.gov

████

Do we have your permission to share this with our federal partners by forwarding to our misinformation mailbox? Please see below.

*Reports of Elections Infrastructure Misinformation ("Misinformation") submitted to the EI-ISAC via* ████████ *@cisecurity.org will be shared with the following organizations: (1) the applicable social media platform provider in order to address the Misinformation identified in the report; (2) the Cybersecurity & Infrastructure Security Agency and the Election Integrity Partnership, for analysis of the Misinformation, in conjunction with other relevant information, to identify potential threats to election security; (3) with the National Association for Secretaries of State and National Association of State Elections Directors for situational awareness. The Misinformation may also be shared with other federal agencies, as appropriate, for situational awareness or in the context of a law enforcement investigation.*



MOLA_DEFSPROD_00008698

CONFIDENTIAL

███
Security Operations Center Analyst II
Multi-State Information Sharing and Analysis Center (MS-ISAC)
Election Infrastructure Information Sharing and Analysis Center (EI-ISAC)

███

24x7 Security Operations Center
██ @cisecurity.org - ████

 

   

**From:** ████████████ @michigan.gov>
**Sent:** Tuesday, November 3, 2020 6:27 PM
**To:** MS-ISAC SOC ████ @msisac.org>
**Subject:** Michigan Voter Misinformation//Facebook

https://www.facebook.com/profile.php?id=1576601744

Hello,
The link below is a Michigan voter who is spreading misinformation being Facebook saying he voted for 300 people. We have had local law enforcement contact him and he has pulled the post. Hours late (about an hour ago) he started posting it again. Is this something you all can assist with getting Facebook to pull down? We have received a number of complaints about this post per hour.

https://www.facebook.com/profile.php?id=1576601744

Thank you!

███

Michigan Bureau of Elections
██ @Michigan.gov
Office: ██
Cell: ██

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

MOLA_DEFSPROD_00008699

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 137-4   Filed 12/01/22   Page 50 of 75 PageID #:
6097

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008700

**From:**  Scully, Brian ████████ @cisa.dhs.gov]
**Sent:**  11/3/2020 4:41:40 PM
**To:**  ████████ @fb.com]
**CC:**  Masterson, Matthew ████████ @cisa.dhs.gov]; ████████ @fb.com]
**Subject:**  Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Glad to help.  Thanks  ████

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████  @cisa.dhs.gov

---

**From:** ████████ @fb.com>
**Sent:** Tuesday, November 3, 2020 4:30:26 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ████████ @cisa.dhs.gov>; ████████ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Your speed and helpfulness here is extremely helpful, thank you so much!!!

---

**From:** Scully, Brian ████████ @cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 4:25:16 PM
**To:** ████████ @fb.com>
**Cc:** Masterson, Matthew ████████ @cisa.dhs.gov>; ████████ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Not sure I understand the distinction you're trying to make, but both components of the narrative are false — the person is not a poll worker and no ballots were destroyed.  I suppose that makes the entire thing a hoax.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████  @cisa.dhs.gov

---

**From:** ████████ @fb.com>
**Sent:** Tuesday, November 3, 2020 4:22:48 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>
**Cc:** Masterson, Matthew ████████ @cisa.dhs.gov>; ████████ @fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

CONFIDENTIAL

P.S. For additional clarity, also trying to confirm here if this entire matter is a hoax versus just the claim a poll worker was destroying ballots.

---

**From:** ████████████████@fb.com>
**Sent:** Tuesday, November 3, 2020, 4:18 PM
**To:** Scully, Brian
**Cc:** Masterson, Matthew; ████████
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Hello again, wanted to follow up on a few points just to be crystal clear -- could you please confirm that (a) the worker in question is not a pollworker; or (b) that he did not, in fact, destroy ballots (or at least that there is no evidence that he destroyed ballots).

Would appreciate this clarity tremendously, thank you so much.

---

**From:** ████████████████@fb.com>
**Sent:** Tuesday, November 3, 2020 3:57:18 PM
**To:** Scully, Brian ████████@cisa.dhs.gov>
**Cc:** Masterson, Matthew ████████@cisa.dhs.gov>; ████████████@fb.com>
**Subject:** Re: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Appreciate the swift response!!

---

**From:** Scully, Brian ████████@cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:52:45 PM
**To:** ████████@fb.com>
**Cc:** Masterson, Matthew ████████@cisa.dhs.gov>
**Subject:** Fwd: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

Statement from PA. Confirms person was not poll worker.

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

████████@cisa.dhs.gov

---

**From:** CFITF ████@hq.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:43:52 PM
**To:** CFITF All ████████@hq.dhs.gov>
**Subject:** FW: EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

MOLA_DEFSPROD_00010421

CONFIDENTIAL

**From:** ▉▉▉▉▉@cisecurity.org
**Sent:** Tuesday, November 3, 2020 8:43:42 PM (UTC+00:00) Monrovia, Reykjavik
**To:** CFITF
**Subject:** EIP-664 Poll worker in Erie PA says announces on Instagram they will throw away Pro-Trump votes

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

———————
Reply above this line.

▉▉▉▉▉@cisecurity.org commented:

The county has issued an official statement on the matter:



View request · Turn off this request's notifications

This is shared with Facebook, EI-ISAC, Twitter, and ▉▉▉▉▉

Powered by Jira Service Desk
▉▉▉

MOLA_DEFSPROD_00010422

CONFIDENTIAL

| | |
|---|---|
| **From:** | Misinformation Reports ███████ @cisecurity.org] |
| **Sent:** | 11/3/2020 3:53:03 PM |
| **To:** | Scully, Brian ███████ @cisa.dhs.gov]; CISA Central ███████ @cisa.dhs.gov]; CFITF ███ @hq.dhs.gov]; ███████ @2020partnership.atlassian.net; Misinformation Reports ███████ @cisecurity.org] |
| **CC:** | ███████ @fb.com] |
| **Subject:** | Case#CIS-MIS000133: Misinformation Facebook post regarding number of votes/voters in CO |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Facebook in this report.

Misinformation report: Facebook post regarding number of votes/voters in Colorado

| | |
|---|---|
| **From:** | ███████ @SOS.STATE.CO.US> |
| **Sent:** Tuesday, November 3, 2020 3:44 PM | |
| **To:** Misinformation Reports ███████ @cisecurity.org> | |
| **Cc:** | ███████ @sos.state.co.us> ███████ @SOS.STATE.CO.US>; ███████ @SOS.STATE.CO.US>; ███████ @SOS.STATE.CO.US>; ███████ @sos.state.co.us>; ███████ @SOS.STATE.CO.US> |
| **Subject:** Potential Foreign Mis/Dis Information on the Election Process – Facebook Post | |

Partners,

As part of the Colorado Department of State's (CDOS) efforts to counter foreign mis/dis information on the election process, we have been made aware of the following inaccurate information. We know this information is false because we've had 2,893,395 vote out of a possible 3,783,589 registered voters. This is not a call to action, but merely providing for you information.

https://www.facebook.com/dpatric/posts/10223827649629519

MOLA_DEFSPROD_00008710

CONFIDENTIAL



**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited, from its original source. The Department does not seek the ability to remove or edit what information is made available on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email. The Department may also share this information with local, state, and federal government agencies.

Thanks,



Election Security Specialist | Department of State

@SOS.STATE.CO.US

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

CONFIDENTIAL

| | |
|---|---|
| **From:** | Misinformation Reports ███████████ @cisecurity.org] |
| **Sent:** | 11/2/2020 4:45:48 PM |
| **To:** | ███████████ @fb.com]; Misinformation Reports ███████████ @cisecurity.org]; Scully, Brian ███████████ @cisa.dhs.gov]; CISA Central ██████ @cisa.dhs.gov]; CFITF ██████ @hq.dhs.gov]; ██████ @2020partnership.atlassian.net |
| **Subject:** | RE: Case #CIS-MIS000105: votes allegedly being changed in election machines. |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, ██████

**From:** ███████████ @fb.com>
**Sent:** Monday, November 2, 2020 4:45 PM
**To:** Misinformation Reports ███████████ @cisecurity.org>; Brian Scully ██████ @cisa.dhs.gov>; Central CISA ██████ @cisa.dhs.gov> ██████ @hq.dhs.gov ██████ @2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

This has been closed out and the SoS has been informed. Thanks!

**From:** Misinformation Reports ███████████ @cisecurity.org>
**Date:** Monday, November 2, 2020 at 12:07 PM
**To:** ██████ @fb.com>, Brian Scully ██████ @cisa.dhs.gov>, Central CISA ██████ @cisa.dhs.gov>, ██████ @hq.dhs.gov" ██████ @hq.dhs.gov>, ██████ @2020partnership.atlassian.net" ██████ @2020partnership.atlassian.net>, Misinformation Reports ██████ @cisecurity.org>
**Subject:** Case #CIS-MIS000105: votes allegedly being changed in election machines.

Misinformation report: votes allegedly being changed in election machines.

██████ - attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ███████████ @cisecurity.org
www.cisecurity.org
Follow us @CISecurity

-PA01325-

CONFIDENTIAL

**From:** ███████████████ @ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports ███████████ @cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. ████████



Executive Director
**State Board of Elections**
a: ████████████████████
p: ████████████████
w: www.elect.ky.gov

Register Online to Vote          Find My Polling Place

Election Calendar               Contact Us

**From:** ████████ @gmail.com ████████████ @gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** ████████████████ @ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

████ has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
████████

Bullitt County Clerk Office

MOLA_DEFSPROD_00008723

CONFIDENTIAL



MOLA_DEFSPROD_00008724

CONFIDENTIAL

Sent from my iPhone

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008725

CONFIDENTIAL

| | |
|---|---|
| **From:** | Scully, Brian ███████@cisa.dhs.gov] |
| **Sent:** | 11/2/2020 1:20:01 PM |
| **To:** | Misinformation Reports ███████@cisecurity.org]; ███████@fb.com' ███████@fb.com]; CISA Central ███████@cisa.dhs.gov]; CFITF ███████@hq.dhs.gov]; ███████@2020partnership.atlassian.net |
| **Subject:** | Re: Case #CIS-MIS000105: votes allegedly being changed in election machines. |

Sounds good. Thanks!

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center

███████@cisa.dhs.gov

**From:** Misinformation Reports ███████@cisecurity.org>
**Sent:** Monday, November 2, 2020 1:19:00 PM
**To:** Scully, Brian ███████@cisa.dhs.gov>; Misinformation Reports ███████@cisecurity.org>; ███████@fb.com> ███████@fb.com>; CISA Central ███████@cisa.dhs.gov>; CFITF ███████@hq.dhs.gov>; ███████@2020partnership.atlassian.net ███████@2020partnership.atlassian.net>
**Subject:** RE: Case #CIS-MIS000105: votes allegedly being changed in election machines.

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

For the time being, we will forward Facebook and Instagram related misinformation reports directly to Facebook. We will continue to add you, CISA, and CFITF to the emails for awareness.

Regards,

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ███████@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

**From:** Scully, Brian ███████@cisa.dhs.gov>
**Sent:** Monday, November 2, 2020 1:14 PM
**To:** Misinformation Reports ███████@cisecurity.org>; ███████@fb.com' ███████@fb.com>; CISA Central ███████@cisa.dhs.gov>; ███████@hq.dhs.gov ███████@2020partnership.atlassian.net
**Subject:** Re: Case #CIS-MIS000105: votes allegedly being changed in election machines.

Thanks for heads up on sharing with FB. Is that the plan going forward?

Brian Scully
DHS Countering Foreign Interference Task Force

CONFIDENTIAL

National Risk Management Center

███████████████  ██████@cisa.dhs.gov

---

**From:** Misinformation Reports ████████████@cisecurity.org>
**Sent:** Monday, November 2, 2020 1:06:57 PM
**To:** ████████@fb.com' ██████████@fb.com>; Scully, Brian ███████████@cisa.dhs.gov>; CISA Central ████████@cisa.dhs.gov>; CFITF ████@hq.dhs.gov>; ████@2020partnership.atlassian.net ███████@2020partnership.atlassian.net>; Misinformation Reports ████████████@cisecurity.org>
**Subject:** Case #CIS-MIS000105:  votes allegedly being changed in election machines.

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Misinformation report: votes allegedly being changed in election machines.

███████ – attached and below is a misinformation post on Facebook on the Bullitt County Clerk's Office (KY). Could you please review?

https://www.facebook.com/bullittcountyclerksoffice/photos/a.237424216303826/3537339692978912/

Brian and EIP – we are forwarding this report directly to Facebook but still want you to be aware of the issue.

Election Infrastructure Information Sharing and Analysis Center
Center for Internet Security
Email: ████████████@cisecurity.org
www.cisecurity.org
Follow us @CISecurity

---

**From:** ████████████@ky.gov>
**Sent:** Monday, November 2, 2020 12:37 PM
**To:** Misinformation Reports <████████@cisecurity.org>
**Subject:** FW: Screenshot 2020-11-02 at 11.41.30 AM

Turning this in for review. ████████

Executive Director
**State Board of Elections**
a:
p:
w:  www.elect.ky.gov

Register Online to Vote          Find My Polling Place

Election Calendar               Contact Us

MOLA_DEFSPROD_00010450

CONFIDENTIAL

**From:** ████████ @gmail.com ████████ @gmail.com]
**Sent:** Monday, November 2, 2020 11:45 AM
**To:** ████████ @ky.gov>
**Subject:** Screenshot 2020-11-02 at 11.41.30 AM

████ has asked me to forward this screenshot to you of a comment on our Facebook post this morning.

Thanks
████████

Bullitt County Clerk Office

MOLA_DEFSPROD_00010451

CONFIDENTIAL



MOLA_DEFSPROD_00010452

CONFIDENTIAL

Sent from my iPhone

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00010453

**Sent:** 11/3/2020 11:14:52 AM
**To:** ███████████ @google.com]
**CC:** CFITF █████ @hq.dhs.gov]
**Subject:** FW: Case #CIS-MIS000101: phishing emails
**Attachments:** OnTime Notification: Incident Number [#NCSBE-64073] Changed; OnTime Notification: Incident Number [#NCSBE-64071] Changed

Hey ████

Wanted to share the attached and below reporting of phishing emails from North Carolina.

Regards,
Brian

**From:** Misinformation Reports ███████ @cisecurity.org>
**Sent:** Saturday, October 31, 2020 5:38 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ██████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>; Misinformation Reports ██████████ @cisecurity.org>; ██ 2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000101: phishing emails

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

**From:** ████████████ @ncsbe.gov>
**Sent:** Saturday, October 31, 2020 5:28 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Cc:** ██████████ @nased.org>
**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...



*Public Information Director*
O:
M:

CONFIDENTIAL

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008522

| From: | ████████████████████ @microsoft.com] |
|---|---|
| Sent: | 11/2/2020 9:36:42 AM |
| To: | Scully, Brian ███████ @cisa.dhs.gov]; ████████████ @microsoft.com]; ██████████████ @microsoft.com] |
| CC: | CFITF ████ @hq.dhs.gov] |
| Subject: | RE: Case #CIS-MIS000101: phishing emails |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian!

We passed these to our threat intel folks over the weekend, and we really appreciate the heads up.

████████████

Director, Strategic Projects, Defending Democracy Program
Microsoft Digital Diplomacy / Customer Security & Trust
████████ @microsoft.com

---

**From:** Scully, Brian ██████████ @cisa.dhs.gov>
**Sent:** Saturday, October 31, 2020 5:58 PM
**To:** ████████████ @microsoft.com>; ███████████████
██████ @microsoft.com>
**Cc:** CFITF ████ @hq.dhs.gov>
**Subject:** [EXTERNAL] Fwd: Case #CIS-MIS000101: phishing emails

Hi ████

Please see attached and below reporting of phishing emails from NC.

Regards,

Brian

Brian Scully

DHS Countering Foreign Interference Task Force

National Risk Management Center

████████

████████ @cisa.dhs.gov

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this

MOLA_DEFSPROD_00008739

CONFIDENTIAL

information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.

---

**From:** Misinformation Reports ██████████@cisecurity.org>
**Sent:** Saturday, October 31, 2020 5:38 PM
**To:** Scully, Brian; CISA Central; CFITF; Misinformation Reports; ██2020partnership.atlassian.net
**Subject:** Case #CIS-MIS000101: phishing emails

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian - Attached are examples of phishing emails received by voters in North Carolina.

EIP – sharing this report in case you are already tracking this issue being shared on social media platforms

**From:** ████████████████@ncsbe.gov>
**Sent:** Saturday, October 31, 2020 5:28 PM
**To:** Misinformation Reports ████████@cisecurity.org>
**Cc:** ████████@nased.org>
**Subject:** Phishing/misinformation emails to N.C. voters

Please see the attached emails. Apparently, NC voters are receiving the messages contained within...

MOLA_DEFSPROD_00008740

CONFIDENTIAL



*Public Information Director*

O:

M

NORTH CAROLINA
STATE BOARD OF ELECTIONS

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008741

CONFIDENTIAL

| | |
|---|---|
| **From:** | Misinformation Reports ████████ @cisecurity.org] |
| **Sent:** | 11/11/2020 8:51:20 PM |
| **To:** | Scully, Brian ████████ @cisa.dhs.gov]; CISA Central ████ @cisa.dhs.gov]; CFITF ████ @hq.dhs.gov]; ████ @2020partnership.atlassian.net; Misinformation Reports ████████ @cisecurity.org] |
| **CC:** | ████ @twitter.com |
| **Subject:** | Case#CIS-MIS000197: allegations of election fraud in Kentucky |
| **Attachments:** | 197.PNG |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP, we have included Twitter in this report.

Twitter, please see below the Misinformation Report submitted by the office of the Secretary of State of Kentucky: tweet alleging election fraud in Kentucky

**From:** ████████ @ky.gov>
**Sent:** Wednesday, November 11, 2020 8:39 PM
**To:** Misinformation Reports ████████ @cisecurity.org>
**Subject:**


https://twitter.com/kimmyann1111/status/1326584103844544512?s=12


These facts are not correct and are spreading misinformation.

████

Get Outlook for iOS

.....
This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008634

CONFIDENTIAL

| | |
|---|---|
| **From:** | ████████████ @twitter.com] |
| **Sent:** | 12/1/2020 7:42:23 PM |
| **To:** | Scully, Brian ████████ @cisa.dhs.gov] |
| **CC:** | ████████ @twitter.com]; ████████████████ @twitter.com]; CFITF ████ @hq.dhs.gov]; |
| | Misinformation Reports ████████ @cisecurity.org] |
| **Subject:** | Re: FW: CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian -

We have labeled the Tweet and are taking steps to limit trending on this.

On Tue, Dec 1, 2020 at 4:40 PM Scully, Brian ████████ @cisa.dhs.gov> wrote:

Hey ████████

Hope you both had a restful Thanksgiving weekend. Please see the below report from GA.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Misinformation Reports ████████ @cisecurity.org>
**Sent:** Tuesday, December 1, 2020 4:38 PM
**To:** Scully, Brian ████████ @cisa.dhs.gov>; CISA Central ████████ @cisa.dhs.gov>; CFITF ████ @hq.dhs.gov>; ████ @2020partnership.atlassian.net; Misinformation Reports ████████ @cisecurity.org>
**Subject:** CIS-MIS000225 - allegations of Dominion hardware/software fraud in Gwinnett County, GA

-PA01340-

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian and EIP - misinformation Tweet related to Dominion hardware/software in Gwinnett County, GA.

A Gwinnett County election official confirmed the misinformation.

https://twitter.com/CodeMonkeyZ/status/1333641704839147520



From: ████████

Sent: Tuesday, December 1, 2020 4:19 PM

To: ████ @gwinnettcounty.com; ████████ @gwinnettcounty.com>; ████ ████████ @gwinnettcounty.com>

Cc: ████████ @cisecurity.org>; Misinformation Reports ████████ @cisecurity.org>

Subject: RE: Possible Gwinnett Election Misinformation

Thank you ████ We will report this tweet to Twitter along with your explanation. We will keep you posted.

Thanks,

████

From: ████████ @gwinnettcounty.com ████████ @gwinnettcounty.com>

Sent: Tuesday, December 1, 2020 4:13 PM

To: ████████ @gwinnettcounty.com>; ████████ @cisecurity.org>; ████████ @gwinnettcounty.com>

MOLA_DEFSPROD_00008601

CONFIDENTIAL

**Cc:** ████████████@cisecurity.org>;  Misinformation Reports ███████@cisecurity.org>
**Subject:** RE: Possible Gwinnett Election Misinformation

Good Afternoon

To clarify, the USB drive was not inserted into a scanner, the scanners are connected to server through cables.

The images and video show a Dominion tech producing a data report on the server and saving the report to a Dominion USB thumb drive and then using a laptop to filter requested information. The Dominion servers are not equipped with Excel and counties are not authorized to install any hardware or software on these systems



████████████ Assistant Elections Supervisor / Asistente del Supervisor de Elecciones | Gwinnett County Board of Voter Registrations and Elections / Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett | Phone / Teléfone; ██████ | Address / Dirección: ████████████

████████ @gwinnettcounty.com
*Find out what's going on in Gwinnett County. Sign up for email newsletters today!*

**From:** ████████████@gwinnettcounty.com>
**Sent:** Tuesday, December 1, 2020 3:51 PM
**To:** ████████@cisecurity.org>; ████████████@gwinnettcounty.com>
**Cc:** ████████████@cisecurity.org>;  Misinformation Reports ███████@cisecurity.org>; ████████@gwinnettcounty.com>
**Subject:** RE: Possible Gwinnett Election Misinformation

Hi,

Unfortunately, I'm out of the office today. I've copied ████████ assistant elections supervisor, on this email. Earlier today he shared some information with our Communications Director that he can now share with you in order to help.

Thanks,

████

MOLA_DEFSPROD_00008602

CONFIDENTIAL

Sent via the Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------

From: ███████████████ @cisecurity.org>

Date: 12/1/20 3:20 PM (GMT-05:00)

To: ███████████████ @gwinnettcounty.com>, ███████████
███████████ @gwinnettcounty.com>

Cc: ███████████████ @cisecurity.org>, Misinformation Reports ███████████ @cisecurity.org>

Subject: Possible Gwinnett Election Misinformation

**CAUTION:** This email originated from outside of Gwinnett County Government. Maintain caution when opening links, attachments, or responding. When in doubt, contact ████████ @gwinnettcounty.com.

Hi ██████

The EI-ISAC, and our partners at the Election Integrity Partnership (EIP), are tracking a social media post that is gaining traction very quickly. It is likely a misunderstanding but is being portrayed on social media as some sort of nefarious act. If you can clarify for us what is being shown (if it even happened), we can work with the social media platforms to try and have the posts removed as misinformation. Please let us know as soon as possible.

**URLs**

https://twitter.com/CodeMonkeyZ/status/1333641704839147520

Thanks,

██████

██████████

Sr. Director of Election Security

█████████ @cisecurity.org

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 137-4   Filed 12/01/22   Page 75 of 75 PageID #: 6122



This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

.....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008604



# MEMES MAGNETS AND MICROCHIPS

## NARRATIVE DYNAMICS AROUND COVID-19 VACCINES

Case: 23-30445   Document: 43-7   Page: 48   Date Filed: 07/17/2023

Date Filed: 07/17/2023

Page: 49

Document: 43-7

Case: 23-30445

# Memes, Magnets, and Microchips

## Narrative dynamics around COVID-19 vaccines

The Virality Project
www.viralityproject.org

Stanford Internet Observatory
NCoC Algorithmic Transparency Institute
NYU Tandon School of Engineering
NYU Center for Social Media and Politics
UW Center for an Informed Public
Digital Forensic Research Lab
Graphika

2022

© 2022 The Virality Project

This report is made available under a Creative Commons
Attribution-NonCommercial-NoDerivatives 4.0 License (international)
https://creativecommons.org/licenses/by-nc-nd/4.0/

1.0.1 (April 26, 2022)

Cover Illustration by Tuan Anh Nguyen

APA Style:

The Virality Project (2022). Memes, Magnets and Microchips: Narrative dynamics around COVID-19 vaccines. Stanford Digital Repository. v1.0.1
Available at https://purl.stanford.edu/mx395xj8490

Case: 23-30445   Document: 43-7   Page: 50   Date Filed: 07/17/2023

Date Filed: 07/17/2023   Page: 51   Document: 43-7   Case: 23-30445

## Executive Editors

Renée DiResta
Elena Cryst
Lily Meyersohn

## Contributors

Taylor Agajanian
Osiris Cruz-Antonio
Elena Cryst
Renée DiResta
Kaitlyn Dowling
Laura Edelson
Kris Fortmann
Toni Friedman
Cameron Hickey
Zoe Huczok
Lindsay Hurley

Alyssa Kann
Kathy Liu
Matt Masterson
Erin McAweeney
Lily Meyersohn
Carly Miller
Chase Small
Abigail Tarquino
Julia Thompson
Kyle Weiss

*This report was edited by Eden Beck and designed by David Thiel.*

## Acknowledgements

This project was supported by a team of researchers and analysts who dedicated their time during the full monitoring period: Sam Bradshaw, Nicole Buckley, Jack Cable, Julienne Ching, Emma Dolan, Paul Duke, Isabella García-Camargo, Josh Goldstein, Jennifer John, Katie Jonsson, Connor Klentschy, Kolina Koltai, Kathy Liu, Pierce Lowary, Damon McCoy, Rachel Moran, Ashwin Ramaswami, Zeve Sanderson, Joey Schafer, Isaac Schaider, Divya Suresh Kumar, Alex Zaheer.

We would like to acknowledge feedback and support from the following colleagues:

Dan Bateyko
Michael Caulfield
Chris Giles
Kate Starbird
David Thiel

i

Case: 23-30445   Document: 43-7   Page: 52   Date Filed: 07/17/2023

# Contents

**Executive Summary**     **1**

**1 Introduction**     **7**
   1.1 Persistent Tactics, Actors, and Narratives . . . . . . . . . . . . . 10
      1.1.1 Anti-Vaccine Themes, Tropes, and Narratives . . . . . . . . 13
   1.2 Informing the Scope of the Virality Project . . . . . . . . . . . . 14
      1.2.1 Detecting In-Scope Content . . . . . . . . . . . . . . . . . 15
      1.2.2 External Stakeholder Engagement . . . . . . . . . . . . . 17
   1.3 Outputs and Impact . . . . . . . . . . . . . . . . . . . . . . . . 18
   1.4 Reading this Report . . . . . . . . . . . . . . . . . . . . . . . . 20

**2 Data Collection & Statistics**     **27**
   2.1 Workflow and Analysis Methodology . . . . . . . . . . . . . . . . 27
      2.1.1 Monitoring, Intake, and Ticketing System . . . . . . . . . . 27
      2.1.2 Engagement Data Collection . . . . . . . . . . . . . . . . 30
   2.2 Engagement: An Imperfect Metric . . . . . . . . . . . . . . . . . 31
   2.3 Engagement with Vaccine Misinformation Over Time . . . . . . . 32
   2.4 Engagement by Category . . . . . . . . . . . . . . . . . . . . . . 32
   2.5 Engagement by Tactic . . . . . . . . . . . . . . . . . . . . . . . . 34
   2.6 Engagement Driven by Recurring Actors . . . . . . . . . . . . . . 34
   2.7 Engagement by Community . . . . . . . . . . . . . . . . . . . . . 36
   2.8 Viral Incidents . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
   2.9 Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

**3 Narratives**     **42**
   3.1 Narrative Categories . . . . . . . . . . . . . . . . . . . . . . . . 43
   3.2 Case Studies by Category . . . . . . . . . . . . . . . . . . . . . . 45
      3.2.1 Safety Narratives . . . . . . . . . . . . . . . . . . . . . . 45

ii

Contents

    3.2.2  Distribution Narratives . . . . . . . . . . . . . . . . . . . .  52
    3.2.3  Conspiracy Theories . . . . . . . . . . . . . . . . . . . . .  58
3.3  Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  61

**4  Actors & Tactics**  **74**
4.1  A Cast of Recurring Actors . . . . . . . . . . . . . . . . . . . . . .  74
    4.1.1  Long-Standing Anti-Vaccine Influencers . . . . . . . . . . .  75
    4.1.2  Wellness & Lifestyle Influencers . . . . . . . . . . . . . . .  77
    4.1.3  Pseudomedical Influencers . . . . . . . . . . . . . . . . . .  79
    4.1.4  Conspiracy Theory Influencers . . . . . . . . . . . . . . . .  82
    4.1.5  Right-Leaning Political Influencers . . . . . . . . . . . . .  83
    4.1.6  Medical Freedom Influencers . . . . . . . . . . . . . . . . .  86
    4.1.7  Defies Classification . . . . . . . . . . . . . . . . . . . . .  88
4.2  Spanish and Chinese Influencers . . . . . . . . . . . . . . . . . . .  90
    4.2.1  Spanish: Doctors for Truth and Natalia Prego Cancelo . . . .  91
    4.2.2  Chinese: Guo Wengui and Yan Li-Meng . . . . . . . . . . .  93
4.3  Foreign Actors . . . . . . . . . . . . . . . . . . . . . . . . . . . .  96
    4.3.1  Russia . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  98
    4.3.2  China . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  100
    4.3.3  Iran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  101
4.4  Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  104

**5  Platform Policies for Anti-Vaccine Content**  **123**
5.1  Platform Moderation . . . . . . . . . . . . . . . . . . . . . . . . .  123
    5.1.1  Pre-COVID-19 Vaccine-Related Policies . . . . . . . . . . .  124
    5.1.2  COVID-19-Related Policies . . . . . . . . . . . . . . . . . .  125
    5.1.3  Policy Enforcement: Remove, Reduce, Inform . . . . . . . .  125
5.2  Nuances and Gaps in Vaccine-Related Policies . . . . . . . . . . .  129
    5.2.1  Personal Stories . . . . . . . . . . . . . . . . . . . . . . .  130
    5.2.2  Medical Freedom Claims . . . . . . . . . . . . . . . . . . .  130
    5.2.3  Sensationalized or Decontextualized Content . . . . . . . .  131
5.3  Authoritative Sources and the Deplatforming Debate . . . . . . . .  133
    5.3.1  Elevating Authoritative Sources . . . . . . . . . . . . . . .  133
    5.3.2  Deplatforming Harmful Sources . . . . . . . . . . . . . . .  134
5.4  Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  136

**6  Recommendations for Stakeholders**  **140**
6.1  Recommendations for Research Partners . . . . . . . . . . . . . .  140
6.2  Recommendations for Public Health Partners . . . . . . . . . . . .  141
6.3  Recommendations for Government Partners . . . . . . . . . . . . .  142
6.4  Recommendations to Platforms . . . . . . . . . . . . . . . . . . .  145
6.5  Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  146

iii

Case: 23-30445    Document: 43-7    Page: 53    Date Filed: 07/17/2023

Case: 23-30445      Document: 43-7      Page: 54      Date Filed: 07/17/2023

Contents

| | |
|---|---|
| **Appendices** | **150** |
| A  **Research Limitations** | **150** |
| B  **Definitions** | **153** |
| C  **Policy Timeline (Sources)** | **156** |
| D  **Platform Policy Tables (Sources)** | **160** |
| **Bibliography** | **179** |

iv

Case: 23-30445   Document: 43-7   Page: 55   Date Filed: 07/17/2023

# Executive Summary

Since the start of the global COVID-19 pandemic, global authority figures, institutions, and the public have struggled to share accurate health information. As early as February 2020, the World Health Organization declared an *infodemic*, a glut of news pouring in and harming peoples' ability to find trustworthy sources.[1] Mis- and disinformation spread widely.[i] Social media companies, pressured and incentivized to curate the news, sought to surface *accurate* information about the pandemic, but faced a problem: What should they amplify in the absence of clear scientific consensus? As they pondered, anti-vaccine sentiments grew. Were the vaccines safe? Had our governments overstepped? Misinformation distorted answers to these questions. The global crisis created opportunities for governments, financially motivated actors, and conspiracy theorists to construct or amplify narratives[ii] that served their interests. The preexisting US anti-vaccine movement[iii] began to insert itself into the national conversation. As far back as January 2020, when talk of a COVID-19 vaccine was purely theoretical, anti-vaccine activists perceived an opportunity to undermine confidence in any and all vaccinations. As vaccinations rolled out in the US in late 2020, anti-vaccine activists became increasingly focused on undermining their uptake.[2]

It was against this backdrop that the Virality Project (VP) came together. VP was formed from a collection of research institutions with experience identifying and understanding the spread of mis- and disinformation: the Stanford Internet Observatory, the University of Washington Center for an Informed Public, the Atlantic Council's Digital Forensic Research Lab, Graphika, the National Conference on Citi-

---

[i]See Appendix B: Definitions for definitions of "misinformation" and "disinformation" as used in this report.

[ii]See Appendix B: Definitions for a definition of "narrative" as used in this report.

[iii]See Appendix B: Definitions for definitions of "anti-vaccine" and "anti-vaccine activist" as used in this report.

1

Date Filed: 07/17/2023     Page: 56     Document: 43-7     Case: 23-30445

Executive Summary

zenship (NCoC)'s Algorithmic Transparency Institute, and New York University's Center for Social Media and Politics and Tandon School of Engineering.

Drawing on scholarship documenting the who, what, and how of the anti-vaccine movement, the Virality Project identified four categories of well-established narratives that were considered in-scope for VP research on social media platforms: (1) safety, (2) efficacy and necessity, (3) development and distribution, and (4) conspiracy theory. The VP team developed technology to identify emerging narratives, to understand what communities they appeared within, and to gauge their scope, speed, and spread. In addition, the analysts assessed social media platforms' published policies to understand how (if at all) platforms might limit or action the spread of misleading vaccine-related content.

## Key Takeaways

**Anti-vaccine narratives related to the COVID-19 vaccine are not new.**

- Long-standing anti-vaccine narratives were adapted and inflected for the COVID-19 vaccine.
- While these narratives traded in COVID-19 specifics, such as the new mRNA vaccines, the global infection rates, and the individual experiences of COVID-19 vaccine recipients, many hinged on repeated storylines that have long been popular within the anti-vaccine community.
- Anti-vaccine narratives within non-English-speaking communities on mainstream platforms in the US were largely translated from English-language content, though with some notable differences and specific influencers.

**Vaccine mis- and disinformation was largely driven by a cast of recurring actors.**

- Actors within the US include long-standing anti-vaccine influencers and activists, wellness and lifestyle influencers, pseudomedical influencers,[iv] conspiracy theory influencers, right-leaning political influencers, and medical freedom influencers.
- Foreign actors in China, Russia, and Iran took a full-spectrum propaganda approach, spanning both media and social media, to influence vaccine conversations in the US and around the world. However, these actors' reach appeared to be far less than that of domestic actors.

---

[iv]See Appendix B: Definitions for a definition and explanation of our use in this report of the term "pseudomedical," derived from the concept of "pseudoscience."

2

**Online engagement with vaccine mis- and disinformation is highly variable and shaped by social media platforms' structures and policies.**

- Engagement is driven by viral content that spreads outside its initial community of focus.

- Conspiracy theory incidents made up a relatively smaller number of incidents but appeared to be more engaging than incidents in other categories.

- While online platforms have made progress in creating and enforcing vaccine-related policies, gaps still exist.

Detection, however, was only part of the work. The Virality Project also sought to relate its findings to the public and to stakeholders in public health, government, and civil society. Outputs focused on creating situational awareness, public communication, and education. The Virality Project's weekly briefings in particular provided stakeholders responsible for countering emerging vaccine mis- and disinformation with information that helped them allocate their resources and tailor their responses to have the greatest impact.

# Key Recommendations

## Research Institutions

Research institutions that study social media can help civil society and government partners better understand the dynamics of emerging narratives through their visibility into public platform data. Doing this most effectively requires two things:

- Lean in to the institution's research strengths and engage research partners who complement those strengths. Define roles and responsibilities based on competencies; for example, counter-messaging efforts may go to one team while another examines messaging distribution.

- Streamline a tip line process to make it easy for civil society and government partners to share observations. Establish a feedback loop to discuss what types of analysis or tips are most relevant.

## Public Health Partners

Public health experts know that social media content exacerbates vaccine hesitancy. They are also uniquely suited to provide accurate, trusted information to communities that become concerned about false or misleading claims. They can leverage their position most effectively through strategic communication:

- Focus on countering or addressing misinformation themes and tropes, not attempting to fact-check individual incidents.

3

- Be transparent with the public about known unknowns.
- Communicate personal stories about the vaccine's benefits with support from data; statistics alone are not the most compelling counter-messaging content.

## Government

Federal, state, and local leaders need to position themselves to and develop capabilities for communicating to the public when harmful misinformation goes viral. This need extends beyond COVID-19. However, the government must also recognize that it is not always the best messenger for countering misinformation within targeted communities. A networked approach is needed:

- Develop and maintain clear channels of communication that enable federal, state, and local agencies to understand and learn from what might be happening in other regions. Federal Information Sharing and Analysis Centers (ISAC) are one path forward.

- Address vaccine hesitancy in underserved communities through collaboration with trusted voices—and build those relationships before they are needed.

- Implement a Misinformation and Disinformation Center of Excellence housed within the Cybersecurity and Infrastructure Security Agency.[3]

- Establish a rumor-control mechanism to address nationally trending narratives.

## Platforms

Platforms owe the public transparency and accountability as they face the challenges of deciding what to surface, what to curate, and how to minimize the virality of harmful false claims. Tech platform policies against public health misinformation should be clear and precise, and their enforcement should be consistently applied. To these ends, platforms should:

- Consistently enforce policies, particularly against recurring actors.

- Continue to improve data sharing relationships with researchers.

Over the course of its seven months of work, the Virality Project observed narratives that questioned the safety, distribution, and effectiveness of the vaccines. Its work and its researchers appeared in outlets such as the *New York Times*, the *Atlantic*, and NBC News and informed the perspectives of reports from the Center for Strategic and International Studies and the Rockefeller Foundation;[4] the Office of the Surgeon General incorporated VP's research and perspectives into its own vaccine misinformation strategy.[5] The Virality Project partnership demonstrated that a focused, well-coordinated collaboration between academia, nonprofits, and

4

Case: 23-30445      Document: 43-7      Page: 59      Date Filed: 07/17/2023

the private sector can provide nimble analysis and support to stakeholders who desperately need it.

The enormity of the challenge demands a whole-of-society response and cross-agency collaboration. Moving forward, there is a need for a non-governmental independent research entity to spearhead VP-style collaboration around emerging mis- and disinformation.

The Virality Project report authors hope that this document offers a view not only of the collective challenge, but of a possible path forward.

5

Case: 23-30445     Document: 43-7     Page: 60     Date Filed: 07/17/2023

# Notes

1. "Novel Coronavirus(2019-nCoV) Situation Report — 13," *World Health Organization*, February 2, 2020, https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200202-sitrep-13-ncov-v3.pdf.

2. Tara Haelle, "This Is the Moment the Anti-Vaccine Movement Has Been Waiting For," *New York Times*, August 31, 2021, https://www.nytimes.com/2021/08/31/opinion/anti-vaccine-movement.html.

3. Matt Masterson et al., "The Case for a Mis- and Disinformation Center of Excellence," July 8, 2021, https://www.viralityproject.org/policy-analysis/center-of-excellence.

4. Davey Alba, "Virus Misinformation Spikes as Delta Cases Surge," *New York Times*, updated August 11, 2021, https://www.nytimes.com/2021/08/10/technology/covid-delta-misinformation-surge.html; Renée DiResta, interview with Andrew Schwartz and Stephen Morrision, *Coronavirus Crisis Update*, June 8, 2020, prod. Center for Strategic and International Studies (podcast), https://www.csis.org/node/56959; Rockefeller Foundation, *How Communicators Can Fight Misinformation, with The Virality Project*, aired July 14, 2021 (webinar), https://www.rockefellerfoundation.org/video/how-communicators-can-fight-misinformation-with-the-virality-project/.

5. Surgeon General of the United States, "Confronting Health Misinformation: The U.S. Surgeon General's Advisory on Building a Healthy Information Environment," *Office of the US Surgeon General*, July 15, 2021, https://www.hhs.gov/sites/default/files/surgeon-general-misinformation-advisory.pdf.

6

Date Filed: 07/17/2023     Page: 61     Document: 43-7     Case: 23-30445

Chapter **1**

# Introduction

In early 2020, as what was then called the "novel coronavirus" was largely confined to China, researchers at the Stanford Internet Observatory noticed emerging mis- and disinformation[i] narratives[ii] surrounding the virus and related containment measures. As media worldwide covered the growing threat of the disease, Chinese state media attempted to downplay the emerging crisis and boasted of how effectively the Chinese Communist Party was handling the situation.[1] Social media debates about the origin of the virus were incorporated into geopolitical power games as it spread; a variety of governments leveraged online theories, including bioweapon conspiracy theories, to deflect blame from their own citizens around their handling of the crisis and seize an opportunity to denigrate the response of rivals.[2]

The disease spread rapidly and globally, capturing mass popular attention worldwide. Few topics have commanded and sustained attention at such a global level, across both traditional media and social media. The public—as well as global authority figures and institutions—struggled to make sense of rapidly evolving theories about the disease, how it spread, and whether it could be treated or prevented. Sustained, widespread attention on the topic afforded a unique opportunity for governments, economically motivated actors, conspiracy theorists, and partisan activists alike to leverage the catastrophe in service to their interests. And so, alongside fear about the burgeoning pandemic came widespread concern about a parallel *infodemic*, a proliferation of mis- and disinformation that could harm both individual and public health.[3]

However, it was not always clear what *was* misinformation; in the case of the novel coronavirus, it was often simply not yet clear what was true or where scientific consensus lay. Social media companies found themselves facing a unique challenge

---

[i] See Appendix B: Definitions for definitions of "misinformation" and "disinformation" as used in this report.

[ii] See Appendix B: Definitions for a definition of "narrative" as used in this report.

7

Case: 23-30445     Document: 43-7     Page: 62     Date Filed: 07/17/2023

## 1. Introduction

as they sought to curate and surface *accurate* information about the pandemic: Ground truth about COVID-19 was rapidly evolving, and even institutional experts were not always aligned on the facts; however, communicating the most accurate information possible was critically important because of the potential significant impact on individual and community health. As the pandemic spread, infecting millions, people sought out cures even as wildly inaccurate claims about available medications and vitamin supplements went viral. Viral posts that claimed to have the answers to the public's most pressing questions appeared online; fact-checkers struggled to evaluate them, and platforms wrestled with whether to leave them up or take them down. Social media influencers of varying backgrounds debated the merits and efficacy of masking, providing detailed breakdowns of their analyses in public posts. Institutional health authorities, by contrast, were often reticent and slow to communicate, even as the public sought answers and social media companies looked to them for authoritative information to amplify.[4] A very significant set of challenges presented themselves: What should social media companies surface or amplify in the absence of clear scientific consensus? Which of the myriad influencers[iii]—some with massive audiences—were spreading reliable information? This challenge was exacerbated in the United States by the partisan divides that rapidly emerged as states organized responses to the pandemic. In the months before vaccines or treatments emerged, governments worldwide turned to preventative measures such as masking requirements and lockdowns. In the US, these measures were quickly framed as affronts to liberty by facets of the US right-wing political spectrum,[5] turning individual responses to the virus into a function of political identity.[6]

Within this chaotic environment, the long-established US anti-vaccine movement[iv] began to insert itself into the national conversation. Movements encompass coordinated, collaborative efforts to bring about social change; the anti-vaccine movement is well-coordinated and expansive domestically and internationally, and it increasingly collaborates with groups ranging from the Nation of Islam to right-wing militias.[7] It has been moderately successful in its efforts to undermine an array of public health efforts nationwide, particularly those that attempt to strengthen childhood vaccine uptake.[8] One of the keys to its success is a strong understanding of the tactics of social media activism.[9] And so, in January 2020, when the virus that caused the pandemic did not yet have a name and talk of a vaccine was purely theoretical, anti-vaccine activists perceived an opportunity to undermine confidence in vaccinations writ large and to begin to frame the outbreak as part of a mass plot by a shadowy global cabal to force-vaccinate the global population.[10] These theories were initially largely confined to insular echo chambers whose members had long focused on vaccines, alternative health, and wellness, as well as the QAnon conspiracy theory community. But on May 4, 2020, the video *Plandemic* burst onto

---

[iii]See Appendix B for a definition of "anti-vaccine influencer" as used in this report.
[iv]See Appendix B for definitions of "anti-vaccine" and "anti-vaccine activist" as used in this report.

the scene. It was a slickly produced litany of false and misleading claims about COVID-19, delivered by a discredited scientist presented as a whistleblower figure; the video made broad conspiratorial allegations of profiteering and cover-ups.[11] *Plandemic* was successfully propelled across social media in part due to a highly mobilized QAnon online ecosystem.[12] Before the major social media platforms began to take down the video—which was in violation of their COVID-19 misinformation policies—*Plandemic* amassed tens of millions of views and was shared into a wide variety of communities.[13] Several prominent anti-vaccine activists began to post regularly about COVID-19; their followings began to increase, despite prior platform efforts to reduce the spread of false and misleading claims from anti-vaccine figures. As the possibility of a vaccine became more of a reality as 2020 progressed, anti-vaccine activists focused on preemptively undermining uptake.[14] Several of the vaccines in development used relatively novel mRNA technology, which afforded an opportunity to present them as untested, unsafe, rushed, or risky, even to audiences who had taken all previously recommended vaccines.

It was against this backdrop that the Virality Project (VP) came together. A collection of research institutions had previously collaborated through the Election Integrity Partnership (EIP)[v] to identify and understand the spread of election mis- and disinformation in the US during the 2020 presidential campaign.[vi] In December 2020, these partners jointly observed that the same tactics used to great effect during the 2020 election were already in use to expand the spread of COVID-19 vaccine mis- and disinformation; for example, false and misleading claims spread quickly through tactics like "friend-of-a-friend" narratives[15] or by way of highly influential recurring actors,[vii] such as anti-vaccine activist Robert F. Kennedy Jr. The Project's broad array of institutions enabled information sharing and rapid response when false and misleading information percolated across social platforms.

The Project's original framing document articulated the threat:

> **A surge of anti-vaccine disinformation will pose significant challenges to the rollout and public adoption of COVID-19 vaccines in the United States.** The anti-vaccine movement has well-developed online networks and expertise in leveraging social channels to spread its messages. For years, its activists have fought against state-level legislation related to school immunizations and have built coalitions with communities: those who believe that vaccination requirements are government overreach on one side, and wellness and parenting influencers on another. The movement is experienced and well funded, and it can easily generate in-the-streets action. It is adept at pushing targeted

---

[v] More information about the Election Integrity Partnership can be found at https://www.eipartnership.net/about.

[vi] A full report of EIP's findings is available at https://purl.stanford.edu/tr171zs0069.

[vii] See Appendix B: Definitions for a definition of "recurring actor" as used in this report.

9

Date Filed: 07/17/2023

Page: 64

Document: 43-7

Case: 23-30445

1. Introduction

messages to specific demographic communities, preying on fear. In the immediate future, it will expend significant efforts to enter mainstream conversation and erode confidence in the COVID-19 vaccines that come to market.

The Virality Project adopted a multistakeholder collaboration with civil society organizations, social media platforms, and government entities to respond to mis- and disinformation around the novel vaccines. The research institutions that comprised the Election Integrity Partnership—the Stanford Internet Observatory, the University of Washington's Center for an Informed Public, the Atlantic Council's Digital Forensic Research Lab, and Graphika—along with new partners the National Conference on Citizenship (NCoC)'s Algorithmic Transparency Institute and New York University's Center for Social Media and Politics and Tandon School of Engineering—all elected to participate in this new initiative: the Virality Project. The partners brought together extensive research knowledge on the spread of online misinformation, quantitative social science research tools, and NCoC's Junkipedia misinformation monitoring platform.

These partnerships allowed the Virality Project to effectively observe online conversations about COVID-19 vaccines for six months. This report details our findings and recommendations.

## 1.1   Persistent Tactics, Actors, and Narratives

Beliefs about vaccines shape vaccine uptake, and vaccine uptake has profound implications for the health and well-being of all societies, worldwide. In 2019, the World Health Organization listed vaccine hesitancy as a global health threat.[16] While hesitancy dates back to the very first vaccines, the mechanisms by which people get information about immunizations, and the extent to which they trust the public health authorities who promote them, have shifted in the era of blogs and social media platforms. COVID-19, and its vaccines, emerged within this context.

Perhaps the most prominent example of misinformation about vaccines leading to decreased uptake can be found in the dynamics surrounding the measles, mumps, and rubella (MMR) vaccine.[17] A 1998 study by Andrew Wakefield in *The Lancet* bore much of the responsibility for sparking fears about the safety of the MMR vaccine by alleging a correlation between the vaccine and autism. In the early 2000s, this study propelled the anti-vaccine movement into the public eye, with celebrities and politicians promoting their concerns about the vaccine on television and in the media.[18] This misinformation and the resulting fear have persisted even though the study was retracted in 2010 and Wakefield lost his medical license, and despite dozens of subsequent studies finding no connection between the MMR vaccine and autism.[19] Though the Centers for Disease Control and Prevention (CDC) officially declared measles eliminated in the US in 2000, undervaccinated communities remain

10

Case: 23-30445     Document: 43-7     Page: 65     Date Filed: 07/17/2023

at risk of outbreaks from visiting international travelers with the disease—as was seen in the 2018–2019 outbreaks in the Orthodox Jewish community in New York City, when a total of 649 cases of measles were confirmed within an eight-month period.[20] The CDC has suggested that misinformation was a significant factor in contributing to that string of outbreaks.[21]

As public life moved into online spaces in the early aughts, the anti-vaccine movement moved with it. As scientific research moved toward the consensus that vaccines were not causing autism, broadcast media gradually ceased providing coverage of the false claim. However, the internet had no editorial gatekeepers, and the anti-vaccine movement began to produce its own blogs and message board communities to further perpetuate the theory, particularly focused on new parents searching for information. Although it is difficult to measure the direct causal relationship, research has repeatedly suggested a correlation between misinformation spread online and increased levels of vaccine hesitancy.[22] A 2010 study found that viewing a website critical of vaccines for just five to ten minutes could increase the viewer's perception of vaccine risks and decrease the perception of the risks of vaccine omission.[23] Other scholarship shows that as people increasingly turn to the internet for vaccination advice and are led to anti-vaccine websites, vaccine uptake suffers.[24] The unique social structure of the internet can also help reinforce the spread of anti-vaccine viewpoints: even for many people who may be undecided about vaccination, repeated contact with hesitant peers online may shore up the perceived legitimacy of anti-vaccine beliefs.[25] Although online clusters of anti-vaccine users may be smaller in overall size than pro-vaccine clusters, the online landscape allows anti-vaccine clusters to become highly entangled with clusters of users who are undecided on vaccines, enabling the potential for explosive growth in anti-vaccine views.[26]

Connections made possible through social media platforms further enabled pathways for the spread of vaccine misinformation. Surveys conducted in 2019, during the US's worst measles outbreak in 25 years, found that users of social media are more likely to be misinformed about vaccines than traditional media users.[27] In the past few years, researchers have found that the use of social media to organize offline action is highly correlated with a belief that vaccines are unsafe—and that the more organization occurs on social media, the more strongly people believe vaccines are unsafe.[28] The new opportunities afforded through social media, such as connecting via Facebook Groups, have enabled users to share, view, and discuss first-person experiences of supposed vaccine side effects—which can then have a disproportionate impact on parents as they try to assess the risks of vaccinating their child.[29] Anecdotes, rather than expert knowledge or findings, are accepted as evidence.[30] These changes, writes medical anthropologist Anna Kata, have ushered in a "new postmodern paradigm of healthcare…where power has shifted from doctors to patients, the legitimacy of science is questioned, and expertise is redefined."[31]

11

Case: 23-30445      Document: 43-7      Page: 66      Date Filed: 07/17/2023

1. Introduction

Public health officials have struggled to adapt to this new communication environment and peer-to-peer content dynamics. Anti-vaccine movement activists, in contrast, have excelled.[32] Many activists use anti-vaccine content purposefully and skillfully, activating fear, uncertainty, and doubt and weaponizing a so-called health "debate" that in actuality has little to do with the debates of scientific and medical communities, which are in widespread agreement on vaccine safety and efficacy.[33] Epidemiologist Tara Smith, writing in a 2017 paper on vaccine rejection and hesitancy, found that scientists (and their slow, measured, and nuanced information) have had difficulty counteracting "media savvy" anti-vaccine activists' "strict black-and-white thinking."[34]

Smith, Kata, and other scholars have also documented the unique actors and tactical mechanisms by which anti-vaccine activists have expanded their activities on social media specifically. These mechanisms rely on a set of social media influencers that Smith divides into five distinct groups: The Doctors, The Celebrity, The Organizers, The "Mommy Bloggers," and The Opportunists.[35] Smith notes that many of these influencers are individuals or groups who benefit (often, financially) from the spread of health misinformation.[36] Indeed, although movements are collaborative efforts, the influencers serve as local celebrities within the community; while some achieve financial gain, others achieve status. These influencers have adopted the best practices of communication in the internet age, and their effectiveness in drawing in online users is made evident by the mass followings they have acquired across social media sites: platforms as varied as Pinterest, Instagram, and YouTube have a significant anti-vaccine presence.

Similarly, anti-vaccine actors use tactics that have persisted over time, many of which have been used in service of spreading mis- and disinformation in contexts beyond the vaccine conversation;[viii] for example, the Election Integrity Partnership observed several of these tactics during the lead-up to the 2020 US election:[37]

**Hard-to-Verify Content:** Using content that is difficult to fact-check or verify, such as personal anecdotes and deep fakes, content discussing information from a "friend-of-a-friend," or opaque scientific information or analysis (either original or doctored in a misleading way).

**Alleged Authoritative Sources:** Using or pointing to information from an alleged public health official, doctor, or other authoritative source.

**Organized Outrage:** Creating events or in-person gatherings, or using or co-opting hashtags.

**Sensationalized/Misleading Headlines:** Using exaggerated, attention-grabbing, or emotionally charged headlines or click-bait.

---

[viii] Some of these tactics are used by online activists in non-vaccine-related movements and/or without necessarily spreading mis- and disinformation. In this report, we focus on the ways these tactics are leveraged to spread anti-vaccine mis- and disinformation.

12

**Group super-spreader:** An individual account sharing posts into multiple online groups.

**Harassment Campaigns:** Online abuse such as doxing, cyberbullying, hacking, or trolling.

### 1.1.1 Anti-Vaccine Themes, Tropes, and Narratives

The anti-vaccine influencers that Kata and Smith describe owe much of their success to the consistent themes, tropes, and narratives they employ to help sway and eventually build hesitancy in their audiences. These stories are not new, however; they date back to the introduction of the earliest vaccines and have been well documented in academic literature for centuries. In fact, when the smallpox vaccine was developed in 1796, it was met with strong opposition despite the fact that it protected against a disease with a 30% mortality rate.[38] The nineteenth century saw the creation of organizations, such as the Anti-Vaccination Society of America, that spread narratives and conspiracy theories about immunization that are similar in many ways to those spread today about modern vaccines: they have toxic, immoral, or unnatural ingredients; their testing is insufficient; they are used by medical institutions for profit or by the government to invade its citizens' personal lives.[39] Claims about smallpox vaccination, which used cowpox for inoculation, suggested that it would create human-cow hybrids or would sicken the vaccinated.

More than two hundred years later, the specific claims put forth by the anti-vaccine movement have changed—there are no longer worries about human-cow hybrids—but its overarching themes have remained consistent. In 2017, Smith articulated a comprehensive taxonomy:[40]

- *Toxicity:* Vaccines are unnatural or contain toxic ingredients.

- *Religiosity:* Vaccines contain materials that are objectionable on religious grounds.

- *Liberty:* Individuals have the right to "health freedom"; no government or employer should be able to tell people what to put in their bodies.

- *Distrust of industry:* Vaccines are produced by profit-motivated pharmaceutical companies that have repeatedly concealed harm in pursuit of profit.

- *Safety:* Vaccines are unsafe, undertested, or untested; the risks of vaccination outweigh the benefits.

- *Conspiracy:* Powerful forces conceal information about vaccines from the public or manipulate the people for malicious ends. While the specifics shift over time, common tropes include (but are not limited to):

  ▶ Governments have covered up information proving vaccines are dangerous.

13

-PA01364-

1. Introduction

> ► Vaccines contain microchips or tracking devices.

> ► Vaccines are a tool of population control.

> ► Doctors and politicians who advocate for vaccines have been bought off by "Big Pharma."

## 1.2   Informing the Scope of the Virality Project

Drawing on this scholarship documenting the who, what, and how of the anti-vaccine movement, the Virality Project determined the scope of its research.[ix] The persistence of narratives—the fact that these categories of claims have resonated for so long—suggested a high likelihood that they would appear again in conversations about COVID-19 vaccines, and allowed researchers to understand and classify current narratives. The VP team adapted these well-established themes into four categories of narratives that would be considered in-scope for VP work:

- Safety

- Efficacy and Necessity

- Development and Distribution

- Conspiracy Theory

In parallel, the VP team assessed social media platforms' published policies to understand how (if at all) platforms might limit or action the spread of misleading vaccine content. Platforms had started adapting their policies to address vaccine misinformation in early 2019, spurred by public outcry, negative press coverage, and government inquiries resulting from measles outbreaks across the world. At that time, many platforms also introduced new policies to address vaccine-related misinformation: Pinterest stopped returning all vaccine-related content, whether for or against vaccines; YouTube demonetized videos that promoted anti-vaccination views; and Facebook/Instagram launched a plan to reduce the spread of vaccine misinformation.[41] These policy shifts rethinking what vaccine-related content was curated or recommended were significant first steps in mitigating the spread of the existing anti-vaccine content and narratives.[42]

The pandemic, however, meant that platforms faced an unprecedented increase in the prevalence of anti-vaccine content and sentiments—months prior to any vaccine approval, anti-vaccine activists had already begun attempting to undermine confidence in what *might* be developed. These attempts to facilitate hesitancy were created and spread by similar, or the same, actors using existing narratives of earlier anti-vaccine movements. For the Virality Project, this meant that analysts had to

---

[ix] For limitations in VP's research, see Appendix A: Research Limitations.

14

Case: 23-30445     Document: 43-7     Page: 69     Date Filed: 07/17/2023

develop a nuanced and nimble understanding of what content constituted policy violations.

It should be noted that the Project's scope was limited so as not to engage with the broader range of general COVID-19 misinformation, such as generic conversations about lockdown decisions, mask wearing, false cures, or the severity of the virus itself. Even within this demarcation, we anticipated seeing a variety of tactics, split between domestic activists and state actors with incentives to shape the discourse.

## 1.2.1   Detecting In-Scope Content

To surface in-scope content, VP's team of analysts were divided into topical detection teams, referred to as pods (see Table 1.1 on the following page). These pods—some inspired by Smith's vaccine-specific taxonomy, others designed with common sources or targets of mis- and disinformation in mind—enabled analysts to develop and ensure sustained familiarity with how the COVID-19 vaccine conversation was evolving within particular communities on public platforms. The topically focused communities were defined by the primary type of content they shared: the topics around which the pages or accounts were optimized. Analysts in each pod assessed emerging narratives that were within scope (as defined above), surfacing content both via qualitative observation of the pages and accounts, and by using lists of common terms associated with vaccine hesitancy and long-standing anti-vaccine rhetoric.

15

Date Filed: 07/17/2023      Page: 70      Document: 43-7      Case: 23-30445

1. Introduction

| Pod Name | Description |
|---|---|
| **Conspiracy Theory** | Conspiracy theory-oriented groups on social media such as QAnon and adjacent communities. |
| **Right-Leaning[x]** | Right-leaning media, celebrities, influencers, and activists. |
| **Left-Leaning** | Left-leaning media, celebrities, influencers, and activists. |
| **Minority Communities** | Focus on anti-vaccine content targeting African American, Asian American, Hispanic/Latino/a, and Native American communities. |
| **Non-English Language** | Focus on-English-language content targeting US Chinese and Spanish language communities. |
| **Foreign Influence** | Overt foreign state-backed media accounts, specifically from China, Russia, and Iran. Analysts in this pod participated in investigations into covert or obscured attribution activity, such as the Fazze operation, described in Chapter 4: Foreign Actors. |
| **Lifestyle and Spirituality** | Holistic, wellness, parenting, and other lifestyle communities online. This pod also focused on spiritual and religious communities, as analysts observed frequent content overlap between these clusters of accounts. |
| **General Anti-Vaccine** | Anti-vaccine activists and influencers, including those discussed in the Center for Countering Digital Hate's "Disinformation Dozen" Report.[43] This pod surfaced the greatest amount of content compared with the other five pods. |

Table 1.1: Descriptions of the pods analysts used to surface tickets.

At the beginning of the project, analysts used broad search terms ("vaccine," "jab") to surface relevant content and incidents (specific events or stories),[xi] but gradually began to incorporate a combination of machine learning and hand coding to identify additional recurring narratives relevant to the four in-scope categories. This included terms related to medical freedom under "Vaccine Distribution," or severe adverse effects and death under "Vaccine Safety," among others. As narratives and new keywords emerged throughout the analysis period, analysts continually refined their searches.

[x]The Project originally began with two pods specific to Right-Leaning and Conspiracy Theory, but ultimately merged the two research teams because of recurring content overlap between them: QAnon supporters backed right-leaning politicians, and right-leaning media promoted QAnon and adjacent communities' claims.

[xi]See Appendix B: Definitions for a full definition of "incident."

16

Case: 23-30445      Document: 43-7      Page: 71      Date Filed: 07/17/2023

### 1.2.2  External Stakeholder Engagement

The Virality Project established a nonpartisan, multi-stakeholder model consisting of health sector leaders, federal health agencies, state and local public health officials, social media platforms, and civil society organizations. These stakeholders provided tips, feedback, and requests to assess specific incidents and narratives, and each entity type brought specific expertise to bear on understanding COVID-19 vaccine hesitancy:

- **Civil society organizations** engaged with VP by both providing tips and receiving VP outputs that enabled them to better understand emerging incidents and narratives that might impact their communities. Community partners were well positioned to observe anti-vaccine misinformation spreading within their communities, as well as to create or deliver effective and accurate counter-messaging to address it. They offered a trusted voice that could also convey up-to-date facts on vaccine safety and availability to counter false or misleading claims.

- **Public health partners** had a deep understanding of the latest research on COVID-19 and the vaccines, as well as prior experience communicating the value of immunization to the communities they serve. What they often lacked was the capability to quantify what false and misleading narratives were going viral, or spreading outside of long-standing anti-vaccine echo chambers, to determine what might benefit from their attention. Partnerships and open communication channels with health practitioners, such as the #ThisIsOur-Shot (#TIOS) collective[44] and the American Academy of Pediatrics (AAP), facilitated information sharing between VP researchers and frontline health workers. Health practitioners in turn communicated the anti-vaccine and vaccine hesitancy narratives they heard from patients, and offered visibility into the impact the narratives had on vaccination behavior. Doctors also helped the Virality Project understand medical consensus in a rapidly evolving environment by sharing the latest findings on the vaccines (such as the rare link between mRNA vaccines and myocarditis/pericarditis). Partnerships with local health officials through the California Department of Public Health (CDPH)[45] and networked organizations such as the National Association of County Health Officials (NACCHO)[46] offered visibility into geographic communities.

- **Federal government agencies** served as coordinators for national efforts. The Virality Project built strong ties with several federal government agencies, most notably the Office of the Surgeon General (OSG) and the CDC, to facilitate bidirectional situational awareness around emerging narratives. The CDC's biweekly "COVID-19 State of Vaccine Confidence Insights" reports provided visibility into widespread anti-vaccine and vaccine hesitancy narratives observed by other research efforts.[47]

17

Case: 23-30445      Document: 43-7      Page: 72      Date Filed: 07/17/2023

1. Introduction

- **Platforms** were the final stakeholders in the VP effort. Six social media platforms engaged with VP tickets—Facebook (including Instagram), Twitter, Google (including YouTube), TikTok, Medium, and Pinterest—acknowledging content flagged for review and acting on it in accordance with their policies. On occasion, platforms also provided information on the reach of narratives previously flagged by VP, which provided a feedback loop leveraged to inform the Project's understanding of policies and ongoing research.

As the effort progressed, input from these partners was crucial in defining the VP's output formats and in surfacing where the impacts of vaccine mis- and disinformation were being felt offline.

## 1.3   Outputs and Impact

Outputs focused on real-time response, situational awareness, public communication, and education, which took the form of weekly briefings, rapid responses, and blog posts.

The Virality Project delivered 31 weekly briefings focused on increasing situational awareness and enabling the stakeholders working on countering vaccine mis- and disinformation to develop the most effective possible response (see Figure 1.1 on the next page for a sample briefing). Recipients included 88 public health partners across 34 organizations. Briefings discussed incidents observed by analysts throughout the week, contextualized with engagement statistics and analysis of how they fit into long-standing narratives and themes. Incidents were chosen for inclusion in the briefing if they represented a new emerging narrative, showed worrisome or surprising viral spread, weaponized consistent anti-vaccine tropes or tactics, or showed spillover from a long-standing, pre-pandemic anti-vaccine group into mainstream online dialogue.

Briefings and their corresponding weekly emails encouraged a networked response by pointing recipients not only toward other longer-form VP publications, but also to broader informative events and panels by additional organizations working to counter false and misleading information or reduce vaccine hesitancy. Stakeholders received examples of counter-messaging from The Public Good Project's Stronger campaign,[48] which fights mis- and disinformation about science, medicine and vaccines. Briefings directly informed counter-messaging efforts by public health stakeholders (for example, #ThisIsOurShot;[49] see Figure 1.2 on the facing page) and public health officials (for example, the CDPH), and provided strategic insights to government entities such as the OSG, CDC, and the Department of Health and Human Services. Information and analysis included in the briefings were also cited in media such as the *New York Times*.

Meanwhile, rapid responses and blog posts were used to flesh out analysis of the

18

Case: 23-30445      Document: 43-7      Page: 73      Date Filed: 07/17/2023



Figure 1.1: Anatomy of a briefing.



Figure 1.2: A Virality Project briefing insight inspired content from the doctor collective #ThisIsOurShot.[50]

19

Case: 23-30445      Document: 43-7      Page: 74      Date Filed: 07/17/2023

1. Introduction

incidents, trends, or problems touched on with more brevity in the briefings. Rapid responses, posted on the Virality Project website and to social media, covered events happening in real time, in order to call attention to—and enable public health or government partners to disrupt—false and misleading narratives early in their development. For example, four days after the FDA and CDC recommended pausing the Johnson & Johnson vaccine, VP researchers posted an analysis of the anti-vaccine community's framing of this incident.[51] Blog posts were written to examine themes and repetitive tactics; some were retrospective, analyzing successful anti-vaccine tactics or conceptual strategies such as content moderation avoidance strategies.[52]

Additionally, our researchers spoke directly with media outlets and served on panels discussing anti-vaccine misinformation. Stanford Internet Observatory and the Virality Project also hosted Surgeon General Vivek Murthy for a seminar on vaccine mis- and disinformation,[53] including the rollout of the Surgeon General's advisory on health misinformation.[54]

## 1.4   Reading this Report

This report details our findings and recommendations from observing six months of COVID-19 vaccine discussions online. Each chapter covers a different portion of our findings:

**Chapter 2: Data Collection & Statistics** outlines the tiered ticket analysis structure and online engagement tracked by VP analysts during its observational period, assessing the tickets across engagement, narrative, and community trends.

**Chapter 3: Narratives** does a deep dive into significant case studies, highlighting examples of both momentary and persistent narratives across the four in-scope categories tracked by VP analysts.

**Chapter 4: Actors & Tactics** describes notable influencers in the COVID-19 vaccine conversation and the tactics they employed, based on incidents surfaced in VP tickets and briefings.

**Chapter 5: Platform Policies for Anti-Vaccine Content** provides an overview of the policy frameworks and moderation approaches that social media platforms took to address COVID-19 vaccine mis- and disinformation, to varying effect.

**Chapter 6: Recommendations for Stakeholders** highlights takeaways and offers recommendations for stakeholders working in research, public health, and government and at social media platforms.

We hope that readers can use this report to deepen their understanding of the online dynamics surrounding the vaccine rollout in the United States during the COVID-19

20

Case: 23-30445      Document: 43-7      Page: 75      Date Filed: 07/17/2023

1.4.  Reading this Report

pandemic. We additionally hope that the Virality Project's multistakeholder part-
nership can serve as an inspiration for a whole-of-society approach toward enabling
a more collaborative and effective response to future public health concerns and
emerging health threats.

21

Date Filed: 07/17/2023     Page: 76     Document: 43-7     Case: 23-30445

# Notes

1. Vanessa Molter and Renée DiResta, "Pandemics & propaganda: How Chinese state media creates and propagates CCP coronavirus narratives," *Harvard Kennedy School Misinformation Review* 1, no. 3 (June 8, 2020), https://doi.org/10.37016/mr-2020-025.

2. Ben Westcott and Steven Jiang, "Chinese diplomat promotes conspiracy theory that US military brought coronavirus to Wuhan," *CNN*, updated March 13, 2020, https://www.cnn.com/2020/03/13/asia/china-coronavirus-us-lijian-zhao-intl-hnk/index.html; Kasra Aarab, "Iran Knows Who to Blame for the Virus: America and Israel," *Foreign Policy*, March 19, 2020, https://foreignpolicy.com/2020/03/19/iran-irgc-coronavirus-propaganda-blames-america-israel/; Jing-Bao Nie, "In the Shadow of Biological Warfare: Conspiracy Theories on the Origins of COVID-19 and Enhancing Global Governance of Biosafety as a Matter of Urgency," *Journal of Bioethical Inquiry* 17, no. 4 (2020): 567–74, https://doi.org/10.1007/s11673-020-10025-8.

3. World Health Organization, "Managing the COVID-19 infodemic: Promoting healthy behaviours and mitigating the harm from misinformation and disinformation: Joint Statement by WHO, UN, UNICEF, UNDP, UNESCO, UNAIDS, ITU, UN Global Pulse, and IFRC," September 23, 2020, https://www.who.int/news/item/23-09-2020-managing-the-covid-19-infodemic-promoting-healthy-behaviours-and-mitigating-the-harm-from-misinformation-and-disinformation.

4. Renée DiResta, "Virus Experts Aren't Getting the Message Out," *Atlantic*, May 6, 2020, https://www.theatlantic.com/ideas/archive/2020/05/health-experts-dont-understand-how-information-moves/611218/.

5. Kenneth P. Vogel, Jim Rutenberg, and Lisa Lerer, "The Quiet Hand of Conservative Groups in the Anti-Lockdown Protests," *New York Times*, April 21, 2020, https://www.nytimes.com/2020/04/21/us/politics/coronavirus-protests-trump.html; Nicholas Bogel-Burroughs and Jeremy W. Peters, "'You Have to Disobey': Protesters Gather to Defy Stay-at-Home Orders," *New York Times*, April 16, 2020, https://www.nytimes.com/2020/04/16/us/coronavirus-rules-protests.html; BBC, "Coronavirus: Anti-Lockdown Protests Grow Across US," April 17, 2020, https://web.archive.org/web/20200417172715/https://www.bbc.com/news/world-us-canada-52330531; Dakin Andone, "Protests are popping up across the US over stay-at-home restrictions," *CNN*, updated April 17, 2020, https://www.cnn.com/2020/04/16/us/protests-coronavirus-stay-home-orders/index.html.

6. Jason Wilson, "The rightwing groups behind wave of protests against Covid-19 restrictions," *Guardian*, April 17, 2020, https://www.theguardian.com/world/2020/apr/17/far-right-coronavirus-protests-restrictions; Michael Martina, Jarrett Renshaw, and Tim Reid, "How Trump allies have organized and promoted anti-lockdown protests," *Reuters*, April 24, 2020, https://www.reuters.com/article/us-health-coronavirus-trump-protests-idUSKCN2233ES.

7. Kali DeDominicis et al., "Shouting at each other into the void: A linguistic network analysis of vaccine hesitance and support in online discourse regarding California law SB277," *Social Science & Medicine* 266, no. 113216 (December 2020), https://doi.org/10.1016/j.socscimed.2020.113216; Ed Pilkington, "US militias forge alliances with conspiracy theorists ahead of election," *Guardian*, October 14, 2020, https://www.

22

theguardian.com/world/2020/oct/14/armed-militias-conspiracy-theorists-anti-vaxxers-red-pill-expo.

8. Sarah Lasater, Rekha Lakshmanan, and Kirsten Matthews, "Vaccine Legislation in Texas and the Rise of the State Anti-Vaccine Movement: A Survey of Vaccine-Related Bills Filed and Passed in the Texas State Legislature from 2009 to 2019," *Center for Health and Biosciences*, November 2020, https://doi.org/10.25613/316v-r631; Associated Press, "New York ends religious exemption to vaccine mandate for schoolchildren," *Guardian*, June 13, 2019, https://www.theguardian.com/us-news/2019/jun/13/new-york-vaccines-measles-religion; Rani Caryn Rabin, "Eager to Limit Exemptions to Vaccination, States Face Staunch Resistance," *New York Times*, June 14, 2019, https://www.nytimes.com/2019/06/14/health/vaccine-exemption-health.html.

9. Renée DiResta and Claire Wardle, "Online Misinformation About Vaccines," in *Meeting the Challenge of Vaccine Hesitancy*, ed. Sabin-Aspen Vaccine Science & Policy Group (May 2020), 137–61, https://www.sabin.org/sites/sabin.org/files/sabin-aspen-report-2020_meeting_the_challenge_of_vaccine_hesitancy.pdf; Olivia Benecke and Sarah Elizabeth DeYoung, "Anti-Vaccine Decision-Making and Measles Resurgence in the United States," *Global Pediatric Health*, no. 6 (January 2019): 1–5, https://doi.org/10.1177/2333794X19862949.

10. Haelle, "This Is the Moment the Anti-Vaccine Movement Has Been Waiting For."

11. Martin Enserink and Jon Cohen, "Fact-checking Judy Mikovits, the controversial virologist attacking Anthony Fauci in a viral conspiracy video," *Science*, May 8, 2020, https://www.science.org/content/article/fact-checking-judy-mikovits-controversial-virologist-attacking-anthony-fauci-viral.

12. Sheera Frenkel, Ben Decker, and Davey Alba, "How the 'Plandemic' Movie and Its Falsehoods Spread Widely Online," May 21, 2021, https://www.nytimes.com/2020/05/20/technology/plandemic-movie-youtube-facebook-coronavirus.html.

13. Renée DiResta and Isabella Garcia-Camargo, "Virality Project (US): Marketing Meets Misinformation," *Virality Project*, May 26, 2020, https://cyber.fsi.stanford.edu/io/news/manufacturing-influence-0.

14. Peter Jamison, "Anti-vaccination leaders seize on coronavirus to push resistance to inoculation," *Washington Post*, May 5, 2020, https://www.washingtonpost.com/dc-md-va/2020/05/05/anti-vaxxers-wakefield-coronavirus-vaccine/; Seth Kalichman et al., "Faster than warp speed: early attention to COVID-19 by anti-vaccine groups on Facebook," *Journal of Public Health*, April 9, 2021, https://doi.org/doi:10.1093/pubmed/fdab093.

15. Kolina Koltai, Jack Nassetta, and Kate Starbird, ""Friend-of-a-Friend" Stories as a Vehicle for Misinformation," *Election Integrity Partnership*, October 26, 2020, https://www.eipartnership.net/rapid-response/friend-of-a-friend-stories-as-a-vehicle-for-misinformation.

16. World Health Organization, "Ten threats to global health in 2019," 2019, accessed January 26, 2022, https://www.who.int/news-room/spotlight/ten-threats-to-global-health-in-2019.

17. College of Physicians of Philadelphia, "The History of Vaccines Timeline—1971," 2011, accessed October 19, 2021, https://www.historyofvaccines.org/timeline#EVT_100824.

23

Date Filed: 07/17/2023   Page: 77   Document: 43-7   Case: 23-30445

18. The Editors of The Lancet, "Retraction: Ileal-lymphoid-nodular hyperplasia, non-specific colitis, and pervasive developmental disorder in children," *The Lancet* 375, no. 9713 (February 6, 2010): 445, accessed January 26, 2022, https://doi.org/10.1016/S0140-6736(10)60175-4.

19. John F. Burns, "British Medical Council Bars Doctor Who Linked Vaccine With Autism," May 24, 2010, https://www.nytimes.com/2010/05/25/health/policy/25autism.html.

20. Jane Zucker et al., "Consequences of Undervaccination—Measles Outbreak, New York City, 2018–2019," *New England Journal of Medicine* 382, no. 11 (2020): 1009–17, https://doi.org/10.1056/NEJMoa1912514.

21. Centers for Disease Control and Prevention, "CDC Media Statement—Measles Cases in the U.S. Are Highest since Measles Was Eliminated in 2000," April 25, 2019, https://www.cdc.gov/media/releases/2019/s0424-highest-measles-cases-since-elimination.html.

22. Stephen Neely et al., "Vaccine Hesitancy and Exposure to Misinformation: A Survey Analysis," *Journal of General Internal Medicine* 37, no. 1 (January 2022): 179–87, https://doi.org/10.1007/s11606-021-07171-z.

23. Cornelia Betsch et al., "The influence of vaccine-critical websites on perceiving vaccination risks," *Journal of Health Psychology* 15, no. 3 (2010): 446–55, https://pubmed.ncbi.nlm.nih.gov/20348365/.

24. Anna Kata, "A postmodern Pandora's box: Anti-vaccination misinformation on the Internet," *Vaccine* 28 (2010): 1709–16, https://immunize.ca/sites/default/files/resources/1700e.pdf.

25. Damon Centola, "The Complex Contagion Of Doubt In The Anti-Vaccine Movement in Meeting the Challenge of Vaccine Hesitancy," ed. Sabin-Aspen Vaccine Science & Policy Group, May 2020, 126–36, https://ndg.asc.upenn.edu/wp-content/uploads/2020/10/sabin-aspen-report-2020_meeting_the_challenge_of_vaccine_hesitancy.pdf.

26. Neil Johnson et al., "The online competition between pro- and anti-vaccination views," *Nature* 582 (May 13, 2020): 230–33, https://doi.org/10.1038/s41586-020-2281-1.

27. Annenberg Public Policy Center of the University of Pennsylvania, "Vaccine misinformation and social media: People exposed to vaccine content on social media more likely misinformed than those exposed to it on traditional media," *ScienceDaily*, February 17, 2020, https://www.sciencedaily.com/releases/2020/02/200217163004.htm.

28. Wilson, "The rightwing groups behind wave of protests against Covid-19 restrictions."

29. DiResta and Wardle, "Online Misinformation About Vaccines."

30. DiResta and Wardle, "Online Misinformation About Vaccines"; Ashley Shelby and Karen Ernst, "Story and science," *Human Vaccines & Immunotherapeutics* 9, no. 8 (August 2019): 1795–801, https://doi.org/10.4161/hv.24828.

31. Kata, "A postmodern Pandora's box: Anti-vaccination misinformation on the Internet."

32. Holly O. Witteman and Brian J. Zikmund-Fisher, "The defining characteristics of Web 2.0 and their potential influence in the online vaccination debate," *Vaccine* 30, no. 25 (2012): 3734–40, https://doi.org/10.1016/j.vaccine.2011.12.039; Peter Clark et al., "Vaccinations

24

and the Influence of Social Media in the United States," *Journal of Neonatology & Clinical Pediatrics* 7, no. 42 (January 27, 2020), https://doi.org/10.24966/NCP-878X/100042.

33. Centola, "The Complex Contagion Of Doubt In The Anti-Vaccine Movement in Meeting the Challenge of Vaccine Hesitancy."

34. Tara Smith, "Vaccine Rejection and Hesitancy: A Review and Call to Action," *Open Forum Infectious Diseases* 4, no. 3 (Summer 2017), https://doi.org/10.1093/ofid/ofx146.

35. Smith.

36. Smith.

37. Election Integrity Partnership, *The Long Fuse: Misinformation and the 2020 Election*, v1.3.0 (Stanford Digital Repository: Election Integrity Partnership, 2021), https://purl.stanford.edu/tr171zs0069.

38. Erica X. Eisen, "'The Mark of the Beast': Georgian Britain's Anti-Vaxxer Movement," *The Public Domain Review*, April 27, 2021, https://publicdomainreview.org/essay/the-mark-of-the-beast-georgian-britains-anti-vaxxer-movement.

39. Renée DiResta, "Anti-Vaxxers Think This is Their Moment," *Atlantic*, December 20, 2020, https://www.theatlantic.com/ideas/archive/2020/12/campaign-against-vaccines-already-under-way/617443/.

40. Smith, "Vaccine Rejection and Hesitancy: A Review and Call to Action."

41. Catherine Shu, "YouTube Demonetizes Anti-Vaccination Videos," *TechCrunch*, February 23, 2019, https://techcrunch.com/2019/02/22/youtube-demonetizes-anti-vaccination-videos/; Facebook, "Combatting Vaccine Misinformation," *Facebook Newsroom*, June 22, 2020, https://about.fb.com/news/2019/03/combatting-vaccine-misinformation/.

42. DiResta and Wardle, "Online Misinformation About Vaccines."

43. Center for Countering Digital Hate, "The Disinformation Dozen," accessed October 1, 2021, https://www.counterhate.com/disinformationdozen.

44. ThisIsOurShot, "This is Our Shot," accessed October 10, 2021, https://thisisourshot.info/.

45. California Department of Health, accessed October 10, 2021, https://www.cdph.ca.gov.

46. National Association of County Health Officials, accessed October 10, 2021, https://www.naccho.org.

47. Centers for Disease Control and Prevention, "Vaccinate with Confidence: Strategy to Reinforce Confidence in Covid-19 Vaccines," accessed October 1, 2021, https://www.cdc.gov/vaccines/covid-19/vaccinate-with-confidence.html.

48. The Public Good Projects, "About Stronger," https://stronger.org/about.

49. TIOS, "This is Our Shot."

50. Virality Project, "Virality Project Weekly Briefing #27—June 22–June 29, 2021," June 29, 2021, https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/60db

-PA01376-

542486aac82fd03179f5/1624986667876/Virality+Project+-+0629+Weekly+Briefing+
281%29.pdf  ; ThisIsOurShot (@ThisIsOurShot), "There are a few things that have been
shown to affect male fertility, but the COVID-19 vaccine is not one of them. Trust science:
Wear boxers and get vaccinated. #ThisIsOurShot #VacunateYa #WeCanDoThis," Twitter,
July 1, 2021, https://twitter.com/ThisIsOurShot/status/1410584124314861568.

51. Carly Miller et al., "J&J Suspension Rapid Response," *Virality Project*, April 17, 2021,
https://www.viralityproject.org/rapid-response/jampj-suspension-rapid-response.

52. Rachel E. Moran et al., "Content Moderation Avoidance Strategies," *Virality Project*,
July 29, 2021, https://www.viralityproject.org/rapid-response/content-moderation-
avoidance-strategies-used-to-promote-vaccine-hesitant-content.

53. A recording of the event, "Confronting Health Misinformation: A Discussion with the
Surgeon General," can be accessed on the Stanford Cyber Policy Center YouTube channel
at https://www.youtube.com/watch?v=GUCdoXapOl0.

54. Surgeon General of the United States, "Confronting Health Misinformation: The U.S.
Surgeon General's Advisory on Building a Healthy Information Environment."

-PA01377-

Case: 23-30445   Document: 43-7   Page: 81   Date Filed: 07/17/2023

Chapter **2**

# Data Collection & Statistics

This chapter presents an analysis of the Virality Project's observed user engagement with vaccine mis- and disinformation on social media through three lenses: *narrative categories, tactics,* and *community focus.* We explore specifics related to the content and actors within these three lenses in later chapters, but the focus here is on discussing the engagement: the likes, shares, reactions, and other quantifiable ways in which social media platform users interacted with the material.

As part of the Virality Project, analysts created tickets documenting URLs of in-scope content. In total, 911 tickets were created, tracking both specific pieces of misinformation and broader narratives. At the end of the monitoring period, analysts had created 845 tickets tracking specific vaccine misinformation incidents (events or pieces of content) and 66 tickets tracking broad narratives. The number of incidents monitored and tickets created each week was relatively steady during the period of the project: analysts observed on average 35 incidents per week, with 14 during the quietest week and 59 during the busiest week.

## 2.1   Workflow and Analysis Methodology

The Virality Project operated with a team of analysts drawn from across the partner organizations. Workflows were designed to detect, analyze, and respond to incidents of COVID-19 vaccine-related disinformation in online ecosystems (see Figure 2.1 on the next page).

### 2.1.1   Monitoring, Intake, and Ticketing System

From February to August 2021, VP analysts systematically monitored activity across social media platforms to document emerging narratives and trends in public discourse while also tracking the popularity and spread of older content. Analysts

27

## 2. Data Collection & Statistics



Figure 2.1: Workflow of the Virality Project data collection and analysis.

used both keyword-based queries and cluster-based "community" lists of key public figures and influencers.[i] As noted in Chapter 1, the first iteration of these lists were derived from earlier academic work describing groupings of influencers in the long-established vaccine conversation.[1] Analysts parsed through content on pod-specific lists and from narrative queries three times per week, focusing on major social media platforms, including Facebook, Instagram, Twitter, Reddit, and TikTok. VP also adopted tools to expand visibility into emerging and alternative platforms such as Gab, Parler, Telegram, and Gettr. Language specialists observed content in Spanish and Chinese—the two most spoken languages in the US after English. The range of inputs enabled the researchers to capture the breadth of online discussion and to assess whether virality (the spread of content across platforms or communities) or velocity (the rate of engagement with content) metrics suggested that a particular incident, claim, or narrative might be gaining or achieving significant importance or reach, making it potentially relevant for platform partner or external stakeholder awareness.

The Project used the Jira Service Desk software to log mis- and disinformation incidents that were determined to be in scope for specific areas of the public COVID-19-related conversation.[ii] For each single incident of anti-vaccine mis- or disinformation surfaced during monitoring, an analyst filed a ticket that provided a brief description of the incident, including engagement numbers at the time of creation and links to relevant social media posts (see Figure 2.2 on the facing page for a

---

[i]The process by which VP developed its keyword searches is explained in Chapter 3: Narratives.

-PA01379-

sample ticket). In the initial iteration of the monitoring process, analysts filed all incidents or content as unique tickets. As the database of tickets grew, VP researchers refined the surfacing and filing process to include narrative tickets that created groupings around specific, recurring sub-narratives (e.g., Vaccine Conspiracy Theories: Magnetism). These narrative tickets allowed analysts to compile ongoing content into the key categories of Safety, Efficacy and Necessity, Development and Distribution, and Conspiracy Theory (defined in Chapter 1: Introduction).



Figure 2.2: A sample ticket. Left, analysts completed their assessment and observations of the incident. Right, analysts provided appropriate information to help categorize and prioritize the ticket. Tickets could be linked together around larger incidents or narratives.

---

[ii]Atlassian's Jira Service Manager ticketing platform enabled submissions from external partners and allowed analysts to report incidents to platform partners.

29

Case: 23-30445    Document: 43-7    Page: 83    Date Filed: 07/17/2023

Tickets also enabled analysts to quickly tag platform or health sector partners to ensure their situational awareness of high-engagement material that appeared to be going viral, so that these partners could determine whether something might merit a rapid public or on-platform response (such as a label).

**Tiered Ticket Analysis**

Once tickets were filed, they went through a tiered analysis process. Analysts were broken down into two tiers. Tier 1 analysts, typically undergraduate and graduate students who were also scheduled for monitoring shifts, were tasked with providing initial ticket analysis. Their analysis consisted of lateral research that used CrowdTangle and Google searches to assess the spread of the incident or content and to surface as many content links as possible to attach to the ticket. Analysts then sent the ticket to an on-call manager for review.

The on-call manager prioritized what tickets were in or out of scope, and which deserved a deeper analysis. The manager sent the tickets slated for deeper analysis to Tier 2, which consisted of upper-level researchers, PhD students, and postdoctoral fellows. Tier 2 analysis provided:

- a wider snapshot of the prevalence of the narrative or incident across different platforms and insight into which accounts were responsible for pushing the content,

- background to the incident or ticket that incorporated domain knowledge, and

- a sense of whether something related to the ticket appeared suspicious—perhaps a fake account or evidence of coordinated inauthentic behavior.

The Tier 2 analyst recommended whether a particular ticket should be made into a Virality Project blog post.

The last step was Manager Review. Managers gave all incident analyses a final review for quality-control purposes, to determine appropriate next steps and to make a final decision about whether tickets should be shared with external stakeholders. Of the 911 incidents monitored, 174 were referred to platforms for potential action.

## 2.1.2   Engagement Data Collection

As noted above, we use the term *engagement* to refer to user interactions. This takes different forms on different platforms—for example, reactions, comments, shares, or video views—but in general the term covers actions taken by a user on a platform in response to content.

Analysts determined the engagement data associated with each ticket by summing the engagement of each social media link associated with that ticket, weighing all

30

-PA01381-

types of engagement equally. The engagement data or video view data for links associated with each ticket was collected differently depending on the social media platform in question:

- Facebook and Instagram: CrowdTangle API
- Twitter: Twitter API
- YouTube: YouTube API
- TikTok: no relevant API available; data scraped from TikTok using an unofficial open-source TikTok library[iii]
- Non-social media links such as news articles: CrowdTangle API to capture total public interactions on Facebook

Engagement over time was measured from the date an analyst created the ticket. In VP researchers' experience, engagement with most social media content has a half-life of less than one week; generally, most engagement with a post happens within the first week. Therefore, we believe this to be an acceptable simplification and present engagement dates aggregated by week. If analysts identified multiple narratives, tactics, or communities of focus, they assigned engagement to the primary group in question.

## 2.2   Engagement: An Imperfect Metric

Due to limited transparency from social media platforms, engagement is the closest proxy researchers can use to understand what content users are seeing on social media platforms. Metrics such as impression counts are generally unavailable to outside researchers. As such, user engagement should be understood only as a measure of how much users are *interacting* with content, and nothing more. However, because social media platforms, including Facebook[2] and Twitter,[3] generally optimize for user engagement—using engagement to rank what content is shown in users' news feeds—this metric has importance for understanding what kind of content *may* achieve greater reach via content promotion or curation algorithms, absent deliberate efforts to counter its spread.

We note that the differing engagement levels of different posts we discuss in this section are reflective not only of the content they contain, but also of the existing audiences of the actors that promote them. A post from a Facebook Page with millions of followers will always receive more engagement than a post from a Page with a few hundred.

Platforms' engagement-based ranking can increase the spread of mis- and disinformation, particularly if it is novel or sensational. Vosoughi, Roy, and Aral show

---

[iii]https://github.com/davidteather/TikTok-Api

31

Date Filed: 07/17/2023   Page: 85   Document: 43-7   Case: 23-30445

that fake news travels faster on Twitter than factual content,[4] while Edelson et al. show that misinformation news sources on Facebook are significantly more engaging than factual news sources.[5] Rathje, Van Bavel, and Van der Linden show that, in addition to negative affect and moral-emotional language, out-group animosity is a powerful driver of user engagement with social media content on both Facebook and Twitter.[6]

## 2.3   Engagement with Vaccine Misinformation Over Time

Average weekly engagement with content tracked across all Virality Project tickets was 6.7 million. That average declined over time. However, engagement with the content was highly volatile, with median weekly engagement at 4.6 million and a standard deviation of 6.4 million. This high degree of variance makes the overall decline in engagement not statistically significant (see Figure 2.3 on the next page).

We present engagement aggregated by incident (or ticket). Engagement per incident was exponentially distributed, which is typical of engagement on social media. When engagement is considered temporally, there is no consistent pattern of engagement that would indicate a core audience who is always engaging with vaccine misinformation; instead, wide swings week to week may be more indicative of changes in how compelling more recent vaccine misinformation content is.

## 2.4   Engagement by Category

Over the entire monitoring period, analysts classified tickets into the four key categories of narratives.[iv] Of the 911 tickets tracked, roughly a third related to Safety, with Development and Distribution, Conspiracy Theory, and Efficacy and Necessity each taking roughly 20% (see Figure 2.4 on the facing page). The remaining tickets didn't fall into any of these narrative categories.

However, these absolute percentages of tracked tickets differed from the distribution of engagement. As seen in Figure 2.5, the leading category for engagement was Conspiracy Theory, followed closely by Safety. Development and Distribution narratives came in third, while Efficacy and Necessity and "other" narrative categories each represented only a small percentage of engagement. When considered on a per-incident basis, Conspiracy Theory narratives had the highest engagement of any category (see Chapter 3 for more on narratives).

There were no strong patterns observed in engagement by category over time: different categories had different engagement levels at different times, but there

---

[iv]These categories are discussed more fully in Chapter 3: Narratives.

Case: 23-30445     Document: 43-7     Page: 86     Date Filed: 07/17/2023



Figure 2.3: Overall engagement with vaccine misinformation content from February 1 to July 31, 2021.



Figure 2.4: Number of tickets per category, out of 911 tickets.

33

2. Data Collection & Statistics



Figure 2.5: Total engagement by category.

is no single prevalent trend. Safety had a relatively consistent share of overall engagement over the monitoring period. Conspiracy Theory was the most variable category, with extreme volatility in engagement from week to week.

## 2.5   Engagement by Tactic

The most commonly employed tactics[v] were Hard-to-Verify Content and Alleged Authoritative Source. The other tactics that were large enough to quantify, including Organized Outrage, Sensationalized/Misleading Headline, and Harassment Campaigns, each took up less than 10% of engagement. These tactics also took up a relatively small share of the number of incidents (see Figure 2.6 on the next page).

Unlike category engagement, the tactics most engaged with changed over time. Notably, while Hard-to-Verify Content drove several high engagement incidents in the first half of the monitoring period, by the end it was driving little meaningful engagement. By contrast, the Alleged Authoritative Source tactic surged late in the monitoring period.

## 2.6   Engagement Driven by Recurring Actors

Of the engagement captured by tickets, more than a third came from content primarily spread by accounts that demonstrated recurring success making content go viral; we refer to them here as "recurring actors."[vi] Many, but not all, of these accounts were long-standing anti-vaccine activists (discussed in greater detail in Chapter 4 on page 74). VP analysts tagged Jira tickets involving these actors whose

---

[v]Descriptions of these tactics can be found in Chapter 1: Introduction.

2.6.  Engagement Driven by Recurring Actors



Figure 2.6: Engagement by primary tactic.



Figure 2.7: Engagement by tactic over time.

35

social media content regularly included vaccine mis- and/or disinformation and who had large social media followings, in recognition of the increased likelihood of their content to go viral. Other research teams have additionally noted the important and outsize role that a small number of well-known accounts had in the spread of vaccine mis- and disinformation.[7] Recurring actors drove a majority of engagement in the first half of the study period, but fell off in importance after that, most likely due to platform action against certain users beginning in the late spring of 2021.[8] These recurring actors employed different tactics in their messaging. However, they all had one thing in common: large audiences on social media platforms. Therefore, it is possible that when they created content, or reshared content that originated from other actors, those posts were exposed to a larger audience and had a better chance of going viral.

## 2.7   Engagement by Community

The most engaged community of focus was the broader conspiracy theory community, with 37% of engagement during the monitoring period. This is particularly impressive given that only 20% of incidents appeared to emerge from within the conspiracy theory community. Notably, the anti-vaccine community had only the second largest share of engagement, despite its larger percentage of incidents.

It is difficult to discern exactly why the broader conspiracy theory community generated more engagement with vaccine mis- and disinformation than the anti-vaccine community. First, the relative size of these communities is unclear, and in particular how large they are on the observed platforms. Second, the relative likelihood of these communities to engage with this kind of content, or how likely content aimed at them is to spread, is unclear. However, given that 70% of engagement with the content was not aimed at the existing anti-vaccine community, one thing is clear: engagement with anti-vaccine content was widely promoted to communities outside the anti-vaccine community. Conspiracy theories appear to have been particularly effective at escaping the "bubble" of their established community by going viral.

## 2.8   Viral Incidents

Four distinct weeks during the monitoring period had incidents observed by Virality Project analysts that generated more than 10 million engagements. In general, this was driven by a single incident each week that had very high engagement, although one of these weeks had two separate incidents with high engagement. These specific high engagement incidents are noted in Figure 2.10 on page 38.

---

[vi]See Appendix B: Definitions for a definition of "recurring actors" as used in this report, and Chapter 4: Actors and Tactics for a more detailed discussion.



Figure 2.8: Engagement by community focus.



Figure 2.9: Engagement by community focus over time.

37

Case: 23-30445   Document: 43-7   Page: 92   Date Filed: 07/17/2023

### 2.  Data Collection & Statistics



Figure 2.10: Engagement by category over time, with callouts to four specific incidents.

This figure depicts spikes that correspond to incidents that went viral:

- The Fake Needle conspiracy theory, which purported that the needles used to give vaccine injections to those posting positive images of themselves receiving their shots were in fact retractable, fake needles that were not actually injecting recipients with the vaccine.[9]

- The "18 Reasons" spike was tied to a Chinese-language incident focusing on a list of safety reasons not to get vaccinated.

- The Magnet Challenge multilanguage conspiracy theory claimed that vaccines contained magnets from microchips, which made vaccinated people "magnetic." Users were challenged to spread copycat videos to "prove" that injection sites had become magnetic.[vii]

- In July, posts went viral expressing outrage at attempts by the Biden administration to engage in vaccine outreach. The graphene oxide conspiracy theory also went viral at this time.

The Fake Needle conspiracy theory was first observed on Facebook on March 24, 2021, and the original post did not have very high engagement. However, after this initial Facebook post, multiple TikTok videos promoting the same content went viral, racking up 26 million views and interactions. The vast majority of the

---

[vii]The Magnet Challenge is discussed in more detail in Chapter 3: Narratives.

38

engagement accumulated for this incident happened on TikTok. A separate video promoting the same concept was also active on Instagram, but it only achieved approximately 10,000 interactions. Later, the TikTok accounts promoting these videos were removed along with the video content, though there is no way of knowing if this was due to platform action or was voluntary on the part of the users. The Facebook and Instagram posts are both still available, although the video in the Facebook post has been removed by the original author and the Instagram video has been hidden behind a "false information" label that users must click through to see the content. The content was spread by known recurring actors.[10]

The second viral incident related to an article entitled "18 Reasons I Won't Be Getting a COVID Vaccine." These "18 Reasons" primarily, but not exclusively, relate to vaccine safety narratives. Initially, they were spread in English by known recurring actors, but they were then translated to Chinese. That translated content was posted to Facebook, Instagram, and Twitter in Chinese beginning April 16, 2021, but did not achieve significant engagement there. The translated content was then posted to WeChat, where it quickly went viral, achieving nearly 13 million interactions. The content was removed from WeChat relatively quickly and the accounts that posted it are no longer available, although, again, it is unclear if this was due to platform action or was voluntary on the part of the users. Twitter removed this post but did not shut down the user's account, and Facebook neither removed the post nor acted against the account.

The third observed viral incident, the "Magnet Challenge," appeared to begin on May 9, 2021. The Magnet Challenge, based on a conspiracy theory that the vaccine had harmful ingredients like microchips, showed a video of a refrigerator magnet sticking to someone's arm and challenged users to see if they could stick a magnet to their vaccine site.[11] Videos promoting this challenge spread on nearly every monitored platform; however, they only went viral on TikTok. Also notably, the Magnet Challenge was promoted effectively in multiple languages, including Chinese, Spanish, and English. This might be due to the nature of the conspiracy theory—videos demonstrating magnets supposedly sticking to arms require only minimal verbal explanation that can be easily translated into other languages.

The high-engagement incidents during the fourth weekly spike were related to two incidents. In the first, the Biden administration used the phrase "door-to-door" to describe a push for on-the-ground community-led efforts to persuade more Americans to get vaccinated. Prominent Republican politicians miscast this as a forced vaccination campaign by "Needle Nazis" and a prelude to the government knocking on the door to take away guns.[12] The second incident—the graphene oxide incident—claimed that the Pfizer vaccine contained this poisonous compound.

## 2.9   Conclusion

When we examine online engagement on social media incidents of vaccine mis- and disinformation, as distinct from number of incidents, we see a somewhat different picture of the overall landscape of content. Engagement is highly variable and is heavily driven by viral content that spreads outside its initial community of focus. Conspiracy theory-based incidents are especially notable here, as although these incidents made up a relatively smaller absolute number of incidents, they were much more engaging than other categories. Incidents that promote conspiracy theories clearly have the potential to be highly engaging, and this content must be treated as such in the context of an online landscape increasingly dominated by conspiracy theory communities.

The dynamics surrounding recurring actor accounts and their audiences merit additional research. The decline of content from recurring actors midway through the monitoring period potentially reflects a policy impact, as deplatforming these actors led to an apparent reduction in false or misleading content. However, these actions did not lead to an overall statistically significant decrease in engagement around vaccine mis- and disinformation—at least in part because other successful distributors and unique tactics filled the void left by those actors.

Finally, the dynamics of the spread of anti-vaccine content point to a limitation of tagging and quantitative analysis of processes that involve some degree of subjectivity. For example, the graphene oxide incident illustrates the difficulty of labeling some types of claims when creating tickets. Virality Project analysts did not consider this incident to be in the Conspiracy Theory category, as it primarily centered around vaccine development, distribution, and safety. However, analysts did observe the claims spreading within conspiracy theory groups, and several recurring actors used "Alleged Authoritative Source" dynamics to promote the story.

40

# Notes

1. Smith, "Vaccine Rejection and Hesitancy: A Review and Call to Action."

2. Adam Mosseri, "News Feed FYI: Bringing People Closer Together," *Facebook Business*, January 11, 2018, https://www.facebook.com/business/news/news-feed-fyi-bringing-people-closer-together.

3. "About Your Home Timeline on Twitter," *Twitter Help*, accessed October 1, 2021, https://help.twitter.com/en/using-twitter/twitter-timeline.

4. Soroush Vosoughi, Deb Roy, and Sinan Aral, "The Spread of True and False News Online," *Science* 359, no. 6380 (March 9, 2018): 1146–51, https://doi.org/10.1126/science.aap9559.

5. Edelson et al., "Understanding Engagement with U.S. (Mis)Information News Sources on Facebook," in *Proceedings of the 21st ACM Internet Measurement Conference* (New York: ACM, November 2021), 444–63, https://doi.org/10.1145/3487552.3487859.

6. Steve Rathje, Jay J. Van Bavel, and Sander van der Linden, "Out-group animosity drives engagement on social media," in *Proceedings of the National Academy of Sciences of the United States of America*, vol. 118, 26 (June 29, 2021), e2024292118, https://doi.org/10.1073/pnas.2024292118.

7. CCDH, "The Disinformation Dozen."

8. Oliver Darcy, "Facebook takes action against 'disinformation dozen' after White House pressure," *CNN*, August 18, 2021, https://www.cnn.com/2021/08/18/tech/facebook-disinformation-dozen/index.html; Geoff Brumfiel, "Anti-Vaccine Activists Use A Federal Database To Spread Fear About COVID Vaccines," *NPR*, June 14, 2021, https://www.npr.org/sections/health-shots/2021/06/14/1004757554/anti-vaccine-activists-use-a-federal-database-to-spread-fear-about-covid-vaccine.

9. Miriam Fauzia, "Fact check: Disappearing needle in COVID-19 vaccination video is standard equipment," *USA Today*, updated May 26, 2021, https://www.usatoday.com/story/news/factcheck/2021/05/26/fact-check-video-vaccination-features-retractable-syringe/5199034001/.

10. Fauzia, "Fact check: Disappearing needle in COVID-19 vaccination video is standard equipment"; Reuters Fact Check, "Fact Check-Video takes footage out of context and features clips of retractable needles," *Reuters*, July 28, 2021, https://www.reuters.com/article/factcheck-outofcontext-vaccinesvideo/fact-check-video-takes-footage-out-of-context-and-features-clips-of-retractable-needles-idUSL1N2P41LL.

11. Reuters Fact Check, "CORRECTION-Fact Check-'Magnet test' does not prove COVID-19 jabs contain metal or a microchip," *Reuters*, May 17, 2021, https://www.reuters.com/article/factcheck-coronavirus-vaccine/correction-fact-check-magnet-test-does-not-prove-covid-19-jabs-contain-metal-or-a-microchip-idUSL2N2N41KA.

12. Holmes Lybrand and Tara Subramaniam, "Fact-checking Republicans' false narratives around Biden's door-to-door vaccine efforts," *CNN*, updated July 14, 2021, https://www.cnn.com/2021/07/14/politics/biden-door-to-door-vaccine-fact-check/index.html.

41

Date Filed: 07/17/2023    Page: 95    Document: 43-7    Case: 23-30445

Chapter **3**

# Narratives

Vaccines have been the subject of false and misleading claims since their earliest use. Anti-vaccine tropes—similar plot devices and archetypes—and narratives have persisted over time and adapted to the introduction of new vaccines. Recognizing the likelihood that these narratives would once again reappear with slight inflections for COVID-19 vaccines, the Virality Project sought to observe COVID-19 narratives across four key long-standing categories: (1) vaccine safety, (2) efficacy and necessity, (3) distribution and development, and (4) conspiracy theories (see Table 3.1 on the facing page).

In this chapter, we describe prevalent narratives within each of these four categories and present several case studies to illustrate various ways that they gained traction online, shifting alongside the changing landscape of the pandemic and response efforts (such as with the rollout of vaccines to new populations).

We define a *narrative* as a story that connects a series of related events or experiences, providing compelling interpretations that can help people make sense of these events and experiences. For example, a commonly observed narrative was that *individuals are dying after receiving vaccines, so vaccines are unsafe.* Here, the narrative uses a series of events masquerading as evidence (people are dying) to imply something about the vaccine (vaccines are unsafe).

42

| | Term | Definition | Example |
|---|---|---|---|
| Most broad | **Categories** | Four overarching buckets of vaccine mis- and disinformation in scope for VP: *Safety, Efficacy and Necessity, Development and Distribution,* and *Conspiracy Theories.*[i] | *Safety* |
| | **Narratives** | Central arguments that further vaccine hesitancy or rejection. | *People dying after receiving a COVID-19 vaccine means the vaccines are unsafe.* |
| | **Incidents** | Specific events or stories that support a narrative's argument. | *Claim that Hank Aaron's death following vaccination was caused by the vaccine.* |
| Most specific | **Content** | A specific URL or post about an incident. | *An individual post that notes Hank Aaron's death occurred a week after receiving the COVID-19 vaccine.* |

Table 3.1: Definition of terms.

## 3.1   Narrative Categories

The Virality Project followed four categories of narratives that have remained prevalent in vaccine hesitancy conversations over a long period of time, and that were inflected for COVID-19 as the pandemic began and persistent throughout the vaccine rollout:

- **Safety:** Claims that the COVID-19 vaccines cause harm to recipients.

- **Efficacy and Necessity:** Claims that vaccines are not necessary or effective in combating the spread of COVID-19.

- **Vaccine Development and Government Distribution:** Claims that misrepresent vaccine production, distribution plans, and vaccine mandates.

- **Conspiracy Theories:** Claims fueled by distrust of authorities that implicate individuals or institutions to suggest there is malicious intent behind creating or requiring the vaccine.

**Safety:** The safety of vaccines was the most commonly observed category; analysts tagged more than 50% of the 911 total tickets filed as raising vaccine safety concerns. Vaccine safety-related content often played into fears that the COVID-19 vaccines are new—developed too rapidly or with "unproven" technology—or that their side

---

[i]See Chapter 1: Introduction for a discussion of how VP determined and detected in-scope content.

Case: 23-30445     Document: 43-7     Page: 97     Date Filed: 07/17/2023

Case: 23-30445      Document: 43-7      Page: 98      Date Filed: 07/17/2023

3. Narratives

effects are still uncertain or even harmful. Some content leveraged decontextualized statistics from the US Department of Health and Human Services' Vaccine Adverse Event Reporting System (VAERS) database.[1] Stories of people dying or developing health problems after receiving a vaccine often gained significant traction, particularly if there was a first-person video in which an individual described a bad experience. Rare incidents documenting verified adverse health events, including blood clotting and heart inflammation, were shared absent context, often in an effort to present them as common and significant risks.

**Efficacy and Necessity:** False and misleading narratives related to efficacy sought to undermine the perceived benefits of vaccines. These narratives included stories of people diagnosed with COVID-19 after being vaccinated—"breakthrough" cases, particularly in the time of the Delta variant—to promote the idea that the vaccines aren't effective. Later, the idea that natural immunity from infection is superior to immunity from vaccination became a political talking point raised repeatedly by right-leaning political influencers, despite inconclusive scientific evidence.[2]

**Development and Distribution:** This category encompasses narratives about how the vaccines were developed and distributed, with the latter often centering on discussions of vaccine passports and mandates (including months before any state or federal officials began advocating for them). These discussions were often leveraged in combination with false and misleading claims about the safety or efficacy of vaccines to further persuade or entrench audiences, such as in claims that the government was headed toward mandating an unsafe vaccine. Some content in this category also leveraged racial and ethnic minority groups' distrust of government and public health institutions; some prominent anti-vaccine activists exploited historical concerns about medical racism to foster greater distrust among marginalized communities, such as by alleging that public health institutions were "testing" an unproven medical product on those communities. Additionally, VP analysts observed long-standing mistrust of pharmaceutical companies' profit motives leveraged to delegitimize vaccines by alleging that their development was a profit-maximizing rush job. These themes were particularly salient within discussions of booster shots, which were framed as an additional profit enterprise.

**Conspiracy Theories:** While many vaccine hesitancy beliefs stem from a degree of distrust in authority or institutions, conspiracy theories are differentiated by the belief that an individual or group is acting (or not acting) deliberately to create or exacerbate the set of circumstances that the theory describes.[3] The narratives in this section generally assign blame to, or express distrust of, notable figures and institutions—from government and Big Tech to the "global elite"—imputing their involvement as an interpretation layer atop other claims. Many of the underlying claims that the conspiracy theories seek to explain emerge from within the other categories—"vaccines are injuring people, and are therefore unsafe, *because of the profit motives of Big Pharma*"[4]—which gives them a degree of familiarity or

44

Case: 23-30445     Document: 43-7     Page: 99     Date Filed: 07/17/2023

plausibility, and there may be a grain of truth in the underlying set of facts that the conspiracy theory attempts to explain.[5] For instance, VP analysts repeatedly surfaced conspiracy theory claims that Bill Gates was behind a plot to implant vaccinated people with tracking devices or microchips, that the government was covering up vaccine deaths, and that the vaccine had been developed prior to the emergence of COVID-19 (implicit "proof" that the pandemic had been planned). Although many of these claims remained confined to conspiracy theory-focused online communities, analysis revealed that conspiracy theories about the vaccines had high engagement per incident.

## 3.2   Case Studies by Category

The case studies in this chapter illustrate how persistent narratives that predated COVID-19 vaccines were adapted to the pandemic response, and demonstrates how they formed, spread, and were framed both online and offline.

### 3.2.1   Safety Narratives

**Death and Injury Narratives**

Some of the most consistently observed narratives during the Virality Project's seven months of operation were stories of post-vaccination adverse events, used to promote the notion that vaccines are unsafe. These narratives included stories of purported vaccine injuries and severe side effects—ranging from rashes, to blood clots, to death—and primarily manifested in two forms: personal anecdotes and distortions of official government statistics.

Personal anecdotes often made their way into mainstream media coverage after gaining traction online. Distortions of official government statistics—most often from VAERS, described in more depth later in this section—were used both to reinforce the personal anecdotes and for focused misinformation solely discussing the statistics. Neither manifestation of these narratives was novel or unique to COVID-19 vaccines; anti-vaccine groups have long used isolated medical incidents and misrepresentations of VAERS data to bolster their claims of widespread vaccine harm.[6]

Anti-vaccine groups on social media often stripped both individual stories and official statistics of important context in their efforts to undermine confidence in the safety of COVID-19 vaccines. Stories of individual tragedy had strong emotional appeal, while misrepresentations of official statistics helped create the impression that individual cases were part of a larger, more frightening pattern. Further, anti-vaccine groups could tailor who they targeted by emphasizing adverse events in particular sub-populations, like miscarriages in women or prominent-figure deaths in specific minority communities. And finally, while adverse events stories were

45

most frequently used to raise doubts about the safety of vaccines, they could also be employed to push back against vaccine mandates or to support more conspiratorial claims.

**Individual Accounts of Adverse Events**

Anti-vaccine communities began to spread stories of post-vaccination deaths and side effects as soon as the distribution of COVID-19 vaccines began in December 2020. In the early months of the vaccine rollout, death and injury stories focused on what health officials called Tier 1-priority populations: older adults and medical professionals. When 23 older adults died in a nursing home in Norway in January 2021 after receiving the Pfizer vaccine, the news gained over 200,000 interactions across social media platforms,[7] though Norwegian health officials found no immediate causal link between vaccinations and the deaths; a subsequent investigation published months later would surface a distribution of causes.[8] However, as the news of the cases broke, Robert F. Kennedy Jr. (RFK Jr.) shared an article from his advocacy group about the nursing home deaths that stated that Chinese experts had suggested the vaccines needed to be halted.[9] The incident illustrated two challenges that would recur throughout the pandemic. First, it takes time for health authorities to do a proper investigation into injury claims; the story will go viral on social media far faster than facts can be uncovered. Second, eliminating context about pre-existing conditions or circumstances, while emphasizing deaths, can create a false perception.

A similar story circulated in anti-vaccine groups alongside local news reporting of a grandmother from Virginia who died within hours of receiving the vaccine, leaving out that she had other underlying health conditions.[10] Anti-vaccine influencers drew on these incidents to push the narrative that older adults were too frail for the vaccine, despite their known high risk of severe illness or death from COVID-19 infection (see Figure 3.1 on the next page). In early February 2021, for instance, an alternative health website combined these stories to suggest that COVID-19 vaccines were killing older adults; the Instagram post received over 8,000 interactions.[11]

Stories of adverse reactions to COVID-19 vaccines varied significantly in their degree of verifiability. For example, videos spread on TikTok showed individuals shaking after allegedly receiving the vaccine. In many of these posts, users claimed that they, or someone they knew, experienced a symptom after receiving the vaccine (see Figure 3.2 on the facing page). In some cases, it was difficult or impossible for an outside observer to confirm whether the individual had received the vaccine or whether they truly experienced the symptom they claimed, much less to establish any link between the two events. Other stories contained outright false information about purported reactions that was nonetheless amplified by anti-vaccine and other influencers.[13]

46

Case: 23-30445   Document: 43-7   Page: 100   Date Filed: 07/17/2023



Figure 3.1: Left, Robert F. Kennedy Jr. tweets about the post-vaccination death of a grandmother, explicitly sowing distrust in public health institutions. Right, Alex Berenson tweets about the death of a 19-year-old following her second dose of the Moderna vaccine.[12]



Figure 3.2: Left, a TikTok video reshared on Instagram showing a man allegedly experiencing uncontrollable shaking after receiving a vaccine. Right, a post in a public Facebook Group dedicated to raising awareness about alleged vaccine-related injuries, asking people to share their experiences in an effort to lobby a state legislature about vaccine mandates.

47

Case: 23-30445      Document: 43-7      Page: 101      Date Filed: 07/17/2023

Case: 23-30445    Document: 43-7    Page: 102    Date Filed: 07/17/2023

3. Narratives

### How Stories of Adverse Reactions Spread: Platforms, Influencers, and the Mainstream Media

Viral accounts of an individual's death or injury often achieved significant reach via predictable pathways, leveraging bottom-up dynamics. Influencers with large followings, or long-standing anti-vaccine activist followings, such as RFK Jr. or Erin Elizabeth at Health Nut News, picked up on stories circulating on anti-vaccine websites or from small social media posters. Influencers often inserted their own tone and slant on the story as they promoted it, attracting more attention to the incident (see Figure 3.3). At this point, alternative and/or mainstream media outlets sometimes covered the claims, either credulously or in an attempt to debunk, ultimately allowing the story to reach larger audiences.



Figure 3.3: Left, Sara Gonzales of Blaze Media posts a screenshot of her tweet about the post-vaccination death of a 13-year-old boy to Instagram. Right, a Facebook Page posts a meme falsely implying a link between Hank Aaron's vaccination and his death.

The story of a 13-year-old who died shortly after receiving his second shot illustrates how media and social media intersect in amplification. On June 20, 2021, the boy's aunt tweeted a thread detailing his death, noting that he had no known medical conditions and calling on the CDC to investigate.[14] While the aunt noted that she is pro-vaccine, and possibly did not intend for her nephew's story to be used to undermine confidence in vaccine safety, anti-vaccine communities quickly picked up the story and did just that. Right-leaning outlets (like Fox News) and far-right media outlets (like InfoWars, National File, and Breitbart) additionally circulated the story, as well as centrist and left-leaning outlets like ABC, MSN, and Newsweek.[15] The aunt deleted her original thread and stated her dislike of the media representation

48

Case: 23-30445      Document: 43-7      Page: 103      Date Filed: 07/17/2023

of her story, but the thread had already amassed over 50,000 likes, 35,000 retweets, and nearly 5,000 comments.[16]

Individual anecdotes have also gained traction through the use of online fundraisers. In February 2021, a registered nurse from North Carolina shared a Facebook video of herself shaking, alleging that her tremors were a neurological effect of receiving the Moderna vaccine.[17] The video received over 434,000 views. She also set up a GoFundMe campaign to cover her medical expenses and raised over $10,000 (see Figure 3.4).[18] Others have followed suit; the anti-vaccine advocacy organization Children's Health Defense reported in July 2021 that over 180 accounts had posted GoFundMe pages seeking help for medical bills and expenses from COVID-19 vaccine injuries.[19] The personal anecdotes behind these campaigns are just as difficult to verify as those discussed above, but individuals have nonetheless successfully raised thousands of dollars by convincing others of their stories. In August 2021, GoFundMe refunded over $17,000 raised after it was discovered that influencer Dominique de Silva had falsely claimed to have suffered seizures after getting the vaccine and posted an online fundraiser to help cover medical expenses.[20]



Figure 3.4: A GoFundMe campaign for a nurse who allegedly experienced un-controllable shaking after receiving the Moderna vaccine.

While most stories of post-vaccination deaths and injuries were largely confined to social media and had low spread, accounts of adverse events among celebrities appeared prone to go viral. This was likely in part because traditional media outlets covered these stories more often. In January, traditional media coverage of the death of retired baseball player Hank Aaron inadvertently fueled the spread of vaccine misinformation and vaccine hesitancy. Aaron died 18 days after receiving the first dose of the Moderna vaccine. His vaccination had been highly publicized, as he hoped it would inspire other Black Americans to do the same.[21] Media outlets largely did not specify the cause of Aaron's death in their reporting;[22] anti-vaccine influencers, meanwhile, including Children's Health Defense and RFK Jr., took to social media to claim that Aaron's death was linked to the vaccine. RFK Jr.'s Face-

49

Case: 23-30445   Document: 43-7   Page: 104   Date Filed: 07/17/2023

book and Twitter posts garnered 12,000 and 20,000 interactions respectively, with the caption "Hank Aaron's tragic death is part of a wave of suspicious deaths among elderly closely following administration of COVID vaccines."[23] By comparison, subsequent fact-checks by the *New York Times* and *USA Today* clarifying that Aaron died of natural causes received only 1,200 interactions on Facebook combined.[24]

## Misrepresentation of Government Statistics

The second major form of death and injury narratives were those misrepresenting statistics on post-vaccination adverse events, most often from VAERS. Notably, antivaccine influencers also misleadingly referenced other injury databases outside the United States, such as the UK's Yellow Card reporting site, EudraVigilance (used in the European Economic Area), and the World Health Organization's VigiAccess.[25]

VAERS is a passive reporting surveillance system, first launched in 1990 and run by the CDC and FDA.[26] The database is meant to serve as an early warning system for detecting possible safety problems in vaccines, but it allows anyone to submit a report of a post-vaccination adverse event, regardless of whether there is a causal link between vaccination and the event. The VAERS website explains that reports may include "incomplete, inaccurate, coincidental and unverified information" and that it should not be used alone "to reach conclusions about the existence, severity, frequency, or rates of problems associated with vaccines."[27] Nevertheless, antivaccine communities have repeatedly cited VAERS data, for many years, as evidence of verified, widespread vaccine-related harms. Beginning in January 2021, this attention largely shifted to COVID-19 vaccines: Children's Health Defense began publishing near weekly updates on the number of reports submitted to VAERS, which RFK Jr. promoted across his social media accounts.[28] Other accounts that appeared in numerous Virality Project tickets, such as Alex Berenson and Naomi Wolf, routinely shared commentary about VAERS numbers.[29] Another recurring actor was Michael Yeadon, an ex-Pfizer vice president who appeared in multiple VP tickets and briefings. In a June 2021 interview, Yeadon cited VAERS data as evidence that young people were more likely to die from the vaccine than from COVID-19. The interview garnered nearly 350,000 views on Rumble, a video platform that has often been used to spread conspiracy theories or host content that YouTube and other platforms have moderated in some way.[30]

The tactic was used offline as well. In May 2021, Tucker Carlson misrepresented VAERS data on his talk show, decontextualizing it while claiming that 3,362 Americans had died following COVID-19 vaccinations between December 2020 and April 2021, equating to roughly 30 people every day.[31] A few days later, Senator Ron Johnson (R-WI) repeated the claim on Carlson's show when explaining why he would not get vaccinated.[32] The claims additionally appeared to influence political action offline: In June 2021, Sen. Johnson hosted a live event in Wisconsin to give a platform to individuals who had experienced negative reactions following their

50

Case: 23-30445    Document: 43-7    Page: 105    Date Filed: 07/17/2023

vaccination.[33] The event was held the same day that Senators Johnson and Mike Lee (R-UT) formally submitted a letter of inquiry to the CDC and FDA asking for specific details about adverse reactions that occurred within the AstraZeneca vaccine trials.[34] Johnson has repeatedly defended these actions as "asking questions."[35]

Anti-vaccine activists also developed wrapper sites, which repackaged VAERS data to make it cleaner and more readable for the casual observer than the original VAERS site. This strategy was not new for COVID-19; one such wrapper site, MedAlerts.org, run by the anti-vaccine advocacy group National Vaccine Information Center (NVIC), has existed since at least 2007.[36] In January 2021, however, an Oakland, CA-based woman created a wrapper site, OpenVAERS, that quickly became more popular on social media than the original site. This wrapper site includes a "red box summary" page specifically dedicated to sharing COVID-19 vaccine statistics from VAERS and highlighting particularly troubling reports.[37] By repackaging these statistics and making it easier for users to search reports for specific symptoms, OpenVAERS became a powerful tool for spreading misleading claims using VAERS data. VP analysts repeatedly observed screenshots and other references to OpenVAERS across social media platforms (see Figure 3.5).[38] According to SimilarWeb, more than 1,230,000 people visited OpenVAERS between February and July 2021, compared to 796,300 visits to the official government VAERS website.[39],[ii]



Figure 3.5: Left, an Instagram account shares the Red Box summary page from OpenVAERS. Right, a paid Facebook ad links directly to the VAERS report submission form.

The tactical appeal of frightening statistics creates an incentive for anti-vaccine activists to drive up the number of VAERS reports. The numbers presented by both

---

[ii]There are limitations to this analysis. Although the higher number of views on OpenVAERS compared to VAERS is consequential, anti-vaccine groups may not be entirely responsible for that traffic flow. OpenVAERS may simply be a more accessible website than VAERS. Further, the traffic data cited here is an estimate and is drawn from the market analysis tool SimilarWeb, which does not open-source its data.

51

MedAlerts and OpenVAERS, for example, include foreign reports to VAERS, even though it is a US database and its own downloads exclude these reports by default. For example, the red box summary from OpenVAERS shows that there were 12,366 reported deaths after COVID-19 vaccinations through July 30, 2021, but this is over double the number of reported deaths displayed by default on the CDC WONDER tool for viewing VAERS data.[40] VP analysts also saw anti-vaccine activists share calls to contribute reports to VAERS, as well as paid advertisements on Facebook that linked directly to the VAERS submission form.[41]

## 3.2.2    Distribution Narratives

### Government Overreach and Medical Freedom Narratives

One of the primary long-standing themes of anti-vaccine distribution narratives is that mass vaccine distribution constitutes a government overreach. The movement sees vaccine mandates, including, historically, school vaccine requirements, as an assault on "health freedom" or "medical freedom."[42]

Dr. Peter Hotez summarized the evolution of the narrative for COVID-19 in the *Journal of Clinical Investigation* in February 2021:

> "Health freedom, also referred to as medical freedom, represents a long-standing and pervasive belief system in American life. Its tenets espouse an aversion to government interference in personal or family health choices, often coupled to the counter promotion of a spectacular or miracle cure. The concept is almost as old as the nation itself, although the newest iteration of health freedom defies vaccinations and federal or state public health interventions directed at COVID-19. ... In 2020, following the emergence of COVID-19, these same health freedom groups expanded their vaccine protests to social distancing, masks, and other prevention measures."[43]

Medical freedom groups and networks were already present (both online and off) in states across the US prior to the pandemic. Many had highly organized online and offline networks, having previously been involved in fights against state-level school vaccine requirements, and they pivoted arguments developed for other vaccines to the COVID-19 vaccine rollout. Other groups emerged on platforms such as Facebook during the pandemic, with names specifically related to COVID-19 or mRNA vaccines, to assist in discoverability; some grew their numbers into the tens of thousands.

During the VP's period of analysis, narratives about government overreach and medical freedom focused on two areas of controversy: vaccine passports and vaccine mandates. Here, the term "passport" is used to denote any form of digital or physical

52

proof that a person is protected from COVID-19 via vaccine, while "mandate" is used to refer to compulsory vaccination by a school, local government, or employer.

Both passport and mandate debates involve nuanced and complicated questions about people's individual autonomy and community values. However, the strong opinions and emotional responses these questions raise enable anti-vaccine activists and political influencers to exploit legitimate public health debates—about whether, when, and how to leverage the government's authority to mandate interventions in service to public health—to spread distrust in the institutions and vaccines themselves. As we describe below, anti-vaccine activists have also co-opted historical atrocities perpetrated against marginalized groups, including BIPOC, to make false and harmful claims about the intentions behind and effects of vaccines, passports, and mandates.

### Vaccine Passports

Discourse around vaccine passports first picked up speed in February 2021, when media in the UK, Israel, and various European countries began to cover possible government plans to digitally certify citizens' vaccination status.[44] Russian state media outlet RT publicized these debates through a series of Facebook posts that called passports into question, provoking concerns about overreach with headlines like, "Vaccine passports: a route out of lockdown? Or an unnecessary overreach on citizens?"[45] This amplification hinged upon misleading framing that suggested the implementation of any form of vaccine passport would be compulsory. In reality, the plans for many programs were entirely optional. Other framing from domestic right-leaning political actors created a portrait of governments as prying or snooping into citizens' private matters.[46]

The key aspects of the discourse in both right-leaning political circles and foreign media were not new; they relied on older anti-vaccine tropes and ideas about medical freedom. Activists pushed the idea that through a passport system, governments and "Big Tech" were limiting the public's freedoms—situating the conversation within a larger set of narratives surrounding pandemic public health regulations like mask mandates, lockdowns, and social distancing. Requiring proof of vaccination status was also framed as a way to systematically disadvantage vulnerable populations. As with the mandate conversation, the passport conversation leveraged real questions about privacy, access, and inequities—but it was also employed to exacerbate vaccine hesitancy and rejection.[47]

Right-leaning influencers and outlets on social media regularly created, and amplified, government overreach and health freedom narratives. In the winter of 2021, commentators at Breitbart focused on the potential threat to individual rights (see example in Figure 3.6 on the following page), while former One America News Network commentator Liz Wheeler called passports an "abuse of power."[48] Headlines sometimes hawked conspiracy theories: one Gateway Pundit headline, "The Great

53

Case: 23-30445   Document: 43-7   Page: 107   Date Filed: 07/17/2023

### 3. Narratives

Reset: Big Tech and Big Pharma Join Forces to Build Digital COVID Vaccination Passport," was a nod to groups such as QAnon, who use "the Great Reset" to refer to a conspiracy theory that global elites are using the pandemic to take control of the world's economy and destroy individual freedom. The article alleged collusion between Big Tech and Big Pharma that would threaten "individual rights."[49]



Figure 3.6: Breitbart headline from January 15, 2021.

Widespread acceptance of this narrative appeared to figure prominently in shaping offline legislation, and several states imposed bans on vaccine passports. The first such vaccine passport ban was issued by Florida Governor Ron DeSantis on April 2, 2021.[50] Coverage of the ban gained over 1,000,000 engagements across social media platforms. After DeSantis's executive order, several other states followed suit. As of August 13, 2021, 20 states had prohibited proof-of-vaccination requirements; each of these states had a Republican governor.[51] On May 28, 2021, Senator Ted Cruz (R-TX) and a group of Republican senators introduced the first bill at the federal level to ban vaccine passports.[52] As of February 23, 2022, the bill remains in committee.[53]

### Vaccine Mandates

The backlash to COVID-19 vaccine requirements for employment and other activities parallels the conversation about vaccine passports. It, too, relies on and attempts to exacerbate distrust in public health officials and government institutions.

Two incidents illustrate this dynamic. In July 2021, White House Press Secretary Jen Psaki announced that the Biden administration would begin focusing on door-to-door community-based vaccine outreach.[54] This announcement provoked im-

54

Case: 23-30445   Document: 43-7   Page: 108   Date Filed: 07/17/2023

mediate online outrage, including worrisome jokes with violent undertones that suggested people should respond to official door-knockers with hostility, guns, or harassment (see Figure 3.7).[55] Conservative commentators also lambasted the outreach program, and *The Alex Jones Show* referred to the push as a government "strike force" sent in to forcibly vaccinate children.[56]



Figure 3.7: Two interpretations of door-to-door outreach depicted on Twitter.[57] The account on the left has since been suspended.

The second incident concerned vaccination for children.  In May 2021, the FDA approved an emergency use authorization of COVID-19 vaccines for children 12 years old and older.[58] Most states require parental consent for minors to receive the shot, but not all;[59] anti-vaccine activists framed the issue as government overreach into a parent's right to give consent to their child's medical treatment. Tennessee's Department of Health became the focus of outrage after the state's medical director for vaccine-preventable disease and immunization programs, Dr. Michelle Fiscus, led an outreach program that sent public service advisories to teenagers informing them of their eligibility to receive a COVID-19 vaccine.[60] Major news sources and fact-checkers, including misinformation-fighting organization First Draft, reported that both lawmakers and online anti-vaccine communities used the heated situation to spread misinformation about the safety of vaccines for children.[61] Dr. Fiscus was fired in July 2021 after a meeting in which lawmakers stated that the vaccine's ingredients and long-term effects are still unknown.  Other lawmakers repeated narratives about government overreach, medical freedom, and parental consent. For example, throughout the controversy, Republican legislators said Dr. Fiscus's work was part of an "agenda" to have children vaccinated "with or without parental consent."[62]

The situation in Tennessee showcases the complicated dynamic between online narratives and offline impacts: anti-vaccine rhetoric fueled politicized conflict in Tennessee and ultimately led to the removal of a qualified health official.

55

Case: 23-30445   Document: 43-7   Page: 109   Date Filed: 07/17/2023

3. Narratives

**Weaponization of Historical Analogies**

Another type of argument that Virality Project analysts observed was the leveraging of historical atrocities in false equivalencies about vaccination requirements. Anti-vaccine activists have long referenced the Holocaust and the Nuremberg Code (a set of research ethics principles for human experimentation) in opposing immunization requirements for schools and claiming Nazi-like discrimination against unvaccinated people. This is a long-standing anti-vaccine motif: in 2015, Dr. Bob Sears, who had been in opposition to a California bill that would remove certain exemptions to school immunization requirements, used a Facebook post to compare persecution of non-vaccinating parents to the persecution of Jews during the Holocaust.[63] RFK Jr. was also criticized that year for calling vaccination a "holocaust."[64]

Anti-vaccine activists applied these comparisons and references to COVID-19 vaccines. In March 2021, a tweet thread that garnered 13,000 likes and 7,000 shares on Twitter falsely claimed that Pfizer was found guilty of breaking the Nuremberg Code for unlawful experimentation.[65] Other more recent posts on Instagram and Facebook claimed the vaccine rollout would result in a "Nuremberg 2.0": a trial that activists hope will take place to prosecute those involved in the COVID-19 response (see Figure 3.8).



Figure 3.8: Conspiracy theory Instagram post about "Nuremberg 2.0" from March 9, 2021.

Similar claims about discrimination were made leveraging a wide range of other historical allusions:

- Michael Yeadon, the ex-Pfizer vice president who repeatedly promoted anti-vaccine tropes, called vaccine passports a "totalitarian" framework for mass deportation.[66]

- Naomi Wolf, a major recurring actor of vaccine misinformation, likened passports to slavery.[67]

56

Case: 23-30445   Document: 43-7   Page: 110   Date Filed: 07/17/2023

Case: 23-30445    Document: 43-7    Page: 111    Date Filed: 07/17/2023

• Russian state media compared vaccine cards to "Covid apartheid."[68]

These rhetorical analogies prey on the public's memories of actual government atrocities, but are not necessarily directed toward the marginalized populations who were once harmed by those discriminatory policies or events. This makes the parallels especially offensive to the communities whose histories are exploited for these narratives; the Anti-Defamation League, among other Jewish organizations, has denounced these comparisons as "odious."[69]

In addition to appropriating specific historical atrocities and applying them to unrelated communities, anti-vaccine activists have also separately weaponized marginalized groups' preexisting distrust of government to foster vaccine hesitancy specifically among those populations. Although many of the well-known anti-vaccine activists are white, they have often turned to racialized communities, especially Black communities, as the targets of their campaigns, capitalizing on deep-seated concerns about vaccine development and distribution as well as legacies of medical racism in the US.[70]

Some of the most significant promoters of these narratives have been Children's Health Defense (CHD) and its chairman RFK Jr., who has helped promote the narrative that vaccines are dangerous for Black people through his use of various social media platforms, particularly Twitter. The narrative also gained mainstream traction after CHD announced the premier of its documentary *Medical Racism: The New Apartheid*.[71] The documentary framed pharmaceutical companies and the World Health Organization as actors in a neocolonial agenda to "enslave" Africans through drug testing, citing controversial claims made about the Bill & Melinda Gates Foundation's vaccine programs and the history of the slave trade in Africa. The film also amplified a racist stereotype that Black people possess a more robust immune system that produces more antibodies and eliminates the need for vaccines.[72] Although many of the claims made in the documentary were false, the film was legitimized via promotion by the Nation of Islam (NOI), a Black nationalist religious and political organization founded in 1930.[iii] Tony Muhammad, an NOI minister who has in the past claimed that childhood vaccines are "genetically modified" to harm children of color,[73] was credited as a producer on the film.[74] In the video, Muhammed makes a parallel between COVID-19 vaccine trials and the 1932–1972 Tuskegee Syphilis Study, an abusive and unethical study that denied lifesaving treatment to hundreds of study subjects, all of whom were Black men.[75]

---

[iii]The Nation of Islam is a complex actor. Some see them as a religious group or as a historically strong advocate for Black communities, while others see them as a tool used by White anti-vaccine activists to create media distraction from the real issues that Black people have encountered with COVID-19 vaccines. The Southern Poverty Law Center has characterized NOI as one of the wealthiest and best-known organized hate groups in the US Jaquelyn Mason, "The Nation of Islam and Anti-Vaccine Rhetoric," *First Draft*, February 18, 2021, https://firstdraftnews.org/articles/the-nation-of-islam-and-anti-vaccine-rhetoric/; Southern Poverty Law Center, "Nation of Islam," September 6, 2021, https://www.splcenter.org/fighting-hate/extremist-files/group/nation-islam.

Case: 23-30445   Document: 43-7   Page: 112   Date Filed: 07/17/2023

3. Narratives

The documentary's announcement and trailer did not go nearly as viral as other anti-vaccine content about COVID-19, but still garnered 43,000 views on Instagram and 2,300 engagements on Facebook, where the majority of viewers voiced support for the film. The film then gained more traction on Telegram channels; the trailer was promoted in six Telegram channels that shared the content with 60,000 members, generating 5,000 views collectively.

Throughout the rollout, VP analysts repeatedly reviewed content that referenced the Tuskegee study. In the month of July 2021 alone, VP analysts observed over 200 posts featuring narratives involving Tuskegee. The legacy of the study was consistently used as evidence to undermine support for vaccines: users claimed that past unethical practices would be repeated in the COVID-19 vaccine rollout, or that the history of Tuskegee reflected establishment public health institutions' inherent untrustworthiness.[76] These claims sometimes included slightly more conspiratorial speculation about what the vaccine was "really" attempting to do to Black people—from sterilization to infecting them with COVID-19. Others simply speculated that the vaccine wasn't designed to "work" in Black people.[77]

These claims exploit the existing distrust that marginalized communities often hold for medical and scientific professionals. This pattern is likely to continue as long as neglect and harm in healthcare systems remain common in certain communities. Developing techniques to counter these narratives from a place of deep understanding of historical context must be a focal point for healthcare authorities.

### 3.2.3   Conspiracy Theories

Conspiracy theories have played an ongoing role in delegitimizing trust in vaccines and public health institutions. Conspiracy theory narratives often leverage persistent anti-vaccine tropes and themes drawn from other categories, such as fears that the vaccines may contain dangerous ingredients, but additionally attempt to assign a motive or blame for the situation to powerful people. Common examples included allegations that cabal-like entities and "higher powers" were controlling the pandemic, or controlling the population through the vaccine rollout. The three case studies below highlight this dynamic.

**Mark of the Beast**

In the last two decades, the anti-vaccine movement has been defined by questioning the safety of vaccines; religious-based fears have mainly taken a back seat to safety concerns. However, VP analysts saw that the movement against the COVID-19 vaccine has reincorporated religious narratives. One of the most consistent pandemic conspiracy theories relates to the "Mark of the Beast" in reference to Revelation 13:16–17, which describes a "beast" that forces people to receive a mark from the

58

Antichrist and says that people will be unable to "buy or sell unless they had the mark."[78] Some evangelical Christians believe the COVID-19 vaccine is the prophesied Mark of the Beast.[79] This wide-ranging theory has been used to undermine any widely advised COVID-19 mitigation measure, including masks, vaccines, and vaccine passports.[80]

Political leaders and celebrities have shared content suggesting that the Mark of the Beast is connected to COVID-19 vaccines and vaccine passports. In July 2020, rapper and public figure Kanye West told *Forbes* magazine in an interview that the COVID-19 vaccine—still in development stages—would be the Mark of the Beast.[81] In March 2021 the narrative gained over 200,000 interactions on Facebook in under a week after Congresswoman Marjorie Taylor Greene (R-GA) stated in a livestream video shared across Facebook and Twitter that vaccine passports could be considered the Biden administration's Mark of the Beast (see Figure 3.9).[82]



Figure 3.9: Tweet by Congresswoman Marjorie Taylor Greene that relates vaccine passports to the Mark of the Beast.

Despite drawing on conspiracy theory framings depicting vaccines as being controlled by a powerful figure, the Mark of the Beast narrative falls within a challenging area for platform enforcement:[83] platforms struggle to balance freedom of expression against the leveraging of religious claims as tools to promote vaccine hesitancy and spread vaccine mis- and disinformation.

### Reproductive "Shedding"

In early 2021, users on Twitter, Facebook, and Reddit reported unverified reproductive side effects, ranging from abnormal menstrual cycles to miscarriages and infertility. Anti-vaccine activists, health and wellness influencers, and pseudomedical[iv] influencers alleged that these events were connected to the COVID-19 vaccines and leveraged them to increase vaccine hesitancy and rejection: using misleading VAERS data to advise pregnant women against the vaccine, exploiting a doctor's miscarriage as "proof" of the vaccine's danger, and spreading stories of people losing their jobs due to fertility health-related vaccine refusal.[84] At the time there was no medical consensus on the vaccine's effect on reproductive health,[85] yet anti-vaccine

59

Case: 23-30445   Document: 43-7   Page: 113   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-7   Page: 114   Date Filed: 07/17/2023

3.  Narratives

activists presented the theory as fact and evidence of harm. Research is ongoing, but recent studies have found only small, temporary menstrual cycle changes after vaccination.[86]

In April 2021, however, VP analysts identified a new form of reproductive health claim that leveraged a long-standing anti-vaccine trope, "vaccine shedding,"[87] but with a new angle. Vaccine shedding—the potential for a person recently vaccinated with a live virus to "shed" the virus and expose or infect another person—is a real but exceedingly rare phenomenon, only possible with live attenuated vaccines such as the MMR vaccine.[88] Prior to the COVID-19 vaccines, anti-vaccine activists had used shedding narratives to claim that the vaccine itself could spread disease—and, therefore, that vaccines could in fact be responsible for outbreaks.[89] In the new claims, activists claimed not only that shedding was occurring with COVID-19 vaccines (a medical impossibility), but that vaccine shedding could spread harmful side effects, rather than the virus itself.

These claims coalesced into a new narrative combining older, separate narratives about vaccine shedding and reproductive health. On April 15, 2021, the conspiracy theory website InfoWars[90] posted an article claiming it had access to "hundreds of testimonials" from women who reported "bizarre menstrual issues and even miscarriages after being close to [vaccinated] people."[91] The narrative was also circulated on April 20, 2021, by Naomi Wolf, who tweeted that unvaccinated women were experiencing menstruation changes after being around vaccinated women.[92] Influencers used this conversation to further exploit people's safety concerns, including about the vaccine's "spike protein" (mRNA vaccines direct cells to make a harmless part of the coronavirus spike protein).[93] Anti-vaccine activists had previously spread false information that the vaccines contain actual spike proteins and that spike proteins would cause sterilization in women. Here, they took the claims further, suggesting that spike proteins could be shed to unvaccinated people simply via respiration.[94]

The new claims appeared within a broad range of Page and group types. Traditional anti-vaccine communities, where some of these stories originated, were familiar with the more general shedding trope, but shedding was less well known within the conspiracy theory/QAnon and health and wellness groups.[95] The health communities, who are often distrustful of pharmaceutical companies and the mainstream healthcare system, were especially influential in the growth of the narrative. Sharing the claims was often framed as a measure to "protect women" who were depicted as a vulnerable group, which possibly enabled the narrative to attract a larger audience.

None of the shedding claims were true.[96] As the shedding conspiracy theory gained traction on mainstream platforms, traditional media and fact-checking organizations—including *The New York Times* and *NBC News*—quickly moved to

---

[iv]See Appendix B for a definition of "pseudomedical" as used in this report.

Case: 23-30445   Document: 43-7   Page: 115   Date Filed: 07/17/2023

cover it.[97] Engagement with these fact-checking posts soon dwarfed engagement with misinformation posts, and by May 2021, the narrative had lost traction.

**Magnet Challenge**

On May 9, 2021, a TikTok video went viral that purported to show a magnet sticking to someone's arm over their vaccine injection site, implying that the vaccine contains unsafe ingredients that make people magnetic. (There are a number of ways small metallic objects may stick to someone's skin other than magnetism, including tape, lotion, or body oils.[98]) In just four days, before TikTok removed the video, it received over 9,600,000 views and inspired the creation of hundreds of copycat videos across all major platforms, challenging others to put a magnet on their bodies or over their vaccine injection site. By June 21, 2021, nearly 7,000 tweets with the hashtag #magnetchallenge had been posted.[v] Alarmingly, even videos that appeared to be created satirically were taken seriously, indicated by top-liked comments expressing outrage. On June 8, anti-vaccine influencers, including pseudomedical influencer Dr. Sherri Tenpenny, used this false phenomenon as evidence during hearings in the Ohio state legislature for a house bill on "vaccine discrimination."[99]

The Magnet Challenge illustrates how novel online tactics like participatory online video "challenges" can be combined with ongoing anti-vaccine tropes about strange reactions and dangerous ingredients to successfully spread misinformation online. Although many creators of these videos seemed to be participating in the trend in jest, the magnetism conspiracy theory was still able to gain traction, likely because it built on ongoing anti-vaccine tropes and prior widespread concerns about microchips in the vaccines.[100] Prior to COVID-19 vaccines, other vaccines have been the subject of toxicity fears and anti-vaccine rhetoric about ingredients such as thimerosal.[101] Thus, seemingly outlandish claims like the Magnet Challenge perhaps resonated within communities that have ongoing fears about what people are putting into their bodies.

## 3.3   Conclusion

This discussion of prominent anti-vaccine narratives is not meant to be comprehensive. Instead, it offers significant case studies to help readers understand that narratives used to spread and harness COVID-19 vaccine hesitancy, concerns, and misinformation have been both persistent and adaptable throughout the rollout.

---

[v] This number was recorded on June 21, 2021, and does not include content that may have been removed prior to that date, including the original viral TikTok video. Chase Small et al., "Made to Stick: Origins and Spread of the Magnetic Vaccine Narrative," *The Virality Project*, June 4, 2021, https://www.viralityproject.org/rapid-response/made-to-stick-origins-and-spread-of-the-magnetic-vaccine-narrative

### 3. Narratives

These narratives are not new. Rather, they hinge on repeated storylines and conspiratorial plots that have long been popular within the anti-vaccine community, adapted to current events or circumstances.

It is precisely this remixing—incorporating a novel angle into otherwise familiar, recognizable tropes—that makes misinformation narratives on social media so difficult to combat. Frequently, the substance of problematic claims is an amalgamation of many bits and pieces of narratives and ideas from across multiple themes. They may draw on a prominent recurring cast of archetypes (e.g., the evil billionaire) within the conspiracy theory spectrum. Often a piece of content will contain three to five different issues rolled into one, making it hard to disentangle the discrete problems or narratives into neat, fact-checkable boxes. As the pandemic and vaccine rollout wore on, this challenge became more prevalent, with a new idea layered on top of existing ones.

The familiarity and repetition of tropes, characters, and narratives may indeed suggest a path for intervention. The Virality Project believes that a deeper understanding of the key narratives outlined here can better facilitate a collective approach to responding to anti-vaccine mis- and disinformation. Prevalence of narratives might indicate where government and public health institutions should focus on building trust in communities in which mass vaccination has proven difficult, controversial, or seemingly impossible. Media can anticipate the transformation or re-uptake of old narratives ahead of the likely emergence of new variants, both in the US and elsewhere, drawing a clearer throughline highlighting recurring tropes. The persistence of key narratives around vaccine safety, efficacy, and development provides opportunities for stakeholders in various sectors to proactively detect, debunk, and even pre-bunk emerging misinformation threats.[102]

Case: 23-30445   Document: 43-7   Page: 116   Date Filed: 07/17/2023

Case: 23-30445      Document: 43-7      Page: 117      Date Filed: 07/17/2023

# Notes

1. Vaccine Adverse Event Reporting System, "About VAERS," accessed October 6, 2021, https://vaers.hhs.gov/about.html.

2. See, e.g., Eric Mack, "Sen. Rand Paul Declining Vaccine Because He Has 'Natural Immunity,'" *Newsmax*, May 23, 2021, https://www.newsmax.com/newsfront/immunity-vaccination-freedom-choice/2021/05/23/id/1022407/.

3. In *Merriam-Webster*, s.v. "conspiracy theory (n.)," accessed January 12, 2021, https://www.merriam-webster.com/dictionary/conspiracy 20theory; Richard Hofstadter, "The Paranoid Style in American Politics," (Cambridge, MA), November 1964,

4. Robert Blaskiewicz, "The Big Pharma conspiracy theory," *Medical Writing* 22, no. 4 (December 2013): 259–61, https://doi.org/10.1179/2047480613Z.000000000142.

5. Jon D. Lee, "The Utter Familiarity of Even the Strangest Vaccine Conspiracy Theories," *Atlantic*, January 11, 2021, https://www.theatlantic.com/ideas/archive/2021/01/familia rity-strangest-vaccine-conspiracy-theories/617572/; Brett Bricker and Jacob Justice, "The Postmodern Medical Paradigm: A Case Study of Anti-MMR Vaccine Arguments," *Western Journal of Communication* 83, no. 2 (2019): 172–89, https://doi.org/10.1080/10570314.2018.1510136.

6. Brumfiel, "Anti-Vaccine Activists Use A Federal Database To Spread Fear About COVID Vaccines."

7. Reuters Fact Check, "Fact Check: Discussion of Deaths in Elderly Vaccine Recipients in Norway Lacks Context," *Reuters*, January 20, 2021, https://www.reuters.com/article/uk-factcheck-norway-idUSKBN29P2R1.

8. Ingrid Torjesen, "Covid-19: Pfizer-BioNTech vaccine is "likely" responsible for deaths of some elderly patients, Norwegian review finds," *British Medical Journal* 373, no. 1372 (2021), https://doi.org/10.1136/bmj.n1372.

9. Robert F. Kennedy Jr (@RobertKennedyJr), "#Norway upped the number of deaths under investigation, from 23 last week to 33, while in #Germany, health officials said they are investigating 10 deaths that occurred among elderly patients who received the #COVID #vaccine. #TheDefender https://t.co/Y5FxxyIJcK," Twitter, January 18, 2021, https://web.archive.org/web/20210425131919/https://twitter.com/RobertKennedyJr/status/1351277936607948800; Reuters, "Fact Check: Discussion of Deaths in Elderly Vaccine Recipients in Norway Lacks Context."

10. Adrianna Hargrove, "No Link Found When Virginia Woman Dies Shortly after Taking COVID-19 Vaccine," *NBC News*, updated February 8, 2021, https://www.nbc12.com/2021/02/08/virginia-woman-dies-after-taking-pfizer-vaccine-investigation-underway/.

11. Tom Kertscher, "No evidence that COVID-19 vaccinations caused deaths of senior citizens," *PolitiFact*, February 5, 2021, https://www.politifact.com/factchecks/2021/feb/05/facebook-posts/no-evidence-covid-19-vaccinations-caused-deaths-se/.

12. Alec Dent, "Did a Teenager Die from Myocarditis after Her Second COVID Shot?," *The Dispatch*, June 16, 2021, https://factcheck.thedispatch.com/p/did-a-teenager-die-from-myocarditis.

13. See, e.g., Alex Berenson (@AlexBerenson), "And there it is: although I must warn I don't have firsthand knowledge of this interview - can someone provide a direct link if possible? https://t.co/XaMl6szSyV," Twitter, June 12, 2021, https://web.archive.org/web/20210619061316/https://twitter.com/alexberenson/status/1403800772345745411; Sean Carlin, "Soccer Star's Collapse Was Unrelated to COVID-19 Vaccine," *FactCheck.Org*, June 21, 2021, https://www.factcheck.org/2021/06/scicheck-soccer-stars-collapse-was-unrelated-to-covid-19-vaccine/; Alex Berenson (@AlexBerenson), "Didja ever notice that more than two days after his cardiac arrest, neither Christian Eriksen nor his medical team has said ANYTHING about his vaccination status? all we have are conflicting comments from the team he was NOT playing from at the time," Twitter, June 14, 2021, https://web.archive.org/web/20210614172542/https://twitter.com/alexberenson/status/1404487245608873985.

14. Tami Burages (@tburages), "A week ago today my brother's 13-year-old son had his 2nd covid shot. Less than 3 days later he died. The initial autopsy results (done Friday) were that his heart was enlarged and there was some fluid surrounding it. He had no known health problems. Was on no medications," Twitter, June 20, 2021, https://web.archive.org/web/20210710054935/https://twitter.com/tburages/status/1406796255573991424.

15. Kennedy Hayes, "Michigan Boy, 13, Dies after Second COVID-19 Vaccine Shot," *FOX 32 Chicago (FOX 4 News Dallas-Fort Worth)*, July 5, 2021, https://www.fox4news.com/news/michigan-boy-13-dies-after-second-covid-19-vaccine-shot; Kelen McBreen, "Aunt Claims Healthy 13-Year-Old Nephew Died 3 Days After Pfizer COVID Vaccine," *Infowars*, June 21, 2021, https://www.infowars.com/posts/aunt-claims-healthy-13-year-old-nephew-died-3-days-after-covid-vaccine; Frankie Stockes, "13-Year-Old Boy Dies Three Days After Taking Second COVID Shot [UPDATE]," *National File*, June 21, 2021, https://nationalfile.com/13-year-old-boy-dies-three-days-after-taking-second-covid-shot/; Hannah Bleau, "CDC Investigating Death of Teen Who Died After Second Coronavirus Shot," *Breitbart*, July 5, 2021, https://www.breitbart.com/health/2021/07/05/cdc-investigating-death-13-year-old-boy-suddenly-died-second-coronavirus-shot/; Charlie Tinker, "Experts Weigh-in as CDC Investigates Death of Mid-MI 13-Year-Old, Days after Vaccination," *ABC12 News Michigan*, June 23, 2021, https://www.abc12.com/2021/06/24/cdc-investigating-death-mid-mi-13-year-old-days-after-vaccination/; Matthew Impelli, "13-Year-Old Dies in Sleep After Receiving Pfizer COVID Vaccine; CDC Investigating," *MSN*, July 2, 2021, https://www.msn.com/en-us/health/medical/13-year-old-dies-in-sleep-after-receiving-pfizer-covid-vaccine-cdc-investigating/ar-AALHXDL; Matthew Impelli, "13-Year-Old Dies in Sleep After Receiving Pfizer COVID Vaccine; CDC Investigating," *Newsweek*, July 2, 2021, https://www.newsweek.com/13-year-old-dies-sleep-after-receiving-pfizer-covid-vaccine-cdc-investigating-1606529.

16. Tami Burages (@tburages), "I have deleted a tweet thread about the sudden death of my nephew following his 2nd covid shot. Fox News and other far-right disinformation networks are politicizing the death and using my tweet to do it. They are causing my family more pain. If you have any questions, DM me," Twitter, June 22, 2021, https://web.archive.org/web/20210712233418/https://twitter.com/tburages/status/1407343080026611713.

17. Kristi Simmonds, "Please please share this....people need to be aware!," Facebook, January 30, 2021, https://www.facebook.com/kristi.simmonds.1/videos/12832946553

64

Case: 23-30445   Document: 43-7   Page: 119   Date Filed: 07/17/2023

59609/.

18. Teri Morris, "Help Kristi Pay for Medical Expenses, Organized by Teri Morris," GoFundMe, accessed August 26, 2021, https://web.archive.org/web/20210706183143/https:
//www.gcfundme.com/f/help-kristi-pay-for-medical-expenses.

19. Megan Redshaw, "Hundreds Injured by COVID Vaccines Turn to GoFundMe for Help With Expenses," *Children's Health Defense*, July 8, 2021, https://childrenshealthdefense.org/defender/hundreds-injured-covid-vaccines-gofundme-expenses/.

20. Ernie, "Misleading: The Influencer Dominique De Silva (@queencitydom) Had an Extreme Adverse Reaction to the COVID Vaccine and Now Suffers from Tremors and Paralysis," *Logically*, August 16, 2021, https://www.logically.ai/factchecks/library/83a31d81.

21. Katherine Acquavella, "Hank Aaron, 86, Receives COVID-19 Vaccine and Hopes to Inspire Other Black Americans to Do the Same," *CBSSports.com*, January 6, 2021, https://www.cbssports.com/mlb/news/hank-aaron-86-receives-covid-19-vaccine-and-hopes-to-inspire-other-black-americans-to-do-the-same/.

22. Paul Newberry, "Hank Aaron, Baseball's One-Time Home Run King, Dies at 86," *AP News*, January 22, 2021, https://apnews.com/article/hank-aaron-dead-0fa32aff826d18b
beb9efedd42cd81a2.

23. Robert F. Kennedy Jr (@robertkennedyjr), "Hank Aaron's tragic death is part of a wave of suspicious deaths among elderly closely following administration of COVID vaccines. The baseball legend received the Moderna vaccine on Jan. 5, in an attempt to inspire other Black Americans to step up to the plate and get the vaccine. https://t.co/VbuHt22bJz," Twitter, January 22, 2021, https://web.archive.org/web/20210826175814/https:
//twitter.com/robertkennedyjr/status/1352748139665645569.

24. Rick Rojas and Denise Grady, "Never Mind the Skeptics, Officials Say: Hank Aaron's Death Had Nothing to Do with the Covid-19 Vaccine," *New York Times*, January 31, 2021, https://www.nytimes.com/2021/01/31/us/hank-aaron-death-covid-vaccine.html;
Miriam Fauzia, "Fact Check: Not Likely That COVID-19 Vaccine Was Cause of Hank Aaron's Death," *USA TODAY*, updated January 27, 2021, https://www.usatoday.com/story/news/factcheck/2021/01/26/fact-check-hank-aaron-death-unlikely-result-covid-19-vaccine/6699577002/.

25. US Department of Health and Human Services, "VAERS — Data," accessed August 26, 2021, https://vaers.hhs.gov/data.html; Medicines & Healthcare products Regulatory Agency, "Yellow Card Scheme — MHRA," accessed August 26, 2021, https://yellowcard.mhra.gov.uk/; European Medicines Agency, "EudraVigilance," accessed September 17, 2021, https://www.ema.europa.eu/en/human-regulatory/research-developmen
t/pharmacovigilance/eudravigilance; Uppsala Monitoring Centre and World Health Organization, "VigiAccess," accessed August 26, 2021, http://www.vigiaccess.org/.

26. VAERS, "About VAERS."

27. HHS, "VAERS — Data."

28. See, e.g., Megan Redshaw, "Latest CDC VAERS Data Show Reported Injuries Surpass 400,000 Following COVID Vaccines," *Children's Health Defense* (blog), updated July 2, 2021, https://childrenshealthdefense.org/defender/cdc-vaers-injuries-400000-

65

Case: 23-30445       Document: 43-7       Page: 120       Date Filed: 07/17/2023

following-covid-vaccines/; Megan Redshaw, "As Drug Makers Set Sights on Vaccinating 5-Year-Olds, Latest VAERS Data Show Number of Injuries, Deaths Continues to Climb," *Children's Health Defense* (blog), updated July 11, 2021, https://childrenshealthdef ense.org/defender/vaers-data-injuries-deaths-vaccinating-5-year-olds/; Megan Redshaw, "Latest CDC VAERS Data Show Reported Injuries Surpass 11,000 in Ages 12 to 17 Following COVID Vaccines," *Children's Health Defense* (blog), June 25, 2021, https://childrenshealthdefense.org/defender/cdc-vaers-data-injuries-surpass-7000-ages-12-to-17-covid-vaccines/; Robert F. Kennedy Jr. (@robertkennedyjr), "Here's the latest CDC VAERS numbers... https://t.co/3EitLBj5ql," Twitter, June 25, 2021, https://web.archive.org/web/20210723205815/https://twitter.com/robertkennedyjr/status/1408530941430009857.

29. See, e.g., Alex Berenson (@AlexBerenson), "VAERS Now up to 3,486 Post-Covid Vaccine Deaths — Almost as Many as Have Been Reported for Every Other Vaccine Combined in the Database's 30-Year History. Lucky Us, EVERY SINGLE ONE WAS A COINCIDENCE! Phew. I Was Starting to Get Worried. https://t.co/TarjDhgO7e," Twitter, April 20, 2021, https://web.archive.org/web/20210519233340/https://twitter.com/alexberenson/status/1384576706137165836; Dr. Naomi Wolf Twitterissä (@naomirwolf), "VAERS Re COVID Vaccines: Heart Attacks 502 Miscarriages 84 Severe Allergic Reaction 3145 Thrombocytopenia/Low Platelet 321," Twitter, April 13, 2021, https://web.archive.org/web/20210414004929/https://twitter.com/naomirwolf/status/1382133737828286468.

30. Bannon's War Room, "Ex-Pfizer VP Yeadon Warns: Children 50 Times More Likely to Die From Vaccine Than Virus," Rumble, June 9, 2021, https://web.archive.org/web/20210715073052/https://rumble.com/viaz6n-ex-pfizer-vp-yeadon-warns-children-50-times-more-likely-to-die-from-vaccine.html; Ellie House, "Rumble Sends Viewers Tumbling Toward Misinformation," *Wired*, May 11, 2021, https://www.wired.com/story/rumble-sends-viewers-tumbling-toward-misinformation/.

31. See, e.g., Tucker Carlson, "Tucker Carlson: How Many Americans Have Died after Taking the COVID Vaccine?," *Fox News*, May 6, 2021, https://www.foxnews.com/opinion/tucker-carlson-how-many-americans-have-died-after-taking-the-covid-vaccine.

32. Tucker Carlson, "Sen Ron Johnson explains why he's not getting the vaccine," Facebook, May 11, 2021, https://www.facebook.com/100044382581138/posts/3154565199437635.

33. Natalie Colarossi, "GOP Sen. Ron Johnson under Fire for Holding Event on Adverse Reactions to COVID Vaccines," *Newsweek*, June 26, 2021, https://www.newsweek.com/gop-sen-ron-johnson-under-fire-holding-event-adverse-reactions-covid-vaccines-1604411.

34. See, e.g., Mike Lee (@SenMikeLee), "The best way to calm fears about COVID Vaccines is to be open and forthcoming about possible side effects. My letter with @SenRonJohnson asks the @CDCgov and @US_FDA to do just that. https://Lee.Senate.Gov/Public/_-cache/Files/Edb46ad3-0d71-4779-85f1-13a0fb47df10/Letter-to-Cdc-Re-Covid-19-Vaccine-6.29.21.Pdf," Twitter, July 1, 2021, https://web.archive.org/web/20210701134702/https://twitter.com/SenMikeLee/status/1410595766368829440.

35. Holmes Lybrand and Tara Subramaniam, "Fact-checking Sen. Ron Johnson's anti-vaccine misinformation," *Facts First*, May 10, 2021, https://www.cnn.com/2021/05/07/politics/ron-johnson-vaccine-misinformation-fact-check/index.html.

66

Case: 23-30445   Document: 43-7   Page: 121   Date Filed: 07/17/2023

36. National Vaccine Information Center, "Search VAERS Database," *MedAlerts*, accessed August 26, 2021, https://www.medalerts.org/vaersdb/.

37. "COVID Vaccine Landing Page," *OpenVAERS*, accessed August 26, 2021, https://www.openvaers.com/covid-data.

38. See, e.g., Rise Up Canada (@riseup_canada), "⟶ VAERS captures ONLY AN ES-TIMATED 1% of Va**ine injury, because most injuries are not reported. VAERS CV Reports Through April 30...," Instagram, May 7, 2021, https://www.instagram.com/p/COmTtFlhqqq/; u/Banmealreadymods, "I'm Sorry but 19 and 20-Year-Olds Don't Fucking Have Heart Attacks. Yet Here Are Four Examples of Just That, Either Hours or Days after Vaccination," Reddit, April 6, 2021, https://web.archive.org/web/2021041317700/www.reddit.com/r/conspiracy/comments/mlui5h/im_sorry_but_19_and_20yearolds_dont_fucking_have/.

39. Devika Khandelwal, Nick Backovic, and Edie Miller, "California Woman Behind Anti-Vax Site Outperforming Government Database," *Logically*, August 12, 2021, https://www.logically.ai/articles/california-woman-anti-vax-site-openvaers; "OpenVAERS.com," *SimilarWeb*, accessed September 6, 2021, https://www.similarweb.com/website/openvaers.com/#referrals.

40. "FALSE: US records 12,366 deaths due to COVID-19 vaccines," *Rappler*, September 24, 2021, https://www.rappler.com/newsbreak/fact-check/united-states-records-thousands-deaths-due-covid-19-vaccines.

41. See, e.g., Real Immunity (@realimmunitymovie), "UPDATE- For anyone who has tried to navigate the government VAERS (Vaccine Adverse Event Reporting System) site and has thrown up their hands in frustration, here is an easy way to access an updated summary," Facebook, July 9, 2021, https://www.facebook.com/695769770631109/posts/1679826732225403.

42. For more information and examples of the evolution of health/medical freedom groups in the US and examples of such, see the Freedom Keepers United organization at https://freedomkeepersunited.org, and Azhar Hussain et al., "The Anti-vaccination Movement: A Regression in Modern Medicine," *Cureus* 10, no. 7 (July 3, 2019): e2919, https://doi.org/10.7759/cureus.2919.

43. Peter J. Hotez, "America's Deadly Flirtation with Antiscience and the Medical Freedom Movement," *Journal of Clinical Investigation* 131, no. 7 (April 1, 2021): e149072, https://doi.org/10.1172/JCI149072.

44. "Israel to Open Leisure Facilities to Vaccinated – as It Happened," *Coronavirus live* (blog), February 10, 2021, https://www.theguardian.com/world/live/2021/feb/10/coronavirus-live-news-annual-vaccine-may-be-needed-says-jj-chief-spain-tops-3m-cases.

45. An earlier version of this work was published in "Virality Project Weekly Briefing #9, February 17, 2021—February 23, 2021," Virality Project, February 23, 2021, https://www.viralityproject.org/s/Virality-Project-February-23rd-Weekly-Briefing.pdf; RT (@RTnews), "Isn't a vaccine passport basically a compulsory vaccine?," Facebook, February 15, 2021, https://www.facebook.com/RTnews/posts/10159886262809411

46. Rachel E. Moran et al., "The Vaccine Passport Narrative in Vaccine Hesitant Communities," *The Virality Project*, March 29, 2021, https://www.viralityproject.org/rapid-

Case: 23-30445   Document: 43-7   Page: 122   Date Filed: 07/17/2023

response/the-vaccine-passport-narrative-in-vaccine-hesitant-communities.

47. Moran et al., "The Vaccine Passport Narrative in Vaccine Hesitant Communities."

48. Liz Wheeler (@Liz_Wheeler), "Say NO to Vaccine Passports. The Only Way to Stop This Abuse of Power Is to Refuse to Comply," Twitter, March 27, 2021, https://we b.archive.org/web/20210826033618/https://twitter.com/Liz_Wheeler/status/ 1375840741449162757.

49. "21WIRE Video Banned by YouTube: 'Why You Should Question Vaccine Passports,'" *21st Century Wire*, March 11, 2021, https://21stcenturywire.com/2021/03/11/21wire-video-banned-by-youtube-why-you-should-question-vaccine-passports/; Moran et al., "The Vaccine Passport Narrative in Vaccine Hesitant Communities"; Joe Hoft, "The Great Reset: Big Tech and Big Pharma Join Forces to Build Digital COVID Vaccination Passport," *The Gateway Pundit*, January 17, 2021, https://www.thegatewaypundit.com/ 2021/01/great-reset-big-tech-big-pharma-joining-forces-build-digital-covid-vaccination-passport/.

50. Patricia Mazzei et al., "Florida's Governor Bans Agencies and Businesses from Requiring 'Vaccine Passports,'" *New York Times*, April 2, 2021, https://www.nytimes.com/2021/ 04/02/us/florida-vaccine-passport-desantis.html.

51. Ballotpedia, "State Government Policies about Vaccine Requirements (Vaccine Pass-ports)," updated August 25, 2021, https://ballotpedia.org/State_government_policies_ about_vaccine_requirements_(vaccine_passports).

52. Dave Simpson, "GOP Introduces Bill That Would Ban Federal Vaccine Passport," *Law360 Employment Authority*, May 28, 2021, https://www.law360.com/employment-authority/ articles/1389436/gop-introduces-bill-that-would-ban-federal-vaccine-passport.

53. "US Congress S1932," *TrackBill*, accessed January 10, 2022, https://trackbill.com/bill/us-congress-senate-bill-1932-no-vaccine-passports-act/2131109/.

54. Felicia Sonmez, Eugene Scott, and John Wagner, "Biden Announces Door-to-Door Outreach, Outlines Other Strategies to Boost Vaccinations," *Washington Post*, July 6, 2021, https://www.washingtonpost.com/politics/2021/07/06/joe-biden-live-updates/.

55. Dan Bongino, "Excuse me? Did she just say what I think she said?," Facebook, July 6, 2021, https://www.facebook.com/101043269988443/posts/4429031760522884.

56. "Watch Alex Jones Predict Door to Door Vaccination Squads," *Alex Jones Predictions*, 2021, https://freeworldnews.tv/watch?id=60e5caa839348447c5729075.

57. The Patriot Party of Massachusetts (@PatriotPartyMA), "Biden's vaccination squad going door-to-door...," July 6, 2021, https://web.archive.org/web/20210706231907/ https://twitter.com/PatriotPartyMA/status/1412551673369747460.

58. U.S. Food and Drug Administration, "Coronavirus (COVID-19) Update: FDA Authorizes Pfizer-BioNTech COVID-19 Vaccine for Emergency Use in Adolescents in Another Important Action in Fight Against Pandemic," May 10, 2021, https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-pfizer-biontech-covid-19-vaccine-emergency-use.

59. Jacqueline Howard and Virginia Langmaid, "Most states require parental consent for Covid-19 shots for ages 12 to 15, but not all. Here's the list," *CNN*, May 18, 2021, https:

68

//www.cnn.com/2021/05/14/health/covid-19-vaccines-teens-parental-consent-wellness/index.html.

60. Jonathan Mattise, "Ex-Tennessee health official: State backed off vaccine push," *Associated Press*, July 14, 2021, https://apnews.com/article/health-government-and-politics-coronavirus-pandemic-tennessee-fd6c72aaff8309d7143345f370b497be.

61. Keenan Chen, "Tennessee Vaccine Official's Firing Was Driven by Misinformation," *First Draft*, July 15, 2021, https://firstdraftnews.org:443/articles/the-misinformation-around-tennessee-vaccine-officials-firing-michelle-fiscus/.

62. Chen.

63. Tara Haelle, "California Doctor Invokes Holocaust Analogy, Compares Non-Vaccinating Parents To Persecuted Jews," *Forbes*, June 18, 2015, https://www.forbes.com/sites/tarahaelle/2015/06/18/california-doctor-invokes-holocaust-analogy-compares-non-vaccinating-parents-to-jews/.

64. "ADL Slams RFK Jr. for Vaccines-Holocaust Analogy," *Jewish Telegraphic Agency*, April 14, 2015, https://www.jta.org/2015/04/14/united-states/adl-slams-rfk-jr-for-vaccines-holocaust-analogy.

65. see Revelation (@SCRAP_IRON_RYAN), "Has Pfizer Ever Been Found Guilty of Breaking International Law Including the Nuremberg Code for Unlawfully Experimentation on Human Subjects? The Answer Is: YES Should You Trust Pfizer The Answer Is: NO," Twitter, March 8, 2021, https://web.archive.org/web/20210828233342/https://twitter.com/SCRAP_IRON_RYAN/status/1368747047831080966

66. Patrick Delaney, "EXCLUSIVE - Former Pfizer VP: 'Your government is lying to you in a way that could lead to your death,'" *LifeSite News*, April 7, 2021, https://www.lifesitenews.com/mobile/news/exclusive-former-pfizer-vp-your-government-is-lying-to-you-in-a-way-that-could-lead-to-your-death/.

67. Daily Clout, "Watch Dr Naomi Wolf Discuss 'Why Vaccine Passports Equal Slavery Forever,'" YouTube, March 30, 2021, https://web.archive.org/web/20210808093551/https://www.youtube.com/watch?v=pWoDbGNt4wg.

68. Jani Allan, "I Am One of Millions Who Have Chosen Not to Have a Covid Vaccine. Does That Mean I'm to Be Banned from Planes, Buildings & Shops?," *RT International*, May 8, 2021, https://www.rt.com/op-ed/523218-covid-vaccine-banned-hesitancy/.

69. Russel Contreras, "Holocaust camparisons by anti-vax movement denounced," *Axios*, August 5, 2021, https://www.axios.com/holocaust-anti-vax-anti-mask-protests-denounced-883c509b-e8f9-443d-8447-a9ddf896dfad.html.

70. Paula Larsson, "The Inherent Racism of Anti-Vaxx Movements," *Alliance for Science*, July 19, 2021, https://allianceforscience.cornell.edu/blog/2021/07/the-inherent-racism-of-anti-vaxx-movements/; Will Stone, "An Anti-Vaccine Film Targeted To Black Americans Spreads False Information," *NPR*, June 8, 2021, https://www.npr.org/sections/health-shots/2021/06/08/1004214189/anti-vaccine-film-targeted-to-black-americans-spreads-false-information.

71. *Medical Racism: The New Apartheid* (Children's Health Defense), accessed August 27, 2021, https://medicalracism.childrenshealthdefense.org/.

69

72. "An Anti-Vaccine Film Targeted To Black Americans Spreads False Information," *Health-Leaders*, June 9, 2021, https://www.healthleadersmedia.com/covid-19/anti-vaccine-film-targeted-black-americans-spreads-false-information.

73. Brandy Zadrozny and Char Adams, "Covid's devastation of Black community used as 'marketing' in new anti-vaccine film," *NBC News*, March 11, 2021, https://www.nbcnews.com/news/nbcblk/covid-s-devastation-black-community-used-marketing-new-anti-vaxxer-n1260724.

74. Saranac Hale Spencer and Angelo Fichera, ""RFK Jr. Video Pushes Known Vaccine Misrepresentations," *FactCheck.org*, March 11, 2021, https://www.factcheck.org/2021/03/scicheck-rfk-jr-video-pushes-known-vaccine-misrepresentations/; Will Stone, "An Anti-Vaccine Film Targeted To Black Americans Spreads False Information," *NPR*, June 8, 2021, https://www.npr.org/sections/health-shots/2021/06/08/1004214189/anti-vaccine-film-targeted-to-black-americans-spreads-false-information; ADL, "Nation of Islam Pushes Anti-COVID-19 Vaccine Message, Alongside Conspiracy Theorists," (blog), November 8, 2021, https://www.adl.org/blog/nation-of-islam-pushes-anti-covid-19-vaccine-message-alongside-conspiracy-theorists.

75. CDC, National Center for HIV, Viral Hepatitis, STD, and TB Prevention, "The Tuskegee Timeline," May 3, 2021, https://www.cdc.gov/tuskegee/timeline.htm.

76. See, e.g., Freedom From Mental Slavery, "Tuskegee Study: Black people thought they were receiving free healthcare but instead were injected with Syphilis. This was conducted by the U.S. Public Health Service and happened over a period of 40 years between 1932 and 1972. Let us never forget," Facebook, July 25, 2021, https://www.facebook.com/161399403976816/posts/4137971696319547; Ishmael Mayhew (@ishcontent), "What part did we misunderstand about it? The Tuskegee Experiment went on for 40 years. Define not that long ago? It sounds like gaslighting to me. This was REAL and it impacted generations. We not about to skim over that. You shouldnt need to do that to defend the vaccine," Twitter, July 27, 2021, https://web.archive.org/web/20210727195548/https://twitter.com/ishcontent/status/1420100592131887115; KING KY (@DaddyKy_), "Yeaaa it's time to get @POTUS on up out of the house.. You can't force ppl to get a vaccine. We remember the Tuskegee Syphilis Study sir.. Why they hell should we trust what the government say when all y'all ever done was let us down?? Now you want us to have faith in y'all? 🤣," Twitter, July 27, 2021, https://web.archive.org/web/20210831050326/https://twitter.com/ThatGuyOGPrime/status/1420042590821527552; The Chad (@theChad-Factor), "Daily reminder I don't care if half the world is vaccinated I'm not taking the vaccine. I don't even take flu shots. A lot of you people need to research Tuskegee seriously," Twitter, July 27, 2021, https://web.archive.org/web/20210727211429/https://twitter.com/TheChadFactor/status/1420130427709366288.

77. See, e.g., Joel B. Pollak, "Thirteen Bizarre Quotes from Joe Biden's CNN Town Hall in Cincinnati," *Breitbart*, July 22, 2021, https://www.breitbart.com/politics/2021/07/22/thirteen-bizarre-quotes-from-joe-bidens-cnn-town-hall-in-cincinnati/; Josh Dubin (@dubin.josh), "If You Don't Understand Why Many African Americans Are Hesitant to Get the COVID Vaccine - You Should Listen to This Sobering Podcast About...," Instagram, July 25, 2021, https://web.archive.org/web/20210831185729/https://www.instagram.com/p/CRxZ8b6rtgJ/.

78. Rv. 13:16–17 NIV.

70

Case: 23-30445   Document: 43-7   Page: 124   Date Filed: 07/17/2023

Case: 23-30445     Document: 43-7     Page: 125     Date Filed: 07/17/2023

79. See, e.g., "Is Getting the COVID Vaccine Taking the Mark of the Beast?," *Dr. Pate's Blog* (blog), August 1, 2021, https://drpatesblog.com/2021/08/01/is-getting-the-covid-vaccine-taking-the-mark-of-the-beast/; Caitlin Dickson, "Some Evangelicals Fear the 'Mark of the Beast' from a Coronavirus Vaccine," *Yahoo News*, May 14, 2021, https://www.yahoo.com/now/evangelicals-fear-the-mark-of-the-beast-from-a-coronavirus-vaccine-183249943.html.

80. See, e.g., "Coronavirus Pandemic Is a Wake Up Call: Exclusive Joshua Fund Poll," *The Joshua Fund*, accessed August 27, 2021, https://www.joshuafund.com/index.php/learn/video/coronavirus_pandemic_is_a_wake_up_call_exclusive_joshua_fund_poll; Ash Soular (@ashsoularmusic), "People have always speculated how the mark of the beast would be so widely accepted and implemented. How so many would be deceived into taking it instead of rejecting and fighting against it. I never understood a scenario that made sense to me until I saw how this mask mandate has been implemented...," Facebook, July 18, 2020, https://www.facebook.com/ashsoularmusic/posts/10157426038694212; "Intent to Get Vaccinated against COVID-19 Varies by Religious Affiliation in the U.S.," *Pew Research Center*, accessed August 7, 2021, https://www.pewresearch.org/wp-content/uploads/2021/03/FT_21.03.18_VaccineFacts.png.

81. Randall Lane, "Kanye West Says He's Done With Trump—Opens Up About White House Bid, Damaging Biden And Everything In Between," *Forbes*, July 8, 2020, https://www.forbes.com/sites/randalllane/2020/07/08/kanye-west-says-hes-done-with-trump-opens-up-about-white-house-bid-damaging-biden-and-everything-in-between/.

82. "Right Wing Watch (@RightWingWatch), "Marjorie Taylor Greene says that a vaccine passport is 'Biden's Mark of the Beast' and that any company the requires one is engaging in 'corporate communism,'" Twitter, March 30, 2021, https://web.archive.org/web/20210827213839/https://twitter.com/RightWingWatch/status/1376900032184586245.

83. Elizabeth Dwoskin, "On social media, vaccine misinformation mixes with extreme faith," *Washington Post*, February 16, 2021, https://www.washingtonpost.com/technology/2021/02/16/covid-vaccine-misinformation-evangelical-mark-beast/.

84. See, e.g., Your Way Your Baby (@YourBabyYourWayBook), "From VAERS: 'I was 28 weeks and 5 days pregnant when I received the first dose of the COVID19 vaccine. Two days later (12/25/2020 in the afternoon), I noticed decreased motion of the baby...,'" Facebook, January 17, 2021, https://www.facebook.com/YourBabyYourWayBook/posts/3645876635529909; "Sara Beltrán Ponce: Wisconsin resident doctor has miscarriage days after COVID 'vaccine,'" *The COVID Blog* (blog), February 7, 2021, https://thecovidblog.com/2021/02/07/sara-beltran-ponce-wisconsin-resident-doctor-has-miscarriage-days-after-covid-vaccine/; Checkey Beckford, "Brooklyn Woman Fired From Job After Not Getting Vaccine Because She Wanted to Wait," *NBC New York*, February 17, 2021, https://www.nbcnewyork.com/news/brooklyn-woman-fired-from-job-after-not-getting-vaccine-because-she-wanted-to-wait/2892578/.

85. Victoria Male, "Menstrual Changes after Covid-19 vaccination," *BMJ* 374, no. 2211 (2021), https://doi.org/10.1136/bmj.n2211; Anna Louie Sussman, "The Coronavirus Vaccine Presents a Dilemma for Pregnant Women," *New Yorker*, February 1, 2021, https://www.newyorker.com/science/medical-dispatch/the-coronavirus-vaccine-presents-a-dilemma-for-pregnant-women.

71

86. National Institutes of Health, "COVID-19 Vaccines and the Menstrual Cycle," updated January 20, 2022, https://covid19.nih.gov/news-and-stories/covid-19-vaccines-and-menstrual-cycle.

87. Anna Kata, "Anti-Vaccine Activists, Web 2.0, and the Postmodern Paradigm — An Overview of Tactics and Tropes Used Online by the Anti-Vaccination Movement," *Vaccine* 30, no. 25 (May 28, 2012): 3778–89, https://doi.org/10.1016/j.vaccine.2011.11.112.

88. Kolina Koltai et al., "Vaccine 'Shedding' Narratives Targeted toward Women," *The Virality Project*, April 27, 2021, https://www.viralityproject.org/rapid-response/vaccine-shedding-narratives-targeted-toward-women.

89. Bill McCarthy, "Debunking the Anti-Vaccine Hoax about 'Vaccine Shedding,'" *PolitiFact*, May 6, 2021, https://www.politifact.com/article/2021/may/06/debunking-anti-vaccine-hoax-about-vaccine-shedding/.

90. Vivian Lam, "Alex Jones," November 14, 2021, https://www.politifact.com/personalities/alex-jones/.

91. Kelen McBreen, "DISTURBING: Unvaccinated Women Claim Unusual Menstrual Cycles & Miscarriages After Being Near Recently Vaccinated Individuals," *Infowars*, April 15, 2021, https://www.infowars.com/posts/disturbing-unvaccinated-women-claim-unusual-menstrual-cycles-miscarriages-after-being-near-recently-vaccinated-individuals.

92. Koltai et al., "Vaccine 'Shedding' Narratives Targeted toward Women."

93. Centers for Disease Control and Prevention, "Understanding MRNA COVID-19 Vaccines," March 4, 2021, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/mrna.html.

94. "COVID-19 vaccines, irregular periods and spike protein shedding," *Nebraska Medicine*, April 24, 2021, https://www.nebraskamed.com/COVID/the-covid-19-vaccines-irregular-periods-and-spike-protein-shedding.

95. Koltai et al., "Vaccine 'Shedding' Narratives Targeted toward Women."

96. Miriam Fauzia, "Fact check: No, interacting with a vaccinated person won't cause miscarriage or menstrual changes," *USA Today*, updated April 28, 2021, https://www.usatoday.com/story/news/factcheck/2021/04/27/fact-check-exposure-vaccinated-person-wont-cause-miscarriage/7303796002/; Catalina Jamarillo, "No Scientific Basis for Vaccine 'Shedding' Claims," *FactCheck.org*, May 11, 2021, https://www.factcheck.org/2021/05/scicheck-covid-19-vaccines-spike-protein-only-get-into-those-who-receive-it-no-shedding/.

97. Maggie Aster, "No, other people's Covid vaccines can't disrupt your menstrual cycle," *New York Times*, April 29, 2021, https://www.nytimes.com/2021/04/29/technology/covid-vaccine-period-conspiracy.html; April Glaser and Brandy Zadrozny, "Distancing from the vaccinated: Viral anti-vaccine infertility misinfo reaches new extremes," *NBC News*, updated May 14, 2021, https://www.nbcnews.com/tech/internet/viral-vaccine-infertility-misinformation-finds-home-social-media-n1267310.

98. Bill McCarthy, "Sherri Tenpenny Makes False COVID-19 Vaccine Magnetism Claim to Ohio Lawmakers," *PolitiFact*, June 9, 2021, https://www.politifact.com/factchecks/2021/jun/09/sherri-tenpenny/sherri-tenpenny-makes-false-covid-19-vaccine-magne/.

Case: 23-30445    Document: 43-7    Page: 127    Date Filed: 07/17/2023

99. Andrea Salcedo, "A Doctor Falsely Told Lawmakers Vaccines Magnetize People: 'They Can Put a Key on Their Forehead. It Sticks,'" *Washington Post*, June 9, 2021, https://www.washingtonpost.com/nation/2021/06/09/sherri-tenpenny-magnetized-vaccine-ohio/.

100. Ike Sriskandarajah, "Where Did the Microchip Vaccine Conspiracy Theory Come from Anyway?," *Reveal*, June 5, 2021, http://revealnews.org/article/where-did-the-microchip-vaccine-conspiracy-theory-come-from-anyway/.

101. Jeffrey P. Baker, "Mercury, Vaccines, and Autism," *American Journal of Public Health* 98, no. 2 (February 2008): 244–53, https://doi.org/10.2105/AJPH.2007.113159.

102. Mike Caulfield, "Tropes and Networked Digital Activism #1: Trope-Field Fit," *Hapgood* (blog), June 12, 2021, https://hapgood.us/2021/06/12/participatory-propaganda-tropes-and-trope-field-fit-part-one/.

73

Case: 23-30445   Document: 43-7   Page: 128   Date Filed: 07/17/2023

Chapter **4**

# Actors & Tactics

This chapter discusses notable actors and tactics that repeatedly appeared in incidents of false and misleading claims in the Virality Project's observation of the COVID-19 vaccine conversation. These short descriptions shed light on some of the dynamics leveraged to produce, spread, and sustain vaccine mis- and disinformation on social media from February to August 2021.

As described in Chapter 1: Introduction, the VP consortium was informed by Tara Smith's taxonomy of particular types of actors who have long been active in vaccine conversations.[1] At the conclusion of the Virality Project's observation period, as we reviewed the corpus of incidents in the reports database and weekly briefings, some additional actor types emerged, which we discuss in this chapter.

While no perfect system of identification or classification exists—categories are porous, and some actors, including high-profile ones, did not squarely fit into any one category—examining recurring dynamics or prevailing narratives with a lens focused on the actor type involved (rather than substance of the claims) provides a glimpse into how different types of influencers worked to appeal to their audiences.

## 4.1   A Cast of Recurring Actors

**Long-standing anti-vaccine influencers:** These actors have a long-term primary focus on vaccines and have been building anti-vaccine audiences and content repositories for years prior to the COVID-19 vaccines. Many can be classified not only as influencers but also as activists, given their involvement in political organizing and legislative efforts.

**Wellness and lifestyle influencers:** This group of holistic health and wellness advocates often express distrust of traditional medicine. It includes parenting-

-PA01425-

advice bloggers, yoga instructors, dieticians, health coaches, "natural" supplement purveyors, and general new-age consultants.

**Pseudomedical influencers:**[i] These individuals have scientific or medical backgrounds, and leverage their actual or perceived credentials and expertise while undermining vaccines.

**Conspiracy theory influencers:** These individuals have built their following by discussing and amplifying a range of conspiracy theories, some related to pseudoscience, others related to government control; they frame COVID-19 vaccines as part of a larger nefarious agenda by an overarching, shadowy enemy.

**Right-leaning political influencers:**[ii] This group encompasses both mainstream and alternative right-leaning media figures, politicians, and publications.

**Medical freedom influencers:** Actors in this group are averse to government interference in individuals' personal lives. While they explicitly advocate for "health freedom" or "vaccine choice," these actors often propagate vaccine doubt by contextualizing the choice with misleading claims of vaccines' adverse medical consequences.

## 4.1.1 Long-Standing Anti-Vaccine Influencers

Long-standing anti-vaccine influencers (LAVIs) are those individuals whose primary content output is in opposition to vaccination and who have been prominent parties in the vaccine conversation prior to the emergence of COVID-19. They have developed their audiences and refined their anti-vaccine messages for years. Before turning their attention to the COVID-19 vaccines, they primarily focused on childhood immunizations. LAVIs had heavy overlap with the "Recurring Actors" discussed in Chapter 2: Data Collection and Statistics, who generated a large percentage of observed incidents, though some recurring actors belong to other categories. LAVIs' posts frequently garnered high levels of engagement.

Within this group, the actor associated with the highest number of incidents (specific events or stories reported on a ticket) was Robert F. Kennedy Jr. (RFK Jr.)—though others, including Del Bigtree and Sherri Tenpenny, appeared in incidents across the entire duration of VP's research. In her 2017 paper, Tara Smith identified RFK Jr. as a movement Organizer;[2] over a period of years, he has conducted much of his online activism and built his audience through the use of mainstream social

---

[i]See Appendix B: Definitions for the full definition and explanation of our use in this report of the term "pseudomedical," derived from the concept of "pseudoscience."

[ii]While there was a research pod dedicated to looking at left-leaning political influencers, this chapter focuses on entities that appeared in multiple tickets. Left-leaning political influencers did not arise in a threshold number of incidents to merit inclusion in this chapter.

Case: 23-30445   Document: 43-7   Page: 130   Date Filed: 07/17/2023

4.  Actors & Tactics

media platforms such as Facebook and Twitter, as well as his own website and accompanying email list. He had for many years additionally incorporated Instagram into a cross-platform communication strategy, but lost his approximately 799,000-follower Instagram account in February 2021 as the platform began to crack down on anti-vaccine misinformation. Del Bigtree's Instagram account, with 162,000 followers, was also removed.[iii]

That deplatforming did not lead to the silencing of their voices on social media, however. Prominent and long-standing anti-vaccine activists and organizers often establish nonprofits, media organizations, or other entities through which they can further legitimize their operations; they also use these organizations as a vehicle for fundraising and donations. RFK Jr. established the nonprofit Children's Health Defense (CHD) to gain legitimacy;[3] Bigtree created Informed Consent Action Network (iCAN) as well as his (now deplatformed) video program *The HighWire*.[4] For a time, this split-entity strategy created redundancy: if an individual activist or entity page was actioned by platforms for violating health misinformation policies, the affiliated entity was able to continue posting.

RFK Jr. and CHD appeared in the VP's list of actors associated with the top number of incidents, at fifth place and second place, respectively. RFK Jr.'s anti-vaccine posts were also repeatedly among the highest performing of the week by engagement. On Instagram, Facebook, and Twitter, he amplified other long-standing anti-vaccine influencers; drew attention to both individual anecdotes and broader statistical misinformation about vaccine injury (such as misinterpretations of VAERS); called vaccine trials into question; spread conspiracy theories about Bill Gates, Anthony Fauci, and others; and produced a highly slanted documentary on medical racism. His posts regularly garnered over 1,000 interactions and were widely shared across the network of LAVIs. He used his online presence to direct users to buy and leave reviews of his book *The Real Anthony Fauci: Bill Gates, Big Pharma, and the War on Democracy and Public Health*, which in mid-November 2021 hit number one on Amazon's bestseller list.[5] This harnessing of his long-standing followers further boosts discoverability through search result placement, increases positive reviews of the book, and broadens his audience.

RFK Jr.'s activism is especially pernicious because, like other long-standing influencers, he has a large and committed following and has become somewhat of a household name in the US. He is thus able to easily bring on board other influencers to collaborate toward larger aims offline, including in the legal space. In a viral incident on May 16, 2021, RFK Jr. co-filed a citizen petition on behalf of CHD to ask the Food and Drug Administration to immediately revoke the Emergency Use Authorizations (EUAs) for all COVID-19 vaccines.[6] The petition also called for the FDA to ban all under-18 participants in clinical trials for COVID-19 vaccines and for EUAs permitting the vaccination of children under 18 to be revoked. At the time,

---

[iii]See Chapter 5: Platform Policies for more information on specific changes to the policies.

Date Filed: 07/17/2023   Page: 131   Document: 43-7   Case: 23-30445

influencers in other anti-vaccine communities, like the health freedom-focused Millions Against Medical Mandates, vocally supported the petition.[7]

RFK Jr.'s amplification of the CHD article about the Citizen Petition garnered 2,700 engagements; the petition itself garnered over 30,000 public comments. Yet this case is only one example of this type of activity from the organization. Individually, this kind of legal case may not have much impact. However, over time, the accumulation of these types of suits by anti-vaccine organizations—including one filed by America's Frontline Doctors against the US Department of Health and Human Services similarly attempting to invalidate the vaccines' EUAs[8]—gives the actions of anti-vaccine groups an appearance of credibility, allowing them to use these legal filings as evidence of the legitimacy of their claims.[9]

### 4.1.2  Wellness & Lifestyle Influencers

Wellness and Lifestyle Influencers (W&LIs) focus on alternative health and wellbeing content such as holistic health and wellness, parenting advice, and "clean" diets and food. These accounts have high overlap with Tara Smith's "Mommy Bloggers."[10] They describe themselves in their profiles as yoga instructors, dieticians, health coaches, and general new-age consultants. During the observation period, VP analysts found that misinformation coming from this community most commonly appeared and spread on Instagram and in Facebook Groups, where influencers are often savvy and experienced in evading automated AI platform moderation. They employ obfuscation tactics, such as posting text in an image to evade automated word detection, as seen in Figure 4.1 on the following page. This tactic is particularly prevalent on image- and video-based platforms such as Instagram and TikTok.[11]

W&LI posts were regularly among the top engaged-with COVID-19 vaccine misinformation posts on social media during VP's period of observation. As an example, Erin Elizabeth at Health Nut News was a recurring W&LI who regularly authored viral false and misleading content.[13] Erin Elizabeth runs a website featuring her blog, newsletter, and online store. Her content is known to veer into conspiracy theory.[14] Prior to COVID-19, her social media profiles featured recurring allegations that holistic doctors were being murdered and that Big Pharma was behind the incidents.[15] As the COVID-19 vaccine rollout progressed, her Facebook posts shared stories of possible vaccine injury or death and promoted health freedom. Several of her posts were the most engaged-with posts in VP's weekly observations.

While some W&LIs engaged with explicit anti-vaccine content prior to the pandemic, the movement is fundamentally distrustful of the medical establishment,[16] and as a result is a particularly receptive audience for COVID-19-related conspiracy theory and anti-vaccine content. For example, VP analysts witnessed an evolving, ongoing relationship between QAnon-related[iv] wellness influencers, medical freedom influencers, and long-standing anti-vaccine influencers at various gatherings

77

4. Actors & Tactics



Figure 4.1: Anti-vaccine wellness influencer Joseph Yi uses "MaXXXine" as code for "vaccine" in a video and encourages his followers to visit their free "Censorsh!t" Telegram channel.[12]

and events used to amplify each other's platforms.[17]

W&LIs often have financial incentives in sowing distrust in traditional medicine and vaccines, particularly those who sell their own wellness products and services. These accounts commonly misled their followers about the seriousness of COVID-19 or the pandemic overall, and simultaneously promoted supplements and devices, claiming they carry health benefits.[18] Many of these influencers already had an established online brand that they promoted. Pivoting their marketing to include COVID-19 and spreading anti-COVID-19 vaccine content provided an opportunity to broaden their audience.

For example, the mother-son duo Ali and Alec Zeck, and the group Health Freedom for Humanity (HFFH), gained significant popularity during the vaccine rollout before their Facebook and Instagram accounts were both taken down. The duo's content

[iv]QAnon is an umbrella conspiracy theory, incorporating many communities, that claims the US and world governments are run by a cabal of pedophiles. Researchers have characterized QAnon as, among other things, a religion and an omniconspiracy that blends together constituent sub-conspiracies. See Adrienne LaFrance, "The Prophecies of Q," *Atlantic*, May 14, 2020, https://www.theatlantic.com/magazine/archive/2020/06/qanon-nothing-can-stop-what-is-coming/610567/; Renée DiResta, "The Right's Disinformation Machine is Getting Ready for Trump to Lose," *Atlantic*, October 20, 2020, https://www.theatlantic.com/ideas/archive/2020/10/the-rights-disinformation-machine-is-hedging-its-bets/616761/.

Case: 23-30445    Document: 43-7    Page: 132    Date Filed: 07/17/2023

spans conspiracy theory, pseudomedical, and health freedom categories. Alec's Instagram account description included his link.tree page (a link-hosting site), which advertised various detoxes and pseudomedical products from the network marketing company Coséva, for which his wife, Kylee Zeck, is a distributor.[19] Alec was one of the speakers at the March 2021 Re:Union Summit, where a roster of high-profile anti-vaccine and QAnon-related wellness influencers spoke.[20]

Individual influencers like the Zecks have also grown their audience via larger vehicles that amplify their content, particularly wellness sites such as Earthley.[21] Earthley appeared in 26 incidents starting in February 2021. Its Facebook Page shared various posts, including from the Zecks, that signal-boosted individual claims from smaller accounts, promoted its own materials, and amplified misinformation suggesting COVID-19 vaccines are unsafe.[22] Earthley also amplified large influencers in other categories, serving as a cross-pollinator for a variety of communities linked by their distrust of the vaccines. For instance, in July 2021, Earthley reposted Candace Owens, a right-leaning influencer, claiming vaccine passports violated the Nuremberg code's medical research ethics principles (see Chapter 3: Narratives for more on this motif).[23]

### 4.1.3  Pseudomedical Influencers

Pseudomedical influencers (PMIs) are individuals with medical backgrounds who leverage their credentials as badges of authority while undermining vaccines, often using pseudomedical rhetoric. They often prominently display their title (e.g., Dr.) or degree (e.g., RN) in their social media usernames and present themselves as authoritative experts who are simply deeply skeptical of vaccines. Many in fact come from an alternative-health background, such as naturopaths, chiropractors, and homeopaths, or are MDs or DOs who do not have expertise in immunology or infectious disease,[24] or who outwardly express viewpoints contrary to the medical establishment.[25] PMIs are analogous to The Doctors in Tara Smith's 2017 framework for anti-vaccine influencers.[26] In VP observations, members of this category commonly had a well-documented history of spreading vaccine misinformation prior to the pandemic, though several rose to prominence by spreading misinformation specifically about COVID-19 vaccines. Other influencers from this group, such as Judy Mikovits and Robert Malone, were former virologists who had papers retracted or have had prior professional fallings-out with the professionals and institutions who are now developing or distributing COVID-19 vaccines.[27]

PMIs rely on a host of tactics to spread vaccine misinformation as they leverage their alleged authoritative position as medical practitioners. Their tactics are effective: 21% of engagement across all tickets and topics was associated with this tactic. Dr. Robert Malone, who falsely claims to have invented mRNA vaccines[28] and now spreads misinformation about the danger of such vaccines, has been featured on several popular shows that spread anti-vaccine misinformation, including *The*

79

Case: 23-30445    Document: 43-7    Page: 133    Date Filed: 07/17/2023

Case: 23-30445    Document: 43-7    Page: 134    Date Filed: 07/17/2023

4. Actors & Tactics

*HighWire* with Del Bigtree[29] and *Tucker Carlson Tonight* on Fox News.[30] On these shows, Dr. Malone can use his title and self-styled claim to expertise ("mRNA inventor" or "inventor of mRNA vaccines") to lend extra weight to, for instance, decrying the use of mRNA vaccines in children or making misleading claims about the harmful effects of vaccine spike proteins.[31] Few in the audience are likely to dig into the facts of the self-styled claim: while Malone played a role in early mRNA research, he has not played a significant role in its application to vaccines. In-depth coverage of the research behind mRNA vaccines and its pioneers do not mention Malone.[32]

Joseph Mercola, an osteopathic physician cited in 30 VP incidents, was another prominent figure in this group. Mercola has a sprawling platform presence. He has multiple English and Spanish accounts on WhatsApp, Telegram, BitChute, and Facebook and close to 4 million followers and subscribers across his social media accounts. His 1.7 million-follower Facebook Page, shown in Figure 4.2 on the next page, has advertised his book *The Truth About COVID-19*, which has prominent placement on Amazon in COVID-19 book search results.[33] According to the *New York Times*, he has also set up companies like Mercola.com Health Resources and Mercola Consulting Services to churn out content in several languages across websites and social media.[34] While his posts on mainstream media are often framed as "just asking questions,"[35] links to his articles direct his large online audience to his blog. On August 4, 2021, Mercola announced that he was deleting 15,000 past posts from this site, and though he would still upload daily articles, he would remove these writings every 48 hours to work around platform moderation.[36] In one notable incident involving Mercola, he argued in a video posted on BitChute and spread via Facebook on July 10, 2021, that COVID-19 vaccines would "destroy the lives of millions," describing the vaccine as "experimental gene therapy" that may cause chronic, long-term inflammation that will disable and kill large swaths of the population.[37] The video garnered over 95,700 views.

Mercola and other PMIs also commonly use manipulated statistics and hard-to-verify data as the backbone of their mis- and disinformation.[38] Throughout the pandemic, PMIs in particular have commonly shared studies and clinical trial data that are hard for users to interpret or verify, while presenting misleading claims about the findings. For instance, in a May 25, 2021, Facebook post,[39] Mercola decontextualized findings from a study[40] from Washington University School of Medicine in St. Louis showing that "mild Covid-19 induces lasting antibody protection." Mercola's post added, "This is good news for everyone except the vaccine manufacturers and health authorities who have said otherwise."[41]

Simone Gold, a licensed emergency room physician, was the second most prominent PMI across Virality Project's tickets. Gold is the leader of America's Frontline Doctors, a right-leaning group opposed to pandemic mitigation measures. Gold has been influential since the summer of 2020, when the White Coat Summit,[43] an event

80

Case: 23-30445   Document: 43-7   Page: 135   Date Filed: 07/17/2023

Figure 4.2: Mercola's Facebook Page banner from June to November 2021 advertised his book *The Truth About COVID-19*.[42]

broadcast online in which members of America's Frontline Doctors spoke on the steps of the Supreme Court. The White Coat Summit promoted hydroxychloroquine both as a preventative measure and as a cure for COVID-19; one speaker at the event, Dr. Stella Immanuel,[44] had previously been best known for claiming that gynecological issues are caused by having sex with witches and demons.[45] Since then, Gold consistently made news and appeared in almost half of VP's weekly briefings for spreading a variety of false and misleading claims about the COVID-19 vaccine[46]—ranging from encouraging her followers to boycott companies[47] for their vaccine protocols to organizing a cross-country tour to fight back against "censorship, chaos, and the undeniable slide towards communism that lurks beneath the tyrannical lockdowns for governmental 'public health' policy."[48]

Along with repeatedly posting false and misleading information about the COVID-19 vaccine, Gold was an influential political voice in 2020 with crossover into the right-leaning political influencer group. She persistently amplified false information about the 2020 election and voter fraud and was also arrested for participating in the January 6, 2021, storming of the US Capitol. Gold remains active on Twitter and TikTok.[49] On her Twitter account, she consistently links to the American Frontline Doctors website,[50] where a range of anti-vaccine films, blog posts, and petitions are promoted.

81

### 4.1.4   Conspiracy Theory Influencers

Conspiracy Theory Influencers (CTIs) focus their content on false or misleading stories about COVID-19 vaccines that frame the vaccines as part of a larger nefarious agenda by an overarching enemy—usually some form of global elite, such as the pharmaceutical industry, government, or billionaires like Bill Gates. Many influencers in this group have a history of spreading other conspiracy theories and often inflected COVID-19 vaccine conspiracy theories in such a way as to make them fit the belief structures of other movements, such as followers of the right-wing conspiracy theory QAnon.[51]

Though only 20% of total incidents had a conspiracy theory focus, CTIs generated the largest share of engagement—37%—during the Virality Project's observation period. Alt-platforms (e.g., Rumble, Gab, BitChute, and Righteon) and encrypted messaging apps (e.g., Telegram) are popular with CTIs, as many of the adherents have been, or anticipate being, deplatformed by mainstream social media. The audience size of alternative social media is often smaller, but may be more committed and passionate about the topic. Despite the smaller size of their initial potential audience, alt-platform conspiracy theory influencer ideas do still make their way to mainstream social sites through devoted fans sharing across platforms the links and screenshots that they believe to be the truth.

One recurring actor within this category was Pfizer's former vice-president, Michael Yeadon.[52] Yeadon lost his position at Pfizer in 2011, but continued to work in the pharmaceutical industry as founder of the drug company Ziarco, which he sold in 2017 to Novartis.[53] In late 2020, Yeadon began to spread multiple false claims about COVID-19 and the vaccines, aided by reports that incorrectly attributed his claims to "Pfizer's head of research."[54]

Yeadon has made various false claims about the harms of the vaccines,[55] including that they cause infertility, but has folded these claims into the larger conspiracy that government-led vaccine rollouts are a ploy to initiate a "massive-scale depopulation" event.[56] In March 2021, America's Frontline Doctors featured Yeadon in an article making a similar claim.[57] Coverage of the interview received roughly 10,000 Facebook interactions, primarily within COVID-19 misinformation groups.[58] In June 2021, Yeadon spoke on *War Room: Pandemic* with Steve Bannon, where he claimed that the vaccine is 50 times more likely to kill young people than the virus is, citing the alleged danger of the "spike protein."[59] He has also appeared on conspiracy theory and conservative outlets like SecuringAmericaTV and The Full English Show.[60]

Videos appeared in 41% of conspiracy theory tickets. CTIs leverage an elaborate network of alt-channels, documentaries, podcasts, and media to spread their claims among their community. By relying on other CTIs to interview and host each other (see Figure 4.3 on the facing page), "experts" can claim special insider knowledge

Case: 23-30445    Document: 43-7    Page: 137    Date Filed: 07/17/2023

about a vast range of topics related to COVID-19 vaccines or their rollout, and can advance these claims on outlets not constrained by journalistic principles. The CTIs do not necessarily have high-profile media accounts at a national- or mainstream-audience level; instead, they act as mini-celebrities, or local influencers, within the conspiracy theory community. While nationally prominent influencers may have the ability to reach many, or to reinforce the preexisting beliefs of their audience, local online influencers like CTIs can work to shape opinion within these local networks to greater effect because they are trusted members of the community.[61] Further, the quantity of interviews and discussions hosted on these accounts gives the impression that conspiracy theorists draw from a diverse and robust pool of experts who each provide a piece to the overall puzzle of the conspiracy theory narrative.



Figure 4.3: The insular and self-reinforcing world of conspiracy theories.[62] This includes other CTIs present in VP's data and briefings such as Christiane Northrup, Reiner Fuellmich, and Stew Peters.

## 4.1.5  Right-Leaning Political Influencers

Right-leaning Political Influencers (RLPIs) include right-leaning media figures, politicians, and publications. These figures produce some of the most engaged-with daily stories on social media,[63] far beyond the topic of vaccines. RLPIs can easily harness a well-oiled machine of media publications and influencers. By using a highly organized, multimedium, cross-platform approach—involving cable television, online blogs, and social media (mainly Facebook and alternative platforms

83

Case: 23-30445   Document: 43-7   Page: 138   Date Filed: 07/17/2023

4.  Actors & Tactics

like Gab, Parler, and Telegram)—this group can maximize engagement among their followers and targeted audiences—who also tend to fall on a spectrum to the right of the American political center—to boost virality of their messages, which are often framed sensationally.  Yochai Benkler, co-director of the Berkman Klein Center for Internet and Society, has joined other scholars in analyzing and documenting these dynamics, describing how the right-leaning media ecosystem differs from the rest of the media environment in ways that make it especially vulnerable to the spread of mis- and disinformation.[64] According to Benkler, false stories find their birthplace on explicitly non-journalistic and extreme websites, such as InfoWars, and are then amplified by more established media outlets that boast extremely large, established audiences.[65] Recurring actor dynamics among RLPIs span an array of topics determined to be politically expedient; prior to the COVID-19 pandemic, researchers from the Election Integrity Partnership observed several of the same prominent actors spreading false and misleading claims about voter fraud.[66] From the start of the COVID-19 pandemic, RLPIs incorporated uncorroborated claims about COVID-19 and vaccines.

Fox News has played a particularly pivotal role in spreading vaccine misinformation and anti-vaccine beliefs during the COVID-19 pandemic. Media Matters observed that in a two-week period between June 28 and July 11, 2021, Fox News ran 129 segments about the COVID-19 vaccine on its cable broadcast; more than half of those segments included unverified claims that undermined vaccination efforts.[67] A November 2021 study from the Kaiser Family Foundation found that people who trust Fox News and other conservative media outlets are more likely to believe falsehoods about COVID-19 and the vaccines than people who primarily consume other news.[68] After Fox News pivoted to a more pro-vaccine stance in late July 2021, a Morning Consult poll found that vaccine hesitancy among their viewers dropped by ten percent, suggesting that Fox News may have outsize influence on its viewers' vaccine beliefs and behavior.[69]

Fox News television host Tucker Carlson has been one of the most prominent and sensationalist spreaders of false or misleading information about vaccines through-out the COVID-19 pandemic. Despite claiming he is not anti-vaccine, Carlson has repeatedly featured vaccine-skeptical segments.[70] He has encouraged viewers to question the COVID-19 vaccine, referred to the vaccine rollout as "eugenics" and "draconian," and highlighted unconfirmed instances of adverse vaccine reactions (a practice he would continue as the vaccine rollout progressed).[71] Carlson has also promoted skepticism by inviting guests onto his show who claim they experienced vaccine injuries. On July 1, 2021, Carlson interviewed a mother who claims that her 12-year-old daughter suffered severe harm after participating in the Pfizer vaccine trial. The interview received over 700,000 views on Facebook. The claim that the daughter was harmed by the vaccine has not been proven.[72]

Like Carlson, Candace Owens is a conservative author and media personality who

84

Case: 23-30445   Document: 43-7   Page: 139   Date Filed: 07/17/2023

has featured prominently in the COVID-19 vaccine conversation. Owens hosts a talk show on the leading conservative news website, The Daily Wire, and is known for co-headlining on Turning Point USA's Campus Clash speaking tour.[73] She has consistently used her expansive platform to spread COVID-19 mis- and disinformation by making false claims about COVID-19 statistics, the CDC, and the COVID-19 vaccines.[74]

In one example, Owens claimed that the CDC proposed putting those at high risk of coronavirus infection in camps.[75] In another, Owen became a key amplifier of an accidental false claim from Britain's Chief Scientific Adviser, Sir Patrick Vallance.[76] On July 19, 2021, Vallance accidentally overstated the rate of vaccination in the percentage of patients hospitalized with COVID-19 infections. Though Vallance's claim was quickly corrected,[77] that same day Owens posted about the news story, claiming that the "Biden regime's censorship team" would attempt to keep information from the public.[78] Owens' politicization of the misstated statistic was meant to expose the Left's "hypocrisy" with respect to censorship, fueling the notion that any platform removal of RLPI posts (due to mis- and disinformation moderation policies) is part of a malicious attempt by the Left to silence right-leaning voices. Even after Vallance's correction, Owens continued to sow doubt in the safety and efficacy of the vaccines by updating her original post with language that was critical of Vallance's correction. This post amassed over 50,000 reactions.

Media personalities and politicians have a thriving symbiosis. Tucker Carlson's claims have repeatedly found purchase with right-wing politicians, who play an important role in the vaccine conversation and the spread of false and misleading claims. Senator Ron Johnson (R-WI) appeared on Carlson's show to discuss why he was not getting vaccinated in a clip rife with misinformation about vaccine deaths.[79] This clip received over 100,000 views and 2,000 shares on Facebook. Sen. Johnson also promoted hard-to-verify claims of vaccine injury when he tweeted quotes from Carlson's interview with the mother of the child in the Pfizer vaccine trial. In June 2021, he held an event for individuals to testify about adverse reactions to COVID-19 vaccines. The event was subject to criticism from medical professionals.[80] However, when pressed about it, Sen. Johnson stated that he was not anti-vaccine and was just "asking questions"—a tactic commonly used by spreaders of misinformation to deflect culpability.[81]

Perhaps the most well-known politician amplifying vaccine mis- and disinformation is Representative Marjorie Taylor Greene (R-GA).[82] Rep. Greene has been characterized as a far-right conspiracy theorist[83] with an extensive track record of promoting COVID-19 conspiracy theories and politicizing measures to curb the spread of the virus.[84] She has made inflammatory remarks about COVID-19 mitigation polices (such as comparing COVID-19 safety measures to the persecution of Jews during the Holocaust) and has actively defied congressional COVID-19 regulations, receiving an estimated $48,000 in fines for refusing to wear her mask on the

85

Case: 23-30445      Document: 43-7      Page: 140      Date Filed: 07/17/2023

House floor.[85]

On March 29, 2021, Rep. Greene livestreamed a video in which she framed vaccine passports as Biden's "Mark of the Beast" (see Chapter 3: Narratives). Rep. Greene's comments received widespread engagement, with over 500,000 interactions across Facebook, Twitter, Instagram, and Reddit, elevating this narrative in the public eye and bringing it to audiences beyond communities focused on conspiracy theories and religious content.

## 4.1.6   Medical Freedom Influencers

The "health choice" or "medical freedom" movement espouses an aversion to government interference in individual or family health choices. It emerged as a distinct force in the mid 2010s, as a growing spate of preventable disease outbreaks (such as the 2014-2015 Disneyland measles outbreak[86]) led state legislatures to crack down on the abuse of childhood vaccine exemptions for school attendance. Anti-vaccine parents who objected to the strengthening of public health requirements found that pseudoscience-based arguments about vaccine safety and efficacy were largely ineffective in combating those legislative processes, and so they pivoted to arguing that the state was overreaching, usurping parental authority. They partnered with local Tea Party organizations and others sympathetic to concerns about government overreach more generally to expand their base.[87] During the late 2010s, the health freedom movement expanded through newly established political action committees in Texas, Oklahoma, Oregon, Michigan, and Ohio.[88] Organizations soon formed in almost every state.

The newest iteration of medical freedom, adapted for COVID-19, challenges the legitimacy of government or corporate vaccine mandates and public health interventions specific to COVID-19, including vaccine passport systems and masking requirements. As COVID-19 emerged, the same health freedom groups previously dedicated to opposing childhood immunization requirements expanded to protesting social distancing, masks, and other prevention measures,[89] and gained large followings on social media by networking with right-leaning and libertarian actors. While these groups explicitly advocate for freedom of "vaccine choice," they additionally often propagate vaccine doubt by merging arguments for choice with misleading claims about efficacy, risk, or adverse medical consequences. For example, local organizations rallying around vaccine choice or medical freedom often simultaneously promote vaccine mis- and disinformation and boost posts from vaccine conspiracy theory and pseudomedical communities.[90]

Medical freedom influencers (MFIs) active in the anti-COVID-19-vaccine movement were fairly distinct from other categories of influencer in that rather than hinging on a handful of key (and often celebrity-status) individuals, they spread their narratives via a franchise model across all 50 states. One variety of these entities, the self-

86

Case: 23-30445   Document: 43-7   Page: 141   Date Filed: 07/17/2023

described "Freedom Keepers," put out content specific to a local geographic area, but leveraged Instagram-friendly yellow branding and motivational messaging common to the national movement—such as using language describing themselves as "inclusive global community," "raising awareness," or "empowering individuals" (see Figures 4.4 and 4.5 on the following page).[91]



Figure 4.4: Instagram icons for local Freedom Keepers groups.

No single "vaccine choice" organization has amassed a following of a size comparable to the prominent influencers discussed in other categories here. However, the networked amplification of specific messages, linking local experiences to a national movement, and the use of state and local chapters to further boost the content of anti-vaccine influencers, suggests the aggregate engagement across these localized organizations is worth additional study.

Many of the MFI incidents focused intensely on debates about vaccine mandates and passports. As medical freedom activists have fought requirements imposed by states, cities, or private employers, they have learned from each others' successes and failures—at a messaging and an organizing level—and have brought those lessons to their local communities. What one state does, another state will often echo. For instance, on July 17, 2021, hundreds of people gathered outside several Henry Ford Health System facilities in Detroit to protest the vaccine mandate issued for its employees.[92] Posts discussing the protests garnered at least 60,000 interactions. Later that month, California Health Choice Advocacy released a letter to Governor Gavin Newsom demanding he not implement vaccine requirements for government and healthcare employees.[93] The latter incident did not garner high engagement online, but together, the responses showcase the consistent frequency

Case: 23-30445   Document: 43-7   Page: 142   Date Filed: 07/17/2023

4. Actors & Tactics



Figure 4.5: Example posts from Freedom Keepers social media profiles. Top, Instagram posts from @ca_freedom_keepers (California Freedom Keepers); bottom, posts from @ny_freedom_keepers (New York Freedom Keepers).

and geographic range of these groups.

As observed in Detroit, MFIs have been successful in taking advantage of their local community focus to gather in-person momentum, driving real-world turnout at protests. Decentralized medical freedom movements have sprung up around the world, advocating against mandatory vaccination, lockdowns, and mask mandates. During the VP observation period, the largest of these in-person events was the Worldwide Rally for Freedom, which held three mass protests in March, May, and July 2021.[94] These rallies were held in as many as 100 cities worldwide, with demonstrations taking place in some US states such as Hawaii, Minnesota, California, and Texas.[95] Many posts featured flyers advertising the demonstrations and used the hashtag #WeWillALLBeThere, which has received a total of 427,645 interactions on Facebook since February 2021.

### 4.1.7 Defies Classification

Some nontraditional influencers popped up as recurring figures and drivers of the conversations on social media about COVID-19 vaccines. Although they occasionally espouse some of the same beliefs as influencers in the categories previously described in this chapter (notably, medical freedom), are amplified by those other influencers, and have gained a significant degree of trust across several communities, they remain difficult to classify beyond, perhaps, "anti-establishment."

88

Dr. Naomi Wolf, once a feminist icon who became known for an array of conspiratorial claims as early as 2014,[96] expanded her pseudomedical claims to COVID-19 vaccines. However, Wolf does not squarely fit into clearly delineated conspiracy theory groups, nor does she attribute COVID-19-related events to larger cabal-like plots. Still, her COVID-19 vaccine misinformation has been far-reaching. On one occasion she tweeted that unvaccinated women are reporting reproductive cycle changes after being near vaccinated people, suggesting it needs more investigation (a common misinformation rhetorical strategy).[97] Her conspiratorial messages centered in large part around vaccine passports; in spring 2021 these claims achieved high traction within conspiracy theory communities. At the time, she appeared on Fox News, where she called a passport rollout "the end of human liberty in the West," pushing government overreach narratives popular in right-leaning communities and communities rallying around medical freedom.[98] Wolf was deplatformed by Twitter in June 2021 for spreading vaccine misinformation.[99]

Alex Berenson is perhaps the most significant influencer who defies categorization. A former New York Times reporter and a bestselling novelist with no specific anti-vaccine background (vaccine-related tweets such as the one shown in Figure 4.6 suggested he supported vaccine requirements for routine childhood vaccines), Berenson was however hesitant about potential COVID-19 vaccines, however, and over time evolved into a key player in repeatedly spreading false and misleading information about the COVID-19 pandemic and vaccines.[100] He underplayed the danger of the virus[101] and challenged the efficacy of vaccines and masks, even as evidence supported their value as life-saving public health measures.[102]



Figure 4.6: A tweet from Alex Berenson on June 15, 2020, prior to the availability of COVID vaccines, sharing an article reiterating the importance of keeping children on track for school immunizations (while also expressing skepticism regarding COVID-19 vaccines).[103]

Berenson's popular posts on Twitter notably claimed to be "digging up" or "un-

89

Case: 23-30445   Document: 43-7   Page: 143   Date Filed: 07/17/2023

covering" information that was hidden from the public about vaccine safety or effectiveness. In one incident in July 2021, Berenson amplified a conspiracy theory from a statement filed with a lawsuit from America's Frontline Doctors stating that the government was covering up more than 45,000 vaccine-related deaths.[104] Berenson's 17-tweet thread, which received over 16,000 interactions on July 21, 2021, claimed that the CDC had "quietly more than DOUBLED" the number of deaths reported in VAERS, suggesting the CDC had misled the public.[105] In other viral incidents, Berenson used screenshots of scientific articles to attempt to prove mRNA vaccines are a form of gene therapy,[106] as well as screenshots from a data leak from the European Medicines Agency's 2020 cyberattack (involving email correspondence about the approval process for the Pfizer vaccine) that suggest the FDA felt "extreme pressure" to allow the "fast sale" of the vaccine without "substantive" evidence that the vaccine is safe and effective.[107] Twitter permanently deplatformed Berenson in August 2021 for repeated violations of Twitter's COVID-19 falsehoods policy.[108] At the time he lost his account, he had more than 200,000 followers.[109] He has since become a prominent user of the subscriber-based blog-hosting site Substack, where he puts out a newsletter, *Unreported Truths*, that continues to spread a variety of false and misleading claims about COVID-19 vaccines.[110] Berenson additionally notes that Substack has been a lucrative endeavor for him, as he is now able to charge $60 for annual subscriptions, and claims to have amassed hundreds of thousands of subscribers.[v]

## 4.2   Spanish and Chinese Influencers

Recognizing that mis- and disinformation targeting non-English-speaking communities often goes understudied, Virality Project researchers prioritized having visibility into content in Spanish and Chinese[vi] in the US. The challenges of addressing mis- and disinformation in languages other than English on social media are well documented; this holds for vaccine mis- and disinformation as well.[111] During the course of the Virality Project, three analysts (all with native language proficiency) monitored Spanish- and Chinese-language content circulating in US communities. It should be noted that the volume of non-English-language content far surpassed the Virality Project's ability to capture and analyze all of it. Furthermore, several non-English-speaking communities share news on social platforms such as WhatsApp[112] and China-based WeChat, which are far less visible to analysts than more open platforms such as Facebook and Twitter.

The anti-vaccine narratives spreading within non-English-speaking communities on mainstream platforms in the US were similar to English-language content; for ex-

---

[v]Substack only publicizes the order of magnitude, not specific numbers, of subscribers.

[vi]Specifically, VP monitored textual content in Simplified and Traditional Chinese, as well as video content in spoken Mandarin.

Case: 23-30445   Document: 43-7   Page: 145   Date Filed: 07/17/2023

ample, they frequently centered around safety concerns. English-language content, particularly videos from popular activists and influencers, was often translated and subtitled, word-for-word, and shared to Spanish and Chinese channels. Yet English-language content did not need to be translated word-for-word for the narrative to take hold and spread. Channels often shared a link to an English-language article or video alongside an in-language summary, excerpted quote, or misinformative analysis. This allowed non-English-language channels to keep up with the English-language narrative zeitgeist and share content more quickly than word-for-word translations of videos and articles. Of all the videos analysts identified in Spanish and Chinese, 47% originally appeared in English and were translated via subtitles or paraphrased in text accompanying the post.

English-speaking actors whose posts and videos were used in Spanish- and Chinese-language communities spanned the cast of recurring characters:

- Long-standing anti-vaccine activists, like RFK Jr (see Figure 4.7 on the following page).[113]
- Pseudomedical influencers, including Dr. Judy Mikovits,[114] Dr. Sheri Tenpenny,[115] and Dr. Dolores Cahill.[116]
- Conspiracy theory influencers, such as Dr. Christiane Northrup (a doctor, but also a QAnon adherent),[117] and Stew Peters (see Figure 4.8 on the next page).[118]
- Right-wing media personality Tucker Carlson.[119]
- Religious influencers; these actors achieved some reach in Spanish-language channels, but were not popular in Chinese-language ones.

Spanish and Chinese channels also featured figures who created original content in-language. The actors discussed in this section are native speakers involved with anti-vaccine activism, while foreign state actors and state media are discussed in Section 4.3 on page 96. In both Spanish and Chinese, influencers spread mis- and disinformation about the safety and efficacy of vaccines, as well as vaccine conspiracy theories. Pseudomedical influencers were particularly popular in both Spanish- and Chinese-language online communities. Notably, content from wellness influencers appeared to be less popular in both Chinese- and Spanish-language communities. Analysts did not surface significant content from specific wellness influencers within those communities, nor did they find significant content from English-speaking wellness influencers that had been translated and reposted to non-English-language channels.

## 4.2.1   Spanish: Doctors for Truth and Natalia Prego Cancelo

In Spanish, many Telegram channels featured individuals whose medical credentials conferred undue authority on topics like vaccines. Some of these influencers were in

91

Case: 23-30445 Document: 43-7 Page: 146 Date Filed: 07/17/2023

4. Actors & Tactics



Figure 4.7: Screenshot of a subtitled video of Children's Health Defense founder RFK Jr., uploaded by Spanish-language media entity BLes Mundo.



Figure 4.8: Subtitled video of conspiracy theorist Stew Peters, shared by @Nfsc-Superpower (NFSC references Guo Wengui and Steve Bannon's lobbying effort, New Federal State of China).

92

Case: 23-30445   Document: 43-7   Page: 147   Date Filed: 07/17/2023

fact medical doctors; however, they spread information about vaccines not accepted by the medical community at large. VP analysts identified five Spanish-language Telegram channels affiliated with a loose organization of pandemic-skeptic, Spanish-speaking "médicos por la verdad" ("doctors for truth"), who often spread content from pseudomedical influencers. Apart from a general "Médicos y Ciudadanos por la Verdad" ("Doctors and Citizens for Truth") channel, other channels purported to represent doctors and healthcare workers from Spain, Argentina, and Mexico (see Figure 4.9 on the next page). As of September 1, 2021, those five Telegram channels had a combined membership of more than 105,000 users. Various "Médicos por la Verdad" channels appeared to be loosely formed, and did not include information about who runs them or proof of their credentials.

One of the most prominent, recurring anti-vaccine influencers in Spanish successfully spread vaccine misinformation through a separate (though identically named) organization, Médicos por la Verdad.[120]  The organization's co-founder, Dr. Natalia Prego Cancelo, is a COVID-19 denialist and anti-vaccine influencer based in Spain.[121] It does not appear that any of the Telegram channels discussed above are formally affiliated[122] with the organization run by Prego.[123] Prego is a family doctor who was fired by the private clinic she worked for because of false statements she made about the COVID-19 pandemic.[124] However, Prego still uses her credentials as a doctor to lend credence to the variety of false claims she has spread—including that COVID-19 vaccines are "contagious" and that the vaccine produces dangerous spike proteins.[125] She has also promoted misinformation from other pseudomedical influencers like Robert Malone.[126] VP analysts observed Prego and others creating and spreading anti-vaccine content in Spanish.

Despite her rise in popularity since the early days of the pandemic, Prego's personal reach today remains small in comparison to English-speaking influencers.[127] Prego is most active on her personal Telegram accounts, where, as of January 2022, she had more than 28,000 subscribers.[128] She uploads sporadically to YouTube and frequently to alternative video sites like Rumble and Odysee (see Figure 4.10 on page 95); she then promotes these videos through her Telegram channel. The videos have less reach than the content of many of her English-speaking counterparts—usually receiving low-four-digit engagements. Prego uses her channels to spread conspiracy theories primarily about the pandemic and COVID-19 vaccines, and to organize events[129] and promote in-person protests.[130] Though Prego's content was unique to Spanish-language channels, she spread many of the same conspiratorial narratives about vaccines familiar in English-speaking channels and promoted English-speaking anti-vaccine influencers to her followers.

### 4.2.2   Chinese: Guo Wengui and Yan Li-Meng

Guo Wengui is an exiled Chinese businessman and critic of the Chinese Communist Party (CCP) who has been referred to as the "center of a vast network of interrelated

Case: 23-30445   Document: 43-7   Page: 148   Date Filed: 07/17/2023

## 4. Actors & Tactics



Figure 4.9: A post on Telegram channel Médicos por la Verdad Argentina, which says "Cheers to those remaining humans who have kept their DNA intact."

94

Case: 23-30445   Document: 43-7   Page: 149   Date Filed: 07/17/2023



Figure 4.10: Dr. Natalia Prego Cancelo claims in a video uploaded to Rumble that COVID-19 vaccines are contagious.

media entities which have disseminated online disinformation."[131] Guo and his media entities have spread mis- and disinformation related to several topics, including vaccines and the COVID-19 pandemic. From the beginning of VP's observational period in February 2021, Guo and his network created and spread content promoting false narratives about COVID-19 vaccines on Telegram, Twitter, YouTube, and Guo's own websites. VP analysts did not surface content created by Guo's network on WeChat—perhaps unsurprising, given WeChat's strict moderation policies aud Guo's criticism of the CCP.[132]

Among the conspiratorial claims that Guo and his network of media properties spread were allegations that the CCP created the virus as a bioweapon, and that only the CCP truly understands how to stop the virus (using their own antidotes).[133] One such meme read, "Antidotes are possessed and controlled by the CCP, but there is no vaccine!"[134] Chinese virologist Yan Li-Meng—who came to prominence in 2020 for asserting that COVID-19 was purposefully created in a lab as a CCP bioweapon—made similar claims.[135] Both Guo and his colleague, American conservative political operative Steve Bannon, have been instrumental in promoting Yan's claims.[136] According to reporting by the *Washington Post*, Yan claims affiliations with the Rule of Law Society and Rule of Law Foundation, both founded by Guo.[137] Guo has also used his various media properties to promote Yan and her claims in both Chinese and English.[138] Bannon has further bolstered Yan's claims on his podcast, *War Room: Pandemic*,[139] which has repeatedly spread mis- and disinformation about COVID-19 vaccines.[140]

Much like other pseudomedical influencers, Yan's credentials lend her claims cre-

95

Case: 23-30445   Document: 43-7   Page: 150   Date Filed: 07/17/2023

4. Actors & Tactics



Figure 4.11: GNews (one of Guo's properties) graphic shared by a Guo supporter on Twitter. The text claims that the CCP made a viral biological weapon for which only they have the antidote.

dence. As the *Washington Post* reported, Yan has a medical degree and a PhD in ophthalmology, and was previously a University of Hong Kong postdoctoral fellow.[141] Her credentials enable others, like Guo and Bannon, to elevate her as an expert despite the misinformative nature of her claims. Guo's influencer status among people critical of the CCP, along with the reach of his media properties in multiple languages, were an ideal combination to push these claims. Likewise, Bannon's status in the US helped him spread these claims to English-speaking American audiences.

## 4.3   Foreign Actors

The borderless nature of the coronavirus and the global effort by governments to vaccinate their citizens created a complicated dynamic between vaccination efforts and broader diplomatic efforts. This relationship sometimes took the form of "vaccine diplomacy," wherein wealthy nations donate vaccines to other nations in order to strengthen diplomatic and economic relationships while bolstering their own reputations. Other times it manifested as leaders touting the efficacy of their national effort or of the vaccines their country had created. While all nations have engaged in some form of diplomacy or messaging related to vaccines, the Virality Project focused on observing state media and social media networks linked to Russia, China, and Iran. These three nations not only promoted their own efforts, but also attempted to undermine their rivals.

Case: 23-30445   Document: 43-7   Page: 151   Date Filed: 07/17/2023

Researchers and journalists documented social media manipulation efforts targeting the US COVID-19 vaccine conversation with false or misleading claims even prior to the vaccine rollout.[142] The Virality Project created a researcher pod that focused on understanding state media narratives from these actors as the vaccine rollout progressed.

Russia, China, and Iran used a full-spectrum propaganda approach, with capabilities spanning both media and social media in attempts to influence vaccine conversations in the US and around the world. "Full-spectrum propaganda" refers to nation-state actors' use of both overt and covert channels across media types in order to influence public opinion from a variety of angles.[143]

These include:

- Traditional diplomatic channels

- State-run or -affiliated media outlets

- Overt state-affiliated social media accounts

- Covert social media accounts

- Grey media properties[144]

- Cyber activity

These approaches are often used simultaneously, with some degree of coordination, to achieve strategic objectives. Although the covert operations analyzed below typically used negative, outwardly adversarial and divisive messaging to denigrate Western vaccines and institutions, the corresponding overt media outlets clearly attributable to the state tended to use comparatively neutral language, selective topical coverage, and self-promotion in order to promote their own governments' vaccines and vaccination effort relative to those of their counterparts in the West. Virality Project researchers observed that the narratives used by overt and covert foreign-state actors to influence US conversations around the pandemic and COVID-19 vaccines are very similar. However, the actual mechanisms used by overt and covert campaigns tend to differ in meaningful ways. Our analysis focuses specifically on these full-spectrum efforts.

When state-actor tactics include unambiguous mistruths or inauthentic accounts, platforms are more willing to label or take down content or to suspend accounts; the decidedly opinionated messages of overt state media propaganda rarely fall cleanly into these categories. Recognizing this challenge, social media platforms began to label state media properties and state-linked accounts early in the COVID-19 pandemic to assist their audiences in understanding the source—and, thus, the possible agenda or motivation—of the content or speaker.[145]

97

Case: 23-30445    Document: 43-7    Page: 152    Date Filed: 07/17/2023

4. Actors & Tactics

### 4.3.1  Russia

The first operation linked to Russian actors involved a small network of fake personas that targeted right-leaning audiences on alternative social media platforms Gab and Parler, as well as the far-right discussion forum patriots[.]win, as early as November 2020. The accounts in the network posted a series of memes, articles, and messages that appeared aimed to exacerbate existing social and political tensions in the United States, including around the Biden administration's response to COVID-19 and the vaccine rollout. Many of these posts featured highly inflammatory political cartoons, which may have been created by the actors themselves, and leveraged a variety of divisive partisan themes, such as suggestions that Biden was benefiting from Trump's hard work to combat the pandemic while ignoring other issues such as rising US inflation. The accounts also attempted to amplify anti-vaccine conspiracy theories, spread doubts about vaccine efficacy, and depict the vaccine rollout as state-imposed oppression designed to enrich pharmaceutical companies and erode American freedoms.[146] The actors behind this operation have been linked to the same group responsible for the "Newsroom for American and European Based Citizens" (NAEBC), a fake right-wing news outlet that targeted US audiences ahead of the 2020 election and was connected to Russia's Internet Research Agency.[147]



Figure 4.12: Memes originally posted by Russian account NAEBC on patriots[.]win implying that Kamala Harris (left) and Joe Biden (right) are forcibly vaccinating individuals; the Biden meme also implies that vaccines contain Microsoft microchips.

A second operation was attributed to a marketing firm operating from Russia called Fazze.[148] While it is not clear who Fazze was working for, the company appears to have engaged in a concerted effort to covertly disseminate narratives online denigrating Western-made COVID-19 vaccines, including by attempting to hire YouTube influencers to deliver unattributed messages. In late 2020, for example, the group spread memes on Facebook and Instagram suggesting the AstraZeneca vaccine was dangerous because it was developed from a chimpanzee adenovirus—claims echoed by some Russian state media outlets that have attacked AstraZeneca for producing a "monkey vaccine."[149] Months later, the same actors were caught attempting to seed misleading information online about the safety of the Pfizer vaccine, this time by disseminating an alleged internal AstraZeneca report on vaccine mortality rates.[150]

98

Fake personas posted copies of the report online alongside a propaganda article, which claimed that the report was hacked or leaked. Fake social media accounts then posted these articles to groups concerned with COVID-19 information and vaccine safety. Fazze also contacted prominent social media influencers, offering to pay them to post videos amplifying the claims to YouTube, Instagram, and TikTok.[151] The effort was quickly exposed, in part because the targeted influencers posted instead about the manipulative outreach, but some reports have noted that at least two influencers posted videos that appear to match the instructions that Fazze distributed.[152]



Figure 4.13: Copy of the instruction document allegedly sent to French influencers by Fazze and published by French outlet factandfurious.com.[153]

The narrative themes present in the efforts undertaken by the covert actors, particularly attempts to exacerbate existing social and political cleavages, were mirrored by Russian state media and representatives. For example, RT amplified claims suggesting vaccine passports are akin to government overreach and population segregation, proclaimed the emergence of a global "#Covid apartheid," and suggested that harms associated with mRNA vaccines were downplayed by the media in collusion with US business elites.[154] Russian state media also amplified research of questionable veracity that suggested Western vaccines are ineffective or harmful. However, in contrast to the covert campaigns, which were not intended to be obviously pro-Russian, the overt state media approach additionally contrasted the supposed failures of

99

Case: 23-30445      Document: 43-7      Page: 154      Date Filed: 07/17/2023

Western vaccines with the success of the Sputnik V vaccine. When the rollout of the Johnson & Johnson vaccine was paused to review a possible risk of blood clots, Russian state media paired neutral coverage of the specific story with articles highlighting the lack of blood clots associated with the Sputnik V vaccine.[155] Russian state media additionally featured interviews with anti-vaccine influencers who had been deplatformed by mainstream social media platforms—implying or suggesting that the US was censoring those critical of potentially dangerous vaccines.[156]

### 4.3.2   China

Several covert influence operations linked to the CCP were taken down in 2020–2021, and included content related to COVID-19 or the COVID-19 vaccines.[157] Because it gained international prominence as it spread through Wuhan, messaging about the virus was a topic of high priority for the well-established CCP overt propaganda apparatus;[158] leading officials from the propaganda department were assigned to the small committee responsible for COVID-19 messaging.[159] And, as with Russia, this messaging appeared in both overt attributable state media, which focused mostly on telling positive stories of the CCP's handling of the virus and its vaccine development and rollout, as well as covert networks, which primarily denigrated Western vaccine efforts, on Western social media platforms.[160]

One long-standing China-aligned network, identified and dubbed "Spamouflage" by Graphika, consists of pro-Chinese accounts dispersed across different platforms that post political spam and continuously regenerate new accounts after existing accounts are taken down.[161] As described in Graphika's reports on the network, the participating accounts present on-platform with a wide range of personality types. The vast majority of Spamouflage accounts have Western or other non-Chinese names and accompanying profile photos, and post near-daily videos on a range of geopolitical topics with narratives aligned with those of the Chinese government. However, most posts achieve low levels of engagement. In 2019, accounts in this network were linked to accounts targeting the Hong Kong protests, which Facebook and Twitter attributed to PRC state-controlled actors.[162]

In early 2020, Spamouflage turned its attention to COVID-19, spreading content that praised Chinese efforts against the virus and highlighted the shortcomings of Western countries' handling of the pandemic, especially events in the US.[163] In February 2021, a Graphika report on the network assessed that China's COVID-19 response had become a key theme stressed by accounts in the network on Twitter, YouTube, and Facebook, and that this cross-platform activity had started to reach audiences outside of its own network.[164] The report also showed Chinese diplomats overseas using their social media accounts on these platforms to promote Spamouflage video productions. When it was reported that Sinopharm and Sinovac vaccines had low efficacy, the Spamouflage network changed focus away from China's international "vaccine diplomacy" and started casting doubt on the effectiveness

100

Case: 23-30445    Document: 43-7    Page: 155    Date Filed: 07/17/2023

of Pfizer, Moderna, and AstraZeneca vaccines.[165] Recently, security firm FireEye also reported that China's inauthentic networks have spread to a variety of smaller platforms and expanded to languages outside of English and Chinese.[166] Notably, one goal of this network, albeit an unsuccessful one, was to mobilize in-person protests in the US in response to COVID-19.



Figure 4.14: Screenshot from Spamouflage video "America COVID-19 vaccine: 'Emergency use' is not the same as official approval."[167]

Around the same time, in early 2020, that the cross-platform inauthentic campaign argued that China's COVID-19 response was more effective than the West's, several Chinese state media outlets began publishing articles questioning the validity of foreign research on the virus and the virus's alleged origins in the United States.[168] In January 2021, the *Global Times*, CCTV, Xinhua News, and *China Daily* reported on a number of older adults who died in Norway after receiving the Pfizer COVID-19 vaccine.[169] While health officials in Norway clarified that this was largely due to non-vaccine-related reasons, such as illness and frailty, Chinese state outlets published articles calling the safety of the Pfizer vaccine into question and suggesting countries "broaden" their vaccine supply to include Chinese vaccines (see timeline below).[170]

### 4.3.3   Iran

Iran had also been an early and active participant in the global conversation about the virus, using it to bolster the country's political positions and to denigrate the US in a variety of ways.[171] Graphika was able to attribute one covert campaign that attempted to influence information about COVID-19 to Iranian actors. The campaign occurred from approximately February 2020 to April 2020 and was conducted by the International Union of Virtual Media (IUVM),[172] which has been directly linked to the Iranian government by the US government. An October 2020 press release from the US Department of the Treasury stated that IUVM is "owned or controlled"

101

4. Actors & Tactics



January 15, 2021:
Norway Health Officials
Say vaccine may be too risky for those with severe frailty or the terminally ill.
Norwegian Medicines Agency (NMA) says: "We are not alarmed by this"

Global Times
Article and Facebook post says Chinese health experts call for the suspension of Pfizer after elderly deaths in Norway.

CCTV & Xinhua & China Daily
Identical Facebook posts reporting that "an adverse reaction... may be responsible" according to the NMA.

Global Times Article, January 19
Chinese health experts advise Australia to halt approval for Pfizer vaccine following Norwegian deaths

January 16, 2021: Xinhua News
"Norwegian health authorities say deaths among elderly likely related to vaccine"

January 19, 2021: Global Times
"Chinese health experts advise Australia to halt approval for Pfizer vaccine following Norwegian deaths"

Figure 4.15: Timeline of the Norway story and its reporting in various Chinese state-media outlets.

by the Islamic Revolutionary Guard Corps (IRGC), and the US placed sanctions on the IRGC and related entities for attempting to influence the 2020 US election.[173]

The covert IUVM campaign used social media accounts and independent-seeming websites to launder cartoons, memes, and articles with pandemic-related narratives. Specific narratives promoted included ones suggesting that the US had purposely caused the pandemic; that the US was waging a biological attack via COVID-19 to beleaguer China; that Trump was mishandling the pandemic, and the US was suffering extensively because of him; and that Western media outlets were lying about the COVID-19 situation within Iran.

The social media assets that the IUVM operation appeared to have created included Facebook News Pages that seem to have been targeting different countries, as well as multiple Instagram accounts.[175]

One Instagram account exclusively posted content from multiple IUVM channels. The operators of the account attempted to reach out to high-profile users, such as Ivanka Trump and Usain Bolt, but those efforts were unsuccessful, and it ultimately amassed only 485 followers.

Some of the key narratives in the covert IUVM operation—that the US was to blame for COVID-19 and its role in the pandemic was not to be trusted—were mirrored by overt official statements and actions by Iran. Some of the overt messaging was even used in the covert IUVM operation: for example, in March 2020, after Supreme Leader Ali Khamenei alleged that COVID-19 could be a biological attack,

102

Case: 23-30445   Document: 43-7   Page: 156   Date Filed: 07/17/2023

Case: 23-30445      Document: 43-7      Page: 157      Date Filed: 07/17/2023

4.3. Foreign Actors





Figure 4.16: Top, a February 24, 2020, article from the IUVM Press website. Bottom, images posted on February 25, 2020, by the IUVM Pixel website.[174]

103