**No. 23-30445**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

Plaintiffs-Appellees,

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

Defendants-Appellants.

_____

On Appeal from the United States District Court
for the Western District of Louisiana

**EXHIBITS TO PLAINTIFF-APPELLEES' OPPOSITION TO
DEFENDANT-APPELLANTS' EMERGENCY MOTION UNDER CIRCUIT
RULE 27.3 FOR A STAY PENDING APPEAL
Volume VII**

Case: 23-30445   Document: 43-8   Page: 2   Date Filed: 07/17/2023

4. Actors & Tactics



Figure 4.17: A screenshot of a banner for iuvmpixel.com showing links to now suspended Facebook and Instagram accounts.

IUVM Press, one of the IUVM websites, quoted him in an article.[176] Many Iranian officials, including Khamenei, Major General Hossein Salami, and IRGC Brigadier General Gholamreza Jalali, claimed it was possible that COVID-19 was a biological attack or had inorganic state-sponsored origins, explicitly or implicitly pointing to the US as the likely culprit.[177] Former officials like former president Mahmoud Ahmadinejad also echoed these claims. Government actions, such as Khamenei's ban of the import of American and British vaccines into Iran and claim that they were "completely untrustworthy," likely served to further hit home the narrative that the West's role in the pandemic was somehow nefarious.[178]

By repeating similar narratives across a variety of channels, both explicitly attributable as well as covertly insidious, foreign actors can reinforce their message while making it seem as though many different types of people are saying the same thing—creating a perception of widespread popular opinion or consensus about a topic. This integrated approach serves to reinforce messaging while maintaining internal and external consistency, and is an increasingly common trademark of capable state-level actors across topical domains.

## 4.4   Conclusion

The figures and categories described in this chapter do not comprise a comprehensive list of all actors or archetypes who spread COVID-19 vaccine mis- or disinformation in 2021, but instead represent the actors and tactics that the Virality Project observed as highly prominent in the anti-vaccine rhetoric online. There have been other studies, such as the Center for Countering Hate's "Disinformation Dozen" report, which used a different methodology to highlight the actors they focused on.[179] Rather, this chapter highlights important groupings of actors that were active and frequent participants in spreading COVID-19 vaccine misinformation. We chose to highlight specific figures within their categories based on their prevalence in high-engagement incidents that had significant reach, or prominence that justified their inclusion in the Virality Project weekly briefings. These are figures who have

strong parallels to long-standing participants in the discourse around vaccines, and whose online presence is critical for stakeholders working across government, research, public health, and social media to be aware of and understand—not only as archetypes or even as individuals, but also as nodes in a broader network committed to undermining COVID-19 vaccine uptake.

Case: 23-30445   Document: 43-8   Page: 3   Date Filed: 07/17/2023

Case: 23-30445     Document: 43-8     Page: 4     Date Filed: 07/17/2023

## Notes

1. Smith, "Vaccine Rejection and Hesitancy: A Review and Call to Action."

2. Smith.

3. Nonprofit Explorer, "Children's Health Defense," *ProPublica*, accessed November 20, 2021, https://projects.propublica.org/nonprofits/organizations/260388604.

4. *The HighWire* was deplatformed in 2020 by Facebook and YouTube. Brandy Zadrozny, "COVID-19 vaccines face varied and powerful misinformation online," *NBC News*, November 30, 2020, https://www.nbcnews.com/tech/tech-news/covid-19-vaccines-face-varied-powerful-misinformation-movement-online-n1249378.

5. "Amazon Best Sellers," Amazon, accessed November 20, 2021, https://web.archive.org/web/20211120054702/https://www.amazon.com/best-sellers-books-Amazon/zgbs/books/.

6. Children's Health Defense Team, "POST A COMMENT: CHD Calls on FDA to Immediately Take COVID Vaccines Off the Market," *The Defender*, updated May 20, 2021, https://childrenshealthdefense.org/defender/sign-petition-chd-fda-take-covid-vaccines-off-market/.

7. "Millions Against Medical Mandates," accessed June 8, 2021, https://mamm.org; Virality Project, "Virality Project Weekly Briefing #25: June 8–June 15, 2021," June 15, 2021, https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/60c90978e0df5f1a04814671/1623787897191/Virality+Project+-+0615+Weekly+Briefing.pdf.

8. Stephanie Mencimer, "Right-Wing Doctors Are Suing to Block COVID Vaccine for Kids," *Mother Jones*, May 25, 2021, https://www.motherjones.com/politics/2021/05/right-wing-doctors-are-suing-to-block-covid-vaccine-for-kids/.

9. Isaac Stanley-Becker, "Resistance to vaccine mandates is building. A powerful network is helping," *Washington Post*, May 26, 2021, https://www.washingtonpost.com/health/2021/05/26/vaccine-mandate-litigation-siri-glimstad-ican/; Ioanna Mandrou, "Supreme Court steps in to stop anti-vaxxer intimidation tactics," *eKathimerini*, September 23, 2021, https://www.ekathimerini.com/news/1168409/supreme-court-steps-in-to-stop-anti-vaxxer-intimidation-tactics/; Alexandra Villarreal, "Anti-vax group mounts legal blitz to sow disinformation against vaccinations," *Guardian*, June 22, 2021, https://www.theguardian.com/us-news/2021/jun/22/anti-vax-group-legal-blitz-deter-vaccinations.

10. Smith, "Vaccine Rejection and Hesitancy: A Review and Call to Action."

11. Moran et al., "Content Moderation Avoidance Strategies."

12. Joseph Yi (yojimd), ed., "Relationships can be #HAM these days," Instagram, September 2021, https://www.instagram.com/p/CTH9qlCg2lV/.

13. See, e.g., "Fact-check Search: healthnutnews," Iffy.news, https://iffy.news/fact-check-search/?q=healthnutnews; Camille Caldera, "Fact check: Operation Warp Speed official discussed vaccine distribution, not mandatory vaccinations," *USA Today*, updated November 24, 2020, https://www.usatoday.com/story/news/factcheck/2020/11/

106

24/fact-check-post-operation-warp-speed-official-missing-context/6398580002/;
Julia Carrie Wong, "Anti-vaxx 'mobs': doctors face harassment campaigns on Facebook,"
*Guardian*, February 28, 2019, https://www.theguardian.com/technology/2019/feb/27/
facebook-anti-vaxx-harassment-campaigns-doctors-fight-back.

14. "Health Nut News," Media Bias / FactCheck, updated October 25, 2020, https://mediabi
asfactcheck.com/health-nut-news/.

15. Alex Kasprac, "FACT CHECK: Have Sixty Holistic Doctors Died Suspicious Deaths In
the Past Year?," *Snopes*, updated March 26, 2018, https://www.snopes.com/fact-
check/holistic-doctor-death-conspiracy/.

16. Michael McGowan, "How the Wellness and Influencer Crowd Serve Conspiracies to
the Masses," *Guardian*, February 24, 2021, https://www.theguardian.com/australia-
news/2021/feb/25/how-the-wellness-and-influencer-crowd-served-conspiracies-to-the-
masses.

17. "Virality Project Weekly Briefing #14, March 24, 2021–March 30, 2021," *The Virality
Project*, March 30, 2021, https://static1.squarespace.com/static/60025974f9f7920e6b
40885b/t/60637ed0a8493422f31a8643/1617133277550/Virality+Project+-+March+
30+Weekly+Briefing.pdf.

18. Jasper Jackson, Alexandra Heal, and Tom Wall, "Facebook 'still too slow to act on
groups profiting from Covid conspiracy theories,'" *Guardian*, March 11, 2021, https:
//www.theguardian.com/technology/2021/apr/11/facebook-still-too-slow-to-act-on-
groups-profiting-from-covid-conspiracy-theories.

19. "Cosēva," Cosēva, accessed September 6, 2021, https://www.coseva.com.

20. "Re:Union Summit 2021," Re:Union Summit, accessed September 6, 2021, https://2021.
reunionsummit.com.

21. Michael Thomsen, "A wellness company is circumventing Facebook's ban on vaccine
misinformation by advertising a guide to the whooping cough and a non-existent
'controversy' about vaccination," *Daily Mail*, September 1, 2020, https://www.dailymail.
co.uk/sciencetech/article-7870293/Anti-vaccination-advocates-finding-new-ways-
Facebooks-ban-false-claims-ads.html.

22. See, e.g., Earthley (@earthley), "Seems like this is how a lot of people are feeling
now. How about you? Ready to take your family's health into your own hands? Grab
this FREE guide: https://www.earthley.com/.../a-beginners.../ref/facebook," Facebook,
July 13, 2021, https://www.facebook.com/749122528556667/posts/2341220599
346844; Earthley (@earthley), "This...is heartbreaking. This is 'safe?' Then what is
DANGEROUS??," Facebook, July 11, 2021, https://www.facebook.com/7491225285566
67/posts/2339372269531677.

23. See, e.g., Candace Owens (@RealCandaceO), "Nuremberg codes stipulate that consent
must be voluntary. Telling a child they cannot go to school, firing people from work, or
preventing their travel is NOT voluntary consent. Threatening someone's livelihood
unless they take an experimental vaccine is NOT voluntary consent," Twitter, July 7,
2021, http://web.archive.org/web/20210710105514/https://twitter.com/RealCan
daceO/status/1412880295368478723; Earthley (@earthley), "Thank you, Candace!

Case: 23-30445   Document: 43-8   Page: 6   Date Filed: 07/17/2023

✎," Twitter, July 10, 2021, https://www.facebook.com/749122528556667/posts/2338654022936835.

24. Dr. Peter McCullough, who spoke at an Eagle Forum "COVID Truths" event in Birmingham, is a cardiologist. Eddie Burkhalter, "Alabama Doctors Behind Anti-Vaccine Letter to Kay Ivey," *Alabama Political Reporter*, October 1, 2021, https://www.alreporter.com/2021/10/01/alabama-doctors-behind-anti-vaccine-letter-to-kay-ivey/

25. Anesthesiologist Dr. Christopher Rake was escorted out of his workplace at UCLA for refusing to be vaccinated. UCLA Health (@UCLAHealth), "These comments do not represent the views of UCLA Health. Unvaccinated people are more likely to contract COVID-19 & we encourage employees to be vaccinated. We adhere to the state public health order requiring health care workers to be vaccinated or undergo regular testing," Twitter, August 21, 2021, https://twitter.com/UCLAHealth/status/1432754622695817218; CBSLA Staff, "'Willing To Lose Everything': Unvaccinated Anesthesiologist Escorted From UCLA Medical Facility, Placed On Unpaid Leave," *CBS Los Angeles KCAL*, October 7, 2021, https://losangeles.cbslocal.com/2021/10/07/willing-to-lose-everything-unvaccinated-anesthesiologist-escorted-ucla-medical-facility-placed-on-unpaid-leave/.

26. Smith, "Vaccine Rejection and Hesitancy: A Review and Call to Action."

27. Enserink and Cohen, "Fact-checking Judy Mikovits, the controversial virologist attacking Anthony Fauci in a viral conspiracy video"; Tom Barlett, "The Vaccine Scientist Spreading Vaccine Misinformation," *Atlantic*, updated August 23, 2021, https://www.theatlantic.com/science/archive/2021/08/robert-malone-vaccine-inventor-vaccine-skeptic/619734/.

28. Barlett, "The Vaccine Scientist Spreading Vaccine Misinformation."

29. "mRNA Pioneer Raises Covid Vaccine Concerns," *The HighWire*, June 25, 2021, https://thehighwire.com/videos/mrna-vaccine-inventor-calls-for-stop-of-covid-vax/.

30. "Tucker: People Continue to Ignore the Science," *Fox News*, June 25, 2021, https://www.foxnews.com/transcript/tucker-carlson-tonight-wednesday-june-23.

31. Reuters Fact Check, "Fact check-Covid-19 vaccines are not 'cytotoxic,'" *Reuters*, June 18, 2021, https://www.reuters.com/article/factcheck-vaccine-cytotoxic-idUSL2N2O01XP.

32. Gina Kolata, "Kati Kariko Helped Shield the World From the Coronavirus," *New York Times*, April 8, 2021, https://www.nytimes.com/2021/04/08/health/coronavirus-mrna-kariko.html.

33. "Books: Covid-19," Amazon, accessed January 25, 2022, https://web.archive.org/web/20220125211542/https://www.amazon.com/s?k=Covid-19 i=stripbooks crid=11M9F0PAYFX7T&sprefix=covid-19%2Cstripbooks%2C374&ref=nb_sb_noss.

34. Sheera Frenkel, "The Most Influential Spreader of Coronavirus Misinformation Online," *New York Times*, updated October 6, 2021, https://www.nytimes.com/2021/07/24/technology/joseph-mercola-coronavirus-misinformation-online.html.

35. Renée DiResta, "The Anti-Vaccine Influencers Who Are Merely Asking Questions," *Atlantic*, April 24, 2021, https://www.theatlantic.com/ideas/archive/2021/04/influencers-who-keep-stoking-fears-about-vaccines/618687.

108

36. Davy Alba, "A top spreader of Coronavirus misinformation says he will delete his posts after 48 hours," *New York Times in Seattle Times*, updated August 4, 2021, https://www.seattletimes.com/nation-world/a-top-spreader-of-coronavirus-misinformation-says-he-will-delete-his-posts-after-48-hours/; "Local doctor removing health articles after claims of misinformation," *Fox 4 WFTX* (South Florida), accessed August 4, 2021, https://www.fox4now.com/news/coronavirus/local-doctor-removing-health-articles-after-claims-of-misinformation.

37. Joseph Mercola, *How Covid-19 'Vaccines' May Destroy The Lives Of Millions — Judy Mikovits | Dr. Mercola* (video, January 31, 2021), http://web.archive.org/web/20210904112336/https://www.bitchute.com/video/KsemaomVoACu/.

38. Lily Meyersohn and Erin McAweeny, "How Debunked Science Spreads," *The Virality Project*, August 26, 2021, https://www.viralityproject.org/rapid-response/how-debunked-science-spreads.

39. Dr. Joseph Mercola, "This is good news for everyone except the vaccine manufacturers and health authorities who have said otherwise," Facebook, https://www.facebook.com/114205065589/posts/10158884046840590, https://perma.cc/RPK7-R3RX, May 25, 2021.

40. Tamara Bhandari, "Good news: Mild COVID-19 induces lasting antibody protection," *Washington University School of Medicine in St. Louis*, May 24, 2021, https://medicine.wustl.edu/news/good-news-mild-covid-19-induces-lasting-antibody-protection/.

41. Mercola, "This good news...."

42. "Dr. Joseph Mercola," Facebook, accessed September 6, 2021, https://www.facebook.com/doctor.health/.

43. Christopher Giles, Shayan Sardarizadeh, and Jack Goodman, "Hydroxychloroquine: Why a video promoted by Trump was pulled on social media," *BBC News*, July 28, 2020, https://www.bbc.com/news/53559938.

44. Madison Dapcevich, "Who Are 'America's Frontline Doctors' and Dr. Stella Immanuel?," *Snopes*, updated August 27, 2020, https://www.snopes.com/news/2020/07/30/americas-frontline-doctors/.

45. Travis M. Andrews and Danielle Paquette, "Trump retweeted a video with false covid-19 claims. One doctor in it has said demons cause illnesses," *Washington Post*, July 29, 2020, https://www.washingtonpost.com/technology/2020/07/28/stella-immanuel-hydroxychloroquine-video-trump-americas-frontline-doctors/.

46. Saranac Hale Spencer, "Video Uses Bogus Claims to Stoke Race-Based Fears of COVID-19 Vaccine," *FactCheck.org*, https://www.factcheck.org/2021/02/scicheck-video-uses-bogus-claims-to-stoke-race-based-fears-of-covid-19-vaccine/.

47. Dr. Simone Gold (@drsimonegold), "The founder of Shake Shack says his company will require proof of vaccination for both employees AND customers. I encourage everyone to boycott this business. No corporation or government has a right to demand to see your private health documents," Twitter, August 1, 2021, https://twitter.com/drsimonegold/status/1421750765866029058; Dr. Simone Gold (@drsimonegold), "WOW: @RoyalCaribbean cruises is now requiring you to get an experimental vaccine

109

Case: 23-30445   Document: 43-8   Page: 8   Date Filed: 07/17/2023

to book a cruise with them. I will be boycotting the company instead. Who else is with me? #BoycottRC," Twitter, March 20, 2021, https://twitter.com/drsimonegold/status/1373361332062412810.

48. "The Uncensored Truth Tour," June 24, 2021, https://www.facebook.com/events/families-of-faith-ministries/the-uncensored-truth-tour/229646502083665/.

49. Dr. Simone Gold (@drsimonegold), accessed October 1, 2021, https://twitter.com/drsimonegold; ally4freedom (@ally4freedom), accessed October 1, 2021, https://www.tiktok.com/@ally4freedom.

50. America's Frontline Doctors, "Medical and Legal Resources to Defend Your Freedom," accessed October 1, 2021, https://aflds.org.

51. Dana Beth Weinberg and Jessica Dawson, "From anti-vaxxer moms to militia men: Influence operations, narrative weaponization, and the fracturing of American identity," *Brookings Institution*, October 2021, https://www.brookings.edu/wp-content/uploads/2021/10/FP_20211108_influencer_operations_dawson_weinberg_v2.pdf; Alex Kaplan, "In 2021, the bond between QAnon and anti-vaxxers grew even stronger," *Media Matters for America*, https://www.mediamatters.org/qanon-conspiracy-theory/2021-bond-between-qanon-and-anti-vaxxers-grew-even-stronger.

52. Steve Stecklow and Andrew Macaskill, "The Ex-Pfizer Scientist Who Became an Anti-Vax Hero," *Reuters*, March 18, 2021, https://www.reuters.com/investigates/special-report/health-coronavirus-vaccines-skeptic/.

53. Stecklow and Macaskill.

54. Ciara O'Rourke, "No, Pfizer's Head of Research Didn't Say the COVID-19 Vaccine Will Make Women Infertile," *PolitiFact*, December 10, 2020, https://www.politifact.com/factchecks/2020/dec/10/blog-posting/no-pfizers-head-research-didnt-say-covid-19-vaccin/.

55. Reuters Fact Check, "Fact Check-Fact check: Ex-Pfizer scientist repeats COVID-19 vaccine misinformation in recorded speech," *Reuters*, May 20, 2021, https://www.reuters.com/article/factcheck-health-coronavirus/fact-check-fact-check-ex-pfizer-scientist-repeats-covid-19-vaccine-misinformation-in-recorded-speech-idUSL2N2N72CS.

56. Madison Dapcevich, "Did Michael Yeadon Say COVID-19 Vaccine Will Kill Recipients Within 2 Years?," *Snopes*, accessed September 24, 2021, https://www.snopes.com/fact-check/michael-yeadon-vaccine-death/.

57. Mordechai Sones, "It's 'entirely possible' vaccine campaigns 'will be used for massive-scale depopulation': Former Pfizer VP," *LifeSiteNews*, March 29, 2021, https://www.lifesitenews.com/mobile/opinion/former-pfizer-vp-to-aflds-entirely-possible-this-will-be-used-for-massive-scale-depopulation/.

58. Sones.

59. Stecklow and Macaskill, "The Ex-Pfizer Scientist Who Became an Anti-Vax Hero."

60. The HighWire, "Dr Michael Yeadon: In Harm's Way. The Epic Del Bigtree Interview," Rumble, accessed September 6, 2021, https://rumble.com/vk8ykk-dr-michael-yeadon-in-harms-way.-the-epic-del-bigtree-interview.html; SecuringAmericaTV, "Secure

110

-PA01461-

Date Filed: 07/17/2023     Page: 9     Document: 43-8     Case: 23-30445

Freedom Radio with Michael Yeadon — 05.31.21," Rumble, accessed September 6, 2021, https://rumble.com/vhy65d-secure-freedom-radio-with-michael-yeadon-05.31.21.html; Bannon's War Room, "Episode 993 — The Clever Lies of Covid-19...Dr. Michael Yeadon Exposes Why Governments Lied About Covid," Rumble, accessed September 6, 2021, https://rumble.com/vhy4vl-episode-993-the-clever-lies-of-covid-19dr.-michael-yeadon-exposes-why-gover.html; The Full English Show, "Dr. Mike Yeadon, Pfizer's Former Vice President and Chief Scientist for Allergy & Respiratory," Rumble, September 26, 2020, https://rumble.com/vbfcsj-dr.-mike-yeadon-pfizers-former-vice-president-and-chief-scientist-for-aller.html.

61. Damon Centola, "Influencers, Backfire Effects and the Power of the Periphery," in *Personal Networks*, ed. Mario Small et al. (Cambridge: Cambridge University Press, October 2021), https://ndg.asc.upenn.edu/wp-content/uploads/2020/11/Centola_InfluencersBackfire-Effects-and-the-Power-of-the-Periphery_in_PersonalNetworks.pdf.

62. Health Ranger Report, "Dr. Christiane Northrup Gives New Details on Covid Vaccine Shedding / Transmission, Especially among Women," *Brighteon*, accessed September 6, 2021, https://www.brighteon.com/2aaed9bc-aa22-4da2-bdf8-2b0f2059983a; Health Ranger Report, "Dr. David Martin — Covid Vaccine MRNA Code Is a BIOWEAPON Developed via a Digital SIMULATION," *Brighteon*, accessed September 6, 2021, https://www.brighteon.com/309412a4-65e5-4bd6-a7c9-52805b5a6b93; Good to Know, "A Manufactured Illusion. Dr David Martin with Reiner Fuellmich 9-7-21," Rumble, accessed July 13, 2021, https://rumble.com/vjs7pt-a-manufactured-illusion.-dr-david-martin-with-reiner-fuellmich-9-7-21.html; Stiftung Corona Ausschuss, "Depopulation By Any Means — Dr. Bryan Ardis, Dr. Reiner Fuellmich, and Dr. Wolfgang Wodarg," YouTube, accessed September 6, 2021, https://www.youtube.com/watch?v=hkd1CjO_XoM; Stew Peters Show, "Dr. Bryan Ardis Exposes Fauci! Premeditated Murder with MULTIPLE Cocktails for 'Treatment' Since Day One!," Rumble, July 8, 2021, https://rumble.com/vjls2p-doctor-exposes-fauci-premeditated-murder-with-multiple-cocktails-for-treatm.html; Mike Lindell, interview by Bryan Ardis, "The Dr. Ardis Show," June 2021, https://vokalnow.com/video/4056.

63. Lateshia Beachum, "Far-right sources on Facebook get more engagement than any other political posts, study finds," *Washington Post*, March 4, 2021, https://www.washingtonpost.com/technology/2021/03/04/far-right-extreme-study-facebook/.

64. Carolyn E. Shmitt, "'Network Propaganda' explored," *Harvard Gazette*, October 25, 2018, https://news.harvard.edu/gazette/story/2018/10/network-propaganda-takes-a-closer-look-at-media-and-american-politics/; Nilagia McCoy, "Yochai Benkler: The Right-Wing Media Ecosystem," *Harvard Kennedy School Shorenstein Center on Media, Politics and Public Policy*, April 7, 2017, https://shorensteincenter.org/benkler/; Yochai Benkler, "A Political Economy of the Origins of Asymmetric Propaganda in American Media," in *The Disinformation Age: Politics, Technology, and Disruptive Communication in the United States: SSRC Anxieties of Democracy*, ed. W. Lance Bennett and Steven Livingston (Cambridge: Cambridge University Press, 2020), 43–66, https://www.cambridge.org/core/books/disinformation-age/political-economy-of-the-origins-of-asymmetric-propaganda-in-american-media/10D034A14EA79BDEED26B75EC80B8625; Yochai Benkler et al., "Mail-In Voter Fraud: Anatomy of a Disinformation Campaign," *Berkman Center Research Publication No. 2020-6*, October 2, 2020, https://cyber.harvard.edu/publication/2020/Mail-in-Voter-Fraud-Disinformation-2020.

65. Yochai Benkler et al., "Network Propaganda: Manipulation, Disinformation, and Radicalization in American Politics," (Oxford), 2018, https://oxford.universitypressscholarship.com/view/10.1093/oso/9780190923624.001.0001/oso-9780190923624.

66. EIP, *The Long Fuse: Misinformation and the 2020 Election*.

67. Tyler Monroe and Rob Savillo, "Fox has undermined vaccination efforts in nearly 60% of all vaccination segments in a 2-week period," July 16, 2021, https://www.mediamatters.org/fox-news/fox-has-undermined-vaccination-efforts-nearly-60-all-vaccination-segments-2-week-period.

68. Associated Press, "Study: Fox Viewers More Likely to Believe COVID Falsehoods," *U.S. News & World Report*, November 10, 2021, https://www.usnews.com/news/health-news/articles/2021-11-10/study-fox-viewers-more-likely-to-believe-covid-falsehoods. This study did not claim that viewers' attitudes specifically came from what they viewed on their news channels.

69. Gaby Galvin, "Fox News Personalities Started to Promote COVID-19 Vaccines. Viewers Have Taken Notice," *Morning Consult*, August 4, 2021, https://morningconsult.com/2021/08/04/fox-news-viewers-covid-vaccine-hesitancy/; Alison Durkee, "Fox News Viewers' Vaccine Skepticism Drops To Record Low, Poll Finds," *Forbes*, August 5, 2021, https://www.forbes.com/sites/alisondurkee/2021/08/05/vaccine-skepticism-among-fox-news-viewers-drops-to-record-low-poll-finds/.

70. Matt Novak, "Anti-Vaxxer Tucker Carlson Says He's Not Against Vaccines," *Gizmodo*, July 13, 2021, https://gizmodo.com/anti-vaxxer-tucker-carlson-says-hes-not-against-vaccine-1847279168.

71. Justin Garabona, "Tucker Carlson Tells His Giant Fox Audience Not to Trust COVID Vaccines," *Daily Beast*, January 19, 2021, https://www.thedailybeast.com/tucker-carlson-tells-his-giant-fox-audience-not-to-trust-covid-vaccines; Phil Owen, "Tucker Carlson Goes Full Anti-Vax, Says COVID Vaccine Is 'Eugenics' (Video)," *TheWrap*, December 18, 2020, https://www.thewrap.com/tucker-carlson-goes-full-anti-vax-says-covid-vaccine-is-eugenics-video/; Kenneth Li, "Murdoch receives COVID-19 vaccine as Fox News host casts suspicion on campaign," *Reuters*, December 18, 2020, https://www.reuters.com/article/us-health-coronavirus-murdoch/murdoch-receives-covid-19-vaccine-as-fox-news-host-casts-suspicion-on-campaign-idUSKBN28S2J7.

72. Brandy Zadrozny, "Covid vaccines for children are coming. So is misinformation," *NBC News*, November 3, 2021, https://www.nbcnews.com/tech/tech-news/vaccine-misinformation-poised-spike-covid-shots-kids-roll-rcna4360.

73. Anne Helen Peterson, "Charlie Kirk And Candace Owens' Campus Tour Is All About The Owns," *BuzzFeed News*, May 1, 2019, https://www.buzzfeednews.com/article/annehelenpetersen/charlie-kirk-candace-owens-turning-point-usa-montana.

74. Jon Greenberg, "COVID-19 skeptics say there's an overcount. Doctors in the field say the opposite," *PolitiFact*, updated October 27, 2020, https://www.politifact.com/factchecks/2020/apr/14/candace-owens/covid-19-skeptics-say-theres-overcount-doctors-fie/.

75. Holmes Lybrand, "Fact check: Candace Owens falsely claims CDC proposed putting high-risk people in camps during the pandemic," *Facts First*, August 11, 2021, https:

112

//www.cnn.com/2021/08/11/politics/candace-owens-cdc-guidance-camps-fact-check/index.html.

76. Virality Project, "Virality Project Weekly Briefing #31: July 20–July 27, 2021," July 27, 2021, https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/6100842 926d6617b4ab85e36/1627423792279/Virality+Project+-+0727+Weekly+Briefing.pdf.

77. Sir Patrick Vallance (@uksciencechief), "Correcting a statistic I gave at the press conference today, 19 July. About 60% of hospitalisations from covid are not from double vaccinated people, rather 60% of hospitalisations from covid are currently from unvaccinated people," Twitter, July 19, 2021, https://twitter.com/uksciencechief/status/1417204235356213252.

78. Candace Owens, "This is shocking! 60% of people being admitted to the hospital with #COVID19 in England have had two doses of a coronavirus vaccine, according to the government's chief scientific adviser," Facebook, July 19, 2021, https://www.facebook.com/1593518174052711/posts/5768837649854055.

79. Tucker Carlson, "Senator Ron Johnson explains why he's not getting the vaccine," Facebook, May 11, 2021, https://www.facebook.com/watch/?v=368383401277865; Joy Reid, "Joy calls Tucker Carlson and Ron Johnson the absolute worst for spreading COVID disinformation," The Reidout, May 10, 2021, https://www.msnbc.com/the-reidout/watch/joy-reid-calls-out-tucker-carlson-and-ron-johnson-for-spreading-false-info-on-covid-111669317598.

80. Daisy Martinez, "Wisconsin docs blast Johnson for disinformation event, urge him to promote vaccines and safety," Committee to Protect Health Care, June 30, 2021, https://committeetoprotect.org/wisconsin-docs-blast-johnson-for-disinformation-event-urge-him-to-promote-vaccines-and-safety/; Virality Project, "Virality Project Weekly Briefing #28: June 30–July 7, 2021," June 7, 2021, https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/60e5f88dee315f62c170ab68/1625684112597/Virality+Project+-+0707+Weekly+Briefing.pdf.

81. Lybrand and Subramaniam, "Fact-checking Sen. Ron Johnson's anti-vaccine misinformation."

82. See, e.g., Jon Greenberg, "Marjorie Taylor Greene says HIPAA shields her from vaccination questions. It doesn't," Politifact, July 21, 2021, https://www.politifact.com/factchecks/2021/jul/21/marjorie-taylor-greene/marjorie-taylor-greene-says-hipaa-shields-her-vacc/; Bill McCarthy, "Examining the false claims that got Rand Paul, Marjorie Taylor Greene suspended on YouTube, Twitter," Politifact, August 11, 2021, https://www.politifact.com/article/2021/aug/11/examining-false-claims-got-rand-paul-marjorie-tayl/.

83. Catie Edmonson, "Marjorie Taylor Greene's Controversies Are Piling Up. Republicans Are Quiet," New York Times, January 29, 2021, https://www.nytimes.com/2021/01/29/us/politics/marjorie-taylor-greene-republicans.html.

84. See, e.g., Ryan Bort, "Marjorie Taylor Greene Catches Week-Long Twitter Suspension. Is a Permanent Ban Next?," Rolling Stone, August 10, 2021, https://www.rollingstone.com/politics/politics-news/marjorie-taylor-greene-twitter-suspension-covid-misinformation-1210131/; "Rep. Marjorie Taylor Greene's history of spreading bizarre conspiracy theories, from space lasers to Frazzledrip," Insider, February 5, 2021, https:

113

//www.insider.com/marjorie-taylor-greene-jewish-lasers-space-conspiracy-theories-theory-history-2021-2.

85. Allan Smith, "'Evil lunacy': GOP lawmakers slam Marjorie Taylor Greene's mask comparison to Holocaust," *NBC News*, May 23, 2021, https://www.nbcnews.com/politics/congress/evil-lunacy-gop-lawmakers-slam-marjorie-taylor-greene-s-mask-n1268271; Cristina Marcos, "Greene accrues at least $48K in fines for ignoring House mask mandate," *The Hill*, November 1, 2021, https://thehill.com/homenews/house/579462-greene-accrues-at-least-48k-in-fines-for-defying-house-mask-mandate.

86. Jennifer Zipprich et al., "Measles Outbreak — California, December 2014– February 2015," *Morbidity and Mortality Weekly Report*, February 20, 2015, https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6406a5.htm.

87. Renée DiResta and Gilad Locan, "Anti-Vaxxers Are Using Twitter to Manipulate a Vaccine Bill," *Wired*, June 8, 2015, https://www.wired.com/2015/06/antivaxxers-influencing-legislation/.

88. Rehka Lakshmanan and Jason Sabo, "Lessons from the Front Line: Advocating for Vaccine Policies at the Texas Capitol During Turbulent Times," *Journal of Applied Research on Children: Informing Policy for Children at Risk* 10, no. 2 (2019): article 6, https://digitalcommons.library.tmc.edu/childrenatrisk/vol10/iss2/6.

89. Peter Hotez, "COVID19 meets the antivaccine movement," *Microbes Infect* 22, no. 4 (May–June 2020): 162–64, https://doi.org/10.1016/j.micinf.2020.05.010.

90. Beatrice Dupuy, "Stressing freedom, vaccine opponents rebranding in virus era," *AP News*, October 22, 2020, https://apnews.com/article/virus-outbreak-pandemics-public-health-us-news-30998a2aca26af17fe14f8da939ec0f4; David Broniatyowski et al., "Facebook Pages, the 'Disneyland' Measles Outbreak, and Promotion of Vaccine Refusal as a Civil Right, 2009–2019," *American Journal of Public Health* 110 (October 2020): S312_S318, https://doi.org/10.2105/AJPH.2020.305869; Sherman Smith, "Kansas anti-vax group boasts 16 sponsors ahead of 'freedom rally' in Lenexa," *Kansas Reflector*, September 19, 2020, https://kansasreflector.com/2021/09/19/kansas-anti-vax-group-boasts-16-sponsors-ahead-of-freedom-rally-in-lenexa/; Brandy Zadrozny and Ben Collins, "As vaccine mandates spread, protests follow — some spurred by nurses," *NBC News*, August 11, 2021, https://www.nbcnews.com/tech/social-media/vaccine-mandates-spread-protests-follow-spurred-nurses-rcna1654; Hotez, "America's Deadly Flirtation with Antiscience and the Medical Freedom Movement"; Amanda D'Ambrosio, "Who Are the Scientists Behind the Great Barrington Declaration?," *MedPage Today*, October 19, 2020, https://www.medpagetoday.com/infectiousdisease/covid19/89204.

91. "Freedom Keepers," accessed September 6, 2021, https://freedomkeepersunited.org/.

92. Christina Hall and Emma Stein, "'My body, my choice' protesters say of COVID-19 vaccine mandate at Henry Ford Health System," *Detroit Free Press*, July 17, 2021, https://www.freep.com/story/news/local/michigan/2021/07/17/covid-19-vaccine-mandate-protest-henry-ford-hospitals/7985941002/.

93. Valerie Noble to Governor Gavin Newsom, posted by California Health Choice Advocacy, Facebook, July 27, 2021, https://www.facebook.com/californiahealthcoalitionadvocacy/photos/a.119042732853287/535799804510909.

114

Date Filed: 07/17/2023   Page: 12   Document: 43-8   Case: 23-30445

Case: 23-30445   Document: 43-8   Page: 13   Date Filed: 07/17/2023

94. "Worldwide Rally for Freedom," *Santa Barbara Independent*, accessed September 6, 2021, https://www.independent.com/events/worldwide-rally-for-freedom/.

95. Virality Project, "Virality Project Weekly Briefing #11: March 2–March 7, 2021," March 7, 2021, https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/6047d 0083f33136fb3b9a969/1615319051088/Virality+Project+-+March+9th+Weekly+ Briefing.pdf; Virality Project, "Virality Project Weekly Briefing #13: March 17–March 23, 2021," March 23, 2021, https://static1.squarespace.com/static/60025974f9f 7920e6b40885b/t/605a76c8d02a630714c0a1a8/1616541400705/Virality+Project+- +March+23rd+Weekly+Briefing.pdf.

96. Max Fisher, "The Insane Conspiracy Theories of Naomi Wolf," *Vox*, October 5, 2014, https://www.vox.com/2014/10/5/6909837/naomi-wolf-isis-ebola-scotland-conspiracy- theories.

97. Geoff Brumfiel, *The Life Cycle of a COVID-19 Vaccine Lie* (podcast: NPR, July 20, 2021), https://www.npr.org/transcripts/1016912079.

98. The Next Revolution (@NestRevFNC), "@naomirwolf sounds the alarm on the push for 'vaccine passports': 'I am not overstating this, I can't say it forcefully enough, this is literally the end of human liberty in the West if this plan unfolds...,'" Twitter, March 28, 2021, https://twitter.com/NextRevFNC/status/1376370803059658754; Naomi Wolf, interviewed by Steve Hilton, *A Must Listen! — Vaccine Passports = Social Credit Score System and the End of Human Liberty* (podcast: American Conservative University, April 12, 2021), https://www.audible.com/pd/A-Must-Listen-Vaccine- Passports-Social-Credit-Score-System-and-the-End-of-Human-Liberty-Naomi-Wolf- Podcast/B091RPBZ6G; Tim Hains, "Naomi Wolf: Mandatory Vaccine Passport Could Lead To The End Of Human Liberty In The West," *RealClearPolitics*, March 29, 2021, https://www.realclearpolitics.com/video/2021/03/29/naomi_wolf_mandatory_ vaccine_passport_could_lead_to_end_of_human_liberty_in_the_west.html.

99. David Connett, "Naomi Wolf Banned from Twitter for Spreading Vaccine Myths," *Guardian*, June 5, 2021, https://www.theguardian.com/books/2021/jun/05/naomi-wolf- banned-twitter-spreading-vaccine-myths.

100. Derek Thompson, "The Pandemic's Wrongest Man," *Atlantic*, April 1, 2021, https://www. theatlantic.com/ideas/archive/2021/04/pandemics-wrongest-man/618475/; Justin Baragona, "Fox's COVID Contrarian: 'Even If I'm Wrong' on Coronavirus, 'It's Useful to Have Me,'" *The Daily Beast*, updated April 2, 2021, https://www.thedailybeast.com/covid- contrarian-alex-berenson-says-even-if-im-wrong-on-coronavirus-its-useful-to-have-me.

101. Charles Creitz, "Alex Berenson says worldwide COVID outbreak has so far only been 'slightly worse than a bad flu year,'" *Fox News*, August 12, 2020, https://www.foxnews. com/media/alex-berenson-worldwide-coronavirus-bad-flu-year.

102. Kusi Newsroom, "Alex Berenson explains why lockdowns and masks don't control spread of coronavirus," *KUSI News San Diego*, December 14, 2020, https://www.kusi.com/alex- berenson-explains-why-lockdowns-and-masks-dont-control-spread-of-coronavirus/; Tom Kertscher, "COVID-19 death rate in England much higher among unvaccinated than vaccinated," *PolitiFact*, October 29, 2021, https://www.politifact.com/factchecks/ 2021/oct/29/alex-berenson/covid-19-death-rate-england-much-higher-among-unva/; Eric Kleefeld, "Tucker Carlson guest falsely claims that Israel's vaccine rollout hasn't

115

worked. In fact, the rollout shows that the vaccine works," *Media Matters for America*, March 9, 2021, https://www.mediamatters.org/coronavirus-covid-19/tucker-carlson-guest-falsely-claims-israels-vaccine-rollout-hasnt-worked-fact; Charles Creitz, "Alex Berenson: Media doesn't want to 'cover anything that says masks may not be God's gift to all of us,'" *Fox News*, October 13, 2020, https://www.foxnews.com/media/alex-berenson-covid-mask-wearing-scientists-censored.

103. Alex Berenson (@AlexBerenson), "Fact check: True. Our daughter got MMR and other shots today. (Which is not to say I'm going to be running to the head of the line for a rushed COVID vaccine. You go first! Have at it.)," Twitter, June 15, 2020, https://web.archive.org/web/20210822043632/https://twitter.com/AlexBerenson/status/1272592613460381698.

104. Stephanie Mencimer, "Right-Wing Doctors Are Suing to Block COVID Vaccine for Kids," *Mother Jones*, May 25, 2021, https://www.motherjones.com/politics/2021/05/right-wing-doctors-are-suing-to-block-covid-vaccine-for-kids/; Keenan Chen, "Conspiracy theory claims Biden covered up 45,000 vaccine deaths," *First Draft*, July 21, 2021, https://firstdraftnews.org/articles/biden-conspiracy-theory-vaccine-deaths-vaers/.

105. Virality Project, "Virality Project Weekly Briefing #31: July 20–July 27, 2021."

106. Alex Berenson (@AlexBerenson), "As the kids say, lolcatz. Though Moderna avoids calling what it does gene therapy (in part because regulators historically look harder at gene therapy than other biologics), the scientific literature is less discreet. Katalin Kariko invented the idea back in 1990; she would know," Twitter, March 14, 2021, http://web.archive.org/web/20210822182205/https://twitter.com/AlexBerenson/status/1371249209777721345.

107. European Medicines Agency, "Cyberattack on EMA — update 5," January 15, 2021, https://www.ema.europa.eu/en/news/cyberattack-ema-update-5.

108. Thompson, "The Pandemic's Wrongest Man."

109. Kertscher, "No evidence that COVID-19 vaccinations caused deaths of senior citizens."

110. Kertscher.

111. Ali Abbas Ahmadi, "Combating misinformation in under-resourced languages: lessons from around the world," *First Draft*, December 17, 2020, https://firstdraftnews.org/articles/combating-misinformation-in-under-resourced-languages-lessons-from-around-the-world/.

112. Although English-speaking communities also communicate via WhatsApp, non-English-speaking immigrant communities in the US use WhatsApp at higher rates. Farhad Manjoo, "For Millions of Immigrants, a Common Language: WhatsApp," *New York Times*, December 21, 2016, https://www.nytimes.com/2016/12/21/technology/for-millions-of-immigrants-a-common-language-whatsapp.html; Hanna Kozlowska, "Hispanics use WhatsApp more than any other ethnic or racial group in the US," *Quartz*, March 2, 2018, https://qz.com/1220212/hispanics-use-whatsapp-more-than-any-other-ethnic-or-racial-group-in-the-us/; Saheer Khan and Vignesh Ramachandran, "Millions depend on private messaging apps to keep in touch. They're rife with misinformation," *PBS NewsHour*, November 5, 2021, https://www.pbs.org/newshour/world/millions-depend-on-private-messaging-apps-to-keep-in-touch-theyre-ripe-with-misinformation

113. BLes Mundo, "🎥 La IMPRESIONANTE Advertencia De Robert Kennedy Jr. ❗," YouTube video, July 7, 2021, 2:21, https://web.archive.org/web/*/https://www.youtube.com/watch?v=EaY2mAiHTYk.

114. Noticias NOM (G.O.D.), Telegram, March 21, 2021, 6:35 a.m., https://web.archive.org/web/20210924185851/https://t.me/noticiasNOM/946.

115. ¡No! a la nueva normalidad (@No__Plandemia), "🎥 Dra. Simone Gold. 🎥 Dra. Sherri Tenpenny. 🎥 Dra. Christiane Northrup. 🎥 Dr. Larry Palevsky. 🎥 Dra. Lee Merritt. Nos dicen que las "vacunas" son inseguras…," Twitter, May 8, 2021, 10:23 a.m., https://web.archive.org/web/20210508223630/https://twitter.com/No__Plandemia/status/1390975634483163136.

116. 暗夜KIN(新号回归) (@KIN20200604), "#疫情真相 🎥 疫苗的危害性" [Epidemic Truth 🎥 The Dangers of Vaccines], Twitter, May 31, 2021, 7:34 a.m., https://web.archive.org/web/20210924190302/https://twitter.com/KIN20200604/status/1399268063518728194.

117. Qausalidad, Telegram, May 2, 2021, 10:34 a.m., https://web.archive.org/web/20210924190421/https://t.me/Qausalidad/2387.

118. NFSC. 喜台農.IIII (@NfscSuperpower), "有515100人因注射中共病毒疫苗而死亡, 但為何報導只會告訴你接種疫苗實際死亡率僅1%或更少? 因為虛假媒體持續打壓 『疫苗真相』傳播!" [There are 515,100 people who died due to the Chinese Communist virus vaccine, but why the report only tells you that the actual mortality rate is only 1% or less? Because false media continue to suppress the spread of the "vaccine truth!"], Twitter, June 16, 2021, 4:01 p.m., https://web.archive.org/web/20210617031119/https://twitter.com/NfscSuperpower/status/1405193921831964679.

119. Médicos por la verdad México, Telegram, June 1, 2021, 10:17 a.m., https://web.archive.org/web/20210601175741/https://t.me/medicosporlaverdadmexico/9286.

120. Maldita.es, "The International Scheme of 'Doctors for the Truth': A Denialist Trademark Registered by Natalia Prego," npdated May 19, 2021, https://chequeado.com/investigaciones/the-international-scheme-of-doctors-for-the-truth-a-denialist-trademark-registered-by-natalia-prego/.

121. Maldita.es.

122. "Las afirmaciones falsas de la asociación negacionista 'Médicos por la verdad' sobre la COVID-19, el uso de las mascarillas y la vacuna de la gripe" [The false claims of the denialist association 'Doctors for the truth' about COVID-19, the use of masks and the flu vaccine], Maldita.es, January 23, 2021, https://maldita.es/malditaciencia/20210123/video-asamblea-grupo-medicos-por-la-verdad-afirmaciones-falsas-mascarillas-confinamiento-gripe-tratamiento-covid19/.

123. "Médicos por la Verdad," September 6, 2021, accessed September 6, 2021, https://medicosporlaverdad.net/.

124. Maldita.es, "The International Scheme of 'Doctors for the Truth': A Denialist Trademark Registered by Natalia Prego."

125. See, e.g., Natalia Prego Cancelo, "¿Contagian Los Vacunados?"" ["Are the Vaccinated Contagious?], Rumble, August 29, 2021, https://web.archive.org/web/20210829143814/https://rumble.com/vltqyo-contagian-los-vacunados.html; Natalia Prego Cancelo,

117

Case: 23-30445      Document: 43-8      Page: 15      Date Filed: 07/17/2023

"Dr. Natalia Prego: The Truth About Covid 19 Shots — Part 1," Rumble, August 24, 2021, https://web.archive.org/web/20210826181603/https://rumble.com/vlmhvu-ozonoterapia-fragmento-del-discurso-de-la-dra-natalia-prego-en-ribadeo.html.

126. Natalia Prego Cancelo, "ROBERT MALONE en la Sesión 60 (parte 3) de la comisión de juristas extraparlamentaria de investigación" ["ROBERT MALONE in Session 60 (part 3) of the extra-parliamentary commission of investigative jurists], Rumble, July 19, 2021, https://web.archive.org/web/20210719174439/https://rumble.com/vk1u8i-robert-malone-en-la-sesin-60-parte-3-de-la-comisin-de-juristas-extraparlame.html.

127. By comparison, RFK Jr.'s anti-vaccine organization Children's Health Defense boasts 173,000 followers on its Facebook Page alone, as of September 2021.

128. Natalia Prego Cancelo, "oficial Canal de difusión," Telegram, accessed September 1, 2021, https://web.archive.org/web/20210605012903/https://t.me/DraNataliaPrego.

129. Natalia Prego Cancelo, "oficial Canal de difusión," Telegram, July 25, 2021, 3:53 a.m., https://web.archive.org/web/20210924192743/https://t.me/NataliaPregoCancelo/59502.

130. Natalia Prego Cancelo, "oficial Canal de difusión," Telegram, July 26, 2021, 4:27 p.m., https://web.archive.org/web/20210924192931/https://t.me/DraNataliaPrego/1589.

131. Graphika, "Ants in a Web: Deconstructing Guo Wengui's Online 'Whistleblower Movement,'" *Graphika*, May 2021, https://public-assets.graphika.com/reports/graphika_report_ants_in_a_web.pdf.

132. Jeffrey Knockel et al., "WE CHAT, THEY WATCH: How international users unwittingly build up WeChat's Chinese censorship apparatus," *The Citizen Lab*, May 7, 2020, https://tspace.library.utoronto.ca/bitstream/1807/101395/1/Report 23127 E2 80 94wechattheywatch-web.pdf.

133. Guo Wengui, "[Subtitles] 4/21/2021 Wenguigate: Wengui broke the news today, whoever does not watch this video will be a huge loss," GNews, April 22, 2021, 3:05 a.m., https://web.archive.org/web/20210422232722/https://gnews.org/zh-hans/1125246/.

134. 新西兰奥克兰伊甸农场 (@edendomain), Twitter, May 2, 2021, 11:19 a.m., https://web.archive.org/web/20210502231936/https://twitter.com/edendomain/status/1388996564773789704.

135. Angelo Fichera, "Report Resurrects Baseless Claim that Coronavirus Was Bioengineered," *FactCheck.org*, September 17, 2020, updated June 29, 2021, https://www.factcheck.org/2020/09/report-resurrects-baseless-claim-that-coronavirus-was-bioengineered/.

136. Rosalind S. Helderman et al., "How former Trump adviser Steve Bannon joined forces with a Chinese billionaire who has divided the president's allies," *Washington Post*, September 13, 2020, https://www.washingtonpost.com/politics/steve-bannon-guo-wengui/2020/09/13/8b43cd05-e964-11ea-bc79-834454439a44_story.html.

137. Craig Timberg, "Scientists said claims about China creating the coronavirus were misleading. They went viral anyway," *Washington Post*, February 12, 2021, https://www.washingtonpost.com/technology/2021/02/12/china-covid-misinformation-li-meng-yan/.

118

Date Filed: 07/17/2023    Page: 16    Document: 43-8    Case: 23-30445

138. "Search Results for Li-Meng Yan," Gnews, accessed September 1, 2021, https://gnews.org/?s=li-meng+yan.

139. Steve Bannon, "Dr. Yan: COVID-19 is Chinese Military Bioweapon That Can Be Used More Than Once," *War Room: Pandemic*, April 2, 2021, https://warroom.org/2021/04/02/dr-yan-COVID-19-is-chinese-military-bioweapon-that-can-be-used-more-than-once/.

140. "Search Results for 'Vaccines,'" War Room: Pandemic, accessed September 1, 2021, https://warroom.org/?s=vaccines.

141. Timberg, "Scientists said claims about China creating the coronavirus were misleading. They went viral anyway."

142. Ben Nimmo et al., "Iran's IUVM Turns To Coronavirus," *Graphika*, April 2020, https://graphika.com/reports/irans-iuvm-turns-to-coronavirus/; Albert Thomas Elise Zhang and Jake Wallis, "Automating influence on Covid-19," *Australian Strategic Policy Institute & International Cyber Policy Centre*, August 2020, https://s3-ap-southeast-2.amazonaws.com/ad-aspi/2020-08/Automating%20influence%20on%20Covid-19.pdf.

143. Valeriia Popova, "Full-Spectrum ISIS Propaganda," *International Studies Review*, August 17, 2021, viab042, https://doi.org/10.1093/isr/viab042.

144. Propaganda has long been classified on a white-to-black spectrum. Grey media are state-backed fronts, where ownership is questionable. This media is not clearly or demonstrably attributable to the state, but does not completely obscure or misdirect its source or intent.

145. @TwitterSupport, "New labels for government and state-affiliated media accounts," Twitter, August 6, 2020, https://blog.twitter.com/en_us/topics/product/2020/new-labels-for-government-and-state-affiliated-media-accounts; Guy Rosen et al., "Helping to Protect the 2020 US Elections," *Facebook Newsroom*, October 21, 2019, https://about.fb.com/news/2019/10/update-on-election-integrity-efforts/.

146. Graphika Team, "Step into My Parler," October 1, 2020, https://graphika.com/reports/step-into-my-parler/; Jack Stubbs, "Exclusive: Russian operation masqueraded as right-wing news site to target U.S. voters — sources," *Reuters*, October 2020, https://www.reuters.com/article/usa-election-russia-disinformation/exclusive-russian-operation-masqueraded-as-right-wing-news-site-to-target-u-s-voters-sources-idUSKBN26M5OP.

147. Graphika Team, "Posing as Patriots," *Graphika*, June 7, 2021, https://graphika.com/reports/posing-as-patriots/; Nathaniel Gleicher et al., "Threat Report: The State of Influence Operations 2017–2020," *Facebook*, May 2021, https://about.fb.com/wp-content/uploads/2021/05/IO-Threat-Report-May-20-2021.pdf.

148. "July 2021 Coordinated Inauthentic Behavior Report," *Facebook*, July 2021, https://about.fb.com/wp-content/uploads/2021/08/July-2021-CIB-Report.pdf.

149. "July 2021 Coordinated Inauthentic Behavior Report."

150. "July 2021 Coordinated Inauthentic Behavior Report."

151. "July 2021 Coordinated Inauthentic Behavior Report."

Case: 23-30445     Document: 43-8     Page: 17     Date Filed: 07/17/2023

152. Mirko Drotschmann (@Mrwissen2go), "Sehr interessant: Eine Agentur meldet sich und fragt, ob ich Teil einer „Informationskampagne' sein will," Twitter, May 18, 2021, 11:06 a.m., https://twitter.com/mrwissen2go/status/1394716050596450312; Daniel Laufer, "Spur nach Russland: Was hinter der Influencerkampagne gegen Biontech steckt," *netzpolitik.org*, May 26, 2021, https://netzpolitik.org/2021/spur-nach-russland-was-hinter-der-influencerkampagne-gegen-biontech-steckt.

153. Antoine Daoust, "La Russie Derrière Une Campagne De Lobbying Anti Pfizer?," *Fact and Furious*, May 24, 2021, https://factandfurious.com/international/moscou-derriere-une-campagne-de-lobbying-anti-pfizer.

154. See, e.g., RT (@RTnews), "Denmark is planning to introduce a 'vaccine passport' for travellers to prove they've been vaccinated for the coronavirus," Facebook, February 15, 2021, https://www.facebook.com/RTnews/posts/10159886262809411; Allan, "I Am One of Millions Who Have Chosen Not to Have a Covid Vaccine. Does That Mean I'm to Be Banned from Planes, Buildings & Shops?"; Bradley Blankenship, "I'm No Anti-Vaxxer but There's Obvious Corruption in How MRNA Vaccine Complications Are Downplayed Compared to Other Jabs," *RT International*, June 26, 2021, https://www.rt.com/op-ed/527639-mrna-vaccine-corruption-downplayed/; RT, "'I'm pro-Choice': NFL Star Cole Beasley Defends Vaccine Stance as Debate around 'Mandatory' Jabs Erupts," *RT International*, July 29, 2021, https://www.rt.com/sport/530541-nfl-cole-beasley-covid-vaccine/.

155. "Developer of Russia's pioneering Sputnik V Covid-19 vaccine says no cases of blood clots encountered during trials & use of jab," *RT International*, April 14, 2021, https://www.rt.com/russia/521047-sputnik-blood-clots-astrazeneca/.

156. RT America (@RTAmerica), "The CDC Is Actually a Vaccine Company," Facebook, January 21, 2021, https://www.facebook.com/watch/?extid=SEO-–-&v=6073862867491 07 _rdr; "West Readies Information Attack on Sputnik V by Faking Deaths — Kremlin Source," *TASS*, March 12, 2021, https://tass.com/politics/1265511.

157. Carly Miller et al., "Sockpuppets Spin COVID Yarns: An Analysis of PRC-Attributed June 2020 Twitter takedown," *Stanford Internet Observatory*, June 17, 2020, https://cyber.fsi.stanford.edu/io/news/june-2020-twitter-takedown.

158. Renée DiResta et al., "Telling China's Story: The Chinese Government's Campaign to Shape Global Narratives," *Stanford Internet Observatory*, July 20, 2020, https://fsi-live.s3.us-west-1.amazonaws.com/s3fs-public/sio-china_story_white_paper-final.pdf.

159. John Dotson, "The CCP's New Leading Small Group for Countering the Coronavirus Epidemic—and the Mysterious Absence of Xi Jinping," *The Jamestown Foundation China Brief: A Journal of Analysis and Information* 20, no. 3 (February 13, 2020): 1–9, https://jamestown.org/program/the-ccps-new-leading-small-group-for-countering-the-coronavirus-epidemic-and-the-mysterious-absence-of-xi-jinping/.

160. Molter and DiResta, "Pandemics & propaganda: How Chinese state media creates and propagates CCP coronavirus narratives."

161. Ben Nimmo et al., "Return of the (Spamouflage) Dragon," *Graphika*, April 24, 2021, https://graphika.com/reports/return-of-the-spamouflage-dragon-1/.

162. Nathaniel Gleicher, "Removing Coordinated Inauthentic Behavior From China," *Facebook Newsroom*, August 19, 2019, https://about.fb.com/news/2019/08/removing-

120

cib-china/; Twitter Safety, "Information Operations Directed at Hong Kong," Twitter, August 19, 2019, https://blog.twitter.com/en_us/topics/company/2019/information_operations_directed_at_Hong_Kong.

163. Nimmo et al., "Return of the (Spamouflage) Dragon."

164. Ben Nimmo, Ira Hubert, and Yang Chen, "Spamouflage Breakout: Chinese Spam Network Finally Starts to Gain Some Traction," *Graphika*, February 2021, https://public-assets.graphika.com/reports/graphika_report_spamouflage_breakout.pdf.

165. Nimmo, Hubert, and Chen.

166. Ryan Serabian and Lee Foster, "Pro-PRC Influence Campaign Expands to Dozens of Social Media Platforms, Websites, and Forums in at Least Seven Languages, Attempted to Physically Mobilize Protesters in the U.S.," *FireEye*, September 8, 2021, https://www.fireeye.com/blog/threat-research/2021/09/pro-prc-influence-campaign-social-media-websites-forums.html.

167. Nimmo, Hubert, and Chen, "Spamouflage Breakout: Chinese Spam Network Finally Starts to Gain Some Traction."

168. Luiza Bandeira et al., "Weaponized: How Rumors About COVID-19's Origins Led to a Narrative Arms Race," *DFRLab*, February 2021, https://www.atlanticcouncil.org/wp-content/uploads/2021/02/Weaponized-How-rumors-about-COVID-19s-origins-led-to-a-narrative-arms-race.pdf; GLOBALink, "U.S. Fort Detrick should be investigated for COVID-19 origin tracing: experts," *Xinhua Global Services*, August 14, 2021, http://www.xinhuanet.com/english/2021-08/14/c_1310127064.htm.

169. Huizhong Wu, "China pushes conspiracy theories on COVID origin, vaccines," *AP News*, January 25, 2021, https://apnews.com/article/china-coronavirus-origin-65c6958bb2d8d22d811bb3d0c90f7418; Kyle Weiss et al., "How Russia and China attempt to influence US vaccine conversations," *Virality Project*, July 20, 2021, https://www.viralityproject.org/rapid-response/how-russia-and-china-attempt-to-influence-us-vaccine-conversations.

170. Reuters Staff, "Fact check: Discussion of deaths in elderly vaccine recipients in Norway lacks context," *Reuters*, January 20, 2021, https://www.reuters.com/article/uk-factcheck-norway/fact-check-discussion-of-deaths-in-elderly-vaccine-recipients-in-norway-lacks-context-idUSKBN29P2R1; Zhang Hui, "Chinese health experts call to suspend Pfizer's mRNA vaccine for elderly after Norwegian deaths," *Global Times*, January 15, 2021, https://www.globaltimes.cn/page/202101/1212915.shtml.

171. Abuzar Royesh and Shelby Grossman, "#Covid1948: The Spread of an Anti-Israel Hashtag," *Stanford Internet Observatory*, August 13, 2020, https://cyber.fsi.stanford.edu/io/news/covid1948-hashtag; Arthur Villasanta, "Coronavirus Outbreak A 'US Biological Attack'? Iran Commander Blames USA For COVID-19," *International Business Times*, March 5, 2020, https://www.ibtimes.com/coronavirus-outbreak-us-biological-attack-iran-commander-blames-usa-covid-19-2934762.

172. Nimmo et al., "Iran's IUVM Turns To Coronavirus."

173. "Treasury Sanctions Iranian Entities for Attempted Election Interference," *US Department of the Treasury*, October 22, 2021, https://home.treasury.gov/news/press-releases/sm1158.

Case: 23-30445      Document: 43-8      Page: 20      Date Filed: 07/17/2023

174. Nimmo et al., "Iran's IUVM Turns To Coronavirus."

175. Nimmo et al.

176. Bandeira et al., "Weaponized: How Rumors About COVID-19's Origins Led to a Narrative Arms Race"; Nimmo et al., "Iran's IUVM Turns To Coronavirus."

177. Bandeira et al., "Weaponized: How Rumors About COVID-19's Origins Led to a Narrative Arms Race."

178. "Iran bans import of UK and US Covid-19 vaccines, saying they're 'completely untrustworthy,'" *France 24*, September 1, 2021, https://www.france24.com/en/middle-east/20210109-iran-bans-import-of-uk-and-us-covid-19-vaccines-saying-they-re-completely-untrustworthy.

179. CCDH, "The Disinformation Dozen."

122

Date Filed: 07/17/2023   Page: 21   Document: 43-8   Case: 23-30445

Chapter **5**

# Platform Policies for Anti-Vaccine Content

For years, researchers and journalists have raised flags about anti-vaccine misinformation on social media platforms and its potentially deadly offline consequences.[1] Yet building effective platform policies to combat misleading health information is difficult. Over a year into the COVID-19 pandemic, when reporters asked President Biden if he had a message for social media platforms, he responded that Facebook and other platforms were "killing people" by enabling the spread of COVID-19 misinformation.[2] The president later walked back his remarks, but the initial accusation revived previous discussions about what responsibility social media platforms bear in addressing vaccine-related misinformation. More recently, in October 2021, Facebook whistleblower Frances Haugen gave Senate testimony on the harms of misinformation,[3] including vaccine misinformation, stating that "Facebook consistently resolved those conflicts in favor of its own profits."[4]

This chapter provides an overview of the content moderation approaches that various social media platforms have taken to address false and misleading information about vaccination, as well as a timeline of policies specific to the COVID-19 vaccines. It highlights potential gaps that may enable anti-vaccine content to continue to spread. It addresses the challenges of moderating health misinformation: the dynamics of evolving scientific consensus, limited facts, the subjectivity of personal experiences, and the difficult balance between minimizing harmful misinformation with maximizing freedom of expression.

## 5.1   Platform Moderation

Platform policies have evolved, responding first to general anti-vaccine content and then to health and vaccine misinformation surrounding the COVID-19 pandemic.

123

Case: 23-30445    Document: 43-8    Page: 22    Date Filed: 07/17/2023

5. Platform Policies for Anti-Vaccine Content

### 5.1.1   Pre-COVID-19 Vaccine-Related Policies

In 2019, several major social media platforms created vaccine-related policies in response to rising misinformation about the safety of routine childhood immunizations such as the measles, mumps, and rubella (MMR) vaccine.[i] The policies followed major measles outbreaks in New York City, American Samoa, and elsewhere. During and after the outbreaks, scientists and congressional leaders sought accountability from the platforms, inquiring about the extent to which vaccine hesitancy among impacted communities had been exacerbated by misinformation on their products.[5]

The pre-COVID-19 vaccine-related policies developed by the platforms focused primarily on reducing the discoverability of anti-vaccine content and providing links to authoritative sources. They removed anti-vaccine groups from recommendations, downranked groups and prominent health misinformation domains in search, and labeled content with links to the CDC, WHO, or other public health institutions. Anti-vaccine activists, influencers, and organizations were prohibited from running ads to target specific types of users in their attempts to grow their followings on Facebook Pages and Groups.[6]

While Facebook's early policies reduced the discoverability of false and misleading health information, the platform struggled to strike a balance between reducing the prevalence of Groups that pushed demonstrably false health claims ("vaccines cause autism") while still allowing Groups that declared themselves to be opposed to vaccines due to concerns about personal freedom and political views ("school vaccine requirements are unjust"). In response, some of the longtime pseudomedical-focused communities began to refocus their public messaging on liberty.[7]

In the early period of the newly articulated policy, Facebook often did not action individual posts within Groups. Yet some of the claims shared in these Groups led to demonstrable direct harm. In February 2020, for example, one mother shared a post about her son's flu diagnosis to "Stop Mandatory Vaccination," a private Group with 178,000 members. Group members discouraged her from administering a doctor-prescribed medication and instead suggested she try homeopathic remedies. In this case, the mother's four-year-old son died.[8] Reducing Group and Page discoverability perhaps limited the growth of the anti-vaccine movement, but it appeared to do little to curb the spread of vaccine misinformation within existing Groups, or between adjacent Groups (such as wellness or QAnon communities). However, when the

---

[i]This chapter refers to Facebook/Instagram, Twitter, YouTube, TikTok, and Pinterest as the major social media platforms, defined as such because of their prominence in US communities. These specific major social media platforms were chosen based on two criteria: first, there are tools to research and collect data from these platforms; second, these platforms are centers for social discussion and news. Platforms like LinkedIn, which is widely used but not necessarily at the forefront of medical discussion, are not included in this overview.
The policies were reviewed during the Virality Project's analysis period and reflect how they stood during that period. Platforms may have changed their policies by the time this report is published.

124

Date Filed: 07/17/2023     Page: 23     Document: 43-8     Case: 23-30445

COVID-19 pandemic began, the platforms quickly took steps to broaden these 2019 policies in an effort to minimize the impact on individual and public health.

## 5.1.2 COVID-19-Related Policies

The timeline in Figure 5.1 on the next page demonstrates how COVID-19 vaccine policies evolved over time, and became more granular, as platforms became far more proactive in addressing health misinformation during the pandemic. For example, when Pfizer and Moderna's COVID-19 vaccines received emergency use authorization in late 2020, platforms quickly introduced policies to address false and misleading information specific to those vaccines. On December 3, 2020, Facebook announced it would "start removing false claims about these vaccines that have been debunked by public health experts."[9] Twitter, Google, TikTok, and Nextdoor all updated their policies in quick succession to explicitly address misleading information about the COVID-19 vaccine.

However, there is often a gap between the *existence* of platform policies—even newly enacted ones—and the *enforcement* of the policies.

## 5.1.3 Policy Enforcement: Remove, Reduce, Inform

The major social media platforms generally use a "Remove, Reduce, and Inform" framework for content moderation. While that specific terminology was publicly introduced by Facebook in 2016, discussing its facets is helpful for understanding the types of policy enforcement that platforms use more broadly. In the tables below, we use the framework to assess the policies of six platforms.[ii,iii]

**Remove**

The strictest platform moderation intervention is to **remove** content and accounts. To determine whether or not to remove content for violating a policy related to false and misleading claims about COVID-19 vaccines, platforms chose public health expert consensus as the basis for evaluating the material. For example, Facebook's Community Standards state that the company "remove[s] misinformation when

---

[ii]It is important to note that check marks in these charts do not represent the Virality Project's endorsements of a policy. Some platforms do not need certain policies, while some policies—such as removing content that runs counter to public health experts—are not completely reliable. For example, experts have at times reversed their health recommendations, leading them to make statements that would potentially be actioned upon by platform policies based on prior health recommendations. Tim Elfrink, Ben Guarino, and Chris Mooney, "CDC reverses itself and says guidelines it posted on coronavirus airborne transmission were wrong," *Washington Post*, September 21, 2020, https://www.washingtonpost.com/nation/2020/09/21/cdc-covid-aerosols-airborne-guidelines/.

[iii]The exact policy language and criteria for the tables can be found in Appendix D: Table Sources.

125

### 5. Platform Policies for Anti-Vaccine Content

Timeline of major platform policies on vaccine misinformation



Figure 5.1: Timeline of policies that address content related to medical or vaccine misinformation. See Appendix C: Timeline Sources for a breakdown of methodology and individual sources.

126

 **Yes.** The platform explicitly states the policy publicly in either its community standards or its blog posts.

 **Partial / Not Explicit.** The platform partially fulfills the policy, but the policy does not apply in all cases, or may apply but is not explicitly stated.

 **No.** The platform does not have the policy stated publicly in either its community standards or its blog posts.

Table 5.1: Platform evaluation table key.

public health authorities conclude that the information is false and likely to contribute to imminent violence or physical harm."[10] In addition to removing content, platforms may also suspend accounts that consistently share false claims.

| "Remove" Policies | Facebook | Twitter | YouTube | TikTok | Pinterest | Nextdoor | Reddit |
|---|---|---|---|---|---|---|---|
| Removes content that could lead to physical harm | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Removes content that runs counter to public health expert consensus | ✓ | ◐ | ✓ | ✗ | ✓ | ✓ | ◐ |
| Clear strike policy for removing recurring actors | ◐ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ |

Table 5.2: Platform "Remove" policies.

127

-PA01478-

5. Platform Policies for Anti-Vaccine Content

## Reduce

Platforms can choose to **reduce** the spread of content by making it less discoverable for users. Examples might include reducing the distribution of a piece of content in a News Feed, video queue, or timeline to give time for it to be fact-checked, or removing the option to retweet or share something.[11]

Demotion, which reduces the prevalence of content across the platform, is a step short of complete removal of content. Platforms apply this policy in different ways. For example:

- On Facebook, if fact-checked content is determined to be false, altered, or partly false, it will appear lower in News Feed; on Instagram, it will not be featured on the Explore page, where people can discover posts from users they don't follow.[12]

- On Reddit, subreddit communities can be subject to the "quarantining" policy. Introduced in 2015, this policy prevents people from stumbling upon problematic subreddits. A subreddit can be quarantined if the average Redditor finds the content "highly offensive or upsetting."[13] In September 2021, the policy was applied to 54 subreddits associated with COVID-19 denial, but only after a large-scale protest on the site led by popular subreddits.[14]

| "Reduce" Policies | Facebook | Twitter | YouTube | TikTok | Pinterest | Nextdoor | Reddit |
|---|---|---|---|---|---|---|---|
| Search results for vaccine-related terms point to authoritative sources | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ◐ |
| Restricts certain forms of vaccine ads | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ◐ |
| Reduces groups, pages, and content that promote vaccine mis-information | ✓ | ✓ | ◐ | ✓ | ✗ | ✗ | ✓ |

Table 5.3: Platform "Reduce" policies.

128

**Inform**

Platforms can inform users by adding context and reliable information to posts about the COVID-19 vaccine. These policies elevate "trusted sources" by, for example, designating specific pages and tabs on their platform for sharing fact-checked information with the latest updates and guidance about COVID-19 vaccines, or partnering with public health or nonprofit organizations to amplify their content.[15] They also provide additional context to vaccine-related posts through labels that point to trusted sources, or, in the case of posts that are misleading or false, to fact-checkers.

| "Inform" Policies | Facebook | Twitter | YouTube | TikTok | Pinterest | Nextdoor | Reddit |
|---|---|---|---|---|---|---|---|
| Provides COVID-19 information hub on platform | ✓ | ✓ | ✗ | ✓ | ✓ | ✓ | ✓ |
| Applies banners & labels to misleading COVID-19-related post content | ✓ | ✓ | ✓ | ✗ | ✗ | ✓ | ✓ |
| Universal label policy for all content mentioning COVID-19 | ✓ | ✗ | ✓ | ✓ | ✗ | ✗ | ✗ |

Table 5.4: Platform "Inform" policies. An important difference between the second and third policies in this table is what content triggers the label. For "applies banners & labels," the content does not need to be about COVID-19 but must be considered misleading or false. For "universal label policy," the content simply needs to mention COVID-19 to receive the label; the platform makes no judgment about the truth of the content.

## 5.2   Nuances and Gaps in Vaccine-Related Policies

There has been widespread public debate about the extent to which platforms should moderate COVID-19 vaccine misinformation; as with election-related misinformation, the policies are described as overreach by some, and inadequate by others. Trying to moderate vaccine-related misinformation has posed unique challenges for platforms. Three recurring types of posts in particular illustrate the challenge

129

of deciding whether, and how, to moderate: (1) personal anecdotes, (2) medical freedom claims, and (3) decontextualized headlines and studies.

## 5.2.1   Personal Stories

As discussed in Chapter 3: Narratives, content that consists of personal stories and experiences is difficult to verify and fact-check. Much of the anti-vaccine content that VP analysts observed was linked to hard-to-verify personal stories, often about someone who allegedly died from or was injured by the vaccine. These types of stories have an established history within anti-vaccine communities on social media as emotionally evocative content with high virality potential; for example, anti-vaccine organizers have long leveraged stories of Sudden Infant Death Syndrome to encourage people to join their anti-vaccine groups and learn "the truth."[16] These types of stories place platforms in a challenging position: a post describing an individual's purported adverse reaction to the vaccine might not be verifiable. The authoritative sources that platforms usually turn to, such as the CDC or WHO, do not weigh in on every personal account of alleged vaccine injury.

Platform policies on personal anecdotes vary. Facebook, Twitter, and, most recently, YouTube state clearly in their policies and blog posts that they will not take action on personal stories.[17] However, Facebook recently added a policy to remove accounts that are dedicated to sharing "personal anecdotes or news events of severe adverse events, either in hyperbolic terms or without context."[18] TikTok and Reddit do not explicitly address how they handle personal anecdotal content on their platform.[19]

While these policies allow for free expression of people's experiences, there are consequences: If personal stories do not fall under the umbrella of moderatable content, they are not subject to the circuit breakers or friction that comes with fact-checking or labeling. Platforms could potentially mitigate this by applying labels more liberally and leveraging the universal labeling policy to add context more broadly. For example, they could label any post that mentions VAERS with information about what VAERS data shows—and what it doesn't show.

## 5.2.2   Medical Freedom Claims

Major social media platforms have also struggled with how they wish to moderate medical freedom claims, particularly because there are degrees of disagreement among the public about which vaccines should be required. Prior to the COVID-19 pandemic, the medical freedom movement pushed legislation across the country to fight school vaccination requirements. Users took to social media platforms to promote or fight against vaccine-related bills in New York, New Jersey, Ohio, and California.[20] Political activism and legislation related to vaccines, and narratives about medical freedom, are tricky for platforms to moderate because much of the commentary involves statements of political opinion. In 2019, platforms' policy

Date Filed: 07/17/2023    Page: 29    Document: 43-8    Case: 23-30445

choices demonstrated that they consciously chose to avoid moderating the political debate about vaccines: medical freedom pages were left up, while falsifiable health-related claims (such as "vaccines cause autism" or "vaccines cause SIDS" were moderated.[21]

While platforms have used "reduce" enforcement mechanisms on demonstrably false anti-vaccine health claims, content espousing medical freedom principles remains a vector for drawing people to health-related anti-vaccine movement content. For example, a search on Facebook for anti-vaccine Groups will not autocomplete or suggest related Pages and Groups or search terms. However, a search for medical freedom Groups, such as the state-level activist group "Freedom Keepers," will. Although these groups use freedom of choice as their primary framing and branding, much of their content aims to reduce vaccine uptake (see Figure 5.2).



Figure 5.2: Left, a search for "anti vaccine" on Facebook does not auto-complete. Center and right, searches of common medical freedom terms on Facebook will auto-suggest related terms. Search performed January 25, 2021.

### 5.2.3  Sensationalized or Decontextualized Content

Sensationalized or decontextualized headlines and misleading presentation of facts and figures also pose a challenge for platform policies. These posts may contain true information, but when stripped of context, that information can be weaponized to support a misleading or outright false narrative. While such headlines are often linked to an article containing more information, multiple studies suggest that most Americans do not read past a headline before sharing a link on social media.[22] Headlines thus play an important role in what information is spread. This vector for misinformation is often compounded when users share screenshots, which usually contain only a title and a few lines, but rarely link to the original source.

In other instances, decontextualized facts can be manipulative depending on their recontextualization by the poster (see Figure 5.3 on the next page). It is not sufficient

131

5. Platform Policies for Anti-Vaccine Content

for platforms to scan for the shared memes; they must also monitor the post's framing, which is difficult to do consistently at scale.



Figure 5.3: Top, a user shares a meme and puts the number of breakthrough cases in context to help decrease the sensationalization of the meme. Bottom, a user shares the same meme but frames it as an example of how the vaccine is harmful and experimental.

Hyperbolic, decontextualized, or misinterpreted facts are not explicitly acknowledged in most platform policies. Facebook is the exception. After an update of its vaccine misinformation policies on February 8, 2021, the company has since added a policy that addresses sensationalist or alarmist content: it will reduce the distribution and limit visibility of "content that otherwise does not violate our COVID-19 or vaccine policies above but that suggests that vaccines are ineffective, sacrilegious, unsafe, or irrelevant, in exaggerated, conspiratorial, or sensational terms."[23]

However, determining what is "sensational" is somewhat subjective and, therefore, not always predictable. For most platforms, these posts may fall under the overarching umbrella of "misleading" content, which could lead to the post's removal (if the figure or headline in the post is a clear misrepresentation) or to adding a label to the post (if the post's veracity is ambiguous). However, platform policy does not always articulate what type of content justifies moderation or what kinds of labels should be used.

In practice, it can prove difficult for platforms to add context to a decontextualized or misleading interpretation of a fact or figure. In one example of this dynamic, a June 2021 study of pregnant women and COVID-19 vaccines was used to promote the

132

claim that vaccines cause miscarriages.[24] Posts on various social media platforms highlighted the study's findings about the rate of miscarriage among vaccinated pregnant women, sharing figures that did not accurately represent the study's results. Posts circulated without the necessary context for users to interpret the findings correctly. Yet adding additional context would have made the post more confusing: longer, denser prose is less appealing than an easy graphic and challenging to condense into a tweet, making it easier for users to misrepresent the study than for others to explain why the misrepresentations are incorrect.

One of Twitter's experimental design-based interventions offers a potential solution to this issue. In June 2020, Twitter began testing a policy that adds more friction to reshares of outside links: a dialog box pops up, asking the user if they want to read an article before sharing it.[25] This intervention is speech agnostic—the platform doesn't weigh in on what the text actually says—but it helps the user be more involved, rather than blindly sharing misinformation. A few months after launching the product change, Twitter released information on the intervention's performance.[26] The platform found that after seeing the prompt, users were 33% more likely to open the article before retweeting it—potentially making for more informed tweeting along with decreased spreading of sensationalized headings.

## 5.3   Authoritative Sources and the Deplatforming Debate

Surfacing authoritative content on social media platforms is a complicated task. To address it, platforms rely primarily on two approaches: first, raising up authoritative voices by elevating them in search results or on dedicated information carousels or tabs, and second, deplatforming those who repeatedly spread false and misleading information.

### 5.3.1   Elevating Authoritative Sources

Platforms have implemented a number of product changes to elevate authoritative information. For example, Pinterest, one of the earliest platforms to tackle vaccine misinformation,[27] only surfaces content from leading public health institutions, such as the CDC and WHO (see Figure 5.4 on the following page). When users search for vaccine-related content, only credible institutional sources come up. Similarly, both Twitter and Facebook provide links to authoritative sources to users searching for key vaccine-related words.

However, as COVID-19 showed, institutional sources did not always produce particularly timely content for platforms to surface, particularly in areas in which consensus took time to develop. Sometimes, in fact, institutions such as the CDC

133

Case: 23-30445      Document: 43-8      Page: 31      Date Filed: 07/17/2023

Case: 23-30445   Document: 43-8   Page: 32   Date Filed: 07/17/2023

5.  Platform Policies for Anti-Vaccine Content



Figure 5.4: A search for medical freedom on Pinterest pulls up only credible vaccine-related information from trustworthy sources.

and WHO were reticent to take early positions on pressing COVID-19-related questions that the public wanted answers to, creating a data void;[28] the early debate about masks was one such issue. Recognizing that there was not always content from authoritative institutions to point to, and that it was often not the most compelling content to share or retweet, some platforms attempted to additionally elevate the authoritative voices of individual accounts. Twitter helped elevate these voices by getting experts from public health organizations and frontline doctors verified with blue check marks.[29] However, while this diversified away from solely institutional authoritative voices, it was not a panacea; as researchers witnessed during the 2020 election, a number of accounts that spread false and misleading information came from large accounts *that were verified.*[30] For example, prominent anti-vaccine activist Robert F. Kennedy Jr. is verified on Twitter, as was Dr. Naomi Wolf before she was deplatformed on June 5, 2021.[31]

## 5.3.2   Deplatforming Harmful Sources

Deplatforming is the most severe action that a platform can take against an individual account. This approach also seems to have gained more prominence after the 2020 election, when, along with 70,000 other accounts on Twitter, President Trump was deplatformed.[32] Against this backdrop, VP analysts observed the dynamics around when and why social media companies elected to deplatform anti-vaccine accounts, and the impacts, expected and unexpected, of deplatforming.

134

Facebook announced updates to its vaccine-related policies in February 2021, as the vaccine rollout opened up to more groups in the US.[33] Included in this update was the policy that "Pages, Groups, profiles, and Instagram accounts that repeatedly post misinformation or coordinate harm...related to COVID-19, vaccines, and health may face restrictions, including (but not limited to) reduced distribution, removal from recommendations, or removal from our site." A few days after the updated policy was announced, Robert F. Kennedy Jr. and Del Bigtree's High Wire Talk Instagram accounts were removed (799,000 and 162,000 followers, respectively).[34]

Deplatforming on its own may not achieve reduced spread of false and misleading information by specific actors. First, platforms do not exist in a vacuum. While a platform can make decisions about an account within the sphere it controls, these actors may still have influence across the larger information ecosystem, especially if they are not removed from all other major platforms. Content shared by a prominent account on one platform (e.g., YouTube) can hop over to another platform (e.g., Facebook) whether or not that account has been banned from Facebook. As alt-platforms with laxer moderation policies, such as Rumble and Parler, proliferate, this issue will grow.

Second, anti-vaccine accounts may protect themselves against the effects of deplat-forming by migrating to alternative platforms. Deplatforming would logically cause an account to lose the community the person has built on large platforms, but by preemptively using their mainstream platform accounts to highlight their accounts on alternative platforms, such as Telegram or MeWe, anti-vaccine influencers di-minish the power of deplatforming. In the aftermath of Robert F. Kennedy Jr.'s and Del Bigtree's Instagram deplatforming, Erin Elizabeth of Health Nut News took to Instagram Live to discuss the major deplatforming and encourage her 121,552 followers at the time to migrate to Telegram. Virality Project analysts traced 49 Facebook and Instagram accounts that promoted links to their Telegram channels (see examples in Figure 5.5 on the next page). Although some large accounts had been deplatformed, they were able to move a portion of their Instagram and Face-book followers to these alternative platforms, and accounts that remained active on Instagram and Facebook were able to continue to build their followings else-where. This is one cost associated with delaying deplatforming of recurring actors. Additionally, this migration to alternative platforms may lead to "cross-pollination" with other extreme views: anti-vaccine actors and content may be more likely to mix with far-right and conspiratorial fringes.[35] Right-wing extremists and white supremacist groups have consistently discussed and spread COVID-19 conspiracy theories on alt-platforms.[36]

135

5. Platform Policies for Anti-Vaccine Content



Figure 5.5: Anti-vaccine Instagram accounts healthfreedomforhumanity (left) and streetmd_ (right) promote their Telegram accounts in the wake of the deplatforming of Robert F. Kennedy Jr. and HighWireTech's Instagram accounts; as of October 2021, neither Instagram account existed.

## 5.4   Conclusion

Moderating medical misinformation comes with pitfalls and controversy, and thus far the anti-vaccine movement has proven both popular and savvy enough to persist on major social media platforms despite attempts to minimize its impact. While progress has been made since platforms first developed vaccine-related policies in 2019, clear gaps in platform policy exist with respect to moderating vaccine-related content, including posts that employ personalized stories, medical freedom claims, and misleading headlines and statistics. In addition, policies about the actions platforms can take to suppress content, promote trusted voices, and deplatform accounts vary widely from platform to platform and are still not enforced consistently, both within and across platforms.

It should be noted that understanding the impact of platform policy is limited by what information is publicly available. It is crucial that platforms provide more transparency on each moderation approach and allow external researchers the ability to independently verify the success and impacts of these interventions.

136

-PA01487-

# Notes

1. Brandy Zadrozny, "On Facebook, anti-vaxxers urged a mom not to give her son Tamiflu. He later died," *NBC News*, February 6, 2020, https://www.nbcnews.com/tech/social-media/facebook-anti-vaxxers-pushed-mom-not-give-her-son-tamiflu-n1131936.

2. Donald Judd, Maegan Vazquez, and Donie O'Sullivan, "Biden says platforms like Facebook are 'killing people' with Covid misinformation," *CNN*, July 17, 2021, https://www.cnn.com/2021/07/16/politics/biden-facebook-covid-19/index.html.

3. Sam Schechner, Jeff Horwitz, and Emily Glazer, "How Facebook Hobbled Mark Zuckerberg's Bid to Get America Vaccinated," *Wall Street Journal*, September 17, 2021, https://www.wsj.com/articles/facebook-mark-zuckerberg-vaccinated-11631880296; Daniel E. Slotnik, "Whistle-Blower Unites Democrats and Republicans in Calling for Regulation of Facebook," *New York Times*, October 26, 2021, https://www.nytimes.com/live/2021/10/05/technology/facebook-whistleblower-frances-haugen.

4. United States Senate Committee on Commerce, Science, and Transportation, "Protecting Kids Online: Testimony from a Facebook Whistleblower," October 5, 2021, accessed November 5, 2021, https://www.commerce.senate.gov/services/files/FC8A558E-824E-4914-BEDB-3A7B1190BD49.

5. DiResta and Wardle, "Online Misinformation About Vaccines."

6. Christian Caron, "Facebook Announces Plan to Curb Vaccine Misinformation," *New York Times*, March 7, 2019, https//www.nytimes.com/2019/03/07/technology/facebook-anti-vaccine-misinformation.html; Adi Robertson, "YouTube pulls ads from anti-vaccine conspiracy videos," *The Verge*, February 22, 2019, https://www.theverge.com/2019/2/22/18236839/youtube-demonetization-anti-vaccination-conspiracy-videos-dangerous-harmful-content.

7. This strategy of adjusting messaging to focus on outwardly communicating themes of liberty instead of the discredited health claims had been previously observed on Twitter. DiResta and Locan, "Anti-Vaxxers Are Using Twitter to Manipulate a Vaccine Bill."

8. Zadrozny, "On Facebook, anti-vaxxers urged a mom not to give her son Tamiflu. He later died."

9. Kang-Xing Jin, "Updating Our Ad Policy for COVID-19 Vaccines," updated December 18, 2020, https://about.fb.com/news/2020/12/coronavirus/#latest.

10. "Violence and Incitement," *Facebook Transparency Center*, accessed October 1, 2021, https://transparency.fb.com/policies/community-standards/violence-incitement/.

11. Gina Hernandez, "New Prompts to Help People Consider before They Share," *TikTok Safety*, August 16, 2019, https://newsroom.tiktok.com/en-us/new-prompts-to-help-people-consider-before-they-share.

12. "Fact-Checking on Facebook," *Facebook Business Help Center*, accessed October 1, 2021, https://www.facebook.com/business/help/2593586717571940?id=673052479947730.

13. "Quarantined Subreddits," *Reddit*, February 2021, https://www.reddithelp.com/hc/en-us/articles/360043069012.

137

Date Filed: 07/17/2023   Page: 35   Document: 43-8   Case: 23-30445

14. Michelle Clark, "Reddit bans anti-vaccine subreddit r/NoNewNormal after site-wide protest," *The Verge*, September 1, 2021, https://www.theverge.com/22652705/reddit-covid-misinformation-ban-nonewnormal-health-policies.

15. "COVID-19 Information Center," *Facebook*, October 1, 2021, https://www.facebook.com/coronavirus_info/; "Helping People Stay Safe and Informed about COVID-19 Vaccines," *Instagram*, 2021, https://about.instagram.com/blog/announcements/continuing-to-keep-people-safe-and-informed-about-covid-19; "COVID-19," *TikTok*, accessed October 1, 2021, https://www.tiktok.com/safety/en-us/covid-19/; "Providing context on sensitive or misleading content," *Facebook Transparency Center*, 2021, https://transparency.fb.com/enforcement/taking-action/context-on-sensitive-misleading-content/.

16. Children's Health Defense Team, "The Plausible Connection between Vaccines and SIDS," *Children's Health Defense*, June 26, 2018, https://childrenshealthdefense.org/news/the-plausible-connection-between-vaccines-and-sids/; Tom Kertscher, "Vaccines Do Not Cause Sudden Infant Death Syndrome," *PolitiFact*, October 28, 2021, https://www.politifact.com/factchecks/2021/oct/28/viral-image/vaccines-do-not-cause-sudden-infant-death-syndrome/.

17. YouTube Team, "Managing harmful vaccine content on YouTube," (blog), September 29, 2021, https://blog.youtube/news-and-events/managing-harmful-vaccine-content-youtube.

18. "COVID-19 and Vaccine Policy Updates & Protections," *Facebook Help Center*, accessed October 1, 2021, https://www.facebook.com/help/230764881494641/.

19. "COVID-19"; "COVID-19 medical misinformation policy," *YouTube Help Center*, accessed October 1, 2021, https://support.google.com/youtube/answer/9891785; Reddit Admin: Safety (r/ModSupport), "Misinformation and COVID-19: What Reddit is Doing," 2020, https://www.reddit.com/r/ModSupport/comments/g21ub7/misinformation_and_covid19_what_reddit_is_doing/.

20. DiResta and Locan, "Anti-Vaxxers Are Using Twitter to Manipulate a Vaccine Bill."

21. Alex Kantrowitz, "Facebook Is Taking Down Posts That Cause Imminent Harm—But Not Posts That Cause Inevitable Harm," *BuzzFeed*, May 23, 2020, https://www.buzzfeednews.com/article/alexkantrowitz/facebook-coronavirus-misinformation-takedowns.

22. Chris Cilliza, "Americans read headlines. And not much else," *Washington Post*, March 19, 2014, https://www.washingtonpost.com/news/the-fix/wp/2014/03/19/americans-read-headlines-and-not-much-else; Maksym Gabielkov et al., "Social Clicks: What and Who Gets Read on Twitter?," *ACM Sigmetrics / IFIP Performance* (Antibes Juan-les-Pins, France), June 2016, https://hal.inria.fr/hal-01281190/document.

23. "COVID-19 and Vaccine Policy Updates & Protections."

24. Tom T. Shimabukuro et al., "Preliminary Findings of mRNA Covid-19 Vaccine Safety in Pregnant Persons," *New England Journal of Medicine* 384, no. 24 (June 17, 2021): 2273–82, https://doi.org/10.1056/NEJMoa2104983.

25. James Vincent, "Twitter is bringing its 'read before you retweet' prompt to all users," *The Verge*, September 25, 2020, https://www.theverge.com/2020/9/25/21455635/twitter-read-before-you-tweet-article-prompt-rolling-out-globally-soon.

138

26. Twitter Coms [(@TwitterComs)], "We shouldn't have to say this, but you should read an article before you Tweet it. ... So, we've been prompting some people to do exactly that. Here's what we've learned so far," September 24, 2020, https://twitter.com/TwitterComms/status/1309178715717369856.

27. Ifeoma Ozoma, "Bringing authoritative vaccine results to Pinterest search," *Pinterest Newsroom*, August 28, 2019, https://newsroom.pinterest.com/en/post/bringing-authoritative-vaccine-results-to-pinterest-search.

28. DiResta, "Virus Experts Aren't Getting the Message Out"; Michael Golebiewski and danah boyd, "Data Voids: Where Missing Data Can Easily Be Exploited," *Data & Society*, October 29, 2019, https://datasociety.net/wp-content/uploads/2019/11/Data-Voids-2.0-Final.pdf.

29. Inc. Twitter, "Coronavirus: Staying safe and informed on Twitter," (blog), January 12, 2021, https://blog.twitter.com/en_us/topics/company/2020/covid-19; "Promoting Authoritative Information about Covid-19 Vaccines," *Facebook for Media* (blog), accessed October 1, 2021, https://www.facebook.com/formedia/promoting-authoritative-information-about-covid-19-vaccines.

30. Kyle Wiggers, "Studies reveal verified social media users are feuling COVID-19 fake news," *VentureBeat*, December 21, 2020, https://venturebeat.com/2020/12/21/studies-show-bots-might-not-be-the-dominant-driver-of-covid-19-misinformation-on-social-media/; Kai-Cheng Yang, Francesco Pierri, and Pik-Mai Hui, "The COVID-19 Infodemic: Twitter versus Facebook," *Big Data & Society* 8, no. 1 (May 5, 2021), https://journals.sagepub.com/doi/full/10.1177/20539517211013861.

31. Connett, "Naomi Wolf Banned from Twitter for Spreading Vaccine Myths."

32. Kate Conger, "Twitter, in Widening Crackdown, Removes Over 70,000 QAnon Accounts," *New York Times*, January 11, 2021, https://www.nytimes.com/2021/01/11/technology/twitter-removes-70000-qanon-accounts.html.

33. "COVID-19 and Vaccine Policy Updates & Protections."

34. Center for Countering Digital Hate [(@CCDHate)], "Del Bigtree is still broadcasting dangerous misinformation about vaccines and Covid to half a million followers on @Facebook, @Instagram and @Twitter. It's time they followed @YouTube and removed his accounts," July 30, 2020, https://twitter.com/CCDHate/status/128876929830406144040/photo/2.

35. Ernie Piper and Jordan Wildon, "Telegram COVID-19 Conspiracy Group Rife With Anti-Semitism," *Logically*, October 22, 2021, https://www.logically.ai/articles/antisemitism-on-telegram.

36. Ciaran O'Connor, "The Conspiracy Consortium: Examining Discussions of COVID-19 Among Right-Wing Extremist Telegram Channels," *Institute for Strategic Dialogue*, December 17, 2021, https://www.isdglobal.org/isd-publications/the-conspiracy-consortium-examining-discussions-of-covid-19-among-right-wing-extremist-telegram-channel/.

139

-PA01490-

Case: 23-30445     Document: 43-8     Page: 38     Date Filed: 07/17/2023

Chapter **6**

# Recommendations for Stakeholders

No single entity has the necessary visibility, capability, and reach to mitigate viral mis- and disinformation on its own. Instead, and in recognition of the fact that mis- and disinformation will never be "stopped," a whole-of-society effort is needed in which stakeholders build robust and persistent partnerships to ensure that significant high-harm claims can be addressed as they arise. The Virality Project sought to do just that by bringing together four types of stakeholders: (1) research institutions, (2) public health partners, (3) government partners, and (4) platforms. Our recommendations recognize the collective responsibility that all stakeholders have in mitigating the spread of mis- and disinformation and empowering citizens to make informed decisions—about vaccination specifically, but also more generally given the structure and dynamics of the information ecosystem.

## 6.1   Recommendations for Research Partners

The Virality Project offers an early template for structuring interaction between research institutions and nonacademic stakeholders (including government entities, health practitioners, and private companies). In early conversations with the Virality Project, government and civil society entities tasked with mitigating false and misleading claims expressed dissatisfaction with the often one-sided relationship they had with researchers. The Virality Project tried to avoid this experience for its broad array of stakeholders by prioritizing the communication of tailored and actionable information through weekly briefings and regular check-in sessions with key public health partners.

This sentiment goes both ways: Virality Project research institutions felt that they struggled at times with sporadic communication from civil society organizations that had better and far more nuanced visibility into their communities than could be achieved through list-monitoring. This created limitations and potential for bias.

Case: 23-30445    Document: 43-8    Page: 39    Date Filed: 07/17/2023

An area that required ingenuity was creating a framework for facilitating the *intake* of tips from civil society and government partners. Structuring tip intake remains a hurdle, as many civil society organizations are understaffed or unfamiliar with workflows like task management or ticketing software. However, their tips are often highly valuable, so overcoming this challenge is a priority for future efforts.

**Define roles and responsibilities based on competencies.**

Collaboration across research institutions can enable researchers to share their comparative skills and advantages to build a powerful research team. Partners should lean into their own strengths and seek out partners that complement those strengths. For example, the Virality Project's stakeholders often asked the partnership for assistance with counter-messaging. Because the Virality Project partner organizations did not possess the necessary health expertise to generate such messaging, VP briefings instead drew on material from outside resources, such as the Public Good Project's Stronger campaign,[1] which fights mis- and disinformation in the scientific, medical, and vaccine spheres. Future partnerships should consider incorporating partners focused on counter-messaging specifically.

**Streamline tip line processes for civil society and government partners.**

Set up an efficient channel for intaking external tips. Many external partners are operating with limited resources, so it is important to minimize the barriers for entry on an external tip line. The Virality Project often had to leverage informal exchanges, such as Zoom meetings or calls with our partners, to receive the tips verbally or encourage additional reporting. In future projects, external reporting channels should be strengthened via an easier means of reporting and increased access to the reporting channels, especially for partners on the ground (such as health practitioners or government health officials).

**Establish a constant feedback loop with partners.**

Set up a collaborative feedback process with external stakeholders to understand the value they derive from the research and to constantly improve the work's impact. For example, several VP stakeholder groups indicated that they had a need for a deeper understanding of mis- and disinformation targeting Spanish- and Chinese-language communities. The VP team was then able to prioritize that need by assigning analysts to focus on activity in these languages.

## 6.2   Recommendations for Public Health Partners

One goal of the Virality Project was to provide situational awareness of key vaccine-related narratives to public health partners. Frontline public health stakeholders are uniquely positioned to counter or respond to misinformation because of their trusted position and their interest in increasing vaccine uptake. However, they often

141

Case: 23-30445   Document: 43-8   Page: 40   Date Filed: 07/17/2023

6. Recommendations for Stakeholders

have minimal or no access to relevant social media data, and need help identifying and understanding what narratives are going viral, and where. Various scholars and organizations have already outlined best practices for communication around public health issues affected by mis- and disinformation.[2] Based on this project's experience, the Virality Project offers some additional insights for public health communicators.

**Focus on themes, not individual incidents on social media.**

Individual anecdotes are often unverifiable, and attempting to debunk or counter them one at a time may prove counterproductive, or be perceived as dismissing a person's individual experience. Consider addressing overarching themes instead.

**Be transparent about known unknowns.**

Be transparent about the degree to which information about a health topic is early or speculative. Scientific consensus appropriately evolves as more information becomes available; if consensus changes, transparency remains the best policy. In today's social media information environment, those who seek to undermine confidence in institutions can easily obtain past statements, tweets, or video of official stances and use the material to create a false perception that the institution is attempting to cover something up or is flip-flopping. Public health communicators might consider takeaways from Wikipedia's approach[3] to contested issues, which offers a publicly visible edit history that shows shifts in consensus over time and has a stated process for deciding how to handle interpretation disputes.[4]

**Mix personal stories about the vaccine's benefits with support from data.**

Vaccine-related messaging is more effective when qualitative messaging and on-the-ground stories are coupled with easy-to-understand quantitative evidence. During a July 15, 2021, panel with the Virality Project, US Surgeon General Vivek Murthy discussed the importance of vaccination by sharing his own story about COVID-19 (including the death of a close relative) alongside data around the effectiveness of the vaccines.[5] Where data is available, it is critical to provide context and information about the source and meaning of that data. The Virality Project repeatedly saw data misrepresented or outright manipulated by anti-vaccine activists and influencers to support their narratives.

## 6.3   Recommendations for Government Partners

COVID-19 continues to impact every state and county across the US. There is an ongoing need for federal, state, and local leaders to continue to build out their multistakeholder partnerships and messaging to ensure consistency and effectiveness across communities. While the federal government (through DHHS, the CDC, and the Surgeon General) has ramped up its engagement and communications, more can

142

Case: 23-30445   Document: 43-8   Page: 41   Date Filed: 07/17/2023

be done moving forward. There are several areas where government officials can focus to improve their ongoing response to mis- and disinformation surrounding the COVID-19 vaccines:

**Maintain clear channels of communication across all levels of government.**

Federal, state, and local government officials should coordinate real-time response to emerging mis- and disinformation. Narratives related to the COVID-19 vaccines cannot be moderated away; instead, they must be addressed directly, and accurate information must be transparently and frequently provided to the public via reputable, trusted figures at all levels of government. For example, as voting-related mis- and disinformation arose in the 2020 presidential election, the Election Infrastructure Information Sharing and Analysis Center (EI-ISAC) served a critical role in sharing information with the Election Integrity Partnership and pushing its rapid response analysis back out to election stakeholders across all states. There was no equivalent coordinating hub or center to support public health organizations nationwide, or to connect them to other stakeholders. Moving forward, the government should support the establishment of such an information-sharing mechanism.

**Address misinformation through collaborations with trusted voices.**

Federal, state, and local health officials should prioritize engagement with underserved communities, particularly non-English-speaking and/or marginalized communities, by focusing on empowering trusted communicators within those communities. In the context of vaccine misinformation specifically, some examples of engagement best practices can be found in the Virality Project's July 15, 2021, hosted discussion with Surgeon General Vivek Murthy, which highlighted the partnership formed between hair salons, barbershops, and the government to combat vaccine hesitancy within the Black community.[6] During the panel, hair salon owner Katrina Randolph shared the impact she was able to make within her community by communicating facts and encouraging friends, colleagues, and clients to get information from health providers.[7] Randolph's recognition of her role as a community leader, modeling of beneficial behavior (she is vaccinated), and messaging of that behavior to her customers and community is a strong approach that might be replicated across communities.

**Implement a Misinformation and Disinformation Center of Excellence (CoE) housed within the federal government.**

In recognition of the fact that structural factors in the information environment play a role in mis- and disinformation independent of topic, the CoE[8] would centralize expertise on mis- and disinformation[9] within the federal government at the Cybersecurity & Infrastructure Security Agency (CISA) with its existing mis- and disinformation team. Its role would be threefold:

- **Bring together subject-matter experts conducting prospective research into emerging areas of information distortion that threaten national**

143

security. This research would be supported by close collaboration with academic researchers, nonprofit organizations, the intelligence community, and private forensic firms.

- **Coordinate counter-messaging efforts between relevant agencies.** The Center would help coordinate agencies, provide them with support in monitoring mis- and disinformation narratives (including a rumor-control mechanism), and engage relevant stakeholders.

- **Build resilience to mis- and disinformation, both within and outside government.** The CoE should spearhead initiatives to educate the American public on issues of information integrity and help start a national conversation on how we consume information.

**Establish a rumor-control mechanism to debunk nationally trending narratives.**

A Rumor Control page could serve as a central authority with information to clarify emerging narratives and get ahead of predictable tropes and narratives (see Figure 6.1). The page can also help coordinate public messaging, much like the CISA's Rumor Control page did for the 2020 US election.[10]



Figure 6.1: The cycle of rumor detection and response a Rumor Control page should follow to counteract mis- and disinformation.

Operators of a Rumor Control page must exercise caution in deciding when to respond to emerging narratives, so as not to accidentally elevate narratives that would otherwise have little reach. First Draft offers five criteria to consider when determining whether to respond to an emerging anti-vaccine narrative.[11] These

144

criteria are in line with the decision-making techniques employed by the Virality Project when drafting weekly briefings:

- **Engagement:** Rumor Control pages should address misinformation that has received a high level of attention across multiple posts.

- **Audience:** While online anti-vaccine communities and accounts post vaccine misinformation incessantly, Rumor Control pages should only address a rumor found in these groups if it has spread broadly to the general public.

- **Multiple Social Media Platforms:** Rumor Control pages should consider whether misinformation has spread across multiple social media platforms.

- **Influencer/Verified Accounts:** Rumor Control pages should address misinformation that has been amplified by verified accounts and other influencers who may have a large and active following that is likely to amplify their message.

- **Large Media Outlets:** Rumor Control pages should address misinformation that has been amplified by large media outlets like cable news or online newspapers. Even if the media outlets are debunking and countering the misinformation, it will be important to include it on the Rumor Control page. Additionally, operators should be aware of how to present facts effectively. Using accessible language, rumor explanations should highlight a factual statement first, followed by a single sentence summarizing the rumor, and finally a deeper factual debunking of the rumor. Additional information about creating effective Rumor Control pages can be found on the Virality Project website.[12]

## 6.4   Recommendations to Platforms

At the outset of the pandemic, many platforms had insufficient policies to meet the increasing burden of COVID-19 misinformation shared across their channels. The Virality Project acknowledges the improvements made across platforms while offering the following recommendations to mitigate inevitable future misinformation spread:

**Consistently enforce policies against recurrent actors.**

Platform policies evolved during the pandemic. While many platforms have improved transparency around content moderation, there is still inconsistent enforcement of policies, notably in the case of recurring actors. More consistency and transparency is needed around enforcement practices, particularly when prominent or verified accounts are involved.[13] While past policy environments have been slower to enforce policies against prominent accounts, these are the accounts with the greatest potential for impact. If anything, they may merit closer scrutiny.[14]

145

**Continue to prioritize and improve data sharing.**

The Virality Project's research would not have been possible without access to public platform data. For privacy reasons, some data understandably may be limited, but in general, establishing standardized guidelines about how platforms can share data with research institutions is needed.[15]

Notably, engagement numbers are the closest proxy that researchers have to understand what content users see on social media platforms. However, engagement is not the same thing as impressions, or user views—how many times a piece of content is seen by users. Ideally, access to user impression data would be available, allowing researchers to directly measure when and how content is surfaced to users by social media platforms. Unfortunately, social media platforms often do not make impression data available to researchers; as a result of this chronic gap, assessing impact and reach, or the dynamics of platform curation, remains a significant challenge.

## 6.5   Conclusion

The Virality Project focused its work on mis- and disinformation in the COVID-19 vaccine conversation, and established a nonpartisan, multistakeholder model consisting of health sector leaders, federal health agencies, state and local public health officials, social media platforms, and civil society organizations. Based on lessons learned from the Election Integrity Partnership,[16] VP refined its intake and observational processes to create greater efficiency as well as greater capability to assess public narratives across platforms. This allowed for more detailed reporting and enhanced support to stakeholders.

Over the course of its seven months of work, the Virality Project saw narratives that questioned the safety, distribution, and effectiveness of the vaccines. Domestic actors leveraged already existing networks to undermine confidence in the vaccines. These actors were able to leverage bottom-up dynamics of social media to elevate content, often decontextualized or anecdotal, to amplify claims about the alleged danger or lack of effectiveness of the vaccines. While some claims emerged out of genuine concern, uncertainty, or attempts at collaborative sensemaking, others emerged from long-standing anti-vaccine activist communities who have sought to undermine even well-established and demonstrably safe vaccines. Foreign state actors were additionally present in the conversation, though at far lower levels. They pushed narratives both covertly and overtly through state media channels and social media accounts to disparage the safety and efficacy of Western vaccines while bolstering their own vaccines and national interests. Both foreign and domestic threats will continue to be concerns going forward, and we should be prepared for both.

146

Case: 23-30445     Document: 43-8     Page: 45     Date Filed: 07/17/2023

6.5. Conclusion

The Virality Project has demonstrated that a focused, well-coordinated collaboration between academia, nonprofits, and the private sector can provide nimble analysis and support to stakeholders who desperately need it. Moving forward, there is a need for a non-governmental independent research entity spearheading VP-style collaboration around emerging mis- and disinformation more generally. The primary focus of this entity should be to institutionalize the cross-platform observation and analysis capability that the Virality Project implemented in response to the ongoing narratives regarding the COVID-19 vaccine. The entity would maintain a permanent research infrastructure, consisting in a set of processes, tools, and roles, that would remain constant across enquiries. The team profile would evolve with the needs of the issue studied, including identifying emerging issues. The entity would package findings in a form most consumable for policymakers, government entities, subject-matter experts, and nonprofit leaders.

The Virality Project was formed out of a conviction that the challenge of high-harm misinformation is not going away and must be met with a collective, resilient, and dynamic response. Given the enormity of the challenge, the Project attempted to meet that call. The collective response must continue in the ongoing fight against misinformation.

147

## Notes

1. PGP, "About Stronger."

2. Dana Litt and Scott Waters, "Battling Misinformation Through Health Messaging," *National Institutes of Health*, March 24, 2021, https://www.nih.gov/about-nih/what-we-do/science-health-public-trust/perspectives/science-health-public-trust/battling-misinformation-through-health-messaging; Bhavini Patel Murthy et al., "Going Viral: The 3 Rs of Social Media Messaging during Public Health Emergencies," *Health Security* 19, no. 1 (February 18, 2021): 75–81, https://www.liebertpub.com/doi/10.1089/hs.2020.0157; Organisation for Economic Co-operation and Development, "Transparency, communication and trust: The role of public communication in responding to the wave of disinformation about the new Coronavirus," July 3, 2020, https://www.oecd.org/coronavirus/policy-responses/transparency-communication-and-trust-the-role-of-public-communication-in-responding-to-the-wave-of-disinformation-about-the-new-coronavirus-bef7ad6e/.

3. Renée DiResta, "Institutional Authority Has Vanished. Wikipedia Points to the Answer," *Atlantic*, July 21, 2021, https://www.theatlantic.com/ideas/archive/2021/07/cdc-should-be-more-like-wikipedia/619469/.

4. Renée DiResta and Zoe Huczok, "New Truths, Old Lies: Managing shifting consensus in COVID-19 times," *Virality Project*, August 18, 2021, https://www.viralityproject.org/policy-analysis/new-truths-old-lies-.

5. A recording of the event can be found here: *Confronting Health Misinformation: A Discussion with the Surgeon General*, uploaded by Stanford Cyber Policy Center July 26, 2021, https://www.youtube.com/watch?v=GUCdoXapOl0.

6. *Confronting Health Misinformation: A Discussion with the Surgeon General*; Nada Hassanein, "In sprint to COVID-19 vaccine goal, Biden administration to team up with Black barbershops," *USA Today*, June 2, 2021, https://www.usatoday.com/story/news/health/2021/06/02/biden-teams-up-black-barbershops-salons-boost-covid-vaccines/7507768002/.

7. *Confronting Health Misinformation: A Discussion with the Surgeon General*.

8. Masterson et al., "The Case for a Mis- and Disinformation Center of Excellence."

9. Cybersecurity & Infrastructure Security Agency, "Mis, Dis, Malinformation," accessed October 1, 2021, https://www.cisa.gov/mdm.

10. Cybersecurity & Infrastructure Security Agency, "Rumor Control: Election Security Rumor vs. Reality," accessed October 1, 2021, https://www.cisa.gov/rumorcontrol.

11. Victoria Kwan, Claire Wardle, and Madelyn Webb, "Tips for Reporting on COVID-19 and Slowing the Spread of Misinformation," *First Draft*, March 10, 2020, https://firstdraftnews.org/latest/tips-for-reporting-on-covid-19-coronavirus-and-slowing-the-spread-of-misinformation/.

12. Matt Masterson et al., "Rumor Control: A Framework for Countering Vaccine Misinformation," *Virality Project*, May 4, 2021, https://www.viralityproject.org/policy-analysis/rumor-control.

13. Jeff Horwitz, "Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt," *Wall Street Journal*, September 13, 2021, https://www.wsj.com/articles/facebook-files-xcheck-zuckerberg-elite-rules-11631541353.

14. Horwitz.

15. Corin Faife, "New social media transparency bill would force Facebook to open up to researchers," *The Verge*, December 10, 2021, https://www.theverge.com/2021/12/10/22827957/senators-bipartisan-pata-act-social-media-transparency-section-230.

16. EIP, *The Long Fuse: Misinformation and the 2020 Election*.

149

Case: 23-30445   Document: 43-8   Page: 48   Date Filed: 07/17/2023

Appendix 

# Research Limitations

This rapid response initiative was not without its limitations. Because of the expansive nature of social media, and the changing complexities of the COVID-19 pandemic, Virality Project partner organizations strove to clearly and narrowly scope the research in such a way as to mitigate the challenge of "content glut," while not overfiltering, and while working within personnel and data availability constraints. We drew on prior scholarship and our own prior work assessing election mis- and disinformation to ground our categories, actor types, and targeted communities, but there is a degree of subjectivity inherent in determining whether a given piece of content is in or out of scope.

Analysts encountered a myriad of challenges that had the potential to introduce bias into the dataset, such as researchers' own value judgments or a more general lack of visibility into restricted areas on social media platforms. This report highlights four challenges of interest to social media researchers, particularly those studying mis- and disinformation.

## Challenges of Defining Communities

Although there are some quantitative social science methodologies in which communities are identified by relationships or similarities in their networks, or in the content that accounts produce, these methodologies require a degree of data accessibility available on very few major social media platforms; they are most useful on Twitter. On a platform such as Facebook, which has been a core platform for social media misinformation, Virality Project researchers faced a challenge of subjectivity when defining a "community." The boundaries between certain actor types are porous—for example, to which CrowdTangle list should a prominent influencer who primarily posted wellness content but regularly veered into anti-vaccine pseudoscience, and occasionally parental rights themes, be added? The scoping of

150

Case: 23-30445    Document: 43-8    Page: 49    Date Filed: 07/17/2023

audiences was also a challenge—what Pages, media outlets, or influencers were most relevant to, or widely followed by, Latino or Black communities on Facebook? Analysts sought to make the best possible decisions to ensure that these challenges did not result in simply abandoning classification of a potentially impactful actor, or ignoring a potential targeted community, while recognizing that researcher bias would be inherent in the lists. There were very few methodological discussions of this challenge to inform Virality Project community determination; analysts used social media followings and prevalence of topics covered on the social media posts of an account or page over time to make the best possible assessments. Virality Project outreach coordinators additionally reached out to civil society organizations and community leaders to listen to feedback about our choices and improve our understanding; however, many of these organizations, too, are bandwidth constrained and do not necessarily feel equipped to serve as arbiters defining a community. Over time, Virality Project pod focus shifted toward understanding non-English content, a decision that produced unique insights into those dynamics specifically, though uncertainty remained about VP researchers' capacity to adequately assess the dynamics of mis- and disinformation in targeted marginalized communities.

Other organizations have faced similar challenges. In December 2021, First Draft Media published a report on COVID-19 vaccine misinformation in Hispanic communities that effectively points out many of the nuances that make this type of research so difficult. As First Draft notes, label terminology can be reductive or inaccurate; it also may not be used by the people it attempts to describe. How to understand, First Draft asks, "the online conversations and flow of information in a nebulous community which largely resists the confines of the umbrella terms under which it has been placed?" This question is salient for other groups who have been lumped together in research that has historically homogenized groups that are in reality quite heterogeneous.[1]

It is also challenging to define who content is specifically targeting and how it does so. Because of the lack of publicly available metadata and the nature of closed messaging apps, it can prove challenging to identify who is creating content, who it aims to target, and who and how many people ultimately consume it. Conversations in Hispanic communities, for instance, may be taking place in English, in Spanish, or in Indigenous languages. Shortcuts used by research institutions may result in long-lasting consequences, and, as First Draft comments, the "erasure of many people who are most vulnerable to vaccine misinformation."[2]

The importance of understanding the impact of health mis- and disinformation on targeted and marginalized communities, and the challenges inherent in present methodologies, suggest a potential stand-alone research area for future efforts, and a place where interorganizational research communities might form.

151

A. Research Limitations

## Query-related challenges

Keyword-based searches to detect emerging mis- and disinformation about COVID-19 vaccines posed a different sort of challenge. First, they required regular pruning and/or expansion. Many of the broadly relevant vaccine-related keywords in broad early queries returned significant quantities of out-of-scope content (i.e., related to animal vaccinations), so analysts attempted to balance weeding out keywords that would fill their analysis space with irrelevant content, with creating inadvertently restrictive Boolean queries that would filter out relevant content.

## Metrics-related challenges

There is no clear definition or engagement threshold that presently defines what constitutes a "viral" or "high-engagement" post. These metrics vary by platform and are influenced by the size of the user base, by community norms, and by platform affordances. Thresholds for what numerical value or rate of change constituted a "viral" or "high-engagement" post varied even within one platform: a community cluster might not have a very high number of followers in the group, but could be highly active in sharing behaviors, or it might have smaller follower counts but several prominent influencers capable of creating virality rapidly *across* communities. Conspiracy theory-oriented content, which appeared in fewer incidents overall, nonetheless had higher engagement per incident than other content, perhaps because of novelty, and had a propensity to seep into broader anti-vaccine rhetoric over time. Repeatedly, claims that originated from within this relatively small community were picked up by the conservative media ecosystem, which had extremely large follower counts.

## Privacy constraints

While subsequent rapid-response partnerships will provide an opportunity to remedy some of these challenges, refine processes, and reduce sampling and other biases, our final and most critical research limitation is likely to persist: lack of visibility into restricted areas on social media platforms. Our work respects privacy policies and terms of service, and we did not gather or engage with data from any private or secret communities on any social platform. Our research and analysis drew exclusively from public social media content (posts on public Facebook Pages and Groups, tweets, Reddit posts, public Instagram accounts, and public Telegram channels, etc.). However, given the well-documented behavior of activist communities using private and secret groups for organizing purposes, this commitment and structure means that our visibility into the overall narrative space is limited.

152

Case: 23-30445     Document: 43-8     Page: 51     Date Filed: 07/17/2023

Appendix **B**

# Definitions

**Anti-vaccine, anti-vaccine activist,** and **anti-vaccine influencer:** In discussing the narratives shaping the public conversation about COVID-19, it is important to acknowledge the spectrum of perspectives about vaccines, particularly the distinction between "vaccine-hesitant" and "anti-vaccine" attitudes.[3] In this report, we use the term "anti-vaccine" in very specific cases. Drawing on the literature to define the phenomenon, we considered a range of definitions while establishing ours: Someone who is **anti-vaccine** believes that vaccines do not work or are not safe[4] and disagrees with their use in the general population. People who are anti-vaccine typically refuse vaccines for themselves and their children (if applicable).[5] They may deny the existence or challenge the validity of the science supporting vaccination.[6] They may also deny the existence or severity of the illness, which can play into narratives that the vaccine may be distributed by entities with ulterior motives. On the other hand, **vaccine-hesitant** people may simply be uncertain or undecided about vaccine use.

While a significant number of people have anti-vaccine beliefs, **anti-vaccine *activists*** are further distinguished by their strategic attempts to mobilize public sentiment and collective action in the interest of social or political change. As with all activism, such mobilization is usually seen in the context of the creation, growth, and maintenance of a movement. In this report, the term activist refers to those who actively involve themselves in anti-vaccine legislative and organizing efforts. These were long-term movement builders who organized events, lobbied legislatures, filed FOIAs, and engaged in legislation debates and efforts around school requirements for vaccination. **Anti-vaccine influencer,** however, refers simply to actors popular on social media who use their platforms to spread false and misleading claims about vaccines. Activists often overlapped with the long-standing anti-vaccine influencers discussed in Chapter 4: Actors & Tactics.

**Disinformation** is false or misleading information purposefully produced and/or

153

## B. Definitions

spread for an objective, such as a political or financial goal.[7] Disinformation may mislead through its content, or may work by deceiving its audiences about its origins, purpose, or producers' identity. It differs from other forms of misinformation in that it is *intentionally* produced and/or spread. It may layer falsehoods or exaggerations around a plausible or true core,[8] and typically functions as a campaign rather than a single piece of content. As a disinformation campaign progresses, unwitting participants may take part in its production and spread; therefore, not every entity that spreads disinformation does so with intent to deceive or knowledge that they are spreading false or misleading content.[9]

**Incidents** are specific events or stories that support a narrative's argument. In this report, they refer to a ticket associated with a particular actor.

**Misinformation** is information that is false, though not necessarily by intent.[10] Misinformation is at times used as an umbrella category for disinformation, false rumors, and other types of false and misleading information.[11]

**Narratives** are stories that connect a series of related events or experiences, providing compelling interpretations that can help people make sense of these events and experiences. In the context of this report, they are central arguments that further vaccine hesitancy or rejection.

**Pseudomedicine** is a complex term derived from conceptions and descriptions of **pseudoscience** (first described by Karl Popper).[12] Here, we use a modern view that posits that science is distinguished by a set of social norms around its production, evaluation, and discussion. Naomi Oreskes argues that what makes science science is the critical scrutiny of claims, which ensures faulty claims are rejected. Michael Strevens argues that science is unique in that by proving one's own argument, one gives the reader the tools (through data and methods) to prove the scientist wrong. Pseudoscience, on the other hand, adopts the language of science while violating those norms that make science trustworthy, including that critical scrutiny and engagement with the scientific community.[13]

In this report, we acknowledge that the term **pseudomedical** can be problematic, but we use the above definitions to help characterize various actors as pseudomedical—those who speak with the language and authority of medical science while violating scientific norms, and who appeal to that alleged authority to amplify anti-vaccine narratives. Some may be or may once have been credentialed practitioners (e.g., doctors of medicine or osteopathy) or recognized as experts in the scientific or medical communities. Still others are so-called "epistemic trespassers": experts who pass judgment on questions from fields in which they lack expertise. In all cases, however, pseudomedical influencers are those that capitalize on their actual or perceived status as experts, "doctors," or alleged authoritative figures in science, public health, or medicine.

**Recurring actors** are those actors whose social media content regularly included

154

Case: 23-30445     Document: 43-8     Page: 53     Date Filed: 07/17/2023

vaccine mis- or disinformation, who had large social media followings, and who
demonstrated recurring success making content go viral.

155

Case: 23-30445      Document: 43-8      Page: 54      Date Filed: 07/17/2023

Appendix **C**

# Policy Timeline (Sources)

These policies exist in the platforms' community standards or in blog posts. Policies included in the timeline were created to specifically address vaccine-related content, though an important caveat is that some platforms have stated that pre-existing policies unrelated to vaccines may still address vaccine-related content. For example, in September 2021, Reddit said vaccine misinformation is already covered by a "rule against posting content that 'encourages' physical harm."[14]

## Pre-COVID-19

- Pinterest
  - ► Meredith Guerriero, "Pinterest joins GARM, the Global Alliance for Responsible Media," October 21, 2020, Pinterest Business (blog), Pinterest, https://business.pinterest.com/en/blog/pinterest-joins-garm/.
  - ► Ifeoma Ozoma, "Bringing authoritative results to Pinterest search," Pinterest Newsroom, August 28, 2019, https://newsroom.pinterest.com/en/post/bringing-authoritative-vaccine-results-to-pinterest-search.
- Facebook/Instagram
  - ► "Combatting Vaccine Misinformation," Facebook Newsroom, March 7, 2019, https://about.fb.com/news/2019/03/combatting-vaccine-misinformation/.
  - ► Queenie Wong, "Facebook to remove anti-vaccination recommendations after backlash," CNet, March 7, 2019, https://www.cnet.com/tech/services-and-software/facebook-to-remove-anti-vaccination-recommendations-after-backlash/.

156

- YouTube
  - ▶ YouTube Team, "Continuing our work to improve recommendations on YouTube," YouTube (blog), January 25, 2019, https://blog.youtube/news-and-events/continuing-our-work-to-improve/.
- Twitter
  - ▶ Twitter Safety, "COVID-19: Our approach to misleading vaccine information," Twitter (blog), December 16, 2020, https://blog.twitter.com/en_us/topics/company/2020/covid19-vaccine.

## Early 2020

- TikTok
  - ▶ Katie Paul, "Bytedance's video app TikTok bans 'misleading information,'" Reuters, January 8, 2020, https://www.reuters.com/article/us-bytedance-tiktok-idUSKBN1Z71CO.
- Pinterest
  - ▶ "Introducing the Today tab for daily inspiration," Pinterest Newsroom, March 24, 2020, https://newsroom.pinterest.com/en/post/introducing-the-today-tab-for-daily-inspiration.
- Nextdoor
  - ▶ Team Nextdoor, "Nextdoor's COVID-19 resources & updates," Nextdoor (blog), March 4, 2020, https://blog.nextdoor.com/2020/03/04/nextdoor-covid-19-resources-and-information/.
- YouTube
  - ▶ Elizabeth Culliford and Paresh Dave, "YouTube bans coronavirus vaccine misinformation," Reuters, October 14, 2020, https://www.reuters.com/article/health-coronavirus-youtube-int-idUSKBN26Z21R.
- Google
  - ▶ Sundar Pichai, "Coronavirus: How we're helping," The Keyword (blog), Google, March 6, 2020, https://blog.google/inside-google/company-announcements/coronavirus-covid19-response/.

157

Case: 23-30445   Document: 43-8   Page: 56   Date Filed: 07/17/2023

C. Policy Timeline (Sources)

## December 2020

- Facebook/Instagram
  - ► Kang-Xing Jin, "Keeping People Safe and Informed About the Coronavirus," Facebook Newsroom, December 18, 2020, https://about.fb.com/news/2020/12/coronavirus/.
- Google
  - ► Karen DeSalvo and Kristi Canegallo, "How you'll find accurate and timely information on COVID-19 vaccines," The Keyword (blog), Google, December 10, 2020, https://blog.google/technology/health/accurate-timely-information-covid-19-vaccines/.
- TikTok
  - ► Martyn Landi, "TikTok adds new vaccine misinformation labels and strengthens community rules," Yahoo! Finance, December 15, 2020, https://uk.finance.yahoo.com/news/tiktok-adds-vaccine-misinformation-labels-133923479.html.
  - ► Cormac Keenan, "Refreshing our policies to support community well-being," TikTok Newsroom, December 15, 2020, https://newsroom.tiktok.com/en-au/refreshing-our-policies-to-support-community-wellbeing-au.
  - ► Kevin Morgan, "Taking action against COVID-19 vaccine misinformation," TikTok, December 15, 2020, https://newsroom.tiktok.com/en-gb/taking-action-against-covid-19-vaccine-misinformation.
- Twitter
  - ► Twitter Safety, "COVID-19: Our approach to misleading vaccine information."

## 2021

- Nextdoor
  - ► Team Nextdoor, "Policy and product updates for the coronavirus pandemic," Nextdoor, June 6, 2021, https://blog.nextdoor.com/2020/03/04/nextdoor-covid-19-resources-and-information/.
- Facebook/Instagram
  - ► Kang-Xing Jin, "Reaching Billions of People With COVID-19 Vaccine Information," Facebook Newsroom, February 8, 2021, https://about.fb.com/news/2021/02/reaching-billions-of-people-with-covid-19-vaccine-information/.

158

- ► "Mark Zuckerberg Announces Facebook's Plans to Help Get People Vaccinated Against COVID-19," Facebook Newsroom, March 15, 2021, https://about.fb.com/news/2021/03/mark-zuckerberg-announces-facebooks-plans-to-help-get-people-vaccinated-against-covid-19/.

- ► "Connecting People in the US With State COVID-19 Vaccine Information," Facebook Newsroom, April 12, 2021, https://about.fb.com/news/2021/04/state-covid-19-vaccine-information/.

- ► Kang-Xing Jin, "Supporting Equitable Access to COVID-19 Vaccines," Facebook Newsroom, April 28, 2021, https://about.fb.com/news/2021/04/supporting-equitable-access-to-covid-19-vaccines/.

- ► Maria Smith, "New Ways to Elevate Knowledgeable Experts in Facebook Groups," Facebook Newsroom, July 13, 2021, https://about.fb.com/news/2021/07/new-ways-to-elevate-experts-in-facebook-groups/.

- Twitter

  - ► Twitter Safety, "Updates to our work on COVID-19 vaccine misinformation," Twitter (blog), March 1, 2021, https://blog.twitter.com/en_us/topics/company/2021/updates-to-our-work-on-covid-19-vaccine-misinformation.

  - ► Joanna Geary, "Bringing more reliable context to conversations on Twitter," Twitter (blog), August 2, 2021, https://blog.twitter.com/en_us/topics/company/2021/bringing-more-reliable-context-to-conversations-on-twitter.

- YouTube

  - ► Neal Mohan, "Perspective: Tackling Misinformation on YouTube," YouTube (blog), August 25, 2021, https://blog.youtube/inside-youtube/tackling-misinfo/.

  - ► YouTube Team, "Managing harmful vaccine content on YouTube," YouTube (blog), September 29, 2021, https://blog.youtube/news-and-events/managing-harmful-vaccine-content-youtube.

- TikTok

  - ► Maya Shoucair, "Partnering with This Is Our Shot and Faster Together to Promote Vaccine Confidence," TikTok, June 4, 2021, https://newsroom.tiktok.com/en-ca/partnering-with-this-is-our-shot-and-faster-together-to-promote-vaccine-confidence.

  - ► "TikTok launches new #FactCheckYourFeed series on financial literacy," TikTok, June 18, 2021, https://newsroom.tiktok.com/en-gb/tiktok-launches-new-fact-check-your-feed-videos.

159

-PA01510-

Appendix **D**

# Platform Policy Tables (Sources)

## "Remove" Policies for Vaccine Misinformation

The Virality Project's approach to evaluating platform policies stems from previous work it published in February 2021.[15] The work is focused only on publicly communicated policies. While platforms have internal policies, the Project considered only those that were published either to their community standards or in a blog post and that publicly state they are applied to vaccines.

**Table Key:**

**Yes:** The platform explicitly states the policy publicly in either its community standards or its blog posts.

**Partial/Not Explicit:** The platform partially fulfills the policy, but it does not apply in all cases, or the policy may apply, but it is not explicitly stated.

**No:** The platform does not have the policy stated publicly in either its community standards or its blog posts.

*Text in italics is additional commentary on the policy or justification for our policy assessment. The exact policy language is in quotation marks.

160

Case: 23-30445     Document: 43-8     Page: 59     Date Filed: 07/17/2023

| "Remove" Policies | Removes content that could lead to physical harm |
|---|---|
| Facebook / Instagram | **Yes.** "Under our Community Standards, we remove misinformation when public health authorities conclude that the information is false and likely to contribute to imminent violence or physical harm." |
| Twitter | **Yes.** "We are focused on mitigating misleading information that presents the biggest potential harm to people's health and wellbeing." |
| YouTube | **Yes.** "YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm." |
| TikTok | **Yes.** "Medical misinformation that can cause harm to an individual's physical health." |
| Pinterest | **Yes.** "Medically unsupported health claims that risk public health and safety, including the promotion of false cures, anti-vaccination advice, or misinformation about public health or safety emergencies." |
| Nextdoor | **Yes.** "As a commitment to neighbor safety, we prohibit misinformation about vaccines that has the potential to cause harm or threatens public safety." |
| Reddit | **Yes.** "We have long interpreted our rule against posting content that 'encourages' physical harm, in this help center article, as covering health misinformation, meaning falsifiable health information that encourages or poses a significant risk of physical harm to the reader." |

Table D.1

161

<u>D. Platform Policy Tables (Sources)</u>

## Sources

- Facebook/ Instagram

  ▸ "COVID-19 and Vaccine Policy Updates & Protections," Facebook Help Center, accessed October 1, 2021, Facebook, https://www.facebook.com/help/230764881494641/.

- Twitter

  ▸ Twitter Safety, "COVID-19: Our approach to misleading vaccine information."

- YouTube

  ▸ "COVID-19 medical misinformation policy," YouTube Help Center, accessed October 1, 2021, https://support.google.com/youtube/answer/9891785.

- TikTok

  ▸ "Community Guidelines," TikTok, updated December 2020, https://www.tiktok.com/community-guidelines.

- Pinterest

  ▸ "Community Guidelines," Pinterest Policy, accessed October 1, 2021, https://policy.pinterest.com/en/community-guidelines.

- Nextdoor

  ▸ "Anti-Vaccine Advice," Nextdoor Help Center, accessed October 1, 2021, https://help.nextdoor.com/s/article/Be-helpful-in-conversations?language=en_US#Antivaccine.

- Reddit

  ▸ r/redditsecurity, "COVID denialism and policy clarifications," Reddit, September 2021, https://www.reddit.com/r/redditsecurity/comments/pfyqqn/covid_denialism_and_policy_clarifications/.

  ▸ "Do not post violent content," Reddit Help, updated August 2021, https://www.reddithelp.com/hc/en-us/articles/360043513151.

162

-PA01513-

Case: 23-30445   Document: 43-8   Page: 61   Date Filed: 07/17/2023

| "Remove" Policies | Removes content that runs counter to public health expert consensus |
|---|---|
| Facebook/ Instagram | **Yes.** "Under our Community Standards, we remove misinformation when public health authorities conclude that the information is false and likely to contribute to imminent violence or physical harm." |
| Twitter | **Not Explicit.** "We are expanding the policy and may require people to remove Tweets which advance harmful false or misleading narratives about COVID-19 vaccinations, including: False claims which have been widely debunked about the adverse impacts or effects of receiving vaccinations."* <br> *We are interpreting "widely debunked" to mean a process that includes consultation of experts. However, the policy does not explicitly state it will take down content that runs counter to public health expert consensus.* |
| YouTube | **Yes.** "YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19." |
| TikTok | **No.** *While TikTok consults with experts and fact-checkers to develop its policies and assess the accuracy of the information, these policies do not explicitly state that TikTok will remove content that goes against public health expert consensus.* |

Table D.2

163

Case: 23-30445      Document: 43-8      Page: 62      Date Filed: 07/17/2023

## D. Platform Policy Tables (Sources)

| "Remove" Policies | Removes content that runs counter to public health expert consensus |
|---|---|
| Pinterest | **Yes.** "Since 2017 it's been against our community guidelines to promote anti-vaccination advice and other health misinformation, and we've never allowed it to be advertised. We've long used guidance from these health institutions to inform our policy and how we enforce it." "We remove or limit distribution of false or misleading content that may harm Pinners' or the public's well-being, safety or trust, including: Medically unsupported health claims that risk public health and safety, including the promotion of false cures, anti-vaccination advice, or misinformation about public health or safety emergencies."* *We are interpreting "medically unsupported" to mean going against health expert consensus.* |
| Nextdoor | **Yes.** "As a commitment to neighbor safety, we prohibit misinformation about vaccines that has the potential to cause harm or threatens public safety. We rely on trusted public health resources to evaluate content that may be misinformation, including the World Health Organization (WHO) and the Centers for Disease Control and Prevention (CDC)." |
| Reddit | **Partial.** "Health Disinformation. Our rule against impersonation, as described in this help center article, extends to 'manipulated content presented to mislead.' We have interpreted this rule as covering health disinformation, meaning falsifiable health information that has been manipulated and presented to mislead. This includes falsified medical data and faked WHO/CDC advice."* *While Reddit's policy includes removing Health Disinformation related to the CDC or WHO, the platform is not explicit on how it will handle other authentic attempts at spreading content that runs counter to the CDC or WHO.* |

Table D.3

164

## Sources

- Facebook/ Instagram
  - ► "COVID-19 and Vaccine Policy Updates & Protections," Facebook Help Center.
- Twitter
  - ► Twitter Safety, "COVID-19: Our approach to misleading vaccine information."
- YouTube
  - ► "COVID-19 medical misinformation policy," YouTube Help Center.
- TikTok
  - ► "COVID-19," TikTok, accessed October 1, 2021, https://www.tiktok.com/safety/en-us/covid-19/.
- Pinterest
  - ► "Community Guidelines," Pinterest Policy.
  - ► Ozoma, "Bringing authoritative vaccine results to Pinterest search."
- Nextdoor
  - ► "Medical Misinformation," Nextdoor Help Center, accessed October 1, 2021, https://help.nextdoor.com/s/article/Be-helpful-in-conversations?language=en_US&_ga=2.216648734.942217058.1633733044-1912237635.1633370231#medicalmisinfo.

165

D. Platform Policy Tables (Sources)

| "Remove" Policies | Clear strike policy for removing recurring actors |
|---|---|
| Facebook/ Instagram | **Not Explicit.** *While Facebook has a policy on "counting strikes" against content that violates Facebook or Instagram Community Standards, the strikes are not clearly communicated.* |
| Twitter | **Yes.** Five-strike system for removing accounts under COVID-19 misleading Information Policy. |
| YouTube | **Yes.** "If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated." |
| TikTok | **No.** *While TikTok's community standards state it will "suspend or ban accounts and/or devices that are involved in severe or repeated violations," it does not state the threshold of violations for which it will then take action.* |
| Pinterest | **No.** *While Pinterest's policies state that "accounts may be suspended due to single or repeat violations of our Community Guidelines," it does not state the threshold of violations for which it will then take action.* |
| Nextdoor | **No.** *While Nextdoor has a policy on account suspension, it is not clear how many violations an account must commit before it is removed.* |
| Reddit | **No.** *While Reddit has a list of enforcement approaches that range from "Asking you nicely to knock it off" to "Banning of Reddit communities," its policy does not explicitly state what the threshold of violations is before suspending accounts or communities.* |

Table D.4

166

Case: 23-30445   Document: 43-8   Page: 65   Date Filed: 07/17/2023

## Sources

- Facebook / Instagram
  - ▶ "Counting Strikes," Facebook Transparency Center, July 29, 2021, https://transparency.fb.com/enforcement/taking-action/counting-strikes/.
- Twitter
  - ▶ "COVID-19 misleading information policy," Twitter Help Center, accessed October 1, 2021, https://help.twitter.com/en/rules-and-policies/medical-misinformation-policy.
- TikTok
  - ▶ "Community Guidelines," TikTok.
- YouTube
  - ▶ "COVID-19 medical misinformation policy," YouTube Help Center.
  - ▶ "Community Guidelines strike basics," YouTube Help Center, accessed October 1, 2021, https://support.google.com/youtube/answer/2802032.
- Pinterest
  - ▶ "Account suspension," Pinterest Help Center, accessed October 1, 2021, https://help.pinterest.com/en/article/account-suspension.
- Nextdoor
  - ▶ "Account disabled indefinitely," Nextdoor Help Center, accessed October 1, 2021, https://help.nextdoor.com/s/article/Account-disabled-indefinitely?language=en_US.
- Reddit
  - ▶ "Reddit Content Policy," Reddit, accessed October 1, 2021, https://www.redditinc.com/policies/content-policy.

167

D. Platform Policy Tables (Sources)

# "Reduce" Policies for Vaccine Misinformation

| "Reduce" Policies | Search results for "vaccine"-related terms point to authoritative sources |
|---|---|
| Facebook/ Instagram | **Yes.** "We will reduce the ranking of groups and Pages that spread misinformation about vaccinations in News Feed and Search. These groups and Pages will not be included in recommendations or in predictions when you type into Search." |
| Twitter | **Yes.** "This new tool means that when someone searches for certain keywords associated with vaccines, a prompt will direct them to a credible Government public health resource that provides critical information about immunization and vaccination." |
| YouTube | **Yes.** "When people now search for news or information, they get results optimized for quality, not for how sensational the content might be." "We're updating our COVID-19 information panels to include links to COVID-19 vaccine info. The updated panels may* show in search results and on watch pages related to COVID-19 or COVID-19 vaccine info." *While the policy says panels "may" show up, we interpret this policy as sufficient for providing authoritative sources for user's search.* |
| TikTok | **Yes.** "We are updating our information hub in-app so that when people search for vaccine information in-app, they will be directed to trusted information about the vaccine from respected experts." |
| Pinterest | **Yes.** "We're introducing a new experience for vaccine-related searches on Pinterest. Now, when you search for 'measles,' 'vaccine safety' and other related health terms, you can explore reliable results about immunizations from leading public health organizations." |
| Nextdoor | **Yes.** "When you search for coronavirus (or other related terms) on Nextdoor, you'll receive a pop-up announcement that directs you to information from public health officials." |
| Reddit | **Partial.** *While Reddit has a policy of adding "banners directing users to the CDC and r/Coronavirus" on its home page and in search, this banner seems to surface only when you search "COVID-19," not just "vaccines." For example, searching for "COVID-19 vaccine" will produce the information banner linking to the CDC's website. But a search for "vaccines" will not produce this banner.* |

Table D.5

168

## Sources

- Facebook/Instagram
  - ▶ "Combatting Vaccine Misinformation," Facebook Newsroom.
- Twitter
  - ▶ Monrawee Ampolpittayanant and Agung Yhuda, "Helping you find reliable public health information on Twitter," Twitter (blog), December 20, 2019, https://blog.twitter.com/en_sea/topics/company/2019/Helping-you-find-reliable-public-health-information-on-Twitter.
- YouTube
  - ▶ Neal Mohan, "Perspective: Tackling Misinformation on YouTube."
  - ▶ "Coronavirus disease 2019 (COVID-19) updates," YouTube Help Center, April 23, 2021, https://support.google.com/youtube/answer/9777243?hl=en.
- TikTok
  - ▶ Kevin Morgan, "Taking action against COVID-19 vaccine misinformation."
- Pinterest
  - ▶ Ozoma, "Bringing authoritative vaccine results to Pinterest search."
  - ▶ "Introducing the Today tab for daily inspiration," Pinterest Newsroom.
- Nextdoor
  - ▶ Team Nextdoor, "Nextdoor's COVID-19 resources & updates."
- Reddit
  - ▶ r/announcements, "Debate, dissent, and protest on Reddit," Reddit, August 2021, https://www.reddit.com/r/announcements/comments/pbmy5y/debate_dissent_and_protest_on_reddit/.

169

Case: 23-30445   Document: 43-8   Page: 68   Date Filed: 07/17/2023

## D. Platform Policy Tables (Sources)

| "Reduce" Policies | Restricts certain forms of vaccine ads |
|---|---|
| Facebook/ Instagram | **Yes.** "Today, we're launching a new global policy that prohibits ads discouraging people from getting vaccinated. We don't want these ads on our platform." |
| Twitter | **Yes.** "We already ensure that advertising content does not contain misleading claims about the cure, treatment, diagnosis or prevention of certain diseases and conditions, including vaccines." |
| YouTube | **Yes.** "Below are some examples of COVID-19-related content that don't meet our policies…Medical Misinformation: Content that misinforms users about health matters related to COVID-19." |
| TikTok | **Yes.** "We also do not allow paid advertising that advocates against vaccinations, though PSAs or calls to action related to COVID-19 vaccines are accepted on a case-by-case basis if they're in the interest of public health and safety." |
| Pinterest | **Yes.** "Prohibiting ads that claim to offer cures or treatments or that are looking to exploit the crisis." |
| Nextdoor | **Yes.** "We prohibit…anti-vaccination (or vaccine hesitancy) messaging." |
| Reddit | **Not Explicit.** *While Reddit has a policy that prohibits "Deceptive, Untrue, or Misleading Advertising," it is unclear how this policy covers vaccine-related content.* |

Table D.6

170

## Sources

- Facebook/Instagram
  - ► Kang-Xing Jin and Rob Leathern, "Supporting Public Health Experts' Vaccine Efforts," Facebook Newsroom, October 13, 2020, https://about.fb.com/news/2020/10/supporting-public-health-experts-vaccine-efforts/.
- Twitter
  - ► Twitter Inc., "Coronavirus: Staying safe and informed on Twitter," Twitter (blog), January 12, 2021, https://blog.twitter.com/en_us/topics/company/2020/covid-19.
- YouTube
  - ► "Monetization update on COVID-19 content," YouTube Help Center, accessed October 1, 2021, https://support.google.com/youtube/answer/9803260?hl=en.
- TikTok
  - ► "COVID-19," TikTok.
- Pinterest
  - ► "Introducing the Today tab for daily inspiration," Pinterest Newsroom.
- Nextdoor
  - ► Nextdoor Business, "Advertising Policies," Nextdoor, accessed October 1, 2021, https://business.nextdoor.com/en-us/enterprise/ad-policy.
- Reddit
  - ► "Reddit Advertising Policy: Deceptive, Untrue, or Misleading Advertising," Reddit Help, accessed October 1, 2021, https://advertising.reddithelp.com/en/categories/reddit-advertising-policy/reddit-advertising-policy-prohibited-advertisements#N5.

Case: 23-30445    Document: 43-8    Page: 69    Date Filed: 07/17/2023

Case: 23-30445    Document: 43-8    Page: 70    Date Filed: 07/17/2023

## D. Platform Policy Tables (Sources)

| "Reduce" Policies | Reduce groups, pages, and content that promote vaccine misinformation |
|---|---|
| Facebook/ Instagram | **Yes.** "We will reduce the ranking of groups and Pages that spread misinformation about vaccinations in News Feed and Search. These groups and Pages will not be included in recommendations or in predictions when you type into Search." |
| Twitter | **Yes.** If a tweet is labeled under the COVID-19 misleading information policy, Twitter will "Reduce the visibility of the Tweet on Twitter and/or prevent it from being recommended." |
| YouTube | **Not Explicit.** *YouTube has a policy for reducing the spread of "borderline content," which it defines as "Content that comes close to—but doesn't quite cross the line of—violating our Community Guidelines." However, it is unclear how this is applied to vaccine misinformation specifically.* |
| TikTok | **Yes.** "We use a mix of technology and human moderation to enforce these policies, including by removing content, banning accounts, and making it more difficult to find harmful content, like misinformation and conspiracy theories, in recommendations or search." |
| Pinterest | **No.** *Pinterest does not have a policy approach for misleading vaccine-related content other than removing that content.* |
| Nextdoor | **No.** *Nextdoor does not have a policy for reducing content through its algorithm.* |
| Reddit | **Yes.** For Reddit communities that have been "Quarantined," these communities will "display a warning that requires users to explicitly opt-in to viewing the content. They generate no revenue, do not appear in non-subscription-based feeds (e.g. Popular), and are not included in search or recommendations." |

Table D.7

172

Date Filed: 07/17/2023   Page: 71   Document: 43-8   Case: 23-30445

## Sources

- Facebook/Instagram
  - ▶ "Combatting Vaccine Misinformation," Facebook Newsroom.
  - ▶ "Mark Zuckerberg Announces Facebook Plans to Help People Get Vaccinated against COVID-19," Facebook Newsroom.
- Twitter
  - ▶ "COVID-19 misleading information policy," Twitter Help Center.
- TikTok
  - ▶ Vanessa Pappas, Combating misinformation and election interference on TikTok," TikTok (blog), August 5, 2020, https://newsroom.tiktok.com/en-us/combating-misinformation-and-election-interference-on-tiktok.
- Reddit
  - ▶ "Quarantined Subreddits," Reddit Help, accessed October 1, 2021, https://www.reddithelp.com/hc/en-us/articles/360043069012.

173

Case: 23-30445   Document: 43-8   Page: 72   Date Filed: 07/17/2023

D. Platform Policy Tables (Sources)

# "Inform" Policies for Vaccine Misinformation

| "Inform" Policies | Provides COVID-19 information hub on platform |
|---|---|
| Facebook/Instagram | **Yes.** "COVID-19 Information Center." |
| Twitter | **Yes.** "We have also ensured the Events feature contains credible information about Covid-19." |
| YouTube | **No.** *YouTube's platform does not provide a page for YouTube-curated sources on COVID-19 or COVID-19 vaccine information.* |
| TikTok | **Yes.** "In February, we continued our work by partnering with trusted sources to introduce an information hub in-app to provide the TikTok community with access to accurate information." |
| Pinterest | **Yes.** "Stay safe. Stay inspired" Information Board. |
| Nextdoor | **Yes.** "We have aggregated posts from public health officials into 'carousels' at the top of the feed so that the information from these trusted sources is easily discoverable. Here, we'll include posts that contain accurate, real-time information from public agencies, including cities, counties, and local and state health departments." |
| Reddit | **Yes.** "A dedicated AMA series connecting users with authoritative experts on coronavirus and vaccines." |

Table D.8

## Sources

- Facebook/Instagram
  - ▶ Kang-Xing Jin, "Reaching Billions of People With COVID-19 Vaccine Information."
- Twitter
  - ▶ Twitter Inc., "Coronavirus: Staying Safe and Informed on Twitter."
- TikTok
  - ▶ Kevin Morgan, "Taking action against COVID-19 vaccine misinformation."
- Pinterest
  - ▶ "Stay Safe. Stay Inspired," Pinterest, accessed October 1, 2020, https://www.pinterest.com/pinterest/stay-safe-stay-inspired/.
- Nextdoor
  - ▶ Team Nextdoor, "Nextdoor's COVID-19 resources & updates."
- Reddit
  - ▶ r/announcements, "Debate, dissent, and protest on Reddit."

174

| "Inform" Policies | Applies banners and labels on misleading COVID-19-related content |
|---|---|
| Facebook / Instagram | **Yes.** "We're continuing to expand our efforts to address COVID-19 vaccine misinformation by adding labels to Facebook and Instagram posts that discuss the vaccines. These labels contain credible information about the safety of COVID-19 vaccines from the World Health Organization." |
| Twitter | **Yes.** "Starting in early 2021, we may label or place a warning on Tweets that advance unsubstantiated rumors, disputed claims, as well as incomplete or out-of-context information about vaccines. Tweets that are labeled under this expanded guidance may link to authoritative public health information or the Twitter Rules to provide people with additional context and authoritative information about COVID-19." |
| YouTube | **Partial.** "When you search or watch videos related to topics prone to misinformation, such as the moon landing, you may see an information panel at the top of your search results or under a video you're watching." "As a continuation of our efforts to combat COVID-19 related misinformation, we're updating our COVID-19 information panels to include links to COVID-19 vaccine info. The updated panels may show in search results and on watch pages related to COVID-19 or COVID-19 vaccine info." |
| TikTok | **No.** *While TikTok's policy states it will apply COVID-19 information labels to any content that is about COVID-19, it does not state that it will label misinformation content differently or explicitly.* |
| Pinterest | **No.** *Pinterest does not have a policy approach for misleading vaccine-related content other than removing that content.* |
| Nextdoor | **Partial.** *While Nextdoor has a policy that applies labels to "certain posts related to COVID-19 that direct to the CDC for trusted information," it is unclear if this policy is applied to all COVID-19 information or posts that share COVID-19 misinformation.* |
| Reddit | **Partial.** *While Reddit's Quarantined Subreddits have a warning label that "requires users to explicitly opt-in to viewing the content," Reddit does not apply labels to post-level content, where vaccine misinformation can spread.* |

Table D.9

175

Case: 23-30445   Document: 43-8   Page: 73   Date Filed: 07/17/2023

Date Filed: 07/17/2023    Page: 74    Document: 43-8    Case: 23-30445

D. Platform Policy Tables (Sources)

## Sources

- Facebook / Instagram
  - ► "Mark Zuckerberg Announces Facebook's Plans to Help Get People Vaccinated Against COVID-19," Facebook Newsroom.
- Twitter
  - ► Twitter Safety, "COVID-19: Our approach to misleading vaccine information."
- YouTube
  - ► "Information panel giving topical context," YouTube Help Center, accessed October 1, 2021, https://support.google.com/youtube/answer/9004474?hl=en.
  - ► "Coronavirus disease 2019 (COVID-19) updates," YouTube Help Center.
- NextDoor
  - ► Team Nextdoor, "Nextdoor's COVID-19 resources & updates."
- Reddit
  - ► "Quarantined Subreddits," Reddit.

| "Inform" Policies | Universal label policy for all content mentioning COVID-19 |
|---|---|
| Facebook/Instagram | **Yes.** "We're rolling out labels on all posts generally about COVID-19 vaccines that point people to the COVID-19 Information Center globally, and plan to add additional targeted labels about COVID-19 vaccine subtopics." |
| Twitter | **No.** Twitter does not apply a universal label to posts that mention COVID-19 vaccines. |
| YouTube | **Yes.** "As a continuation of our efforts to combat COVID-19 related misinformation, we're updating our COVID-19 information panels to include links to COVID-19 vaccine info. The updated panels may show in search results and on watch pages related to COVID-19 or COVID-19 vaccine info." |
| TikTok | **Yes.** "[a] new vaccine tag to detect and tag all videos with words and hashtags related to the COVID-19 vaccine. We will attach a banner to these videos with the message 'Learn more about COVID-19 vaccines.'" |
| Pinterest | **No.** *Pinterest does not use labels on post-level content.* |
| Nextdoor | **No.** *Nextdoor does not apply a universal label to posts that mention COVID-19 vaccines.* |
| Reddit | **No.** *Reddit does not apply a universal label to posts that mention COVID-19 vaccines.* |

Table D.10

176

Date Filed: 07/17/2023   Page: 75   Document: 43-8   Case: 23-30445

## Sources

- Facebook/Instagram
  - ▸ "Mark Zuckerberg Announces Facebook's Plans to Help Get People Vaccinated Against COVID-19," Facebook Newsroom.
- YouTube
  - ▸ "Coronavirus disease 2019 (COVID-19) updates," YouTube Help Center.
- TikTok
  - ▸ Kevin Morgan, "Taking action against COVID-19 vaccine misinformation."
- Pinterest
  - ▸ "Introducing the Today tab for daily inspiration," Pinterest Newsroom.

## Notes

1. Jamie Longoria et al., "A Limiting Lens: How Vaccine Misinformation Has Influenced Hispanic Conversations Online," *First Draft*, December 8, 2021, https://firstdraftnews. org/wp-content/uploads/2021/12/COVID-19_VACCINE_MISINFORMATION_HISPANIC_COMMUNITIES.pdf.

2. Longoria et al.

3. Jonathan Jarry, "The Anti-Vaccine Movement in 2020," *McGill Office for Science and Society*, May 22, 2020, https://www.mcgill.ca/oss/article/covid-19-pseudoscience/anti-vaccine-movement-2020.

4. Stacy Benoit and Rachel Mauldin, "The "anti-vax" movement: a quantitative report on vaccine beliefs and knowledge across social media," *BMC Public Health* 21, no. 2106 (2021), https://doi.org/10.1186/s12889-021-12114-8.

5. Benoit and Mauldin.

6. Aaron Kandola, "What is an Anti-Vaxxer?," *Medical News Today*, November 4, 2020, https://www.medicalnewstoday.com/articles/anti-vaxxer.

7. Caroline Jack, "Lexicon of lies: Terms for problematic information," *Data & Society Research Institute* 3, no. 22 (2017), https://datasociety.net/pubs/oh/DataAndSociety_LexiconofLies.pdf; Kate Starbird, Ahmer Arif, and Tom Wilson, "Disinformation as collaborative work: Surfacing the participatory nature of strategic information operations," *Proceedings of the ACM on Human-Computer Interaction* 3 (CSCW 2019): 1–26, https://doi.org/10.1145/3359229; EIP, *The Long Fuse: Misinformation and the 2020 Election*.

8. Ladislav Bittman, *The KGB and Soviet Disinformation: An Insider's View* (Washington: Pergamon-Brassey's, 1985).

177

## D. Platform Policy Tables (Sources)

9. Bittman, *The KGB and Soviet Disinformation: An Insider's View*.

10. Jack, "Lexicon of lies: Terms for problematic information."

11. EIP, *The Long Fuse: Misinformation and the 2020 Election*.

12. Karl Popper, *Conjectures and Refutations: The Growth of Scientific Knowledge* (New York: Basic Books, 1962).

13. Naomi Oreskes, *Why Trust Science?* (Princeton, NJ: Princeton University Press, 2019).

14. u/worstnerd, "COVID denialism and policy clarifications," Reddit, September 1, 2021, https://www.reddit.com/r/redditsecurity/comments/pfyqqn/covid_denialism_and_policy_clarifications/.

15. "Evaluating COVID-19 Vaccine Policies on Social Media Platforms," *Virality Project*, February 11, 2021, https://www.viralityproject.org/policy-analysis/evaluating-covid-19-vaccine-policies-on-social-media-platforms.

178

Case: 23-30445     Document: 43-8     Page: 76     Date Filed: 07/17/2023

Case: 23-30445     Document: 43-8     Page: 77     Date Filed: 07/17/2023

# Bibliography

¡No! a la nueva normalidad (@No_Plandemia). "🖼 Dra. Simone Gold. 🖼 Dra. Sherri Tenpenny. 🖼 Dra. Christiane Northrup. 🖼 Dr. Larry Palevsky. 🖼 Dra. Lee Merritt. Nos dicen que las "vacunas" son inseguras..." Twitter, May 8, 2021, 10:23 a.m. https://web.archive.org/web/20210508223630/https://twitter.com/No_ _Plandemia/status/1390975634483163136.

@TwitterSupport. "New labels for government and state-affiliated media accounts." Twitter, August 6, 2020. https://blog.twitter.com/en_us/topics/product/2020/ new-labels-for-government-and-state-affiliated-media-accounts.

"21WIRE Video Banned by YouTube: 'Why You Should Question Vaccine Passports.'" *21st Century Wire*, March 11, 2021. https://21stcenturywire.com/2021/03/11/ 21wire-video-banned-by-youtube-why-you-should-question-vaccine-passports/.

Aarab, Kasra. "Iran Knows Who to Blame for the Virus: America and Israel." *Foreign Policy*, March 19, 2020. https://foreignpolicy.com/2020/03/19/iran-irgc-coronavirus-propaganda-blames-america-israel/.

Acquavella, Katherine. "Hank Aaron, 86, Receives COVID-19 Vaccine and Hopes to Inspire Other Black Americans to Do the Same." *CBSSports.com*, January 6, 2021. https://www.cbssports.com/mlb/news/hank-aaron-86-receives-covid-19-vaccine-and-hopes-to-inspire-other-black-americans-to-do-the-same/.

ADL. "Nation of Islam Pushes Anti-COVID-19 Vaccine Message, Alongside Conspiracy Theorists." (blog), November 8, 2021. https://www.adl.org/blog/nation-of-islam-pushes-anti-covid-19-vaccine-message-alongside-conspiracy-theorists.

Ahmadi, Ali Abbas. "Combating misinformation in under-resourced languages: lessons from around the world." *First Draft*, December 17, 2020. https://firstdra ftnews.org/articles/combating-misinformation-in-under-resourced-languages-lessons-from-around-the-world/.

179

Date Filed: 07/17/2023   Page: 78   Document: 43-8   Case: 23-30445

Bibliography

Alba, Davey. "Virus Misinformation Spikes as Delta Cases Surge." *New York Times*. Updated August 11, 2021. https://www.nytimes.com/2021/08/10/technology/covid-delta-misinformation-surge.html.

Alba, Davy. "A top spreader of Coronavirus misinformation says he will delete his posts after 48 hours." *New York Times in Seattle Times*. Updated August 4, 2021. https://www.seattletimes.com/nation-world/a-top-spreader-of-coronavirus-misinformation-says-he-will-delete-his-posts-after-48-hours/.

"Watch Alex Jones Predict Door to Door Vaccination Squads." *Alex Jones Predictions*, 2021. https://freeworldnews.tv/watch?id=60e5caa839348447c5729075.

Allan, Jani. "I Am One of Millions Who Have Chosen Not to Have a Covid Vaccine. Does That Mean I'm to Be Banned from Planes, Buildings & Shops?" *RT International*, May 8, 2021. https://www.rt.com/op-ed/523218-covid-vaccine-banned-hesitancy/.

ally4freedom (@ally4freedom). Accessed October 1, 2021. https://www.tiktok.com/@ally4freedom.

"Amazon Best Sellers." Amazon. Accessed November 20, 2021. https://web.archive.org/web/20211120054702/https://www.amazon.com/best-sellers-books-Amazon/zgbs/books/.

America, RT (@RTAmerica). "The CDC Is Actually a Vaccine Company." Facebook, January 21, 2021. https://www.facebook.com/watch/?extid=SEO---&v=607386286749107&_rdr.

Andone, Dakin. "Protests are popping up across the US over stay-at-home restrictions." *CNN*. Updated April 17, 2020. https://www.cnn.com/2020/04/16/us/protests-coronavirus-stay-home-orders/index.html.

Andrews, Travis M., and Danielle Paquette. "Trump retweeted a video with false covid-19 claims. One doctor in it has said demons cause illnesses." *Washington Post*, July 29, 2020. https://www.washingtonpost.com/technology/2020/07/28/stella-immanuel-hydroxychloroquine-video-trump-americas-frontline-doctors/.

Annenberg Public Policy Center of the University of Pennsylvania. "Vaccine misinformation and social media: People exposed to vaccine content on social media more likely misinformed than those exposed to it on traditional media." *ScienceDaily*, February 17, 2020. https://www.sciencedaily.com/releases/2020/02/200217163004.htm.

Associated Press. "New York ends religious exemption to vaccine mandate for schoolchildren." *Guardian*, June 13, 2019. https://www.theguardian.com/us-news/2019/jun/13/new-york-vaccines-measles-religion.

180

Date Filed: 07/17/2023   Page: 79   Document: 43-8   Case: 23-30445

————. "Study: Fox Viewers More Likely to Believe COVID Falsehoods." *U.S. News & World Report*, November 10, 2021. https://www.usnews.com/news/health-news/articles/2021-11-10/study-fox-viewers-more-likely-to-believe-covid-falsehoods.

Aster, Maggie. "No, other people's Covid vaccines can't disrupt your menstrual cycle." *New York Times*, April 29, 2021. https://www.nytimes.com/2021/04/29/technology/covid-vaccine-period-conspiracy.html.

Baker, Jeffrey P. "Mercury, Vaccines, and Autism." *American Journal of Public Health* 98, no. 2 (February 2008): 244–53. https://doi.org/10.2105/AJPH.2007.113159.

Ballotpedia. "State Government Policies about Vaccine Requirements (Vaccine Passports)." Updated August 25, 2021. https://ballotpedia.org/State_government_policies_about_vaccine_requirements_(vaccine_passports).

Bandeira, Luiza, et al. "Weaponized: How Rumors About COVID-19's Origins Led to a Narrative Arms Race." *DFRLab*, February 2021. https://www.atlanticcouncil.org/wp-content/uploads/2021/02/Weaponized-How-rumors-about-COVID-19s-origins-led-to-a-narrative-arms-race.pdf.

Bannon, Steve. "Dr. Yan: COVID-19 is Chinese Military Bioweapon That Can Be Used More Than Once." *War Room: Pandemic*, April 2, 2021. https://warroom.org/2021/04/02/dr-yan-COVID-19-is-chinese-military-bioweapon-that-can-be-used-more-than-once/.

Bannon's War Room. "Episode 993 — The Clever Lies of Covid-19...Dr. Michael Yeadon Exposes Why Governments Lied About Covid." Rumble. Accessed September 6, 2021. https://rumble.com/vhy4vl-episode-993-the-clever-lies-of-covid-19dr.-michael-yeadon-exposes-why-gover.html.

————. "Ex-Pfizer VP Yeadon Warns: Children 50 Times More Likely to Die From Vaccine Than Virus." Rumble, June 9, 2021. https://web.archive.org/web/20210715073052/https://rumble.com/viaz6n-ex-pfizer-vp-yeadon-warns-children-50-times-more-likely-to-die-from-vaccine.html.

Baragona, Justin. "Fox's COVID Contrarian: 'Even If I'm Wrong' on Coronavirus, 'It's Useful to Have Me.'" *The Daily Beast*. Updated April 2, 2021. https://www.thedailybeast.com/covid-contrarian-alex-berenson-says-even-if-im-wrong-on-coronavirus-its-useful-to-have-me.

Barlett, Tom. "The Vaccine Scientist Spreading Vaccine Misinformation." *Atlantic*. Updated August 23, 2021. https://www.theatlantic.com/science/archive/2021/08/robert-malone-vaccine-inventor-vaccine-skeptic/619734/.

BBC. "Coronavirus: Anti-Lockdown Protests Grow Across US," April 17, 2020. https://web.archive.org/web/20200417172715/https://www.bbc.com/news/world-us-canada-52330531.

Bibliography

Beachum, Lateshia. "Far-right sources on Facebook get more engagement than any other political posts, study finds." *Washington Post*, March 4, 2021. https://www.washingtonpost.com/technology/2021/03/04/far-right-extreme-study-facebook/.

Beckford, Checkey. "Brooklyn Woman Fired From Job After Not Getting Vaccine Because She Wanted to Wait." *NBC New York*, February 17, 2021. https://www.nbcnewyork.com/news/brooklyn-woman-fired-from-job-after-not-getting-vaccine-because-she-wanted-to-wait/2892578/.

Benecke, Olivia, and Sarah Elizabeth DeYoung. "Anti-Vaccine Decision-Making and Measles Resurgence in the United States." *Global Pediatric Health*, no. 6 (January 2019): 1–5. https://doi.org/10.1177/2333794X19862949.

Benkler, Yochai. "A Political Economy of the Origins of Asymmetric Propaganda in American Media." In *The Disinformation Age: Politics, Technology, and Disruptive Communication in the United States: SSRC Anxieties of Democracy*, edited by W. Lance Bennett and Steven Livingston, 43–66. Cambridge: Cambridge University Press, 2020. https://www.cambridge.org/core/books/disinformation-age/political-economy-of-the-origins-of-asymmetric-propaganda-in-american-media/10D034A14EA79BDEED26B75EC80B8625.

Benkler, Yochai, et al. "Mail-In Voter Fraud: Anatomy of a Disinformation Campaign." *Berkman Center Research Publication No. 2020-6*, October 2, 2020. https://cyber.harvard.edu/publication/2020/Mail-in-Voter-Fraud-Disinformation-2020.

———. "Network Propaganda: Manipulation, Disinformation, and Radicalization in American Politics." (Oxford), 2018. https://oxford.universitypressscholarship.com/view/10.1093/oso/9780190923624.001.0001/oso-9780190923624.

Benoit, Stacy, and Rachel Mauldin. "The "anti-vax" movement: a quantitative report on vaccine beliefs and knowledge across social media." *BMC Public Health* 21, no. 2106 (2021). https://doi.org/10.1186/s12889-021-12114-8.

Berenson, Alex (@AlexBerenson). "And there it is: although I must warn I don't have firsthand knowledge of this interview – can someone provide a direct link if possible? https://t.co/XaMl6szSyV." Twitter, June 12, 2021. https://web.archive.org/web/20210619061316/https://twitter.com/alexberenson/status/1403800772345745411.

——— (@AlexBerenson). "As the kids say, lolcatz. Though Moderna avoids calling what it does gene therapy (in part because regnlators historically look harder at gene therapy than other biologics), the scientific literature is less discreet. Katalin Kariko invented the idea back in 1990; she would know." Twitter, March 14, 2021. http://web.archive.org/web/20210822182205/https://twitter.com/AlexBerenson/status/1371249209777721345.

182

Case: 23-30445   Document: 43-8   Page: 80   Date Filed: 07/17/2023

Date Filed: 07/17/2023    Page: 81    Document: 43-8    Case: 23-30445

———— (@AlexBerenson). "Didja ever notice that more than two days after his cardiac arrest, neither Christian Eriksen nor his medical team has said ANYTHING about his vaccination status? all we have are conflicting comments from the team he was NOT playing from at the time." Twitter, June 14, 2021. https://web.archive.org/web/20210614172542/https://twitter.com/alexberenson/status/1404487245608873985.

———— (@AlexBerenson). "Fact check: True. Our daughter got MMR and other shots today. (Which is not to say I'm going to be running to the head of the line for a rushed COVID vaccine. You go first! Have at it.)" Twitter, June 15, 2020. https://web.archive.org/web/20210822043632/https://twitter.com/AlexBerenson/status/1272592613460381698.

———— (@AlexBerenson). "VAERS Now up to 3,486 Post-Covid Vaccine Deaths — Almost as Many as Have Been Reported for Every Other Vaccine Combined in the Database's 30-Year History. Lucky Us, EVERY SINGLE ONE WAS A CO-INCIDENCE! Phew. I Was Starting to Get Worried. https://t.co/TarjDhgO7e." Twitter, April 20, 2021. https://web.archive.org/web/20210519233340/https://twitter.com/alexberenson/status/1384576706137165836.

Betsch, Cornelia, et al. "The influence of vaccine-critical websites on perceiving vaccination risks." *Journal of Health Psychology* 15, no. 3 (2010): 446–55. https://pubmed.ncbi.nlm.nih.gov/20348365/.

Bhandari, Tamara. "Good news: Mild COVID-19 induces lasting antibody protection." *Washington University School of Medicine in St. Louis*, May 24, 2021. https://medicine.wustl.edu/news/good-news-mild-covid-19-induces-lasting-antibody-protection/.

Bittman, Ladislav. *The KGB and Soviet Disinformation: An Insider's View*. Washington: Pergamon-Brassey's, 1985.

Blankenship, Bradley. "I'm No Anti-Vaxxer but There's Obvious Corruption in How MRNA Vaccine Complications Are Downplayed Compared to Other Jabs." *RT International*, June 26, 2021. https://www.rt.com/op-ed/527639-mrna-vaccine-corruption-downplayed/.

Blaskiewicz, Robert. "The Big Pharma conspiracy theory." *Medical Writing* 22, no. 4 (December 2013): 259–61. https://doi.org/10.1179/2047480613Z.0000000001 42.

Bleau, Hannah. "CDC Investigating Death of Teen Who Died After Second Coronavirus Shot." *Breitbart*, July 5, 2021. https://www.breitbart.com/health/2021/07/05/cdc-investigating-death-13-year-old-boy-suddenly-died-second-coronavirus-shot/.

183

-PA01534-

Date Filed: 07/17/2023     Page: 82     Document: 43-8     Case: 23-30445

Bibliography

Bogel-Burroughs, Nicholas, and Jeremy W. Peters. "'You Have to Disobey': Protesters Gather to Defy Stay-at-Home Orders." *New York Times*, April 16, 2020. https://www.nytimes.com/2020/04/16/us/coronavirus-rules-protests.html.

Bongino, Dan. "Excuse me? Did she just say what I think she said?" Facebook, July 6, 2021. https://www.facebook.com/101043269988443/posts/44290317605228 84.

"Books: Covid-19." Amazon. Accessed January 25, 2022. https://web.archive.org/web/20220125211542/https://www.amazon.com/s?k=Covid-19 i=stripbooks&crid=11M9F0PAYFX7T&sprefix=covid-19%2Cstripbooks%2C374&ref=nb_sb_noss.

Bort, Ryan. "Marjorie Taylor Greene Catches Week-Long Twitter Suspension. Is a Permanent Ban Next?" *Rolling Stone*, August 10, 2021. https://www.rollingstone.com/politics/politics-news/marjorie-taylor-greene-twitter-suspension-covid-misinformation-1210131/.

Bricker, Brett, and Jacob Justice. "The Postmodern Medical Paradigm: A Case Study of Anti-MMR Vaccine Arguments." *Western Journal of Communication* 83, no. 2 (2019): 172–89. https://doi.org/10.1080/10570314.2018.1510136.

Broniatyowski, David, et al. "Facebook Pages, the 'Disneyland' Measles Outbreak, and Promotion of Vaccine Refusal as a Civil Right, 2009–2019." *American Journal of Public Health* 110 (October 2020): S312_S318. https://doi.org/10.2105/AJPH.2020.305869.

Brumfiel, Geoff. "Anti-Vaccine Activists Use A Federal Database To Spread Fear About COVID Vaccines." *NPR*, June 14, 2021. https://www.npr.org/sections/health-shots/2021/06/14/1004757554/anti-vaccine-activists-use-a-federal-database-to-spread-fear-about-covid-vaccine.

———. *The Life Cycle of a COVID-19 Vaccine Lie*. podcast: NPR, July 20, 2021. https://www.npr.org/transcripts/1016912079.

Burages, Tami (@tburages). "A week ago today my brother's 13-year-old son had his 2nd covid shot. Less than 3 days later he died. The initial autopsy results (done Friday) were that his heart was enlarged and there was some fluid surrounding it. He had no known health problems. Was on no medications." Twitter, June 20, 2021. https://web.archive.org/web/20210710054935/https://twitter.com/tburages/status/1406796255573991424.

184

Case: 23-30445   Document: 43-8   Page: 83   Date Filed: 07/17/2023

——— (@tburages). "1 have deleted a tweet thread about the sudden death of my nephew following his 2nd covid shot. Fox News and other far-right disinformation networks are politicizing the death and using my tweet to do it. They are causing my family more pain. If you have any questions, DM me." Twitter, June 22, 2021. https://web.archive.org/web/20210712233418/https://twitter.com/tburages/status/1407343080026611713.

Burkhalter, Eddie. "Alabama Doctors Behind Anti-Vaccine Letter to Kay Ivey." *Alabama Political Reporter*, October 1, 2021. https://www.alreporter.com/2021/10/01/alabama-doctors-behind-anti-vaccine-letter-to-kay-ivey/.

Burns, John F. "British Medical Council Bars Doctor Who Linked Vaccine With Autism," May 24, 2010. https://www.nytimes.com/2010/05/25/health/policy/25autism.html.

Caldera, Camille. "Fact check: Operation Warp Speed official discussed vaccine distribution, not mandatory vaccinations." *USA Today*. Updated November 24, 2020. https://www.usatoday.com/story/news/factcheck/2020/11/24/fact-check-post-operation-warp-speed-official-missing-context/6398580002/.

California Department of Health. Accessed October 10, 2021. https://www.cdph.ca.gov.

Cancelo, Natalia Prego. "¿Contagian Los Vacunados?"" ["Are the Vaccinated Contagious?] Rumble, August 29, 2021. https://web.archive.org/web/20210829143814/https://rumble.com/vltqyo-contagian-los-vacunados.html.

———. "Dr. Natalia Prego: The Truth About Covid 19 Shots — Part 1." Rumble, August 24, 2021. https://web.archive.org/web/20210826181603/https://rumble.com/vlmhvu-ozonoterapia-fragmento-del-discurso-de-la-dra-natalia-prego-en-ribadeo.html.

———. "oficial Canal de difusión." Telegram, July 25, 2021, 3:53 a.m. https://web.archive.org/web/20210924192743/https://t.me/NataliaPregoCancelo/59502.

———. "oficial Canal de difusión." Telegram, July 26, 2021, 4:27 p.m. https://web.archive.org/web/20210924192931/https://t.me/DraNataliaPrego/1589.

———. "oficial Canal de difusión." Telegram. Accessed September 1, 2021. https://web.archive.org/web/20210605012903/https://t.me/DraNataliaPrego.

———. "ROBERT MALONE en la Sesión 60 (parte 3) de la comisión de juristas extraparlamentaria de investigación" ["ROBERT MALONE in Session 60 (part 3) of the extra-parliamentary commission of investigative jurists]. Rumble, July 19, 2021. https://web.archive.org/web/20210719174439/https://rumble.com/vk1u8i-robert-malone-en-la-sesin-60-parte-3-de-la-comisin-de-juristas-extraparlame.html.

185

-PA01536-

Date Filed: 07/17/2023   Page: 84   Document: 43-8   Case: 23-30445

Bibliography

Carlin, Sean. "Soccer Star's Collapse Was Unrelated to COVID-19 Vaccine." *FactCheck.Org*, June 21, 2021. https://www.factcheck.org/2021/06/scicheck-soccer-stars-collapse-was-unrelated-to-covid-19-vaccine/.

Carlson, Tucker. "Sen Ron Johnson explains why he's not getting the vaccine." Facebook, May 11, 2021. https://www.facebook.com/100044382581138/posts/315456519943765.

———. "Senator Ron Johnson explains why he's not getting the vaccine." Facebook, May 11, 2021. https://www.facebook.com/watch/?v=368383401277865.

———. "Tucker Carlson: How Many Americans Have Died after Taking the COVID Vaccine?" *Fox News*, May 6, 2021. https://www.foxnews.com/opinion/tucker-carlson-how-many-americans-have-died-after-taking-the-covid-vaccine.

Caron, Christian. "Facebook Announces Plan to Curb Vaccine Misinformation." *New York Times*, March 7, 2019. https//www.nytimes.com/2019/03/07/technology/facebook-anti-vaccine-misinformation.html.

Caulfield, Mike. "Tropes and Networked Digital Activism #1: Trope-Field Fit." *Hapgood* (blog), June 12, 2021. https://hapgood.us/2021/06/12/participatory-propaganda-tropes-and-trope-field-fit-part-one/.

CBSLA Staff. "'Willing To Lose Everything': Unvaccinated Anesthesiologist Escorted From UCLA Medical Facility, Placed On Unpaid Leave." *CBS Los Angeles KCAL*, October 7, 2021. https://losangeles.cbslocal.com/2021/10/07/willing-to-lose-everything-unvaccinated-anesthesiologist-escorted-ucla-medical-facility-placed-on-unpaid-leave/.

CDC, National Center for HIV, Viral Hepatitis, STD, and TB Prevention. "The Tuskegee Timeline," May 3, 2021. https://www.cdc.gov/tuskegee/timeline.htm.

Center for Countering Digital Hate [(@CCDHate)]. "Del Bigtree is still broadcasting dangerous misinformation about vaccines and Covid to half a million followers on @Facebook, @Instagram and @Twitter. It's time they followed @YouTube and removed his accounts," July 30, 2020. https://twitter.com/CCDHate/status/1288769298304061440/photo/2.

———. "The Disinformation Dozen." Accessed October 1, 2021. https://www.counterhate.com/disinformationdozen.

Centers for Disease Control and Prevention. "CDC Media Statement—Measles Cases in the U.S. Are Highest since Measles Was Eliminated in 2000," April 25, 2019. https://www.cdc.gov/media/releases/2019/s0424-highest-measles-cases-since-elimination.html.

———. "Understanding MRNA COVID-19 Vaccines," March 4, 2021. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/mrna.html.

186

Case: 23-30445   Document: 43-8   Page: 85   Date Filed: 07/17/2023

Bibliography

————. "Vaccinate with Confidence: Strategy to Reinforce Confidence in Covid-19 Vaccines." Accessed October 1, 2021. https://www.cdc.gov/vaccines/covid-19/vaccinate-with-confidence.html.

Centola, Damon. "Influencers, Backfire Effects and the Power of the Periphery." In *Personal Networks*, edited by Mario Small et al. Cambridge: Cambridge University Press, October 2021. https://ndg.asc.upenn.edu/wp-content/uploads/2020/11/Centola_InfluencersBackfire-Effects-and-the-Power-of-the-Periphery_in_PersonalNetworks.pdf.

————. "The Complex Contagion Of Doubt In The Anti-Vaccine Movement in Meeting the Challenge of Vaccine Hesitancy." Edited by Sabin-Aspen Vaccine Science & Policy Group, May 2020, 126–36. https://ndg.asc.upenn.edu/wp-content/uploads/2020/10/sabin-aspen-report-2020_meeting_the_challenge_of_vaccine_hesitancy.pdf.

Chad, The (@theChadFactor). "Daily reminder I don't care if half the world is vaccinated I'm not taking the vaccine. I don't even take flu shots. A lot of you people need to research Tuskegee seriously." Twitter, July 27, 2021. https://web.archive.org/web/20210727211429/https://twitter.com/TheChadFactor/status/1420130427709366288.

Chen, Keenan. "Conspiracy theory claims Biden covered up 45,000 vaccine deaths." *First Draft*, July 21, 2021. https://firstdraftnews.org/articles/biden-conspiracy-theory-vaccine-deaths-vaers/.

————. "Tennessee Vaccine Official's Firing Was Driven by Misinformation." *First Draft*, July 15, 2021. https://firstdraftnews.org:443/articles/the-misinformation-around-tennessee-vaccine-officials-firing-michelle-fiscus/.

Children's Health Defense Team. "POST A COMMENT: CHD Calls on FDA to Immediately Take COVID Vaccines Off the Market." *The Defender*. Updated May 20, 2021. https://childrenshealthdefense.org/defender/sign-petition-chd-fda-take-covid-vaccines-off-market/.

————. "The Plausible Connection between Vaccines and SIDS." *Children's Health Defense*, June 26, 2018. https://childrenshealthdefense.org/news/the-plausible-connection-between-vaccines-and-sids/.

Cilliza, Chris. "Americans read headlines. And not much else." *Washington Post*, March 19, 2014. https://www.washingtonpost.com/news/the-fix/wp/2014/03/19/americans-read-headlines-and-not-much-else.

Clark, Michelle. "Reddit bans anti-vaccine subreddit r/NoNewNormal after site-wide protest." *The Verge*, September 1, 2021. https://www.theverge.com/22652705/reddit-covid-misinformation-ban-nonewnormal-health-policies.

187

## Bibliography

Clark, Peter, et al. "Vaccinations and the Influence of Social Media in the United States." *Journal of Neonatology & Clinical Pediatrics* 7, no. 42 (January 27, 2020). https://doi.org/10.24966/NCP-878X/100042.

Clout, Daily. "Watch Dr Naomi Wolf Discuss 'Why Vaccine Passports Equal Slavery Forever.'" YouTube, March 30, 2021. https://web.archive.org/web/2021080809 3551/https://www.youtube.com/watch?v=pWoDbGNt4wg.

Colarossi, Natalie. "GOP Sen. Ron Johnson under Fire for Holding Event on Adverse Reactions to COVID Vaccines." *Newsweek*, June 26, 2021. https://www.newswe ek.com/gop-sen-ron-johnson-under-fire-holding-event-adverse-reactions-covid-vaccines-1604411.

Conger, Kate. "Twitter, in Widening Crackdown, Removes Over 70,000 QAnon Accounts." *New York Times*, January 11, 2021. https://www.nytimes.com/2021/01/11/technology/twitter-removes-70000-qanon-accounts.html.

Connett, David. "Naomi Wolf Banned from Twitter for Spreading Vaccine Myths." *Guardian*, June 5, 2021. https://www.theguardian.com/books/2021/jun/05/naomi-wolf-banned-twitter-spreading-vaccine-myths.

Contreras, Russel. "Holocaust camparisons by anti-vax movement denounced." *Axios*, August 5, 2021. https://www.axios.com/holocaust-anti-vax-anti-mask-protests-denounced-883c509b-e8f9-443d-8447-a9ddf896dfad.html.

"Israel to Open Leisure Facilities to Vaccinated – as It Happened." *Coronavirus live* (blog), February 10, 2021. https://www.theguardian.com/world/live/2021/feb/10/coronavirus-live-news-annual-vaccine-may-be-needed-says-jj-chief-spain-tops-3m-cases.

"Cosēva." Cosēva. Accessed September 6, 2021. https://www.coseva.com.

Creitz, Charles. "Alex Berenson says worldwide COVID outbreak has so far only been 'slightly worse than a bad flu year.'" *Fox News*, August 12, 2020. https://www.foxnews.com/media/alex-berenson-worldwide-coronavirus-bad-flu-year.

———. "Alex Berenson: Media doesn't want to 'cover anything that says masks may not be God's gift to all of us.'" *Fox News*, October 13, 2020. https://www.foxnews.com/media/alex-berenson-covid-mask-wearing-scientists-censored.

Cybersecurity & Infrastructure Security Agency. "Mis, Dis, Malinformation." Accessed October 1, 2021. https://www.cisa.gov/mdm.

———. "Rumor Control: Election Security Rumor vs. Reality." Accessed October 1, 2021. https://www.cisa.gov/rumorcontrol.

188

Case: 23-30445   Document: 43-8   Page: 86   Date Filed: 07/17/2023

Case: 23-30445     Document: 43-8     Page: 87     Date Filed: 07/17/2023

D'Ambrosio, Amanda. "Who Are the Scientists Behind the Great Barrington Declaration?" *MedPage Today*, October 19, 2020. https://www.medpagetoday.com/infectiousdisease/covid19/89204.

Daoust, Antoine. "La Russie Derrière Une Campagne De Lobbying Anti Pfizer?" *Fact and Furious*, May 24, 2021. https://factandfurious.com/international/moscou-derriere-une-campagne-de-lobbying-anti-pfizer.

Dapcevich, Madison. "Did Michael Yeadon Say COVID-19 Vaccine Will Kill Recipients Within 2 Years?" *Snopes*. Accessed September 24, 2021. https://www.snopes.com/fact-check/michael-yeadon-vaccine-death/.

———. "Who Are 'America's Frontline Doctors' and Dr. Stella Immanuel?" *Snopes*. Updated August 27, 2020. https://www.snopes.com/news/2020/07/30/americas-frontline-doctors/.

Darcy, Oliver. "Facebook takes action against 'disinformation dozen' after White House pressure." *CNN*, August 18, 2021. https://www.cnn.com/2021/08/18/tech/facebook-disinformation-dozen/index.html.

DeDominicis, Kali, et al. "Shouting at each other into the void: A linguistic network analysis of vaccine hesitance and support in online discourse regarding California law SB277." *Social Science & Medicine* 266, no. 113216 (December 2020). https://doi.org/10.1016/j.socscimed.2020.113216.

Delaney, Patrick. "EXCLUSIVE - Former Pfizer VP: 'Your government is lying to you in a way that could lead to your death.'" *LifeSite News*, April 7, 2021. https://www.lifesitenews.com/mobile/news/exclusive-former-pfizer-vp-your-government-is-lying-to-you-in-a-way-that-could-lead-to-your-death/.

Dent, Alec. "Did a Teenager Die from Myocarditis after Her Second COVID Shot?" *The Dispatch*, June 16, 2021. https://factcheck.thedispatch.com/p/did-a-teenager-die-from-myocarditis.

Dickson, Caitlin. "Some Evangelicals Fear the 'Mark of the Beast' from a Coronavirus Vaccine." *Yahoo News*, May 14, 2021. https://www.yahoo.com/now/evangelicals-fear-the-mark-of-the-beast-from-a-coronavirus-vaccine-183249943.html.

DiResta, Renée. "Anti-Vaxxers Think This is Their Moment." *Atlantic*, December 20, 2020. https://www.theatlantic.com/ideas/archive/2020/12/campaign-against-vaccines-already-under-way/617443/.

———. "Institutional Authority Has Vanished. Wikipedia Points to the Answer." *Atlantic*, July 21, 2021. https://www.theatlantic.com/ideas/archive/2021/07/cdc-should-be-more-like-wikipedia/619469/.

189

-PA01540-

Case: 23-30445   Document: 43-8   Page: 88   Date Filed: 07/17/2023

## Bibliography

DiResta, Renée, et al. "Telling China's Story: The Chinese Government's Campaign to Shape Global Narratives." *Stanford Internet Observatory*, July 20, 2020. https://fsi-live.s3.us-west-1.amazonaws.com/s3fs-public/sio-china_story_white_paper-final.pdf.

DiResta, Renée. "The Anti-Vaccine Influencers Who Are Merely Asking Questions." *Atlantic*, April 24, 2021. https://www.theatlantic.com/ideas/archive/2021/04/influencers-who-keep-stoking-fears-about-vaccines/618687.

———. "The Right's Disinformation Machine is Getting Ready for Trump to Lose." *Atlantic*, October 20, 2020. https://www.theatlantic.com/ideas/archive/2020/10/the-rights-disinformation-machine-is-hedging-its-bets/616761/.

———. "Virus Experts Aren't Getting the Message Out." *Atlantic*, May 6, 2020. https://www.theatlantic.com/ideas/archive/2020/05/health-experts-dont-understand-how-information-moves/611218/.

DiResta, Renée, and Isabella Garcia-Camargo. "Virality Project (US): Marketing Meets Misinformation." *Virality Project*, May 26, 2020. https://cyber.fsi.stanford.edu/io/news/manufacturing-influence-0.

DiResta, Renée, and Zoe Huczok. "New Truths, Old Lies: Managing shifting consensus in COVID-19 times." *Virality Project*, August 18, 2021. https://www.viralityproject.org/policy-analysis/new-truths-old-lies-.

DiResta, Renée, and Gilad Locan. "Anti-Vaxxers Are Using Twitter to Manipulate a Vaccine Bill." *Wired*, June 8, 2015. https://www.wired.com/2015/06/antivaxxers-influencing-legislation/.

DiResta, Renée, and Claire Wardle. "Online Misinformation About Vaccines." In *Meeting the Challenge of Vaccine Hesitancy*, edited by Sabin-Aspen Vaccine Science & Policy Group, 137–61. May 2020. https://www.sabin.org/sites/sabin.org/files/sabin-aspen-report-2020_meeting_the_challenge_of_vaccine_hesitancy.pdf.

Doctors, America's Frontline. "Medical and Legal Resources to Defend Your Freedom." Accessed October 1, 2021. https://aflds.org.

Dotson, John. "The CCP's New Leading Small Group for Countering the Coronavirus Epidemic—and the Mysterious Absence of Xi Jinping." *The Jamestown Foundation China Brief: A Journal of Analysis and Information* 20, no. 3 (February 13, 2020): 1–9. https://jamestown.org/program/the-ccps-new-leading-small-group-for-countering-the-coronavirus-epidemic-and-the-mysterious-absence-of-xi-jinping/.

"Dr. Joseph Mercola." Facebook. Accessed September 6, 2021. https://www.facebook.com/doctor.health/.

190

"Is Getting the COVID Vaccine Taking the Mark of the Beast?" *Dr. Pate's Blog* (blog), August 1, 2021. https://drpatesblog.com/2021/08/01/is-getting-the-covid-vaccine-taking-the-mark-of-the-beast/.

Drotschmann, Mirko (@Mrwissen2go). "Sehr interessant: Eine Agentur meldet sich und fragt, ob ich Teil einer „Informationskampagne' sein will." Twitter, May 18, 2021, 11:06 a.m. https://twitter.com/mrwissen2go/status/1394716050596450312.

Dubin, Josh (@dubin.josh). "If You Don't Understand Why Many African Americans Are Hesitant to Get the COVID Vaccine - You Should Listen to This Sobering Podcast About…" Instagram, July 25, 2021. https://web.archive.org/web/20210831185729/https://www.instagram.com/p/CRxZ8b6rtgJ/.

Dupuy, Beatrice. "Stressing freedom, vaccine opponents rebranding in virus era." *AP News*, October 22, 2020. https://apnews.com/article/virus-outbreak-pandemics-public-health-us-news-30998a2aca26af17fe14f8da939ec0f4.

Durkee, Alison. "Fox News Viewers' Vaccine Skepticism Drops To Record Low, Poll Finds." *Forbes*, August 5, 2021. https://www.forbes.com/sites/alisondurkee/2021/08/05/vaccine-skepticism-among-fox-news-viewers-drops-to-record-low-poll-finds/.

Dwoskin, Elizabeth. "On social media, vaccine misinformation mixes with extreme faith." *Washington Post*, February 16, 2021. https://www.washingtonpost.com/technology/2021/02/16/covid-vaccine-misinformation-evangelical-mark-beast/.

Earthley (@earthley). "Seems like this is how a lot of people are feeling now. How about you? Ready to take your family's health into your own hands? Grab this FREE guide: https://www.earthley.com/…/a-beginners…/ref/facebook." Facebook, July 13, 2021. https://www.facebook.com/749122528556667/posts/2341220599346844.

———— (@earthley). "Thank you, Candace! 😘" Twitter, July 10, 2021. https://www.facebook.com/749122528556667/posts/2338654022936835.

———— (@earthley). "This…is heartbreaking. This is 'safe?' Then what is DANGEROUS??" Facebook, July 11, 2021. https://www.facebook.com/74912252855666 7/posts/2339372269531677.

Edelson et al. "Understanding Engagement with U.S. (Mis)Information News Sources on Facebook." In *Proceedings of the 21st ACM Internet Measurement Conference*, 444–63. New York: ACM, November 2021. https://doi.org/10.1145/3487552.3487859.

191

Case: 23-30445      Document: 43-8      Page: 90      Date Filed: 07/17/2023

Bibliography

Edmonson, Catie. "Marjorie Taylor Greene's Controversies Are Piling Up. Republicans Are Quiet." *New York Times*, January 29, 2021. https://www.nytimes.com/2021/01/29/us/politics/marjorie-taylor-greene-republicans.html.

Eisen, Erica X. "'The Mark of the Beast': Georgian Britain's Anti-Vaxxer Movement." *The Public Domain Review*, April 27, 2021. https://publicdomainreview.org/essay/the-mark-of-the-beast-georgian-britains-anti-vaxxer-movement.

Election Integrity Partnership. *The Long Fuse: Misinformation and the 2020 Election.* V1.3.0. Stanford Digital Repository: Election Integrity Partnership, 2021. https://purl.stanford.edu/tr171zs0069.

Elfrink, Tim, Ben Guarino, and Chris Mooney. "CDC reverses itself and says guidelines it posted on coronavirus airborne transmission were wrong." *Washington Post*, September 21, 2020. https://www.washingtonpost.com/nation/2020/09/21/cdc-covid-aerosols-airborne-guidelines/.

Enserink, Martin, and Jon Cohen. "Fact-checking Judy Mikovits, the controversial virologist attacking Anthony Fauci in a viral conspiracy video." *Science*, May 8, 2020. https://www.science.org/content/article/fact-checking-judy-mikovits-controversial-virologist-attacking-anthony-fauci-viral.

Ernie. "Misleading: The Influencer Dominique De Silva (@queencitydom) Had an Extreme Adverse Reaction to the COVID Vaccine and Now Suffers from Tremors and Paralysis." *Logically*, August 16, 2021. https://www.logically.ai/factchecks/library/83a31d81.

European Medicines Agency. "Cyberattack on EMA — update 5," January 15, 2021. https://www.ema.europa.eu/en/news/cyberattack-ema-update-5.

———. "EudraVigilance." Accessed September 17, 2021. https://www.ema.europa.eu/en/human-regulatory/research-development/pharmacovigilance/eudravigilance.

"COVID-19 Information Center." *Facebook*, October 1, 2021. https://www.facebook.com/coronavirus_info/.

"July 2021 Coordinated Inauthentic Behavior Report." *Facebook*, July 2021. https://about.fb.com/wp-content/uploads/2021/08/July-2021-CIB-Report.pdf.

Facebook. "Combatting Vaccine Misinformation." *Facebook Newsroom*, June 22, 2020. https://about.fb.com/news/2019/03/combatting-vaccine-misinformation/.

"Fact-Checking on Facebook." *Facebook Business Help Center.* Accessed October 1, 2021. https://www.facebook.com/business/help/2593586717571940?id=673052479947730.

192

Date Filed: 07/17/2023   Page: 91   Document: 43-8   Case: 23-30445

"Promoting Authoritative Information about Covid-19 Vaccines." *Facebook for Media* (blog). Accessed October 1, 2021. https://www.facebook.com/formedia/promoting-authoritative-information-about-covid-19-vaccines.

"COVID-19 and Vaccine Policy Updates & Protections." *Facebook Help Center*. Accessed October 1, 2021. https://www.facebook.com/help/230764881494641/.

"Providing context on sensitive or misleading content." *Facebook Transparency Center*, 2021. https://transparency.fb.com/enforcement/taking-action/context-on-sensitive-misleading-content/.

"Violence and Incitement." *Facebook Transparency Center*. Accessed October 1, 2021. https://transparency.fb.com/policies/community-standards/violence-incitement/.

"Fact-check Search: healthnutnews." Iffy.news. https://iffy.news/fact-check-search/?q=healthnutnews.

Faife, Corin. "New social media transparency bill would force Facebook to open up to researchers." *The Verge*, December 10, 2021. https://www.theverge.com/2021/12/10/22827957/senators-bipartisan-pata-act-social-media-transparency-section-230.

Fauzia, Miriam. "Fact check: Disappearing needle in COVID-19 vaccination video is standard equipment." *USA Today*. Updated May 26, 2021. https://www.usatoday.com/story/news/factcheck/2021/05/26/fact-check-video-vaccination-features-retractable-syringe/5199034001/.

———. "Fact check: No, interacting with a vaccinated person won't cause miscarriage or menstrual changes." *USA Today*. Updated April 28, 2021. https://www.usatoday.com/story/news/factcheck/2021/04/27/fact-check-exposure-vaccinated-person-wont-cause-miscarriage/7303796002/.

———. "Fact Check: Not Likely That COVID-19 Vaccine Was Cause of Hank Aaron's Death." *USA TODAY*. Updated January 27, 2021. https://www.usatoday.com/story/news/factcheck/2021/01/26/fact-check-hank-aaron-death-unlikely-result-covid-19-vaccine/6699577002/.

Fichera, Angelo. "Report Resurrects Baseless Claim that Coronavirus Was Bioengineered." *FactCheck.org*, September 17, 2020. Updated June 29, 2021. https://www.factcheck.org/2020/09/report-resurrects-baseless-claim-that-coronavirus-was-bioengineered/.

Fisher, Max. "The Insane Conspiracy Theories of Naomi Wolf." *Vox*, October 5, 2014. https://www.vox.com/2014/10/5/6909837/naomi-wolf-isis-ebola-scotland-conspiracy-theories.

193

Bibliography _____

Foundation, Rockefeller. *How Communicators Can Fight Misinformation, with The Virality Project.* Aired July 14, 2021. webinar. https://www.rockefellerfoundation. org/video/how-communicators-can-fight-misinformation-with-the-virality-project/.

"Local doctor removing health articles after claims of misinformation." *Fox 4 WFTX* (South Florida). Accessed August 4, 2021. https://www.fox4now.com/news/cor onavirus/local-doctor-removing-health-articles-after-claims-of-misinformation.

"Tucker: People Continue to Ignore the Science." *Fox News*, June 25, 2021. https: //www.foxnews.com/transcript/tucker-carlson-tonight-wednesday-june-23.

"Iran bans import of UK and US Covid-19 vaccines, saying they're 'completely untrustworthy.'" *France 24*, September 1, 2021. https://www.france24.com/ en/middle-east/20210109-iran-bans-import-of-uk-and-us-covid-19-vaccines-saying-they-re-completely-untrustworthy.

Freedom From Mental Slavery. "Tuskegee Study: Black people thought they were receiving free healthcare but instead were injected with Syphilis. This was conducted by the U.S. Public Health Service and happened over a period of 40 years between 1932 and 1972. Let us never forget." Facebook, July 25, 2021. https://www.facebook.com/161399403976816/posts/4137971696319547.

"Freedom Keepers." Accessed September 6, 2021. https://freedomkeepersunited. org/.

Frenkel, Sheera. "The Most Influential Spreader of Coronavirus Misinformation Online." *New York Times*. Updated October 6, 2021. https://www.nytimes. com/2021/07/24/technology/joseph-mercola-coronavirus-misinformation-online.html.

Frenkel, Sheera, Ben Decker, and Davey Alba. "How the 'Plandemic' Movie and Its Falsehoods Spread Widely Online," May 21, 2021. https://www.nytimes.com/ 2020/05/20/technology/plandemic-movie-youtube-facebook-coronavirus.html.

Gabielkov, Maksym, et al. "Social Clicks: What and Who Gets Read on Twitter?" *ACM Sigmetrics / IFIP Performance* (Antibes Juan-les-Pins, France), June 2016. https://hal.inria.fr/hal-01281190/document.

Galvin, Gaby. "Fox News Personalities Started to Promote COVID-19 Vaccines. View-ers Have Taken Notice." *Morning Consult*, August 4, 2021. https://morningcons ult.com/2021/08/04/fox-news-viewers-covid-vaccine-hesitancy/.

Garabona, Justin. "Tucker Carlson Tells His Giant Fox Audience Not to Trust COVID Vaccines." *Daily Beast*, January 19, 2021. https://www.thedailybeast.com/tucker-carlson-tells-his-giant-fox-audience-not-to-trust-covid-vaccines.

194

Giles, Christopher, Shayan Sardarizadeh, and Jack Goodman. "Hydroxychloroquine: Why a video promoted by Trump was pulled on social media." *BBC News*, July 28, 2020. https://www.bbc.com/news/53559938.

Glaser, April, and Brandy Zadrozny. "Distancing from the vaccinated: Viral anti-vaccine infertility misinfo reaches new extremes." *NBC News*. Updated May 14, 2021. https://www.nbcnews.com/tech/internet/viral-vaccine-infertility-misinformation-finds-home-social-media-n1267310.

Gleicher, Nathaniel. "Removing Coordinated Inauthentic Behavior From China." *Facebook Newsroom*, August 19, 2019. https://about.fb.com/news/2019/08/removing-cib-china/.

Gleicher, Nathaniel, et al. "Threat Report: The State of Influence Operations 2017–2020." *Facebook*, May 2021. https://about.fb.com/wp-content/uploads/2021/05/IO-Threat-Report-May-20-2021.pdf.

GLOBALink. "U.S. Fort Detrick should be investigated for COVID-19 origin tracing: experts." *Xinhua Global Services*, August 14, 2021. http://www.xinhuanet.com/english/2021-08/14/c_1310127064.htm.

Gold, Dr. Simone (@drsimonegold). Accessed October 1, 2021. https://twitter.com/drsimonegold.

——— (@drsimonegold). "The founder of Shake Shack says his company will require proof of vaccination for both employees AND customers. I encourage everyone to boycott this business. No corporation or government has a right to demand to see your private health documents." Twitter, August 1, 2021. https://twitter.com/drsimonegold/status/1421750765866029058.

——— (@drsimonegold). "WOW: @RoyalCaribbean cruises is now requiring you to get an experimental vaccine to book a cruise with them. I will be boycotting the company instead. Who else is with me? #BoycottRC." Twitter, March 20, 2021. https://twitter.com/drsimonegold/status/1373361332062412810.

Golebiewski, Michael, and danah boyd. "Data Voids: Where Missing Data Can Easily Be Exploited." *Data & Society*, October 29, 2019. https://datasociety.net/wp-content/uploads/2019/11/Data-Voids-2.0-Final.pdf.

Good to Know. "A Manufactured Illusion. Dr David Martin with Reiner Fuellmich 9-7-21." Rumble. Accessed July 13, 2021. https://rumble.com/vjs7pt-a-manufactured-illusion.-dr-david-martin-with-reiner-fuellmich-9-7-21.html.

Graphika. "Ants in a Web: Deconstructing Guo Wengui's Online 'Whistleblower Movement.'" *Graphika*, May 2021. https://public-assets.graphika.com/reports/graphika_report_ants_in_a_web.pdf.

Date Filed: 07/17/2023    Page: 93    Document: 43-8    Case: 23-30445

195

-PA01546-

Date Filed: 07/17/2023    Page: 94    Document: 43-8    Case: 23-30445

## Bibliography

Graphika Team. "Posing as Patriots." *Graphika*, June 7, 2021. https://graphika.com/reports/posing-as-patriots/.

———. "Step into My Parler," October 1, 2020. https://graphika.com/reports/step-into-my-parler/.

Greenberg, Jon. "COVID-19 skeptics say there's an overcount. Doctors in the field say the opposite." *PolitiFact*. Updated October 27, 2020. https://www.politifact.com/factchecks/2020/apr/14/candace-owens/covid-19-skeptics-say-theres-overcount-doctors-fie/.

———. "Marjorie Taylor Greene says HIPAA shields her from vaccination questions. It doesn't." *Politifact*, July 21, 2021. https://www.politifact.com/factchecks/2021/jul/21/marjorie-taylor-greene/marjorie-taylor-greene-says-hipaa-shields-her-vacc/.

Haelle, Tara. "California Doctor Invokes Holocaust Analogy, Compares Non-Vaccinating Parents To Persecuted Jews." *Forbes*, June 18, 2015. https://www.forbes.com/sites/tarahaelle/2015/06/18/california-doctor-invokes-holocaust-analogy-compares-non-vaccinating-parents-to-jews/.

———. "This Is the Moment the Anti-Vaccine Movement Has Been Waiting For." *New York Times*, August 31, 2021. https://www.nytimes.com/2021/08/31/opinion/anti-vaccine-movement.html.

Hains, Tim. "Naomi Wolf: Mandatory Vaccine Passport Could Lead To The End Of Human Liberty In The West." *RealClearPolitics*, March 29, 2021. https://www.realclearpolitics.com/video/2021/03/29/naomi_wolf_mandatory_vaccine_passport_could_lead_to_end_of_human_liberty_in_the_west.html.

Hall, Christina, and Emma Stein. "'My body, my choice' protesters say of COVID-19 vaccine mandate at Henry Ford Health System." *Detroit Free Press*, July 17, 2021. https://www.freep.com/story/news/local/michigan/2021/07/17/covid-19-vaccine-mandate-protest-henry-ford-hospitals/7985941002/.

Hargrove, Adrianna. "No Link Found When Virginia Woman Dies Shortly after Taking COVID-19 Vaccine." *NBC News*. Updated February 8, 2021. https://www.nbc12.com/2021/02/08/virginia-woman-dies-after-taking-pfizer-vaccine-investigation-underway/.

Hassanein, Nada. "In sprint to COVID-19 vaccine goal, Biden administration to team up with Black barbershops." *USA Today*, June 2, 2021. https://www.usatoday.com/story/news/health/2021/06/02/biden-teams-up-black-barbershops-salons-boost-covid-vaccines/7507768002/.

Hayes, Kennedy. "Michigan Boy, 13, Dies after Second COVID-19 Vaccine Shot." *FOX 32 Chicago (FOX 4 News Dallas-Fort Worth)*, July 5, 2021. https://www.fox4news.com/news/michigan-boy-13-dies-after-second-covid-19-vaccine-shot.

196

"Health Nut News." Media Bias / FactCheck. Updated October 25, 2020. https://mediabiasfactcheck.com/health-nut-news/.

Health Ranger Report. "Dr. Christiane Northrup Gives New Details on Covid Vaccine Shedding / Transmission, Especially among Women." *Brighteon*. Accessed September 6, 2021. https://www.brighteon.com/2aaed9bc-aa22-4da2-bdf8-2b0f2059983a.

———. "Dr. David Martin — Covid Vaccine MRNA Code Is a BIOWEAPON Developed via a Digital SIMULATION." *Brighteon*. Accessed September 6, 2021. https://www.brighteon.com/309412a4-65e5-4bd6-a7c9-52805b5a6b93.

"An Anti-Vaccine Film Targeted To Black Americans Spreads False Information." *HealthLeaders*, June 9, 2021. https://www.healthleadersmedia.com/covid-19/anti-vaccine-film-targeted-black-americans-spreads-false-information.

Helderman, Rosalind S., et al. "How former Trump adviser Steve Bannon joined forces with a Chinese billionaire who has divided the president's allies." *Washington Post*, September 13, 2020. https://www.washingtonpost.com/politics/steve-bannon-guo-wengui/2020/09/13/8b43cd06-e964-11ea-bc79-834454439a44_story.html.

Hernandez, Gina. "New Prompts to Help People Consider before They Share." *TikTok Safety*, August 16, 2019. https://newsroom.tiktok.com/en-us/new-prompts-to-help-people-consider-before-they-share.

Hofstadter, Richard. "The Paranoid Style in American Politics." (Cambridge, MA), November 1964.

Hoft, Joe. "The Great Reset: Big Tech and Big Pharma Join Forces to Build Digital COVID Vaccination Passport." *The Gateway Pundit*, January 17, 2021. https://www.thegatewaypundit.com/2021/01/great-reset-big-tech-big-pharma-joining-forces-build-digital-covid-vaccination-passport/.

Horwitz, Jeff. "Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt." *Wall Street Journal*, September 13, 2021. https://www.wsj.com/articles/facebook-files-xcheck-zuckerberg-elite-rules-11631541353.

Hotez, Peter. "COVID19 meets the antivaccine movement." *Microbes Infect* 22, no. 4 (May–June 2020): 162–64. https://doi.org/10.1016/j.micinf.2020.05.010.

Hotez, Peter J. "America's Deadly Flirtation with Antiscience and the Medical Freedom Movement." *Journal of Clinical Investigation* 131, no. 7 (April 1, 2021): e149072. https://doi.org/10.1172/JCI149072.

197

Case: 23-30445   Document: 43-8   Page: 95   Date Filed: 07/17/2023

Case: 23-30445    Document: 43-8    Page: 96    Date Filed: 07/17/2023

## Bibliography

House, Ellie. "Rumble Sends Viewers Tumbling Toward Misinformation." *Wired*, May 11, 2021. https://www.wired.com/story/rumble-sends-viewers-tumbling-toward-misinformation/.

Howard, Jacqueline, and Virginia Langmaid. "Most states require parental consent for Covid-19 shots for ages 12 to 15, but not all. Here's the list." *CNN*, May 18, 2021. https://www.cnn.com/2021/05/14/health/covid-19-vaccines-teens-parental-consent-wellness/index.html.

Hui, Zhang. "Chinese health experts call to suspend Pfizer's mRNA vaccine for elderly after Norwegian deaths." *Global Times*, January 15, 2021. https://www.globaltimes.cn/page/202101/1212915.shtml.

Hussain, Azhar, et al. "The Anti-vaccination Movement: A Regression in Modern Medicine." *Cureus* 10, no. 7 (July 3, 2019): e2919. https://doi.org/10.7759/cureus.2919.

Impelli, Matthew. "13-Year-Old Dies in Sleep After Receiving Pfizer COVID Vaccine; CDC Investigating." *MSN*, July 2, 2021. https://www.msn.com/en-us/health/medical/13-year-old-dies-in-sleep-after-receiving-pfizer-covid-vaccine-cdc-investigating/ar-AALHXDL.

————. "13-Year-Old Dies in Sleep After Receiving Pfizer COVID Vaccine; CDC Investigating." *Newsweek*, July 2, 2021. https://www.newsweek.com/13-year-old-dies-sleep-after-receiving-pfizer-covid-vaccine-cdc-investigating-1606529.

"Rep. Marjorie Taylor Greene's history of spreading bizarre conspiracy theories, from space lasers to Frazzledrip." *Insider*, February 5, 2021. https://www.insider.com/marjorie-taylor-greene-jewish-lasers-space-conspiracy-theories-theory-history-2021-2.

"Helping People Stay Safe and Informed about COVID-19 Vaccines." *Instagram*, 2021. https://about.instagram.com/blog/announcements/continuing-to-keep-people-safe-and-informed-about-covid-19.

Jack, Caroline. "Lexicon of lies: Terms for problematic information." *Data & Society Research Institute* 3, no. 22 (2017). https://datasociety.net/pubs/oh/DataAndSociety_LexiconofLies.pdf.

Jackson, Jasper, Alexandra Heal, and Tom Wall. "Facebook 'still too slow to act on groups profiting from Covid conspiracy theories.'" *Guardian*, March 11, 2021. https://www.theguardian.com/technology/2021/apr/11/facebook-still-too-slow-to-act-on-groups-profiting-from-covid-conspiracy-theories.

Jamarillo, Catalina. "No Scientific Basis for Vaccine 'Shedding' Claims." *FactCheck.org*, May 11, 2021. https://www.factcheck.org/2021/05/scicheck-covid-19-vaccines-spike-protein-only-get-into-those-who-receive-it-no-shedding/.

198

Case: 23-30445      Document: 43-8      Page: 97      Date Filed: 07/17/2023

Jamison, Peter. "Anti-vaccination leaders seize on coronavirus to push resistance
  to inoculation." *Washington Post*, May 5, 2020. https://www.washingtonpost.
  com/dc-md-va/2020/05/05/anti-vaxxers-wakefield-coronavirus-vaccine/.

Jarry, Jonathan. "The Anti-Vaccine Movement in 2020." *McGill Office for Science
  and Society*, May 22, 2020. https://www.mcgill.ca/oss/article/covid-19-
  pseudoscience/anti-vaccine-movement-2020.

"ADL Slams RFK Jr. for Vaccines-Holocaust Analogy." *Jewish Telegraphic Agency*,
  April 14, 2015. https://www.jta.org/2015/04/14/united-states/adl-slams-rfk-jr-
  for-vaccines-holocaust-analogy.

Jin, Kang-Xing. "Updating Our Ad Policy for COVID-19 Vaccines." Updated Decem-
  ber 18, 2020. https://about.fb.com/news/2020/12/coronavirus/#latest.

Johnson, Neil, et al. "The online competition between pro- and anti-vaccination
  views." *Nature* 582 (May 13, 2020): 230–33. https://doi.org/10.1038/s41586-
  020-2281-1.

Jr, Robert F. Kennedy (@RobertKennedyJr). "#Norway upped the number of deaths
  under investigation, from 23 last week to 33, while in #Germany, health officials
  said they are investigating 10 deaths that occurred among elderly patients who
  received the #COVID #vaccine. #TheDefender https://t.co/Y5FxxyIJcK." Twitter,
  January 18, 2021. https://web.archive.org/web/20210425131919/https:
  //twitter.com/RobertKennedyJr/status/1351277936607948800.

——— (@robertkennedyjr). "Hank Aaron's tragic death is part of a wave of suspi-
  cious deaths among elderly closely following administration of COVID vaccines.
  The baseball legend received the Moderna vaccine on Jan. 5, in an attempt
  to inspire other Black Americans to step up to the plate and get the vaccine.
  https://t.co/VbuHt22bJz." Twitter, January 22, 2021. https://web.archive.
  org/web/20210826175814/https://twitter.com/robertkennedyjr/status/
  1352748139665645569.

———(@robertkennedyjr). "Here's the latest CDC VAERS numbers…https://t.co/3EitLBj5ql."
  Twitter, June 25, 2021. https://web.archive.org/web/20210723205815/https:
  //twitter.com/robertkennedyjr/status/1408530941430009857.

Judd, Donald, Maegan Vazquez, and Donie O'Sullivan. "Biden says platforms like
  Facebook are 'killing people' with Covid misinformation." *CNN*, July 17, 2021.
  https://www.cnn.com/2021/07/16/politics/biden-facebook-covid-19/index.
  html.

Kalichman, Seth, et al. "Faster than warp speed: early attention to COVID-19 by
  anti-vaccine groups on Facebook." *Journal of Public Health*, April 9, 2021. https:
  //doi.org/doi:10.1093/pubmed/fdab093.

Bibliography

Kandola, Aaron. "What is an Anti-Vaxxer?" *Medical News Today*, November 4, 2020. https://www.medicalnewstoday.com/articles/anti-vaxxer.

Kantrowitz, Alex. "Facebook Is Taking Down Posts That Cause Imminent Harm— But Not Posts That Cause Inevitable Harm." *BuzzFeed*, May 23, 2020. https://www.buzzfeednews.com/article/alexkantrowitz/facebook-coronavirus-misinformation-takedowns.

Kaplan, Alex. "In 2021, the bond between QAnon and anti-vaxxers grew even stronger." *Media Matters for America*. https://www.mediamatters.org/qanon-conspiracy-theory/2021-bond-between-qanon-and-anti-vaxxers-grew-even-stronger.

Kasprac, Alex. "FACT CHECK: Have Sixty Holistic Doctors Died Suspicious Deaths In the Past Year?" *Snopes*. Updated March 26, 2018. https://www.snopes.com/fact-check/holistic-doctor-death-conspiracy/.

Kata, Anna. "A postmodern Pandora's box: Anti-vaccination misinformation on the Internet." *Vaccine* 28 (2010): 1709–16. https://immunize.ca/sites/default/files/resources/1700e.pdf.

———. "Anti-Vaccine Activists, Web 2.0, and the Postmodern Paradigm — An Overview of Tactics and Tropes Used Online by the Anti-Vaccination Movement." *Vaccine* 30, no. 25 (May 28, 2012): 3778–89. https://doi.org/10.1016/j.vaccine.2011.11.112.

Kertscher, Tom. "COVID-19 death rate in England much higher among unvaccinated than vaccinated." *PolitiFact*, October 29, 2021. https://www.politifact.com/factchecks/2021/oct/29/alex-berenson/covid-19-death-rate-england-much-higher-among-unva/.

———. "No evidence that COVID-19 vaccinations caused deaths of senior citizens." *PolitiFact*, February 5, 2021. https://www.politifact.com/factchecks/2021/feb/05/facebook-posts/no-evidence-covid-19-vaccinations-caused-deaths-se/.

———. "Vaccines Do Not Cause Sudden Infant Death Syndrome." *PolitiFact*, October 28, 2021. https://www.politifact.com/factchecks/2021/oct/28/viral-image/vaccines-do-not-cause-sudden-infant-death-syndrome/.

Khan, Saheer, and Vignesh Ramachandran. "Millions depend on private messaging apps to keep in touch. They're rife with misinformation." *PBS NewsHour*, November 5, 2021. https://www.pbs.org/newshour/world/millions-depend-on-private-messaging-apps-to-keep-in-touch-theyre-ripe-with-misinformation.

Khandelwal, Devika, Nick Backovic, and Edie Miller. "California Woman Behind Anti-Vax Site Outperforming Government Database." *Logically*, August 12, 2021. https://www.logically.ai/articles/california-woman-anti-vax-site-openvaers.

200

Date Filed: 07/17/2023   Page: 98   Document: 43-8   Case: 23-30445

Date Filed: 07/17/2023   Page: 99   Document: 43-8   Case: 23-30445

Kleefeld, Eric. "Tucker Carlson guest falsely claims that Israel's vaccine rollout hasn't worked. In fact, the rollout shows that the vaccine works." *Media Matters for America*, March 9, 2021. https://www.mediamatters.org/coronavirus-covid-19/tucker-carlson-guest-falsely-claims-israels-vaccine-rollout-hasnt-worked-fact.

Knockel, Jeffrey, et al. "WE CHAT, THEY WATCH: How international users unwittingly build up WeChat's Chinese censorship apparatus." *The Citizen Lab*, May 7, 2020. https://tspace.library.utoronto.ca/bitstream/1807/101395/1/Report 23127%E2%80%94wechattheywatch-web.pdf.

Kolata, Gina. "Kati Kariko Helped Shield the World From the Coronavirus." *New York Times*, April 8, 2021. https://www.nytimes.com/2021/04/08/health/coronavirus-mrna-kariko.html.

Koltai, Kolina, et al. "Vaccine 'Shedding' Narratives Targeted toward Women." *The Virality Project*, April 27, 2021. https://www.viralityproject.org/rapid-response/vaccine-shedding-narratives-targeted-toward-women.

Koltai, Kolina, Jack Nassetta, and Kate Starbird. ""Friend-of-a-Friend" Stories as a Vehicle for Misinformation." *Election Integrity Partnership*, October 26, 2020. https://www.eipartnership.net/rapid-response/friend-of-a-friend-stories-as-a-vehicle-for-misinformation.

Kozlowska, Hanna. "Hispanics use WhatsApp more than any other ethnic or racial group in the US." *Quartz*, March 2, 2018. https://qz.com/1220212/hispanics-use-whatsapp-more-than-any-other-ethnic-or-racial-group-in-the-us/.

Kusi Newsroom. "Alex Berenson explains why lockdowns and masks don't control spread of coronavirus." *KUSI News San Diego*, December 14, 2020. https://www.kusi.com/alex-berenson-explains-why-lockdowns-and-masks-dont-control-spread-of-coronavirus/.

Kwan, Victoria, Claire Wardle, and Madelyn Webb. "Tips for Reporting on COVID-19 and Slowing the Spread of Misinformation." *First Draft*, March 10, 2020. https://firstdraftnews.org/latest/tips-for-reporting-on-covid-19-coronavirus-and-slowing-the-spread-of-misinformation/.

KY, KING (@DaddyKy_). "Yeaaa it's time to get @POTUS on up out of the house.. You can't force ppl to get a vaccine. We remember the Tuskegee Syphilis Study sir.. Why they hell should we trust what the government say when all y'all ever done was let us down?? Now you want us to have faith in y'all? 😩." Twitter, July 27, 2021. https://web.archive.org/web/20210831050326/https://twitter.com/ThatGuyOGPrime/status/1420042590821527552.

Case: 23-30445   Document: 43-8   Page: 100   Date Filed: 07/17/2023

## Bibliography

LaFrance, Adrienne. "The Prophecies of Q." *Atlantic*, May 14, 2020. https://www.theatlantic.com/magazine/archive/2020/06/qanon-nothing-can-stop-what-is-coming/610567/.

Lakshmanan, Rekha, and Jason Sabo. "Lessons from the Front Line: Advocating for Vaccine Policies at the Texas Capitol During Turbulent Times." *Journal of Applied Research on Children: Informing Policy for Children at Risk* 10, no. 2 (2019): article 6. https://digitalcommons.library.tmc.edu/childrenatrisk/vol10/iss2/6.

Lam, Vivian. "Alex Jones," November 14, 2021. https://www.politifact.com/personalities/alex-jones/.

Lane, Randall. "Kanye West Says He's Done With Trump—Opens Up About White House Bid, Damaging Biden And Everything In Between." *Forbes*, July 8, 2020. https://www.forbes.com/sites/randalllane/2020/07/08/kanye-west-says-hes-done-with-trump-opens-up-about-white-house-bid-damaging-biden-and-everything-in-between/.

Larsson, Paula. "The Inherent Racism of Anti-Vaxx Movements." *Alliance for Science*, July 19, 2021. https://allianceforscience.cornell.edu/blog/2021/07/the-inherent-racism-of-anti-vaxx-movements/.

Lasater, Sarah, Rekha Lakshmanan, and Kirsten Matthews. "Vaccine Legislation in Texas and the Rise of the State Anti-Vaccine Movement: A Survey of Vaccine-Related Bills Filed and Passed in the Texas State Legislature from 2009 to 2019." *Center for Health and Biosciences*, November 2020. https://doi.org/10.25613/316v-r631.

Laufer, Daniel. "Spur nach Russland: Was hinter der Influencerkampagne gegen Biontech steckt." *netzpolitik.org*, May 26, 2021. https://netzpolitik.org/2021/spur-nach-russland-was-hinter-der-influencerkampagne-gegen-biontech-steckt.

Lee, Jon D. "The Utter Familiarity of Even the Strangest Vaccine Conspiracy Theories." *Atlantic*, January 11, 2021. https://www.theatlantic.com/ideas/archive/2021/01/familiarity-strangest-vaccine-conspiracy-theories/617572/.

Lee, Mike (@SenMikeLee). "The best way to calm fears about COVID Vaccines is to be open and forthcoming about possible side effects. My letter with @SenRonJohnson asks the @CDCgov and @US_FDA to do just that. https://Lee.Senate.Gov/Public/_cache/Files/Edb46ad3-0d71-4779-85f1-13a0fb47df10/Letter-to-Cdc-Re-Covid-19-Vaccine-6.29.21.Pdf." Twitter, July 1, 2021. https://web.archive.org/web/20210701134702/https://twitter.com/SenMikeLee/status/1410595766368829440.

202

Date Filed: 07/17/2023    Page: 101    Document: 43-8    Case: 23-30445

Li, Kenneth. "Murdoch receives COVID-19 vaccine as Fox News host casts suspicion on campaign." *Reuters*, December 18, 2020. https://www.reuters.com/article/us-health-coronavirus-murdoch/murdoch-receives-covid-19-vaccine-as-fox-news-host-casts-suspicion-on-campaign-idUSKBN28S2J7.

Litt, Dana, and Scott Waters. "Battling Misinformation Through Health Messaging." *National Institutes of Health*, March 24, 2021. https://www.nih.gov/about-nih/what-we-do/science-health-public-trust/perspectives/science-health-public-trust/battling-misinformation-through-health-messaging.

Longoria, Jamie, et al. "A Limiting Lens: How Vaccine Misinformation Has Influenced Hispanic Conversations Online." *First Draft*, December 8, 2021. https://firstdraftnews.org/wp-content/uploads/2021/12/COVID-19_VACCINE_MISINFORMATION_HISPANIC_COMMUNITIES.pdf.

Lybrand, Holmes. "Fact check: Candace Owens falsely claims CDC proposed putting high-risk people in camps during the pandemic." *Facts First*, August 11, 2021. https://www.cnn.com/2021/08/11/politics/candace-owens-cdc-guidance-camps-fact-check/index.html.

Lybrand, Holmes, and Tara Subramaniam. "Fact-checking Republicans' false narratives around Biden's door-to-door vaccine efforts." *CNN*. Updated July 14, 2021. https://www.cnn.com/2021/07/14/politics/biden-door-to-door-vaccine-fact-check/index.html.

———. "Fact-checking Sen. Ron Johnson's anti-vaccine misinformation." *Facts First*, May 10, 2021. https://www.cnn.com/2021/05/07/politics/ron-johnson-vaccine-misinformation-fact-check/index.html.

Mack, Eric. "Sen. Rand Paul Declining Vaccine Because He Has 'Natural Immunity.'" *Newsmax*, May 23, 2021. https://www.newsmax.com/newsfront/immunity-vaccination-freedom-choice/2021/05/23/id/1022407/.

"Las afirmaciones falsas de la asociación negacionista 'Médicos por la verdad' sobre la COVID-19, el uso de las mascarillas y la vacuna de la gripe" [The false claims of the denialist association 'Doctors for the truth' about COVID-19, the use of masks and the flu vaccine]. *Maldita.es*, January 23, 2021. https://maldita.es/malditaciencia/20210123/video-asamblea-grupo-medicos-por-la-verdad-afirmaciones-falsas-mascarillas-confinamiento-gripe-tratamiento-covid19/.

Maldita.es. "The International Scheme of 'Doctors for the Truth': A Denialist Trademark Registered by Natalia Prego." Updated May 19, 2021. https://chequeado.com/investigaciones/the-international-scheme-of-doctors-for-the-truth-a-denialist-trademark-registered-by-natalia-prego/.

Male, Victoria. "Menstrual Changes after Covid-19 vaccination." *BMJ* 374, no. 2211 (2021). https://doi.org/10.1136/bmj.n2211.

203

Bibliography

Mandrou, Ioanna. "Supreme Court steps in to stop anti-vaxxer intimidation tactics." *eKathimerini*, September 23, 2021. https://www.ekathimerini.com/news/1168409/supreme-court-steps-in-to-stop-anti-vaxxer-intimidation-tactics/.

Manjoo, Farhad. "For Millions of Immigrants, a Common Language: WhatsApp." *New York Times*, December 21, 2016. https://www.nytimes.com/2016/12/21/technology/for-millions-of-immigrants-a-common-language-whatsapp.html.

Marcos, Cristina. "Greene accrues at least $48K in fines for ignoring House mask mandate." *The Hill*, November 1, 2021. https://thehill.com/homenews/house/579462-greene-accrues-at-least-48k-in-fines-for-defying-house-mask-mandate.

Martina, Michael, Jarrett Renshaw, and Tim Reid. "How Trump allies have organized and promoted anti-lockdown protests." *Reuters*, April 24, 2020. https://www.reuters.com/article/us-health-coronavirus-trump-protests-idUSKCN2233ES.

Martinez, Daisy. "Wisconsin docs blast Johnson for disinformation event, urge him to promote vaccines and safety." *Committee to Protect Health Care*, June 30, 2021. https://committeetoprotect.org/wisconsin-docs-blast-johnson-for-disinformation-event-urge-him-to-promote-vaccines-and-safety/.

Mason, Jaquelyn. "The Nation of Islam and Anti-Vaccine Rhetoric." *First Draft*, February 18, 2021. https://firstdraftnews.org/articles/the-nation-of-islam-and-anti-vaccine-rhetoric/.

Masterson, Matt, et al. "Rumor Control: A Framework for Countering Vaccine Misinformation." *Virality Project*, May 4, 2021. https://www.viralityproject.org/policy-analysis/rumor-control.

———. "The Case for a Mis- and Disinformation Center of Excellence," July 8, 2021. https://www.viralityproject.org/policy-analysis/center-of-excellence.

Mattise, Jonathan. "Ex-Tennessee health official: State backed off vaccine push." *Associated Press*, July 14, 2021. https://apnews.com/article/health-government-and-politics-coronavirus-pandemic-tennessee-fd6c72aaff8309d7143345f370b497be.

Mayhew, Ishmael (@ishcontent). "What part did we misunderstand about it? The Tuskegee Experiment went on for 40 years. Define not that long ago? It sounds like gaslighting to me. This was REAL and it impacted generations. We not about to skim over that. You shouldnt need to do that to defend the vaccine." Twitter, July 27, 2021. https://web.archive.org/web/20210727195548/https://twitter.com/ishcontent/status/1420100592131887115.

Mazzei, Patricia, et al. "Florida's Governor Bans Agencies and Businesses from Requiring 'Vaccine Passports.'" *New York Times*, April 2, 2021. https://www.nytimes.com/2021/04/02/us/florida-vaccine-passport-desantis.html.

204

Case: 23-30445   Document: 43-8   Page: 103   Date Filed: 07/17/2023

McBreen, Kelen. "Aunt Claims Healthy 13-Year-Old Nephew Died 3 Days After Pfizer COVID Vaccine." *Infowars*, June 21, 2021. https://www.infowars.com/posts/aunt-claims-healthy-13-year-old-nephew-died-3-days-after-covid-vaccine.

———. "DISTURBING: Unvaccinated Women Claim Unusual Menstrual Cycles & Miscarriages After Being Near Recently Vaccinated Individuals." *Infowars*, April 15, 2021. https://www.infowars.com/posts/disturbing-unvaccinated-women-claim-unusual-menstrual-cycles-miscarriages-after-being-near-recently-vaccinated-individuals.

McCarthy, Bill. "Debunking the Anti-Vaccine Hoax about 'Vaccine Shedding.'" *PolitiFact*, May 6, 2021. https://www.politifact.com/article/2021/may/06/debunking-anti-vaccine-hoax-about-vaccine-shedding/.

———. "Examining the false claims that got Rand Paul, Marjorie Taylor Greene suspended on YouTube, Twitter." *Politifact*, August 11, 2021. https://www.politifact.com/article/2021/aug/11/examining-false-claims-got-rand-paul-marjorie-tayl/.

———. "Sherri Tenpenny Makes False COVID-19 Vaccine Magnetism Claim to Ohio Lawmakers." *PolitiFact*, June 9, 2021. https://www.politifact.com/factchecks/2021/jun/09/sherri-tenpenny/sherri-tenpenny-makes-false-covid-19-vaccine-magne/.

McCoy, Nilagia. "Yochai Benkler: The Right-Wing Media Ecosystem." *Harvard Kennedy School Shorenstein Center on Media, Politics and Public Policy*, April 7, 2017. https://shorensteincenter.org/benkler/.

McGowan, Michael. "How the Wellness and Influencer Crowd Serve Conspiracies to the Masses." *Guardian*, February 24, 2021. https://www.theguardian.com/australia-news/2021/feb/25/how-the-wellness-and-influencer-crowd-served-conspiracies-to-the-masses.

*Medical Racism: The New Apartheid*. Children's Health Defense. Accessed August 27, 2021. https://medicalracism.childrenshealthdefense.org/.

Medicines & Healthcare products Regulatory Agency. "Yellow Card Scheme — MHRA." Accessed August 26, 2021. https://yellowcard.mhra.gov.uk/.

"Médicos por la Verdad," September 6, 2021. Accessed September 6, 2021. https://medicosporlaverdad.net/.

Médicos por la verdad México. Telegram, June 1, 2021, 10:17 a.m. https://web.archive.org/web/20210601175741/https://t.me/medicosporlaverdadmexico/9286.

Mencimer, Stephanie. "Right-Wing Doctors Are Suing to Block COVID Vaccine for Kids." *Mother Jones*, May 25, 2021. https://www.motherjones.com/politics/2021/05/right-wing-doctors-are-suing-to-block-covid-vaccine-for-kids/.

## Bibliography

Mencimer, Stephanie. "Right-Wing Doctors Are Suing to Block COVID Vaccine for Kids." *Mother Jones*, May 25, 2021. https://www.motherjones.com/politics/2021/05/right-wing-doctors-are-suing-to-block-covid-vaccine-for-kids/.

Mercola, Dr. Joseph. "This is good news for everyone except the vaccine manufacturers and health authorities who have said otherwise." Facebook. Https://www.facebook.com/114205065589/posts/10158884046840590, https://perma.cc/RPK7-R3RX, May 25, 2021.

Mercola, Joseph. *How Covid-19 'Vaccines' May Destroy The Lives Of Millions — Judy Mikovits | Dr. Mercola*. video, January 31, 2021. http://web.archive.org/web/20210904112336/https://www.bitchute.com/video/KsemaomVoACu/.

Meyersohn, Lily, and Erin McAweeny. "How Debunked Science Spreads." *The Virality Project*, August 26, 2021. https://www.viralityproject.org/rapid-response/how-debunked-science-spreads.

Mike Lindell, interview by Bryan Ardis. "The Dr. Ardis Show," June 2021. https://vokalnow.com/video/4056.

Miller, Carly, et al. "J&J Suspension Rapid Response." *Virality Project*, April 17, 2021. https://www.viralityproject.org/rapid-response/jampj-suspension-rapid-response.

——. "Sockpuppets Spin COVID Yarns: An Analysis of PRC-Attributed June 2020 Twitter takedown." *Stanford Internet Observatory*, June 17, 2020. https://cyber.fsi.stanford.edu/io/news/june-2020-twitter-takedown.

"Millions Against Medical Mandates." Accessed June 8, 2021. https://mamm.org.

Molter, Vanessa, and Renée DiResta. "Pandemics & propaganda: How Chinese state media creates and propagates CCP coronavirus narratives." *Harvard Kennedy School Misinformation Review* 1, no. 3 (June 8, 2020). https://doi.org/10.37016/mr-2020-025.

Monroe, Tyler, and Rob Savillo. "Fox has undermined vaccination efforts in nearly 60% of all vaccination segments in a 2-week period," July 16, 2021. https://www.mediamatters.org/fox-news/fox-has-undermined-vaccination-efforts-nearly-60-all-vaccination-segments-2-week-period.

Moran, Rachel E., et al. "Content Moderation Avoidance Strategies." *Virality Project*, July 29, 2021. https://www.viralityproject.org/rapid-response/content-moderation-avoidance-strategies-used-to-promote-vaccine-hesitant-content.

——. "The Vaccine Passport Narrative in Vaccine Hesitant Communities." *The Virality Project*, March 29, 2021. https://www.viralityproject.org/rapid-response/the-vaccine-passport-narrative-in-vaccine-hesitant-communities.

206

Morris, Teri. "Help Kristi Pay for Medical Expenses, Organized by Teri Morris." GoFundMe. Accessed August 26, 2021. https://web.archive.org/web/20210706183143/https://www.gofundme.com/f/help-kristi-pay-for-medical-expenses.

Mosseri, Adam. "News Feed FYI: Bringing People Closer Together." *Facebook Business*, January 11, 2018. https://www.facebook.com/business/news/news-feed-fyi-bringing-people-closer-together.

Mundo, BLes. "🌎 La IMPRESIONANTE Advertencia De Robert Kennedy Jr. ❗." YouTube video, July 7, 2021. https://web.archive.org/web/*/https://www.youtube.com/watch?v=EaY2mAiHTYk.

Murthy, Bhavini Patel, et al. "Going Viral: The 3 Rs of Social Media Messaging during Public Health Emergencies." *Health Security* 19, no. 1 (February 18, 2021): 75–81. https://www.liebertpub.com/doi/10.1089/hs.2020.0157.

Naomi Wolf, interviewed by Steve Hilton. *A Must Listen! — Vaccine Passports = Social Credit Score System and the End of Human Liberty*. podcast: American Conservative University, April 12, 2021. https://www.audible.com/pd/A-Must-Listen-Vaccine-Passports-Social-Credit-Score-System-and-the-End-of-Human-Liberty-Naomi-Wolf-Podcast/B091RPBZ6G.

National Association of County Health Officials. Accessed October 10, 2021. https://www.naccho.org.

National Institutes of Health. "COVID-19 Vaccines and the Menstrual Cycle." Updated January 20, 2022. https://covid19.nih.gov/news-and-stories/covid-19-vaccines-and-menstrual-cycle.

National Vaccine Information Center. "Search VAERS Database." *MedAlerts*. Accessed August 26, 2021. https://www.medalerts.org/vaersdb/.

"COVID-19 vaccines, irregular periods and spike protein shedding." *Nebraska Medicine*, April 24, 2021. https://www.nebraskamed.com/COVID/the-covid-19-vaccines-irregular-periods-and-spike-protein-shedding.

Neely, Stephen, et al. "Vaccine Hesitancy and Exposure to Misinformation: A Survey Analysis." *Journal of General Internal Medicine* 37, no. 1 (January 2022): 179–87. https://doi.org/10.1007/s11606-021-07171-z.

Newberry, Paul. "Hank Aaron, Baseball's One-Time Home Run King, Dies at 86." *AP News*, January 22, 2021. https://apnews.com/article/hank-aaron-dead-0fa32aff826d18bbeb9efedd42cd81a2.

Case: 23-30445   Document: 43-8   Page: 105   Date Filed: 07/17/2023

207

-PA01558-

Case: 23-30445     Document: 43-8     Page: 106     Date Filed: 07/17/2023

## Bibliography

NFSC. 喜台農.IIII (@NfscSuperpower). "有515100人因注射中共病毒疫苗而死亡，但為何報導只會告訴你接種疫苗實際死亡率僅1%或更少？因為虛假媒體持續打壓『疫苗真相』傳播！" [There are 515,100 people who died due to the Chinese Communist virus vaccine, but why the report only tells you that the actual mortality rate is only 1% or less? Because false media continue to suppress the spread of the "vaccine truth!"] Twitter, June 16, 2021, 4:01 p.m. https://web.archive.org/web/20210617031119/https://twitter.com/NfscSuperpower/status/1405193921831964679.

Nie, Jing-Bao. "In the Shadow of Biological Warfare: Conspiracy Theories on the Origins of COVID-19 and Enhancing Global Governance of Biosafety as a Matter of Urgency." *Journal of Bioethical Inquiry* 17, no. 4 (2020): 567–74. https://doi.org/10.1007/s11673-020-10025-8.

Nimmo, Ben, et al. "Iran's IUVM Turns To Coronavirus." *Graphika*, April 2020. https://graphika.com/reports/irans-iuvm-turns-to-coronavirus/.

———. "Return of the (Spamouflage) Dragon." *Graphika*, April 24, 2021. https://graphika.com/reports/return-of-the-spamouflage-dragon-1/.

Nimmo, Ben, Ira Hubert, and Yang Chen. "Spamouflage Breakout: Chinese Spam Network Finally Starts to Gain Some Traction." *Graphika*, February 2021. https://public-assets.graphika.com/reports/graphika_report_spamouflage_breakout.pdf.

Noble, Valerie to Governor Gavin Newsom, posted by California Health Choice Advocacy. Facebook, July 27, 2021. https://www.facebook.com/californiahealthcoalitionadvocacy/photos/a.119042732853287/535799804510909.

Nonprofit Explorer. "Children's Health Defense." *ProPublica*. Accessed November 20, 2021. https://projects.propublica.org/nonprofits/organizations/260388604.

Noticias NOM (G.O.D.). Telegram, March 21, 2021, 6:35 a.m. https://web.archive.org/web/20210924185851/https://t.me/noticiasNOM/946.

Novak, Matt. "Anti-Vaxxer Tucker Carlson Says He's Not Against Vaccines." *Gizmodo*, July 13, 2021. https://gizmodo.com/anti-vaxxer-tucker-carlson-says-hes-not-against-vaccine-1847279168.

O'Connor, Ciaran. "The Conspiracy Consortium: Examining Discussions of COVID-19 Among Right-Wing Extremist Telegram Channels." *Institute for Strategic Dialogue*, December 17, 2021. https://www.isdglobal.org/isd-publications/the-conspiracy-consortium-examining-discussions-of-covid-19-among-right-wing-extremist-telegram-channel/.

208

Date Filed: 07/17/2023      Page: 107      Document: 43-8      Case: 23-30445

Bibliography

O'Rourke, Ciara. "No, Pfizer's Head of Research Didn't Say the COVID-19 Vaccine Will Make Women Infertile." *PolitiFact*, December 10, 2020. https://www.politifact.com/factchecks/2020/dec/10/blog-posting/no-pfizers-head-research-didnt-say-covid-19-vaccin/.

"COVID Vaccine Landing Page." *OpenVAERS*. Accessed August 26, 2021. https://www.openvaers.com/covid-data.

Oreskes, Naomi. *Why Trust Science?* Princeton, NJ: Princeton University Press, 2019.

Organisation for Economic Co-operation and Development. "Transparency, communication and trust: The role of public communication in responding to the wave of disinformation about the new Coronavirus," July 3, 2020. https://www.oecd.org/coronavirus/policy-responses/transparency-communication-and-trust-the-role-of-public-communication-in-responding-to-the-wave-of-disinformation-about-the-new-coronavirus-bef7ad6e/.

Owen, Phil. "Tucker Carlson Goes Full Anti-Vax, Says COVID Vaccine Is 'Eugenics' (Video)." *TheWrap*, December 18, 2020. https://www.thewrap.com/tucker-carlson-goes-full-anti-vax-says-covid-vaccine-is-eugenics-video/.

Owens, Candace (@RealCandaceO). "Nuremberg codes stipulate that consent must be voluntary. Telling a child they cannot go to school, firing people from work, or preventing their travel is NOT voluntary consent. Threatening someone's livelihood unless they take an experimental vaccine is NOT voluntary consent." Twitter, July 7, 2021. http://web.archive.org/web/20210710105514/https://twitter.com/RealCandaceO/status/1412880295368478723.

———. "This is shocking! 60% of people being admitted to the hospital with #COVID19 in England have had two doses of a coronavirus vaccine, according to the government's chief scientific adviser." Facebook, July 19, 2021. https://www.facebook.com/1593518174052711/posts/5768837649854055.

Ozoma, Ifeoma. "Bringing authoritative vaccine results to Pinterest search." *Pinterest Newsroom*, August 28, 2019. https://newsroom.pinterest.com/en/post/bringing-authoritative-vaccine-results-to-pinterest-search.

Peterson, Anne Helen. "Charlie Kirk And Candace Owens' Campus Tour Is All About The Owns." *BuzzFeed News*, May 1, 2019. https://www.buzzfeednews.com/article/annehelenpetersen/charlie-kirk-candace-owens-turning-point-usa-montana.

"Intent to Get Vaccinated against COVID-19 Varies by Religious Affiliation in the U.S." *Pew Research Center*. Accessed August 7, 2021. https://www.pewresearch.org/wp-content/uploads/2021/03/FT_21.03.18_VaccineFacts.png.

209

Date Filed: 07/17/2023        Page: 108        Document: 43-8        Case: 23-30445

## Bibliography

Physicians of Philadelphia, College of. "The History of Vaccines Timeline—1971," 2011. Accessed October 19, 2021. https://www.historyofvaccines.org/timeline#EVT_100824.

Pilkington, Ed. "US militias forge alliances with conspiracy theorists ahead of election." *Guardian*, October 14, 2020. https://www.theguardian.com/world/2020/oct/14/armed-militias-conspiracy-theorists-anti-vaxxers-red-pill-expo.

Piper, Ernie, and Jordan Wildon. "Telegram COVID-19 Conspiracy Group Rife With Anti-Semitism." *Logically*, October 22, 2021. https://www.logically.ai/articles/antisemitism-on-telegram.

Pollak, Joel B. "Thirteen Bizarre Quotes from Joe Biden's CNN Town Hall in Cincinnati." *Breitbart*, July 22, 2021. https://www.breitbart.com/politics/2021/07/22/thirteen-bizarre-quotes-from-joe-bidens-cnn-town-hall-in-cincinnati/.

Popova, Valeriia. "Full-Spectrum ISIS Propaganda." *International Studies Review*, August 17, 2021, viab042. https://doi.org/10.1093/isr/viab042.

Popper, Karl. *Conjectures and Refutations: The Growth of Scientific Knowledge*. New York: Basic Books, 1962.

Project, Virality. "Virality Project Weekly Briefing #11: March 2–March 7, 2021," March 7, 2021. https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/6047d0083f33136fb3b9a969/1615319051088/Virality+Project+-+March+9th+Weekly+Briefing.pdf.

Qausalidad. Telegram, May 2, 2021, 10:34 a.m. https://web.archive.org/web/20210924190421/https://t.me/Qausalidad/2387.

Rabin, Rani Caryn. "Eager to Limit Exemptions to Vaccination, States Face Staunch Resistance." *New York Times*, June 14, 2019. https://www.nytimes.com/2019/06/14/health/vaccine-exemption-health.html.

"FALSE: US records 12,366 deaths due to COVID-19 vaccines." *Rappler*, September 24, 2021. https://www.rappler.com/newsbreak/fact-check/united-states-records-thousands-deaths-due-covid-19-vaccines.

Rathje, Steve, Jay J. Van Bavel, and Sander van der Linden. "Out-group animosity drives engagement on social media." In *Proceedings of the National Academy of Sciences of the United States of America*, vol. 118, e2024292118. 26. June 29, 2021. https://doi.org/10.1073/pnas.2024292118.

"Re:Union Summit 2021." Re:Union Summit. Accessed September 6, 2021. https://2021.reunionsummit.com.

210

Case: 23-30445   Document: 43-8   Page: 109   Date Filed: 07/17/2023

Real Immunity (@realimmunitymovie). "UPDATE- For anyone who has tried to navigate the government VAERS (Vaccine Adverse Event Reporting System) site and has thrown up their hands in frustration, here is an easy way to access an updated summary." Facebook, July 9, 2021. https://www.facebook.com/695769770631109/posts/1679826723225403.

"Quarantined Subreddits." *Reddit*, February 2021. https://www.reddithelp.com/hc/en-us/articles/360043069012.

Reddit Admin: Safety (r/ModSupport). "Misinformation and COVID-19: What Reddit is Doing," 2020. https://www.reddit.com/r/ModSupport/comments/g21ub7/misinformation_and_covid19_what_reddit_is_doing/.

Redshaw, Megan. "As Drug Makers Set Sights on Vaccinating 5-Year-Olds, Latest VAERS Data Show Number of Injuries, Deaths Continues to Climb." *Children's Health Defense* (blog). Updated July 11, 2021. https://childrenshealthdefense.org/defender/vaers-data-injuries-deaths-vaccinating-5-year-olds/.

———. "Hundreds Injured by COVID Vaccines Turn to GoFundMe for Help With Expenses." *Children's Health Defense*, July 8, 2021. https://childrenshealthdefense.org/defender/hundreds-injured-covid-vaccines-gofundme-expenses/.

———. "Latest CDC VAERS Data Show Reported Injuries Surpass 11,000 in Ages 12 to 17 Following COVID Vaccines." *Children's Health Defense* (blog), June 25, 2021. https://childrenshealthdefense.org/defender/cdc-vaers-data-injuries-surpass-7000-ages-12-to-17-covid-vaccines/.

———. "Latest CDC VAERS Data Show Reported Injuries Surpass 400,000 Following COVID Vaccines." *Children's Health Defense* (blog). Updated July 2, 2021. https://childrenshealthdefense.org/defender/cdc-vaers-injuries-400000-following-covid-vaccines/.

Reid, Joy. "Joy calls Tucker Carlson and Ron Johnson the absolute worst for spreading COVID disinformation." *The Reidout*, May 10, 2021. https://www.msnbc.com/the-reidout/watch/joy-reid-calls-out-tucker-carlson-and-ron-johnson-for-spreading-false-info-on-covid-111669317598.

Renée DiResta, interview with Andrew Schwartz and Stephen Morrision. *Coronavirus Crisis Update*. June 8, 2020. Produced by Center for Strategic and International Studies. podcast. https://www.csis.org/node/56959.

Reuters Fact Check. "CORRECTION-Fact Check-'Magnet test' does not prove COVID-19 jabs contain metal or a microchip." *Reuters*, May 17, 2021. https://www.reuters.com/article/factcheck-coronavirus-vaccine/correction-fact-check-magnet-test-does-not-prove-covid-19-jabs-contain-metal-or-a-microchip-idUSL2N2N41KA.

211

Case: 23-30445   Document: 43-8   Page: 110   Date Filed: 07/17/2023

## Bibliography

Reuters Fact Check. "Fact check-Covid-19 vaccines are not 'cytotoxic.'" *Reuters*, June 18, 2021. https://www.reuters.com/article/factcheck-vaccine-cytotoxic-idUSL2N2O01XP.

———. "Fact Check-Fact check: Ex-Pfizer scientist repeats COVID-19 vaccine misinformation in recorded speech." *Reuters*, May 20, 2021. https://www.reuters.com/article/factcheck-health-coronavirus/fact-check-fact-check-ex-pfizer-scientist-repeats-covid-19-vaccine-misinformation-in-recorded-speech-idUSL2N2N72CS.

———. "Fact Check-Video takes footage out of context and features clips of retractable needles." *Reuters*, July 28, 2021. https://www.reuters.com/article/factcheck-outofcontext-vaccinesvideo/fact-check-video-takes-footage-out-of-context-and-features-clips-of-retractable-needles-idUSL1N2P41LL.

———. "Fact Check: Discussion of Deaths in Elderly Vaccine Recipients in Norway Lacks Context." *Reuters*, January 20, 2021. https://www.reuters.com/article/uk-factcheck-norway-idUSKBN29P2R1.

Reuters Staff. "Fact check: Discussion of deaths in elderly vaccine recipients in Norway lacks context." *Reuters*, January 20, 2021. https://www.reuters.com/article/uk-factcheck-norway/fact-check-discussion-of-deaths-in-elderly-vaccine-recipients-in-norway-lacks-context-idUSKBN29P2R1.

Revelation (@SCRAP_IRON_RYAN). "Has Pfizer Ever Been Found Guilty of Breaking International Law Including the Nuremberg Code for Unlawfully Experimentation on Human Subjects? The Answer Is: YES Should You Trust Pfizer The Answer Is: NO." Twitter, March 8, 2021. https://web.archive.org/web/20210828233342/https://twitter.com/SCRAP_IRON_RYAN/status/1368747047831080966.

Revolution, The Next (@NestRevFNC). "@naomirwolf sounds the alarm on the push for 'vaccine passports': 'I am not overstating this, I can't say it forcefully enough, this is literally the end of human liberty in the West if this plan unfolds...'" Twitter, March 28, 2021. https://twitter.com/NextRevFNC/status/1376370803059658754.

"Right Wing Watch (@RightWingWatch), "Marjorie Taylor Greene says that a vaccine passport is 'Biden's Mark of the Beast' and that any company the requires one is engaging in 'corporate communism.'" Twitter, March 30, 2021. https://web.archive.org/web/20210827213839/https://twitter.com/RightWingWatch/status/1376900032184586245.

Rise Up Canada (@riseup_canada). "ꜿꜿꜿ VAERS captures ONLY AN ESTIMATED 1% of Va**ine injury, because most injuries are not reported. VAERS CV Reports Through April 30..." Instagram, May 7, 2021. https://www.instagram.com/p/COmTtFlhqqq/.

212

Case: 23-30445   Document: 43-8   Page: 111   Date Filed: 07/17/2023

Robertson, Adi. "YouTube pulls ads from anti-vaccine conspiracy videos." *The Verge*, February 22, 2019. https://www.theverge.com/2019/2/22/18236839/youtube-demonetization-anti-vaccination-conspiracy-videos-dangerous-harmful-content.

Rojas, Rick, and Denise Grady. "Never Mind the Skeptics, Officials Say: Hank Aaron's Death Had Nothing to Do with the Covid-19 Vaccine." *New York Times*, January 31, 2021. https://www.nytimes.com/2021/01/31/us/hank-aaron-death-covid-vaccine.html.

Rosen, Guy, et al. "Helping to Protect the 2020 US Elections." *Facebook Newsroom*, October 21, 2019. https://about.fb.com/news/2019/10/update-on-election-integrity-efforts/.

Royesh, Abuzar, and Shelby Grossman. "#Covid1948: The Spread of an Anti-Israel Hashtag." *Stanford Internet Observatory*, August 13, 2020. https://cyber.fsi.stanford.edu/io/news/covid1948-hashtag.

RT. "'I'm pro-Choice': NFL Star Cole Beasley Defends Vaccine Stance as Debate around 'Mandatory' Jabs Erupts." *RT International*, July 29, 2021. https://www.rt.com/sport/530541-nfl-cole-beasley-covid-vaccine/.

———— (@RTnews). "Denmark is planning to introduce a 'vaccine passport' for travellers to prove they've been vaccinated for the coronavirus." Facebook, February 15, 2021. https://www.facebook.com/RTnews/posts/10159886262809411.

———— (@RTnews). "Isn't a vaccine passport basically a compulsory vaccine?" Facebook, February 15, 2021. https://www.facebook.com/RTnews/posts/10159886262809411.

"Developer of Russia's pioneering Sputnik V Covid-19 vaccine says no cases of blood clots encountered during trials & use of jab." *RT International*, April 14, 2021. https://www.rt.com/russia/521047-sputnik-blood-clots-astrazeneca/.

Salcedo, Andrea. "A Doctor Falsely Told Lawmakers Vaccines Magnetize People: 'They Can Put a Key on Their Forehead. It Sticks.'" *Washington Post*, June 9, 2021. https://www.washingtonpost.com/nation/2021/06/09/sherri-tenpenny-magnetized-vaccine-ohio/.

"Worldwide Rally for Freedom." *Santa Barbara Independent*. Accessed September 6, 2021. https://www.independent.com/events/worldwide-rally-for-freedom/.

Schechner, Sam, Jeff Horwitz, and Emily Glazer. "How Facebook Hobbled Mark Zuckerberg's Bid to Get America Vaccinated." *Wall Street Journal*, September 17, 2021. https://www.wsj.com/articles/facebook-mark-zuckerberg-vaccinated-11631880296.

213

Bibliography

"Search Results for Li-Meng Yan." Gnews. Accessed September 1, 2021. https://gnews.org/?s=li-meng+yan.

"Search Results for 'Vaccines.'" War Room: Pandemic. Accessed September 1, 2021. https://warroom.org/?s=vaccines.

SecuringAmericaTV. "Secure Freedom Radio with Michael Yeadon — 05.31.21." Rumble. Accessed September 6, 2021. https://rumble.com/vhy65d-secure-freedom-radio-with-michael-yeadon-05.31.21.html.

Serabian, Ryan, and Lee Foster. "Pro-PRC Influence Campaign Expands to Dozens of Social Media Platforms, Websites, and Forums in at Least Seven Languages, Attempted to Physically Mobilize Protesters in the U.S." *FireEye*, September 8, 2021. https://www.fireeye.com/blog/threat-research/2021/09/pro-prc-influence-campaign-social-media-websites-forums.html.

Shelby, Ashley, and Karen Ernst. "Story and science." *Human Vaccines & Immunotherapeutics* 9, no. 8 (August 2019): 1795–801. https://doi.org/10.4161/hv.24828.

Shimabukuro, Tom T., et al. "Preliminary Findings of mRNA Covid-19 Vaccine Safety in Pregnant Persons." *New England Journal of Medicine* 384, no. 24 (June 17, 2021): 2273–82. https://doi.org/10.1056/NEJMoa2104983.

Shmitt, Carolyn E. "'Network Propaganda' explored." *Harvard Gazette*, October 25, 2018. https://news.harvard.edu/gazette/story/2018/10/network-propaganda-takes-a-closer-look-at-media-and-american-politics/.

Shu, Catherine. "YouTube Demonetizes Anti-Vaccination Videos." *TechCrunch*, February 23, 2019. https://techcrunch.com/2019/02/22/youtube-demonetizes-anti-vaccination-videos/.

"OpenVAERS.com." *SimilarWeb*. Accessed September 6, 2021. https://www.similarweb.com/website/openvaers.com/#referrals.

Simmonds, Kristi. "Please please share this....people need to be aware!" Facebook, January 30, 2021. https://www.facebook.com/kristi.simmonds.1/videos/1283294655359609/.

Simpson, Dave. "GOP Introduces Bill That Would Ban Federal Vaccine Passport." *Law360 Employment Authority*, May 28, 2021. https://www.law360.com/employment-authority/articles/1389436/gop-introduces-bill-that-would-ban-federal-vaccine-passport.

Slotnik, Daniel E. "Whistle-Blower Unites Democrats and Republicans in Calling for Regulation of Facebook." *New York Times*, October 26, 2021. https://www.nytimes.com/live/2021/10/05/technology/facebook-whistleblower-frances-haugen.

214

Case: 23-30445   Document: 43-8   Page: 112   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-8   Page: 113   Date Filed: 07/17/2023

Small, Chase, et al. "Made to Stick: Origins and Spread of the Magnetic Vaccine Narrative." *The Virality Project*, June 4, 2021. https://www.viralityproject.org/rapid-response/made-to-stick-origins-and-spread-of-the-magnetic-vaccine-narrative.

Smith, Allan. "'Evil lunacy': GOP lawmakers slam Marjorie Taylor Greene's mask comparison to Holocaust." *NBC News*, May 23, 2021. https://www.nbcnews.com/politics/congress/evil-lunacy-gop-lawmakers-slam-marjorie-taylor-greenes-mask-n1268271.

Smith, Sherman. "Kansas anti-vax group boasts 16 sponsors ahead of 'freedom rally' in Lenexa." *Kansas Reflector*, September 19, 2020. https://kansasreflector.com/2021/09/19/kansas-anti-vax-group-boasts-16-sponsors-ahead-of-freedom-rally-in-lenexa/.

Smith, Tara. "Vaccine Rejection and Hesitancy: A Review and Call to Action." *Open Forum Infectious Diseases* 4, no. 3 (Summer 2017). https://doi.org/10.1093/ofid/ofx146.

Sones, Mordechai. "It's 'entirely possible' vaccine campaigns 'will be used for massive-scale depopulation': Former Pfizer VP." *LifeSiteNews*, March 29, 2021. https://www.lifesitenews.com/mobile/opinion/former-pfizer-vp-to-aflds-entirely-possible-this-will-be-used-for-massive-scale-depopulation/.

Sonmez, Felicia, Eugene Scott, and John Wagner. "Biden Announces Door-to-Door Outreach, Outlines Other Strategies to Boost Vaccinations." *Washington Post*, July 6, 2021. https://www.washingtonpost.com/politics/2021/07/06/joe-biden-live-updates/.

Soular, Ash (@ashsoularmusic). "People have always speculated how the mark of the beast would be so widely accepted and implemented. How so many would be deceived into taking it instead of rejecting and fighting against it. I never understood a scenario that made sense to me until I saw how this mask mandate has been implemented…" Facebook, July 18, 2020. https://www.facebook.com/ashsoularmusic/posts/10157426038694212.

Southern Poverty Law Center. "Nation of Islam," September 6, 2021. https://www.splcenter.org/fighting-hate/extremist-files/group/nation-islam.

Spencer, Saranac Hale. "Video Uses Bogus Claims to Stoke Race-Based Fears of COVID-19 Vaccine." *FactCheck.org*. https://www.factcheck.org/2021/02/scicheck-video-uses-bogus-claims-to-stoke-race-based-fears-of-covid-19-vaccine/.

Spencer, Saranac Hale, and Angelo Fichera. ""RFK Jr. Video Pushes Known Vaccine Misrepresentations." *FactCheck.org*, March 11, 2021. https://www.factcheck.org/2021/03/scicheck-rfk-jr-video-pushes-known-vaccine-misrepresentations/.

215

Bibliography

Sriskandarajah, Ike. "Where Did the Microchip Vaccine Conspiracy Theory Come from Anyway?" *Reveal*, June 5, 2021. http://revealnews.org/article/where-did-the-microchip-vaccine-conspiracy-theory-come-from-anyway/.

Stanley-Becker, Isaac. "Resistance to vaccine mandates is building. A powerful network is helping." *Washington Post*, May 26, 2021. https://www.washingtonpost.com/health/2021/05/26/vaccine-mandate-litigation-siri-glimstad-ican/.

Starbird, Kate, Ahmer Arif, and Tom Wilson. "Disinformation as collaborative work: Surfacing the participatory nature of strategic information operations." *Proceedings of the ACM on Human-Computer Interaction* 3 (CSCW 2019): 1–26. https://doi.org/10.1145/3359229.

Stecklow, Steve, and Andrew Macaskill. "The Ex-Pfizer Scientist Who Became an Anti-Vax Hero." *Reuters*, March 18, 2021. https://www.reuters.com/investigates/special-report/health-coronavirus-vaccines-skeptic/.

Stew Peters Show. "Dr. Bryan Ardis Exposes Fauci! Premeditated Murder with MULTIPLE Cocktails for 'Treatment' Since Day One!" Rumble, July 8, 2021. https://rumble.com/vjls2p-doctor-exposes-fauci-premeditated-murder-with-multiple-cocktails-for-treatm.html.

Stiftung Corona Ausschuss. "Depopulation By Any Means — Dr. Bryan Ardis, Dr. Reiner Fuellmich, and Dr. Wolfgang Wodarg." YouTube. Accessed September 6, 2021. https://www.youtube.com/watch?v=hkd1CjO_XoM.

Stockes, Frankie. "13-Year-Old Boy Dies Three Days After Taking Second COVID Shot [UPDATE]." *National File*, June 21, 2021. https://nationalfile.com/13-year-old-boy-dies-three-days-after-taking-second-covid-shot/.

Stone, Will. "An Anti-Vaccine Film Targeted To Black Americans Spreads False Information." *NPR*, June 8, 2021. https://www.npr.org/sections/health-shots/2021/06/08/1004214189/anti-vaccine-film-targeted-to-black-americans-spreads-false-information.

———. "An Anti-Vaccine Film Targeted To Black Americans Spreads False Information." *NPR*, June 8, 2021. https://www.npr.org/sections/health-shots/2021/06/08/1004214189/anti-vaccine-film-targeted-to-black-americans-spreads-false-information.

Stubbs, Jack. "Exclusive: Russian operation masqueraded as right-wing news site to target U.S. voters — sources." *Reuters*, October 2020. https://www.reuters.com/article/usa-election-russia-disinformation/exclusive-russian-operation-masqueraded-as-right-wing-news-site-to-target-u-s-voters-sources-idUSKBN26M5OP.

216

Date Filed: 07/17/2023 Page: 115 Document: 43-8 Case: 23-30445

Surgeon General of the United States. "Confronting Health Misinformation: The U.S. Surgeon General's Advisory on Building a Healthy Information Environment." *Office of the US Surgeon General*, July 15, 2021. https://www.hhs.gov/sites/default/files/surgeon-general-misinformation-advisory.pdf.

Sussman, Anna Louie. "The Coronavirus Vaccine Presents a Dilemma for Pregnant Women." *New Yorker*, February 1, 2021. https://www.newyorker.com/science/medical-dispatch/the-coronavirus-vaccine-presents-a-dilemma-for-pregnant-women.

"West Readies Information Attack on Sputnik V by Faking Deaths — Kremlin Source." *TASS*, March 12, 2021. https://tass.com/politics/1265511.

"Sara Beltrán Ponce: Wisconsin resident doctor has miscarriage days after COVID 'vaccine.'" *The COVID Blog* (blog), February 7, 2021. https://thecovidblog.com/2021/02/07/sara-beltran-ponce-wisconsin-resident-doctor-has-miscarriage-days-after-covid-vaccine/.

The Full English Show. "Dr. Mike Yeadon, Pfizer's Former Vice President and Chief Scientist for Allergy & Respiratory." Rumble, September 26, 2020. https://rumble.com/vbfcsj-dr.-mike-yeadon-pfizers-former-vice-president-and-chief-scientist-for-aller.html.

"mRNA Pioneer Raises Covid Vaccine Concerns." *The HighWire*, June 25, 2021. https://thehighwire.com/videos/mrna-vaccine-inventor-calls-for-stop-of-covid-vax/.

The HighWire. "Dr Michael Yeadon: In Harm's Way. The Epic Del Bigtree Interview." Rumble. Accessed September 6, 2021. https://rumble.com/vk8ykk-dr-michael-yeadon-in-harms-way.-the-epic-del-bigtree-interview.html.

"Coronavirus Pandemic Is a Wake Up Call: Exclusive Joshua Fund Poll." *The Joshua Fund*. Accessed August 27, 2021. https://www.joshuafund.com/index.php/learn/video/coronavirus_pandemic_is_a_wake_up_call_exclusive_joshua_fund_poll.

The Lancet, The Editors of. "Retraction: Ileal-lymphoid-nodular hyperplasia, non-specific colitis, and pervasive developmental disorder in children." *The Lancet* 375, no. 9713 (February 6, 2010): 445. Accessed January 26, 2022. https://doi.org/10.1016/S0140-6736(10)60175-4.

The Patriot Party of Massachusetts (@PatriotPartyMA). "Biden's vaccination squad going door-to-door...," July 6, 2021. https://web.archive.org/web/20210706231907/https://twitter.com/PatriotPartyMA/status/1412551673369747460.

The Public Good Projects. "About Stronger." https://stronger.org/about.

"The Uncensored Truth Tour," June 24, 2021. https://www.facebook.com/events/families-of-faith-ministries/the-uncensored-truth-tour/229646502083665/.

Bibliography

"Virality Project Weekly Briefing #14, March 24, 2021–March 30, 2021." *The Virality Project*, March 30, 2021. https://static1.squarespace.com/static/60025974f 9f7920e6b40885b/t/60637ed0a8493422f31a8643/1617133277550/Virality+ Project+-+March+30+Weekly+Briefing.pdf.

ThisIsOurShot (@ThisIsOurShot). "There are a few things that have been shown to affect male fertility, but the COVID-19 vaccine is not one of them. Trust science: Wear boxers and get vaccinated. #ThisIsOurShot #VacunateYa #WeCanDoThis." Twitter, July 1, 2021. https://twitter.com/ThisIsOurShot/status/141058412431 4861568.

———. "This is Our Shot." Accessed October 10, 2021. https://thisisourshot.info/.

Thomas, Albert, Elise Zhang, and Jake Wallis. "Automating influence on Covid-19." *Australian Strategic Policy Institute & International Cyber Policy Centre*, August 2020. https://s3-ap-southeast-2.amazonaws.com/ad-aspi/2020-08/Automating%20influence%20on%20Covid-19.pdf.

Thompson, Derek. "The Pandemic's Wrongest Man." *Atlantic*, April 1, 2021. https://www.theatlantic.com/ideas/archive/2021/04/pandemics-wrongest-man/618475/.

Thomsen, Michael. "A wellness company is circumventing Facebook's ban on vaccine misinformation by advertising a guide to the whooping cough and a non-existent 'controversy' about vaccination." *Daily Mail*, September 1, 2020. https://www.dailymail.co.uk/sciencetech/article-7870293/Anti-vaccination-advocates-finding-new-ways-Facebooks-ban-false-claims-ads.html.

"COVID-19." *TikTok*. Accessed October 1, 2021. https://www.tiktok.com/safety/en-us/covid-19/.

Timberg, Craig. "Scientists said claims about China creating the coronavirus were misleading. They went viral anyway." *Washington Post*, February 12, 2021. https://www.washingtonpost.com/technology/2021/02/12/china-covid-misinformation-li-meng-yan/.

Tinker, Charlie. "Experts Weigh-in as CDC Investigates Death of Mid-MI 13-Year-Old, Days after Vaccination." *ABC12 News Michigan*, June 23, 2021. https://www.abc12.com/2021/06/24/cdc-investigating-death-mid-mi-13-year-old-days-after-vaccination/.

Torjesen, Ingrid. "Covid-19: Pfizer-BioNTech vaccine is "likely" responsible for deaths of some elderly patients, Norwegian review finds." *British Medical Journal* 373, no. 1372 (2021). https://doi.org/10.1136/bmj.n1372.

"US Congress S1932." *TrackBill*. Accessed January 10, 2022. https://trackbill.com/bill/us-congress-senate-bill-1932-no-vaccine-passports-act/2131109/.

218

Case: 23-30445   Document: 43-8   Page: 116   Date Filed: 07/17/2023

Case: 23-30445   Document: 43-8   Page: 117   Date Filed: 07/17/2023

Twitter, Inc. "Coronavirus: Staying safe and informed on Twitter." (blog), January 12, 2021. https://blog.twitter.com/en_us/topics/company/2020/covid-19.

Twitter Coms [(@TwitterComs)]. "We shouldn't have to say this, but you should read an article before you Tweet it. ... So, we've been prompting some people to do exactly that. Here's what we've learned so far," September 24, 2020. https://twitter.com/TwitterComms/status/1309178715717369856.

"About Your Home Timeline on Twitter." *Twitter Help.* Accessed October 1, 2021. https://help.twitter.com/en/using-twitter/twitter-timeline.

Twitter Safety. "Information Operations Directed at Hong Kong." Twitter, August 19, 2019. https://blog.twitter.com/en_us/topics/company/2019/information_operations_directed_at_Hong_Kong.

U.S. Food and Drug Administration. "Coronavirus (COVID-19) Update: FDA Authorizes Pfizer-BioNTech COVID-19 Vaccine for Emergency Use in Adolescents in Another Important Action in Fight Against Pandemic," May 10, 2021. https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-pfizer-biontech-covid-19-vaccine-emergency-use.

u/Banmealreadymods. "I'm Sorry but 19 and 20-Year-Olds Don't Fucking Have Heart Attacks. Yet Here Are Four Examples of Just That, Either Hours or Days after Vaccination." Reddit, April 6, 2021. https://web.archive.org/web/20210413171700/www.reddit.com/r/conspiracy/comments/mlui5h/im_sorry_but_19_and_20yearolds_dont_fucking_have/.

u/worstnerd. "COVID denialism and policy clarifications." Reddit, September 1, 2021. https://www.reddit.com/r/redditsecurity/comments/pfyqqn/covid_denialism_and_policy_clarifications/.

UCLA Health (@UCLAHealth). "These comments do not represent the views of UCLA Health. Unvaccinated people are more likely to contract COVID-19 & we encourage employees to be vaccinated. We adhere to the state public health order requiring health care workers to be vaccinated or undergo regular testing." Twitter, August 21, 2021. https://twitter.com/UCLAHealth/status/1432754622695817218.

United States Senate Committee on Commerce, Science, and Transportation. "Protecting Kids Online: Testimony from a Facebook Whistleblower," October 5, 2021. Accessed November 5, 2021. https://www.commerce.senate.gov/services/files/FC8A558E-824E-4914-BEDB-3A7B1190BD49.

Uppsala Monitoring Centre and World Health Organization. "VigiAccess." Accessed August 26, 2021. http://www.vigiaccess.org/.

US Department of Health and Human Services. "VAERS — Data." Accessed August 26, 2021. https://vaers.hhs.gov/data.html.

219

Bibliography

"Treasury Sanctions Iranian Entities for Attempted Election Interference." *US Department of the Treasury*, October 22, 2021. https://home.treasury.gov/news/press-releases/sm1158.

Vaccine Adverse Event Reporting System. "About VAERS." Accessed October 6, 2021. https://vaers.hhs.gov/about.html.

Vallance, Sir Patrick (@uksciencechief). "Correcting a statistic I gave at the press conference today, 19 July. About 60% of hospitalisations from covid are not from double vaccinated people, rather 60% of hospitalisations from covid are currently from unvaccinated people." Twitter, July 19, 2021. https://twitter.com/uksciencechief/status/1417204235356213252.

Villarreal, Alexandra. "Anti-vax group mounts legal blitz to sow disinformation against vaccinations." *Guardian*, June 22, 2021. https://www.theguardian.com/us-news/2021/jun/22/anti-vax-group-legal-blitz-deter-vaccinations.

Villasanta, Arthur. "Coronavirus Outbreak A 'US Biological Attack'? Iran Commander Blames USA For COVID-19." *International Business Times*, March 5, 2020. https://www.ibtimes.com/coronavirus-outbreak-us-biological-attack-iran-commander-blames-usa-covid-19-2934762.

Vincent, James. "Twitter is bringing its 'read before you retweet' prompt to all users." *The Verge*, September 25, 2020. https://www.theverge.com/2020/9/25/21455635/twitter-read-before-you-tweet-article-prompt-rolling-out-globally-soon.

"Evaluating COVID-19 Vaccine Policies on Social Media Platforms." *Virality Project*, February 11, 2021. https://www.viralityproject.org/policy-analysis/evaluating-covid-19-vaccine-policies-on-social-media-platforms.

Virality Project. "Virality Project Weekly Briefing #13: March 17–March 23, 2021," March 23, 2021. https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/605a76c8d02a630714c0a1a8/1616541400705/Virality+Project+-+March+23rd+Weekly+Briefing.pdf.

———. "Virality Project Weekly Briefing #25: June 8–June 15, 2021," June 15, 2021. https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/60c90978e0df5f1a04814671/1623787897191/Virality+Project+-+0615+Weekly+Briefing.pdf.

———. "Virality Project Weekly Briefing #27—June 22–June 29, 2021," June 29, 2021. https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/60db542486aac82fd03179f5/1624986667876/Virality+Project+-+0629+Weekly+Briefing+%281%29.pdf.

220

————. "Virality Project Weekly Briefing #28: June 30–July 7, 2021," June 7, 2021. https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/60e 5f88dee315f62c170ab68/1625684112597/Virality+Project+-+0707+Weekly+ Briefing.pdf.

————. "Virality Project Weekly Briefing #31: July 20–July 27, 2021," July 27, 2021. https://static1.squarespace.com/static/60025974f9f7920e6b40885b/t/ 6100842926d6617b4ab85e36/1627423792279/Virality+Project+-+0727+ Weekly+Briefing.pdf.

Vogel, Kenneth P., Jim Rutenberg, and Lisa Lerer. "The Quiet Hand of Conservative Groups in the Anti-Lockdown Protests." *New York Times*, April 21, 2020. https://www.nytimes.com/2020/04/21/us/politics/coronavirus-protests-trump.html.

Vosoughi, Soroush, Deb Roy, and Sinan Aral. "The Spread of True and False News Online." *Science* 359, no. 6380 (March 9, 2018): 1146–51. https://doi.org/10.1126/science.aap9559.

Weinberg, Dana Beth, and Jessica Dawson. "From anti-vaxxer moms to militia men: Influence operations, narrative weaponization, and the fracturing of American identity." *Brookings Institution*, October 2021. https://www.brookings.edu/wp-content/uploads/2021/10/FP_20211108_influencer_operations_dawson_ weinberg_v2.pdf.

Weiss, Kyle, et al. "How Russia and China attempt to influence US vaccine conversations." *Virality Project*, July 20, 2021. https://www.viralityproject.org/ rapid-response/how-russia-and-china-attempt-to-influence-us-vaccine-conversations.

Wengui, Guo. "[Subtitles] 4/21/2021 Wenguigate: Wengui broke the news today, whoever does not watch this video will be a huge loss." GNews, April 22, 2021, 3:05 a.m. https://web.archive.org/web/20210422232722/https://gnews.org/ zh-hans/1125246/.

Westcott, Ben, and Steven Jiang. "Chinese diplomat promotes conspiracy theory that US military brought coronavirus to Wuhan." *CNN*. Updated March 13, 2020. https://www.cnn.com/2020/03/13/asia/china-coronavirus-us-lijian-zhao-intl-hnk/index.html.

Wheeler, Liz (@Liz_Wheeler). "Say NO to Vaccine Passports. The Only Way to Stop This Abuse of Power Is to Refuse to Comply." Twitter, March 27, 2021. https://web.archive.org/web/20210826033618/https://twitter.com/Liz_ Wheeler/status/1375840741449162757.

221

Date Filed: 07/17/2023   Page: 119   Document: 43-8   Case: 23-30445

Case: 23-30445   Document: 43-8   Page: 120   Date Filed: 07/17/2023

## Bibliography

Wiggers, Kyle. "Studies reveal verified social media users are feuling COVID-19 fake news." *VentureBeat*, December 21, 2020. https://venturebeat.com/2020/12/21/studies-show-bots-might-not-be-the-dominant-driver-of-covid-19-misinformation-on-social-media/.

Wilson, Jason. "The rightwing groups behind wave of protests against Covid-19 restrictions." *Guardian*, April 17, 2020. https://www.theguardian.com/world/2020/apr/17/far-right-coronavirus-protests-restrictions.

Witteman, Holly O., and Brian J. Zikmund-Fisher. "The defining characteristics of Web 2.0 and their potential influence in the online vaccination debate." *Vaccine* 30, no. 25 (2012): 3734–40. https://doi.org/j.vaccine.2011.12.039.

Wolf, Dr. Naomi Twitterissä (@naomirwolf). "VAERS Re COVID Vaccines: Heart Attacks 502 Miscarriages 84 Severe Allergic Reaction 3145 Thrombocytopenia/Low Platelet 321." Twitter, April 13, 2021. https://web.archive.org/web/20210414004929/https://twitter.com/naomirwolf/status/1382133737828286468.

Wong, Julia Carrie. "Anti-vaxx 'mobs': doctors face harassment campaigns on Facebook." *Guardian*, February 28, 2019. https://www.theguardian.com/technology/2019/feb/27/facebook-anti-vaxx-harassment-campaigns-doctors-fight-back.

"Novel Coronavirus(2019-nCoV) Situation Report — 13." *World Health Organization*, February 2, 2020. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200202-sitrep-13-ncov-v3.pdf.

World Health Organization. "Managing the COVID-19 infodemic: Promoting healthy behaviours and mitigating the harm from misinformation and disinformation: Joint Statement by WHO, UN, UNICEF, UNDP, UNESCO, UNAIDS, ITU, UN Global Pulse, and IFRC," September 23, 2020. https://www.who.int/news/item/23-09-2020-managing-the-covid-19-infodemic-promoting-healthy-behaviours-and-mitigating-the-harm-from-misinformation-and-disinformation.

———. "Ten threats to global health in 2019," 2019. Accessed January 26, 2022. https://www.who.int/news-room/spotlight/ten-threats-to-global-health-in-2019.

Wu, Huizhong. "China pushes conspiracy theories on COVID origin, vaccines." *AP News*, January 25, 2021. https://apnews.com/article/china-coronavirus-origin-65c6958bb2d8d22d811bb3d0c90f7418.

Yang, Kai-Cheng, Francesco Pierri, and Pik-Mai Hui. "The COVID-19 Infodemic: Twitter versus Facebook." *Big Data & Society* 8, no. 1 (May 5, 2021). https://journals.sagepub.com/doi/full/10.1177/20539517211013861.

Yi, Joseph (yojimd), ed. "Relationships can be #HAM these days." Instagram, September 2021. https://www.instagram.com/p/CTH9qlCg2lV/.

222

Date Filed: 07/17/2023        Page: 121        Document: 43-8        Case: 23-30445

Your Baby, Your Way (@YourBabyYourWayBook). "From VAERS: 'I was 28 weeks and 5 days pregnant when I received the first dose of the COVID19 vaccine. Two days later (12/25/2020 in the afternoon), I noticed decreased motion of the baby…'" Facebook, January 17, 2021. https://www.facebook.com/YourBaby YourWayBook/posts/3645876635529909.

*Confronting Health Misinformation: A Discussion with the Surgeon General.* Uploaded by Stanford Cyber Policy Center July 26, 2021. https://www.youtube.com/watch?v=GUCdoXapOl0.

"COVID-19 medical misinformation policy." *YouTube Help Center.* Accessed October 1, 2021. https://support.google.com/youtube/answer/9891785.

YouTube Team. "Managing harmful vaccine content on YouTube." (blog), September 29, 2021. https://blog.youtube/news-and-events/managing-harmful-vaccine-content-youtube.

Zadrozny, Brandy. "Covid vaccines for children are coming. So is misinformation." *NBC News*, November 3, 2021. https://www.nbcnews.com/tech/tech-news/vaccine-misinformation-poised-spike-covid-shots-kids-roll-rcna4360.

———. "COVID-19 vaccines face varied and powerful misinformation online." *NBC News*, November 30, 2020. https://www.nbcnews.com/tech/tech-news/covid-19-vaccines-face-varied-powerful-misinformation-movement-online-n1249378.

———. "On Facebook, anti-vaxxers urged a mom not to give her son Tamiflu. He later died." *NBC News*, February 6, 2020. https://www.nbcnews.com/tech/social-media/facebook-anti-vaxxers-pushed-mom-not-give-her-son-tamiflu-n1131936.

Zadrozny, Brandy, and Char Adams. "Covid's devastation of Black community used as 'marketing' in new anti-vaccine film." *NBC News*, March 11, 2021. https://www.nbcnews.com/news/nbcblk/covid-s-devastation-black-community-used-marketing-new-anti-vaxxer-n1260724.

Zadrozny, Brandy, and Ben Collins. "As vaccine mandates spread, protests follow — some spurred by nurses." *NBC News*, August 11, 2021. https://www.nbcnews.com/tech/social-media/vaccine-mandates-spread-protests-follow-spurred-nurses-rcna1654.

Zipprich, Jennifer, et al. "Measles Outbreak — California, December 2014– February 2015." *Morbidity and Mortality Weekly Report*, February 20, 2015. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6406a5.htm.

Zucker, Jane, et al. "Consequences of Undervaccination—Measles Outbreak, New York City, 2018–2019." *New England Journal of Medicine* 382, no. 11 (2020): 1009–17. https://doi.org/10.1056/NEJMoa1912514.

223

## Bibliography

新西兰奥克兰伊甸农场 (@edendomain). Twitter, May 2, 2021, 11:19 a.m. https://web.archive.org/web/20210502231936/https://twitter.com/edendomain/status/1388996564773789704.

暗夜KIN(新号回归) (@KIN20200604). "#疫情真相 🎥 疫苗的危害性" [Epidemic Truth 🎥 The Dangers of Vaccines]. Twitter, May 31, 2021, 7:34 a.m. https://web.archive.org/web/20210924190302/https://twitter.com/KIN20200604/status/1399268063518728194.

224

Case: 23-30445   Document: 43-8   Page: 122   Date Filed: 07/17/2023

Case: 23-30445    Document: 43-8    Page: 123    Date Filed: 07/17/2023



CONFIDENTIAL

**From:** ███████████ @fb.com]
**Sent:** 7/8/2021 7:08:02 PM
**To:** Waldo, Eric (HHS/OASH) ███████ @hhs.gov] ███████████ @usdigitalresponse.org]
**CC:** ███████ @fb.com]
**Subject:** Re: Connecting with Dr. Murthy's office

**Flag:** Follow up

Thank you Eric,

Let's do Friday (July 16th) at 3:00pm EST please, if that still works for you.

Best,

████████

**From:** "Waldo, Eric (HHS/OASH)" ███████ @hhs.gov>
**Date:** Thursday, July 8, 2021 at 5:28 PM
**To:** ███████ @fb.com>, ███████ @fb.com>
**Cc:** ███████████ @usdigitalresponse.org>
**Subject:** RE: Connecting with Dr. Murthy's office

Hey ███████

I'm traveling with Dr. Murthy for part of next week, but here are a few options:

- Monday, 2pm-4pm ET
- Friday, 1:30pm-4pm ET

Thanks so much,
Eric

**From:** ███████████ @fb.com>
**Sent:** Wednesday, July 7, 2021 7:17 PM
**To:** Waldo, Eric (HHS/OASH) ███████ @hhs.gov> ███████ @fb.com>
**Cc:** ███████████ @usdigitalresponse.org>
**Subject:** Re: Connecting with Dr. Murthy's office

Thank you very much Eric.

Let's surface some times for next week as well please

I am going to see if I can make Friday work, but can't confirm just yet.

Best,

████████

MOLA_DEFSPROD_00007304

CONFIDENTIAL

**From:** "Waldo, Eric (HHS/OASH)" <███████@hhs.gov>
**Date:** Wednesday, July 7, 2021 at 4:54 PM
**To:** ███████@fb.com>, ███████@fb.com>
**Cc:** ███████@usdigitalresponse.org>
**Subject:** RE: Connecting with Dr. Murthy's office

Hi ███████

Thanks for your note.

A couple of options for this week:
Thursday, July 8: 11:30am-2:30pm ET; 4:30pm-6pm ET
Friday, July 9: 9:30am-11am ET

Any options work for you? If not, I can send times for next week.

Thanks so much!
Eric

**From:** ███████@fb.com>
**Sent:** Wednesday, July 7, 2021 2:59 PM
**To:** ███████@fb.com>; Waldo, Eric (HHS/OASH) ███████@hhs.gov>
**Cc:** ███████@usdigitalresponse.org>
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric and ███

Hope all is well and good to be connected here.
Do let me know what your schedule may have available this week so we can find a time that works.

Best,

███████

# FACEBOOK

███████
U.S. Public Policy
Facebook

**From:** ███████@fb.com>
**Date:** Tuesday, July 6, 2021 at 2:50 PM
**To:** "Waldo, Eric (HHS/OASH)" ███████@hhs.gov>
**Cc:** ███████@usdigitalresponse.org>, ███████@fb.com>
**Subject:** Re: Connecting with Dr. Murthy's office

CONFIDENTIAL

Got it—thanks. ▓▓▓ or I will be back ASAP.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) ▓▓▓ @hhs.gov>
**Sent:** Tuesday, July 6, 2021 2:19:52 PM
**To:** ▓▓▓ @fb.com>
**Cc:** ▓▓▓ @usdigitalresponse.org>; ▓▓▓ @fb.com>
**Subject:** RE: Connecting with Dr. Murthy's office

Hi ▓▓▓

Thanks for your note. This would be a staff level call, so ▓▓▓ and I would be connecting with you on Dr. Murthy's behalf.

Thanks so much,
Eric

---

**From:** ▓▓▓ @fb.com>
**Sent:** Tuesday, July 6, 2021 2:18 PM
**To:** Waldo, Eric (HHS/OASH) ▓▓▓ @hhs.gov>
**Cc:** ▓▓▓ @usdigitalresponse.org>; ▓▓▓ @fb.com>
**Subject:** Re: Connecting with Dr. Murthy's office

Eric—just confirming that the Surgeon General would plan to join as well?

Get Outlook for iOS

---

**From:** ▓▓▓ @fb.com>
**Sent:** Tuesday, July 6, 2021 10:26 AM
**To:** Waldo, Eric (HHS/OASH); ▓▓▓
**Cc:** ▓▓▓
**Subject:** Re: Connecting with Dr. Murthy's office

Hi Eric,

Thanks for reaching out. We will circle up on our end and get back to you with some proposed times.

Get Outlook for iOS

---

**From:** Waldo, Eric (HHS/OASH) ▓▓▓ @hhs.gov>
**Sent:** Tuesday, July 6, 2021 9:47 AM
**To:** ▓▓▓
**Cc:** ▓▓▓
**Subject:** Connecting with Dr. Murthy's office

Hi ▓▓▓ and ▓▓▓

I hope this finds you well. I'm Dr. Murthy's Director of Engagement and I wanted to reach out.

As you know, one of the issues Dr. Murthy has been thinking about is how to help stop the spread of health misinformation as we continue to tackle COVID19 and beyond. I know you and your teams are working hard and

CONFIDENTIAL

thinking deeply about this issue. We'd love to chat over zoom to connect and discuss what's on the horizon for our teams.

Is there a good time this week to connect? Happy to work with whomever on your team to coordinate calendars.

Thanks so much!
Eric


Eric W. Waldo [He/Him]
Director of Engagement
Office of the U.S. Surgeon General, Dr. Vivek Murthy
U.S. Department of Health & Human Services

MOLA_DEFSPROD_00007307

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 1 of 70 PageID #: 9265

| | |
|---|---|
| **From:** | Humphrey, Clarke EOP/WHO ▮▮▮▮ @who.eop.gov] |
| **Sent:** | 1/23/2021 1:04:39 AM |
| **To:** | ▮▮▮▮ @twitter.com]; ▮▮▮▮ @twitter.com] |
| **CC:** | Flaherty, Robert EOP/WHO ▮▮▮▮ @who.eop.gov] |
| **Subject:** | Flagging Hank Aaron misinfo |

Hey folks —

Wanted to flag the below tweet and am wondering if we can get moving on the process for having it removed ASAP:

https://twitter.com/RobertKennedyJr/status/1352748139665645569

And then if we can keep an eye out for tweets that fall in this same ~genre that would be great.

Thanks!
Clarke



**EXHIBIT**

**A**

MOLA_DEFSPROD_00018337

CONFIDENTIAL

**From:** ▮▮▮▮▮▮▮▮▮▮ @twitter.com]
**Sent:** 1/23/2021 1:08:36 AM
**To:** Humphrey, Clarke EOP/WHO ▮▮▮▮▮▮▮ @who.eop.gov]
**CC:** ▮▮▮▮▮▮ @twitter.com]; Flaherty, Robert EOP/WHO ▮▮▮▮▮ @who.eop.gov]
**Subject:** [EXTERNAL] Re: Flagging Hank Aaron misinfo

Thanks. We recently escalated this.

On Fri, Jan 22, 2021 at 8:05 PM Humphrey, Clarke EOP/WHO ▮▮▮▮▮▮▮ @who.eop.gov> wrote:
Hey folks —

Wanted to flag the below tweet and am wondering if we can get moving on the process for having it removed ASAP:

>https://twitter.com/RobertKennedyJr/status/1352748139665645569<

And then if we can keep an eye out for tweets that fall in this same ~genre that would be great.

Thanks!
Clarke
--
⎯
▮▮▮▮▮▮▮▮▮▮
Twitter, Inc. | Public Policy
@TwitterGov & @Policy

MOLA_DEFSPROD_00018336

CONFIDENTIAL

| | |
|---|---|
| **From:** | @twitter.com> |
| **To:** | Flaherty, Robert EOP/WHO |
| **Sent:** | 2/7/2021 3:00:29 PM |
| **Subject:** | Re: [EXTERNAL] Re: Urgent: Finnegan Biden imposter |

Hi Rob,

Glad that we could help resolve the issue last night. To help streamline the process, and ensure that you have expedited help, we would strongly recommend the following:

**1. Consult with the White House IT Department to unblock emails from Twitter's Support Ticketing System.** The issues you're experiencing are due to the White House's system prohibiting emails. The two prior administrations also experienced this issue and it is fixable within your internal systems. This is particularly critical to resolve at large because if there is an issue with your account, we would notify you through email.

**2. Designate a list of authorized White House staff for Twitter's Partner Support Portal.** We sent over instructions about this on January 28th and also discussed this with Christian during our call on February 4th. This is the same system we had in place for the previous two administrations for their support issues, as well as the transition and campaign teams.

Once you assign and we enroll these authorized reporters, whenever they submit a ticket through the Help Center it will be prioritized automatically, without having to contact our team, and you won't need to add your personal information. To enroll your designated reporters to the Partner Support Portal, we simply need the list of @usernames (up to 10) that are registered with a White House email address.

**3. Streamlined coordination with ODS.** We are committed to making sure your team is properly trained and equipped with all of the tools and best practices for both content development and triaging issues. To deliver the best service, we would prefer to have a streamlined process strictly with your team as the internal liaison. That is the most efficient and effective way to ensure we are prioritizing requests. In a given day last week for example, we had more than four different people within the White House reaching out for issues. The more we can empower your team to be the in-house experts, the better service and partnership we can provide.

I would welcome a conversation about the aforementioned if you have specific questions.

Thanks,

Twitter, Inc. | Public Policy
@TwitterGov & @Policy

On Sat, Feb 6, 2021 at 11:09 PM Flaherty, Robert EOP/WHO                    @who.eop.gov> wrote:
Thanks

Sent from my iPhone

On Feb 6, 2021, at 10:32 PM,                    @twitter.com> wrote:

MOLA_DEFSPROD_00017987

CONFIDENTIAL

Update for you - account is now suspended.


On Sat, Feb 6, 2021 at 9:47 PM Flaherty, Robert EOP/WHO ▮▮▮▮▮▮▮▮@who.eop.gov> wrote:
Great. Cannot stress the degree to which this needs to be resolved immediately.

Sent from my iPhone

On Feb 6, 2021, at 9:47 PM, ▮▮▮▮▮▮▮▮ @twitter.com> wrote:

Thank you for sending over. We'll escalate for further review from here.

On Sat, Feb 6, 2021 at 9:45 PM Flaherty, Robert EOP/WHO ▮▮▮▮▮▮▮▮@who.eop.gov> wrote:
I have tried using your form three times and it won't work — it is also ridiculous that I need to upload my id to a form prove that I am an authorized representative of Finnegan Biden.

Please remove the is account immediately:

>>>https://twitter.com/bidenfinnegan<<<;;

I have CC'd Anthony Bernal, the First Lady's senior advisor, in case you have any further questions.

Sent from my iPhone
--

▮▮▮▮▮▮▮▮
Twitter | Public Policy
▮▮▮▮▮▮▮▮
--

▮▮▮▮▮▮▮▮
Twitter | Public Policy
▮▮▮▮▮▮▮▮

MOLA_DEFSPROD_00017988

| | |
|---|---|
| **From**: | @fb.com] |
| **Sent**: | 2/11/2021 10:17:22 AM |
| **To**: | Flaherty, Robert EOP/WHO                    @who.eop.gov]; Rowe, Courtney M. EOP/WHO |
| | @who.eop.gov]; Humphrey, Clarke EOP/WHO                    @who.eop.gov] |
| **CC**: | @fb.com];                    @fb.com];                    @fb.com]; |
| | @fb.com] |
| **Subject**: | [EXTERNAL] Re: COVID-19 Outreach to communities worldwide |

Hi Rob,

Quickly following up to see when you would like to have a meeting arranged to speak to our misinformation team reps about the latest updates. They also have a more detailed misinformation analysis prepared based on the discussions/questions from the previous meetings during the transition time period.

Best,

Get Outlook for iOS

| | |
|---|---|
| **From:** | @fb.com> |
| **Sent:** Tuesday, February 9, 2021 5:57:52 PM | |
| **To:** Flaherty, Robert EOP/WHO                    @who.eop.gov>; Rowe, Courtney M. EOP/WHO | |
| | @who.eop.gov>; Humphrey, Clarke EOP/WHO                    @who.eop.gov> |
| **Cc:** | @fb.com>;                    @fb.com>;                    @fb.com>; |
| | @fb.com>                    @fb.com> |

**Subject:** Re: COVID-19 Outreach to communities worldwide

Good evening Rob,

We have provided responses to your initial questions with input from the various teams below. We are happy to discuss these and additional questions as per your recent note. Do let us know a few windows that work for you.

**Can you share more about your framework here? May, of course, is very different than "will." Is there a strike policy, ala Youtube? Does the severity of the claims matter?**

We don't disclose the details of our thresholds publicly due to concerns about users gaming the system to avoid enforcement, however we do notify Groups, Pages, and Advertisers when we've removed content that violates our Community Standards. We start placing restrictions on accounts, Pages, and Groups for multiple violations, including restrictions on their ability to share content for increasing periods of time and limitations on their ability to reach their audience. If violations continue, we will suspend the entire Page, Group, or account. Additionally, when we review Pages and Groups we look at how they describe themselves and may restrict or remove them if the title or description violate our policies.

**And as far as your removal of claims, do you have data on the actual number of claims-related posts you've removed? Do you have a sense of how many are being flagged versus how many are being removed? Are there actions (downranking, etc) that sit before removal?**

It is a bit too early to be sure - We will begin enforcing this policy immediately, with a particular focus on Pages, Groups and accounts that violate these rules, and we'll continue to expand our enforcement over the coming weeks. There is a

MOLA_DEFSPROD_00017964

CONFIDENTIAL

range of content that can violate these policies, and it will take some time to train the reviewers and systems on enforcement.

**How are you handling things that are dubious, but not provably false?**

In consultation with leading health organizations, we continuously expand the list of false claims that we remove about COVID-19 and vaccines during the pandemic. We remove claims public health authorities tell us have been debunked or are unsupported by evidence.

Content which does not qualify for removal may be eligible to be fact-checked by our network of over 80 fact-checking organizations. When one of our independent fact-checking partners debunk a post, we reduce its distribution and add strong warning labels with more context, so fewer people see the post. We do not remove the content, but are focusing on improvement efforts that will help us to better address content that contributes to unfounded hesitancy towards the COVID-19 vaccine.

For example, we're working to proactively prevent posts discouraging vaccines from going viral on our platforms; address content that experts believe dissuades people from getting the vaccine, but does not violate our misinformation policies, through the use of information labels; and prevent recommendations for Groups, Pages, and Instagram accounts that repeatedly push content discouraging vaccines.

-On Behalf of the Facebook team

## FACEBOOK

U.S. Public Policy
Facebook

---

**From:** "Flaherty, Robert EOP/WHO"                    @who.eop.gov>
**Date:** Tuesday, February 9, 2021 at 4:59 PM
**To:**                    @fb.com>, "Rowe, Courtney M. EOP/WHO"                    @who.eop.gov>,
"Humphrey, Clarke EOP/WHO"                    @who.eop.gov>
**Cc:**                    @fb.com>,                    @fb.com>,
                   @fb.com>

**Subject:** RE: COVID-19 Outreach to communities worldwide

All, especially given the Journal's reporting on your internal work on political violence spurred by Facebook groups, I am also curious about the new rules as part of the "overhaul." I am seeing that you will no longer promote civic and health related groups, but I am wondering if the reforms here extend further? Are there other growth vectors you are controlling for?

Happy to put time on the calendar to discuss further.

**From:** Flaherty, Robert EOP/WHO
**Sent:** Monday, February 8, 2021 1:37 PM
**To:**                    @fb.com>; Rowe, Courtney M. EOP/WHO                    @who.eop.gov>; Humphrey,
Clarke EOP/WHO                    @who.eop.gov>

MOLA_DEFSPROD_00017965

CONFIDENTIAL

**Cc:** ⬛⬛⬛ @fb.com>; ⬛⬛⬛ @fb.com>; ⬛⬛⬛ @fb.com>
**Subject:** RE: COVID-19 Outreach to communities worldwide

⬛ Thanks.

This line, of course, stands out:

*that repeatedly share these debunked claims may be removed altogether.*

Can you share more about your framework here? May, of course, is very different than "will." Is there a strike policy, ala Youtube? Does the severity of the claims matter?

And as far as your removal of claims, do you have data on the actual number of claims-related posts you've removed? Do you have a sense of how many are being flagged versus how many are being removed? Are there actions (downranking, etc) that sit before removal? How are you handling things that are dubious, but not provably false?

Thanks

**From:** ⬛⬛⬛ @fb.com>
**Sent:** Monday, February 8, 2021 1:18 PM
**To:** Rowe, Courtney M. EOP/WHO ⬛⬛⬛ @who.eop.gov>; Flaherty, Robert EOP/WHO
⬛⬛⬛ @who.eop.gov>; Humphrey, Clarke EOP/WHO ⬛⬛⬛ @who.eop.gov>
**Cc:** ⬛⬛⬛ @fb.com>; ⬛⬛⬛ @fb.com>; ⬛⬛⬛ @fb.com>
**Subject:** [EXTERNAL] COVID-19 Outreach to communities worldwide

Good afternoon Courtney, Rob, and Clarke,

We wanted to make sure you saw our announcements today about running the largest worldwide campaign to promote authoritative COVID-19 vaccine information and expanding our efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines and vaccines in general during the pandemic. More details are in our Newsroom: authoritative COVID-19 vaccine information and COVID-19 and vaccine misinformation.

#### Helping People Find Where and When They Can Get Vaccinated

- Starting this week, we'll feature links in the COVID-19 Information Center to local ministry of health websites to help people understand whether they're eligible to get vaccinated and how to do so.

- And in the coming weeks, as more information becomes available, we'll continue to improve this feature, making it easier for people to see where and when they can get vaccinated in just a few taps.

#### Sharing Credible Information About COVID-19 Vaccines

- We're working with health organizations and community leaders to run campaigns on our platform promoting accurate information about COVID-19 vaccines and encouraging people to get vaccinated.

- We're giving over $120 million in ad credits to help health ministries, NGOs and UN agencies reach billions of people around the world with COVID-19 vaccine and preventive health information.

- In the US, we're partnering with the Johns Hopkins Bloomberg School of Public Health to reach Native American communities, Black communities and Latinx communities, among others, with science and evidence-based content that addresses the questions and concerns these communities have.

- We're also working with AARP to reach Americans over 50 with educational content about COVID-19 vaccines, including Spanish-language content designed to reach Latinx and Hispanic communities.

#### Combating Vaccine Misinformation

MOLA_DEFSPROD_00017966

- We are expanding our efforts to remove false claims on Facebook and Instagram about COVID-19, COVID-19 vaccines and vaccines in general during the pandemic. Since December, we've removed false claims about COVID-19 vaccines that have been debunked by public health experts.

- Today, following consultations with leading health organizations, including the World Health Organization (WHO), we are expanding the list of false claims we will remove to include additional debunked claims about the coronavirus and vaccines. We already prohibit these claims in ads.

- Groups, Pages and accounts on Facebook and Instagram that repeatedly share these debunked claims may be removed altogether. We are also requiring some admins for groups with admins or members who have violated our COVID-19 policies to temporarily approve all posts within their group.

- When people search for vaccine or COVID-19 related content on Facebook, we promote relevant, authoritative results and provide third-party resources to connect people to expert information about vaccines. On Instagram, in addition to surfacing authoritative results in Search, in the coming weeks we're making it harder to find accounts in search that discourage people from getting vaccinated.

- As we noted last month in response to guidance from the Oversight Board, we are committed to providing more transparency around these policies. You can read the detailed updates in Facebook's Community Standards and in our Help Center.

**Providing Data to Inform Effective Vaccine Delivery**

- Last year, we began collaborating with Carnegie Mellon University Delphi Research Group and the University of Maryland on COVID-19 surveys about symptoms people are experiencing, mask wearing behaviors and access to care. With over 50 million responses to date, the survey program is one of the largest ever conducted and has helped health researchers better monitor and forecast the spread of COVID-19.

- To help guide the effective delivery of COVID-19 vaccines, the survey data will provide a better understanding of trends in vaccine intent across sociodemographics, race, geography and more. The scale of the survey will also allow for faster updates on changes in trends, such as whether vaccine intent is going up or down in California in a given week and better insights on how vaccine intent varies at a local level. We'll share these new insights including vaccine attitudes at a county level in the US as well as globally.

These new policies and programs will help us continue to take aggressive action against misinformation about COVID-19 and vaccines and help people find where and when they can get vaccinated. You can read more about how we're supporting COVID-19 relief efforts and keeping people informed at our COVID-19 action page.

-On Behalf of the Facebook team

**FACEBOOK**

U.S. Public Policy
Facebook

MOLA_DEFSPROD_00017967

CONFIDENTIAL

| | |
|---|---|
| **From:** | Flaherty, Rob EOP/WHO _____ @who.eop.gov] |
| **Sent:** | 3/15/2021 3:20:54 AM |
| **To:** | _____ @fb.com] |
| **CC:** | Humphrey, Clarke EOP/WHO _____ @who.eop.gov]; Peck, Joshua (HHS/ASPA) _____ @hhs.gov]; Rowe, Courtney M. EOP/WHO _____ @who.eop.gov]; _____ @fb.com]; _____ @fb.com]; _____ @fb.com] |
| **Subject:** | Re: [EXTERNAL] Survey Findings: Jan 10 - Feb 27 |

_____ thanks. Good insights here.

I'm more interested in the data that was outlined in the Washington Post (https://www.washingtonpost.com/technology/2021/03/14/facebook-vaccine-hesistancy-qanon)

And what interventions you are testing/their effectiveness.

-Rob

Sent from my iPhone

On Mar 12, 2021, at 4:59 PM, _____ @fb.com> wrote:

Hi All,

Following up on our commitment to share our survey data on vaccine uptake. We're happy to share these findings regularly moving forward to help inform your teams and strategies. Attached are our findings from January 10 -- February 27, 2021. On Monday the report will be available online, and I'll be sure to send a link when it's published.

Note that highlights of the findings are up top, a robust executive summary follows, and then a deep dive into the methodology, greater detail on state trends, occupations, barriers to acceptance. etc. Hopefully, this format works for the various teams and audiences within the White House / HHS that may find this data valuable. We're also open to feedback on the formatting.

Please let us know if you have specific questions about the findings or the survey itself, we're happy to track down answers or book time.

Best,

██████

██████

facebook, inc. | politics & government
                                    @fb.com| _____ @fb.com>

<CMU_Topline_Vaccine_Report_20210312.pdf>

MOLA_DEFSPROD_00018157

CONFIDENTIAL

**From:** ▮▮▮▮▮▮▮@fb.com]
**Sent:** 3/16/2021 11:17:59 PM
**To:** Slavitt, Andrew M. EOP/WHO ▮▮▮▮@who.eop.gov]
**CC:** Flaherty, Rob EOP/WHO ▮▮▮@who.eop.gov]
**Subject:** Re: [EXTERNAL] Re: You are hiding the ball

Thanks Andy, and apologies for the delay in getting back. We are absolutely invested in getting you the specific information needed to successfully manage the vaccine rollout. We want to share information with you that we trust is statistically significant and derived from sound analysis, so that it can actually be helpful. The information cited in the WaPo article over the weekend was leaked and was not vetted internally to understand how accurate it is or the ramifications that could result from it. But I understand your point regarding how we communicate, and that we need to share information with you in a way that prioritizes what we are seeing in as close to real time as possible. I'd like to set up a conversation with our research leads to walk your team through ongoing research we are currently conducting and our approach; and then we can prioritize sharing results as quickly as possible.

Moreover, the data we sent on Friday and will continue to send throughout the year represents the information we are using internally to shape our own thinking on this content—we believe this data addresses many of the questions that have been posed (because it has been so helpful to guide our own internal efforts). We'd appreciate the opportunity to go through it in detail with whomever is interested on your team.

I know you're extremely busy. If it's ever helpful to connect by phone instead of over email I am at ▮▮▮▮▮▮

▮▮

---

**From:** Slavitt, Andrew M. EOP/WHO ▮▮▮▮▮@who.eop.gov>
**Date:** Monday, March 15, 2021 at 7:11 PM
**To:** ▮▮▮▮▮@fb.com>
**Cc:** Flaherty, Rob EOP/WHO ▮▮▮▮@who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: You are hiding the ball

▮▮

I appreciate being copied on the note. It would nice to establish trust. I do feel like relative to others, interactions with Facebook are not straightforward and the problems are worse — like you are trying to meet a minimum hurdle instead of trying to solve the problem and we have to ask you precise questions and even then we get highly scrubbed party line answers. We have urgency and don't sense it from you all. 100% of the questions I asked have never been answered and weeks have gone by.

Internally we have been considering our options on what to do about it.

Regards,

Andy

Sent from my iPhone

On Mar 15, 2021, at 6:42 PM, ▮▮▮▮▮@fb.com>wrote:

MOLA_DEFSPROD_00017623

Thanks, Rob. Called and left you a message earlier. I understand why you'd read the WaPo piece and come away feeling like we are not leveling with you. The piece inflated unconfirmed and leaked work that's being done by a small team. It's exploratory work and is not close to being a finalized work product - in fact the team that briefed you (including me) wasn't aware of the work at the time we briefed you. This was not a "massive study" as depicted by the Post - this was a small team experimenting with applying a relatively new system to COVID19 content. At any given time, there are many research projects similar to this being conducted by data scientists across the platform--as we've discussed, we're working hard to understand and address this type of content. Our definition of vaccine hesitancy is evolving - it is not a mature concept. This is early work and we have not gone through the kind of quality assurance we'd usually do before sharing the learnings externally. The data that leaked and was reported on should not be interpreted to be anything more than one of many efforts underway to better inform how we tackle this problem. As we develop them further, we will definitely keep you updated.

We obviously have work to do to gain your trust. You mention that you are not trying to play "gotcha" with us —I appreciate the approach you are taking to continued discussions. We are also working to get you useful information that's on the level. That's my job and I take it seriously—I'll continue to do it to the best of my ability, and I'll expect you to hold me accountable.

If interested, I can schedule time to give you more context on how this work is done and why we wouldn't include it in a briefing.

---

**From:** Flaherty, Rob EOP/WHO ▮▮▮▮▮▮ @who.eop.gov>
**Date:** Monday, March 15, 2021 at 1:10 PM
**To:** ▮▮▮▮▮▮ @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO ▮▮▮▮▮▮ @who.eop.gov>
**Subject:** RE: You are hiding the ball

I don't think this is a misunderstanding, ▮▮▮ I've been asking you guys pretty directly, over a series of conversations, for a clear accounting of the biggest issues you are seeing on your platform when it comes to vaccine hesitancy, and the degree to which borderline content – as you define it – is playing a role. I've also been asking for what actions you have been taking to mitigate it as part of your "lockdown" – which in our first conversation, was said to be in response to concerns over borderline content, in our 1:1 convo you said was not out of any kind of concern over borderline content, and in our third conversation never even came up.

You said you would commit to us that you'd level with us. I am seeing in the press that you have data on the impact of borderline content, and its overlap with various communities. I have asked for this point blank, and got, instead, an overview of how the algorithm works, with a pivot to a conversation about profile frames, and a 45-minute meeting that seemed to provide you with more insights than it provided us.

I am not trying to play "gotcha" with you. We are gravely concerned that your service is one of the top drivers of vaccine hesitancy – period. I will also be the first to acknowledge that borderline content offers no easy solutions. But we want to know that you're trying, we want to know how we can help, and we want to know that you're not playing a shell game with us when we ask you what is going on.

This would all be a lot easier if you would just be straight with us.

---

**From:** ▮▮▮▮▮▮ @fb.com>
**Sent:** Monday, March 15, 2021 10:22 AM
**To:** Flaherty, Rob EOP/WHO ▮▮▮▮▮▮ @who.eop.gov>
**Cc:** Slavitt, Andrew M. EOP/WHO < ▮▮▮▮▮▮ @who.eop.gov>
**Subject:** [EXTERNAL] Re: You are hiding the ball

MOLA_DEFSPROD_00017624

CONFIDENTIAL

Thanks Rob—I think there is a misunderstanding on what this story is covering with respect to research that's happening—I will call to clear up.  Certainly not hiding the ball.

Also flagging our announcement that went live this morning—this is the announcement I mentioned on Friday's call.

>>>https://about.fb.com/news/2021/03/mark-zuckerberg-announces-facebooks-plans-to-help-get-people-vaccinated-against-covid-19/<<<;;

---

**From:** Flaherty, Rob EOP/WHO                    @who.eop.gov>
**Date:** Sunday, March 14, 2021 at 11:13 PM
**To:**                    @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO                    @who.eop.gov>
**Subject:** You are hiding the ball

>>>https://www.washingtonpost.com/technology/2021/03/14/facebook-vaccine-hesistancy-qanon<<<;;

Sent from my iPhone

MOLA_DEFSPROD_00017625

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 13 of 70 PageID #:
9277

**From:**                    @fb.com]
**Sent:**       3/24/2021 1:42:30 PM
**To:**         Flaherty, Rob EOP/WHO                @who.eop.gov]
**CC:**         Slavitt, Andrew M. EOP/WHO                @who.eop.gov]
**Subject:**    Re: [EXTERNAL] Re: Follow up - Friday call w

Look forward to talking today at 4:00.          will plan on giving an overview of her role and the work across the teams
at the top and of course will respond to questions, as that's the objective of having her in touch with you regularly over
the coming weeks. One additional participant on our end will be          — just to make sure we're tracking all
follow ups.

---

**From:** Flaherty, Rob EOP/WHO                @who.eop.gov>
**Date:** Tuesday, March 23, 2021 at 11:16 AM
**To:**          @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO                @who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Follow up - Friday call w

Great. I can do 4!

**From:**          @fb.com>
**Sent:** Tuesday, March 23, 2021 11:03 AM
**To:** Flaherty, Rob EOP/WHO                @who.eop.gov>
**Cc:** Slavitt, Andrew M. EOP/WHO                @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Follow up - Friday call w

Rob--we're good to schedule around your avail Wednesday afternoon if that works.

---

**From:** Flaherty, Rob EOP/WHO                @who.eop.gov>
**Date:** Monday, March 22, 2021 at 11:21 PM
**To:**          @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO                @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Follow up - Friday call w

      — I believe you mentioned in a previous conversation that large meetings like that are not the most productive
way to exchange information on this topic. I certainly have not found them to be especially illuminating. If we're going to
do another large format meeting, can you outline what you'll be bringing to the table? Otherwise, it seems like a smaller
group may be more productive.

Sent from my iPhone

On Mar 22, 2021, at 10:58 PM,          @fb.com> wrote:

Thanks Rob—appreciate the context below. For the meeting with          —possible that we could aim for
Wednesday? I'll rally our folks if you have a window in the afternoon that will work.

MOLA_DEFSPROD_00017613

-PA01593-

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 14 of 70 PageID #: 9278

---

**From:** Flaherty, Rob EOP/WHO ▮▮▮▮▮▮▮▮ @who.eop.gov>
**Date:** Monday, March 22, 2021 at 4:51 PM
**To:** ▮▮▮▮▮▮ @fb.com>, Slavitt, Andrew M. EOP/WHO ▮▮▮▮▮▮ @who.eop.gov>
**Subject:** RE: Follow up - Friday call w ▮▮▮

Awesome, ▮▮▮ Similarly to how we're looking out for your gameplan on tackling vaccine hesitancy spread on your platform, we'll look out for how you plan to help close the gap on equitable access.

Had a chance to connect with Andy earlier to download on his call with ▮▮▮ – seems like there's alignment here.

Excited to meet ▮▮▮ Could talk tomorrow in the 4-5 hour ET tomorrow.

Afa sharing data, that's great. Again, as I've said, what we are looking for is the universe and scale of the problem. You noted that there is a level below sensational stories that get down-ranked, which took the form of general skepticism. I think it is helpful to know where you think the biggest issue is. I think we are all aligned that the problem does not sit in "microchips"-land, and that it seems plausible that the things that drive the most actual hesitancy sit in "sensational" and "skeptical." If you're downranking sensational stuff – great – but I want to know how effective you've seen that be from a market research perspective. And then, what interventions are being taken on "skepticism?" I could see a range of actions, including hitting them good information, boosting information from sources they've indicated they trust, promoting content from their friends who have been vaccinated........what are you trying here, and again, how effective have you seen it be. And *critically*, what amount of content is falling into all of these buckets? Is there wider scale of skepticism than sensationalism? I assume given the Carnegie data and the studies I've seen in the press that you have this. While I think you and I both know that access to the study's toplines and a crowdtangle account aren't going to get us the info we're looking for, it shows to me that you at least understand the ask.

As I've said: this is not to play gotcha. It is to get a sense of what you are doing to manage this. This is a really tricky problem. You and I might disagree on the plan, but I want to get a sense of the problem and a sense of what you solutions are.

On whatsapp, which I may seem like I'm playing gotcha, but I guess I'm confused about how you're measuring reduction of harm. If you can't see the message, I'm genuinely curious – how do you know what kinds of messages you've cut down on? Assuming you've got a good mousetrap here, that's the kind of info we're looking for above: what interventions you've taken, and what you've found to work and not work? And how effective are you seeing the good information on Whatapp be? Are you doing crossplatform campaign work to try to reduce people's exposure on whatsapp? As we worry about equity and access, Whatsapp is obviously a central part of that given its reach in immigrant communities and communities of color.

You've given us a commitment to honest, transparent conversations about this. We're looking for that, and hoping we can be partners here, even if it hasn't worked so far. I know Andy is willing to get on the phone with ▮▮▮ a couple of times per week if its necessary to get all of this.

Looking forward.

---

**From:** ▮▮▮▮▮▮ @fb.com>
**Sent:** Monday, March 22, 2021 12:53 PM
**To:** Slavitt, Andrew M. EOP/WHO ‹ ▮▮▮▮ @who.eop.gov>
**Cc:** Flaherty, Rob EOP/WHO ‹ ▮▮▮▮ @who.eop.gov>
**Subject:** [EXTERNAL] Re: Follow up - Friday call w ▮▮▮

MOLA_DEFSPROD_00017614

CONFIDENTIAL

Thanks Andy.  Also—wanted to flag a discussion we are scheduled to have with                     regarding some work around equitable vaccine adoption—just a touch-base conversation to talk through ideas we have for closing the adoption gap in communities disproportionately impacted by Covid and to discuss how we can be supportive overall in the US re: an equity strategy.  We were connected with           who scheduled the conversation—just didn't want any surprises.

**From:** Slavitt, Andrew M. EOP/WHO                     @who.eop.gov>
**Date:** Monday, March 22, 2021 at 9:37 AM
**To:**                @fb.com>
**Cc:** Flaherty, Rob EOP/WHO              @who.eop.gov>
**Subject:** RE: Follow up - Friday call w

Thanks      .      and I will c0onnect and follow up.

**From:**                @fb.com>
**Sent:** Sunday, March 21, 2021 11:25 PM
**To:** Slavitt, Andrew M. EOP/WHO <              @who.eop.gov>
**Cc:** Flaherty, Rob EOP/WHO <              @who.eop.gov>
**Subject:** [EXTERNAL] Follow up - Friday call w

Andy,

Thanks for taking the time to connect on Friday.  Per our discussion, I wanted to follow up with next steps:

1.    **Consistent Product Team POC:** As discussed, we will make                 who has been coordinating the product work that matters most to your teams, available on a regular basis.  If it makes sense, we can schedule some time for          to connect with you and/or Rob (and whomever else makes sense) early this week.
2.    **Sharing Additional Data:**      mentioned the new internal analytics that we are developing to help us understand and monitor the most viral COVID vaccine-related content. This is a top priority for us, and we will keep you updated on our progress and when we expect to be able to share the data with you.
3.    **Levers for Tackling Vaccine Hesitancy Content:** You also asked us about our levers for <mark>reducing virality</mark> of vaccine hesitancy content.  In addition to policies previously discussed, these include the additional changes that were approved late last week and that we'll be implementing over the coming weeks.  As you know, in addition to removing vaccine misinformation, we have been focused on reducing the virality of content discouraging vaccines that does not <mark>contain actionable misinformation.  This is often-true content</mark>, which we allow at the post level because experts have advised us that it is important for people to be able to discuss both their personal experiences and concerns about the vaccine, but it can be framed as sensation, alarmist, or shocking.  We'll remove these Groups, Pages, and Accounts when they are disproportionately promoting this sensationalized content.  More on this front as we proceed to implement.
4.    **WhatsApp:** Finally—      mentioned the policies that apply to WhatsApp.  WhatsApp's approach to misinformation focuses on limiting the virality of messages, preventing coordinated abuse, and empowering users to seek out reliable sources of information both in and out of the product.  Our product includes features to limit the spread of viral content, such as forward limits and labels, privacy settings to help users decide who can add them to groups, and simple ways for users to block accounts and make reports to WhatsApp if they encounter problematic messages.  Additional limitations we placed in April 2020 on forwarding of messages that have been forwarded many times reduced these kinds of messages by over 70%.

Along with these commitments, we'll continue to provide updated data from our COVID-19 Symptom Survey, and would be happy to walk through this data with our research director, if helpful.

Thanks again--and please let me know if there's anything I'm missing or can follow up to clarify.

MOLA_DEFSPROD_00017615

CONFIDENTIAL

MOLA_DEFSPROD_00017616

CONFIDENTIAL

**From:** ▮▮▮▮▮▮▮▮▮▮ @fb.com]
**Sent:** 4/10/2021 9:33:25 PM
**To:** Flaherty, Rob EOP/WHO ▮▮▮▮ @who.eop.gov]
**Subject:** [EXTERNAL] Re: Follow up--WA responses

Understood. I thought we were doing a better job through ▮▮▮▮ responding to this – and we are working to get the data that will more clearly show the universe of the Covid content that's highest in distribution with a clear picture of what percentage of that content is vax hesitancy content, and how we are addressing it. I know ▮▮▮ told Andy that would take a bit of time to nail down and we are working on that universe of data. I will make sure we're more clearly responding to your questions below.

**From:** Flaherty, Rob EOP/WHO ▮▮▮▮▮▮▮▮▮ @who.eop.gov>
**Date:** Friday, April 9, 2021 at 2:56 PM
**To:** ▮▮▮▮▮▮ @fb.com>
**Subject:** RE: Follow up--WA responses

Thanks for this, ▮▮▮ Hoor should be trying to land a time.

Will say I'm really mostly interested in what effects the interventions and products you've tested have had on increasing vaccine interest within hesitant communities, and which ones have shown promise. Really couldn't care less about products unless they're having measurable impact. And while the product safari has been interesting, at the end of the day, I care mostly about what actions and changes you're making to ensure sure you're not making our country's vaccine hesitancy problem worse. I definitely have what I believe to be a non-comprehensive list of products you're building but I still don't have a good, empirical answer on how effective you've been at reducing the spread of vaccine-skeptical content and misinformation to vaccine fence sitters in the now-folded "lockdown." If ▮▮▮ can speak to those things, great. ▮▮▮▮ hasn't been able to, but I'm sure someone there can.

In the electoral context, you tested and deployed an algorithmic shift that promoted quality news and information about the election. This was reported in the New York Times and also readily apparent to anyone with cursory social listening tools. You only did this, however, after an election that you helped increase skepticism in, and an insurrection which was plotted, in large part, on your platform. And then you turned it back off. I want some assurances, based in data, that you are not doing the same thing again here.

**From:** ▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Friday, April 9, 2021 2:16 PM
**To:** Flaherty, Rob EOP/WHO ▮▮▮▮▮▮▮▮ @who.eop.gov>
**Subject:** [EXTERNAL] Follow up--WA responses

Hi Rob,

Wanted to follow up on your additional questions about WhatsAp -- responses to your questions embedded in line and in blue below, along with a few attachments that are discussed in-line. Happy to discuss further.

Also—happy to schedule our next session with ▮▮▮▮ for Monday if you're interested. I know she was hoping to bring her colleague ▮▮▮ to brainstorm on some ideas with you and Courtney. We can do this Monday or anytime next week.

MOLA_DEFSPROD_00017549

Thanks,

■■■■

----------------

We also wanted to follow up on your questions about WhatsApp. I'm sure you're already attuned to this, but think it's worth noting some of the key differences between a private messaging app like WhatsApp, and social media like Facebook and Instagram. Approximately 90 percent of the messages sent on WhatsApp are one-to-one, and the majority of group chats include fewer than ten people. WhatsApp does not promote content, and users do not build audiences or discover new people as they would on social media.

### Very aware 😊

You're right that without being able to see the content of messages on WhatsApp, we're not able to measure prevalence (and, relatedly, reduction) of particular types of content. WhatsApp seeks to control the spread of misinformation and inform users through deliberate, content-agnostic product interventions -- things like labeling and limiting message forwards. The underlying idea there is that messages that did not originate from a close contact are less personal compared to typical messages sent on WhatsApp, and may be more prone to contain misinformation. The labels ("forwarded"; and "forwarded many times" if the message has been forwarded five times or more) are intended to prompt people to stop and think when they are reading a message and before they forward something, which may not be accurate. The forward limits (no more than five chats at time; one chat a time for highly forwarded messages), are intended to reduce their spread. As mentioned in my earlier note, when WhatsApp rolled out the limitation for highly forwarded messages to one chat at a time in April 2020, this resulted in a 70% reduction of those messages globally. Of course, not all forwards are misinformation, so these are by nature somewhat blunt tools, but they are important ones -- and ones that many other messaging services don't provide.

A few additional things to note:

1.      WhatsApp also employs best-in-class spam detection technology to **spot accounts engaging in mass messaging behavior, so they can't be used to spread spam or viral misinformation**. We ban over 2 million accounts per month for bulk messaging behavior, 75% of them without a recent user report, which means our automated systems stop abuse before users can report them. (This white paper describes these systems in further detail.)

**We have a thing where we can't click links from emails – can you send me the white paper?**
White Paper is attached in PDF to this email.

2.      Another aspect of what WhatsApp does -- again without accessing the content of messages -- is to **provide tools to empower users to seek out reliable sources of information**. One way we've done this in the product is through a "search the web" feature we rolled out last August, which allows users to easily double check highly forwarded messages they receive on WhatsApp by tapping a magnifying glass button in the chat to initiate a web search on their device browser. This helps users find news results or other sources of authoritative information about messages they have received from outside their close contacts -- and is available in English, Spanish, and other languages.

MOLA_DEFSPROD_00017550

-PA01598-

CONFIDENTIAL

**Can you show me what this might look like? What kind of testing have you seen around
effectiveness? Are there other tactics you've deployed? Does exposure to forwarded messages
change in any way the kinds of positive information they're exposed to on Facebook or Instagram?**

Attached is an image explaining how "Search the Web" functions on WhatsApp - and you can find more
info at this link: >>https://blog.whatsapp.com/search-the-web/?lang=en<<. As we have rolled out
Search the Web over the past year, we have conducted research - through interviews and surveys - to
understand how users interact with this feature, what level of awareness they have about it and
particularly, how it is used by low digital literacy users. Along similar lines, we are continuing to
experiment with different forward depths that classify a message as a "Highly Forwarded Message" and
bring up the magnifying glass button for that message. We will use these insights to design further
product features that limit virality on WhatsApp.

With respect to your question about COVID-related information people may be exposed to Facebook and
Instagram, that is not related to users' personal messaging activity on WhatsApp.

3.      WhatsApp also has partnerships with fact checking organizations, government agencies, and
international organizations, like the WHO, around the world **to make authoritative information about
COVID-19 and vaccines available via WhatsApp**. WhatsApp donated $1M to the International Fact
Checking Network (IFCN) to support the CoronaVirusFacts Alliance, which brought together more than
100 fact checkers in 70+ countries in 40+ languages. These organizations have produced 9,000+ unique
fact checks, all of which are accessible through a global fact-checking bot jointly created by the IFCN and
WhatsApp.

**How do they make the information available?**

COVID-19 information is made available on WhatsApp by WHO, government health ministries, and
third-party fact checkers through our WhatsApp Business API solution, which supports two-way
conversational messaging and one-way notifications. These organizations access our API through
approved business solutions providers (BSPs) to build chatbots on the WhatsApp Business API that are
capable of returning automated responses to user queries. We support government partners by waiving
WhatsApp fees associated with the API and making available Facebook ads credits to publicize these
chatbots. For some fact checkers, we cover the BSP and end client costs through annual grants.

Users click on a link on the organization's website to open the chat or text "hi" to the chatbot's phone
number. This brings them to a greeting message where they are presented with options to search for
information on a COVID-related topic, access latest fact checks, or get tips to fight misinformation,
among other things. The requested information is then provided in a variety of ways.

The WHO Health Alert on WhatsApp, for example, provides information about how vaccines work and
how they are tested as a text message in response to a user query. It also provides users with links to
videos of WHO's "*Science in 5*" series where scientists discuss commonly asked questions about the
Covid-19 Vaccines. The latest edition of this discussion is also sent to the user's chat as an audio clip for
ease of access.

The IFCN chatbot which leverages the CoronaVirusFacts Alliance database of COVID-19
misinformation allows users to search for fact checks based on keywords and will provide the latest fact-
checks from networks in the user's country as determined by the user's phone number.

Screenshots of the WHO Health Alert and IFCN chatbot are attached.

MOLA_DEFSPROD_00017551

CONFIDENTIAL

4.   We're very cognizant of WhatsApp's use among immigrant communities in the U.S. and we're **focused on ensuring these** sorts **of resources noted above are available in Spanish as well as English**. During the 2020 election we partnered with Univision and Telemundo to make IFCN's election-related fact checks available in Spanish. Both Univision and Telemundo are now in the process of getting approved as certified IFCN fact checkers, which will enable them to set up their own Spanish-language fact checks directly on WhatsApp with financial support from Facebook. This will add to existing Spanish-language resources available via WhatsApp, including the search the web feature and the CoronaVirusFacts Alliance bot mentioned above.

**Is this true in other languages? I'm thinking specifically about languages that have prevalence in south Asian countries. And in the electoral context, what did you do there that worked and you're taking into this body of work?**

We encourage our partners to make their resources available as widely as possible. The IFCN CoronaVirusFacts Alliance chatbot is already available in the US in 4 languages - English, Hindi, Spanish and Portuguese. The Search the Web feature is currently available in English, Spanish, German, Italian and French; we have been working to expand the feature and it's available to South Asian language markets in Android Beta (~25M users) but the quality of search results is not yet high enough for a full launch.
US 2020 was the biggest fact checking effort that WhatsApp supported and we're pleased that these efforts have helped to spur progress in the broader fact checking ecosystem. The partnerships we built with Telemundo and Univision, helped lead to both companies establishing their own specialized Spanish-language fact checking units - *EL Detector* and *T Verifica,* respectively - and hiring data analysts and translators to aid their fact checking efforts.
We are also proud of the work that we did with IFCN during the US 2020 election to help create a consortium of fact checkers, which allowed these organizations to pool resources and scale their operations. We have been building on the success of this model elsewhere in the world - including in India where we have worked with six Indian fact checking organizations to build a similar coalition that will consolidate fact checks and trends on a common website.

One other initiative we are focused on are partnerships with governments, private healthcare providers, and pharmacies to support COVID-19 vaccination efforts through chat tools on WhatsApp. We've launched these successfully so far in Indonesia, Brazil, South Africa, and Argentina, among other countries, and are very interested in exploring ways to replicate some of these efforts in the U.S., especially in boosting the vaccination effort within the Latinx community. We are in discussions with the CDC and with officials in California, Delaware, and Los Angeles, and we are keen to work together to expand the scope and reach of these partnerships.

**I guess I have the same question here as I do on Facebook on Instagram. Do you guys think you have this under control? You're obviously going to say yes to that, so I guess the real question is, as ever: how are you measuring success? Reduction in forwarding? Measured impact across Facebook properties?**

On WhatsApp, reduction in forwards is just one of the signals that we use to measure how well we are doing in reducing viral activity on our platform. We also ban accounts that engage in mass marketing or scam behaviors - including those that seek to exploit COVID-19 misinformation. Our efforts in this space are more comprehensive than anything that our peers in private messaging or SMS do, and we are constantly innovating to stay ahead of future challenges.

MOLA_DEFSPROD_00017552

CONFIDENTIAL

We also track engagement with some of the tools available on WhatsApp that provide access to fact checks and other authoritative sources of information. For instance, 3 billion messages related to COVID-19 have been sent by governments, nonprofits and international organizations to citizens through official WhatsApp chatbots, and over 300 million messages have been sent over COVID-19 vaccine helplines on WhatsApp during the 1st quarter of 2021.

MOLA_DEFSPROD_00017553

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 22 of 70 PageID #: 9286

**From:** ████████████ @fb.com]
**Sent:** 4/14/2021 5:23:05 PM
**To:** Flaherty, Rob EOP/WHO ████████ @who.eop.gov]
**CC:** Slavitt, Andrew M. EOP/WHO ████████ @who.eop.gov]
**Subject:** [EXTERNAL] Re: tucker

Thanks—I saw the same thing when we hung up. Running this down now.

Get Outlook for iOS

**From:** Flaherty, Rob EOP/WHO ████████ @who.eop.gov>
**Sent:** Wednesday, April 14, 2021 1:10:41 PM
**To:** ████████ @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO ████████ @who.eop.gov>
**Subject:** tucker

Since we've been on the phone – the top post about vaccines today is tucker Carlson saying they don't work. Yesterday was Tomi Lehren saying she won't take one. This is exactly why I want to know what "Reduction" actually looks like – if "reduction" means "pumping our most vaccine hesitant audience with tucker Carlson saying it doesn't work" then…I'm not sure it's reduction!

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell: ████████

MOLA_DEFSPROD_00017511

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 174-1  Filed 01/11/23  Page 23 of 70 PageID #:
9287

**From:**                       @fb.com]
**Sent:**        4/14/2021 6:14:25 PM
**To:**          Flaherty, Rob EOP/WHO                    @who.eop.gov]; Rowe, Courtney M. EOP/WHO
                            @who.eop.gov]
**Subject:**     Re: [EXTERNAL] Re: Connecting


Hey—I'm really sorry, I missed this ahead of the 11:00.  We will definitely prioritize for future.  And working on both immediate follow ups—running down question on Tucker and working on getting you report by end of week.

Get Outlook for iOS

**From:** Flaherty, Rob EOP/WHO              @who.eop.gov>
**Sent:** Wednesday, April 14, 2021 10:50 AM
**To:**         Rowe, Courtney M. EOP/WHO
**Subject:** RE: [EXTERNAL] Re: Connecting

         - Given the briefing at 11 and Andy's interest in joining, I am wondering if it might be good to consider pushing back. If we were to do that, would anything between noon and 1:30 work? If not, we can proceed and folks can join as they get free.

**From:**                    @fb.com>
**Sent:** Wednesday, April 14, 2021 10:15 AM
**To:** Rowe, Courtney M. EOP/WHO                   @who.eop.gov>; Flaherty, Rob EOP/WHO
              @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Connecting

Great thanks—Courtney we will follow up on anything that comes out of the 11:00.

**From:** Rowe, Courtney M. EOP/WHO                   @who.eop.gov>
**Date:** Wednesday, April 14, 2021 at 10:12 AM
**To:** Flaherty, Rob EOP/WHO               @who.eop.gov>,                   @fb.com>
**Subject:** RE: [EXTERNAL] Re: Connecting

We have our press briefing this morning at 11 so I won't be there.

Thanks for sending the stuff below. I just pinged CDC on the FAQ and we will share as soon as they have

**From:** Flaherty, Rob EOP/WHO
**Sent:** Wednesday, April 14, 2021 10:07 AM
**To:**               @fb.com>; Rowe, Courtney M. EOP/WHO                @who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Connecting

I will be there, yes.

**From**              @fb.com>
**Sent:** Wednesday, April 14, 2021 10:04 AM
**To:** Flaherty, Rob EOP/WHO              @who.eop.gov>; Rowe, Courtney M. EOP/WHO
             @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Connecting

MOLA_DEFSPROD_00017501

CONFIDENTIAL

Just confirming with you both that 11:00 this morning still works? You should have calendar invites—Courtney I saw you were not on our invite but added you.

---

**From:** ▓▓▓▓▓▓▓▓ @fb.com>
**Date:** Tuesday, April 13, 2021 at 11:29 PM
**To:** Flaherty, Rob EOP/WHO ▓▓▓▓▓▓ @who.eop.gov>, Rowe, Courtney M. EOP/WHO ▓▓▓▓▓▓ @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Connecting

Hi Rob, Courtney,

Thanks for this quick response - it was super helpful in informing our overall strategy today. I have some responses in blue below. I'm looking forward to the meeting tomorrow and hoping we can spend some time responding to Rob's feedback from last week as well as further discussing the J&J news and how we can hopefully partner together.

Courtney - as we discussed, we also wanted to send over some examples of content we see on our platform that we remove (misinformation & harm) as well as content we take other actions on, but do not remove (vaccine hesitancy). I have included some examples at the bottom of this email and happy to set up time to talk through this more with you as well, if helpful.

Talk soon,

▓▓▓▓▓▓▓▓▓

Some kind of thing that puts the news in context if folks have seen it (like your current "COVID news" panel) that has 3-4 pieces of info (eg: Adverse events are very rare – 6 cases out of nearly 7 million, the FDA and CDC are reviewing so it health care providers know how to treat any of the rare events, this does not affect pfizer or moderna, which vaccinate via a different mechanism). Happy to provide what those things should be. If the ultimate product pulls in social from others, we're happy to put something together there as well.

Thanks very much for the suggestion -- we are consistently updating the news module to provide timely and relevant context to users, such as article(s) that provide context on the rarity of experiencing blood clots. We would love any suggestions you all would have on trends you're seeing.

• CDC is working through an FAQ that we'd love to have amplified in whatever way possible – maybe through the COVID info panel.

Thanks--we'll be on the lookout for the FAQ and can discuss tomorrow.

• A commitment from you guys to make sure that a favorable review reaches as many people as the pause, either through hard product interventions or algorithmic amplification

Would love to talk through this one a bit more. Our goal is to ensure that people have access to authoritative info about the vaccine. We're looking forward to talking more tomorrow about our approach to sharing authoritative info and what we've done today in support of that goal given the J&J announcement.

More broadly: we share ▓▓▓▓ concern about knock-on effects and are curious to get a read from your CMU data about what you're seeing and with whom. Moreover, I want to make sure you have eyes on what might be spinning off the back end of this – that the news about J&J doesn't spin off misinformation. Would be great to get a 24 hour report-back on what behavior you're seeing.

We will look to get you insights as soon as we have them. We are going to be watching to see how this plays out over the next couple of days. ▓▓▓▓ s joining tomorrow and plans to share a couple things we are seeing emerge from the

MOLA_DEFSPROD_00017502

CMU survey and what we are going to be watching over the next few days. Also, we are proactively monitoring and seeing what themes emerge from content on-platform and happy to share out when we have stuff collected.

### *VACCINE HESITANCY EXAMPLES:*

The following examples of content are those that do not violate our Misinformation and Harm policy, but may contribute to vaccine hesitancy or present a barrier to vaccination. This includes, for example, content that contains sensational or alarmist vaccine misrepresentation, disparaging others based on the choice to or to not vaccinate, true but shocking claims or personal anecdotes, or discussing the choice to vaccinate in terms of personal and civil liberties or concerns related to mistrust in institutions or individuals. We utilize a spectrum of levers for this kind of content that is both proportionate and also helps our users make informed decisions. Actions may include reducing the posts' distribution, not suggesting the posts to users, limiting their discoverability in Search, and applying Inform Labels and/or reshare friction to the posts. Depending on the category of content, we scale our interventions to have the highest public health impact, while understanding that healthy debate and expression is important.



CHILDRENSHEALTHDEFENSE.ORG

## Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' · Children's Health Defense



CHILDRENSHEALTHDEFENSE.ORG

## Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' · Children's Health Defense

MOLA_DEFSPROD_00017503

CHILDRENSHEALTHDEFENSE.ORG

**Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense**

CHILDRENSHEALTHDEFENSE.ORG

**Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense**

CHILDRENSHEALTHDEFENSE.ORG

**Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense**

CHILDRENSHEALTHDEFENSE.ORG

**Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense**

CHILDRENSHEALTHDEFENSE.ORG

**Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense**

CHILDRENSHEALTHDEFENSE.ORG
Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense

**Examples of Content Removed for Violating our Misinformation & Harm Policy**

The following are examples of posts we have removed for violation of our Misinformation & Harm Policy.



MOLA_DEFSPROD_000175(



CHILDRENSHEALTHDEFENSE.ORG

Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' • Children's Health Defense

MOLA_DEFSPROD_00017507

CONFIDENTIAL



CHILDRENSHEALTHDEFENSE.ORG

# Scientists Warn of Potential COVID Vaccine-Related 'Ticking Time Bomb' · Children's Health Defense

**From:** Flaherty, Rob EOP/WHO ██████████ @who.eop.gov>
**Date:** Tuesday, April 13, 2021 at 1:33 PM
**To:** ████████ @fb.com>, Rowe, Courtney M. EOP/WHO ‹ ██████████ @who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Connecting

Hi ████ --

Thanks for reaching out. Andy might reply to ███ separately, but here's some thoughts .

I'm putting our public messaging below, which will be updated and we'll be sure to send to you.

But generally, I think some combo of the following would be helpful:

•       Some kind of thing that puts the news in context if folks have seen it (like your current "COVID news" panel) that has 3-4 pieces of info (eg: Adverse events are very rare – 6 cases out of nearly 7 million, the FDA and CDC are reviewing so it health care providers know how to treat any of the rare events, this does not affect pfzier or moderna, which vaccinate via a different mechanism). Happy to provide what those things should be.  If the ultimate product pulls in social from others, we're happy to put something together there as well.

MOLA_DEFSPROD_00017508

CONFIDENTIAL

• CDC is working through an FAQ that we'd love to have amplified in whatever way possible – maybe through the COVID info panel.

• A commitment from you guys to make sure that a favorable review reaches as many people as the pause, either through hard product interventions or algorithmic amplification

More broadly: we share ▮▮▮ concern about knock-on effects and are curious to get a read from your CMU data about what you're seeing and with whom. Moreover, I want to make sure you have eyes on what might be spinning off the back end of this – that the news about J&J doesn't spin off misinformation. Would be great to get a 24 hour report-back on what behavior you're seeing.

Message below, and thanks

-Rob


*As of April 12, nearly 7 million J&J doses have been administered. CDC and FDA are investigating 6 cases of an extremely rare type of blood clot in individuals after receiving the J&J vaccine. As CDC and FDA noted in their statement, right now these adverse events appear to be extremely rare. Out of an abundance of caution as they review these rare cases, CDC and FDA are recommending vaccine providers pause on administering the J&J vaccine. As FDA noted this morning, they hope to review this quickly over the next few days. This pause is important so health care providers know how to treat any individuals who may experience these rare events.*

*This announcement will not have a significant impact on our vaccination plan: J&J vaccine makes up less than 5 percent of the recorded shots in arms in the United States to date. Based on actions taken by the President earlier this year, the U.S. has secured enough Pfizer and Moderna doses for 300 million Americans. You can read the full statement from White House COVID-19 Response Coordinator Jeff Zients on the impact on supply here.*

*We will be back in touch soon to share additional resources and messaging on this issue, as well as our broader efforts to advance vaccine confidence and protect America's health.*


**From:** ▮▮▮ @fb.com>
**Sent:** Tuesday, April 13, 2021 12:21 PM
**To:** Rowe, Courtney M. EOP/WHO ▮▮▮                    @who.eop.gov>; Flaherty, Rob EOP/WHO
▮▮▮ @who.eop.gov>
**Subject:** FW: [EXTERNAL] Re: Connecting

Courtney and Rob—making sure you also receive this message —we want to get ahead of this but also want to make sure we are amplifying the right messages. Let us know if helpful to connect quickly today?


**From:** ▮▮▮ @fb.com>
**Date:** Tuesday, April 13, 2021 at 12:18 PM
**To:** Slavitt, Andrew M. EOP/WHO ▮▮▮                 @who.eop.gov>
**Cc:** ▮▮▮ @fb.com>
**Subject:** Re: [EXTERNAL] Re: Connecting

Hi Andy

Hope this finds you well?

MOLA_DEFSPROD_00017509

CONFIDENTIAL

Re the J+J news, we're keen to amplify any messaging you want us to project about what this means for people - it obviously has the risk of exacerbating vaccine hesitancy, so we're keen to get ahead of the knock-on effect. Don't hesitate to tell me - or via your teams - how we can help to provide clarity/reassurance via Facebook.

All v best

MOLA_DEFSPROD_00017510

**From:**                    @fb.com]
**Sent:**    4/16/2021 8:45:51 PM
**To:**    Flaherty, Rob EOP/WHO                    @who.eop.gov]
**CC:**    Slavitt, Andrew M. EOP/WHO                    @who.eop.gov]
**Subject:**    Re: [EXTERNAL]  FW: Tucker Carlson anti-vax message.

Hey Rob—understood and sorry for the delay. The team has been heads-down since our conversation to produce the report we discussed on Wednesday afternoon. We are aiming to get you something tonight ahead of the weekend. We want to respond to your questions below as well but I have been hoping to get this work completed and then to schedule a call to discuss. Would that work?

**From:** Flaherty, Rob EOP/WHO                    @who.eop.gov>
**Date:** Friday, April 16, 2021 at 4:37 PM
**To:**                    @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO                    @who.eop.gov>
**Subject:** RE: [EXTERNAL] FW: Tucker Carlson anti-vax message.

These questions weren't rhetorical

**From:** Flaherty, Rob EOP/WHO
**Sent:** Wednesday, April 14, 2021 11:35 PM
**To:**                    @fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO                    @who.eop.gov>
**Subject:** Re: [EXTERNAL] FW: Tucker Carlson anti-vax message.

And sorry — if this was not one of the most popular posts about the vaccine on Facebook today, then what good is crowdtangle?

▮▮▮▮ said that Tomis video was the most popular yesterday based on your data, which reflected what CT was showing. Tuckers video was top on CT today. What is different about this video, then?

Sent from my iPhone

On Apr 14, 2021, at 11:29 PM, Flaherty, Rob EOP/WHO                    @who.eop.gov> wrote:

I guess this is a good example of your rules in practice then — and a chance to dive in on questions as they're applied.

How was this not violative? The second half of the segment is raising conspiracy theories about the government hiding that all vaccines aren't effective. It's not about just J&J. What exactly is the rule for removal vs demoting?

Moreover: you say reduced and demoted. What does that mean? There's 40,000 shares on the video. Who is seeing it now? How many? How effective is that?

And we've gone a million rounds on this in other contexts so pardon what may seem like dejavu — but on what basis is "visit the covid-19 information center for vaccine resources" the best thing to tag to a video that says the vaccine doesn't work?

MOLA_DEFSPROD_00017461

Not for nothing but last time we did this dance, it ended in an insurrection.

Sent from my iPhone

On Apr 14, 2021, at 11:11 PM,                    @fb.com> wrote:

Making sure you receive--

**From:**                    @fb.com>
**Date:** Wednesday, April 14, 2021 at 10:51 PM
**To:** Slavitt, Andrew M. EOP/WHO                    @who.eop.gov>
**Cc:**                    @fb.com>
**Subject:** Re: Tucker Carlson anti-vax message.

Hi Andy - have looked into this some more.

I realize it may be of limited comfort at this moment, but this was not the most popular post about vaccines on Facebook today. Our data is slightly lagging, and we'll get back to you with more detail on this specific post tomorrow. Right now, it appears that it probably was among the top 100 most-viewed vaccine posts. I'm including a few examples of posts that were more popular today at the end of this note.

Regardless of popularity, the Tucker Carlson video does not qualify for removal under our policies. Following the government's decision yesterday, we are allowing claims that the Johnson and Johnson vaccine causes blood clots, but we still do not allow categorical claims that it or other vaccines are unsafe or ineffective.

That said, the video is being labeled with a pointer to authoritative COVID information, it's not being recommended to people, and it is being demoted.

The team is working on the follow ups from the meeting this morning, including more details on most viewed/ranked content on Facebook and      will be in touch shortly on that - I'm v keen that we follow up as we'd agreed, and I can assure you the teams here are on it.

Given the timeline that was provided today for further decision about the J&J vaccine, it would be great to get your guidance about what affirmative messages we should amplify right now. Consistent with the message we heard at the press conferences, we're currently emphasizing the safety and efficacy of the Moderna and Pfizer vaccines in the Covid Information Center.

Popular Vaccine-Related Content on Facebook Today:

CNN: >>https://www.cnn.com/2021/04/13/health/blood-clots-johnson-johnson-vaccine-wellness/index.html<<;
ABC: >>https://www.facebook.com/10160902498218812<<;
NBC: >>https://www.nbcnews.com/health/health-news/what-do-if-you-got-johnson-johnson-vaccine-n1263927<<;
NY Times: >>https://www.nytimes.com/2021/04/13/us/politics/johnson-johnson-vaccine-blood-clots-fda-cdc.html<<;
CDC: >>https://www.facebook.com/10159031890151026<<;
CBS: >>https://www.facebook.com/10159467409732010<<;
Heather Cox Richardson: >>https://www.facebook.com/297363371758902<<;

All v best

MOLA_DEFSPROD_00017462

CONFIDENTIAL

On 4/14/21, 10:52 AM,            @fb.com>wrote:

Ok - sorry to hear about call today, will dig in now. ▋

On 4/14/21, 10:01 AM, "Slavitt, Andrew M. EOP/WHO"          @who.eop.gov>wrote:

Number one on Facebook. Sigh.

Big reveal call with FB and WH today. No progress since we spoke. Sigh.

Sent from my iPhone

MOLA_DEFSPROD_00017463

CONFIDENTIAL

**From:** ▓▓▓▓▓▓▓▓▓@fb.com]
**Sent:** 4/21/2021 9:01:51 PM
**To:** Flaherty, Rob EOP/WHO ▓▓▓▓▓@who.eop.gov]
**Subject:** Re: [EXTERNAL] FW: Tucker Carlson anti-vax message.


Rob—thanks for catching up earlier and sorry for the delay in getting these back to you. We can schedule time to discuss any of this further if helpful.

How was the Tucker post not violative?

• while we remove content that explicitly directs people not to get the vaccine, as well as content that contains explicit misrepresentations about vaccines, we reviewed this content in detail and it does not violate those policies.

Moreover: you say reduced and demoted. What does that mean? There's 40,000 shares on the video. Who is seeing it now? How many? How effective is that?

• The video received 50% demotion for seven days while in the queue to be fact checked, and will continue to be demoted even though it was not ultimately fact checked.

Why does CT tell a different story than our internal number?

• Crowdtangle shows engagement not views, and a simple text search for "vaccine" in Crowdtangle doesn't have the same recall as our classifiers, i.e., doesn't include all of the posts about vaccines. The data that we provided doesn't include the Tucker Carlson video because our data pipelines don't populate that quickly —we provided data for the week before. (The delay in data doesn't mean we aren't able to find and remove violating content in real time—our systems do this automatically).

Why label this content with a generic "visit the covid information center" message?

• Our more granular label about vaccine safety previously said "COVID-19 vaccines go through many test for safety and effectively before they're approved". In light of the decision to pause the J&J vaccine, vaccine safety discussion evolved past "approval," and we were concerned that this was a confusing/irrelevant message to be applying to content discussion the decision to pause J&J without revoking approval. We temporarily reverted to a more generic message and are updating the more specific label for posts about vaccine safety to say "COVID-19 vaccines go through many tests for safety and effectiveness and then are monitored closely" to try to adapt to the changing factual situation and evolving discussion. This new message is being rolled out and should appear instead of the generic label now.


**From:** Flaherty, Rob EOP/WHO ▓▓▓▓▓▓@who.eop.gov>
**Date:** Friday, April 16, 2021 at 4:37 PM
**To:** ▓▓▓▓▓@fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO ▓▓▓▓▓▓@who.eop.gov>
**Subject:** RE: [EXTERNAL] FW: Tucker Carlson anti-vax message.

These questions weren't rhetorical

**From:** Flaherty, Rob EOP/WHO
**Sent:** Wednesday, April 14, 2021 11:35 PM
**To:** ▓▓▓▓▓@fb.com>
**Cc:** Slavitt, Andrew M. EOP/WHO ▓▓▓▓▓@who.eop.gov>
**Subject:** Re: [EXTERNAL] FW: Tucker Carlson anti-vax message.

And sorry — if this was not one of the most popular posts about the vaccine on Facebook today, then what good is crowdtangle?

MOLA_DEFSPROD_00017375

CONFIDENTIAL

█████ said that Tomis video was the most popular yesterday based on your data, which reflected what CT was showing. Tuckers video was top on CT today. What is different about this video, then?


Sent from my iPhone


On Apr 14, 2021, at 11:29 PM, Flaherty, Rob EOP/WHO ██████████ @who.eop.gov> wrote:

I guess this is a good example of your rules in practice then — and a chance to dive in on questions as they're applied.

How was this not violative? The second half of the segment is raising conspiracy theories about the government hiding that all vaccines aren't effective. It's not about just J&J. What exactly is the rule for removal vs demoting?

Moreover: you say reduced and demoted. What does that mean? There's 40,000 shares on the video. Who is seeing it now? How many? How effective is that?

And we've gone a million rounds on this in other contexts so pardon what may seem like dejavu — but on what basis is "visit the covid-19 information center for vaccine resources" the best thing to tag to a video that says the vaccine doesn't work?

Not for nothing but last time we did this dance, it ended in an insurrection.

Sent from my iPhone


On Apr 14, 2021, at 11:11 PM, ██████████ @fb.com> wrote:

Making sure you receive--

**From:** ██████████ @fb.com>
**Date:** Wednesday, April 14, 2021 at 10:51 PM
**To:** Slavitt, Andrew M. EOP/WHO ██████████ @who.eop.gov>
**Cc:** ██████ @fb.com>
**Subject:** Re: Tucker Carlson anti-vax message.

Hi Andy - have looked into this some more.

I realize it may be of limited comfort at this moment, but this was not the most popular post about vaccines on Facebook today. Our data is slightly lagging, and we'll get back to you with more detail on this specific post tomorrow. Right now, it appears that it probably was among the top 100 most-viewed vaccine posts. I'm including a few examples of posts that were more popular today at the end of this note.

Regardless of popularity, the Tucker Carlson video does not qualify for removal under our policies. Following the government's decision yesterday, we are allowing claims that the Johnson and Johnson vaccine causes blood clots, but we still do not allow categorical claims that it or other vaccines are unsafe or ineffective.

That said, the video is being labeled with a pointer to authoritative COVID information, it's not being recommended to people, and it is being demoted.

MOLA_DEFSPROD_00017376

CONFIDENTIAL

The team is working on the follow ups from the meeting this morning, including more details on most viewed/ranked content on Facebook and ▮▮▮ will be in touch shortly on that - I'm v keen that we follow up as we'd agreed, and I can assure you the teams here are on it.

Given the timeline that was provided today for further decision about the J&J vaccine, it would be great to get your guidance about what affirmative messages we should amplify right now. Consistent with the message we heard at the press conferences, we're currently emphasizing the safety and efficacy of the Moderna and Pfizer vaccines in the Covid Information Center.

Popular Vaccine-Related Content on Facebook Today:

CNN: >>https://www.cnn.com/2021/04/13/health/blood-clots-johnson–johnson-vaccine-wellness/index.html<<;
ABC: >>https://www.facebook.com/10160902498218812<<;
NBC: >>https://www.nbcnews.com/health/health-news/what-do-if-you-got-johnson-johnson-vaccine-n1263927<<;
NY Times: >>https://www.nytimes.com/2021/04/13/us/politics/johnson-johnson-vaccine-blood-clots-fda-cdc.html<<;
CDC: >>https://www.facebook.com/10159031890151026<<;
CBS: >>https://www.facebook.com/10159467409732010<<;
Heather Cox Richardson: >>https://www.facebook.com/297363371758902<<;

All v best

▮▮▮

On 4/14/21, 10:52 AM, ▮▮▮▮▮▮▮▮▮ @fb.com> wrote:

Ok - sorry to hear about call today, will dig in now. 

On 4/14/21, 10:01 AM, "Slavitt, Andrew M. EOP/WHO" - ▮▮▮▮▮▮ @who.eop.gov> wrote:

Number one on Facebook. Sigh.

Big reveal call with FB and WH today. No progress since we spoke. Sigh.

Sent from my iPhone

MOLA_DEFSPROD_00017377

CONFIDENTIAL

| | |
|---|---|
| **From:** | Flaherty, Rob EOP/WHO |
| **Sent:** | 4/22/2021 12:05:16 AM |
| **To:** | ▉google.com];            ▉google.com]; <br> ▉google.com];     ▉google.com;     ▉google.com;     ▉google.com; <br> ▉google.com] |
| **CC:** | Slavitt, Andrew M. EOP/WHO      ▉who.eop.gov]; Humphrey, Clarke EOP/WHO <br> ▉who.eop.gov]; Fitzpatrick, Kelsey V. EOP/WHO     ▉who.eop.gov] |
| **Subject:** | Following Up on Today's Conversation |

All – Thanks again for the conversation today.

We'll look out for the top trends that you've seen in terms of misinformation around the vaccine.

To recap: As we move away from a supply problem toward a demand problem, we remain concerned that Youtube is "funneling" people into hesitance and intensifying people's hesitancy. We certainly recognize that removing content that is unfavorable to the cause of increasing vaccine adoption is not a realistic – or even good – solution. But we want to be sure that you have a handle on vaccine hesitancy generally and are working toward making the problem better. This is a concern that is shared at the highest (and I mean highest) levels of the WH, so we'd like to continue a good-faith dialogue about what is going on under the hood here. I'm the on the hook for reporting out.

Just before we were meeting, this article from Buzzfeed popped, highlighting the Youtube misinformation that is spreading through the Vietnamese community. I think this brings up a question that I had in our first meeting about your capabilities around misinformation in non-english-speaking communities. Clearly, more work to be done here. Would love to get some insights from you on how you are tackling this problem across all languages – how your enforcement has differed in languages and what your road map to improvement is.

A couple of other things it would be good to have from you all:

• As mentioned up top, the top trends that you're seeing in terms of misinformation/hesitance inducing content (Stanford has mentioned that it's recently Vaccine Passports and J&J pause-related stuff, but I'm not sure if that reflects what you're seeing)

• A deeper dive on reduction and its effectiveness. It's helpful that you mentioned that watch time is your key metric. I believe you said you reduced watch time by 70% on "borderline" content, which is impressive. Obviously, the term "borderline" is moveable, but taking it for what it is: How does that track with vaccine-related content specifically (removing the "UFO stuff"). What has the comparative reduction in watch time on "borderline" vaccine topics been after your interventions? And what has the increase in watch time been on authoritative information?

• I appreciated your unequivocal response that you are not recommending anti-vaccine content and you are lifting authoritative information in both search and recommendations to all audiences. Related to the second bullet: to what extent have your ranking interventions been effective there? And, perhaps more critically, to what degree is content from people who have been given a "strike" still being recommended and shown in prominent search positions?

• I feel like I am not coming away with a very clear picture of how you're measuring the effectiveness of uplifting authoritative information. I obviously buy the theory – but how did you arrive on info-panels as the best intervention? And to what extent are people clicking through after exposure to vaccine-hesitant content? What are you doing mechanically to boost the authoritative information? When you have relevant influencers speak to experts, I imagine (hope?) it's not just putting the content out there and that you're recommending it to people for whom it would be most relevant. How does that work?

• What are the general vectors by which people see the "borderline" content – or really just vaccine-skeptical content? Is it largely through recommendations? Search?

We are excited to continuing partnering with you on this work as we have via         but we want to make sure that the work extends to the broader problem. Needless to say, in a couple of weeks when we're having trouble

getting people to get vaccinated, we'll be in the barrel together here. We've worked with a number of platform partners to track down similar information based on internal data, including partners of similar scale. I am feeling a bit like I don't have a full sense of the picture here. We speak with other platforms on a semi-regular basis. We'd love to get in this habit with you. Perhaps bi-weekly?

Looking forward to more conversation.

-Rob

**Rob Flaherty**
Director of Digital Strategy
The White House
Cell:

MOLA_DEFSPROD_00018148

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM Document 174-1 Filed 01/11/23 Page 41 of 70 PageID #:
9305

| From: | Flaherty, Rob EOP/WHO |
|---|---|
| Sent: | 5/6/2021 6:17:28 PM |
| To: | @fb.com] |
| Subject: | RE: [EXTERNAL] FW: COVID Genomic Sequencing |

So I guess I have two questions here:

1. He references the "three" widest reach posts, of which I believe this is one:
https://www.facebook.com/DeeBlock253/posts/3528944520539112

For one, it's still up and seems to have gotten pretty far. And it's got 365k shares with four comments. We've talked about this in a different context, but how does something like that happen? The top post, the one from the Wisconsin news station, has 2.1 million comments. Am I looking at one instance of sharing (so, one of the 365,000 shares) or is this genuinely a post that has been shared nearly 400,000 times but only four people commented on it? What is your assessment of what is going on here?

Won't come as a shock to you that we're particularly interested in your demotion efforts, which I don't think we have a good handle on (and, based on the below, it doesn't seem like you do either). Not to sound like a broken record, but how much content is being demoted, and how effective are you at mitigating reach, and how quickly? As I've said, I don't think our position is that you should remove vaccine hesitant stuff. However, slowing it down seems reasonable. I just can't describe what it means or how you know its working.

Also, health groups: sure. But it seems more likely that anti-vax stuff is moving in groups that are not about health but are...mom centric, or other spaces. Strikes me as the issue here is less from single-use anti-vaccine accounts and more about people who...do other things and are also vaccine hesitant. Seems like your "dedicated vaccine hesitancy" policy isn't stopping the disinfo dozen – they're being deemed as not dedicated -- so it feels like that problem likely carries over to groups.

As a last thing, I'd be interested in seeing this 100 ranking in terms of reach from things that you aren't actively promoting in the info panel. EG: the unicef one's reach is because you're putting it in a big, giant box that says "Facebook" on it, versus the way it distributes naturally.

**From:** @fb.com>
**Sent:** Saturday, May 1, 2021 2:10 PM
**To:** Flaherty, Rob EOP/WHO < @who.eop.gov>
**Subject:** FW: [EXTERNAL] FW: COVID Genomic Sequencing

Making sure you see this from to Andy as well—around anytime to discuss any and all things...

**From:** @fb.com>
**Date:** Saturday, May 1, 2021 at 1:53 PM
**To:** Slavitt, Andrew M. EOP/WHO < @who.eop.gov>
**Cc:** @fb.com>
**Subject:** Re: [EXTERNAL] FW: COVID Genomic Sequencing

Hi Andy,

Thanks to your team for sharing the research work with us - the team have spent some time reviewing these and I wanted to send over some details on where we're developing work in this space (and where we aren't).

MOLA_DEFSPROD_00018133

CONFIDENTIAL

Firstly, I know ▮ has sent the latest version of the Top 100 content report to Rob yesterday evening and I wanted to send you a quick note on the three pieces of vaccine content that were seen by a high number of people before we demoted them. Although they don't violate our community standards, we should have demoted them before they went viral and this has exposed gaps in our operational and technical process.

The teams have spent the last 24 hrs analysing these gaps and are making a number of changes starting next week, including setting up more dedicated monitoring for Covid vaccine content on the cusp of going viral, applying stronger demotions to a broader set of content, and setting up daily review and analysis so that we have a better real-time view of what is being seen by lots of people. I will be checking on this closely to make sure that these additional steps show results - the stronger demotions in particular should deliver real impact. Please let me know if you'd like to discuss any of this in more detail.

Returning to the points raised by the research - much of this is fair comment and actually includes many of the integrity efforts we've already deployed and are actively improving on, or are related to planned launches in the coming months.

**Non-English mis/disinformation circulating without moderation (Spanish, Arabic, Chinese, among others) and; ISD reports evidence of the global threat that anti-vaccination disinformation and misinformation represents across languages and borders:** Rolling our efforts out globally and in other countries will take us some time, given the complexity and scale - we think that this will take a number of months before we've fully scaled this work and we are prioritizing languages where we know vaccine hesitancy is likely to be higher based on external data.

**Do not distribute or amplify vaccine hesitancy, and Facebook should end group recommendations for groups with a history of COVID-19 or vaccine misinformation:** Much of the research you shared called on us to ensure that our systems don't amplify vaccine hesitancy content and this is top of mind for us. In addition to the changes I mentioned above, we have already removed all health groups from our recommendation feature on Facebook, and on Instagram we filter vaccine-related accounts from our "accounts you may follow feature". We also remove accounts that may discourage vaccination from search features. We currently enforce on hashtags we know are shared to promote vaccine hesitancy content and are working to improve our automated systems here.

**Monitoring events that host anti-vaccine and COVID disinformation:** From our analysis, events do not make up a high proportion of borderline vaccine content that people see on Facebook right now, but we are working to improve automatic detection for events hosting anti-vaccine and COVID content. Our viral monitoring efforts will also help us detect events that are gaining views on Facebook, and we do remove events coordinating in-person gatherings that involve or encourage people who have COVID-19 to join.

**12 accounts are responsible for 73% of vaccine misinformation:** Lastly, we continue to review accounts associated with the 12 individuals identified in the CCDH "Disinformation Dozen" report, but many of those either do not violate our policies or have ceased posting violating content. Our "Dedicated Vaccine Discouraging Entity" policy is designed to remove groups and pages that are dedicated to sharing vaccine discouraging content and we continue to review and enforce on these where we become aware of them.

I realise that our position on this continues to be a particular concern for you which is why our teams regularly engage with a range of experts to check whether we are striking the right balance here. In early March, for instance, we discussed our planned approach with members of the "High Level Panel on Vaccine Confidence & Misinformation" (organized by London School of Hygiene and Tropical Medicine and the Center for Strategic and International Studies) and we have checked more recently with ▮ of the Vaccine Confidence Project too.

Among experts we have consulted, there is a general sense that deleting more expressions of vaccine hesitancy might be more counterproductive to the goal of vaccine uptake because it could prevent hesitant people from talking through their concerns and potentially reinforce the notion that there's a cover-up (especially, though not exclusively, in the US). Given how complicated this continues to be, especially due to the recent news cycle about the safety of some vaccines, we will of course continue to speak with experts on our position here and adapt our approach as needed.

MOLA_DEFSPROD_00018134

CONFIDENTIAL

Hope this update is helpful – and obviously I'm happy to speak any time.

Best



On 4/27/21, 3:33 AM, "Slavitt, Andrew M. EOP/WHO" ▮                 @who.eop.gov> wrote:

Thanks ▮ I assume you may have staff there. I hope they are well.

Sent from my iPhone

> On Apr 27, 2021, at 12:11 AM, ▮                 @fb.com> wrote:
>
> Hi Andy
>
> I know you're focusing on India a fair amount. Just fyi, we're doing the following:
>
> - Amplifying localized authoritative information and services specific to this crisis (e.g., symptom triage information / when to go or not go to a hospital given systems are overwhelmed) on platform and via ad credits;
> - Activating WhatsApp Bots for symptom tracking and to connect users to nearby health resources;
> - Curating relevant content across CIC, News, and Latest Updates for India;
> - Proactively reviewing misinformation content in English, Hindi, and Bengali; and
> - Making an up to $10M financial contribution to support some immediate needs in country (e.g., extending medical supplies to underprivileged, augmenting oxygen supply shortages, etc.)
>
> And ▮ is keen to see what more we can do
>> >https://www.facebook.com/zuck/posts/10112926954780791<<;
>
> ▮ & team are in touch with USAID - but don't hesitate to point us to other next steps where we could be helpful.
>
> We also received the recommendations/observations from the research organizations you met re covid misinfo etc this afternoon - the teams are now looking at them carefully, and I'll get back to you once that's done.
>
> Best
>
> ▮
>
> On 4/22/21, 7:23 PM, "Slavitt, Andrew M. EOP/WHO" ▮                 @who.eop.gov> wrote:
>
> I will arrange a call. Please let ▮ know the information on who to include. Thanks
>
> Sent from my iPhone
>
>> On Apr 22, 2021, at 7:58 PM, ▮                 @fb.com> wrote:
>>
>> Hi Andy
>>
>> As promised, more info from ▮ below and slides re the CZI work attached. Do tell me how an useful connection can be made.
>>

MOLA_DEFSPROD_00018135

>> Thx

>>

>> 

>>

>>

>> Thanks for looking into this. CZI has been working in this area since before the pandemic. We built IDSeq (Link<>>>https://www.discoveridseq.com/<<<>and technical write up attached) to sequence unknown pathogens and then adapted it to do genomic sequencing for COVID and California Departments of public health. Right now we are working with local departments that are deploying these funds to build up their internal capacity. However, we can't figure out if there is a centralized vision of how all of these individual efforts are supposed to come back together and if they do what the public officer facing tool is. Slides on the issue we are trying to address is also attached.

>>

>> Would love to try to learn about any central plan to ensure that our work ends up being compatible and share back any learning if helpful.

>>

>>

>>

>

MOLA_DEFSPROD_00018136

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM  Document 174-1  Filed 01/11/23  Page 45 of 70 PageID #:
9309

| | |
|---|---|
| **From**: | Flaherty, Rob EOP/WHO |
| **Sent**: | 5/12/2021 2:52:18 PM |
| **To**: | @fb.com] |
| **CC**: | Rowe, Courtney M. EOP/WHO                  @who.eop.gov] |
| **Subject**: | RE: [EXTERNAL] FB Newsroom post tomorrow re: our Covid work |

Sure. They're first connected to authoritative information, but then you, as of last night, were presenting an anti-vaccine account with less than 1000 followers alongside, at level, with those pinned accounts!

Here's the thing. You know and I know that the universe of undecided people searching Instagram for "vaccines" – as compared to, say, Google -- is probably low. But "removing bad information from search" is one of the easy, low-bar things you guys do to make people like me think you're taking action. If you're not getting *that* right, it raises even more questions about the higher bar stuff. You say in your note that you remove accounts that discourage vaccination from appearing in recommendations (even though you're using "primarily" to give yourself wiggle room). You also said you don't promote those accounts in search. Not sure what else there is to say.

Youtube, for their warts, has done pretty well at promoting authoritative info in search results while keeping the bad stuff off of those surfaces.  Pinterest doesn't even show you any results other than official information when you search for "vaccines." I don't know why you guys can't figure this out.

**From:**                          @fb.com>
**Sent:** Wednesday, May 12, 2021 9:35 AM
**To:** Flaherty, Rob EOP/WHO                @who.eop.gov>
**Cc:** Rowe, Courtney M. EOP/WHO                @who.eop.gov>
**Subject:** Re: [EXTERNAL] FB Newsroom post tomorrow re: our Covid work

Thanks Rob – both of the accounts featured in the tweet have been removed from Instagram entirely for breaking our policies. We're looking into what happened.

Taking a step back, when searching for terms related to vaccines on Instagram, people are first connected with resources from experts. That means that before anything, if someone is looking to get information about COVID-19 or vaccines, they are encouraged to seek that information out from the most credible sources. To do this, anyone who searches for information related to COVID-19 or vaccines on Instagram is first shown an educational pop-up on top of search results connecting them, in the U.S., to the CDC website (as shown in the tweet). We've also pinned authoritative accounts in the top search results which is why you also see the CDC and Gavi, the Vaccine Alliance Instagram accounts first in the results page.

We are continuing to develop technology to improve the quality of search results at scale across Instagram – this is a continual process built on new technology to address adversarial accounts. Our goal is to not recommend accounts like those shown in the tweet in search, which again shouldn't have been on our platform to begin with.  We also remove accounts that may discourage vaccination from search by developing and using this new technology to find accounts on Instagram that discourage vaccines, and remove these accounts from search altogether.  We've also removed accounts that primarily discourage vaccination from appearing where we recommend new accounts to follow, such as accounts you may like, and suggested accounts.

We clearly still have work to do to, but wanted to ensure you were aware of the authoritative resources we're pointing people to first as we continue investing in removing accounts from search that may discourage vaccination.

MOLA_DEFSPROD_00018130

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 46 of 70 PageID #: 9310

---

**From:** Flaherty, Rob EOP/WHO <███████@who.eop.gov>
**Date:** Tuesday, May 11, 2021 at 8:08 PM
**To:** ███████@fb.com>
**Cc:** Rowe, Courtney M. EOP/WHO ███████@who.eop.gov>
**Subject:** Re: [EXTERNAL] FB Newsroom post tomorrow  re: our Covid work

Hard to take any of this seriously when you're actively promoting anti-vaccine pages in search

>https://twitter.com/jessreports/status/1392182161512361984?s=21<

Sent from my iPhone

On May 10, 2021, at 7:53 PM, ███████@fb.com>wrote:

Rob and Courtney—I wanted to preview a newsroom post and some additional press outreach that we plan to put out tomorrow with some updates on our Covid efforts - a large part of which will be focused on what we've been doing to help meet vaccination goals.

Since January, we and our partners have been using trusted messengers and personalized messaging on our platforms to increase vaccine acceptance, and we're seeing positive impact at scale. For example:

• Over 3.3 million people have visited the vaccine finder tool since its launch on March 11, using it to get appointment information from a provider's website, get directions to a provider, or call a provider. In addition, we're showing people reliable information about whether and when they're eligible to get vaccinated through News Feed promotions and our COVID-19 Information Center. West Virginia's Department of Health and Human Resources reported that their vaccine registrations increased significantly after Facebook started running these notifications.

• Since January, we've provided more than $30 million in ad credits to help governments, NGOs and other organizations reach people with COVID-19 vaccine information and other important messages. These information campaigns resulted in an estimated 10 billion ad impressions globally.

• More than 5 million people globally have used these profile frames. And more than 50% of people in the US on Facebook have already seen someone use the COVID-19 vaccine profile frames. We spun up this effort in partnership with HHS/CDC after public health experts told us that people are more likely to get a vaccine when they see someone they trust doing it.

• As you know, since April 2020, we've been collaborating with Carnegie Mellon University and University of Maryland on a global survey of Facebook users to gather insights about COVID-19 symptoms, testing, vaccination rates and more. In the US:

o      Vaccine acceptance has been increasing steadily since January, increasing nearly 10% among all US adults.

o      We observed a particularly large increase in vaccine acceptance within certain populations in the US. Vaccine acceptance increased 26% among Black adults and 14% among Hispanic adults.

o      Vaccine access also remains a challenge. Among adults who intend to get vaccinated (but have not yet), 36% feel uninformed about how to get a vaccine and only 22% reported that they have an appointment in April.

We saw the announcement last week of the 70% goal, and we're eager to help support your efforts to reach that goal by July 4th. In particular, through our work on both voter registration and vaccines, we've had success with a targeted strategy for our in-product messages. If there are specific states/regions (or other population segments) you're targeting to reach that goal that you can share with us, we can look at how we might be able to adjust our in-product efforts to

MOLA_DEFSPROD_00018131

CONFIDENTIAL

help amplify your efforts. We'd be happy to schedule a follow-up call with the right people to drill down on how we might be able to help with these efforts.

As always let me know if you have any questions.

Thanks,

█████

MOLA_DEFSPROD_00018132

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM Document 174-1 Filed 01/11/23 Page 48 of 70 PageID #:
9312

**From:** ▮▮▮▮▮▮▮▮ @fb.com]
**Sent:** 7/17/2021 10:23:47 PM
**To:** ▮▮▮▮▮▮ @fb.com]; Flaherty, Rob R. EOP/WHO ▮▮▮▮ @who.eop.gov]; Dunn, Anita B.
EOP/WHO ▮▮▮▮▮ @who.eop.gov]
**Subject:** [EXTERNAL] Re: hoping to connect

Thanks ▮▮▮ Hi Anita and Rob — definitely agree and look forward to connecting.

Sending a post that went live this afternoon with information that I know we've discussed in the past. We had a conversation with the Surgeon General's office yesterday to discuss the advisory In more detail and hope to continue to work to address concerns.

Along with ▮▮▮ —I am really hoping to close the gap in terms of what's playing out publicly and what we might be able to accomplish working together.

Rob—I'm around anytime for a conversation.

>https://about.fb.com/news/2021/07/support-for-covid-19-vaccines-is-high-on-facebook-and-growing/<

Get Outlook for iOS

**From:** ▮▮▮▮▮▮▮▮ @fb.com>
**Sent:** Saturday, July 17, 2021 6:14 PM
**To:** Flaherty, Rob R. EOP/WHO; Dunn, Anita B. EOP/WHO; ▮▮▮▮▮
**Subject:** RE: hoping to connect

Thanks Anita, and thanks Rob. I appreciate the willingness to discuss. We'd love to find a way to get things back to a productive conversation. Adding in ▮▮▮▮ to help us here – obviously Rob and ▮▮▮ have a tight working relationship already.

**From:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮ @who.eop.gov>
**Sent:** Saturday, July 17, 2021 3:06 PM
**To:** Dunn, Anita B. EOP/WHO ▮▮▮▮ @who.eop.gov>
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** Re: hoping to connect

Hi ▮▮▮ Happy to connect.

Sent from my iPhone

On Jul 17, 2021, at 5:56 PM, Dunn, Anita B. EOP/WHO ▮▮▮▮▮ @who.eop.gov> wrote:

Hi, ▮▮▮ and thanks for reaching out. I'm adding Rob Flaherty, our Office of Digital Services Director, to this chain as well because he has been following your platform (and others) closely when it comes to flow of information and misinformation.

MOLA_DEFSPROD_00016950

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 49 of 70 PageID #:
9313

Perhaps it makes sense to schedule a conversation?
Anita

**From:**                           @fb.com>
**Sent:** Saturday, July 17, 2021 5:52 PM
**To:** Dunn, Anita B. EOP/WHO             @who.eop.gov>
**Subject:** [EXTERNAL] hoping to connect

Hi Anita - hope you are well,

Would love to connect with you on the President's comments on Covid minsinfo and our work there. Really could use your advice and counsel on how we get back to a good place here.

While there's always been a disagreement on where the lines should be on minsinfo generally, we have genuinely tried to work with the administration in good faith to address the gaps and solve the problems. As I hope you know, we've been doing a significant amount of work to both fight the misinfo and fight the pandemic through authoritative information. Obviously, yesterday things were pretty heated, and I'd love to find a way to get back to pushing together on this - we are 100% on the same team here in fighting this and I could really use your advice.

Thanks,



-PA01629-

MOLA_DEFSPROD_00016951

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM Document 174-1 Filed 01/11/23 Page 50 of 70 PageID #: 9314

**From:** ▮▮▮▮▮@google.com]
**Sent:** 7/21/2021 1:03:37 AM
**To:** Flaherty, Rob R. EOP/WHO ▮▮▮▮ @who.eop.gov]
**CC:** ▮▮▮▮@google.com]
**Subject:** Re: [EXTERNAL] YouTube Announcement

Rob,

To clarify, the content was not in violation of our policies and therefore not subject to removal. But for all content on YouTube, we apply our 4R framework we have previously described to raise authoritative voices while reducing visibility on borderline content. External evaluators use these guidelines which are then used to inform our machine learning systems that limits the spread of borderline content.

Best Regards,

▮▮▮▮

On Tue, Jul 20, 2021 at 8:36 PM Flaherty, Rob R. EOP/WHO ▮▮▮▮ @who.eop.gov> wrote:
So this actually gets at a good question — the content ▮▮ points out isn't defined as "borderline" and therefore isn't subject to recommendation limitations?

Sent from my iPhone

On Jul 20, 2021, at 8:27 PM, ▮▮▮▮▮@google.com> wrote:

Rob -

I'll check with our team and share any additional data points we have available. Per our COVID-19 medical misinformation policy, we will remove any content that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19. To date, approximately 89% of videos removed for violations of this policy were removed with 100 views or less. With regards to the specific videos you referenced, the content was not in violation of our community guidelines.

Best Regards,

▮▮▮▮

On Tue, Jul 20, 2021 at 3:58 PM Flaherty, Rob R. EOP/WHO ▮▮▮▮ @who.eop.gov> wrote:
I see that's your goal – what is the actual number right now?

I guess: does the content that ▮▮▮▮ references in his tweet count as violative content that has slipped through? Or is it that generally the stuff he's posting is in-bounds?

MOLA_DEFSPROD_00016943

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 51 of 70 PageID #: 9315

**From:**                     @google.com>
**Sent:** Tuesday, July 20, 2021 2:36 PM
**To:** Flaherty, Rob R. EOP/WHO                     @who.eop.gov>
**Cc:**                     @google.com>
**Subject:** Re: [EXTERNAL] YouTube Announcement

Thanks Rob,

We appreciate your interest in our announcement yesterday. With regards to your question on the Tweet, it is important to keep in mind that borderline content accounts for a fraction of 1% of what is watched on YouTube in the United States. We use machine learning to reduce the recommendations of this type of content, including potentially harmful misinformation. In January 2019, we announced changes to our recommendations systems to limit the spread of this type of content which resulted in a 70% drop in watchtime on non-subscribed recommended content in the U.S. and our goal is to have views of non-subscribed, recommended borderline content below 0.5%. I will keep you updated with any new policy or product improvements that we make as we continue our work to help people find authoritative health information on YouTube.

Best Regards

On Tue, Jul 20, 2021 at 10:57 AM Flaherty, Rob R. EOP/WHO                     @who.eop.gov> wrote:

        – Thanks for this. Interested to see it in action.

I'm curious: Saw this tweet. >>>https://twitter.com/ddale8/status/1417130268859772929<<<;;

I think we had a pretty extensive back and forth about the degree to which you all are recommending anti-vaccination content. You were pretty emphatic that you are not. This seems to indicate that you are. What is going on here?

Thanks!

-Rob

**From:**                     @google.com>
**Sent:** Monday, July 19, 2021 1:27 PM
**To:** Flaherty, Rob R. EOP/WHO                     @who.eop.gov>
**Cc:**                     @google.com>
**Subject:** [EXTERNAL] YouTube Announcement

Rob,

MOLA_DEFSPROD_00016944

-PA01631-

CONFIDENTIAL

We wanted to share an announcement that we recently made regarding a few new ways in which we are making it easier for people to find authoritative information on health topics on YouTube.

Starting this week, you'll see two new features next to some health-related searches and videos. These include a new health source information panel that will surface on videos to provide context about authoritative sources, and a new health content shelf that more effectively highlights videos from these sources when you search for specific health topics. These context cues are intended to help people more easily navigate and evaluate credible health information.

To identify the sources that will be eligible to be included in these new features, we applied the principles recently developed and published by an expert panel convened by the National Academy of Medicine.

You can find more information about our announcement here. We'd be happy to set up time to walk you through these new features or answer any questions you may have - please let me know what works best for you.

Best Regards,

--

Government Affairs & Public Policy Manager,
YouTube | @google.com |

--

Government Affairs & Public Policy Manager,
YouTube | @google.com |

MOLA_DEFSPROD_00016945

CONFIDENTIAL

--



--

MOLA_DEFSPROD_00016946

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 54 of 70 PageID #: 9318

---

**From:** ▮▮▮▮▮ @fb.com]
**Sent:** 8/3/2021 12:11:33 AM
**To:** Tom, Christian L. EOP/WHO▮▮▮▮ @who.eop.gov]
**CC:** Flaherty, Rob R. EOP/WHO ▮▮▮@who.eop.gov]; O'Neill, Tegan E. EOP/WHO
   ▮▮@who.eop.gov]; ▮▮▮▮▮@fb.com]; Qureshi, Hoor A. EOP/WHO
   @who.eop.gov]
**Subject:** [EXTERNAL] Re: Follow up on WH questions

Happy to.
Hoor, could you surface some times that work for your folks and we can go from there?

▮▮▮▮▮

**facebook, inc.** | politics & government
   ▮▮▮▮▮ @fb.com

On Aug 2, 2021, at 6:04 PM, Tom, Christian L. EOP/WHO▮▮▮▮ @who.eop.gov> wrote:

Thanks▮▮▮ or the info. A call might be helpful, if we can do something early next week? Adding Hoor here but appreciate your email and making time to talk further about it!

**From:** ▮▮▮▮ @fb.com>
**Sent:** Monday, August 2, 2021 1:14 PM
**To:** Tom, Christian L. EOP/WHO ▮▮▮▮ @who.eop.gov>; Flaherty, Rob R. EOP/WHO
   ▮@who.eop.gov>; O'Neill, Tegan E. EOP/WHO ▮▮▮▮ @who.eop.gov>;
   ▮@fb.com>
**Subject:** [EXTERNAL] FW: Follow up on WH questions

Hi All,

Per my and Christian's phone call last Tuesday, I gathered more details for you and your team; happy to set up a call to discuss further as well.

As you know, we take aggressive steps to reduce the spread of vaccine hesitancy and vaccine misinformation on our platforms and we deploy technology to do so. As part of our efforts on Instagram, we have measures to help ensure we don't recommend people follow accounts that promote vaccine hesitancy at scale. For two weeks in April (April 14-28) this measure was impacted by over-enforcement on a signal we used -- accounts that were posting far above normal vaccine-related content -- and removed these otherwise eligible accounts from being recommended as an account to follow. This did not impact reach or distribution of content in Feed or Stories or other areas of account discovery on Instagram, such as search or Explore.

Per your request for remediation, while we cannot boost your account in our recommendations, we are always here to help with content strategy, best practices, and further opportunities to collaborate.

Again, happy to discuss further on a call.

Best,

▮▮▮▮▮

MOLA_DEFSPROD_00016918

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 55 of 70 PageID #:
9319

---

**From:** ▮▮▮▮▮▮▮▮▮ @fb.com>
**Date:** Thursday, July 15, 2021 at 4:06 PM
**To:** Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮▮▮ @who.eop.gov>,  O'Neill, Tegan E. EOP/WHO
▮▮▮▮▮▮▮ @who.eop.gov>, ▮▮▮▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Re: Follow up on WH questions

Hi Rob – I totally understand how frustrating that is. This was due to a bug in our recommendation surface, and was resolved in late May. Accounts affected did not specifically lose any followers as a result, nor was their presence reduced in Search or Explore, however. If you want to hop on the phone to discuss it, I'm at ▮▮▮▮▮▮▮ anytime.

---

**From:** "Flaherty, Rob R. EOP/WHO" ▮▮▮▮▮▮▮ @who.eop.gov>
**Date:** Thursday, July 15, 2021 at 3:29 PM
**To:** "O'Neill, Tegan E. EOP/WHO" ▮▮▮▮▮▮▮ @who.eop.gov>, ▮▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮ @fb.com>
**Subject:** RE: Follow up on WH questions

Are you guys fucking serious? I want an answer on what happened here and I want it today.

---

**From:** O'Neill, Tegan E. EOP/WHO
**Sent:** Thursday, July 15, 2021 3:29 PM
**To:** ▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮ @fb.com>; Flaherty, Rob R. EOP/WHO
▮▮▮▮▮▮▮ @who.eop.gov>
**Subject:** RE: Follow up on WH questions

++ @Flaherty, Rob R. EOP/WHO

---

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Thursday, July 15, 2021 3:20 PM
**To:** O'Neill, Tegan E. EOP/WHO ▮▮▮▮▮▮▮ @who.eop.gov>; ▮▮▮▮▮▮▮ @fb.com>
**Subject:** [EXTERNAL] Re: Follow up on WH questions

Hi Tegan – from what we understand it was an internal technical issue that we can't get into, but it's now resolved and should not happen again.

---

**From:** "O'Neill, Tegan E. EOP/WHO" ▮▮▮▮▮▮▮ @who.eop.gov>
**Date:** Thursday, July 15, 2021 at 2:28 PM
**To:** ▮▮▮▮▮▮▮ @fb.com>, ▮▮▮▮▮▮▮ @fb.com>
**Subject:** RE: Follow up on WH questions

Thanks ▮▮▮▮
Could you tell me more about the technical issues affecting audience growth? Was this just us and do you have a sense of what the issue was?

---

**From:** ▮▮▮▮▮▮▮ @fb.com>
**Sent:** Thursday, July 15, 2021 2:27 PM
**To:** O'Neill, Tegan E. EOP/WHO ▮▮▮▮▮▮▮ @who.eop.gov>; ▮▮▮▮▮▮▮ @fb.com>
**Subject:** [EXTERNAL] Follow up on WH questions

MOLA_DEFSPROD_00016919

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 56 of 70 PageID #: 9320

Hi again Tegan!

Coming back here on a few things:

-First, the technical issues that had been affecting follower growth on @potus have been resolved. Though there is still the issue of bot accounts being removed as normal, you should start to see your numbers trend back upwards, all things being equal and notwithstanding the big spike you saw this week given the collaboration with Olivia Rodrigo. Thanks for your patience as we investigated this.

-The answers to your aspect ratio, video quality and thumbnail questions can all be found in our Help Center here: >>>>https://www.facebook.com/help/instagram/381435875695118<<<<;;; and in the links on that page. Regarding 1:1 or 4:5 for feed video, I don't have any specific recommendations on it. Obviously we know social managers are busy creating video for multiple platforms, so rest assured there is no algorithmic downside to using one crop over another.

-Finally, I can't release any numbers related to the performance of difference video formats, or light mode vs. dark mode usage unfortunately.

Let me know if you have any outstanding questions on these .

---

**From:** "O'Neill, Tegan E. EOP/WHO"                 @who.eop.gov>
**Date:** Tuesday, July 13, 2021 at 11:42 AM
**To:**                              @fb.com>,                              @fb.com>
**Subject:** RE: IG optimization questions

Appreciate it!

**From:**                            fb.com>
**Sent:** Tuesday, July 13, 2021 11:41 AM
**To:** O'Neill, Tegan E. EOP/WHO                      @who.eop.gov>;                      @fb.com>
**Subject:** [EXTERNAL] Re: IG optimization questions

Hi Teagan! Let me round up some answers to these questions and come back to you shortly. Attached is the last edition of our IGTV video specs for you to check out in the interim.

Speak soon!

---

**From:** "O'Neill, Tegan E. EOP/WHO"                 @who.eop.gov>
**Date:** Tuesday, July 13, 2021 at 10:15 AM
**To:**                         @fb.com>,                              @fb.com>
**Subject:** IG optimization questions

Hi

Hope you're both well! I'm updating specs and guide lines for our video team and had a few quick questions.

-        Do you have a guide/recommendation on codec/video quality? We've seen some issues with video files that display crisply on other platforms

MOLA_DEFSPROD_00016920

CONFIDENTIAL

-        Do you have an updated thumbnail guide for IGTV and reels?
-        Do you see any difference in performance between black, white, and branded video mattes on square videos in vertical placements?
-        Do more people use night mode than day mode?
-        For in-feed video (not sure what to call this but non-IGTV, non-reel video) do you recommend 1:1 or 4:5 these days?

Thank you!

MOLA_DEFSPROD_00016921

CONFIDENTIAL

| | |
|---|---|
| **From:** | @twitter.com> |
| **To:** | Flaherty, Rob R. EOP/WHO |
| **Sent:** | 12/17/2021 10:44:52 PM |
| **Subject:** | Re: [EXTERNAL] Re: Doctored video on Twitter of the First Lady |

Hi Rob –
I'm around if you'd like to dial me.

Best.

On Fri, Dec 17, 2021 at 5:33 PM Flaherty, Rob R. EOP/WHO <███████@who.eop.gov> wrote

New to the thread here, but this all reads to me like you all are bending over backwards to say that this isn't
causing confusion on public issues. If the AP deems it confusing enough to write a fact check, and you deem it
confusing enough to create an event for it, how on earth is it not confusing enough for it to at least have a label?

Total Calvinball.

**From:** Tom, Christian L. EOP/WHO
**Sent:** Friday, December 17, 2021 5:24 PM
**To:** ███████@twitter.com>
**Cc:** LaRosa, Michael J. EOP/WHO ███████@who.eop.gov>; Flaherty, Rob R. EOP/WHO
███████@who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Thanks The policy at the top says:

# What is in violation of this policy

In order for content with **misleading media** (including images, videos, audios, gifs, and
URLs hosting relevant content) to be labeled or removed under this policy, it must:

- Include media that is significantly and deceptively altered, manipulated, or fabricated,
or

MOLA_DEFSPROD_00016775

CONFIDENTIAL

· Include media that is shared in a deceptive manner or with false context, and

· Include media likely to result in widespread confusion on public issues, impact public safety, or cause serious harm

I've highlighted the above sections which say that the first condition can be met alone OR the second and third can be met.

So that section that you've quoted makes sense, except this media is unto itself "significantly and deceptively altered, manipulated or fabricated." And thus it should meet the criteria as outlined in the first bullet point.

Is that right?

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @twitter.com>
**Sent:** Friday, December 17, 2021 5:01 PM
**To:** Tom, Christian L. EOP/WHO ▮▮▮▮▮▮ @who.eop.gov>
**Cc:** LaRosa, Michael J. EOP/WHO ▮▮▮▮▮▮▮▮ @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Hi Christian,

I huddled with our enforcement teams on this who confirmed that the media does not meet our threshold for either significant or moderate risk of harm. Due to the low risk associated, the team found it to not meet the requirements for a label. They've specifically pointed to this language in our Help Center article:

> *Tweets that share misleading media are subject to removal under this policy if they are likely to cause serious harm. Some specific harms we consider include:*
>
> - *Threats to physical safety of a person or group*

MOLA_DEFSPROD_00016776

CONFIDENTIAL

    &middot;   *Incitement of abusive behavior to a person or group*

    &middot;   *Risk of mass violence or widespread civil unrest*

    &middot;   *Risk of impeding or complicating provision of public services, protection efforts, or emergency response*

    &middot;   *Threats to the privacy or to the ability of a person or group to freely express themselves or participate in civic events, such as:*

Unfortunately, there isn't anything further here I can do in regards to our enforcement teams. If anything changes, we'll be sure to let you know. Appreciate your continued partnership and please don't hesitate to let us know if you have additional Tweets for review, anytime.

On Fri, Dec 17, 2021 at 3:49 PM Tom, Christian L. EOP/WHO ▓ ▓@who.eop.gov> wrote:

Hi ▓

Wanted to follow-up before we hit EOW. Even if this particular moment is not as much in the public eye right now, it's really important to us that this is addressed -- both on this particular one as well as a precedent for other moments when this might come up.

So, we appreciate your response and update here when you can provide.

Thanks,

--- Christian

**From:** ▓ @twitter.com>
**Sent:** Monday, December 13, 2021 4:05 PM
**To:** Tom, Christian L. EOP/WHO ▓ @who.eop.gov>
**Cc:** LaRosa, Michael J. EOP/WHO ▓ @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Hello! Apologies as I have been out of the office. I am working with the internal teams for clarity around your specific questions, so I will let you know as soon as I hear.

Appreciate your continued feedback here!

MOLA_DEFSPROD_00016777

-PA01640-

CONFIDENTIAL

On Mon, Dec 13, 2021 at 12:16 PM Tom, Christian L. EOP/WHO ▮▮▮▮▮▮▮ @who.eop.gov> wrote:

▮▮▮▮▮ hope you had a good weekend. Wanted to make sure we addressed this! Please let us know if you have a few mins to chat or if you can help us to make sure the enforcement of the policy is consistent.

**From:** Tom, Christian L. EOP/WHO
**Sent:** Thursday, December 9, 2021 4:37 PM
**To:** LaRosa, Michael J. EOP/WHO ▮▮▮▮▮▮ @who.eop.gov>; ▮▮▮▮▮▮ @twitter.com>
**Subject:** RE: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Hi ▮▮▮▮▮

I wanted to follow-up here. Know this particular moment might have "passed" in terms of the scale/reach of it but in order to help us understand the Twitter processes best, would appreciate clarification on this when you're able.

Thanks,

-- Christian

**From:** LaRosa, Michael J. EOP/WHO
**Sent:** Wednesday, December 1, 2021 5:13 PM
**To:** ▮▮▮▮▮ @twitter.com>
**Cc:** Tom, Christian L. EOP/WHO ▮▮▮▮▮ @who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Thank you!

MOLA_DEFSPROD_00016778

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 62 of 70 PageID #: 9326

Michael LaRosa

The White House

Press Secretary | Office of the First Lady

████████████ ░who.eop.gov

████████████████████

**From:** ████████████ ░twitter.com>
**Sent:** Wednesday, December 1, 2021 5:09 PM
**To:** LaRosa, Michael J. EOP/WHO ████ ░who.eop.gov>
**Cc:** Tom, Christian L. EOP/WHO ████ ░who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Of course. Let me pass these additional questions along to the policy team directly for their insights and consideration. I'll let you know from there!

On Wed, Dec 1, 2021 at 5:05 PM LaRosa, Michael J. EOP/WHO ████ ░who.eop.gov> wrote:

Thanks, Christian. Hi ████ Let me know if we should hop on the phone to clarify. I am curious as to what would classify as "likely" so it is indisputable that the video is "deceptively altered," "fabricated," and "shared in a deceptive manner."

Michael LaRosa

The White House

Press Secretary | Office of the First Lady

████████████ ░who.eop.gov

████████████████████

MOLA_DEFSPROD_00016779

CONFIDENTIAL

**From:** Tom, Christian L. EOP/WHO
**Sent:** Wednesday, December 1, 2021 2:19 PM
**To:**          @twitter.com>
**Cc:** LaRosa, Michael J. EOP/WHO        @who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

OK thanks      think this one does not fall under the "likely to impact public safety or cause serious harm" but it **does** fall under the first two in the chart, which includes "significantly and deceptively altered or fabricated" and "shared in a deceptive manner?"

And if the first two are met but the third is not, the chart says it is "**likely** to be removed." Can you share any other info about why this one is not getting what Twitter would otherwise say is the "likely" outcome?

Also happy to chat on the phone this afternoon with Michael (who is the First Lady's Press Secretary) if helpful

**From:**          @twitter.com>
**Sent:** Wednesday, December 1, 2021 11:11 AM
**To:** Tom, Christian L. EOP/WHO       @who.eop.gov>
**Cc:** LaRosa, Michael J. EOP/WHO       @who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Appreciate you following up. After escalating this to our team, the Tweet and video referenced will not be labeled under our synthetic and manipulated media policy. Although it has been significantly altered, the team has not found it to cause harm or impact public safety.

The team was able to create this Twitter Moment (here) and event page for more context and details: >>>>>https://twitter.com/i/events/1465769009073123330<<<;<<;

Appreciate your feedback, as always.

On Wed, Dec 1, 2021 at 9:14 AM Tom, Christian L. EOP/WHO       @who.eop.gov> wrote:

Just wanted to follow-up here.

It looks like from the rubric that this fits the first two criteria, which means it is "likely" to be labeled:

MOLA_DEFSPROD_00016780

-PA01643-

CONFIDENTIAL

>>>>>https://help.twitter.com/en/rules-and-policies/manipulated-media<<<;<<;

Thanks again █████

-- Christian

---

**From:** Tom, Christian L. EOP/WHO
**Sent:** Tuesday, November 30, 2021 8:54 PM
**To:** ████████████@twitter.com>; LaRosa, Michael J. EOP/WHO ████████@who.eop.gov>
**Subject:** RE: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Thanks █████ Will you apply the "Manipulated Media" disclaimer to the video asset itself?

Both the linked tweet below and the original source of the video:

>>>>>https://twitter.com/PapiTrumpo/status/1465439569965424643<<<;<<;

Thanks █████

-- Christian

**From:** ████████████@twitter.com>
**Sent:** Tuesday, November 30, 2021 7:31 PM
**To:** LaRosa, Michael J. EOP/WHO ████████@who.eop.gov>
**Cc:** Tom, Christian L. EOP/WHO ████████@who.eop.gov>
**Subject:** Re: [EXTERNAL] Re: Doctored video on Twitter of the First Lady

Update for you - The team was able to create this event page for more context and details: >>>>>>https://twitter.com/i/events/1465769009073123330<<;<<;<<;

MOLA_DEFSPROD_00016781

CONFIDENTIAL

On Tue, Nov 30, 2021 at 4:23 PM LaRosa, Michael J. EOP/WHO ██████████ @who.eop.gov> wrote:

Thank you!


Michael LaRosa

The White House

Press Secretary | Office of the First Lady

███████████ @who.eop.gov

████████████████

**From:** ███████████████ @twitter.com>
**Sent:** Tuesday, November 30, 2021 4:04 PM
**To:** Tom, Christian L. EOP/WHO ██████████ @who.eop.gov>
**Cc:** LaRosa, Michael J. EOP/WHO ██████████ @who.eop.gov>
**Subject:** [EXTERNAL] Re: Doctored video on Twitter of the First Lady


Hi Christian,


Happy to escalate with the team for further review from here.


Don't hesitate to let me know if you have any additional questions in the meantime.


On Tue, Nov 30, 2021 at 3:58 PM Tom, Christian L. EOP/WHO ██████████ @who.eop.gov> wrote:

Hi ████████


Would you mind looking at this video and helping us with next steps to put a label or remove it?


>>>>>>>https://twitter.com/ArtValley818_/status/1465442266810486787?s=20<<<<<<<


MOLA_DEFSPROD_00016782

CONFIDENTIAL

For reference, the timestamp is 32:47 for the undoctored video source here:


>>>>>>>https://www.c-span.org/video/?516345-1/lady-remarks-white-house-holiday-decoration-volunteers<<<<<<<


Thanks,


-- Christian


--


Error! Filename not specified.

Public Policy


--


Public Policy


--

MOLA_DEFSPROD_00016783

CONFIDENTIAL

Public Policy

--

Public Policy

--

Public Policy

--

Public Policy

MOLA_DEFSPROD_00016784

CONFIDENTIAL

**From:**     Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮▮▮ @who.eop.gov]
**Sent:**     8/11/2022 5:28:09 PM
**To:**       ▮▮▮▮▮▮▮▮ @twitter.com]
**CC:**       ▮▮▮▮▮▮ @twitter.com]; Lee, Jesse C. EOP/WHO ▮▮▮▮▮ @who.eop.gov]
**Subject:**  Re: [EXTERNAL] Re: Joe Weisenthal on Twitter: "Wow, this note that twitter added to Biden's tweet is pure gibberish. Imagine adding this, and thinking this is helpful to the public's understanding in any way. (HT: @trynafarm) https://t.co/ECQAoczCA4" /...

Happy to talk through it but if your product is appending misinformation to our tweets that seems like a pretty fundamental issue

On Aug 11, 2022, at 1:23 PM, ▮▮▮▮▮▮▮▮▮▮ @twitter.com> wrote:

Hi Rob,

Thanks for reaching out. I believe you're referring to our Birdwatch product feature. Here's the latest information about how it works.

We'd be happy to arrange a meeting to walk you through how it works. We're also collecting feedback for our teams.

Best,

▮▮▮▮▮

On Thu, Aug 11, 2022 at 12:31 PM Flaherty, Rob R. EOP/WHO ▮▮▮▮▮▮ @who.eop.gov> wrote:
Adding ▮▮▮ since ▮▮▮ seems to be out

> On Aug 11, 2022, at 12:21 PM, Flaherty, Rob R. EOP/WHO ▮▮▮▮▮ @who.eop.gov> wrote:
>
> Happy to connect you with some economists who can explain the basics to you guys
>
> https://mobile.twitter.com/gasbuddyguy/status/1555541573835886592/photo/1

--



▮▮▮▮▮▮▮
Head of U.S. Public Policy
Follow me ▮▮▮

MOLA_DEFSPROD_00018117

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 174-1   Filed 01/11/23   Page 69 of 70 PageID #:
9333

| | |
|---|---|
| **From:** | @twitter.com> |
| **To:** | Lee, Jesse C. EOP/WHO |
| **CC:** | Flaherty, Rob R. EOP/WHO; |
| **Sent:** | 8/11/2022 8:23:50 PM |
| **Subject:** | Re: [EXTERNAL] Re: Joe Weisenthal on Twitter: "Wow, this note that twitter added to Biden's tweet is pure gibberish. Imagine adding this, and thinking this is helpful to the public's understanding in any way. (HT: @trynafarm) https://t.co/ECQAoczCA4" /... |

Hi Jesse- I just tried you on your cell. I'm at

Best,

On Thu, Aug 11, 2022 at 1:28 PM Lee, Jesse C. EOP/WHO <              @who.eop.gov> wrote:
Thanks       I like the feature! But this note is factually inaccurate. This is a very technical question but you don't have it right, and you are in effect calling the President a liar when his tweet is actually accurate. I'm happy to discuss this with whoever is the right person.

Cell:

Sent from my iPhone

On Aug 11, 2022, at 1:23 PM,                        @twitter.com> wrote:

Hi Rob,

Thanks for reaching out. I believe you're referring to our Birdwatch product feature. Here's the latest information about how it works.

We'd be happy to arrange a meeting to walk you through how it works. We're also collecting feedback for our teams.

Best,

On Thu, Aug 11, 2022 at 12:31 PM Flaherty, Rob R. EOP/WHO <              @who.eop.gov> wrote:
Adding       since       seems to be out

> On Aug 11, 2022, at 12:21 PM, Flaherty, Rob R. EOP/WHO <              @who.eop.gov> wrote:
>
> Happy to connect you with some economists who can explain the basics to you guys
>
> https://mobile.twitter.com/gasbuddyguy/status/1555541573835886592/photo/1

MOLA_DEFSPROD_00016600

CONFIDENTIAL

--



--



MOLA_DEFSPROD_00016601

08917181237                                                    https://ecf.lawd.uscourts.gov/doc1/08917181237

CONFIDENTIAL



**CISA CYBERSECURITY ADVISORY COMMITTEE**

### Protecting Critical Infrastructure from Misinformation & Disinformation

The core of CISA's mission is to safeguard American's critical infrastructure. The nation has seen the corrosive effects of mis-, dis-, and mal-information (MDM) across a host of our critical infrastructure in recent years, impacting our election systems, telecommunications infrastructure, and our public health infrastructure. As there is no shortage of entities working on MDM issues, CISA is evaluating how to best engage in the space in an additive way, while safeguarding our credibility as an independent agency ahead of the next election cycle.

- **Where We Are.** CISA has a burgeoning MDM effort that focuses on building national resilience through public awareness. CISA engages with subject matter experts—researchers, think tanks, and public relations experts—to understand the threat of MDM, develop strategies to message to the public, and amplify trusted voices. These actions include directly engaging with social media companies to flag MDM, and creating a repository of factual guides and toolkits.
- **New Initiatives.** CISA is bringing on staff to address MDM related to the pandemic and incorporate lessons learned into longer-term strategies, as well as improving our ability to do analytics on narrative intervention. We are also working with federal partners to mature a whole-of-government approach to mitigating risks of MDM, framing which tools, authorities, and interventions are appropriate to the threats impacting the information environment.
- **Where We Want to Go in 2022.** Ahead of midterm elections in 2022, it will be critical to evaluate CISA's role in this space and ensure that the agency is providing additive value that fits within its unique capabilities and mission. One approach is to recognize CISA's responsibility for securing our election infrastructure – and ensuring CISA is a trusted resource in providing education on election processes and procedures to minimize misunderstanding and opportunities for MDM. CISA also wants to ensure it is set up to extract lessons learned from 2022 and apply them to the agency's work in the 2024.

### Questions for the Committee

1. What should CISA's role be in the MDM space? How should it leverage its unique capabilities and mission to contribute to this space, without becoming duplicative of other efforts and remaining focused on its mission?
2. How would the Committee balance CISA's efforts between the need to build resilience to MDM, broadly, versus activities to address to MDM narratives, specifically?  This distinction can be understood as broad public education and awareness campaigns versus rumor control, amplifying credible information, type efforts.
3. How can CISA inspire innovators to partner with the government in a way that catalyzes availability of trusted information without being seen as government "propaganda"?
4. What is the right model for CISA engagement with social media and other media entities?
5. How should CISA and the USG maintain situational awareness of MDM and detect efforts to manipulate the information environment? What is the balance between social listening, privacy, and protected speech?

MOLA_DEFSPROD_00001284

-PA01651-

08917181237                                                    https://ecf.lawd.uscourts.gov/doc1/08917181237

CONFIDENTIAL

| | |
|---|---|
| **From:** | Kate Starbird ██████@uw.edu] |
| **Sent:** | 4/25/2022 7:04:03 PM |
| **To:** | Suzanne Spaulding (Gmail) ████████@gmail.com] |
| **CC:** | CISA_CybersecurityAdvisoryCommittee ████████ ██████@cisa.dhs.gov]; Clark, Alaina ████@cisa.dhs.gov]; Devi Nair ██████@csis.org]; EVANS, MARIEFRED (CTR) ████████@associates.cisa.dhs.gov]; Gauthier, Elizabeth ██████@cisa.dhs.gov]; Hale, Geoffrey (He/Him) ██████@cisa.dhs.gov]; Hess, Gwainevere ████████@cisa.dhs.gov]; Jackson, Helen ████@cisa.dhs.gov]; Jason Sanford ██████@illinois.gov]; Jennifer March ████@illinois.gov]; Snell, Allison (She/Her) ██████@cisa.dhs.gov]; Suzanne Spaulding (CSIS) ████@csis.org]; Tate-Nadeau, Alicia ██████@illinois.gov]; Teitelman, Claire ██████@jpmchase.com]; Tsuyi, Megan ██████@cisa.dhs.gov]; Vijaya Gadde ██████@gmail.com]; Wyman, Kim (She/Her/Hers) ████████@cisa.dhs.gov]; ████████@illinois.gov; ██████@jpmorgan.com; ████@twitter.com; ██████@twitter.com |
| **Subject:** | Re: CSAC MDM Subcommittee Meeting - April 26 Materials |

Hi Suzanne,

Thank you for these notes. Let's plan to chat in our next meeting (hopefully Friday) about how to build from these into a first set of recommendations — and make a decision about whether we'll be able to turn those over in time for the May 19 deadline.

Vijaya and TN, if you have additional recommendations or seeds for recommendations, please send those along prior to Friday, so we integrate them into our discussion!

Kate

On Apr 25, 2022, at 3:25 AM, Suzanne Spaulding ███████████████@gmail.com> wrote:

Team,

I took a stab at some brief responses to the framing questions. (Pasted below) These could easily be made into recommendations if there is a consensus, but I am looking forward to the discussion and open to re-thinking!
Best,
Suzanne

•    What should CISA's role be in the MDM space? How should it leverage its unique capabilities and mission to contribute to this space, without becoming duplicative of other efforts and remaining focused on its mission?

CISA should focus on MDM that risks undermining critical functions (e.g., MDM undermining trust in the election process, the courts; the financial system; or public health measures; promotes or provoke violence against key infrastructure or the public, etc). Activities should be similar to what CISA does to monitor, detect, warn about, and mitigate other threats to critical functions.
•    How would the Committee balance CISA's efforts between the need to build resilience to MDM, broadly, versus activities to address to MDM narratives, specifically? This distinction can be understood as broad public education and awareness campaigns versus rumor control, amplifying credible information, type efforts.

CISA needs to do both. Broad public awareness campaigns (pineapple pizza) should be combined with analysis-driven efforts to warn about specific themes/narratives, particularly where adversary nations are pushing MDM (eg, elections are rife with fraud; democracy is irrevocably broken; courts are all political). Much of this resilience building could be through grants to outside organizations. CISA should also be a place where people can find out how to tap into credible sources, governmental and non-governmental.

MOLA_DEFSPROD_00011327                    MOLA_DEFSPROD_00015556

-PA01652-

08917181237                                                    https://ecf.lawd.uscourts.gov/doc1/08917181237

- How can CISA inspire innovators to partner with the government in a way that catalyzes availability of trusted information without being seen as government "propaganda"?

Some people, including the media, see CISA as an authoritative source. Others will mistrust it. CISA should be mindful of this latter group but not abjure its role because of it. CISA should be a clearinghouse for authoritative and trusted sources. CISA should also provide information to outside researchers and others.

- What is the right model for CISA engagement with social media and other media entities?

CISA can be a poc, or help identify other poc's, between MDM targets and SM/media companies. CISA can also help educate SM/media about the role they play in MDM, and the role they could play in mitigating the threat through educating the public and building resilience.

- How should CISA and the USG maintain situational awareness of MDM and detect efforts to manipulate the information environment? What is the balance between social listening, privacy, and protected speech?

- This area needs more research and public discussion.

On Tue, Apr 19, 2022 at 12:34 PM CISA CybersecurityAdvisoryCommittee
██████████████████@cisa.dhs.gov> wrote:

Good afternoon CSAC Protecting Critical Infrastructure from Misinformation & Disinformation (MDM) Subcommittee Members,

As a reminder, the next MDM Subcommittee meeting will be held on **Tuesday, April 26, 2022, from 11:00 a.m. to 12:00 p.m. ET.** During the meeting, subcommittee members will review draft recommendations and begin to identify initial recommendations to CISA to present during the CSAC June Quarterly Meeting.

In preparation for the recommendations discussion during the April 26 meeting, we have attached the following documents:

- CSAC MDM Subcommittee April 26, 2022 Meeting Agenda
- Homework for the April 26 meeting
- CSAC MDM Subcommittee April 12, 2022 Meeting Summary

As a reminder, please be sure to review in advance of the meeting to ensure we can have a productive discussion regarding next steps.

The meeting will be hosted on Microsoft Teams, please Click here to join the meeting. Dial-in information, Conference Bridge: ████████████████

Attendance at CSAC subcommittee meetings should be limited to subcommittee members and relevant support staff. As such, we ask that you please do not forward this calendar invite.

If you have any questions, please contact Megan Tsuyi, CSAC Designated Federal Officer, at ████████████████ @cisa.dhs.gov, or the CSAC support team at ████████████████@cisa.dhs.gov.

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 184-1   Filed 01/24/23   Page 4 of 6 PageID #:  9876

Best Regards,

**The CISA Cybersecurity Advisory Committee Support Team**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
███████████████████████@cisa.dhs.gov

<image001.png>

*Confidentiality Notice: The information in this email and any attachments may be privileged and confidential. If you are not an intended recipient you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose any part of the contents to any other person.*

---------- Forwarded message ----------
From: Kate Starbird ███████@uw.edu>
To: ████@twitter.com"  ████@twitter.com>, Vijaya Gadde ███@gmail.com>, "Suzanne Spaulding (Gmail)" ███@gmail.com>, "Suzanne Spaulding (CSIS)" ███@csis.org>, "Tate-Nadeau, Alicia" ██████@illinois.gov>
Cc: "Wyman, Kim (She/Her/Hers)" ██████@cisa.dhs.gov>, "Hale, Geoffrey (He/Him)" ██████@cisa.dhs.gov>, "Tsuyi, Megan" ██████@cisa.dhs.gov>
Bcc:
Date: Tue, 19 Apr 2022 16:39:11 +0000
Subject: HOMEWORK Re: CSAC MDM April 12 Meeting Summary

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello MDM Subcommittee members,

We had an excellent meeting on Tuesday and I want to provide updates to the members who were not able to attend as well as some homework for all of us. We've been asked to provide an initial set of recommendations to Director Easterly and the committee at the June meeting. (We may develop additional recommendations for incorporation at a future date. These would just be our first set.) Due to other dependencies within that process, we will need to **draft our initial recommendations by mid-May** — giving us just a month to develop those recommends.

With that timeline in mind I want to propose the following for the next few meetings:
•    Prior to our April 26 meeting: subcommittee members suggest initial draft recommendations for discussion.
•    April 26 meeting: Prioritize recommendation ideas and assign (self-select) subcommittee members to (co)write initial drafts.
•    May 10: Discuss and refine initial drafts of recommendations.

MOLA_DEFSPROD_00011327                    MOLA_DEFSPROD_00015558

08917181237

https://ecf.lawd.uscourts.gov/doc1/08917181237

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 184-1   Filed 01/24/23   Page 5 of 6 PageID #:  9877

This means that we all have a little **homework for April 26.** I'd like you all to come up with **2-3 initial ideas for recommendations** — and for you to **share these with the group via email by midday April 25** (the day prior to our next meeting). That will give us a little time to organize those for our conversation on April 26.

I'm including the original list of questions for our committee to help guide the brainstorming process.

To help with the generation process, I'll mention some initial recommendation ideas we surfaces in the last meeting:

• **Present a scoping/framing for CISA's mission around MDM and elections**, focusing on election methods, procedures, and infrastructure; and providing some insight for how to incorporate related concerns such as MDM threats to the judicial system.

• **Recommend CISA convene organizations and election officials** for a strategic planning session prior to Election 2022 to identify threats/strategies for mitigation and to develop frameworks for long-tail of jurisdictions to develop plans and pre-stage resources to fight MDM.

• **Create recommendations to continuing/refining the mission of Rumor Control for 2022/2024.**
Please let me know if you have any questions or other feedback! I'm looking forward to a productive meeting next week!

Kate

Original framing questions:

• What should CISA's role be in the MDM space? How should it leverage its unique capabilities and mission to contribute to this space, without becoming duplicative of other efforts and remaining focused on its mission?

• How would the Committee balance CISA's efforts between the need to build resilience to MDM, broadly, versus activities to address to MDM narratives, specifically? This distinction can be understood as broad public education and awareness campaigns versus rumor control, amplifying credible information, type efforts.

• How can CISA inspire innovators to partner with the government in a way that catalyzes availability of trusted information without being seen as government "propaganda"?

• What is the right model for CISA engagement with social media and other media entities?

• How should CISA and the USG maintain situational awareness of MDM and detect efforts to manipulate the information environment? What is the balance between social listening, privacy, and protected speech?

On Apr 18, 2022, at 3:25 AM, CISA CybersecurityAdvisoryCommittee
<                    @cisa.dhs.gov> wrote:

CSAC MDM Subcommittee Members,

Attached, please find the meeting summary from the Tuesday, April 12, 2022 CSAC MDM subcommittee meeting. Please review the summary for important updates regarding next steps for the CSAC MDM Subcommittee. We anticipate sending the April 26 meeting agenda along and read-aheads early this week, please be sure to review in advance of the meeting to ensure we can have a productive discussion regarding next steps.

If you have any questions, please contact Megan Tsuyi, CSAC Designated Federal Officer, at              @cisa.dhs.gov, or the CSAC support team at                                @cisa.dhs.gov.

MOLA_DEFSPROD_00011327          MOLA_DEFSPROD_00015559

08917181237                                                    https://ecf.lawd.uscourts.gov/doc1/08917181237

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM   Document 184-1   Filed 01/24/23   Page 6 of 6 PageID #:  9878

Best Regards,

**The CISA Cybersecurity Advisory Committee Support Team**
Stakeholder Engagement Division
Cybersecurity and Infrastructure Security Agency
▮▮▮▮▮▮▮▮▮▮▮▮▮@cisa.dhs.gov

<image001.png>

*Confidentiality Notice: The information in this email and any attachments may be privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose any part of the contents to any other person.*

<CSAC MDM Subcommittee  Meeting  Summary_04122022.pdf>

MOLA_DEFSPROD_00011327          MOLA_DEFSPROD_00015560

08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 1 of 51 PageID #: 9879

| | |
|---|---|
| **From:** | Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI] |
| **Sent:** | 3/25/2020 12:17:14 PM |
| **To:** | ████████████████@fb.com] |
| **Subject:** | RE: Disinfo Campaign Targeting DS Officer |

Thanks Saleela. Hope you and the family are also well.

Brian

**From:** ███████████████@fb.com>
**Sent:** Wednesday, March 25, 2020 11:33 AM
**To:** Scully, Brian ████████@cisa.dhs.gov>; ███████████@fb.com>
**Subject:** RE: Disinfo Campaign Targeting DS Officer

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you so much for this! Have flagged for our internal teams. As always, we really appreciate the outreach and sharing of this information. Hope you and your family are safe and sound!

**From:** Scully, Brian ████████@cisa.dhs.gov>
**Sent:** Wednesday, March 25, 2020 11:05 AM
**To:** ████████████@fb.com>; ██████████████@fb.com>
**Subject:** FW: Disinfo Campaign Targeting DS Officer

████ and ████

Please see the below reporting from our State Department Global Engagement Center colleagues about disinformation on YouTube targeting a Diplomatic Security Officer.

Regards,
Brian

*The U.S. Department of Homeland Security (DHS) Cybersecurity and Infrastructure Security Agency (CISA) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Dempsey, Alex L ██████████@state.gov>
**Sent:** Wednesday, March 25, 2020 10:30 AM
**To:** Schaul, Robert
**Subject:** Disinfo Campaign Targeting DS Officer

**EXHIBIT
18**

MOLA_DEFSPROD_00007669

1/24/2023, 4:21 PM

08917181238                                              https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Rob,

Our leadership has asked that we share the below information with our IA counterparts. There is a disinfo campaign on Youtube targeting a DS Officer, claiming she brought COVID-19 to during an athletic competition. FYSA FBI has been altered.

**Who: DS Officer, Maatje Benassi**
**What: Targeted Disinformation Campaign**
**When: O/A March 24th**
**Where: Online** ████████████████████████

**Why:**
**Special Envoy, Lea Gabrielle received a note from a journalist on March 24th who tells me there is a false narrative being pushed online about someone who is believed to be a Diplomatic Security officer.  Her name is Maatje Benassi.  The journalist tells me there is a Youtube channel run by Americans falsely claiming she is "Patient Zero" and that as a U.S. Army reservist she brought COVID-19 to Wuhan during an athletic competition.**

V/r,

Alex

MOLA_DEFSPROD_00007670

1/24/2023, 4:21 PM

CONFIDENTIAL

| | |
|---|---|
| **From:** | ▮▮▮▮▮@fb.com] |
| **Sent:** | 3/13/2020 11:13:52 AM |
| **To:** | Scully, Brian ▮▮▮▮▮@cisa.dhs.gov] |
| **CC:** | ▮▮▮▮▮@fb.com] |
| **Subject:** | Re: Tweet regarding voting & COVID-19 - DISINFORMATION |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thanks, Brian!

Sent from my iPhone

On Mar 13, 2020, at 10:55 AM, Scully, Brian ▮▮▮▮▮@cisa.dhs.gov> wrote:

▮▮▮ and ▮▮▮

Apparently the tweet I sent has been taken down. Please see the screenshot below with the tweet.

Thanks,
Brian

**From:** Masterson, Matthew ▮▮▮▮▮n@cisa.dhs.gov>
**Sent:** Friday, March 13, 2020 10:51 AM
**To:** Scully, Brian ▮▮▮▮▮cisa.dhs.gov>
**Cc:** Hale, Geoffrey ▮▮▮▮▮@cisa.dhs.gov>; Snell, Allison ▮▮▮▮▮@cisa.dhs.gov>
**Subject:** FW: Tweet regarding voting & COVID-19 - DISINFORMATION

From OH in screen shot form and reported to CIOCC.

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
▮▮▮▮▮ @hq.dhs.gov

**From:** Wood, Spencer ▮▮▮▮▮@OhioSOS.Gov>
**Sent:** Friday, March 13, 2020 10:39 AM
**To:** SecurityEvent ▮▮▮▮▮@OhioSOS.Gov>; elections ▮▮▮▮▮@msisac.org>; MS-ISAC ▮▮▮@msisac.org>
**Cc:** Masterson, Matthew ▮▮▮▮▮n@cisa.dhs.gov>; Keeling, Jon ▮▮▮▮▮OhioSOS.Gov>; Grandjean,
Amanda ▮▮▮▮▮@OhioSOS.Gov>; Burns, ▮▮▮▮▮@OhioSOS.Gov>; Keeling, Jon ▮▮▮@OhioSOS.Gov>;
Shaffer, Grant ▮▮▮▮▮@OhioSOS.Gov>; McAfee, Sean ▮▮▮@OhioSOS.Gov>
**Subject:** Tweet regarding voting & COVID-19 - DISINFORMATION

MOLA_DEFSPROD_00010298

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 4 of 51 PageID #: 9882

CONFIDENTIAL

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

The following disinformation regarding upcoming Ohio, Florida, Illinois, Louisana, and Wisconson elections and COVID-19 was posted to twitter:

https://twitter.com/coocbie/status/1238465759745134593?s=21

<image.png>

<~WRD318.jpg>

**Spencer Wood | Chief Information Officer**
Office of the Ohio Secretary of State
P: +▮▮▮▮▮▮▮▮   C: +▮▮▮▮▮▮▮▮
OhioSoS.gov

MOLA_DEFSPROD_00010299

1/24/2023, 4:21 PM

08917181238                                                          https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM    Document 184-2    CONFIDENTIAL    Filed 01/24/23    Page 5 of 51 PageID #: 9883



MOLA_DEFSPROD_00001102                    MOLA_DEFSPROD_00010300

-PA01661-

CONFIDENTIAL

| | |
|---|---|
| **From:** | Masterson, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=96EE67SB666E4BD19924CB287A857503-MATTHEW.MAS] |
| **Sent:** | 6/2/2020 1:57:42 PM |
| **To:** | Scully, Brian ██████████@cisa.dhs.gov]; ████████████@twitter.com] |
| **CC:** | ████████████@twitter.com] |
| **Subject:** | RE: Primary Election Day |

███████

Just to confirm what Brian said. Very quiet so far. Please let us know if any of the items passed to you today are worth understanding further or if something changes.  Thanks

Matt

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
(████████
██████████@hq.dhs.gov


**From:** Scully, Brian <██████████@cisa.dhs.gov>
**Sent:** Tuesday, June 2, 2020 1:41 PM
**To:** ████████████@twitter.com>; Masterson, Matthew <██████████@cisa.dhs.gov>
**Cc:** ████████████@twitter.com>
**Subject:** RE: Primary Election Day

Hi ██████

It has been quiet on our end as well.  As an FYI, we're expecting to receive some info from Colorado about fake accounts.  Will send along once I get it.

Matt is on a call right now, so he may have more to add or a different perspective, but no issues on my end not doing a call.

Regards,
Brian

**From:** ████████████@twitter.com>
**Sent:** Tuesday, June 2, 2020 1:37 PM
**To:** Scully, Brian ██████████@cisa.dhs.gov>; Masterson, Matthew <██████████@cisa.dhs.gov>
**Cc:** ████████████@twitter.com>
**Subject:** Re: Primary Election Day

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

MOLA_DEFSPROD_00008188

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Hi Matthew and Brian, we just wanted to check in.

We are tracking the curfew issues and have our legal team reviewing specific city-curfews in the key primary states. Our enforcement teams are prepared on the issue.

We have received some escalations from external stakeholders, including the FBI.

Things seem generally quiet -- so if it works ok for you -- let's plan to not meet today. Please just let us know if anything comes up.

Stacia


On Mon, Jun 1, 2020 at 4:25 PM ███████████████████@twitter.com> wrote:

Dear Matthew and Brian, hope you are well.

We are preparing for elections tomorrow. In case anything comes up urgently, please feel free to call me at ████████████ or reach us via email.

Should we plan to set up a mid-day check in? Does 2:30 work for you?

Thanks,

████████

MOLA_DEFSPROD_00008189

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 8 of 51 PageID #:
9886

| | |
|---|---|
| **From:** | Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F8B4130BD-SCULLY, BRI] |
| **Sent:** | 9/25/2020 11:31:16 AM |
| **To:** | ▓▓▓▓▓▓@twitter.com] |
| **CC:** | ▓▓▓▓▓▓@twitter.com]; Dragseth, John ▓▓▓▓▓▓@cisa.dhs.gov] |
| **Subject:** | RE: Election Disinfo Reporting |

5pm today is fine. I'll send an invite.

**From:** ▓▓▓▓▓▓@twitter.com>
**Sent:** Friday, September 25, 2020 11:30 AM
**To:** Scully, Brian ▓▓▓▓▓▓l@cisa.dhs.gov>
**Cc:** ▓▓▓▓▓▓@twitter.com>; Dragseth, John ▓▓▓▓▓▓@cisa.dhs.gov>
**Subject:** Re: Election Disinfo Reporting

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

That sounds great!. Is 5pm today or Monday ok?

On Fri, Sep 25, 2020 at 11:18 AM Scully, Brian ▓▓▓▓▓▓@cisa.dhs.gov> wrote:
Good Morning Stacia and Lisa,

Do you all have 5 minutes for a quick call today?  I'd like to give you a quick update on our reporting process this year.
I'm free the rest of the day, so whenever works for you.


Thanks,

Brian

Brian Scully
Chief, Countering Foreign Influence Task Force
DHS/CISA/NRMC

▓▓▓▓▓▓@cisa.dhs.gov

▓▓▓▓▓▓

MOLA_DEFSPROD_00010718

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 9 of 51 PageID #: 9887

| From: | ███████████@twitter.com] |
|---|---|
| Sent: | 9/10/2020 12:59:50 PM |
| To: | Masterson, Matthew ███████████@cisa.dhs.gov]; Scully, Brian ███████████@cisa.dhs.gov] |
| CC: | ███████████@twitter.com] |
| Subject: | Update on Twitter's Civic Integrity Policy |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Matthew and Brian, hope you are both very well.

We want to give you an update. Today, we are updating our Civic Integrity Policy. Our existing Civic Integrity Policy targets the most directly harmful types of content, namely those related to:

- Information or false claims on how to participate in civic processes
- Content that could intimidate or suppress participation
- False affiliation

Starting next week, we will label or remove false or misleading information intended to undermine public confidence in an election or other civic process. This includes but is not limited to:

- False or misleading information that causes confusion about the laws and regulations of a civic process, or officials and institutions executing those civic processes
- Disputed claims that could undermine faith in the process itself, e.g. unverified information about election rigging, ballot tampering, vote tallying, or certification of election results
- Misleading claims about the results or outcome of a civic process which calls for or could lead to interference with the implementation of the results of the process, e.g. claiming victory before election results have been certified, inciting unlawful conduct to prevent a peaceful transfer of power or orderly succession

You can find additional information here and here.

Thanks so much,

███████

MOLA_DEFSPROD_00009703

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM    Document 184-2    Filed 01/24/23   Page 10 of 51 PageID #:
9888

| | |
|---|---|
| Sent: | 10/27/2020 4:25:44 PM |
| To: | ███████████@twitter.com]; ███████████@twitter.com]; ███████ █████@twitter.com] |
| CC: | CFITF ████@hq.dhs.gov]; ███████████@cisecurity.org |
| Subject: | FW: Flagging Three Twitter Accounts Impersonating Colorado Government |

Please see below report from Colorado. I've asked them if these accounts have already been reported, but these are screenshots from today.

Regards,
Brian

The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source – this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.

CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.

From: Aaron Hayman ███████████@SOS.STATE.CO.US>
Sent: Tuesday, October 27, 2020 4:17 PM
To: ███████████@cisecurity.org; Masterson, Matthew ███████████@cisa.dhs.gov>; Scully, Brian ███████████@cisa.dhs.gov>
Cc: Trevor Timmons ███████████@SOS.STATE.CO.US>; Craig Buesing ███████████@SOS.STATE.CO.US>; Nathan Blumenthal ███████████@SOS.STATE.CO.US>; Josh Craven ███████████@SOS.STATE.CO.US>; Judd Choate ███████████@SOS.STATE.CO.US>; Hilary Rudy ███████████@SOS.STATE.CO.US>; Melissa Kessler ███████████@SOS.STATE.CO.US>; Ian Rayder ███████████@SOS.STATE.CO.US>; Betsy Hart ███████████@SOS.STATE.CO.US>; ███████<Steve.Hurlbert@SOS.STATE.CO.US>; Marygrace Galston ███████████@SOS.STATE.CO.US>; Grenis, Timothy ███████████@HQ.DHS.GOV>; Eastman - CDPS, Jerry ███████████@state.co.us>; Lisa Kaplan ███████@aletheagroup.com>; Kristin Centanni ███████████@srg.com>; ███████████@state.co.us; Bomba, Kristina ███████████@state.co.us>; Rhoads, Devon ███████████@state.co.us>; Rich Schliep ███████████@SOS.STATE.CO.US>
Subject: Flagging Three Twitter Accounts Impersonating Colorado Government

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

EI-ISAC and CISA Partners,

Three Twitter accounts (@c_ogov, @OfficalColorado, @COstateGov) popped up in the last couple of weeks impersonating the Colorado state government. As you may be aware, numerous other similar accounts have also been created impersonating other state and city jurisdictions in recent weeks. The MS-ISAC flagged a couple of them last week (@c_ogov//@officialColorado) but we don't know if the third one (@COstateGov) is on everyone's radar. Has anyone engaged Twitter about these? Welcome any additional information you have.

MOLA_DEFSPROD_00007484

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 11 of 51 PageID #: 9889

These are concerning to us here in Colorado because of the recent FBI/CISA warnings about impersonation accounts spreading false information about the election. For the Colorado accounts:

- All three joined Twitter this month – October 2020
- All three have a URL link prominently labeled "Colorado.gov" that takes users to the official Colorado.gov website after passing through several other systems that could be harvest data or be more nefarious.
- All follow/are followed by up to a couple dozen other state/local government impersonation accounts – many also created recently.
- Several look like they were temporarily suspended by Twitter but at least some appear to be back online.

Below are screenshots taken today of the three accounts:



**UnOfficialCOgov**
@c_ogov

dm us your weed store location (hoes be mad, but this is a parody account)

📍 Denver, CO   🔗 colorado.gov   📅 Joined October 2020

**55** Following   **56** Followers

MOLA_DEFSPROD_00007485

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 12 of 51 PageID #:
9890



### Colorado State Government
@COStateGov

Smoke weed erry day. The  official (unofficial) Twitter account of the State of
Colorado.

📍 Colorado, USA  🔗 colorado.gov  📅 Joined October 2020

**21** Following   **27** Followers



### Not Actually Colorado
@OfficalColorado

The (UN)official Colorado Twitter Account.
This is a parody account.

📍 Colorado  🔗 colorado.gov  📅 Joined October 2020

**12** Following   **56** Followers

**Disclaimer:** Colorado Department of State is not the originator of the above information and is forwarding it, unedited,
from its original source.  The Department does not seek the ability to remove or edit what information is made available

MOLA_DEFSPROD_00007486

-PA01668-

08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 13 of 51 PageID #: 9891

on social media platforms. The Department makes no recommendations about how the information it is sharing should be handled or used by recipients of this email.  The Department may also share this information with local, state, and federal government agencies.

Aaron Hayman
Senior Elections Security Specialist
(office)
@sos.state.co.us



Colorado
**Secretary of State**

MOLA_DEFSPROD_00007487

-PA01669-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 14 of 51 PageID #: 9892

| | |
|---|---|
| From: | ████████@fb.com] |
| Sent: | 11/7/2020 5:00:52 AM |
| To: | Masterson, Matthew ████████@cisa.dhs.gov]; Scully, Brian ████████@cisa.dhs.gov] |
| Subject: | October CIB Report |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Gents,

I hope you are well--what a week!  Thank you for your continued partnership.

I also wanted to share that on November 6th we published our October CIB report, including all networks we've taken down in the month of October which were engaged in foreign or government interference and coordinated inauthentic behavior on Facebook and Instagram. In October, we removed 14 networks of accounts, Pages and Groups. Eight of them — from Georgia, Myanmar, Ukraine, and Azerbaijan — targeted domestic audiences in their own countries, and six networks — from Iran, Egypt, US, and Mexico — focused on people outside of their country. This October report includes 7 networks we already announced on October 8 and October 27; and 6 new networks.

- **Total number of Facebook accounts removed:** 1,196
- **Total number of Instagram accounts removed:** 994
- **Total number of Pages removed:** 7,947
- **Total number of Groups removed:** 110

We are making progress rooting out this abuse, but as we've said before, it's an ongoing effort. We're committed to continually improving to stay ahead. That means building better technology, hiring more people and working closely with law enforcement, security experts and other companies.

**Networks removed in October 2020:**

1. **NEW Iran:** We removed 12 Facebook accounts, two Pages and 307 Instagram accounts linked to individuals associated with EITRC, a Tehran-based IT company. This activity originated in Iran and targeted primarily Israel, and also Iraq. This network was early in its audience building when we removed it. We found this activity as part of our investigation into suspected coordinated inauthentic behavior in the region.

2. **NEW Iran, Afghanistan:** We removed 33 Facebook accounts, 11 Pages, six Groups and 47 Instagram accounts operated by individuals in Iran and Afghanistan. They targeted Farsi/Dari-speaking audiences primarily in Afghanistan. We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

3. **NEW Egypt, Turkey and Morocco:** We removed 31 Facebook accounts, 25 Pages and two Instagram accounts operated by individuals in Egypt, Turkey and Morocco associated with the Muslim Brotherhood. They targeted Egypt, Libya, Tunisia, Yemen, Somalia and Saudi Arabia. We found this network as part of our internal investigation into suspected coordinated inauthentic behavior in the region.

4. **NEW Georgia:** We removed 50 Facebook accounts, 49 Pages, four Groups, eight Events and 19 Instagram accounts linked to Alt-Info, a media entity in Georgia. This activity originated in the country of Georgia and targeted domestic audiences in Georgia. Alt-Info is now banned from Facebook. We found this network as part of our investigation into suspected coordinated inauthentic behavior in the region. Our assessment benefited from public reporting by the International Society for Fair Elections and Democracy (ISFED), a non-profit in Georgia.

5. **NEW Georgia:** We removed 54 Facebook accounts, 14 Pages, two Groups and 21 Instagram accounts linked to two political parties in Georgia — Alliance of Patriots and Georgian Choice. This activity originated in the country of Georgia and targeted domestic audiences in Georgia. We found this network after reviewing information about some of its activity publicly reported by the International Society for Fair Elections and Democracy (ISFED), a non-profit in Georgia.

MOLA_DEFSPROD_00007552

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

6. **NEW Myanmar:** We removed 36 Facebook accounts, six Pages, two Groups and one Instagram account linked to Openmind, a PR agency in Myanmar. This activity originated in Myanmar and targeted domestic audiences in Myanmar. We found this network as part of our proactive investigation into suspected coordinated inauthentic behavior in the region ahead of the November election in Myanmar.

7. **NEW Ukraine:** We removed 46 Facebook accounts, 44 Pages, one Group and three Instagram accounts linked to MAS Agency, a PR firm in Ukraine, and individuals associated with Yulia Timoshenko's campaign and Batkivshchyna, a political party in Ukraine. This activity originated in Ukraine and targeted domestic audiences in Ukraine. We found this network as part of our investigation into suspected coordinated inauthentic behavior in the region. Our review benefited from public reporting on some of this activity in Ukraine.

8. **Mexico, Venezuela:** We removed 2 Facebook Pages and 22 Instagram accounts operated by individuals from Mexico and Venezuela. They primarily targeted the US. We began this investigation based on information about this network's off-platform activity from the FBI. Our internal investigation revealed the full scope of this network on Facebook. **(Originally announced on October 27, 2020)**

9. **Iran:** We also removed 12 Facebook accounts, 6 Pages and 11 Instagram accounts linked to individuals associated with the Iranian government. This small network originated in Iran and focused primarily on the US and Israel. It had some limited links to the CIB network we removed in April 2020. We began this investigation based on information from the FBI about this network's off-platform activity. **(Originally announced on October 27, 2020)**

10. **Myanmar:** We removed 10 Facebook accounts, 8 Pages, 2 Groups and 2 Instagram accounts operated by individuals in Myanmar. They focused on domestic audiences. We found this network as part of our proactive investigation into suspected coordinated inauthentic behavior ahead of the upcoming election in the region. **(Originally announced on October 27, 2020)**

11. **US:** We removed 202 Facebook accounts, 54 Pages and 76 Instagram accounts linked to Rally Forge, a US marketing firm, working on behalf of Turning Point USA and Inclusive Conservation Group. They focused primarily on domestic US audiences and also on Kenya and Botswana. Rally Forge is now banned from Facebook. We began our investigation after public reporting about some elements of this activity by the Washington Post. We are continuing to review all linked networks, and will take action as appropriate if we determine they are engaged in deceptive behavior. **(Originally announced on October 8, 2020)**

12. **Myanmar:** We removed 38 Facebook accounts, 15 Pages and 6 Instagram accounts linked to members of the Myanmar military. This activity originated in Myanmar and targeted domestic audiences. We began our investigation after reviewing local public reporting about some elements of this activity as part of our proactive work ahead of the upcoming election in Myanmar. **(Originally announced on October 8, 2020)**

13. **Azerbaijan:** We removed 589 Facebook accounts, 7,665 Pages and 437 accounts on Instagram linked to the Youth Union of New Azerbaijani Party. This network originated in Azerbaijan and focused primarily on domestic audiences. We identified this network through an internal investigation into suspected fake engagement activity in the region. **(Originally announced on October 8, 2020)**

14. **Nigeria:** We removed 78 Facebook accounts, 45 Pages, 93 Groups and 46 Instagram accounts linked to the Islamic Movement in Nigeria. This network originated primarily in Nigeria and focused on domestic audiences. We identified this activity through our investigation into suspected coordinated inauthentic behavior in the region with some limited links to the network we removed in March 2019. **(Originally announced on October 8, 2020)**

Here's a link to our full October CIB Report: https://about.fb.com/news/2020/11/october-2020-cib-report/

We shared information about these networks with researchers from Graphika, DFRLab, and Stanford's Internet Observatory and their reports on some of the new networks can be expected in the coming days.

Research announcements from announcements in the month of October can be found below:

• Stanford Internet Observatory's report on the US network (October 8): https://cyber.fsi.stanford.edu/.../oct-2020-fb-rally-forge

• Graphika's report on the Myanmar network (October 8): https://graphika.com/reports/myanmar-military-network/

• DFRLab's report on the Russian domestic CIB network (October 8): https://medium.com/dfrlab/facebook-removed-inauthentic-network-connected-to-united-russia-party-6b9cfd2332de

MOLA_DEFSPROD_00007553

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM    Document 184-2    Filed 01/24/23    Page 16 of 51 PageID #:
9894

CONFIDENTIAL

- Graphika's report on the Mexico/Venezuela network (October 27): https://graphika.com/reports/the-case-of-the-inauthentic-reposting-activists/

Let me know if you have any questions.

Best,

█████████

MOLA_DEFSPROD_00007554

-PA01672-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 17 of 51 PageID #: 9895

| | |
|---|---|
| **From:** | Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY, BRI] |
| **Sent:** | 10/23/2020 10:01:16 AM |
| **To:** | ████████████@twitter.com) |
| **Subject:** | RE: ISAC |

Great. I'm trying to work on finding out if it's been sent separately, so at least I can give you a heads up. Hopefully we can get better at that as I'm trying not to drown you all.

Brian

**From:** ████████████@twitter.com>
**Sent:** Friday, October 23, 2020 9:59 AM
**To:** Scully, Brian ████████████@cisa.dhs.gov>
**Subject:** Re: ISAC

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

OK, we got that one already :)

Keep sending them our way. Impossible to know what we have and have not received.

On Fri, Oct 23, 2020 at 9:58 AM Scully, Brian ████████@cisa.dhs.gov> wrote:
> Yep.
>
> **From:** ████████████@twitter.com>
> **Sent:** Friday, October 23, 2020 9:58 AM
> **To:** Scully, Brian ████████@cisa.dhs.gov>
> **Subject:** Re: ISAC

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Wait, is it one n from Maryland Board of Elections?

On Fri, Oct 23, 2020 at 9:56 AM Scully, Brian ████████@cisa.dhs.gov> wrote:
> Yes, CFITF is my team sending when I'm not doing it. Thanks, I'll add Misinformation Reports to our emails (will be sending one in a second).
>
> Thanks ████
>
> Brian

MOLA_DEFSPROD_00010564

1/24/2023, 4:21 PM

-PA01673-

08917181238
https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

**From:** ████████████ @twitter.com>
**Sent:** Friday, October 23, 2020 9:55 AM
**To:** Scully, Brian <██████████ @cisa.dhs.gov>
**Subject:** Re: ISAC

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

No problem at all. I am getting a bunch of email from someone with CTIFC or something anyway? Is that you?

On Fri, Oct 23, 2020 at 9:53 AM Scully, Brian ██████████ @cisa.dhs.gov> wrote:

Hey Stacia,

Quick question for you – would you mind if I cc'd the ISAC on the reporting emails we send to Twitter?  Right now, after I send an email to you, I send an email to the ISAC letting them know we reported.  This would make things a bit more efficient on our end, but wanted to make sure you were comfortable with it before adding them.


Thanks,
Brian


Brian Scully
Chief, Countering Foreign Influence Task Force
DHS/CISA/NRMC
████████ @cisa.dhs.gov

MOLA_DEFSPROD_00010565

-PA01674-

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 19 of 51 PageID #: 9897

CONFIDENTIAL

| | |
|---|---|
| **Sent:** | 11/6/2020 12:20:13 PM |
| **To:** | ▌▌▌▌▌▌ @fb.com]; ▌▌▌▌▌▌ @fb.com]; ▌▌▌▌▌▌ @fb.com] |
| **CC:** | CFITF ▌▌▌ @hq.dhs.gov] |
| **Subject:** | RE: IG Disinfo Report |

Hey Saleela,

In case it's helpful, just saw this debunking video on Twitter --
https://twitter.com/JaneLytv/status/1324756117415776257?s=20.

Brian

**From:** ▌▌▌▌▌▌ @fb.com>
**Sent:** Thursday, November 5, 2020 12:35 PM
**To:** Scully, Brian ▌▌▌▌ @cisa.dhs.gov>; ▌▌▌▌▌ @fb.com>; ▌▌▌▌▌ @fb.com>
**Cc:** CFITF ▌▌▌ @hq.dhs.gov>
**Subject:** RE: IG Disinfo Report

| |
|---|
| CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns. |

Thank you, we will flag this for the teams!

**From:** Scully, Brian ▌▌▌▌▌ @cisa.dhs.gov>
**Sent:** Thursday, November 5, 2020 12:19 PM
**To:** ▌▌▌▌▌ @fb.com>; ▌▌▌▌▌ @fb.com>; ▌▌▌▌▌ @fb.com>
**Cc:** CFITF ▌▌▌ @hq.dhs.gov>
**Subject:** IG Disinfo Report

Good afternoon Facebook,

Wanted to share this disinfo report about CISA and Director Krebs -- https://www.instagram.com/p/CHNtFDPAUJH/.

Regards,
Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security (DHS) is not the originator of this information. CISA is forwarding this information, unedited, from its originating source - this information has not been originated or generated by CISA. This information may also be shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on social media platforms. CISA makes no recommendations about how the information it is sharing should be handled or used by social media companies. Additionally, CISA will not take any action, favorable or unfavorable, toward social media companies based on decisions about how or whether to use this information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

MOLA_DEFSPROD_00008519

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 20 of 51 PageID #: 9898

| | |
|---|---|
| **From:** | Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE  ADMINISTRATIVE  GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9F884130BD-SCULLY,  BRI] |
| **Sent:** | 11/10/2020 5:23:56 PM |
| **To:** | ████████████@fb.com] |
| **CC:** | ████████████@fb.com] |
| **Subject:** | RE: Hammer  and scorecard narrative |

I did.

**From:** ████████@fb.com>
**Sent:** Tuesday, November 10, 2020 5:18 PM
**To:** Scully, Brian ████████@cisa.dhs.gov>
**Cc:** ████████@fb.com>
**Subject:** Re: Hammer and scorecard narrative

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian,

Also, just to confirm—will you let our USG partners know the meeting tomorrow is canx?

Thanks!

Sent from my iPhone

On Nov 10, 2020, at 4:10 PM, ████████@fb.com> wrote:

 Many thanks for the quick reply.

Will let our partners know.

Enjoy your day!

Sent from my iPhone

On Nov 10, 2020, at 4:05 PM, Scully, Brian ████████@cisa.dhs.gov> wrote:

Yes, let's cancel please.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
████████
████████@cisa.dhs.gov

**From:** ████████@fb.com>
**Sent:** Tuesday, November 10, 2020 4:01:23 PM
**To:** Scully, Brian ████████@cisa.dhs.gov>

MOLA_DEFSPROD_00010392

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Cc: [redacted] @fb.com>
Subject: Re: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Brian—

One additional question. Given tomorrow is Veterans Day, will USG be available for our weekly call? Happy to canx so our federal partners can enjoy the holiday. Also wanted to ask so we could update our industry partners.

Thanks,

[redacted]

Sent from my iPhone

On Nov 10, 2020, at 2:12 PM, Scully, Brian [redacted] @cisa.dhs.gov> wrote:

This is very helpful Saleela. Thanks so much for sharing.

Brian

From: [redacted] @fb.com>
Sent: Tuesday, November 10, 2020 2:11 PM
To: Scully, Brian [redacted] @cisa.dhs.gov>
Cc: [redacted] @fb.com>; [redacted] @fb.com>
Subject: RE: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian,

Wanted to follow up on the below to say that our teams have confirmed that we have third-party fact-checker verification that the "Hammer and Scorecard" narrative is false and our systems are labeling and downranking the content as identified. FWIW, in comparison to other election-related misinformation hoaxes that we have been actively tracking, the level of virality is less. Our teams take this particular narrative, among others, very seriously, and are continuing to actively monitor and iterate on appropriately enforcing against this content.

Again, thank you for the collaboration and engagement here, we are grateful and appreciative.

Saleela

From: [redacted] @fb.com>
Sent: Tuesday, November 10, 2020 10:12 AM
To: Scully, Brian [redacted] @cisa.dhs.gov> [redacted] @fb.com>; [redacted] @fb.com>
Subject: Re: Hammer and scorecard narrative

MOLA_DEFSPROD_00010393

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM    Document 164-2   Filed 01/24/23    Page 22 of 51 PageID #: 9900

CONFIDENTIAL

Thank you, Brian. Our teams are actively monitoring developments on this at this time and to the extent you or USG have information about confirmed misinformation or other information of note, we absolutely welcome that for additional consideration and insight. Appreciate the ongoing collaboration very much.

**From:** Scully, Brian ▮▮▮▮▮▮ @cisa.dhs.gov>
**Sent:** Tuesday, November 10, 2020 9:24:57 AM
**To:** ▮▮▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮ @fb.com>; ▮▮▮▮▮▮▮▮ @fb.com>
**Subject:** Hammer and scorecard narrative

Good morning,

Director Krebs is particularly concerned about the hammer and scorecard narrative that is making the rounds. Wanted to see if you all have been tracking this narrative and if there's anything you can share around amplification?

Thanks,
Brian

MOLA_DEFSPROD_00010394

-PA01678-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

| | |
|---|---|
| **From:** | Scully, Brian [REDACTED]@cisa.dhs.gov] |
| **Sent:** | 11/10/2020 6:44:54 PM |
| **To:** | [REDACTED]@twitter.com] |
| **Subject:** | Re: Hammer and scorecard narrative |

Will do [REDACTED]  Thank you!

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
[REDACTED]@cisa.dhs.gov

**From:** [REDACTED]@twitter.com>
**Sent:** Tuesday, November 10, 2020 6:43:22 PM
**To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
**Subject:** Re: Hammer and scorecard narrative

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian, hope you are well. Just a quick heads up, Politico published this piece about Director Krebs a few minutes ago. We noticed that one of his Tweets had been incorrectly labeled by our automated systems. We removed the label as soon as we noticed the issue. Please apologize to the Director on Twitter's behalf.

Thank you,
[REDACTED]

On Tue, Nov 10, 2020 at 12:25 PM Scully, Brian <[REDACTED]@cisa.dhs.gov> wrote:
> Yoel,
>
> Thanks so much for the detailed response...very helpful. Will certainly pass anything we come across your way.
>
> Brian
>
> **From:** [REDACTED]@twitter.com>
> **Sent:** Tuesday, November 10, 2020 12:20 PM
> **To:** Scully, Brian [REDACTED]@cisa.dhs.gov>
> **Cc:** [REDACTED]@twitter.com>; [REDACTED]@twitter.com>
> **Subject:** Re: Hammer and scorecard narrative

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Brian,

MOLA_DEFSPROD_00010389

Sorry about the slow response - another crazy morning.

We've been tracking the Hammer/Scorecard issue closely, particularly since Director Krebs's tweet on the subject (which was pretty unambiguous as debunks go). We broadly labeled the conspiracy theory several days ago, pursuant to our policies. Once we enabled labeling, though, a 4chan-driven troll campaign kicked off, trying to reverse engineer our labeling logic and get labels to show up on unrelated tweets... which led to us turning off the automated labeling. We're going to backfill labels in bulk today for the period the automated labeling was disabled, but unfortunately we're in a bit of a cat-and-mouse situation where our ability to mitigate the conspiracy is tangled up in a clear attempt to work the ref by gaming our enforcements.

Let us know if there are especially high-profile examples of tweets sharing the conspiracy that *haven't* been labeled - we've been manually monitoring high-profile examples even once we disabled the automation, but it could be some slipped through the cracks.

Thanks,

████

On Tue, Nov 10, 2020 at 6:36 AM Scully, Brian ████ @cisa.dhs.gov> wrote:
Thanks ████

**From:** ████ @twitter.com>
**Sent:** Tuesday, November 10, 2020 9:35 AM
**To:** Scully, Brian ████ @cisa.dhs.gov>
**Cc:** ████ @twitter.com>
**Subject:** Re: Hammer and scorecard narrative

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

We have been tracking this issue. I will allow ████ to follow up with detailed information.

Thanks,

████

On Tue, Nov 10, 2020 at 9:22 AM Scully, Brian ████ @cisa.dhs.gov> wrote:
Good morning,

Director Krebs is very concerned about the hammer and scorecard narrative that's been making the rounds. Wondering if you all have been tracking that one and if there's anything you could share in terms of sharing and amplification?

MOLA_DEFSPROD_00010390

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 25 of 51 PageID #: 9903

Thanks,
Brian

MOLA_DEFSPROD_00010391

-PA01681-

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

| From: | ▮▮▮▮▮▮▮▮@twitter.com) |
|---|---|
| Sent: | 11/13/2020 11:36:32 PM |
| To: | Scully, Brian ▮▮▮▮@cisa.dhs.gov] |
| Subject: | Re: FW: Twitter Assistance |

**CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.**

We have labeled so many Tweets tonight, so I am afraid that for now the answer is that it isn't ending tonight. Talk soon!

On Fri, Nov 13, 2020 at 11:35 PM Scully, Brian <▮▮▮▮@cisa.dhs.gov> wrote:

Ugh...do you all ever stop testifying?!?   Good luck.  You hang in there as well...the election has to end at some point, right?  Right?

**From:** ▮▮▮▮▮▮▮▮@twitter.com>
**Sent:** Friday, November 13, 2020 11:33 PM
**To:** Scully, Brian <▮▮▮▮@cisa.dhs.gov>
**Subject:** Re: FW: Twitter Assistance

**CAUTION:  This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.**

Man, my boss testifies on Tuesday in front of Judiciary and I am so tired of working. Let's just hope tomorrow stays calm. Hang in there!

On Fri, Nov 13, 2020 at 11:26 PM Scully, Brian ▮▮▮▮@cisa.dhs.gov> wrote:

Some Friday night fun for the two of us! ☺ Hope you are well.

Brian

**From:** ▮▮▮▮▮▮▮▮@twitter.com>
**Sent:** Friday, November 13, 2020 11:21 PM
**To:** Scully, Brian ▮▮▮▮@cisa.dhs.gov>
**Cc:** ▮▮▮▮▮▮▮▮@twitter.com>; CFITF <▮▮@hq.dhs.gov>
**Subject:** Re: FW: Twitter Assistance

**CAUTION:  This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.**

Thanks Brian, we will escalate.

On Fri, Nov 13, 2020 at 11:20 PM Scully, Brian <▮▮▮▮@cisa.dhs.gov> wrote:

MOLA_DEFSPROD_00008625

 and ▆▆▆▆

Please see below report from Dominion regarding disinformation about the location of servers. For
awareness, I redacted a second tweet based on legal guidance.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security
(DHS) is not the originator of this information. CISA is forwarding this information from its originating
source -- this information has not been originated or generated by CISA. This information may also be
shared with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on
social media platforms. CISA makes no recommendations about how the information it is sharing should be
handled or used by social media companies. Additionally, CISA will not take any action, favorable or
unfavorable, toward social media companies based on decisions about how or whether to use this
information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or
demand. Responding to this request is voluntary and CISA will not take any action, favorable or
unfavorable, based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Kay Stimson ▆▆▆▆▆@dominionvoting.com>
**Sent:** Friday, November 13, 2020 10:57:02 PM
**To:** Masterson, Matthew ▆▆▆▆▆@cisa.dhs.gov>
**Subject:** Twitter Assistance

CAUTION:  This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or
trust the sender. Contact your component SOC  with questions or concerns.

Matt,

Can you assist with flagging this election disinformation content?  It's patently false.  Dominion has no
server in Germany, and you should be able to confirm with DOD that this is untrue.  Looks like it's recycling
old viral claims and/or newer false claims posted to a disinformation website called thedonald.win, which we
have also reported.  Since the thread claims this is an Amazon server and it looks like others are saying this,
you should be able to check with them to confirm this is fake news as well.  Thanks.

Tweet to Report:

[Redacted]

MOLA_DEFSPROD_00008626

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Tweet with Link to Recycled/Viral Rumor:

https://twitter.com/cody41263233/status/1327421997782093830/photo/1

Thanks,
Kay

**KAY STIMSON |** VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
▇▇▇▇▇▇▇ | DOMINIONVOTING.COM

MOLA_DEFSPROD_00008627

1/24/2023, 4:21 PM

-PA01684-

08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 164-2   Filed 01/24/23   Page 29 of 51 PageID #:
9907

| From: | ▮▮▮▮▮@twitter.com] |
|---|---|
| Sent: | 11/14/2020 11:25:52 AM |
| To: | Scully, Brian ▮▮▮▮@cisa.dhs.gov] |
| CC: | CFITF ▮▮@hq.dhs.gov]; ▮▮▮▮▮@twitter.com] |
| Subject: | Re: FW: Twitter Assistance |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the
sender. Contact your component SOC with questions or concerns.

Thank you, Brian. This Tweet has been labeled.

On Fri, Nov 13, 2020 at 11:20 PM ▮▮▮▮▮ @twitter.com> wrote:
Thanks Brian, we will escalate.

On Fri, Nov 13, 2020 at 11:20 PM Scully, ▮▮▮▮@cisa.dhs.gov> wrote:
▮▮ and ▮▮▮

Please see below report from Dominion regarding disinformation about the location of servers. For
awareness, I redacted a second tweet based on legal guidance.

Regards,

Brian

*The Cybersecurity and Infrastructure Security Agency (CISA) of the U.S. Department of Homeland Security
(DHS) is not the originator of this information. CISA is forwarding this information from its originating
source – this information has not been originated or generated by CISA. This information may also be shared
with law enforcement or intelligence agencies.*

*CISA affirms that it neither has nor seeks the ability to remove or edit what information is made available on
social media platforms. CISA makes no recommendations about how the information it is sharing should be
handled or used by social media companies. Additionally, CISA will not take any action, favorable or
unfavorable, toward social media companies based on decisions about how or whether to use this
information.*

*In the event that CISA follows up to request further information, such a request is not a requirement or
demand. Responding to this request is voluntary and CISA will not take any action, favorable or unfavorable,
based on decisions about whether or not to respond to this follow-up request for information.*

**From:** Kay Stimson ▮▮▮▮@dominionvoting.com>
**Sent:** Friday, November 13, 2020 10:57:02 PM
**To:** Masterson, Matthew ▮▮▮▮@cisa.dhs.gov>
**Subject:** Twitter Assistance

MOLA_DEFSPROD_00008623

-PA01685-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 104-21   Filed 01/24/23   Page 30 of 51 PageID #: 9908

CAUTION:  This email originated from outside of DHS.  DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Matt,

Can you assist with flagging this election disinformation content?  It's patently false.  Dominion has no server in Germany, and you should be able to confirm with DOD that this is untrue.  Looks like it's recycling old viral claims and/or newer false claims posted to a disinformation website called thedonald.win, which we have also reported.  Since the thread claims this is an Amazon server and it looks like others are saying this, you should be able to check with them to confirm this is fake news as well.  Thanks.

Tweet to Report:

[Redacted]

Tweet with Link to Recycled/Viral Rumor:

https://twitter.com/cody41263233/status/1327421997782093830/photo/1

Thanks,
Kay

KAY STIMSON | VP, GOVERNMENT AFFAIRS
DOMINION VOTING SYSTEMS
████████████  | DOMINIONVOTING.COM

MOLA_DEFSPROD_00008624

1/24/2023, 4:21 PM

-PA01686-

08917181238                                                                                                              https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 31 of 51 PageID #: 9909

---

**From:** Scully, Brian ▮▮▮▮ @cisa.dhs.gov)
**Sent:** 11/3/2020 3:42:16 PM
**To:** ▮▮▮▮ @fb.com]; Masterson, Matthew ▮▮▮▮ @cisa.dhs.gov]
**CC:** ▮▮▮▮ @fb.com]
**Subject:** Re: Election Misinformation Confirmation Requested

Let me check. I'm being told PA is going to put out a statement on it shortly.

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
▮▮▮▮
▮▮▮▮ @cisa.dhs.gov

---

**From:** ▮▮▮▮ @fb.com>
**Sent:** Tuesday, November 3, 2020 3:39:57 PM
**To:** Scully, Brian <▮▮▮▮ @cisa.dhs.gov>; Masterson, Matthew <▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** Re: Election Misinformation Confirmation Requested

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Both, actually, if you might know?

---

**From:** Scully, Brian ▮▮▮▮ @cisa.dhs.gov>
**Sent:** Tuesday, November 3, 2020 3:37:01 PM
**To:** ▮▮▮▮ @fb.com>; Masterson, Matthew ▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** Re: Election Misinformation Confirmation Requested

Hi ▮▮▮▮

The poll worker destroying ballots is disinfo.   It are you asking about whether or not the person was a poll worker?

Brian

Brian Scully
DHS Countering Foreign Interference Task Force
National Risk Management Center
▮▮▮▮
▮▮▮▮ @cisa.dhs.gov

---

**From:** ▮▮▮▮ @fb.com>
**Sent:** Tuesday, November 3, 2020 3:31:26 PM
**To:** Scully, Brian <▮▮▮▮ @cisa.dhs.gov>; Masterson, Matthew <▮▮▮▮ @cisa.dhs.gov>
**Cc:** ▮▮▮▮ @fb.com>
**Subject:** Election Misinformation Confirmation Requested

MOLA_DEFSPROD_00010426

-PA01687-

08917181238                                                     https://ecf.lawd.uscourts.gov/doc1/08917181238

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Brian and Matt,

Can you please confirm the below is election misinformation?

https://mobile.twitter.com/peterjhasson/status/1323716141202739201?s=21

Thank You,
██████

MOLA_DEFSPROD_00010427

1/24/2023, 4:21 PM

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

| | |
|---|---|
| From: | Scully, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7CA10604AEE04B1DAB53DC9FB84130BD-SCULLY, BRI] |
| Sent: | 11/6/2020 12:22:04 PM |
| To: | ███████████@twitter.com]; ███████████@twitter.com]; ███████████@twitter.com]; Twitter Government & Politics [gov@twitter.com] |
| CC: | CFITF [████@hq.dhs.gov] |
| Subject: | FW: Delaware County's response to video circulating of ballots |

Twitter,

FYI – Delaware County, PA is debunking the below video.

Regards,
Brian

**From:** Masterson, Matthew <████████@cisa.dhs.gov>
**Sent:** Friday, November 6, 2020 12:20 PM
**To:** Scully, Brian <████████.@cisa.dhs.gov>; Dragseth, John <████████@cisa.dhs.gov>
**Subject:** FW: Delaware County's response to video circulating of ballots

Brian and John,

Please see below from Delaware County PA debunking those videos I provided earlier. Can you provide to platforms as additional context?

Matthew V. Masterson
Senior Cybersecurity Advisor
Department of Homeland Security
Cybersecurity & Infrastructure Security Agency (CISA)
████████████@hq.dhs.gov

**From:** Myers, Jessica ██████@pa.gov>
**Sent:** Friday, November 6, 2020 12:00 PM
**To:** Masterson, Matthew <████████@cisa.dhs.gov>
**Subject:** Fwd: Delaware County's response to video circulating of ballots

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

FYI
Jessica C. Myers
Director of Policy
PA Department of State
████████████

MOLA_DEFSPROD_00010410

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

**From:** Yabut, Danilo ███████@pa.gov>
**Sent:** Friday, November 6, 2020 11:59:33 AM
**To:** Myers, Jessica ████████@pa.gov>
**Subject:** FW: Delaware County's response to video circulating of ballots


**From:** Yabut, Danilo
**Sent:** Friday, November 6, 2020 11:50 AM
**To:** Degraffenreid, Veronica ██████████@pa.gov>; Boockvar, Kathryn ███████████@pa.gov>; Stevens, Sari
<████████@pa.gov>; Marks, Jonathan ████████@pa.gov>; Murren, Wanda ████████@pa.gov>; Gates, Timothy
<████████@pa.gov>; Kotula, Kathleen ████████@pa.gov>
**Cc:** Lyon, Ellen <████████@pa.gov>; Humphrey, Laura <████████@pa.gov>; Parker, Scott <████████@pa.gov>; Paz,
Darwin <████████@pa.gov>
**Subject:** RE: Delaware County's response to video circulating of ballots

FYI: regarding this, they posted this on facebook:
https://www.facebook.com/DelawareCountyCouncil/posts/1883402795141692

Dan

**From:** Degraffenreid, Veronica <████████@pa.gov>
**Sent:** Friday, November 6, 2020 11:45 AM
**To:** Boockvar, Kathryn <████████@pa.gov>; Stevens, Sari ████████@pa.gov>; Marks, Jonathan ████████@pa.gov>;
Murren, Wanda ████████@pa.gov>; Yabut, Danilo ████████@pa.gov>; Gates, Timothy ████████@pa.gov>; Kotula,
Kathleen <████████@pa.gov>
**Subject:** FW: Delaware County's response to video circulating of ballots


**Veronica W. Degraffenreid | Special Advisor for Elections Modernization**
Pennsylvania Department of State
██████████████████████████

Office: ██████ | Mobile: ██████████ | Email: █████████████

**From:** Reuther, Christine <████████@co.delaware.pa.us>
**Sent:** Friday, November 6, 2020 11:44 AM
**To:** Degraffenreid, Veronica <████████@pa.gov>
**Subject:** Fwd: Delaware County's response to video circulating of ballots

Fyi.

Get Outlook for Android


**From:** Marofsky, Adrienne <████████@co.delaware.pa.us>
**Sent:** Friday, November 6, 2020 11:37 AM
**To:** Zidek, Brian; Taylor, Monica; Madden, Kevin; Schaefer, Elaine; Reuther, Christine; Lazarus, Howard; Martin, William;
███████@duanemorris.com'; Stollsteimer, Jack; Rouse, Tanner; Jackson, Marianne A.; Hagan, Laureen T.
**Cc:** Herlinger, Ryan; Morrone, Katherine; Cairy, Deborah
**Subject:** Delaware County's response to video circulating of ballots


MOLA_DEFSPROD_00010411

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

As you may know, video has been circulating of an election worker along with allegations of fraud.
Below is the statement that we issued along with a screen shot from the actual live stream.
Once we have the number of ballots damaged, I will edit the release. I needed to get this out asap to respond to dozens of press calls.

Manipulated video has been circulating online purporting to show Delaware County election staff fraudulently filling in blank ballots. The video was taken from the official live stream provided by Delaware County; however, the circulated video is zoomed in to crop out the surrounding area, including the bipartisan observers who were not more than six feet away and does not give the full picture of the process.

The cropped video portrays an election worker, seemingly alone at a table, marking a ballot. The actual video shows the election worker at a table with other coworkers in a room full of people with bipartisan observers a few feet away at each end of the table, closely observing the worker from approximately 6 feet away. This arrangement was agreed upon between the Election Bureau and the former Republican Chairman of Delaware County Council, acting in his capacity as counsel for the Delaware County Republican Party.

During the processing of ballots, a machine extractor opens the ballots. Some ballots were damaged by the extractor during this process in such a way that the ballots could not be scanned successfully. According to the scanner manufacturer, Hart, the best practice to deal with damaged ballots that cannot be scanned is to transcribe the votes on each ballot to a clean ballot and scan the clean ballot. In accordance with that guidance, the Chief Clerk of the Delaware County Bureau of Elections instructed elections staff to manually transcribe the damaged ballots. As ballots were being transcribed, the original damaged ballots were directly beside the new ballots and bipartisan observers witnessed the process at close range. Damaged ballots have been preserved.

The Delaware County Bureau of Elections has been offering a live-streaming of the counting of ballots, which began on Nov. 3. The video allows residents to watch the process in real-time and offers a transparent view of the process. Unfortunately, some residents have altered to video and are making false accusations, which baselessly and wrongly attacks the integrity of the election staff and the completely transparent process by which votes are being counted in Delaware County.

(The attached screen shot of the video shows the election worker at a table with other coworkers in a room full of people with bipartisan observers closely observing the worker.)

Sincerely,
Adrienne Marofsky
Public Relations Director for Delaware County

MOLA_DEFSPROD_00010412

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM Document 184-2 Filed 01/24/23 Page 36 of 51 PageID #: 9914

CONFIDENTIAL

| From: | ██████████@google.com] |
|---|---|
| Sent: | 12/9/2020 9:09:29 AM |
| To: | Scully, Brian ██████████@cisa.dhs.gov]; Snell, Allison ██████████@cisa.dhs.gov]; Schaul, Robert ██████████@cisa.dhs.gov] |
| Subject: | YouTube Policy Update |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning,

I am writing to let you know about an update to YouTube's policies pertaining to election-related misinformation and to offer a briefing about these updates.

Beginning today, we will prohibit content alleging that widespread fraud or errors changed the outcome in any past US Presidential election. For example, we will remove videos claiming that a presidential candidate won the election as a result of widespread software glitches or counting errors. Given that states' certification of election results show that Biden has won, and our policies relating to misinformation about past elections now apply to content about the US 2020 presidential election uploaded beginning December 9. We will not issue any strikes to channels for removals between now and January 20. From January 20 forward, channels will be eligible to receive strikes for violative content they upload to YouTube. You can read more about our 2020 US election efforts in our blog post here.

Best Regards,

Kevin

--

| ████████ | Government Affairs & Public Policy Manager, |
| YouTube | ██████@google.com ████████ |

MOLA_DEFSPROD_00008595

1/24/2023, 4:21 PM

08917181238
https://ecf.lawd.uscourts.gov/doc1/08917181238

| | |
|---|---|
| **From:** | ▮▮▮▮ @twitter.com] |
| **Sent:** | 1/7/2021 10:58:39 PM |
| **To:** | Misinformation Reports ▮▮▮▮ @cisecurity.org] |
| **CC:** | Scully, Brian ▮▮▮▮ @cisa.dhs.gov]; ▮▮▮▮@twitter.com |
| **Subject:** | Re: FW: Election Related Misinformation |

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Thank you, Aaron. Both Tweets have been removed from the service.

Thank you,
Stacia

On Thu, Jan 7, 2021 at 3:53 PM ▮▮▮▮ @twitter.com> wrote:
Thank you, Aaron. We will escalate.

Thanks,
Stacia

On Thu, Jan 7, 2021 at 3:44 PM Misinformation Reports <▮▮▮▮ @cisecurity.org> wrote:
Brian, Twitter,

Please see this report below from the Arizona SOS office. Please let me know if you have any questions.

Cc ▮▮, I am not sure the best contact email to send this to at Twitter.

Thanks,

Aaron

**From:** C.Murphy Hebert <▮▮▮▮ @azsos.gov>
**Sent:** Thursday, January 7, 2021 3:26 PM
**To:** Misinformation Reports <▮▮▮▮ @cisecurity.org>
**Cc:** Ken Matta <▮▮▮▮ @azsos.gov>; Allie Bones ▮▮▮▮ @azsos.gov>
**Subject:** Election Related Misinformation


Hello,

I'm Murphy Hebert, communications director for the Office of the Arizona Secretary of State.
Email: ▮▮▮▮ @azsos.gov

I am flagging this twitter account for your review. @normal_every

MOLA_DEFSPROD_00008586

08917181238                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM   Document 104-12   CONFIDENTIAL   Filed 01/24/23   Page 38 of 51 PageID #: 9916

https://twitter.com/normal_every



Of specific concern to the Secretary of State are the following tweets:
https://twitter.com/normal_every/status/1346451683384160257
https://twitter.com/normal_every/status/1346233687160008704
Reason: These messages falsely assert that the Voter Registration System is owned and therefore operated by foreign actors.
This is an attempt to further undermine confidence in the election institution in Arizona.

Thank you for your consideration in reviewing this matter for action.

Sincerely,


C. Murphy Hebert
Communications Director
Arizona Secretary of State



....

This message and attachments may contain confidential information. If it appears that this message was sent to you by mistake, any retention, dissemination, distribution or copying of this message and attachments is strictly prohibited. Please notify the sender immediately and permanently delete the message and any attachments.

. . . . .

MOLA_DEFSPROD_00008587

08917181238                                                                              https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM    Document 184-2    Filed 01/24/23    Page 39 of 51 PageID #: 9917

---

**From:** ████████████████ @fb.com]
**Sent:** 5/4/2022 3:48:11 PM
**To:** Protentis, Lauren ████████ @cisa.dhs.gov]
**CC:** Hale, Geoffrey (He/Him) ████████ @cisa.dhs.gov]; Snell, Allison (She/Her) ████████ @cisa.dhs.gov];
████████ @fb.com]; Schaul, Robert ████████ @cisa.dhs.gov]; Scully, Brian
████████ @cisa.dhs.gov]; Kuennen, David ████████ @cisa.dhs.gov]; ████████ @fb.com];
████████ @fb.com]
**Subject:** Re: Account Security

Hello Team CISA!

Hope you are all well.

In our conversation a few weeks ago, you mentioned that your team could potentially help connect us with local election offices. Is this something you are still able to help with? Additionally, we can provide a training for them on account security best practices if you think that could be helpful.

And as always, if there is anything we can do to be helpful in the meantime, please let us know!

Thanks,
████████

---

**From:** Protentis, Lauren ████████ @cisa.dhs.gov>
**Date:** Wednesday, April 27, 2022 at 12:37 PM
**To:** ████████ @fb.com>, ████████ @cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) ████████ @cisa.dhs.gov>, Snell, Allison (She/Her)
████████ @cisa.dhs.gov>, ████████ @fb.com>,
████████ @fb.com>, ████████ @fb.com>, Schaul, Robert
████████ @cisa.dhs.gov>, Scully, Brian ████████ @cisa.dhs.gov>, Kuennen, David
████████ @cisa.dhs.gov>
**Subject:** Re: Account Security

Perfect thank you so much!

---

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ████████ | E: ████████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov |
CLAN: ████████ @dhs.ic.gov

[x] The linked
image
cannot be
displayed.
The file may
have been
moved, re...

---

**From:** ████████ @fb.com>
**Sent:** Wednesday, April 27, 2022 11:15:25 AM
**To:** Protentis, Lauren ████████ @cisa.dhs.gov>; ████████ @fb.com>

MOLA_DEFSPROD_00008554

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 264-2   Filed 01/24/23   Page 40 of 51 PageID #: 9918

**Cc:** Hale, Geoffrey (He/Him) ███████████ @cisa.dhs.gov>; Snell, Allison (She/Her) ██████████ @cisa.dhs.gov>;
████████ @fb.com>; ██████████ @fb.com>;
< ███████ @fb.com>; █████████ @fb.com>; Schaul, Robert ████████ @cisa.dhs.gov>; Scully, Brian
█████████ @cisa.dhs.gov>; Kuennen, David █████████ @cisa.dhs.gov>
**Subject:** Re: Account Security

Got it – and no problem! I had our team design my email directly into the document (new version attached here) so everything is all in one place for you.

Best,

∞ Meta

███████
State and Local Politics & Government Outreach
█████ @fb.com

**From:** Protentis, Lauren ████████ @cisa.dhs.gov>
**Date:** Wednesday, April 20, 2022 at 12:45 PM
**To:** ████████ @fb.com>, ████████ @fb.com>
**Cc:** Hale, Geoffrey (He/Him) < ████████ @cisa.dhs.gov>, Snell, Allison (She/Her)
< ████████ @cisa.dhs.gov>, ████████ @fb.com>,
< ████████ @fb.com>, ████████ @fb.com>,  Schaul, Robert
< ████████ @cisa.dhs.gov>, Scully, Brian < ████████ @cisa.dhs.gov>, Kuennen, David
< ████████ @cisa.dhs.gov>
**Subject:** RE: Account Security

Hi ███ That could work, though we'd also welcome that as part of the document. Given we have a broader team that does trainings etc, it might be helpful for that info to be included in the doc. Though I understand there may be concerns with this approach.

Will take your steer, let me know what you think.

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ████████ | Email: ████████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov | CLAN:
████████ @dhs.ic.gov

**From:** ████████ @fb.com>
**Sent:** Monday, April 18, 2022 5:30 PM
**To:** ████████ @fb.com>; Protentis, Lauren ████████ @cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) < ████████ @cisa.dhs.gov>; Snell, Allison (She/Her) ████████ @cisa.dhs.gov>;
████████ @fb.com>; ████████ @fb.com>;
████████ @fb.com>; ████████ @fb.com>; Schaul, Robert ████████ @cisa.dhs.gov>; Scully, Brian

MOLA_DEFSPROD_00008555

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL
Case 3:22-cv-01213-TAD-KDM    Document 184-2    Filed 01/24/23    Page 41 of 51 PageID #:
9919

<_____@cisa.dhs.gov>; Kuennen, David <_____@cisa.dhs.gov>

**Subject:** Re: Account Security

Thanks Lauren!

Would it work to just provide my email when you share out this one pager, and let them know if they need anything (like a page verification) or have any content they want to escalate for review, they can reach out to me and I can get them to the right person to help?

Best,

∞ Meta

**Eva Guidarini**
State and Local Politics & Government Outreach

**From:** _____@fb.com>
**Date:** Monday, April 18, 2022 at 11:50 AM
**To:** Protentis, Lauren <_____s@cisa.dhs.gov>
**Cc:** Hale, Geoffrey (He/Him) <_____@cisa.dhs.gov>, Snell, Allison (She/Her)
<_____@cisa.dhs.gov>, _____@fb.com>, _____@fb.com>,
_____@fb.com>, _____@fb.com>, Schaul, Robert <_____@cisa.dhs.gov>, Scully, Brian <_____@cisa.dhs.gov>,
Kuennen, David <_____@cisa.dhs.gov>
**Subject:** Re: Account Security

Great!  Many thank, Lauren for the quick reply & feedback.

█—who is cc'd on our team will loop in others from her team

Happy to move some of your colleagues to BCC as needed/defer to you to do that as █ and her team work out the details.

Sent from my iPhone

On Apr 18, 2022, at 10:54 AM, Protentis, Lauren <_____@cisa.dhs.gov> wrote:

Thanks so much for sending, █!

This looks great – the only thing I'd recommend adding is any steps for flagging or escalating MDM content, if possible. I think then that would make this a comprehensive product on both of the critical needs for officials – account security and MDM concerns. We discussed this a bit in our in-person meeting two weeks ago. Let me know if that's doable.

Thank you!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-Information (MDM) Team
Election Security Initiative

MOLA_DEFSPROD_00008556

-PA01697-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ██████████ | Email: ██████████@cisa.dhs.gov | HSDN: ██████████@dhs.sgov.gov | CLAN: ██████████@dhs.ic.gov

**From:** ██████████ @fb.com>
**Sent:** Friday, April 15, 2022  9:01 AM
**To:** Protentis, Lauren ██████████ @cisa.dhs.gov>; Hale, Geoffrey (He/Him) ██████████ @cisa.dhs.gov>; Snell, Allison (She/Her) <Allison.Snell@cisa.dhs.gov>
**Cc:** ██████████ @fb.com>; ██████████ @fb.com>; ██████████ @fb.com>; ██████████ @fb.com>
**Subject:** Account Security

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning!

As discussed during our meeting last week, I wanted to share our account security doc that we've been working on.

We would be grateful for any feedback and would be happy to set up a call to discuss. I am including ██ & ██████ who you met during our meeting & are helping implement these procedures with key stakeholders.  Also, ████ to help schedule a call to discuss, if helpful.

Many thanks for your collaboration & best for a great weekend!

██████████

MOLA_DEFSPROD_00008557

1/24/2023, 4:21 PM

08917181238                                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM    Document 184-2    Filed 01/24/23    Page 43 of 51 PageID #: 9921

| | |
|---|---|
| **From:** | Protentis, Lauren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=604C2D8C37944283805D4BD9A9A83476-LAUREN.PROT] |
| **Sent:** | 5/20/2022 10:35:56 AM |
| **To:** | ██████████@microsoft.com]; [CELA ████@microsoft.com]; Jeremy ██████@microsoft.com]; ████ (CELA) ████@microsoft.com] |
| **Subject:** | RE: One-Pager for Elections Officials |

Many, many thanks! Really appreciate it ☺

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ██████████ | Email: ████@cisa.dhs.gov | HSDN: ████@dhs.sgov.gov | CLAN: ████@dhs.ic.gov

**From:** ████████@microsoft.com>
**Sent:** Friday, May 20, 2022 9:59 AM
**To:** Protentis, Lauren ████@cisa.dhs.gov>; ████ CELA) ████@microsoft.com>; ████@microsoft.com>; ████ (CELA) ████@microsoft.com>
**Subject:** RE: One-Pager for Elections Officials

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Lauren,

Thanks for reaching out. Attached is Microsoft's 1 pager for inclusion. Please let us know if you have any questions.

████

████
Director of Information Integrity
Democracy Forward Team (CELA)
████@microsoft.com

**From:** Protentis, Lauren <████@cisa.dhs.gov>
**Sent:** Thursday, May 19, 2022 11:14 AM
**To:** ████ (CELA) <████@microsoft.com>; ████@microsoft.com>; ████@microsoft.com>
**Subject:** [EXTERNAL] One-Pager for Elections Officials

Hi ████

MOLA_DEFSPROD_00012223

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

Case 3:22-cv-01213-TAD-KDM   Document 184-2  CONFIDENTIAL  Filed 01/24/23   Page 44 of 51 PageID #: 9922

I hope this email finds you well! Not sure this ask is as relevant to Microsoft, but thought I'd check. Meta is working with industry partners to create one-pagers for elections officials (in the lead up to the midterms) that provide steps to create secure accounts and to report MDM. We'll be sharing these products at our various engagements with officials.

Given your operating model is different than social media platforms, I'm not sure this is relevant. But, if so, we'd be happy to receive one from Microsoft.

I've attached a few examples of what the other companies have done.

Thanks so much!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
O: ▓▓▓▓▓▓ | Email: ▓▓▓▓▓▓@cisa.dhs.gov | HSDN: ▓▓▓▓▓▓@dhs.sgov.gov | CLAN:
▓▓▓▓▓▓@dhs.ic.gov

MOLA_DEFSPROD_00012224

-PA01700-

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 45 of 51 PageID #: 9923

**From:** ████████@twitter.com]
**Sent:** 5/12/2022 4:43:21 PM
**To:** Protentis, Lauren ████████@cisa.dhs.gov]
**Subject:** Re: Twitter POC
**Attachments:** Election Officials Best Practices.pdf

Sure thing, here's the updated version!

On Thu, May 12, 2022 at 4:32 PM Protentis, Lauren ████████@cisa.dhs.gov> wrote:
That would be so helpful if you could add it to the doc, thank you!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ████████ | E: ████████@cisa.dhs.gov | HSDN: ████████@dhs.sgov.gov |
CLAN: ████████@dhs.ic.gov

[x] The linked image cannot be displayed. The file may have been moved, re

**From:** ████████@twitter.com>
**Sent:** Thursday, May 12, 2022 1:48:06 PM
**To:** Protentis, Lauren ████████@cisa.dhs.gov>
**Subject:** Re: Twitter POC

The best way for them to do that is to contact ████@twitter.com, I can add that to the doc if that would be helpful

On Thu, May 12, 2022 at 2:16 PM Protentis, Lauren ████████@cisa.dhs.gov> wrote:
Actually one question: is there a way to include something about how to report disinformation?

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ████████ | E: ████████@cisa.dhs.gov | HSDN: ████████@dhs.sgov.gov |
CLAN: ████████@dhs.ic.gov

[x] The linked image cannot be displayed. The file may have been moved, re

**From:** Protentis, Lauren < ████████@cisa.dhs.gov>
**Sent:** Thursday, May 12, 2022 1:11:25 PM
**To:** ████████@twitter.com>
**Subject:** Re: Twitter POC

MOLA_DEFSPROD_00012053

-PA01701-

08917181238

Case 3:22-cv-01213-TAD-KDM   Document 264-2 CONFIDENTIAL Filed 01/24/23   Page 46 of 51 PageID #: 9924

Thanks so much! Really appreciate it! State and local officials in NH and IL will be the first recipients of this, so thanks in advance.

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ▓▓▓▓ | E: ▓▓▓▓ @cisa.dhs.gov | HSDN: ▓▓▓▓ @dhs.sgov.gov |
CLAN: ▓▓▓▓ @dhs.ic.gov


The linked image cannot be displayed. The file may have been moved, re...

**From:** ▓▓▓▓ @twitter.com>
**Sent:** Thursday, May 12, 2022 7:40:47 AM
**To:** Protentis, Lauren <▓▓▓▓ @cisa.dhs.gov>
**Subject:** Re: Twitter POC

Hey Lauren,

Apologies for the delay, got final approval late last night. Here's a one-pager covering best practices, escalations, verification, and safety tools.

Thanks and let me know if you need anything else!

▓▓▓▓

On Wed, May 11, 2022 at 10:39 AM ▓▓▓▓ @twitter.com> wrote:
Hey Lauren,

I'll have the one pager for you later today, just getting the final sign off before sending over

Thanks!

▓▓▓▓

On Wed, May 11, 2022 at 9:09 AM Protentis, Lauren <▓▓▓▓ @cisa.dhs.gov> wrote:
Hi ▓▓ and ▓▓▓▓, Hope this email finds you well! Wanted to circle-back on this and see if you have any questions! The team has a few upcoming engagements with elections officials where this one-pager would be particularly helpful to share as a leave-behind.

All my best,

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center

MOLA_DEFSPROD_00012054

1/24/2023, 4:21 PM

-PA01702-

08917181238                                                          https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 47 of 51 PageID #: 9925

Cybersecurity and Infrastructure Security Agency
O: ██████████ | Email: ███████████ @cisa.dhs.gov | HSDN: ████████ @dhs.sgov.gov |
CLAN: ███████████ @dhs.ic.gov

**From:** Protentis, Lauren ███████████ @cisa.dhs.gov>
**Sent:** Thursday, May 5, 2022 7:27 AM
**To:** ███████████ @twitter.com>
**Cc:** ███████████ @twitter.com>
**Subject:** Re: Twitter POC

Great, thanks ████ and █████

████: As referenced below, we're collecting one-pagers from our industry partners that illuminates best practices/instructions for account security, account verification, and reporting MDM, for elections officials. This will be a tool/resource we can share as we conduct trainings in advance of the midterms.

Let me know if you have any questions!

Laure

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ███████ | E: ███████████ @cisa.dhs.gov | HSDN: ███████████ @dhs.sgov.gov |
CLAN: ███████████ @dhs.ic.gov

☒ The linked Image cannot be displayed. The file may have been moved, re...

---

**From:** ███████████ @twitter.com>
**Sent:** Wednesday, May 4, 2022 4:53:00 PM
**To:** Protentis, Lauren ███████████ @cisa.dhs.gov>
**Cc:** ███████████ @twitter.com>
**Subject:** Re: Twitter POC

Hi Lauren -

MOLA_DEFSPROD_00012055

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Glad to meet you, ███ from our team knows DHS very well from his time on the Hill. He's a great person to assist you on this.
Best,
TO

On Tue, May 3, 2022 at 1:20 PM Protentis, Lauren <███@cisa.dhs.gov> wrote:
Awesome! I'm meeting with Region 1 to include New Hampshire who mentioned that it was helpful for us to provide the verification information from Twitter last week. So, thanks again.

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ███   E: ███@cisa.dhs.gov | HSDN: ███@dhs.sgov.gov |
CLAN: ███@dhs.ic.gov

---

**From:** ███@twitter.com>
**Sent:** Tuesday, May 3, 2022 1:14:56 PM
**To:** Protentis, Lauren <███@cisa.dhs.gov>; ███@twitter.com>
**Cc:** ███@twitter.com>; ███@twitter.com>
**Subject:** Re: Twitter POC

Hey Lauren,

Thanks for checking in on this. Adding ███ on our Public Policy team, who should be able to share our resources on this.

███

On Tue, May 3, 2022 at 10:14 AM Protentis, Lauren ███@cisa.dhs.gov> wrote:
Hi ███ As mentioned in recent Industy Syncs, we're looking for one-pagers for elections officials that highlight platform best practices for getting verified (which you've provided below), account security and MDM reporting.

Is this something your team is able to pull together? I'm happy to share what others provided I'd that would be helpful to get you started.

Let me know if you have any questions!

**Lauren Protentis • Mis, Dis, Malinformation Team • National Risk Management Center • Cybersecurity and Infrastructure Security Agency (CISA)**
M: ███ | E: ███@cisa.dhs.gov | HSDN: ███@dhs.sgov.gov |
CLAN: ███@dhs.ic.gov

MOLA_DEFSPROD_00012056

-PA01704-

08917181238                                                    https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

Case 3:22-cv-01213-TAD-KDM   Document 184-2   Filed 01/24/23   Page 49 of 51 PageID #: 9927

---

**From:** ███████████ @twitter.com>
**Sent:** Wednesday, April 20, 2022 1:59:00 PM
**To:** Protentis, Lauren <███████████ @cisa.dhs.gov>
**Cc:** ███████████ @twitter.com>; ███████████ @twitter.com>
**Subject:** Re: FW: Twitter POC

> CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hey Lauren,

Government officials can apply through the public channel, or reach out by email to gov@twitter.com. Thanks!

███████

On Wed, Apr 20, 2022 at 9:42 AM Protentis, Lauren ███████████ @cisa.dhs.gov> wrote:
Greetings ████ and ████,

I suspect we'll receive this question more often as the midterms continue. A state elections agency in New Hampshire is inquiring about getting verified on Twitter.

In order for elections officials and state and local officials to verify their Twitter accounts, should we simply direct them to this information: Twitter verification requirements - how to get the blue check

Or is there another process or person you'd prefer we direct them towards?

Thank you!

Lauren Protentis (She/Her)
Mis, Dis, and Mal-information (MDM) Team
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency

O: ███████ | Email: ███████ @cisa.dhs.gov | HSDN: ███████ @dhs.sgov.gov |
CLAN: ███████ @dhs.ic.gov

MOLA_DEFSPROD_00012057

-PA01705-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL



**From:** Moser, Michael (He/Him) <█████████@cisa.dhs.gov> **On Behalf Of**
ElectionTaskForce
**Sent:** Wednesday, April 20, 2022 11:00 AM
**To:** Modricker, Daniel <████████@cisa.dhs.gov>; Protentis, Lauren
<████████@cisa.dhs.gov>
**Cc:** Tipton, James <████████@cisa.dhs.gov>; ElectionTaskForce <████████@cisa.dhs.gov>
**Subject:** RE: Twitter POC

Hi Dan,

I'm adding Lauren Protentis to this chain, who's from our MDM team, to see if she may have some
thoughts on how to proceed.

Kind Regards,

Mike Moser
(He/Him)
IT Cybersecurity Specialist (INFOSEC)
Engagement, Assistance, and Training
Election Security Initiative
National Risk Management Center
Cybersecurity and Infrastructure Security Agency
M: ████████ | ████████@cisa.dhs.gov



**From:** Modricker, Daniel <████████@cisa.dhs.gov>
**Sent:** Tuesday, April 19, 2022 8:22 PM
**To:** ElectionTaskForce <████████@cisa.dhs.gov>
**Cc:** Tipton, James ████████@cisa.dhs.gov>
**Subject:** Twitter POC

Greetings,

MOLA_DEFSPROD_00012058

-PA01706-

08917181238

https://ecf.lawd.uscourts.gov/doc1/08917181238

CONFIDENTIAL

During a meeting with a state elections partner we identified that their agency does not have the "verified identity" blue check for their Twitter account.

Is there a POC at Twitter to contact, or an expedited process for state elections agencies to pursue verification?

Best,
Dan

**Daniel Modricker**

Outreach Coordinator, Region 1

Cybersecurity and Infrastructure Security Agency

Cell: ▮▮▮▮▮▮ | Email: ▮▮▮▮▮▮@hq.dhs.gov



MOLA_DEFSPROD_00012059

**ELVIS CHAN  11/29/2022**

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT

 2     FOR THE WESTERN DISTRICT OF LOUISIANA

 3             MONROE DIVISION

 4             ---o0o---

 5

 6
    STATE OF MISSOURI, et al.,        )
 7                                    )
                    Plaintiff,        )
 8                                    )
        vs.                           )    Case No.
 9                                    )    3:22-cv-01213
    JOSEPH R. BIDEN, JUNIOR, et       )    -TAD-KDM
10  al.,                              )
                                      )
11                  Defendants.       )
                                      )
12

13

14

15             ---o0o---

16        TUESDAY, NOVEMBER 29, 2022

17   ZOOM VIDEOTAPED DEPOSITION OF ELVIS CHAN

18             ---o0o---

19

20

21

22

23

24   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

25
```

**ELVIS CHAN  11/29/2022**

Page 2

```
 1                    A P P E A R A N C E S
 2                       ---o0o---
 3   FOR THE PLAINTIFF:
 4           MISSOURI ATTORNEY GENERAL'S OFFICE
             Superior Court Building
 5           221 West High Street
             Jefferson City, Missouri  65101
 6           BY: D. JOHN SAUER, ESQ. (Remote)
                 TODD SCOTT, ESQ.
 7               KEN CAPPS, ESQ. (Remote)
             (573) 751-8870
 8           john.sauer@ago.mo.gov
 9
     FOR THE DEFENDANT:
10
             DEPARTMENT OF JUSTICE
11           1100 L Street Northwest
             Washington, D.C.  29530
12           BY: INDRANEEL SUR, ESQ.
                 AMANDA CHUZI, ESQ.
13           (202) 532-5748
             indraneel.sur@usdoj.gov
14           amanda.k.chuzi@usdoj.gov
15
     FOR THE PLAINTIFF NEW CIVIL LIBERTIES ALLIANCE:
16
             NEW CIVIL LIBERTIES ALLIANCE
17           1225 19th Street, Northwest, Suite 450
             Washington, D.C.  20036
18           BY: JENIN YOUNES, ESQ. (Remote)
             (202) 918-6902
19           jeninyounes@ncla.legal
20
     FOR THE PLAINTIFF JIM HOFT:
21
             BURNS LAW FIRM
22           P.O. Box 191250
             St. Louis, Missouri  63119
23           BY: JOHN BURNS, ESQ. (Remote)
             (314) 329-5040
24           john@burns-law-firm.com
25
```

**ELVIS CHAN  11/29/2022**

**Page 3**

```
 1                  A P P E A R A N C E S

 2                      ---o0o---

 3

    FOR THE PLAINTIFF STATE OF LOUISIANA:
 4
            LOUISIANA DEPARTMENT OF JUSTICE
 5          1885 North Third Street
            Baton Rouge, Louisiana  70802
 6          BY: TRACY SHORT, ESQ. (Remote)
            (225) 326-6705
 7          shortt@ag.louisiana.gov

 8
    FOR THE PLAINTIFF:
 9
            MAHON & BERGER
10          70 Glen Street, Suite 249
            Glen Cove, New York  11542
11          BY: LAWRENCE BERGER, ESQ. (Remote)
            (516) 671-2688
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**ELVIS CHAN  11/29/2022**

```
 1                    INDEX OF EXAMINATION
 2                        ---o0o---
 3
 4   ELVIS CHAN                                     PAGE
 5
     BY MR. SAUER                                      8
 6   BY MR. SUR                                      308
 7
 8
                       INDEX OF EXHIBITS
 9                        ---o0o---
10   NUMBER    DESCRIPTION                          PAGE
11   1         Naval Postgraduate School Thesis:      11
               Fighting Bears and Trolls: An
12             Analysis of Social Media Companies
               And U.S. Government Efforts to
13             Combat Russian Influence Campaigns
               During the 2020 U.S. Election By
14             Elvis M. Chan Dated September 2021
               (149 pages)
15
     2         Email Correspondence, First Email     287
16             From Elvis Chan to Elvis Chan Dated
               September 10, 2020 (121 pages)
17
     6         Defendants' Amended Combined          169
18             Objections and Responses to
               Plaintiffs' First Set of Expedited
19             Preliminary-Injunction Related
               Interrogatories (95 pages)
20
     8         Declaration of Yoel Roth (4 pages)    216
21
     9         Tech CEOs Senate Testimony            241
22             Transcript Dated October 28
               (91 pages)
23
     13        Audio Transcription of Recording      258
24             Of Elvis Chan Interview Dated
               October 28, 2020 (3 pages)
25
```

**ELVIS CHAN  11/29/2022**

**Page 5**

```
 1                      INDEX OF EXHIBITS

 2                         ---o0o---

 3

 4     NUMBER   DESCRIPTION                           PAGE

 5

 6     15       Audio Transcription of Recording      271

 7              Of an Elvis Chan Interview Dated
                June 29, 2022 (3 pages)
 8
       23       Email Correspondence, First Email     196
 9              From Elvis Chan to Patricia Rich
                Dated October 4, 2016 (29 pages)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**ELVIS CHAN  11/29/2022**

```
 1        REMOTE VIA ZOOM, CALIFORNIA, NOVEMBER 29, 2022
 2                      ---oOo---
 3             BE IT REMEMBERED that on Tuesday, the 29th
 4   day of November 2022, commencing at the hour of
 5   9:07 a.m. thereof, remotely via Zoom, California,
 6   before me, Balinda Dunlap, a Certified Shorthand
 7   Reporter in and for the County of San Francisco,
 8   State of California, remotely appeared:
 9             THE VIDEOGRAPHER:  Okay.  Good morning,
10   everyone.  We are on the record.  Today's date is
11   November 28 -- I'm sorry, 29th, 2022.  The time is
12   9:07 a.m.
13             This is the video-recorded deposition of
14   Elvis Chan in the matter of State of Missouri
15   versus Joseph R. Biden, filed in U.S. District
16   Court for the Western District of Louisiana, Monroe
17   Division.
18             This deposition is being held at the U.S.
19   Attorney's Office, Northern District of California,
20   in San Francisco.
21             The reporter's name is Balinda Dunlap.  My
22   name is Ruslan Gurzhiy.  I am the legal
23   videographer.  We are here with Lexitas Legal.
24             Will the attorneys present please
25   introduce themselves and the parties they
```

**ELVIS CHAN  11/29/2022**

```
 1   represent.
 2          MR. SAUER:  John Sauer on behalf of the
 3   Missouri Attorney General's Office and State of
 4   Missouri.  I am joined by my colleagues Ken Capps
 5   and Todd Scott, as well as John Burns and Jenin
 6   Younes on behalf of private plaintiffs.
 7          MR. SUR:  I am Indraneel; my last name is
 8   Sur, S-u-r.  I'm at the Phoenix Department of
 9   Justice, Civil Division, Federal Programs Branch,
10   representing the defendants in this matter.
11          (Discussion off the record.)
12          THE VIDEOGRAPHER:  Okay.  Any feedback
13   now?  Okay.  Somebody hold this.  Please continue.
14          MR. SUR:  I am Indraneel; my last name is
15   Sur, S-u-r.  I am at the United States Department
16   of Justice, Civil Division, Federal Programs
17   Branch; and we are representing the defendants
18   today, and some of my colleagues are as well.
19          MR. BERGER:  Okay.  I am just announcing
20   myself.  I don't know if I am out of order, though.
21   Berger, Lawrence Berger.  I represent Elvis Chan.
22          (Discussion off the record.)
23   //
24   //
25   //
```

**ELVIS CHAN  11/29/2022**

**Page 8**

```
 1                     ELVIS CHAN
 2          called as a witness by the Plaintiff,
 3   having been sworn to tell the truth, the whole
 4   truth, and nothing but the truth, was examined and
 5   testified as follows:
 6                     EXAMINATION BY MR. SAUER
 7      Q.    Would you please state your name for the
 8   record.
 9      A.    My name is Elvis Chan, E-l-v-i-s, C-h-a-n.
10      Q.    And what's your occupation, sir?
11      A.    My title is the Assistant Special Agent in
12   Charge of the Cyber Branch for San Francisco
13   Division of the Federal Bureau of Investigation.
14      Q.    How long have you worked for the San
15   Francisco Division of the FBI?
16      A.    I have worked for the FBI for over 17
17   years.
18      Q.    Have you been in San Francisco the whole
19   time?
20      A.    Minus three years at headquarters.
21      Q.    Was that in Washington, D.C.?
22      A.    Yes.  From 2011 to 2014.
23      Q.    Have you ever given a deposition before?
24      A.    No, I have not.
25      Q.    Is this your first deposition?
```

**ELVIS CHAN  11/29/2022**

Page 9

```
 1      A.   Yes.  This is my first civil deposition.
 2      Q.   How about criminal depositions?
 3      A.   I have not given criminal depositions
 4   before.
 5      Q.   Can I just go over a few kind of common
 6   ground rules with you?
 7           First of all, as I'm asking the questions
 8   today, can you listen carefully to the question
 9   that I'm asking and answer the question that I ask?
10   Can you do that?
11      A.   Yes.
12      Q.   And if you don't understand the question,
13   could you please ask me for clarification instead
14   of guessing at what my meaning might be in
15   responding to a question that you're not sure is
16   what I'm asking?  Can you do that?
17      A.   Yes.
18      Q.   And can you and I be careful not to
19   interrupt each other, just because that makes the
20   record unclear and life difficult for the court
21   reporter?
22      A.   Yes.
23      Q.   Also, could you be careful to respond with
24   actual oral responses, not with head-shakes and
25   "huh-uhs" and "uh-huhs" and things like that, just
```

**ELVIS CHAN  11/29/2022**

Page 10

1    so that the record's clear?  For example, "yes" and

2    "no," not "uh-huh" and not nodding or shaking the

3    heads; can you do that?

4        A.    Yes.

5        Q.    And in addition, let's both -- I think we

6    both are fast talkers, especially me.  Can we both

7    make an effort to talk slowly enough today so that

8    the court reporter has a chance to take down what

9    we're saying?

10       A.    Yes.

11       Q.    Can you describe your educational

12   background?

13       A.    I graduated from the University of

14   Washington with a bachelor of science degree in

15   chemical engineering and chemistry, and then I

16   graduated from the Naval Postgraduate School with a

17   master of arts in homeland security studies.

18       Q.    When did you graduate from the Naval

19   Postgraduate School?

20       A.    Last year, 2021, in September.

21       Q.    Oh, and you got a -- did you say you got

22   an MA there?

23       A.    Yes.

24       Q.    Did you do a thesis in connection with

25   that -- that degree?

**ELVIS CHAN  11/29/2022**

Page 11

```
 1        A.   Yes, I did.
 2        Q.   What was the title of the thesis?
 3        A.   "Fighting Bears and Trolls:"  Russian
 4   disinformation against the 2020 elections and the
 5   social media companies and U.S. government
 6   countermeasures.
 7        Q.   I am showing you a document previously
 8   marked as Exhibit 1.  Is this, in fact, a copy of
 9   that thesis?
10             (Reporter marked Exhibit No. 1 for
11              identification.)
12             THE WITNESS:  Yes, that is a copy of that
13   thesis.
14        Q.   BY MR. SAUER:  Okay.  You are listed as
15   the sole author there on the first page?
16        A.   That is correct.
17        Q.   Okay.  And again, as you've noted earlier,
18   this is, I think, dated just over a year ago,
19   September of 2021, correct?
20        A.   That is correct.
21        Q.   Can I just -- can you kind of generally
22   characterize what this thesis is about?  You know,
23   what's the topic?  What are you investigating,
24   researching or defending?
25             MR. SUR:  Objection; compound.
```

**ELVIS CHAN  11/29/2022**

Page 12

```
 1        Q.   BY MR. SAUER:  You may answer.
 2        A.   Okay.  So my thesis, the synopsis of it is
 3   I examined Russian malign-influence activities,
 4   specifically on social media platforms, ahead of
 5   and during the 2020 elections.  And then I examined
 6   the actions taken by three social media companies;
 7   specifically Google; Meta, which was previously
 8   Facebook; and Twitter; and then I also examined the
 9   U.S. government's countermeasures against Russian
10   actions.
11        Q.   When you say "Google," do they operate
12   YouTube?
13        A.   Yes, they do.
14        Q.   So your reference to Google would
15   encompass YouTube; investigating, you know, these
16   kinds of issues on YouTube as well?
17        A.   That is correct.  And if I may add, when I
18   reference Meta or Facebook, I mean all of the
19   Meta-associated products, which include Facebook,
20   Instagram and WhatsApp.
21        Q.   Would that include Nextdoor too?
22        A.   It would not include Nextdoor.
23        Q.   Is that is not a Meta app?
24        A.   It is not a Meta-owned company.
25        Q.   Okay.  You referred to, I think, Russian
```

**ELVIS CHAN  11/29/2022**

**Page 13**

1    **malign-influence activities.  Can you describe what**

2    **-- what does that mean?**

3        A.   So there are -- in my thesis, there are --

4    there's a description of two types of Russian

5    malign-influence activities.  I am specifically

6    talking about online activities.

7            The first type of activity is what is

8    known generally as a hack-and-dump activity.  I

9    think the best example I would have of that is the

10   hack of the Democratic National Committee and the

11   DCCC, the Democratic Congressional Campaign

12   Committee, in 2016; hacking of their servers; and

13   then the leaking or dumping of their information on

14   the Internet over the course of the 2016 election

15   season.  That is one type of Russian malign

16   influence, but I do not focus on that in the

17   thesis.  I do reference it.

18           The second type of Russian malign

19   influence that I discuss in the thesis itself is on

20   the social media platforms and on fake news

21   websites that the Russians have created.

22       **Q.   And is there a connection between those?**

23   **Like, the fake news sites, do those get, you know,**

24   **boosted up to social media platforms by the**

25   **Russians?**

**ELVIS CHAN  11/29/2022**

1      A.   Yes.  From my thesis, I was able to

2    determine that the social media platforms were used

3    to direct viewers from the social media platforms

4    to the fake news sites being controlled by Russian

5    state-sponsored actors.

6      **Q.   And those viewers, I take it, would**

7    **include American citizens who were being**

8    **principally targeted by these activities?**

9           MR. SUR:  Objection; vague.

10     **Q.   BY MR. SAUER:  Were they --**

11     A.   I am not sure, but it would be -- I'm not

12   sure of who the viewers would be, but whoever would

13   look at the fake Russian accounts and click on the

14   link or be directed to the website.  But I do not

15   know who the specific users are.

16     **Q.   Does your thesis have evidence that people**

17   **actually did that?  In other words, that people**

18   **actually clicked through and accessed the Russian**

19   **fake news sites?**

20          MR. SUR:  Objection; compound.

21          THE WITNESS:  So my thesis -- my thesis

22   was based on the report of both the social media

23   companies as well as third parties, such as

24   Graphika.  So I relied on their analysis of the

25   direct data.

**ELVIS CHAN  11/29/2022**

**Page 15**

1    Q.   BY MR. SAUER:  Did their analysis indicate

2  that there had been, in fact, that kind of

3  engagement of viewers of the social media accounts

4  to go through to the fake news sites?

5    A.   From both the social media company

6  standpoint, the answer is yes; but in general, I

7  was told that it was a, quote/quote, low

8  engagement, from what they could tell.

9        And then from the third-party reports,

10  they did not characterize it as much.  They said

11  that they believed that viewers could be directed,

12  but they did not say who the amount were or the

13  percentage of any of those viewers.

14    Q.   And did your research indicate a higher

15  level of engagement with the kind of fake social

16  media accounts operated by the Russians than the

17  fake news websites?

18    A.   Yes.  In general, yes.

19    Q.   Let me ask this:  You referred a minute

20  ago to U.S. government countermeasures, I believe.

21  Can you describe, just generally, what sort of U.S.

22  government countermeasures do you discuss in the

23  thesis?

24    A.   So there were three U.S. government

25  countermeasures that I discussed in the thesis.

**ELVIS CHAN  11/29/2022**

```
 1   Number one was an initiative that the FBI took
 2   called the Protected Voices Initiative.  That was
 3   actually focused on hack-and-dump operations.  And
 4   the Protected Voices Initiative was cybersecurity
 5   briefings and awareness training provided for all
 6   the national-level political committees, such as
 7   the RNC, the DNC, the RSCC, the DCCC.  Briefings
 8   were provided by our Washington field office.
 9           And then briefings were also provided to
10   the vast majority of the presidential candidates
11   for the 2020 election season.  I think there were
12   approximately two dozen of those presidential
13   candidates that were provided -- them and their
14   senior staff were provided cybersecurity briefings.
15   That was one of the measures that was taken.
16           A second measure that was taken was the
17   information sharing with the private sector
18   companies, where we shared both strategic-level
19   information as well as tactical information.
20           And then the third -- the third measure I
21   think I mentioned in the thesis was that -- the
22   CISA Act, the formation of the Cybersecurity and
23   Information Security Agency in 2018 and their
24   ability to provide state, county and local election
25   officials with both grants, federal grants to
```

**ELVIS CHAN  11/29/2022**

Page 17

```
 1   improve their infrastructure as well as with
 2   cybersecurity training.
 3       Q.   Okay.  That was -- you said a lot there,
 4   and I just want to ask you a few follow-up
 5   questions to kind of unpack it.
 6            I think you said the second U.S.
 7   government countermeasure was information sharing;
 8   is that right?
 9       A.   That's correct.
10       Q.   What is a --
11       A.   I might have the order incorrect.  I
12   haven't looked in my thesis since over a year, but
13   yeah.
14       Q.   Well, let me ask you this:  Information
15   sharing, you know, is that information sharing
16   between federal agencies and social media
17   platforms?
18       A.   That is information sharing between the
19   FBI and the -- in the thesis I focus on the three
20   social media companies.
21       Q.   So -- so specifically your thesis focuses
22   on information sharing between the FBI and
23   basically Facebook, Google and Twitter, right?
24       A.   That is correct.
25       Q.   Yeah.  Is there other information sharing
```

**ELVIS CHAN  11/29/2022**

1    that happened by other federal agencies on issues

2    that relate to this?

3            MR. SUR:  Objection; lacks foundation,

4    vague.

5        Q.   BY MR. SAUER:  If you know.

6        A.   I am generally aware that other federal

7    agencies want to do private sector engagement, but

8    I am not familiar with the frequency of the

9    information sharing or the type of information

10   sharing.

11       Q.   Do you know which other federal agencies

12   do that?

13           MR. SUR:  Objection; vague, lacks

14   foundation.

15           THE WITNESS:  I have been -- I am aware

16   specifically that CISA, the Cybersecurity and

17   Infrastructure Security Agency, does information

18   sharing in terms of elections with the social media

19   companies.

20       Q.   BY MR. SAUER:  To the extent you know,

21   what kind of information sharing do they do?

22       A.   All of the information that I have

23   personally witnessed comes through what CISA has

24   called the "industry working group."  That includes

25   the three social media companies I mentioned.  And

**ELVIS CHAN  11/29/2022**

```
 1   the type of information that they have shared is
 2   generally about when the primaries for each state
 3   happen and then to highlight anything that they
 4   believe is a -- unique or different from
 5   standard -- or from what is considered normal.
 6          For example, like an Iowa caucus is not a
 7   normal type of primary.  Most states do not run
 8   caucuses, so they will highlight something like an
 9   Iowa caucus.  They will also highlight the election
10   methods that are used in different states, whether
11   it be a paper ballot or an electronic device, like
12   a touch-screen device.
13       Q.   That industry working group, do you
14   personally participate in that?
15       A.   I have participated in several of them.
16       Q.   How often do they occur?
17       A.   For the year 2020, I think for the first
18   half of the year they occurred quarterly.  So I
19   think, you know, every three months.
20          And then for the last half of the year, I
21   want to say around the June, July time frame, it
22   moved to monthly.
23       Q.   How about in 2022?
24       A.   In 2022 I believe they were about the
25   same.  It happened quarterly.  And then I believe
```

**ELVIS CHAN  11/29/2022**

Page 20

```
 1   ahead of the midterm elections they moved to
 2   monthly; except due to my conflicting schedule, I
 3   believe I was only able to attend about three of
 4   the meetings this year.
 5       Q.   When you say "attend," are these all done,
 6   you know, by Zoom?  Or are there -- is there a big
 7   kind of in-person meeting?
 8       A.   And I have attended via videoconference,
 9   and it's not Zoom.  It's typically whatever the
10   private sector companies want to use.  So I have
11   seen Cisco Webex or BlueJeans.  Those are the two I
12   remember.
13       Q.   Do a lot of companies participate in these
14   meetings?
15       A.   Yes.  Several companies participate in
16   these meetings.
17       Q.   Okay.  But which ones, do you recall?
18       A.   I do -- I do recall.  I don't know if
19   that's law enforcement sensitive or not.  I don't
20   know if the companies want to be disclosed.
21       Q.   Please tell us on the record what
22   companies participated.
23       A.   Meta --
24           MR. BERGER:  Yeah, Elvis, is this -- is it
25   classified or protected?  How do you -- what's your
```

**ELVIS CHAN  11/29/2022**

 1    understanding of the classification of this

 2    information?

 3           THE WITNESS:  My understanding is that

 4    this is -- that this is sensitive information and

 5    that the --

 6           MR. BERGER:  All right.  I'll direct

 7    you -- I'll direct you not to disclose it.  We'll

 8    have to take it to the judge.

 9           MR. SAUER:  Okay.  Is this a -- okay.  You

10    realize the government has already disclosed that

11    information in interrogatories for this case.

12              (Discussion off the record.)

13           MR. SAUER:  You realize this information

14    has already been disclosed by the government in

15    their interrogatory responses in this case.

16           And in addition to that, there is no

17    privilege of law enforcement sensitive.  There is a

18    law enforcement investigative files privilege that

19    is clearly inapplicable here.

20           And also, are both counsel going to

21    instruct the witness not to answer questions here?

22           MR. BERGER:  Well, if it's already been

23    disclosed in interrogatories, why don't you ask him

24    based on -- you know, give him the names that have

25    already disclosed.

**ELVIS CHAN  11/29/2022**

```
1              MR. SAUER:  I'd like to cross-verify the

2    information I got from the government from someone

3    who personally participated in the meetings, and

4    I'm entitled to do that.

5              MR. SUR:  Counsel, if I may, I -- do you

6    think it would be helpful to have a break at this

7    point to sort this out?

8              MR. SAUER:  Yeah.  We can go off the

9    record.

10             MR. SUR:  Okay.

11             MR. SAUER:  Okay.

12             THE VIDEOGRAPHER:  Off the record -- off

13   the record at 9:27 a.m.

14                 (Whereupon a recess was taken.)

15             THE VIDEOGRAPHER:  We are back on the

16   record at 9:37 a.m.

17             MR. SAUER:  So, Counsel, where are we?

18   Are you standing on that objection?

19             MR. BERGER:  I withdraw the objection.  Go

20   ahead.

21             MR. SAUER:  Yeah.  Thank you.  As a

22   process point, I am requesting that one attorney

23   make the objections and represent him in this

24   deposition, not two.  Now, I have no problem if

25   Mr. Berger wants to flag something for Mr. Sur.
```

**ELVIS CHAN  11/29/2022**

**Page 23**

1    But I understand that Mr. Sur is defending the

2    deposition, not Mr. Berger.  So if you've got an

3    issue, I don't mind if you guys want to talk about

4    it, but I don't want to have multiple -- multiple

5    attorneys objecting and instructions being started.

6    Can we proceed on that basis from now on?

7            MR. SUR:  We intend to do so.  There my be

8    some exceptional circumstances that warrant a

9    different approach, but that's how we expect to

10    proceed.

11            MR. SAUER:  I am fine to hear that.  You

12    know, if things come up that raise an issue, you

13    know, we can -- we can raise them.  But, yeah,

14    anyway, all right.  I mean, to be clear, you know,

15    any law enforcement privilege is held by the

16    government, not by Mr. Chan's personal capacity,

17    and Mr. Sur is the one who is there to represent

18    the government today.

19        **Q.   So -- but anyway, okay.  Mr. Chan, or**

20    **Agent Chan, who do you recall on the social media**

21    **platform side participating in these -- in these**

22    **working group meetings that you have been**

23    **testifying about from 2020 and 2022?**

24        A.   The companies that I remember attending

25    the meetings are Facebook; Microsoft; Google;

**ELVIS CHAN  11/29/2022**

Page 24

1    Twitter; Yahoo!, which may have been known as

2    Verizon Media at the time; Wikimedia Foundation and

3    Reddit.

4        Q.    Do you remember any others at this time?

5        A.    I think I listed seven.  I -- those were,

6    like, the regular participants that I can remember.

7        Q.    How about on the U.S. government side,

8    what agencies were represented at these meetings?

9        A.    At these meetings, CISA is the host and

10   facilitator for the meeting.  They also invite

11   another component of Department of Homeland

12   Security called Intelligence and Analysis, I&A, so

13   DHS I&A I know attends.  The Office of the Director

14   of National Intelligence, ODNI, attends.  And then

15   from the FBI there is typically a representative

16   from the FBI's Foreign Influence Task Force, which

17   you will hear me abbreviate as FITF regularly.  And

18   then I attend from FBI San Francisco when I am

19   available.

20       Q.    And why are you included in particular?

21       A.    The reason that I attend these meetings is

22   because the way the FBI works is FBI field offices

23   are responsible for maintaining the day-to-day

24   relationships with the companies that are

25   headquartered in their area of responsibility,

**ELVIS CHAN  11/29/2022**

Page 25

1    which I may occasionally abbreviate to AOR.  And

2    all of the companies that have been listed, with

3    the exception of Microsoft, are all headquartered

4    in FBI San Francisco's territory.

5        **Q.    Now, where is Microsoft headquartered?**

6        A.    They are headquartered in Redmond,

7    Washington.

8        **Q.    And then on the CISA side in particular,**

9    **what individuals participate in these meetings?**

10       A.    Typically there are senior-level -- what I

11   believe are senior-level officials.  The two that I

12   specifically remember are Matt Masterson and Brian

13   Scully.

14       **Q.    Is that Matt Masterson, did you say?**

15       A.    Yeah.  Yeah, Matthew Masterson and Brian

16   Scully are the two regular attendees.  And they are

17   usually -- one or both of them -- one -- either one

18   of them is usually emceeing the meeting.

19       **Q.    So Brian Scully, do you know him**

20   **personally?**

21       A.    I know him just through work.

22       **Q.    Okay.  In what connection at work?**

23       A.    And I only know -- I only know

24   Mr. Masterson through work as well.

25       **Q.    When you say you know him through work,**

**ELVIS CHAN  11/29/2022**

Page 26

1  did you work together on anything other than these

2  meetings?

3      A.   So we have met -- I want to say I have met

4  in person with each of those individuals, twice in

5  person; but they are primarily through either the

6  preparatory calls for these meetings that they are

7  hosting or the meetings themselves.

8      Q.   So you work with CISA in preparatory calls

9  for these industry working group meetings?

10      A.   Yes.

11      Q.   And in that connection, you've met Brian

12  Scully and Matt Masterson, correct?

13      A.   Yes.

14      Q.   And Brian Scully is involved in kind of

15  leading or emceeing these meetings; is that right?

16          MR. SUR:  Objection; vague.

17      Q.   BY MR. SAUER:  Or is he the -- is he the

18  leader of the meeting when it convenes?

19      A.   For the 2020 election cycle, Mr. Masterson

20  was the primarily -- he was primarily the

21  facilitator.  Ahead of the 2022 midterm elections,

22  Mr. Scully has been the primary facilitator.

23      Q.   Was that because Mr. Masterson left CISA

24  in the -- in the intervening time?

25      A.   Yes.

**ELVIS CHAN  11/29/2022**

Page 27

 1      Q.   Do you know where he works now?

 2      A.   Yes.  I believe he works at Microsoft now.

 3      Q.   Do you -- do you interact with him now as

 4  a representative of a -- of a tech company?

 5           MR. SUR:  Objection; vague.

 6           THE WITNESS:  I have only interacted with

 7  him on two occasions.  One was when he showed up at

 8  one of the more recent industry meetings ahead of

 9  the 2022 midterm elections.  That is when I

10  discovered that he went to Microsoft.  And then I

11  asked him to send me his new contact information

12  during the call, and then he sent me an email and

13  provided me with his new contact information.

14      Q.   BY MR. SAUER:  You work with CISA on these

15  industry working group meetings to help prepare

16  them, what's the nature of your involvement in

17  preparing for these meetings?  Do you kind of set

18  the agenda or -- you know, what's your involvement?

19           MR. SUR:  Objection; vague and compound

20  and implicates the deliberative process privilege.

21           MR. SAUER:  Let me rephrase the question.

22      Q.   Are you involved in preparing for these

23  meetings?

24      A.   No.  I participate in the preparation

25  meetings, but I do not provide any agenda items.

**ELVIS CHAN  11/29/2022**

1       Q.   Do you remember anyone else at CISA

2    besides Mr. Scully and Mr. Masterson who

3    participates in these meetings?

4       A.   I don't recollect any other people's names

5    at this time.

6       Q.   Were there others who participated in --

7    but you just don't remember who they were?

8       A.   Yes, that is correct.

9       Q.   Okay.  Let me -- do you still have Exhibit

10   1 on the screen in front of you, your thesis?

11      A.   Yes.

12      Q.   Okay.  Let me ask -- let's turn back to

13   that for a little while.  And if we could, I am

14   going to scroll ahead to your abstract on Page v.

15   Can you see that clearly, Roman numeral v.

16           MR. SUR:  Roman numeral v.  Okay.

17           THE WITNESS:  Yes, I see it now.

18      Q.   BY MR. SAUER:  And can you see it also on

19   the screen share as well as on the iPad?  I want to

20   make sure you can see the document in both places

21   as we go forward today.

22      A.   I can see the bottom half of one

23   paragraph, and then -- wait, now -- now I see --

24   yeah, I see the bottom paragraph of the --

25      Q.   Actually, can I -- can I direct your

**ELVIS CHAN  11/29/2022**

Page 29

```
 1    attention this sentence here in your abstract that
 2    I am highlighting?  I guess, actually, for context,
 3    if you see above -- actually, just focus on that
 4    sentence.  "This" -- you say, "This thesis finds
 5    that the Russians shifted their tactics from 2016
 6    to 2020," right?
 7         A.   Correct.
 8         Q.   And then you say, "Still, the U.S.
 9    government and social media companies effectively
10    impeded their influence campaigns primarily through
11    information sharing and account takedowns,
12    respectively," correct?
13         A.   Correct.
14         Q.   What do you mean by "information sharing"
15    here?
16         A.   So "information sharing" is meant --
17    there -- as I mentioned previously, there are two
18    types of information that the U.S. government,
19    specifically the FBI, shares with the social media
20    companies.  The first type of information, the
21    strategic information, which discusses the tools,
22    tactics or processes, shortened to be TPPs, used by
23    the Russians.
24              The second type of information shared by
25    the U.S. government is tactical information.  And
```

**ELVIS CHAN  11/29/2022**

```
 1   when I mean tactical information, I specifically
 2   mean indicators or selectors.  And both of those
 3   are a term of art within the cybersecurity
 4   industry.  And indicators or selectors include IP
 5   addresses, email accounts, social media accounts,
 6   well, website domain names, and, like, file hash
 7   values.
 8       Q.   Sorry.  Say the last thing.  What kind of
 9   hash values?
10       A.   File, like electronic file hash values.
11       Q.   Okay.  And so, yeah, I take it the
12   strategic information is kind of high-level advice
13   to the social media platforms about, you know, the
14   kinds of -- kinds of campaigns the Russians might
15   be conducting; is that fair to say?
16              MR. SUR:  Objection; lacks foundation.
17              THE WITNESS:  I would not -- I would not
18   characterize the information we share as advice.
19       Q.   BY MR. SAUER:  Okay.  Then in that case it
20   is sort of -- is it high-level general information
21   about what FBI understands the Russians are
22   engaging in when it comes to social media influence
23   campaigns?
24              MR. SUR:  Objection; lacks foundation.
25              THE WITNESS:  Yes.
```

**ELVIS CHAN  11/29/2022**

Page 31

1     Q.   BY MR. SAUER:  And then -- go ahead.
2  Sorry.  Go ahead.
3     A.   I can provide an example if that would be
4  illustrative.
5     Q.   That would be super helpful.  Please do.
6     A.   I had the 2020 elections, through our
7  investigation of the Internet Research Agency, we
8  discovered that they were trying to set up a base,
9  as it were, or set up offices in western Africa.
10  We shared this type of strategic information with
11  the social media companies.  They were able to use
12  whatever detection methods they have to discover
13  that there were Russian troll farms being set up
14  specifically in Ghana and Nigeria.
15     Q.   Okay.  And so you mentioned earlier that
16  tactical -- that would be strategic information?
17     A.   That would be strategic.  To summarize, an
18  example would be we believe the Russian troll
19  farms, specifically the Internet Research Agency,
20  is trying to make inroads in western Africa.
21     Q.   Got you.  And then tactical information
22  would be much more specific.  Here are specific --
23  I think you said IP addresses, websites, social
24  media accounts, that are actually -- the FBI has
25  concluded are being operated by the Russians.  Is

**ELVIS CHAN  11/29/2022**

**Page 32**

```
 1   that what tactical information is?
 2        A.   That is correct.
 3        Q.   So there is -- and so is there information
 4   sharing from the FBI to social media platforms
 5   providing that kind of specific tactical-level
 6   information?
 7        A.   Yes, there is.
 8        Q.   And I think your -- that then the timeline
 9   in your thesis goes on specifically with
10   "information sharing and account takedowns."  Does
11   "account takedowns" refer to the social media
12   platforms kind of taking down those social media
13   accounts where the FBI identifies them as being
14   operated by Russian actors?
15             MR. SUR:  Objection; lacks foundation.
16             THE WITNESS:  So the FBI shares
17   information with the social media companies, no
18   strings attached, so that the social media
19   companies can protect their platforms as they deem
20   appropriate.  And from what I have observed and
21   what they have told me when we have provided them
22   with high confidence of Russian selectors, that
23   they have been able to discover fake Russian
24   accounts and take them down.
25        Q.   BY MR. SAUER:  So you don't control what
```

**ELVIS CHAN  11/29/2022**

Page 33

1   they do, correct?

2       A.   I do not control what they do.

3       Q.   But you provide them with information that

4   they don't have about the source of certain -- you

5   called them selectors or social media accounts,

6   correct?

7       A.   Correct.

8       Q.   And when you provide them with that

9   information, they take it and they pull down those

10  accounts, at least sometimes, fair to say?

11          MR. SUR:  Objection; lacks foundation.

12          THE WITNESS:  If I can clarify, what they

13  do is they take the information that we share, they

14  validate it through their own means.  And then if

15  they determine that these are accounts being

16  operated by Russian state-sponsored actors, then

17  they have taken them down.

18      Q.   BY MR. SAUER:  Oh, okay.  And then -- and

19  that's, I -- I take it, part of the point of your

20  sharing the information with them, right?  So that

21  they can assess and evaluate and then ultimately,

22  if they agree with your conclusion, take them down,

23  correct?

24      A.   Correct.

25      Q.   In other words, the purpose of the

**ELVIS CHAN  11/29/2022**

1    **information sharing on the FBI's side is to have**

2    **the inauthentic Russian accounts taken down so that**

3    **they are not influencing political discourse in the**

4    **United States, correct?**

5            MR. SUR:  Objection; lacks foundation,

6    calls for speculation.

7            THE WITNESS:  I would characterize it as

8    the FBI provides information to these companies so

9    that they can protect their platforms as they deem

10   appropriate, and they can take whatever actions

11   they deem appropriate without any suggestion or

12   interference from the FBI.

13       **Q.   BY MR. SAUER:  But my question's a little**

14   **different, which is what -- my question is:  Part**

15   **of the purpose from the FBI's perspective is to**

16   **give them the tools to assess and potentially take**

17   **down accounts that the FBI has deemed to be**

18   **inauthentic, correct?**

19           MR. SUR:  Objection; lacks foundation,

20   calls for speculation.

21       **Q.   BY MR. SAUER:  You may answer.**

22       A.   So I would say -- inauthentic -- so my

23   focus is on Russian state-sponsored, -controlled

24   accounts.  And so whether the companies take them

25   down or not, it's their own choice.

**ELVIS CHAN  11/29/2022**

**Page 35**

1   Q.   Right, but is it your purpose in giving

2   them the information that the FBI believes or has

3   concluded that they are Russian-operated accounts,

4   is it your purpose to equip them to take them down

5   if they end up agreeing with your assessment?

6           MR. SUR:  Objection; lacks foundation,

7   calls for speculation.

8           THE WITNESS:  My purpose is to share the

9   information with them so that they can protect

10   their platforms as they deem appropriate.

11   Q.   BY MR. SAUER:  And one way to protect

12   their platforms is to take down these accounts,

13   correct?

14   A.   That is correct.

15   Q.   And, in fact, that's what you say here in

16   this sentence, right?  You say that, "the U.S.

17   government and social media companies effectively

18   impeded their influence campaigns...through

19   information sharing and account takedowns," right?

20   A.   I said that.  You can see -- I put

21   "respectively" because it was the U.S. government,

22   specifically the FBI, sharing information; and it

23   was the social media companies doing the account

24   takedowns.

25   Q.   Right.  And the joint result of that was

**ELVIS CHAN  11/29/2022**

Page 36

```
 1    effectively impeding Russian influence campaigns,
 2    correct?
 3        A.   Correct.
 4        Q.   And -- and that's FITF's goal, right?  To
 5    effectively impede Russian influence campaigns,
 6    right?
 7             MR. SUR:  Objection; lacks foundation,
 8    calls for speculation.
 9             THE WITNESS:  Yeah, FITF -- my
10    understanding of FITF's goal is to counter malign
11    foreign-influence campaigns.
12        Q.   BY MR. SAUER:  Does that include
13    effectively impeding their influence campaigns, as
14    you say in your thesis?
15        A.   Yes.
16        Q.   Does that include doing so through account
17    takedowns by information sharing with social media
18    platforms?
19             MR. SUR:  Objection; lacks foundation,
20    mischaracterizes the testimony.
21             THE WITNESS:  Yeah, I believe you're
22    mischaracterizing.  So like I said before, the FBI
23    shares information with no strings attached and no
24    expectations to -- for the companies.  And the
25    companies, they can protect their own platforms.
```

**ELVIS CHAN  11/29/2022**

Page 37

```
 1          MR. SAUER:  I am going to jump ahead to
 2   page little Roman xvii.
 3          You can see there, Indraneel, it's going
 4   to be on Page 19 of the PDF.  See that?
 5          MR. SUR:  Yep.  Yeah, we're on it.
 6      Q.   BY MR. SAUER:  Okay.  I believe this is a
 7   kind of summary section of your thesis.  You talk
 8   about in this paragraph here that begins with, "The
 9   U.S. government's response," that I have
10   highlighted; do you see that?
11      A.   Yes.
12      Q.   And you say, "The U.S. government's
13   response to the Russian influence campaign appeared
14   more robust before the 2020 elections than in the
15   2016 or 2018 elections," correct?
16      A.   Correct.
17      Q.   And then in the next sentence, you say,
18   "The most important actions taken by the U.S.
19   government may have been the information sharing
20   with the social media companies to expose Russia's
21   different operations and shut down its accounts,"
22   correct?
23      A.   Correct.
24      Q.   So the information sharing was done, "To
25   expose Russia's different operations and shut down
```

**ELVIS CHAN  11/29/2022**

Page 38

```
 1    its accounts," right?
 2        A.   Correct.
 3        Q.   And then "its" refers to Russia, right?
 4    So (as read) "to expose Russia's different
 5    operations and shut down Russia's accounts,"
 6    correct?
 7        A.   Correct.
 8        Q.   I am going to jump ahead a few pages to
 9    Page xxii.
10             MR. SAUER:  And, Indraneel, if you're
11    following on your iPad, that's going to be Page 24
12    of the PDF.
13        Q.   There's a reference here in the
14    acknowledgments where you refer to, "My colleagues
15    back at headquarters who were in the trenches with
16    me as we worked to protect the 2020 elections."
17    See that?
18        A.   Yes.
19        Q.   Okay.  What are you talking about there
20    where it says (as read), "in the trenches with you
21    as you worked to protect the 2020 elections"?
22        A.   I'm referring to my colleagues
23    specifically at the Foreign Influence Task Force
24    who participated in the meetings with me, who
25    provided briefings to the companies and who
```

**ELVIS CHAN  11/29/2022**

**Page 39**

1    coordinated the information sharing.

2        Q.    And so you said you had meetings with the

3    companies.   What meetings did you have?

4        A.    We had -- let me be more clear.  I hosted

5    meetings, bilateral meetings between each of the

6    companies I mentioned and the Foreign Influence

7    Task Force.

8            And we would also bring in field offices

9    that had investigations related to malign foreign

10   influence by state-sponsored actors.  We would also

11   bring in field offices that had cyber

12   investigations.  And when I mean cyber

13   investigations, I mean state-sponsored actors that

14   the FBI was investigating that we believe were

15   capable of hack-and-dump campaigns that we observed

16   in the 2016 election.

17       Q.    Okay.  Let me unpack that a bit.

18            First of all, you said there were meetings

19   with social media companies, between you and social

20   media companies during the 2020 election cycle,

21   correct?  Is that what we're talking about?

22       A.    Yes, that is correct.

23       Q.    Now, did those meetings also continue in

24   the 2022 election cycle?

25       A.    Yes.  They occur at roughly a quarterly

**ELVIS CHAN  11/29/2022**

Page 40

```
 1   cadence.
 2        Q.   And then do they -- does the cadence
 3   increase as elections get close?
 4        A.   Yes, they do.  And --
 5        Q.   Now, does that become monthly as the
 6   election nears and then weekly very close to the
 7   elections?
 8        A.   Ahead of the 2020 elections, that is
 9   correct.  Ahead of the 2022 elections, we moved it
10   from quarterly to monthly, and then we just had one
11   meeting a week ahead of the midterm elections.
12        Q.   I'm sorry.  You said you had one weekly
13   meeting ahead of the midterm elections?
14        A.   Right.  We had one meeting a week before
15   the midterm elections.
16        Q.   Oh, and how long was the -- how long was
17   that period of weekly meetings?  Was that, like,
18   the month before or the three months before?
19        A.   No.  Just the week before the election
20   itself.
21        Q.   Oh, okay.  There was one weekly meeting,
22   right, the week before the election?
23        A.   Yeah.  There was -- yeah.  So there was a
24   monthly meeting in October; and then we had another
25   meeting out of -- you know, out of cadence the week
```

```
 1   before the election, so the end of October.
 2        Q.   And then are these meetings going back to
 3   quarterly now that the election has passed?
 4        A.   That is correct.
 5        Q.   And so you're -- you'll have quarterly
 6   meetings with the social media companies going
 7   forward until the 2024 election cycle gets closer?
 8        A.   That is what I anticipate.
 9        Q.   And then as that election gets closer,
10   then you'll move to monthly and eventually weekly a
11   couple years from now, or in the fall of 2024; is
12   that fair to say?
13             MR. SUR:  Objection; calls for
14   speculation.
15             THE WITNESS:  That is what I anticipate.
16        Q.   BY MR. SAUER:  Let me ask you this:  What
17   social media companies are involved in these
18   meetings?
19             MR. SUR:  Objection; vague.
20             THE WITNESS:  Currently or in 2020?
21        Q.   BY MR. SAUER:  Well, let's start with
22   2020.  I'd like to know both.  Let's start with
23   2020, please.
24        A.   So for the 2020 elections, we regularly
25   met with Facebook, Google, Twitter, Yahoo!, Reddit
```

**ELVIS CHAN  11/29/2022**

Page 42

```
 1    and LinkedIn.
 2         Q.    Okay.  And then who did you -- which
 3    social media companies did you meet with in 2022?
 4         A.    The same companies; and we -- less -- not
 5    on a quarterly basis, but on a periodic basis,
 6    maybe twice this year, we also met with Apple and
 7    Wikimedia Foundation.
 8         Q.    Does Apple operate social media platforms?
 9         A.    They do not.
10         Q.    Then why did they get added to this -- the
11    list?
12         A.    They were added because they are a cloud
13    infrastructure company; and we believe that
14    tactical information, specifically indicators that
15    we shared with them related to
16    foreign-state-sponsored actors, might pop up on
17    any -- any screening they do on iCloud.
18         Q.    How about in the 2018 election cycle, did
19    these meetings happen back then?
20         A.    Yes, they did.  On a quarterly cadence.
21         Q.    And did they ever get to monthly or weekly
22    back then?
23         A.    I don't recollect.  They may have, but I
24    don't recollect at this time.
25         Q.    You -- what -- let me ask this:  What
```

**ELVIS CHAN  11/29/2022**

 1   kinds of people are you meeting with from these

 2   social media platforms?  Is this members of the

 3   trust and safety teams of these platforms?

 4            MR. SUR:  Objection; vague.

 5            THE WITNESS:  There are typically two

 6   types of people that we meet at these companies --

 7   and when I mean types, I mean roles.  So as you

 8   mentioned, one role of person that we typically

 9   meet is a trust and safety or site integrity or

10   cybersecurity.  Like, so a security function person

11   or team of people.

12            And then we meet with their attorneys too.

13   So typically there is a security counsel or trust

14   and safety counsel.

15       Q.   BY MR. SAUER:  And those trust and safety

16   and site integrity teams, they are responsible for

17   defending those platforms from kind of hacking

18   attempts and things like that, right?

19            MR. SUR:  Objection; vague, assumes facts

20   not in evidence.

21            THE WITNESS:  That is my understanding.

22       Q.   BY MR. SAUER:  And then they are also, I

23   take it, in charge of enforcing the -- you know,

24   the terms of service or the content modulation

25   policies at those platforms; is that right?

**ELVIS CHAN  11/29/2022**

Page 44

```
 1       A.    That is my understanding.

 2       Q.    Let me ask you this:  With respect to

 3  Facebook, who do you meet with on the trust and

 4  safety team?

 5       A.    In what context?  Specifically for the

 6  FITF meetings?

 7       Q.    Well, let's start with those, and then

 8  I'll ask you about other contexts.  Yeah, these

 9  sort of quarterly, monthly, then weekly cadence

10  meetings we have been talking about, who attends

11  from the kind of trust and safety or site integrity

12  group from Facebook?

13       A.    From, yeah, the trust and safety side of

14  that house, the people that I typically meet with

15  are Emily Vacher, Ryan Kelly, Mike Devilotski, Mike

16  Torrey.  The -- those are the senior-level

17  officials.  They are either manager- or

18  director-level officials.  And typically the --

19  they have investigators or analysts under them, but

20  that's kind of rotating and on an ad hoc basis --

21  on an as-needed basis.  I don't recollect the names

22  of most of the analysts.

23       Q.    Do you interact with Facebook employees in

24  other contexts?

25              MR. SUR:  Objection; vague.
```

**ELVIS CHAN  11/29/2022**

Page 45

```
 1            THE WITNESS:  Yeah.  The majority of my
 2   interaction with Facebook is not in the
 3   disinformation or malign-foreign-influence realm.
 4   It is actually for things related to my -- to the
 5   Cyber Branch, which are specifically cyber
 6   investigations.
 7       Q.   BY MR. SAUER:  How about Twitter?  Who do
 8   you meet with at Twitter when it relates to
 9   disinformation and malign-foreign-influence
10   operations?
11       A.   The same as with Facebook.  I meet with
12   trust and safety/site integrity people, and then I
13   meet with their security counsel.
14       Q.   And then what -- what human beings at
15   Twitter from the trust and safety/site integrity
16   group do you meet with?
17       A.   The head of site integrity until the day
18   after the midterm elections that I met with was
19   Yoel Roth, and his senior manager is Will Newland.
20   But they have both told me they are no longer with
21   the company.
22       Q.   Do you have any new contacts at Twitter
23   now?
24       A.   I was provided their counterpart in the
25   Dublin, Ireland, office; and I believe his name was
```

**ELVIS CHAN  11/29/2022**

Page 46

```
 1   Aaron Roderick.  I have only exchanged like two
 2   emails with him.
 3        Q.   So but up until quite recently, your
 4   principal trust and safety contacts at Twitter were
 5   Yoel Roth and Will Newland?
 6        A.   That is correct.
 7        Q.   But they are both senior- or
 8   management-level officials in site integrity or
 9   trust and safety?
10        A.   That is my understanding.
11        Q.   Anyone else at Twitter that -- who would
12   participate in meetings that relate to malign
13   foreign influence or disinformation?
14        A.   Yes.  On the attorney side, they regularly
15   had several security counsels attend.  And the
16   senior official at the time of the 2020 elections
17   was Angela Sherrer, but she is also no longer with
18   the company.
19        Q.   Okay.  And then how about Google, who do
20   you -- or who do you meet with at Google about
21   disinformation and malign-foreign-influence
22   activities?
23        A.   On the site integrity/trust and safety
24   side, the senior director of that group is Shane
25   Huntley.
```

**ELVIS CHAN  11/29/2022**

Page 47

```
 1        Q.   Anyone else besides -- is that a
 2   Mr. Huntley?
 3        A.   Yeah.  Mr. Shane Huntley.
 4        Q.   And then is there anyone else at Google
 5   who you meet with?
 6        A.   Yes.  Up until recently, I would say
 7   earlier this year, the senior attorney that we met
 8   with was Richard Salgado, but he has since retired.
 9        Q.   Anyone else besides those two individuals?
10        A.   Those are the two senior officials.  The
11   other officials that I would meet with regularly on
12   the attorney side include Harold Chun and Mike
13   Maffei.
14        Q.   Sure.
15        A.   But I believe both of them are senior
16   security counsels.
17        Q.   How about Yahoo!, who do you meet with on
18   the site integrity or trust and safety side from
19   Yahoo! as it relates to malign foreign influence
20   and disinformation?
21        A.   The head of the group that we met with --
22   they are colloquially known as "The Paranoids" --
23   is named Chris Kieft.
24        Q.   Why are they called "The Paranoids"?
25        A.   I believe it was -- I'm not sure, but I
```

1    believe it was a previous chief information
2    security officer who said that it was the job of
3    his team to be paranoid in order to protect their
4    platform.
5        **Q.   Are they paranoid in your view?**
6            MR. SUR:  Objection; calls for
7    speculation.
8            THE WITNESS:  They are very good people to
9    work with.
10       **Q.   BY MR. SAUER:  I'm sorry.  Tell me their**
11   **names again?**
12       A.   Chris Kieft is the director of that group,
13   and then the senior manager is Suruchi Chen.
14       **Q.    Is there anyone else on the trust and**
15   **safety/site integrity side from Yahoo! that you**
16   **meet with?**
17       A.   There are different investigators that
18   they will have briefing different things, but I
19   don't recollect any of their names at this time.
20       **Q.   Okay.  And then how about Reddit, who do**
21   **you meet with from Reddit on the site**
22   **integrity/trust and safety side as it relates to**
23   **disinformation or malign foreign influence?**
24       A.   His name is Tyler Otto.  He is the head of
25   data sciences at Reddit.

**ELVIS CHAN  11/29/2022**

Page 49

```
 1        Q.    Anyone else at Reddit who you meet with
 2   about those topics?
 3        A.    Yes.  The -- his senior manager is named
 4   Aylea Baldwin.
 5        Q.    Is that A-l-i-a?
 6        A.    A-y-l-e-a.
 7        Q.    All these officials you have talked about
 8   from these various social media platforms --
 9   Facebook, Google, Twitter, Yahoo!, Reddit -- these
10   are all people that would have authority over
11   enforcing terms of service at their respective
12   platforms, correct?
13             MR. SUR:  Objection; mischaracterizes the
14   testimony and calls for speculation.
15             THE WITNESS:  That is my understanding.  I
16   don't know if they have the authority, but they
17   will at least inform the decision-makers, whoever
18   they may be.
19        Q.    BY MR. SAUER:  But they'd be directly
20   involved in the enforcement of terms of service for
21   these various platforms; is that fair to say?
22        A.    That is my understanding.
23        Q.    And that includes, of course, content
24   modulation of content on the platforms, right?
25             MR. SUR:  Objection; vague, calls for
```

**ELVIS CHAN  11/29/2022**

```
 1   speculation.

 2           THE WITNESS:  That is my understanding.

 3       Q.   BY MR. SAUER:  Turning back to your

 4   thesis, you talk about (as read) "being in the

 5   trenches with you as you worked to protect the 2020

 6   elections."  Were there any other steps you took in

 7   the trenches other than those -- these, I guess,

 8   information sharing meetings you have described

 9   with those, I think, seven platforms?

10           MR. SUR:  Objection; vague.

11           THE WITNESS:  Yes.  One of the things that

12   I did more frequently was San -- FBI San

13   Francisco's territory includes 16 counties.  So I

14   provided them, the county registrar or county

15   clerk's offices, their information security

16   personnel, with monthly cybersecurity updates and

17   guidance.

18       Q.   BY MR. SAUER:  And so that would involve

19   advising county clerks and registrars how to fend

20   off hacking attempts?

21       A.   Yes.  I would -- I would share indicators

22   with them -- I would share the same type of

23   information that I shared with social media

24   companies, to a more limited extent.  I would share

25   strategic information about what we saw
```

**ELVIS CHAN  11/29/2022**

**Page 51**

 1   foreign-state-sponsored actors doing.

 2          And then where appropriate, we would share

 3   indicators with companies, but these were not --

 4   these would primarily be IP addresses and domain

 5   names so that they could see if they were popping

 6   up anywhere on their networks.

 7     **Q.   I am going to jump ahead in your thesis to**

 8   **Page 17 of the main text.**

 9          MR. SAUER:  And Indraneel, if you're --

10   are you following along on your iPad?

11          MR. SUR:  I am trying, yes.

12          MR. SAUER:  I think this is going to be

13   Page 41 of -- Page 41 of the -- of the PDF.

14     **Q.   Agent Chan, can you see the screen share**

15   **in front of you well?  I have made it a little**

16   **smaller to make it easier for me to read.**

17     A.   Yeah.  I can see the -- there's part of

18   one paragraph and the beginning of a second

19   paragraph.

20     **Q.   Can you see there that there's -- you**

21   **refer to "DiResta" there at the top of the page?**

22   **Do you see what I've highlighted?**

23     A.   Correct.

24     **Q.   Who is DiResta?**

25     A.   Renée DiResta is a researcher at the

**ELVIS CHAN  11/29/2022**

Page 52

```
 1    Stanford Internet Observatory.
 2         Q.    And -- and so do you know her personally?
 3         A.    I have engaged with her on phone calls.
 4         Q.    What were the nature of those phone calls?
 5         A.    The nature of these phone calls were
 6    actually related to threats being directed at her
 7    as well as about Russian disinformation.
 8         Q.    Okay.  And you -- threats being directed
 9    at her, you mean someone had personally made
10    threats at her, and you were, as an FBI agent,
11    relating them back with her; is that fair to say?
12         A.    That is -- that is correct.  And the
13    threats would be --
14         Q.    And were the threats -- I don't want to --
15         A.    The threats were --
16         Q.    Go ahead.  Sorry.  I didn't mean to
17    interrupt you.
18         A.    The threats were of an online nature that
19    were -- that she was concerned may be
20    state-sponsored in nature.
21         Q.    Oh, okay.  Okay.  And that -- what -- and
22    then what was the second thing that you said that
23    you were engaged with her on?
24         A.    A lot of conversations about Russian
25    disinformation.
```

**ELVIS CHAN  11/29/2022**

Page 53

1      Q.   Yeah.  What did you say to each other

2   about Russian disinformation?

3      A.   I was mostly listening, but -- and I would

4   ask her for her thoughts about what she was seeing

5   from the Internet Observatory.

6      Q.   Did you have these conversations in

7   connection with writing your thesis, or was it in

8   connection with your work as an FBI agent in the

9   field?

10     A.   It was connected to my work as an FBI

11   agent in the field.

12     Q.   When did you talk to Renée DiResta?

13     A.   I want to say maybe in 2019.

14     Q.   Would that be the only time?

15     A.   Yeah.  I can only recollect two phone

16   calls that I had with -- with her.

17     Q.   And those would have been in 2019?

18     A.   Yes.

19     Q.   Do you know why you called her?

20     A.   She called me on the first call to --

21     Q.   Why did she call you?

22     A.   To -- she had been given my contact

23   information by the head of the Stanford Internet

24   Observatory, and she was concerned about Russian

25   actors either providing her -- or -- giving her

**ELVIS CHAN  11/29/2022**

**Page 54**

 1   online threats or potentially slotting her.

 2       Q.    Okay.  Who is the head of the Stanford

 3   Internet Observatory?

 4       A.    Alex Stamos.

 5       Q.    Do you know Mr. Stamos?

 6       A.    I do.

 7       Q.    How do you know him?

 8       A.    I know him from his time as the chief

 9   security officer for Facebook.

10       Q.    And was he one of the Facebook officials

11   that you interacted with in your professional

12   capacity as an FBI agent when he was there?

13       A.    Yeah, when he was there, but he was not --

14   he left before the 2020 election cycle.

15       Q.    Was he involved in any of the meetings

16   you've talked about where malign-foreign-influence

17   activities were discussed?

18       A.    He was involved in a few, but he left it

19   to the people that I mentioned who reported to him.

20       Q.    So when did he leave Facebook?

21       A.    I can't remember, but it was ahead of the

22   2020 election cycle.

23       Q.    So -- do you think he would have left

24   before 2020 began or during 2020?

25       A.    I think he left well before 2020.  I think

**ELVIS CHAN  11/29/2022**

Page 55

```
 1   he left after the midterms, but I can't remember.
 2        Q.    You mean the 2018 midterms?
 3        A.    I'm sorry.  Yeah.  The 2018 midterm
 4   elections.
 5        Q.    Okay.  Have you had any discussions with
 6   Mr. Stamos since he left Facebook?
 7        A.    Yes.  But not about Russian
 8   disinformation.
 9        Q.    Generally what have they been about?
10        A.    Cybersecurity and trust and safety.
11        Q.    What is trust and safety?
12        A.    Trust and safety is protecting platforms
13   from hacking and -- yeah, I -- primarily hacking.
14        Q.    Have you had any discussions with him
15   about protecting platforms from, you know,
16   malign-foreign-influence activities?
17        A.    No.
18        Q.    No?
19        A.    Not since -- not since the -- you know,
20   before the 2018 midterm elections.  Not in his
21   current capacity at the Stanford Internet
22   Observatory.
23        Q.    Lower down on the page you see I have
24   highlighted a reference to Professor Kate Starbird.
25   Do you see that?
```

**ELVIS CHAN  11/29/2022**

Page 56

```
 1        A.    Yes.

 2        Q.    Do you know Kate Starbird?

 3        A.    I do not know her personally.

 4        Q.    Have you ever talked to her to your

 5   recollection?

 6        A.    I have never talked to her.

 7        Q.    Okay.  So you're -- you only -- you only

 8   reference her research in your thesis, but you have

 9   never talked to her?

10        A.    That is correct.

11        Q.    Are you familiar with the Stanford

12   Internet Observatory and the University of

13   Washington teaming up on something called the

14   "Election Integrity Partnership"?

15        A.    I am generally aware of that.

16        Q.    Okay.  What do you know about the Election

17   Integrity Partnership?  What is it, if you know?

18            MR. SUR:  Objection; vague.

19            THE WITNESS:  My knowledge is just

20   general.  So I knew they partnered on election

21   integrity and I knew that there was research

22   involved, but that's the extent of my knowledge.

23        Q.    BY MR. SAUER:  How do you know that?

24        A.    I think I read it somewhere in a news

25   article.
```

**ELVIS CHAN  11/29/2022**

Page 57

1      Q.    Have you ever talked to anyone involved in
2  the Election Integrity Partnership?
3      A.    Not that I'm aware of.
4      Q.    Did you have any involvement in it?
5      A.    No.  I would have known.  So no, not that
6  I'm aware of.
7      Q.    How about any other federal agencies, are
8  you aware of them being involved or working with
9  the Election Integrity Partnership?
10     A.    I am not aware of any other federal
11  agencies.
12     Q.    And then would that include the FBI?  Do
13  you know if the FBI has had or if it is involved in
14  any way with the Election Integrity Partnership?
15     A.    I do not have any knowledge of that.
16  However, I know that my colleagues at FBI
17  headquarters regularly meet with researchers much
18  more frequently than I do.
19     Q.    So is it possible that your colleagues at
20  FBI headquarters meet with Alex Stamos?
21          MR. SUR:  Objection; calls for
22  speculation.
23     Q.    BY MR. SAUER:  If you know.
24     A.    Not to my knowledge, because since Alex
25  Stamos is at Stanford and Stanford is located in

**ELVIS CHAN  11/29/2022**

Page 58

```
 1   FBI San Francisco's territory, it is common
 2   courtesy to ask the field office to broker the
 3   meeting or to at least make them aware that they
 4   are coming into the territory.  So I am not aware
 5   of any of them meeting with Alex Stamos.
 6        Q.   What researchers out there in California
 7   are you aware that they have met with other than
 8   Mr. Stamos?
 9        A.   I am aware that they have at least had
10   discussions with a researcher at University of
11   California at Berkeley, Professor Hany Farid.
12        Q.   How do you spell that?
13        A.   H-a-n-i [verbatim]; and I believe his last
14   name is F-a-r-e-e-d, but it could be F-a-r-i-d.  I
15   am not sure.
16        Q.   Any other researchers you are aware of
17   them meeting with?
18        A.   That's the only one in my territory that I
19   am aware of them meeting with.
20        Q.   How about Kate Starbird, do you know if
21   they've ever met with her at FBI headquarters?
22        A.   I am not aware.
23        Q.   I want to jump ahead in your thesis to
24   Page 25.
25             MR. SAUER:  And, Indraneel, it is Page 49
```

**ELVIS CHAN  11/29/2022**

Page 59

1    in the PDF.

2        **Q.    Earlier, Agent Chan, you testified that**

3    **there is kind of two kinds of Russian influence**

4    **operations that you discussed in the thesis.  I**

5    **think you referred to hack-and-dump operations,**

6    **right?**

7        A.    That's correct.

8        **Q.    And that's a -- a reference to hackers**

9    **reaching into a computer network, stealing data and**

10    **then kind of publicizing it, right?**

11        A.    Yeah, that's correct.

12        **Q.    And then here you also refer to "attempted**

13    **hacks on the" -- "the actual voting systems," but**

14    **you say that that's not the focus of your thesis,**

15    **right?**

16        A.    Yeah, that is correct.

17        **Q.    Then here, I think in this next paragraph,**

18    **where you refer to "Online social media influence**

19    **campaigns," that's what's your thesis actually**

20    **focuses on in this document, right?**

21        A.    That is correct.

22        **Q.    Okay.  At a high level, can you describe**

23    **what sorts of online social media influence**

24    **campaigns have been conducted by the Russians?**

25        A.    So broadly speaking, they have -- they --

**ELVIS CHAN  11/29/2022**

1  and when I mean "they," I mean the Internet

2  Research Agency and other Russian state-sponsored

3  actors -- have news -- have created fake social

4  media accounts, and they have either generated

5  disinformation themselves or they have amplified

6  existing content from current users of the social

7  media platforms.

8      **Q.    So they generate their own disinformation.**

9  **What does that entail?**

10      A.   So they make their own content.

11      **Q.   Okay.  So can you -- can you give us a**

12  **specific example of what that might look like?**

13      A.   Like -- like they -- they will make their

14  own Facebook postings.  They will -- they will copy

15  other people's Facebook postings.  And they will --

16  I mean, when I say "content," they try to find what

17  are the hot-button or current issues in the news

18  around the time frame they're looking at, and then

19  they will try to either generate content --

20      **Q.   Okay.**

21      A.   -- themselves related to that or they will

22  amplify existing content.

23      **Q.   Okay.  So they might -- we'll say -- or**

24  **suppose there's a hot-button issue, and they will**

25  **create some inflammatory Facebook post and push**

**ELVIS CHAN  11/29/2022**

```
 1    that out into social media, that's one thing they

 2    do?

 3        A.   Yes.

 4        Q.   And I take it the goal there is they are

 5    trying to get ordinary, real people on social

 6    media, including Americans, to kind of interact

 7    with or engage with that content, right?

 8             MR. SUR:  Objection; vague, calls for

 9    speculation.

10             THE WITNESS:  That is my understanding, is

11    that in general the Russian government and the

12    Internet Research Agency want to sow discord in the

13    American online environment.

14        Q.   BY MR. SAUER:  So the goal there is to

15    have -- they post messages that they anticipate

16    will be divisive and try and get Americans to

17    engage with them, right?

18        A.   Yeah.  That is my understanding.

19        Q.   And "engagement," I take it, can mean

20    multiple things on a social media platform.  That

21    might mean reading the post.  That would be a form

22    of engagement, right?

23        A.   Yes, sir.  Yeah.  The -- so the

24    companies -- I use the companies' definition.  And

25    when they say "engagement," they do -- they mean
```

**ELVIS CHAN  11/29/2022**

Page 62

```
 1   different things as well.  Like you said, viewing
 2   is one of the types of engagement.  And they will
 3   let us know, "Hey, Elvis.  You shared this IP
 4   address with us.  We found these accounts, and they
 5   had low-level engagement."
 6            And when I ask, "What is low-level
 7   engagement?" they will typically characterize it
 8   as, "Oh, there was, you know, a dozen views."
 9       Q.   Right.  Whereas high-level engagement
10   might be a million views, right?
11       A.   Yes.
12       Q.   Okay.  Or 100,000 views might be a
13   high-level engagement, fair to say?
14       A.   Yeah.  Yeah, that's fair.
15       Q.   And then, you know, liking or disliking a
16   post is another kind of engagement; is that fair to
17   say?
18       A.   For the Facebook and Instagram platforms
19   specifically.
20       Q.   Yeah.  Or -- and then doesn't Twitter have
21   a kind of function that you can kind of express
22   approval or disapproval in that way?
23       A.   Yeah.  I believe so.
24       Q.   Is that -- do you know what that's called?
25       A.   I can't remember the name for it.
```

**ELVIS CHAN  11/29/2022**

Page 63

```
 1      Q.   And it's the equivalent of liking
 2  something on Facebook.  You could, you know, like a
 3  tweet, essentially; is that fair to say?
 4           MR. SUR:  Objection; vague.
 5           THE WITNESS:  I would assess them as being
 6  similar.
 7      Q.   BY MR. SAUER:  Yeah.  And then there's --
 8  again, and obviously reposting it is another form
 9  of engagement, right?
10      A.   That is correct.
11      Q.   And also there's reposting it with
12  commentary as well, right?
13      A.   That is correct.
14      Q.   And I take it these are all forms of
15  engagement that these social media influence
16  campaigns that you are referring to in your thesis
17  are kind of designed -- at least they are trying to
18  get people to do that, at least regular, you know,
19  kind of not real users, not bots; the Russians are
20  trying to get people to engage on their divisive
21  content, right?
22           MR. SUR:  Objection; calls for
23  speculation.
24           THE WITNESS:  Yeah.  So it is my opinion
25  that, you know, based on what I know, that that is
```

**ELVIS CHAN  11/29/2022**

 1   what the Russians -- Russians are attempting to do.

 2       Q.   BY MR. SAUER:  I take it from your thesis

 3   that they have met with mixed success in these

 4   efforts, right?  In some of their efforts they were

 5   highly effective in getting high levels of those

 6   kinds of engagements, whereas others it would --

 7   kind of fizzled; is that fair to say?

 8       A.   Yes.  I would say it was hit and miss.

 9       Q.   And I think you -- in your thesis you talk

10   about how in 2016 they had high, high levels of

11   success, right, because there were essentially no

12   countermeasures taken by social media platforms?

13       A.   That is correct.

14       Q.   And I think you cite examples of

15   situations where there are Russian-originated

16   content with hundreds of thousands or -- I think

17   you talk about millions of Americans interacting

18   with it, you know, liking it, disliking it,

19   reposting it and all that; is that fair to say?

20           MR. SUR:  Objection; compound.

21           THE WITNESS:  That is for the 2016

22   election cycle.

23       Q.   BY MR. SAUER:  And then I take it maybe

24   there was -- there was some engagement in the 2018

25   and 2020 election cycles, but probably not quite as

**ELVIS CHAN  11/29/2022**

Page 65

```
 1   much as in 2016, right?

 2       A.   That is correct.

 3       Q.   How would you kind of characterize the

 4   levels of engagement?  You know, the various forms

 5   of engagement I have talked about -- reading it,

 6   liking it or disliking it, reposting it or

 7   reposting it with commentary -- how do those levels

 8   of engagement in general with the kind of Russian

 9   malign content, what levels were those at in 2016

10   and 2018?

11           MR. SUR:  Objection; compound.

12           THE WITNESS:  Well, on Page 35 I give one

13   example where you can see how IRA controlled

14   accounts and the numbers of users they reached.

15   And so -- on Page 35, you see that table, right?

16           So those are the types of numbers.  And

17   then after that, you know, when we compare to 2020,

18   it's less.

19       Q.   BY MR. SAUER:  Okay.  It is not --

20       A.   But those are the numbers that were, you

21   know, provided.  I think these -- I think that I

22   footnoted that it's from -- it's from the special

23   counsel's report.

24       Q.   I got you.  That's from Robert Mueller's

25   report?
```

**ELVIS CHAN  11/29/2022**

Page 66

```
 1      A.   That is correct.
 2      Q.   That indicates that there were really a
 3 very high level of number of users reached from
 4 Facebook, 126 million users reached by 2016 Russian
 5 messages, fair to say?
 6      A.   Yes.
 7      Q.   And I take it that, you know, some subset
 8 of those people are reading it, or at least
 9 clicking on it to read it; is that fair to say?
10      A.   Yeah.  So the "Number of Users Reached,"
11 my interpretation is that is views.
12      Q.   Got you.
13      A.   Unique views, yeah.
14      Q.   Some of them, but we just don't know how
15 many, but some of them would have liked it or
16 disliked it, fair to say?
17      A.   Yeah, I have no idea how many would have
18 liked it or disliked it.
19      Q.   And then some of them -- some may have
20 reposted it, right?
21      A.   They may have, but I don't know.
22      Q.   And then that Twitter figure shows -- what
23 is it -- about 1.4 million Twitter users were
24 reached by these activities in 2016?
25      A.   Yes, that is correct.
```

**ELVIS CHAN   11/29/2022**

```
 1        Q.   Let's -- I am going to flip back to Page

 2   29.  You've got this kind of graphic picture of --

 3   of Hillary Clinton with a black kind of "X" painted

 4   on her face.  Do you see that?

 5        A.   Yes.

 6        Q.   And I take it this is an example of

 7   something that was -- it is actually

 8   Russian-originated content kind of masquerading as

 9   something posted by an American, right?

10        A.   Yeah.  That is an example.

11        Q.   And this is the sort of thing that

12   might -- is this the sort of thing that would have

13   resulted in engagements by users?

14             MR. SUR:  Objection; vague, calls for

15   speculation.

16             THE WITNESS:  Well, from this one, there

17   appeared to be 763 reactions.

18        Q.   BY MR. SAUER:  Do you know what

19   "reactions" mean?  Is that liking or disliking, or

20   is that something else?

21        A.   I am not -- I am not familiar.

22        Q.   Okay. So that might mean -- might mean

23   liking or disliking, but it might also mean

24   reposting?

25        A.   Yeah.  I don't know.
```

**ELVIS CHAN  11/29/2022**

Page 68

1      Q.   So at least 763 people for this example
2  did something more than just reading it, right, or
3  viewing it?
4           MR. SUR:  Objection; calls for
5  speculation.
6           THE WITNESS:  Yeah.  I don't know what a
7  reaction means.  It could just mean viewing it, but
8  it could mean taking some further action.
9      Q.   BY MR. SAUER:  And the next step, 76
10 people commented on this, right?
11     A.   Yes.
12     Q.   And then those comments are people who
13 presumably said something, whether they agree or
14 disagree or just want to say something about this
15 kind of political ad, fair to say?
16           MR. SUR:  Objection; calls for
17 speculation.
18           THE WITNESS:  Yeah.  I don't know what the
19 nature of the comments are, but your
20 characterization is probable.
21     Q.   BY MR. SAUER:  The accounts -- I suppose
22 you have talked about account takedowns earlier.
23 If this account that posted this ad is taken down,
24 do all those comments get taken down with it?
25           MR. SUR:  Objection; calls for

**ELVIS CHAN  11/29/2022**

Page 69

```
 1   speculation.
 2           THE WITNESS:  I don't know.
 3       Q.   BY MR. SAUER:  Oh, so you think that the
 4   comments may stay up with the account gone?
 5       A.   I -- to be honest with you, I do not use
 6   any social media.
 7       Q.   I see.  So you don't know if -- you don't
 8   know if the comments kind of remain floating out on
 9   Twitter when the underlying picture of Hillary
10   Clinton with black paint on her face is taken down?
11       A.   I do not know.
12       Q.   Turning to the next page of your thesis,
13   Page 30, here in this Subsection a you talk about
14   "The IRA's Social Media Activities," right?
15       A.   Correct.
16       Q.   Okay.  And the "IRA" is the "Internet
17   Research Agency," right?
18       A.    In this context, correct.
19       Q.   Right.  Not in the Ireland separatist
20   context.
21           Just generally speaking, can you describe
22   what the IRA is in this context?
23           MR. SUR:  Objection; vague.
24           THE WITNESS:  So in this paragraph I
25   describe the three lines of activities that I
```

**ELVIS CHAN  11/29/2022**

```
 1   observed the IRA doing in terms of malign-influence
 2   campaigns.
 3        Q.   BY MR. SAUER:  Okay.  And the first one
 4   you say is they "made and maintained fake user
 5   accounts and pages on social media platforms that
 6   covered a range of political issues," right?
 7        A.   That is correct.
 8        Q.   And that's a bit like what we have already
 9   been talking about, where they're -- I take it they
10   are creating fake accounts and pages and trying to
11   gather American viewers to review and engage with
12   their content, right?
13             MR. SUR:  Objection; vague, calls for
14   speculation.
15             THE WITNESS:  That is my assessment, yeah.
16        Q.   BY MR. SAUER:  And it says, "For these
17   accounts and pages, the IRA employees generated
18   organic content to ingratiate themselves with
19   online communities and amplify or steer the themes
20   discussed in those communities," correct?
21        A.   Yes, that is what I wrote.
22        Q.   And they were trying to influence online
23   conversations involving real American citizens,
24   right?
25        A.   That was my assessment and is my
```

**ELVIS CHAN  11/29/2022**

Page 71

```
 1   assessment.
 2       Q.   All right.  So that, I take it, would
 3   involve the kind of active engagement that we
 4   talked about a minute ago:  not just reading what
 5   they say, but maybe reposting it, commenting on it,
 6   you know, and having a higher level of engagement
 7   than just viewing it, right?
 8            MR. SUR:  Objection; compound and calls
 9   for speculation.
10            THE WITNESS:  That would be my
11   understanding.
12       Q.   BY MR. SAUER:  You go on to say,
13   "Second" -- and this ties back to something I think
14   you foreshadowed a minute ago -- "IRA employees
15   used social media bots, i.e., computer programs
16   which control social media accounts, to amplify
17   existing content," right?
18       A.   That is correct.
19       Q.   What is it to "amplify existing content"?
20       A.   It is to do the things that you had
21   mentioned.  Depending on what the social media
22   platform were, they include things like liking it
23   or reposting it.
24       Q.   So social media bots, those are kind of
25   fake accounts, right, that don't have real human
```

**ELVIS CHAN  11/29/2022**

Page 72

```
 1   beings behind them; is that what that means?
 2       A.   Yes.  They are controlled by computer
 3   programs.
 4       Q.   And so -- and -- and sometimes they will
 5   have, like, a fake picture so it looks like a real
 6   human being; but actually it is just a computer
 7   program, right?
 8       A.   That is correct.
 9       Q.   And so the social media -- I take it the
10   IRA-generated social media bots to go out there,
11   find the divisive messages that the IRA wanted to
12   sort of amplify, and have them engage with those
13   posts, correct?
14            MR. SUR:  Objection; compound, calls for
15   speculation.
16            THE WITNESS:  I wouldn't say they
17   generated the bots.  In general, people rent bots.
18       Q.   BY MR. SAUER:  That's interesting.  How do
19   you rent a bot?
20       A.   In the cybersecurity industry, there is a
21   role called a bot herder, so someone who develops
22   malicious software and finds unprotected devices
23   and infects them with malicious software, also
24   known as malware; and then they will advertise on
25   the dark web that, you know, you can rent a botnet
```

**ELVIS CHAN  11/29/2022**

Page 73

```
 1   for -- you know, a botnet of a certain size for a
 2   certain amount of money.
 3          And that is what I am assessing the
 4   Internet Research Agency did.
 5      Q.   Got you.  Okay.  So do you know for sure
 6   whether they generated their own or bought them on
 7   the dark web or rented them?
 8      A.   So I'm not -- I'm not sure how they
 9   acquired them.  I was just -- I didn't feel
10   comfortable saying they generated their own.
11   Somehow they were able to get control of a botnet
12   and then use them to amplify.
13      Q.   And then "amplify," I take it that means
14   things like liking and reposting and taking steps
15   like that that make it -- is that fair to say?
16   It's liking, reposting, stuff like that; is that
17   right?
18          MR. SUR:  Objection; vague, calls for
19   speculation.
20          THE WITNESS:  Yeah.  That would be my
21   assessment.
22      Q.   BY MR. SAUER:  Okay.  And so I take it the
23   Russian bots go out there and they find the
24   divisive messages that the Russians want to push,
25   and then they amplify them by having fake user
```

**ELVIS CHAN  11/29/2022**

1    accounts like them or retweet them or repost them

2    on Facebook, fair to say?

3        A.   I don't think the bots do that themselves.

4    The bots don't have any intelligence.  I would -- I

5    believe that a human being, an actual Internet

6    Research employee would find divisive content or --

7    yeah, divisive content or users who had lots of

8    followers and then deploy the bots to amplify those

9    users' messages or content.

10       Q.   And part of this, I take it, is the bots,

11   the fake accounts, having their own followers,

12   trying to collect their own real followers, right?

13       A.   In my experience, the bots typically don't

14   care how many followers they have.  Their primary

15   job is to amplify other content.

16       Q.   I got you.  So in other words, suppose --

17   and when you say "other content," this is content

18   that wasn't originated by Russians or the IRA but

19   is generated by American citizens with views that

20   the IRA likes or wants to push, right?

21           MR. SUR:  Objection; vague, calls for

22   speculation, assumes facts not in evidence.

23           THE WITNESS:  By "other content," I mean

24   content not generated by the bots.

25       Q.   BY MR. SAUER:  And that's because the --

**ELVIS CHAN  11/29/2022**

Page 75

```
 1      A.   Because bots -- yeah.  Bots will generate
 2  their own content, but they're -- it is usually
 3  nonsense talk or just, like, random images.  The --
 4  that's what I meant by "other."
 5      Q.   Right.  And then -- I think that -- and
 6  that's what you referred to in the previous
 7  sentence as "organic content," right?
 8      A.   Yeah.  "Organic content," I mean that it
 9  is actually generated by Internet Research Agency
10  employees.
11      Q.   Oh, okay.  So "existing content" in this
12  sentence that I have highlighted is different than
13  "organic content."  "Existing content" is stuff
14  that is already out there on the social media
15  platforms; is it fair to say?
16      A.   That is correct.
17      Q.   That would be stuff that can be posted by
18  other users or come from any other source, but it
19  is just stuff --
20      A.   Yeah.
21      Q.   -- that they like and they want to push
22  those messages, right?
23           MR. SUR:  Objection; vague, compound.
24           THE WITNESS:  Yes.  I mean not generated
25  by the Internet Research Agency.  That is what I
```

**ELVIS CHAN  11/29/2022**

Page 76

1    mean by "other content."

2        Q.    BY MR. SAUER:  If a bot that's operated by

3    the Internet Research Agency were to repost, like,

4    a -- an American citizen's tweets or Facebook page

5    and then that bot account were taken down or shut

6    off, would that reposting or amplification of that

7    message then go away?

8            MR. SUR:  Objection; compound and

9    hypothetical.

10        Q.    BY MR. SAUER:  If you know.

11        A.    I don't know.

12        Q.    Now, then suppose there's John Smith, who

13    is an American citizen who posts an aggressive,

14    pro-Second Amendment message.  And the Russian bot

15    identifies that as something to amplify and

16    retweets it, and then the Russian bot account is

17    shut down.  There's an account takedown.  Does that

18    retweeting of John Smith's pro-Second Amendment

19    message go away from Twitter if there's no account

20    there anymore to retweet it?

21            MR. SUR:  Objection; hypothetical, calls

22    for speculation, assumes facts not in evidence.

23        Q.    BY MR. SAUER:  If you know.

24        A.    Yeah.  I don't know.  I don't know what

25    happens to the retweet.

**ELVIS CHAN  11/29/2022**

**Page 77**

1          MR. SUR:  Counsel, if I may, are we at a

2    near or natural breaking point?  We have been in

3    this session for now approaching one hour and a

4    little bit past that.  Why don't we take a break

5    if --

6          MR. SAUER:  Yeah.  That's -- now is as

7    good a time as any.

8          MR. SUR:  Thank you.

9          THE VIDEOGRAPHER:  Off the record -- off

10   the record at 10:45 a.m.

11          (Whereupon a recess was taken.)

12          THE VIDEOGRAPHER:  Back on record at 10:58

13   a.m.

14    **Q.   BY MR. SAUER:  Agent Chan, sticking to**

15   **Page 30 of your thesis, I want to direct your**

16   **attention to this next sentence, where you say (as**

17   **read), "Third, IRA employees covertly purchased**

18   **online advertisements from social media companies**

19   **to enhance their organic content and drive online**

20   **traffic to the sites controlled by them," right?**

21    A.   Yeah.  That is what I wrote.

22    **Q.   Yeah.  And you agree with it, right?**

23    A.   Yes.  You will see the footnote that it

24   was by Professor Howard, but I agree with it.

25    **Q.   Okay.  And then so the idea is the -- that**

**ELVIS CHAN  11/29/2022**

Page 78

```
 1   they would purchase ads that would drive traffic by

 2   real people to their -- their sites, basically

 3   their accounts and their websites as well, right?

 4       A.   Yes.  This is in the 2016 election

 5   contest.

 6       Q.   Okay.  So why do you say -- did something

 7   different happen in 2018 and 2020?

 8       A.   Yes.  From my meetings with the companies,

 9   they shared with me that they had changed their

10   policies to do more intensive validation of people

11   trying to purchase political advertisements.

12       Q.   And so it was harder for them to buy ads

13   basically in the later election cycles?

14       A.   That is my understanding.

15       Q.   But either way, the purpose here is for

16   them to be driving or achieving engagement by real

17   users, right?

18           MR. SUR:  Objection; vague, calls for

19   speculation.

20           THE WITNESS:  Yes.  I believe the purpose

21   was for the Internet Research Agency, who are

22   comprised of Russian citizens, to drive engagement.

23       Q.   BY MR. SAUER:  Got you.  And if you skip

24   ahead a couple more pages, to Page 32, do you see

25   these ads that you've identified in your thesis in
```

**ELVIS CHAN  11/29/2022**

1  Figure 3 and Figure 4?

2      A.    Yes, I see those ads.

3      Q.    Okay.  And these are, I take it -- you

4  talk about how they have, like, left-wing content

5  that's actually designed to -- to depress voter

6  turnout among minority communities, right?

7      A.    This was what the research that I reviewed

8  said.

9      Q.    Yeah.  And you look at Figure 3 -- well,

10  let me ask you this.  You talk about the research

11  you reviewed.  You also are personally involved in

12  this, quote, in the trenches, right?

13          MR. SUR:  Objection; vague, misstates the

14  record.

15          THE WITNESS:  Can you clarify that

16  question?

17      Q.    BY MR. SAUER:  Let me ask this:  Is the

18  research -- you said this is what your research

19  indicated.  Is the research in your thesis

20  consistent with your experience as an FBI agent who

21  deals with disinformation and

22  malign-foreign-influence campaigns?

23      A.    So the research, to include this reporting

24  from the House Permanent Select Committee on

25  Intelligence as well as what was conveyed to me by

**ELVIS CHAN  11/29/2022**

Page 80

```
 1   the social media companies, was this content.  I

 2   would otherwise not know because -- I mentioned to

 3   you I do not go on any social media platforms

 4   myself.

 5       Q.   So but your understanding, for example, is

 6   Figure 3 is Russian-originated content.  Your

 7   understanding of that is based on information

 8   obtained from the social media platforms or from

 9   other federal government officials, correct?

10       A.   Yeah.  This information is specifically

11   from the HPSCI report that I cited in the footnote.

12       Q.   Got you.  And just looking at this, for

13   example, in Figure 3 on the right, there's a Black

14   Matters ad, correct?

15       A.   Yeah.  "Figure 3.  Facebook Political Ads

16   Targeting Black voters."

17       Q.   And that one indicates that 223,799 people

18   had liked it, right, on Facebook?

19       A.   Yes.  That is what the image on the right

20   says.

21       Q.   And so that would be a high level of

22   engagement based on what you said earlier, right?

23       A.   I would not consider 223 views as being

24   high.

25       Q.   Oh, is it 223,799?
```

**ELVIS CHAN  11/29/2022**

Page 81

1      A.   No.   This one, the -- I see "223," and

2  then I see a slash, "99 people like this."

3      Q.   Oh, is that what that means?  I thought

4  that was a "7."  So you say -- what is -- do you

5  know -- how do you read that?  What does that mean?

6      A.   Yeah.  I read that as 223 viewed it and 99

7  of those 223 like it.  That is how I interpret

8  this.

9      Q.   So that would be a low level of

10  engagement, correct?

11     A.   That is how I would personally

12  characterize it.

13     Q.   And then below there, in Figure 4 there's

14  a Secured Borders ad on the left with a "No

15  Invaders Allowed" sign in front of the border.  Do

16  you see that one?

17     A.   Yes.

18     Q.   In that one, it looks like 134,943 people

19  liked that, correct?

20     A.   Yes.

21     Q.   And if that ad were taken down because it

22  was identified to be part of a

23  malign-foreign-influence campaign, all those likes

24  would disappear from Facebook as well, correct?

25          MR. SUR:  Objection; calls for

**ELVIS CHAN  11/29/2022**

Page 82

```
 1    speculation, assumes facts not in evidence.
 2              THE WITNESS:  Yeah.  I do not know what
 3    happens to the likes if the ad disappears, but I
 4    know that the ad disappears.
 5        Q.   BY MR. SAUER:  Right.  You think that
 6    likes may stay out there, floating in -- floating
 7    in the social media platform, not addressing
 8    anything that's still there?
 9        A.   I don't know.
10        Q.   Let me ask this:  A like is a way of
11    expressing --
12        A.   I don't know what happens.
13        Q.   A like is a way of expressing approval of
14    something, right?  It's basically saying "I agree
15    with this" or "I like it," right?
16        A.   Yes.  But I don't -- what I'm saying to
17    you, Mr. Sauer, is I don't know what happens to
18    those likes.
19        Q.   The -- but you know that the ad
20    disappears?
21        A.   Well, for example, if you're -- if you're
22    a -- if you're a user --
23              (Discussion off the record.)
24              MR. SUR:  Sorry.  We are having difficulty
25    hearing you, Mr. Sauer.  It may be a connection
```

**ELVIS CHAN  11/29/2022**

Page 83

```
 1   problem.
 2              (Discussion off the record.)
 3              MR. SAUER:  Can you hear me now?
 4              MR. SUR:  Yeah, that's better.
 5    Q.   BY MR. SAUER:  Okay.  Go ahead, Mr. Chan.
 6              MR. SUR:  Okay.
 7              THE WITNESS:  So I don't know what
 8   happens.  So, for example, if you were a user and
 9   you like this ad, I don't know, does it stay on
10   your account?  Or I don't know if it disappears
11   from your account.  I don't know what happens on
12   the ad itself.  So I don't know.  I don't know
13   the -- I don't know the mechanics of how online
14   advertisements for these platforms work.
15    Q.   BY MR. SAUER:  If you look at the ad to
16   the right of that, the pro-Second Amendment ad that
17   says "Defend the 2nd"?
18    A.   Yeah.
19    Q.   And do you see at the bottom it says,
20   "96,678 people like this"?
21    A.   Yes.
22    Q.   Would that be a high level of engagement?
23    A.   I would characterize that as high.
24    Q.   And it's your testimony that you don't
25   know what happens if that ad is pulled down to all
```

**ELVIS CHAN  11/29/2022**

 1  those likes?

 2      A.   And then --

 3      Q.   **Do you think it is going to continue to be**

 4  **in people's individual feeds?**

 5      A.   Yeah, I do not know what happens to the

 6  likes.

 7      Q.   **Jumping ahead a couple pages, I think this**

 8  **is the page that you referred to earlier.  You**

 9  **talked about how there was a very high level of**

10  **engagement by the IRA in -- in 2016, right?**

11      A.   Yes.  Where it says, "The sheer magnitude

12  of the IRA's social media campaign," that sentence?

13      Q.   **Correct, yeah.**

14      A.   Yeah, yes, that is what I wrote.

15           MR. SUR:  To clarify for the record, this

16  is on Page 34 of the thesis?

17           MR. SAUER:  Yeah.  That would be Page 58

18  of the PDF.  Indraneel, do you see where we are?

19           MR. SUR:  Yes, yeah.

20      Q.   **BY MR. SAUER:  It's the bottom paragraph**

21  **there.  "The sheer magnitude of the IRA's social**

22  **media campaign targeting the United States was**

23  **unparalleled in the digital age," right, Mr. Chan?**

24      A.   That was my characterization of it.

25      Q.   **And it -- the research indicated that the**

**ELVIS CHAN  11/29/2022**

Page 85

```
 1    IRA had uploaded a thousand videos on YouTube.  Do
 2    you know what the level of engagement for those
 3    videos was?
 4        A.   I don't.  And you can see from the
 5    citation that I am citing research done by Renée
 6    DiResta and her team.
 7        Q.   Got you.  And that research indicates that
 8    the IRA had, quote, reached a significant number of
 9    American users:  59 percent on Facebook, 19 percent
10    on Instagram and two percent on Twitter, right?
11        A.   That is what Renée DiResta and her team
12    found.
13        Q.   So 59 percent.  And this isn't just sort
14    of bots, she found that specifically as to American
15    users, in other words, real social media platform
16    human beings, real people using social media
17    platforms in America, right?
18        A.   That is what I recollect.  And this is in
19    the context of the 2016 elections.
20        Q.   Correct.  And that -- that's 59 percent of
21    Americans on Facebook were reached in some way, had
22    some level of engagement with -- with
23    IRA-originated content; fair to say?
24        A.   That is her calculation.
25        Q.   And you cite it as a reputable source in
```

**ELVIS CHAN  11/29/2022**

Page 86

```
 1   your thesis, right?

 2       A.   Yes, I do.

 3       Q.   And do you know how much of that is --

 4   obviously we talked earlier how there's different

 5   kinds of engagement, like reading, liking,

 6   reposting, reposting with commentary, commenting.

 7   Do you know how much of that is -- that reaching of

 8   American users breaks down into those various

 9   categories?

10       A.   I do not.  I was not able to find that

11   level of detail.

12       Q.   Okay.  Next page.  You've referred to

13   Table 1 before on Page 35 that points out that 126

14   million --

15       A.   Yeah.

16       Q.   -- American Facebook users were reached in

17   some way by content, right?

18       A.   Yes, yeah.  I was able to extract that

19   from the report.

20       Q.   Right below that you refer again to "the

21   second line of effort," where they (as read)

22   "amplified real user accounts whose identities,

23   behavior, and content aligned with their strategic

24   goals," right?

25       A.   So yes.  You can see I cited the Mueller
```

**ELVIS CHAN  11/29/2022**

Page 87

1    report.  That's special counsel's report.

2        Q.   And then you go on to cite a Clemson

3    University study indicating that over 100,000 real

4    people had their postings amplified by

5    IRA-controlled social media bots, right?

6        A.   Yes, that is correct.

7        Q.   And you don't know what happens to those

8    amplifications when the bots are detected and shut

9    down?

10       A.   I do not.

11       Q.   I think in the thesis you talk generally

12   about how there was virtually no reaction by the

13   social media platforms in the 2016 election cycle

14   to this Russian activity; is that right?

15       A.   That is correct.

16       Q.   But that changed, I take it, in the 2018

17   and 2020 election cycles, at least to some degree?

18       A.   That is correct, yes.

19       Q.   How did it change?

20       A.   Well, what I was told -- what I was told

21   by the companies was that they used both technology

22   as well as human beings to moderate or protect

23   their platforms.

24       Q.   Okay.  And then can you break down that

25   for me?  On the technological side, what did they

**ELVIS CHAN  11/29/2022**

**Page 88**

1    tell you they did?

2        A.   So they tell me that they used a different

3    detection method.  The shorthand for that is

4    algorithms.  But they will not get into any of the

5    details about the algorithms.  And we have probed

6    them to ask for details, but it has never been

7    shared with us.

8        Q.   What -- you say you probed them to ask

9    about the details.  What did you ask?

10       A.   I can't remember exactly, but we would

11   ask, for example, "What are the parameters that you

12   use to develop the algorithm?  Or what are the

13   factors that you use?"  And they would not share

14   any of that information with us.

15       Q.   Why did you want to know that?  Did you

16   want to know -- did you want to ascertain if the

17   algorithms were effective?  Or why would you ask

18   them a question like that?

19       A.   The reason that I would ask that question

20   is so that we could make sure that we were sharing

21   the most effective and actionable type of

22   information with them.

23       Q.   Explain that to me.  What -- if you know

24   how their algorithm operates, how does that help

25   you share actionable information?

**ELVIS CHAN  11/29/2022**

Page 89

```
 1      A.   So, for example, if a platform doesn't
 2  need a telephone number for an account, then
 3  providing them with Russian telephone numbers would
 4  not be useful.  Or if providing them with an email
 5  account is not something that the platform saves,
 6  then that would not be useful.  So those are two
 7  examples.
 8      Q.   Uh-huh.  But they just tell you, "We use
 9  algorithms to detect kind of Russian-originated
10  content," but they tell you nothing about how the
11  algorithms operate?
12      A.   That is correct.
13      Q.   When did these conversations occur?
14  Did -- where you're asking them about their
15  algorithms and they are declining to provide
16  information.  Did they occur in those weekly,
17  monthly and quarterly meetings we talked about
18  earlier?
19      A.   I would characterize it as occurring early
20  in those quarterly meetings in the 2017 time frame;
21  and after we asked the different companies and
22  found that none of them were willing to share in
23  those earlier meetings, we stopped asking.
24      Q.   And then you mentioned human -- I think
25  you mentioned human beings involved in their -- in
```

**ELVIS CHAN  11/29/2022**

Page 90

1    their activities.  Tell us, what did they tell you

2    about that?

3        A.    In general, what the companies tell us is

4    the technology or the algorithms will flag specific

5    content, and certain content that looks like spam

6    is, I believe, taken down.

7            However, if something is flagged that

8    requires a higher level of decision-making, that is

9    when it is sent to a content moderator.

10       Q.    So a human being, a content moderator

11   would be looking at, like, an account that was

12   flagged by an algorithm as potentially involving

13   malign, inauthentic activity and take a closer look

14   at it?

15       A.    That is correct.

16       Q.    Did you discuss with them what standards

17   their content modulators use to -- to figure that

18   out, you know, how do they make their judgment

19   calls?

20           MR. SUR:  Objection; compound.

21           THE WITNESS:  So in response to your

22   question, we would just broadly ask them what their

23   terms of service or community standards were.

24       Q.    BY MR. SAUER:  So how do you know that

25   they have human beings involved in enforcing the --

**ELVIS CHAN  11/29/2022**

Page 91

```
 1    reviewing and enforcing the terms of service with
 2    respect to particular content?
 3        A.    Through the discussions that we had at the
 4    meetings.
 5        Q.    And what you have been saying, is this
 6    true of all the -- all the platforms?
 7        A.    I do not know.  I am specifically thinking
 8    of two platforms that use human being content
 9    moderators.
10        Q.    Which two are those?
11        A.    I am specifically thinking of Facebook and
12    YouTube.
13        Q.    How about Twitter?
14        A.    I don't know if they use human -- I have
15    never -- I don't recollect discussing that with
16    them.
17        Q.    How about the others?  You mentioned, I
18    think, Yahoo! and Reddit, Instagram.  Do they use
19    human content moderators?
20        A.    I don't recollect discussing that with
21    them.
22        Q.    You mentioned their terms of service.  You
23    know, did you ever discuss with them what their
24    terms of service are or should be?  Did you ever
25    make recommendations that they change terms of
```

**ELVIS CHAN  11/29/2022**

```
 1    service to make them more effective in addressing
 2    malign-foreign-influence activities?
 3              MR. SUR:  Objection; compound and vague.
 4              THE WITNESS:  I will answer the last part
 5    of your compound question, which is no, we never
 6    told the companies to modify their terms of service
 7    or community standards.
 8         Q.   BY MR. SAUER:  Do you know how they
 9    developed their terms of service or community
10    standards?
11         A.   Only from what they discussed with me in
12    those meetings.
13         Q.   What did they say to you in those
14    meetings?
15         A.   So --
16              MR. SUR:  Objection; vague.
17              THE WITNESS:  So in those meetings, we
18    would not discuss them.  We would ask them, "What
19    are your terms of service related to detecting
20    Russian troll accounts?"
21              And then they would share with us that
22    the -- the two terms that come up regularly are
23    "coordinated," which I interpret to mean across
24    many accounts, and "inauthentic," which means the
25    user is pretending to be someone they are not.
```

**ELVIS CHAN  11/29/2022**

Page 93

```
 1            And so those were the two primary
 2    terms-of-service violations that I remember being
 3    discussed.
 4        Q.    BY MR. SAUER:  What does "coordinated"
 5    mean?
 6        A.    Like, as I mentioned before, it was
 7    activities across multiple accounts, the -- similar
 8    activities across multiple accounts.
 9        Q.    How does that violate terms of service?
10        A.    So in the cybersecurity context, you will
11    have a botnet that will push ads, for example,
12    Canadian pharmacy ads, to hundreds and thousands of
13    users.  That is coordinated behavior.  That is
14    illegal.  Because if you wanted to push ads on a
15    platform, typically you have to purchase online
16    advertising.
17        Q.    Okay.  Got you.  And then what was the
18    second category you mentioned of provisions of
19    terms of service that these activities would
20    violate?
21        A.    Inauthentic.
22        Q.    Yeah.  And what is -- what is inauthentic?
23        A.    Inauthentic is a user pretending to be
24    someone they are not.
25        Q.    And I take it that you got that in these
```

**ELVIS CHAN  11/29/2022**

Page 94

1    Russian malign-foreign-influence activities, right?

2        A.   Yes.

3        Q.   We have been talking about Russia

4    principally because that's your thesis, but do

5    other countries try and do these kinds of

6    disinformation malign operations on social media

7    platforms as well?

8            MR. SUR:  Objection; vague.

9            THE WITNESS:  Yes.

10       Q.   BY MR. SAUER:  What countries are involved

11   in them?

12       A.   The two countries that we focus on are

13   China and Iran, outside of Russia.

14       Q.   Are there any others?

15       A.   Not to --

16           MR. SUR:  Objection; Counsel, we're at the

17   law enforcement privilege.

18           MR. SAUER:  I am going to withdraw the

19   question.  I don't concede the privilege applies,

20   but I will withdraw the question if you guys --

21   yeah.

22       Q.   Just generally speaking, you mentioned,

23   say, Iran and China and, frankly, they are also

24   referred to in your publicly-available thesis.  Are

25   the sorts of activities that they engage in similar

**ELVIS CHAN  11/29/2022**

Page 95

1    to what Russia does, you know, in the -- the way of

2    generating fake accounts, generating inauthentic

3    content and trying to get Americans to interact

4    with it?

5          MR. SUR:  Objection; vague and compound.

6          THE WITNESS:  In my experience, the

7    Chinese state-sponsored activity and the Iranian

8    state-sponsored activity share similarities to the

9    Russian state-sponsored activities.

10    **Q.   BY MR. SAUER:  We were talking -- moving**

11    **back to what we were talking about a minute ago,**

12    **you talked about how there are two general**

13    **categories of content-modulation policies --**

14    **coordinated activity and inauthentic activity --**

15    **that get cited most frequently to remove this**

16    **content; is that right?**

17    A.   In my personal experience, yes.

18    **Q.   And your personal experience is based on**

19    **these meetings and conversations with**

20    **representatives of the social media platforms,**

21    **correct?**

22    A.   That is correct.  You broke up on me, but

23    I believe that is correct.

24    **Q.   I'm -- I'm sorry.  Again, you can't hear.**

25    **I am hearing you fine.  Can you hear me okay?**

**ELVIS CHAN  11/29/2022**

Page 96

```
 1       A.    Now I can.
 2       Q.    Okay.  Let me ask you this:  Do they --
 3  when you have these information exchanges, you
 4  provide the social media platforms with tactical
 5  information, which includes -- you know, identifies
 6  specific accounts and user -- or not users, but
 7  specific accounts and URLs that you have concluded
 8  are Russian-originated, right?
 9       A.    Can you repeat the question?  You have
10  been breaking up on me.
11            MR. SAUER:  Should we go off the record?
12            THE VIDEOGRAPHER:  Off the record at 11:22
13  a.m.
14            (Whereupon a recess was taken.)
15            THE VIDEOGRAPHER:  We are back on record
16  at 11:27 a.m.
17       Q.    BY MR. SAUER:  Agent Chan, circling back
18  to where we were a moment ago, I wanted to ask you,
19  when you have these information sharing sessions
20  with various social media platforms, you testified
21  earlier that you give them tactical information,
22  right?
23       A.    Yes.
24       Q.    Yeah.  And tactical information includes
25  identifying specific social media accounts and URLs
```

**ELVIS CHAN  11/29/2022**

Page 97

1    and things of that nature, right?

2        A.    Yes.

3        Q.    Yeah.  How often has that happened?  I

4    know in your thesis you refer to four

5    publicly-available instances where there was that

6    kind of information sharing.  How often does it

7    happen that the FBI will give a list of specific

8    tactical information for the social media platforms

9    to consider?

10            MR. SUR:  I am going to object on the

11   basis of the law enforcement privilege.  And you

12   can answer without -- insofar as you can without

13   disclosing any particular investigation.

14       Q.    BY MR. SAUER:  Yeah, I don't want to know

15   any particular URL, but just generally how often

16   does that happen?

17       A.    I would say in general it happens between,

18   I don't know, one to five times per month.

19       Q.    Okay.  And then how many --

20       A.    From different investigations.

21       Q.    Oh, got you.  Okay.  And then how -- and

22   does this actually occur at these meetings we've

23   talked about, or are there separate communications

24   where you pick up the phone and call the site

25   integrity people and tell them, "Here are some bad

**ELVIS CHAN  11/29/2022**

**Page 98**

```
 1    URLs"?

 2         A.    So --

 3              MR. SUR:   Objection; mischaracterizes the

 4    record, compound.

 5         Q.    BY MR. SAUER:   If you know.

 6         A.    From my understanding of your question, we

 7    will typically share information either right

 8    before or after one of our quarterly meetings.

 9    That is pretty standard.   Otherwise we will just

10    share information from different investigations as

11    deemed appropriate by the field offices running the

12    investigations and FBI headquarters.

13         Q.    So -- so it would be both, I take it,

14    there would be -- in every quarterly meeting you

15    might identify -- or you do identify tactical

16    information about foreign-originated URLs and user

17    accounts, correct?

18         A.    I don't know if it happens at every single

19    quarterly meeting, but I would say most of them.

20         Q.    And then -- and then apart from the

21    quarterly meetings, I think you said one to five

22    times a month there would be a communication of

23    that nature through another channel, right?

24         A.    Correct.   What I would typically do is

25    send an email to the recipients at the companies
```

**ELVIS CHAN  11/29/2022**

**Page 99**

1   and inform them that I would be using a secure file

2   transfer application within the FBI that is called

3   Teleporter.  And then the reason I would send them

4   a heads-up email is because the Teleporter email

5   with a link looks like spam, so I don't want them

6   to think it's spam.

7       **Q.   Okay.  And that Teleporter email, if they**

8   **open it, contains tactical information for them to**

9   **consider, right?**

10      A.   The Teleporter email contains a link for

11  them to securely download the files from the FBI.

12      **Q.   And the files contain tactical information**

13  **that identifies malign foreign-originated URLs and**

14  **social media accounts and things like that, right?**

15      A.   Yeah, different types of indicators.

16      **Q.   When you say "different types of**

17  **indicators," indicators, I think you said earlier,**

18  **refer to those specific URLs and social media**

19  **accounts, right?**

20      A.   Yeah.  Those are two of them, but they

21  also apply to IP addresses, email accounts.  You

22  had just mentioned two of the types of indicators,

23  but I wanted to reiterate that there are a broad

24  range of indicators that we share.

25      **Q.   Does that Teleporter communication explain**

**ELVIS CHAN  11/29/2022**

Page 100

1    and -- provide an explanation of the FBI's basis

2    for thinking that those are bad accounts or bad

3    indicators?

4        A.    In general it will typically provide a

5    very short summary, maybe a sentence or two, that

6    will say, "We assess that these accounts are being

7    controlled by the Internet Research Agency," and

8    then provide a list of accounts, or "We assess this

9    IP address is being used exclusively by the

10   Internet Research Agency from this time period to

11   that time period."  That is a typical type of

12   information sharing.

13       Q.    Typically how many accounts or URLs or

14   other indicators would be identified in a

15   communication like this?

16       A.    It varies from one account or one selector

17   to many, like a whole spreadsheet full of them.

18       Q.    Can you estimate -- for example, in 2022,

19   can you estimate how many specific indicators have

20   been flagged for social media companies?

21       A.    I can't really estimate that number.  I

22   can estimate that during 2020 I shared information

23   with the companies between one to five or one to

24   six times per month.

25       Q.    And you -- and they -- and there could be

**ELVIS CHAN  11/29/2022**

Page 101

```
 1    anywhere from one to a very large number, a whole

 2    spreadsheet full of indicators that you'd be

 3    flagging, fair to say?

 4        A.    That is fair.  And when I say "large,"

 5    maybe hundreds, but not thousands.  I don't ever

 6    recollect anything in the thousands, but maybe

 7    hundreds.

 8        Q.    And then -- and that happened one to five

 9    times a month in 2020, correct?

10        A.    Yes.

11        Q.    How about in 2022, did it also happen that

12    frequently?

13        A.    In my recollection, maybe one to four

14    times a month.

15        Q.    And then there would be a similar range of

16    the number of indicators flagged in each incident?

17        A.    I would say for the 2022 cycle, that we

18    would not have in the hundreds.  At the most it

19    would be in the -- in the tens, in the dozens.

20        Q.    And do you send these out to all the

21    social media platforms?  I think you mentioned

22    seven or eight that you regularly meet with.  And

23    do they all get these Teleporter communications

24    flagging bad indicators for them?

25        A.    I would --
```

**ELVIS CHAN  11/29/2022**

Page 102

```
 1              MR. SUR:  Objection; mischaracterizes the
 2    record, vague.
 3              THE WITNESS:  I would say in general that
 4    the companies I mentioned to you before would
 5    receive these.
 6              However, there would be some occasions
 7    that it would be company-specific information that
 8    we would not share across all the companies that I
 9    previously mentioned.
10      Q.   BY MR. SAUER:  So sometimes it would
11    relate to all of them; sometimes it might be just a
12    Facebook issue or a Twitter issue or something like
13    that, fair to say?
14      A.   I would say most of the time we would
15    share with that list of companies, and a few of the
16    times we would share with just one company or two
17    companies.
18      Q.   Okay.  Do you ask them to kind of report
19    back to you on whether they take any action on
20    those?
21              MR. SUR:  Objection; vague.
22              THE WITNESS:  The typical language we
23    would use is, "We would appreciate any information
24    you're able to share back with us about this
25    information and if you were to take any actions
```

**ELVIS CHAN  11/29/2022**

Page 103

1    based on this information."

2        Q.   BY MR. SAUER:  And do they typically

3    comply with that request?

4            MR. SUR:  Objection; vague.

5            THE WITNESS:  I would say sometimes.

6    Some -- I would say at every quarterly meeting we

7    try to follow up to ask if information we shared

8    has been relevant if we have not received a

9    response yet.

10           However, the companies either say they

11   don't have anything additional to share or they do

12   not find anything based on the information we

13   shared.

14       Q.   BY MR. SAUER:  So sometimes they'll report

15   back and say, "Hey, thanks for providing this

16   information.  We've taken down some of the

17   accounts," or something like that?  That happens

18   sometimes, you say?

19       A.   That is correct.  And when it happens,

20   we -- I will document it, and the reason for that

21   is because that helps us fine-tune the information

22   that we're sharing.

23       Q.   Uh-huh.  And then I take it sometimes they

24   just -- they don't tell you what they did with it,

25   right?

**ELVIS CHAN  11/29/2022**

Page 104

```
 1        A.    That is correct.
 2        Q.    But then every -- I take it at every
 3   quarterly or monthly meeting, you usually follow up
 4   and ask them, "Hey, did you take any actions on
 5   these reports we made," right?
 6        A.    We try to at quarterly meetings.
 7        Q.    Right.  And I take it they don't always
 8   answer that question, fair to say?
 9        A.    They will always respond, but they will
10   say, "Sorry.  We don't have anything to share."
11        Q.    Okay.  And do you know why they are
12   reluctant to tell you whether they took things down
13   or not?
14              MR. SUR:  Objection; vague, calls for
15   speculation, mischaracterizes the record.
16              THE WITNESS:  I don't know why -- I focus
17   on when they do let us know about actions that
18   they've taken.
19        Q.    BY MR. SAUER:  When you say you focus on
20   that, what do you do with that information?
21        A.    I document it, and then I relay it back to
22   the field office, where it gets logged where that
23   information came from.
24        Q.    Do essentially all these communications
25   kind of pass through you because you are the
```

**ELVIS CHAN  11/29/2022**

Page 105

```
 1   relevant field officer in San Francisco, where
 2   these companies are located?
 3       A.   I would say I'm one of the primary people
 4   with pass-through information.  However, we have
 5   agents on the different cyber squads and our
 6   private sector-engagement squad who also relay
 7   information to the companies.
 8       Q.   Who are those agents who relay this kind
 9   of information about a sort of problematic content
10   on their platforms to social media?
11               (Discussion off the record.)
12               (Reporter read back as requested.)
13           THE WITNESS:  So the question is:  Who are
14   these agents who do that?  I would say for that
15   sort of information it is not specifically about,
16   quote, problematic content.  It is specifically
17   about cyber investigations, which are different
18   from malign-influence investigations.
19       Q.   BY MR. SAUER:  Let me rephrase the
20   question.  Focusing on disinformation and
21   malign-foreign-influence operations, are there any
22   other FBI officials besides yourself who are
23   involved in communicating those kinds of concerns
24   to social media platforms outside the context of
25   the quarterly meetings you've talked about?
```

**ELVIS CHAN  11/29/2022**

Page 106

```
 1      A.   Yes.  I have squad supervisors who are
 2 GS-14-level employees who share information to the
 3 companies as well.
 4           MR. SUR:  I'm sorry to interrupt.  The
 5 videographer is suggesting that we go off the
 6 record for technical reasons.
 7           THE VIDEOGRAPHER:  We're off the record at
 8 11:40 a.m.
 9           (Whereupon a recess was taken.)
10           THE VIDEOGRAPHER:  Back on the record at
11 11:43 a.m.
12      Q.   BY MR. SAUER:  Mr. Chan, I think you were
13 saying you have two GS-14 officials who also
14 communicate with social media platforms about
15 disinformation, correct?
16      A.   That is correct.
17      Q.   Are those people who report to you in the
18 San Francisco office?
19      A.   They report to me directly.
20      Q.   Other than those individuals, are there
21 any other FBI officials who, to your knowledge,
22 communicate with social media platforms about
23 disinformation?
24      A.   Yes.  The agents on those two supervisors'
25 squads.
```

1      Q.    And -- I'm sorry.  What are the two

2   supervisors' squads?  Are they located in San

3   Francisco?

4      A.    Yes, they are.  They are located in the

5   San Francisco field office.

6      Q.    Are those agents that also report to you

7   as the ASAC?

8      A.    That is correct.  They report to the

9   supervisors, who report directly to me.

10     Q.    And those supervisors are the GS-14s that

11  you just talked about, right?

12     A.    That is correct.

13     Q.    How about outside the San Francisco field

14  office, are you aware of -- well, just a second.

15  How many agents are we talking about there in total

16  who engage in these communications with social

17  media platforms about disinformation from the San

18  Francisco field office?

19     A.    I would say the two supervisors that I

20  already mentioned and four agents on one squad and

21  another agent on another squad.

22     Q.    What kinds of communications do they have?

23  Do they just send the Teleporter links, or do they

24  get on the phone and talk to social media

25  platforms?  What's the nature of their

**ELVIS CHAN  11/29/2022**

Page 108

```
 1    communication?

 2        A.   So both of the things that you said.  So

 3    they will give them a heads-up if they need to

 4    relay information through Teleporter; and both of

 5    those squads have active investigations where they

 6    share unclassified, strategic-level information

 7    with the companies.

 8        Q.   So they would share both strategic and

 9    tactical information?

10        A.   That is correct.

11        Q.   And then would they be involved in

12    following up to find out if their -- the tactical

13    information was acted on?

14        A.   Yes, they would.

15        Q.   So and that might apply to you, the two

16    GS-14s and the six field agents on the two squads

17    you referred to?

18        A.   Yes, that is correct.

19        Q.   Okay.  Then how about outside the San

20    Francisco field office?  Are you aware of any other

21    agents who -- are you aware of any other FBI

22    officials who communicate with social media

23    platforms about disinformation?

24        A.   So I am only aware of the FBI officials or

25    employees who we invite to provide briefings at the
```

**ELVIS CHAN  11/29/2022**

Page 109

```
 1   quarterly meetings.
 2        Q.    Okay.  So that includes people who -- at
 3   FITF in Washington, D.C.?
 4        A.    That's correct.
 5        Q.    Is Laura Dehmlow -- she's the head of
 6   FITF, right?
 7        A.    Currently she's the section chief and head
 8   of the FITF.
 9        Q.    And does she come to all of those
10   meetings?
11        A.    I would say in the 2020 election cycle she
12   had not been promoted yet and she was the unit
13   chief for the China unit, and I would say she
14   attended most of those quarterly meetings.
15             Since she has been promoted to be the head
16   of the FITF, she has not attended as frequently.  I
17   believe she's only attended one set of meetings
18   this year.
19        Q.    What level of people do attend?  You know,
20   what sorts of people attend those meetings?
21        A.    So Laura Dehmlow would be the
22   highest-ranking FBI official to attend.  She is the
23   SES level.  I would be the second-highest-level
24   attendee, as a GS-15.  And then everyone else would
25   be below my grade, ranging from GS-14s to perhaps
```

**ELVIS CHAN  11/29/2022**

Page 110

```
 1   GS-10 agents.
 2        Q.    How long do these meetings last typically?
 3        A.    We like to keep a tight agenda, and so it
 4   will typically last one hour.
 5        Q.    And about how many people would attend on
 6   the FBI side -- or do attend on the FBI side?
 7        A.    I would say from the Foreign Influence
 8   Task Force, between three to ten.  However,
 9   typically only one to two people from each of the
10   three units speaks.  And then we would usually have
11   one field office comprised of two
12   representatives -- between one to three field
13   offices attend.  So one to two representatives from
14   each of those field offices.
15        Q.    So I can't do that math in my head, but it
16   is north of ten frequently?
17        A.    Yeah.  If you do the math, it could be as
18   high as a dozen.
19        Q.    And then how many people typically attend
20   on the social media platform side?
21        A.    I would say a similar amount.  For the --
22   I'm sorry.  I would say for the three larger
23   companies -- specifically Google/YouTube, Facebook
24   and Twitter -- it would be equal numbers or higher
25   numbers than the FBI.
```

**ELVIS CHAN  11/29/2022**

```
 1        Q.   When you provide tactical information to

 2   the social media platforms -- in other words, lists

 3   of social media accounts, URLs and other things of

 4   that nature -- how do you verify that those

 5   actually are inauthentic accounts and not actual

 6   real accounts by real people?

 7             MR. SUR:  Objection; implicates the law

 8   enforcement privilege.

 9             I will ask that the witness answer only in

10   generalities without disclosing the details of any

11   particular investigation.

12             THE WITNESS:  Understood.

13             So there are -- the FBI, as the lead law

14   enforcement agency and domestic security agency for

15   the federal government has two types of

16   authorities.  One, which you're very familiar with,

17   Title 18 criminal authorities and all that

18   entails -- subpoenas, search warrants, 2703(d)

19   orders -- is one way that we acquire information

20   for investigations.

21             On the national security side, we have

22   Title 50 authorities and then the authorities from

23   the Foreign Intelligence Surveillance Act, from

24   the -- from the PATRIOT Act, from Executive Order

25   12333 that allows us to gather national security
```

**ELVIS CHAN  11/29/2022**

Page 112

```
 1    intelligence.

 2            And so broadly we are able to use both

 3    types of techniques to gather the intelligence that

 4    we need to -- and then there is a -- in the case of

 5    the national security side, there is a

 6    declassification process that has to take place

 7    before we are allowed to share information with the

 8    social media companies.

 9    Q.   BY MR. SAUER:  Let me ask you this:  You

10    had cited an example earlier where, for example, a

11    Teleporter message was sent with a spreadsheet with

12    hundreds of accounts back in 2020.  Do you remember

13    talking about that?

14    A.   Yes.

15    Q.   How sure are you that every single one of

16    those accounts is actually an inauthentic kind of

17    Russian-originated account as opposed to, you know,

18    actually a real account of somebody who's got a

19    Facebook or Twitter or YouTube account?

20            MR. SUR:  Objection; compound.

21            THE WITNESS:  Within the U.S. intelligence

22    committee, as you're familiar, there are different

23    levels of confidence in terms of the information

24    that, you know, we are reviewing in a product.  And

25    we only share information that we have high
```

**ELVIS CHAN  11/29/2022**

Page 113

```
 1   confidence that is attributed to a foreign-state
 2   actor.
 3       Q.   BY MR. SAUER:  Is "high confidence" always
 4   correct or usually correct, in your experience?
 5       A.   In my experience, it has always been
 6   correct.
 7       Q.   So anything for the --
 8       A.   For the selectors that we are providing.
 9   I do not remember an instance where we have
10   provided selectors where any of the social media
11   companies have said, "Elvis, this is actually
12   U.S.-person information."
13       Q.   So you are not aware of ever getting
14   feedback from them where they said you guys
15   accidentally identified real users?
16       A.   That is correct.
17       Q.   Do they always tell you -- let me ask you
18   this:  How many of the ones that you flag do they
19   take down?
20       A.   I couldn't even estimate that number.
21       Q.   How about as a percentage?
22       A.   I couldn't even estimate.  And let me --
23   let me tell you part of the reason is because we
24   may share, for example, one account with them, but
25   then they may find ten connected accounts and take
```

**ELVIS CHAN  11/29/2022**

Page 114

```
 1   all of them down.  And they don't always tell us
 2   when -- you know, how many accounts were taken
 3   down.  Sometimes they will tell us.  Sometimes they
 4   will tell us, "Thank you, Elvis.  We were able to
 5   detect this information and took all of the
 6   accounts down."  And when we ask for the specifics,
 7   they don't necessarily tell us all the time.
 8       Q.   Right.  Okay.  But it sounds like
 9   sometimes your reports lead to more takedowns than
10   the accounts you have -- you flagged, fair to say?
11       A.   That is correct.
12       Q.   How confident are you that they are not,
13   you know, kind of making mistakes in taking down
14   real user accounts?
15            MR. SUR:  Objection; calls for
16   speculation, lacks foundation.
17            THE WITNESS:  So this is just my personal
18   opinion, obviously not based on being able to see
19   any of their data.  In my experience, they take
20   account takedowns very seriously because this
21   affects their bottom line.
22            So no social media company wants to take
23   down a large number of accounts, because one of the
24   things they base their ad sales on is how many
25   users are on their platform.  So in my opinion,
```

**ELVIS CHAN  11/29/2022**

Page 115

```
 1   they take it very seriously.  And I would say that
 2   to the best of their ability, they are very careful
 3   before doing account takedowns.
 4       Q.   BY MR. SAUER:  I think that ties back into
 5   something you said earlier, which was in 2016 they
 6   really didn't do any account takedowns, fair to
 7   say?
 8       A.   That is correct.
 9       Q.   And it -- and I take it they may have had
10   a -- I -- we may be speculating here, if you know.
11   Do you know if that was because they have a
12   financial incentive to leave those accounts up
13   because it increases their ad revenues?
14           MR. SUR:  Objection; calls for
15   speculation.
16           THE WITNESS:  I wouldn't even begin to
17   speculate.  I don't know why.
18       Q.   BY MR. SAUER:  Let me ask you this:  Why
19   did things change, in your view?  I take it in 2018
20   and 2020 there were many more account takedowns,
21   right?
22       A.   So there are two parts to your question.
23   Why do I think they did it?  I can provide you with
24   my personal opinion.
25       Q.   Okay.
```

**ELVIS CHAN  11/29/2022**

Page 116

```
 1      A.   My -- I believe pressure from Congress,
 2  specifically HPSCI and SSCI, may have had a part of
 3  it.
 4           And then also because I believe that they
 5  felt that this may have damaged their brands, but
 6  that is my personal opinion.
 7      Q.   Okay.  Well, let me ask you this:  When
 8  you say "pressure from Congress" and you mentioned
 9  HPSCI and SSCI, what are HPSCI and SSCI?  Are
10  those -- are those committees?
11      A.   I'm sorry.  HPSCI is the -- the House
12  Permanent Select Committee on Intelligence.  And
13  SSCI is the Senate Select Committee on
14  Intelligence.
15      Q.   Starting with the House Permanent Select
16  Committee on Intelligence, what kind of pressure
17  did they put on the social media platforms to, you
18  know, engage more aggressively in account
19  takedowns?
20      A.   They compelled -- I don't know if they
21  compelled.  They requested the CEOs for the
22  companies that I mentioned, the -- to testify in
23  front of their committee.
24      Q.   And so they kind of brought in Mark
25  Zuckerberg and Jack Dorsey and Sundar Pichai and
```

**ELVIS CHAN  11/29/2022**

Page 117

```
 1   had them testify in front of Congress?
 2        A.   That is correct.
 3        Q.   And that happened -- that happened once or
 4   it happened multiple times?
 5        A.   To my knowledge, that happened more than
 6   once.
 7        Q.   And you believe that that -- that that
 8   kind of scrutiny and public pressure from Congress,
 9   in your view, motivated them to be more aggressive
10   in the account takedowns?
11             MR. SUR:  Objection; lacks foundation,
12   calls for speculation.
13             THE WITNESS:  That is just my personal
14   opinion.
15        Q.   BY MR. SAUER:  Yeah.  What is the basis
16   for your opinion?  Has anyone at a social media
17   platform ever made a comment to you that would
18   reflect that -- that view?
19        A.   I would say yes.  And the types of
20   comments that I have received are that staffers
21   from both of those committees have visited with
22   those companies.  And while they would not reveal
23   the types of discussions that they had with these
24   House and Senate staffers, they would indicate that
25   they had to prepare very thoroughly for these types
```

**ELVIS CHAN  11/29/2022**

Page 118

```
 1    of meetings and that it was -- they indicated that
 2    it felt like a lot of pressure.
 3        Q.   "They" is representatives of social media
 4    platforms?
 5        A.   Yeah.  The social media companies that
 6    were visited.
 7        Q.   What -- what social media companies were
 8    visited by these HPSCI and SSCI staffers?
 9        A.   To my knowledge, it was the three
10    companies that I've mentioned, which include
11    Facebook, Google and Twitter.
12        Q.   And Facebook, Google and -- Facebook,
13    Google and Twitter employees all told you that they
14    experienced these visits from congressional
15    staffers as exercising a lot of pressure on them?
16        A.   That was how I interpreted their comments.
17        Q.   And then you infer from that that their
18    changes in takedown policies resulted from that
19    kind of pressure from Congress?
20        A.   That is my personal opinion.
21             If I can add, I think some of -- some of
22    what was discussed -- I'm interpreting what -- some
23    of what was discussed.  But what the -- the
24    staffers would come and talk to us either before or
25    after they met with those three companies.  And so
```

**ELVIS CHAN  11/29/2022**

Page 119

```
 1   what was discussed with us was legislation that
 2   they were thinking about doing, and them asking for
 3   our opinion.
 4        Q.   Uh-huh.  When you say "legislation that
 5   they were thinking about doing," what do you mean?
 6        A.   Legislation that either HPSCI or SSCI was
 7   thinking about doing.
 8        Q.   So HPSCI and SSCI, these committees on
 9   intelligence, their staffers would be communicating
10   to the social media platforms Facebook, Twitter and
11   Google or YouTube that they intended to try and
12   pass legislation?
13        A.   So I inferred that because that is what
14   they discussed with me personally.
15        Q.   That is what they, the social media
16   platforms, discussed with you, correct?
17        A.   No, no.  That is what HPSCI and SSCI
18   discussed with me when they were coming to these
19   meetings.
20        Q.   Oh, did you -- were you in on these
21   meetings?  Like, were you included in the meetings
22   with the congressional staffers?
23        A.   So I and FBI San Francisco personnel would
24   meet with the congressional staffers, typically
25   before they met or after they met with the social
```

```
 1    media companies.  And the reason for that is
 2    because they wanted an FBI opinion about what they
 3    had heard from the social media companies.
 4        Q.   I got you.  What did they -- first of all,
 5    when did these meetings occur?  Was this in 2017,
 6    2018, 2019, 2020?  What time frame?
 7        A.   I can't recollect, but I do -- they felt
 8    like an annual occurrence after -- after 2017.
 9        Q.   And the congressional staffers would tell
10    you in advance, "We're going to meet with the
11    social media companies and -- and tell them about
12    legislation we want to advance," correct?
13        A.   No.
14        Q.   I'm sorry.
15        A.   What they would say -- what they would say
16    is they would tell us, "We plan to meet with these
17    three companies, and what have you been doing with
18    these three companies?"
19             And then we would share, like, the cases
20    or -- that we would be working on, but we would be
21    in a classified setting.  So we would be able to
22    speak more freely about the types of investigations
23    that were the most prominent or the most active on
24    our side, that they were either -- their -- their
25    platforms were impacted at some point.  That is --
```

**ELVIS CHAN  11/29/2022**

Page 121

```
 1   would be the nature of our discussion with the
 2   staffers.
 3            But I would not meet with the staffers and
 4   the social media companies.  The staffers had
 5   separate meetings with each of the companies.
 6       Q.    Okay.  And then after those meetings, the
 7   staffers would come to you and ask your opinion
 8   about potential legislation?
 9       A.    That is correct.
10       Q.    What sort of legislation?
11            MR. SUR:  I am going to object.  The
12   deliberative process privilege extends not just to
13   the executive branch, but all sorts of executive
14   communications within the government.
15            So if you can answer at a level of
16   generality that avoids disclosing the
17   particularities of any deliberations.  If you -- if
18   you cannot, then I instruct you not to answer.
19            THE WITNESS:  I cannot discuss it in
20   general terms.
21       Q.    BY MR. SAUER:  Okay.  Well, let me ask you
22   this just generally.  Did the legislation relate to
23   Section 230 of the Communications Decency Act?
24            MR. SUR:  I am going to stand by the same
25   objection on the grounds of deliberative process
```

**ELVIS CHAN  11/29/2022**

```
 1   privilege.

 2          MR. SAUER:  The deliberative process

 3   privilege does not apply, quote, when there is any

 4   reason to believe that government misconduct has

 5   occurred.  The judge by ordering this deposition

 6   has already concluded there's potential First

 7   Amendment violations in this case that need to be

 8   explored, so the privilege does not apply.

 9          MR. SUR:  We are at the -- at the pleading

10   stage on the First Amendment violations, and the

11   judge has not ruled on any particular privilege

12   question.  So I will continue to assert and ask

13   that the witness not answer the question on the

14   grounds of the deliberative process privilege.

15      Q.   BY MR. SAUER:  Let me ask you this:  The

16   social media platforms talk to you -- people on the

17   social media platforms talk to you as well, right?

18      A.   Yes.  I talk with the social media

19   platform personnel regularly.

20      Q.   And I think you'd said earlier that they

21   had kind of just made statements to you that

22   indicated that they felt that these meetings, these

23   annual meetings with congressional staffers put a

24   lot of pressure on them, right?

25      A.   That was my interpretation of their
```