# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. __23-30445__

__State of Missouri__ vs. __Biden__
(Short Title)

The Clerk will enter my appearance as Counsel for __State of Louisiana__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**
☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☐ Appellant(s)   ☑ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

__/s/ Elizabeth Baker Murrill__           __murrille@ag.louisiana.gov__
(Signature)                               (e-mail address)

__Elizabeth Baker Murrill__               __LA/20685__
(Type or print name)                      (State/Bar No.)

__Solicitor General__
(Title, if any)

__Louisiana Department of Justice__
(Firm or Organization)

Address __P.O. Box 94005__

City & State __Baton Rouge, LA__                    Zip __70804__

Primary Tel. __225-326-6766__   Cell Phone: __225-456-7544__   (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Elizabeth Murrill__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__Kennedy, et al. v. Biden, et al., No. 2:23-cv-381 (W.D. La) raises related issues__

Name of Court or Agency __Western District of Louisiana__

Status of Appeal (if any) __None__

Other Status (if not appealed) __Pending motions for preliminary injunction and consolidation with this case__

**NOTE:** Attach sheet to give further details.                              DKT-5A REVISED June 2023



# State of Louisiana
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE
70804-9005

Jeff Landry
Attorney General

July 18, 2023

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130
<u>Via: CM/ECF Document Filing</u>

Re: 23-30445 State of Missouri v. Biden Attorney Appearance

Please find the enclosed appearance form for Elizabeth Murrill. Please make the correction that Elizabeth Murrill is the lead counsel for the State of Louisiana in case no. 23-30445 and D. John Sauer as co-counsel.

Sincerely,

*[signature: Elizabeth Murrill]*

Elizabeth B. Murrill