# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 18, 2023

```
Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. John Julian Vecchione
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

     No. 23-30445   State of Missouri v. Biden
                    USDC No. 3:22-CV-1213


Dear Counsel,

As directed by the court, any amicus curiae brief(s) filed in
support of Appellants' brief is due on or before 07/28/23.  Any
amicus curiae brief(s)filed in support of Appellees' brief is
due 08/07/23.

Paper copies of any brief must be overnighted to the Clerk's
Office once filed.
```

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Christina Gardner
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Ms. Amanda Chuzi
    Mr. Dean John Sauer
    Mr. Tracy Short
    Mr. Daniel Bentele Hahs Tenny