# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 18, 2023

TO COUNSEL LISTED BELOW:

    No. 23-30445    State of Missouri v. Biden

Dear Counsel:

This is to advise that the oral argument of this case has been moved from August 10, 2023 at 9:00 a.m., to August 10, 2023 at 1:00 p.m. in the En Banc Courtroom.

Please acknowledge receipt of this calendar via email to your courtroom deputy, pam_trice@ca5.uscourts.gov

    Very truly yours,

    LYLE W. CAYCE, Clerk

    By: _____
    Charles B. Whitney
    Calendar Clerk
    504-310-7679

Mr. Simon Christopher Brewer
Mr. Jonathon Christian Burns
Ms. Amanda Chuzi
Mr. Joshua M. Divine
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik