# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 26, 2023

Mr. Simon Christopher Brewer
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Amanda Chuzi
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, DC 20005

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

　　　No. 23-30445　State of Missouri v. Biden
　　　　　　　　　　USDC No. 3:22-CV-1213

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1.  Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception:  As of July 2, 2018, Anders briefs only require 2 paper copies.

**<u>Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow.</u>**

The covers of your documents must be the following colors: Appellants' brief must be blue. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. Jonathon Christian Burns
    Mr. Joshua M. Divine
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer
    Mr. Tracy Short
    Mr. John Julian Vecchione