# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 26, 2023

Mr. Simon Christopher Brewer
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Amanda Chuzi
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, DC 20005

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

  No. 23-30445   State of Missouri v. Biden
                 USDC No. 3:22-CV-1213

Dear Counsel,

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

**Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow.**

The covers of your documents must be the following colors: Record excerpts must be white. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: *Shea E. Pertuit*
    Shea E. Pertuit, Deputy Clerk
    504-310-7666

cc:
- Mr. Jonathon Christian Burns
- Mr. Joshua M. Divine
- Ms. Elizabeth Baker Murrill
- Mr. Dean John Sauer
- Mr. Tracy Short
- Mr. John Julian Vecchione