

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

July 26, 2023

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

      RE:    *Missouri v. Biden*, No. 23-30445

Dear Mr. Cayce:

The docket in this appeal currently lists Amanda Chuzi among counsel for defendants. Ms. Chuzi, who has not entered an appearance in this Court, represented defendants before the district court as an attorney in the Federal Programs Branch of the Civil Division of the Department of Justice. Because she is leaving the Branch for a non-litigating role in the Department as of this Friday, July 28, we ask that she be removed from this Court's docket. Daniel Tenny, Simon Brewer, and I will continue to represent defendants before this Court.

Thanks for your assistance.

                                                Sincerely,

                                                */s/ Daniel Winik*
                                                Daniel Winik

cc:    All counsel (via CM/ECF)