# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2023

Mr. Scott L. Winkelman
Crowell & Moring, L.L.P.
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

    No. 23-30445   State of Missouri v. Biden
                         USDC No. 3:22-CV-1213

Dear Mr. Winkelman,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

**Due to the expedited nature of this case, please submit the paper copies of this document by Monday, July 31, 2023.**

The covers of your documents must be the following colors: Amicus briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Joshua M. Divine
    Mr. David A. Greene
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer

Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik