# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2023

Ms. Grace Zhou
Office of the Attorney General
for the State of New York
28 Liberty Street
23rd Floor
New York, NY 10005

    No. 23-30445   State of Missouri v. Biden
                            USDC No. 3:22-CV-1213

Dear Ms. Zhou,

**Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow.**

The covers of your documents must be the following colors: Amicus briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Shea E. Pertuit, Deputy Clerk
                            504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Joshua M. Divine
    Mr. David A. Greene
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer
    Mr. Todd Scott
    Mr. Tracy Short
    Mr. Daniel Bentele Hahs Tenny
    Mr. John Julian Vecchione
    Mr. Daniel Winik
    Mr. Scott L. Winkelman