# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30445   State of Missouri v. Biden
                    USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Pamela F. Trice, Deputy Clerk
                            504-310-7633

Mr. John B. Bellinger III
Mr. Simon Christopher Brewer
Mr. Jonathon Christian Burns
Mr. Joshua M. Divine
Mr. David A. Greene
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik
Mr. Scott L. Winkelman
Ms. Grace Zhou