Case No. 23-30445

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

*Plaintiffs – Appellees*

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; *Et al.*,

*Defendants – Appellants*

On Appeal from the United States District Court for the
Western District of Louisiana

**UNOPPOSED MOTION OF AMERICAN CENTER FOR LAW AND JUSTICE TO FILE AN AMICUS BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES AND FOR AFFIRMANCE OF THE DISTRICT COURT'S PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS'-APPELLANTS' MOTION FOR STAY**

Jay Alan Sekulow
*Counsel of Record*
Craig L. Parshall*
Stuart J. Roth*
Jordan Sekulow*
Olivia F. Summers*
*American Center for Law & Justice*
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
* Not active Fifth Circuit Bar
  Members

Geoffrey Surtees,
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Telephone: (734) 680-8007
Facsimile: (734) 680-8006


Dated: August 4, 2023

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal. In addition to the persons or entities listed by the parties and other amici:

American Center for Law and Justice

Jay Alan Sekulow
Craig L. Parshall
Stuart J. Roth
Jordan Sekulow
Olivia F. Summers
Geoffrey Surtees

/s/Jay A. Sekulow
Jay A. Sekulow
*Chief Counsel*
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile: (202) 546- 9309
Email: sekulow@aclj.org
*Counsel for the American Center for
   Law & Justice*

August 4, 2023

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to Fed. R. App. P. Rules 27 and 29 and 5th Cir. Rules 27 and 29, the American Center for Law and Justice (ACLJ) hereby respectfully moves the Court for leave to file the accompanying amicus curiae brief in support of Plaintiffs-Appellees in favor of affirmance of the preliminary injunction entered by the District Court and in opposition to the motion for stay filed by Defendants-Appellants.

The American Center for Law and Justice (ACLJ) is an organization dedicated to the defense of civil liberties secured by law and to the advancement of constitutional governance. The ACLJ has submitted amicus briefs, *inter alia*, in a variety of cases, including in the U.S. Supreme Court and the Fifth Circuit Court of Appeals. The ACLJ offers this brief to add perspective on the standing of states to oppose federal overreach that suppresses election-related political speech, and to clarify the unique dangers of the federal government using market dominant social media platforms to act as its deputized censors of citizen expression.

The proposed amicus brief complies with Rules 27, 29, and 32 of the Federal Rules of Appellate Procedure as it has been prepared in Times New Roman 14-point font and its word count is less than half of the words allotted for Plaintiffs-Appellees brief.

Before filing this motion, the undersigned conferred with counsel for Defendants-Appellants and Plaintiffs-Appellees, and all have authorized the

undersigned to state that they do not oppose this motion.

Accordingly, for the above-stated reasons, the ACLJ respectfully requests that this Court grant this motion and file the accompanying amicus brief.

Respectfully submitted,

| | |
|---|---|
| /s/Jay A. Sekulow<br>*Counsel for the American Center*<br>*for Law & Justice*<br>Craig L. Parshall *<br>Stuart J. Roth*<br>Jordan Sekulow*<br>Olivia F. Summers*<br>American Center for Law & Justice<br>201 Maryland Ave., NE<br>Washington, DC 20001<br>Telephone: (202) 546-8890<br>Facsimile: (202) 546-9309 | Geoffrey Surtees<br>American Center for Law & Justice<br>3001 Plymouth Road, Suite 203<br>Ann Arbor, Michigan 48105<br>Telephone: (734) 680-8007<br>Facsimile: (734) 680-8006<br><br>Dated: August 4, 2023 |

* Not active Fifth Circuit Bar
  Members

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2023, the above motion and the accompanying amicus curiae brief were filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that, pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, the above motion contains 284 words and was prepared in Times New Roman, 14-point font.

/s/Jay A. Sekulow
Jay A. Sekulow
*Chief Counsel*
American Center for Law & Justice
201 Maryland Ave., NE
Washington, DC 20001
Telephone: (202) 546-8890
Facsimile: (202) 546- 9309
Email: sekulow@aclj.org
*Counsel for the American Center for Law & Justice*

August 4, 2023