# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2023

Mr. Jay A. Sekulow
American Center for Law & Justice
201 Maryland Avenue, N.E.
Washington, DC 20002

    No. 23-30445   State of Missouri v. Biden
                       USDC No. 3:22-CV-1213

Dear Mr. Sekulow,

We received your proposed amicus curiae brief. The brief should not have been separately filed. The proposed brief should have been uploaded, as an additional attachment, to the motion for leave to file amicus. The Clerk's Office has corrected this. If the motion is granted, the amicus brief will be filed on the docket at that time. In light of this, we are taking no action on the proposed amicus brief that was separately filed.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shea E. Pertuit, Deputy Clerk
                                504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Joshua M. Divine
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer
    Mr. Todd Scott
    Mr. Tracy Short
    Mr. Daniel Bentele Hahs Tenny
    Mr. John Julian Vecchione
    Mr. Daniel Winik

Mr. Scott L. Winkelman
Ms. Grace Zhou