# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30445   State of Missouri v. Biden
                  USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

P.S. to All: The Clerk's Office will file the amicus brief on the docket as of today's date.

Mr. John B. Bellinger III
Mr. Simon Christopher Brewer
Mr. Jonathon Christian Burns
Mr. Joshua M. Divine
Mr. Jon Marshall Greenbaum
Mr. David A. Greene
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik
Mr. Scott L. Winkelman
Ms. Grace Zhou