# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2023

Mr. Leonid Goldstein
4400 Troup Highway
#508
Tyler, TX  75703

    No. 23-30445   State of Missouri v. Biden
                       USDC No. 3:22-CV-1213

Dear Mr. Goldstein,

We received your proposed amicus brief submitted as pro-se. An amicus brief cannot be filed without leave of court or consent of all parties. In light of this, we are taking no action on this document.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shea E. Pertuit, Deputy Clerk
                                504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Joshua M. Divine
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer
    Mr. Todd Scott
    Mr. Jay A. Sekulow
    Mr. Tracy Short
    Mr. Daniel Bentele Hahs Tenny
    Mr. John Julian Vecchione
    Mr. Daniel Winik
    Mr. Scott L. Winkelman
    Ms. Grace Zhou