# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 07, 2023

Mr. David Anthony Dalia
830 Union Street
Suite 302
New Orleans, LA 70112

　　　No. 23-30445   State of Missouri v. Biden
　　　　　　　　　USDC No. 3:22-CV-1213

Dear Mr. Dalia,

**Due to the expedited nature of this case, please submit the paper
copies of this document by tomorrow, August 7, 2023.**

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1. Failure
to timely provide the appropriate number of copies may result in
the dismissal of your appeal pursuant to 5th Cir. R. 42.3.
Exception: As of July 2, 2018, Anders briefs only require 2 paper
copies.

The covers of your documents must be the following colors: Amicus
briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN
THE PAPER COPIES.**

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　*Shea E. Pertuit*
　　　　　　　　　　　　By:_____
　　　　　　　　　　　　Shea E. Pertuit, Deputy Clerk
　　　　　　　　　　　　504-310-7666

cc:
　　　Mr. John B. Bellinger III
　　　Mr. Simon Christopher Brewer
　　　Mr. Jonathon Christian Burns
　　　Mr. Joshua M. Divine
　　　Mr. Jon Marshall Greenbaum
　　　Mr. David A. Greene

Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik
Mr. Scott L. Winkelman
Ms. Grace Zhou