# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2023

Mr. David Anthony Dalia
830 Union Street
Suite 302
New Orleans, LA 70112

     No. 23-30445    State of Missouri v. Biden
              USDC No. 3:22-CV-1213

Dear Mr. Dalia,

The following pertains to your brief electronically filed on August 7, 2023.

You must electronically file a "Form for Appearance of Counsel" **by tomorrow, August 8, 2023.**  You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*

Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Joshua M. Divine
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Ms. Elizabeth Baker Murrill
    Mr. Dean John Sauer
    Mr. Todd Scott
    Mr. Jay A. Sekulow
    Mr. Tracy Short

Mr. Daniel Bentele Hahs Tenny
Mr. John Julian Vecchione
Mr. Daniel Winik
Mr. Scott L. Winkelman
Ms. Grace Zhou