# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2023

Mr. Jay A. Sekulow
American Center for Law & Justice
201 Maryland Avenue, N.E.
Washington, DC 20002

    No. 23-30445   State of Missouri v. Biden
                           USDC No. 3:22-CV-1213

Dear Mr. Sekulow,

You have erroneously electronically submitted your amicus brief under the appearance form filing event.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Linda B. Miles, Deputy Clerk
                                    504-310-7793