# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

August 07, 2023

Mr. Jonathon Christian Burns
P.O. Box 191250
St. Louis, MO 63119

Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Dean John Sauer
James Otis Law Group, L.L.C.
13321 N. Outer Forty Road
Suite 300
Saint Louis, MO 63017

Mr. Todd Scott
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Mr. Tracy Short
Office of the Attorney General
for the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. John Julian Vecchione
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

No. 23-30445     State of Missouri v. Biden
                 USDC No. 3:22-CV-1213

Dear Counsel,

We received your record excerpts. The record excerpts should not be uploaded to the "Appellee's Brief Filed Event". They should have been separately filed as "Record Excerpts Filed". Due to the expedited nature of this case, the Clerk's Office will correct this filing.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                                   Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. Jay A. Sekulow
    Mr. Daniel Bentele Hahs Tenny
    Mr. Daniel Winik
    Mr. Scott L. Winkelman
    Ms. Grace Zhou