# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2023

Mr. Jonathon Christian Burns
P.O. Box 191250
St. Louis, MO 63119

Mr. Joshua M. Divine
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Dean John Sauer
James Otis Law Group, L.L.C.
13321 N. Outer Forty Road
Suite 300
Saint Louis, MO 63017

Mr. Todd Scott
Office of The Missouri Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102

Mr. Tracy Short
Office of the Attorney General
for the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. John Julian Vecchione
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

No. 23-30445    State of Missouri v. Biden
USDC No. 3:22-CV-1213

Dear Counsel,

We have reviewed your electronically filed record excerpts and it is sufficient.

**Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow, August 8, 2023.**

You must submit the 4 paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5TH CIR. R. 30.1.7(c).

The covers of your documents must be the following colors: Record excerpts must be white. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. Jay A. Sekulow
    Mr. Daniel Bentele Hahs Tenny
    Mr. Daniel Winik
    Mr. Scott L. Winkelman
    Ms. Grace Zhou