# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2023

Mr. Travis Christopher Barham
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E.
Suite D-1100
Lawrenceville, GA 30043

    No. 23-30445   State of Missouri v. Biden
                      USDC No. 3:22-CV-1213

Dear Mr. Barham,

**Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow, August 8, 2023.**

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

The covers of your documents must be the following colors: Amicus briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Shea E. Pertuit, Deputy Clerk
                      504-310-7666

cc:
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine

Mr. Jon Marshall Greenbaum
Mr. David A. Greene
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Daniel Winik
Mr. Scott L. Winkelman
Ms. Grace Zhou