# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2023

Mr. Eric Arthur Sell
1311 S. Main Street
Suite 207
Mount Airy, MD 21771

    No. 23-30445   State of Missouri v. Biden
                          USDC No. 3:22-CV-1213

Dear Mr. Sell,

**Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow, August 8, 2023.**

The following pertains to your brief electronically filed on August 7, 2023.

You must electronically file a "Form for Appearance of Counsel" **by tomorrow, August 8, 2023.** You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Shea E. Pertuit, Deputy Clerk
                                      504-310-7666

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine

Mr. Jon Marshall Greenbaum
Mr. David A. Greene
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Ms. Grace Zhou