# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2023

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615

    No. 23-30445   State of Missouri v. Biden
                        USDC No. 3:22-CV-1213

Dear Mr. Olson,

**Due to the expedited nature of this case, please submit the paper copies of this document by tomorrow, August 9, 2023.**

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

The covers of your documents must be the following colors: Amicus briefs must be green. **DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Shea E. Pertuit, Deputy Clerk
                                      504-310-7666

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson

```
Mr. David Anthony Dalia
Mr. Joshua M. Divine
Mr. Jon Marshall Greenbaum
Mr. David A. Greene
Mr. R. Stanton Jones
Ms. Elizabeth Baker Murrill
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Grace Zhou
```