# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2023

Mr. Glynn Shelly Maturin II
Welborn & Hargett, L.L.C.
1540 W. Pinhook Road
Lafayette, LA 70503

    No. 23-30445    State of Missouri v. Biden
                           USDC No. 3:22-CV-1213

Dear Mr. Maturin,

The following pertains to your brief electronically filed on August 8, 2023.

You must electronically file a "Form for Appearance of Counsel" **by tomorrow, August 9, 2023**. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Shea E. Pertuit, Deputy Clerk
                                            504-310-7666

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine
    Mr. Christopher A. Ferrara
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. R. Stanton Jones

```
Mr. Christopher Ernest Mills
Ms. Elizabeth Baker Murrill
Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Grace Zhou
```