Case No. 23-30445

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

State of Missouri; State of Louisiana; Aaron Kheriaty;
Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; and Jill Hines,

*Plaintiffs – Appellees*

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra;
Department of Health & Human Services; Anthony Fauci; et al.,

*Defendants – Appellants*

On Appeal from the United States District Court
for the Western District of Louisiana

**MOTION BY *KENNEDY v. BIDEN* PLAINTIFFS
TO FILE BRIEF *AMICUS CURIAE*
IN SUPPORT OF AFFIRMANCE**

G. SHELLY MATURIN, II (#26994)
WELBORN & HARGETT, LLC
1540 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
shelly@wandhlawfirm.com
Attorney for Plaintiffs

JED RUBENFELD
NY Bar # 2214104
(not active 5th Cir. bar member)
1031 Forest Rd.
New Haven CT 06515
Tel.: 203-432-7631
E-mail: jed.rubenfeld@yale.edu

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of rule 28.2.1 have an interest in the outcome of this case. This representation is made in order that the judges of this court may evaluate possible disqualification or recusal:

Children's Health Defense

Dated: August 7, 2023

                                                               /s/ G. Shelly Maturin, II
G. SHELLY MATURIN, II (#26994)
WELBORN & HARGETT, LLC
1540 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
shelly@wandhlawfirm.com

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Plaintiffs in *Kennedy et al. v. Biden et al.*, No. 3:23-cv-00381(W.D. La.), hereby respectfully move for leave to file the accompanying *amicus curiae* brief in support of affirmance. *Kennedy v. Biden* is a related case pending in the court below, consolidated with the instant case, brought against substantially the same defendants on the basis of substantially the same facts; hence amici have a direct interest in this case. The proposed amicus brief complies with Rules 27, 29, and 32 of the Federal Rules of Appellate Procedure as it has been prepared in Times New Roman 14-point font and its word count is less than 4,000 words. Before filing this motion, the undersigned asked Plaintiffs and Defendants to advise them if they opposed the filing of this amicus brief, and all parties expressed consent. For the foregoing reasons, amici respectfully ask this Court to grant this motion and file the accompanying amicus brief.

Respectfully submitted,

Dated: August 7, 2023

                                                 /s/ G. Shelly Maturin, II
                                         G. SHELLY MATURIN, II (#26994)
                                         WELBORN & HARGETT, LLC
                                         1540 W. Pinhook Road
                                         Lafayette, LA 70503
                                         Telephone: (337) 234-5533
                                         Facsimile: (337) 769-3173
                                         shelly@wandhlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2023, the above motion and the accompanying amicus curiae brief were filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that, pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, the above motion contains fewer than 200 words and was prepared in Times New Roman, 14-point font.

Respectfully submitted,

Dated: August 7, 2023

                                                                  ____/s/ G. Shelly Maturin, II_____
G. SHELLY MATURIN, II (#26994)
WELBORN & HARGETT, LLC
1540 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
shelly@wandhlawfirm.com