# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2023

Mr. Glynn Shelly Maturin II
Welborn & Hargett, L.L.C.
1540 W. Pinhook Road
Lafayette, LA 70503

    No. 23-30445   State of Missouri v. Biden
                      USDC No. 3:22-CV-1213

Dear Mr. Maturin,

We received your Motion for leave to file amicus brief, on behalf of Children's Defense Fund, and your appearance form. The motion is unnecessary because consent was given to file the amicus brief. Additionally, you must file your appearance form separately, using the docketing event "Attorney Appearance Filed" which can be found under the "Miscellaneous" category. In light of this, we are taking no action on these documents.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Shea E. Pertuit, Deputy Clerk
                                      504-310-7666

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine
    Mr. Christopher A. Ferrara
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. R. Stanton Jones
    Mr. Christopher Ernest Mills
    Ms. Elizabeth Baker Murrill

Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Grace Zhou