**No. 23-30445**

---

## *In the United States Court of Appeals for the Fifth Circuit*

---

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

Plaintiffs-Appellees,

v.

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

Defendants-Appellants.

---

On Appeal from the United States District Court for the Western District of Louisiana

---

*AMICUS Leonid Goldstein, pro se*

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES' OPPOSITION TO DEFENDANTS-APPELLANTS' EMERGENCY MOTION**

---

Proposed *Amicus* Leonid Goldstein respectfully moves this court, pursuant to FRAP Rule 29 and the Court Order in this case from July 18, for leave to file the accompanying brief in

support of PLAINTIFFS-APPELLEES' OPPOSITION TO DEFENDANTS-APPELLANTS'

EMERGENCY MOTION.

Amicus Leonid Goldstein is an individual US citizen. No party's counsel authored this brief,

in whole or in part. No person other than Amicus contributed money to fund preparation or

submission of this brief.

Amicus has an M.Sc. in Mathematics and 20+ years of technical and business experience in

software development and the Internet technology industry, including social media

platforms. Considering his expertise and knowledge of the Platforms' business models and

history, Amicus is qualified to provide expert opinion on subjects in this lawsuit.

*Amicus* hereby respectfully submits the attached *Amicus Brief*.

**August 3, 2023**
Respectfully submitted,

Leonid Goldstein, *pro se*
4400 Troup Hwy, #508
Tyler, TX 75703
Leo5533@att.net
(408) 921-1110

## CERTIFICATE OF CONFERENCE

Amicus conferred by e-mail with the attorneys for the sides. Both sides consent to Amicus filing this Brief.

Leonid Goldstein

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this motion was prepared in proportionally spaced typeface using Microsoft Word in 14-point font. This motion complies with the type-volume limitation of Rule 32(g) because it contains 130 words, excluding the parts exempted under Rule 32(f).

Leonid Goldstein

## CERTIFICATE OF SERVICE

I certify that I served all participants in this case by email on August 3, 2023. Additionally,

all participants in this case are registered CM/ECF users and that service will be

accomplished by the appellate CM/ECF system.

---

Leonid Goldstein