United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity
United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon
Supreme Court Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson May 22nd, 2015.
11th Circuit Writ 21-10371 Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson February 4th, 2021.
State of Missouri v. Biden (23-30455) Court of Appeals for the Fifth Circuit filed by Movant David Andrew Christenson on behalf of all Americans and Mankind
United State v. Trump (23-cr-XXXXX) Judge Amy B. Jackson District Court, District of Columbia filed by Movant David Andrew Christenson on behalf of all Americans and Mankind
United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon
Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Missouri v. Biden (3:22-cv-01213) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Kennedy v. Biden (3:23-cv-00381) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Bragg v. Jordan (1:23-cv-03032) SDNY Judge Mary Kay Vyskocil
Trump v. Cohen (1:23-cv-21377) SDFL Judge Darrin Phillip Gayles
* Review the dockets in the following cases. Facebook, Twitter, and YouTube censored me on behalf of the Executive Branch/Department of Justice and closed all my social media accounts. In exchange they got the equivalent of reverse section 230. They could censor without liability.
Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson
Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore Movant David Andrew Christenson

51st, – August 3rd, 2023.

The DOJ/FBI once again intercepted my overnight package bound for Judge Chutkan. 137-page pleading that had been emailed, mailed, and overnighted. The first four pages of 137 pages, Motion to intervene is attached.

It is with great sadness that I watch my country accelerate past the precipice of hell.

How do we expect to survive when we all censor each other?

*"Standing knee deep in a river and dying of thirst."*

**Godspeed** - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity - August 2nd, 2023.

Motion to Intervene
("*Grievance*" in accordance with the last sentence of the First Amendment.)
(The American People have a Constitutional Right to the truth, especially when it involves their mathematical genocide.)
Filed by Movant David Andrew Christenson on behalf of himself, the American People and Humanity

Crossed filed in the following cases:

United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon
Supreme Court Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson May 22nd, 2015.
11th Circuit Writ 21-10371 Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson February 4th, 2021.
State of Missouri v. Biden (23-30455) Court of Appeals for the Fifth Circuit filed by Movant David Andrew Christenson on behalf of all Americans and Mankind
**United State v. Trump (23-cr-XXXXX) Judge Amy B. Jackson District Court, District of Columbia filed by Movant David Andrew Christenson on behalf of all Americans and Mankind**
United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon
Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Missouri v. Biden (3:22-cv-01213) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Kennedy v. Biden (3:23-cv-00381) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Bragg v. Jordan (1:23-cv-03032) SDNY Judge Mary Kay Vyskocil
Trump v. Cohen (1:23-cv-21377) SDFL Judge Darrin Phillip Gayles
- Review the dockets in the following cases. Facebook, Twitter, and YouTube censored me on behalf of the Executive Branch/Department of Justice and closed all my social media accounts. In exchange they got the equivalent of reverse section 230. They could censor without liability.

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson
Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore Movant David Andrew Christenson

The aforementioned cases have my pleadings in the public, private, sealed, secret, and restricted dockets. In one case those pleadings are in the restricted docket and have not yet been ruled on. (United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon) (Restricted docket entries were added today, August 2nd, 2023.)

If the Supreme Court had ordered a response to my Writs of Mandamus and Prohibition we would not have be in multiple Pandemics. All we needed to do was change the narrative. Writ 14-10077.

This case is about censorship and goes back to when Trump, Candidate Trump, President Elect Trump, President Trump, and ex-President Trump committed crimes against the Constitution.

The unmasking of General Michael Flynn is critical to understanding what is taking place. National Intelligence inadvertently had Trump under surveillance. It was still a criminal act. The American People deserve to know the whole truth. Judge Sullivan stated that Flynn committed Treason.

Attorney General William Barr stated that there was election tampering. He qualified it by saying that it would not have made a difference. That was not his right. There was tampering before, during, and after the election. Review the 2nd District of Nebraska, the State of Nebraska, Council Bluffs Iowa, Pottawattamie County Iowa, and the State of Iowa. Two Republican States. Trump won by 7% - 17% and yet he lost the 2nd District by 17%. This was statistically impossible without an anomaly and there was no anomaly. The 2nd District was critical in keeping Trump from winning the Presidency if there was a tie and it went to the U.S. House where he would have won. There was a high probability that the Electoral College was going to be tied.

**Absolute Statement of Fact: We are in a Contagious Endemic Suicide Pandemic. Suicide has become a life choice. Mathematically Mankind will cease to exist in the new few years. The response to the Pandemic has accelerated our Genocide.**

Judge Chutkan,

Please, I beg you **not** to treat this motion preemptively. Victory for the American people – the Constitution being upheld and honored - is you ordering a response from the prosecution and the defense.

Please let the American People decide if the information is important. Please do not make that decision for them. This is life and death.

How can Americans be expected to make an intelligent decision, vote, without truthful and honest information from an unbiased source? The Federal Judiciary has morphed into that source.

Please incorporate the pleadings and letters that you have placed into the public and private record in the following cases that you presided over and that are attached:

Judicial Watch, Inc. v. United States Department of Justice (1:19-cv-00800-TSC)
Case 1:19-cv-00800-TSC Document 4 Filed 03/28/19 Page 1 of 8
Case 1:19-cv-00800-TSC Document 6 Filed 04/04/19 Page 1 of 2
Case 1:19-cv-00800-TSC Document 7 Filed 04/05/19 Page 1 of 41 (***Attachment 3 was written well before the COVID19 Pandemic.)

Please make public:

02/16/2021 MINUTE ORDER: Before the court are four letters/motions from David Christenson, a non-party to this action, who has previously attempted to intervene in this action at least twelve times without legal basis. Christenson's letters and motions have placed an undue burden on both the Clerk's Office and Chambers. Accordingly, the Clerk of the Court is hereby directed to refrain from docketing any letters or filings from David Christenson in this action and to discard any of his future submissions. Signed by Judge Tanya S. Chutkan on 2-16-21. (DJS) (Entered: 02/16/2021)

Trump v, Thompson (1:21-cv-02769)
Case 1:21-cv-02769-TSC Document 46-1 Filed 11/14/21 Page 1 of 7 (You docketed *"Trump has waived Executive Privilege."*)

David Andrew Christenson – Appellant (Movant) v. Appellee (Judicial Watch, Inc., Appellee v. United States Department of Justice, Appellee) Case: 19-5091
USCA Case #19-5091 Document #1781899 Filed: 04/09/2019 Page 1 of 41
USCA Case #19-5091 Document #1790720 Filed: 05/31/2019 Page 1 of 15
See attached docket for a complete list of filings.

Donald Trump v. Bennie Thompson (21-5254) Court of Appeals for the D.C. Circuit
Attachment *"Trump has waived Executive Privilege."*

David Andrew Christenson – Appellant (Movant) v. Appellee (Judicial Watch, Inc., Appellee v. United States Department of Justice, Appellee) Case: 19-5091
USCA Case #19-5091 Document #1790720 Filed: 05/31/2019 Page 1 of 15

Reference Amazon (amazon.com) and put in my name: David Andrew Christenson. This will provide extensive documentation about my quest to save my fellow Americans.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Index of Attachments

Attachment

1: Motion to Intervene in the yet to be filed indictment against Trump. July 19th, 2023. Anticipate Judge Amy B. Jackson to preside. I was wrong.

2: Notice – Chief Justice John Roberts cannot and does not fully understand what is taking place.

3: Judge Chutkan gave me a voice, and thus my fellow Americans, but no one was listening or at least no one wanted to listen. Maybe, she will publicly docket the pleadings now.

4: D.C. Appellate Court Docket.

5: *Trump has waved Executive Privilege.* Trump v. Thompson. Docketed.

6: *Trump has waved Executive Privilege.* Trump v. Thompson Appeal.

7: Censorship by the DOJ. My books could not be published.

8: Censorship. Jeff Bezos, Warren Buffett, etc. You must read to understand. Docketed in multiple courts.

9: Transmission of Appeal. I knew the Pandemic was coming.

10: Motion to Consolidate. Appoint Justice Richard A. Posner to assist me.

11: Motion to Appoint Justice Richard A, Posner.

12: Jeff Bezos, Amazon and the Washington Post censored me. Every four pages is a new pleading in a different case. Eight cases.

From: David Andrew Christenson davidandrewchristenson@gmail.com
Subject: The DOJ/FBI has intercepted my package bound for the DC Court again. Fwd: UPS Exception Notification, Tracking Number 1Z2431YA0129538933
Date: August 3, 2023 at 5:05 AM
To: angela_noble@flsd.uscourts.gov, JudgeDCD/Angela JudgeDCD/Caesar angela_caesar@dcd.uscourts.gov, David Andrew Christenson DavidAndrewChristenson@gmail.com, Dave_smith@ca11.uscourts.gov, william_h_pryor_jr@ca11.uscourts.gov, JudgeDCA6 JudgeDCA6 sri_srinivasan@cadc.uscourts.gov, JudgeDCAP/Mark DC Appeal JudgeDCAP/Lanfger Clerk DC appeal mark_langer@cadc.uscourts.gov

The package is already in DC. It is posted on the UPS website.

---------- Forwarded message ---------
From: UPS <auto-notify@ups.com>
Date: Thu, Aug 3, 2023 at 3:20 AM
Subject: UPS Exception Notification, Tracking Number 1Z2431YA0129538933
To: <davidandrewchristenson@gmail.com>



The status of your package has changed.

Exception Reason: A late flight has caused a delay. Your package will be delayed by one business day.

Exception Resolution: Delivery will be delayed by one business day.

At the request of David Andrew Christenson, this notice alerts you that the status of the shipment listed below has changed.

Shipment Details

Tracking Number:   1Z2431YA0129538933

Ship To:   D.C. District Court
           333 Constitution Avenue Northwest
           WASHINGTON, DC 20001
           US

UPS Service:   UPS NEXT DAY AIR

Package Weight:   2.0 LBS

Discover more about UPS:

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

PENSACOLA FL
3 AUG 2023　PM 2

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Clerk Lyle W. Cayce
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408