# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2023

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

      No. 23-30445   State of Missouri v. Biden
      USDC No. 3:22-CV-1213

Dear Mr. Christenson,

We received your Motion to Intervene.  In light of the motion to
intervene being insufficient, we are taking no action on this
motion.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 *Shea E. Pertuit*

                 By: _____
                 Shea E. Pertuit, Deputy Clerk
                 504-310-7666

cc:
      Mr. Travis Christopher Barham
      Mr. John B. Bellinger III
      Mr. Simon Christopher Brewer
      Mr. Brennan Tyler Brooks
      Mr. Jonathon Christian Burns
      Mr. Jay R. Carson
      Mr. David Anthony Dalia
      Mr. Joshua M. Divine
      Mr. Christopher A. Ferrara
      Mr. Leonid Goldstein
      Mr. Jon Marshall Greenbaum
      Mr. David A. Greene
      Mr. Gene Patrick Hamilton
      Mr. R. Stanton Jones
      Mr. Glynn Shelly Maturin II
      Mr. Christopher Ernest Mills
      Ms. Elizabeth Baker Murrill
      Mr. William Jeffrey Olson

Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Grace Zhou