No. 23-30445

# United States Court of Appeals for the Fifth Circuit

STATE OF MISSOURI; STATE OF LOUISIANA; AARON KHERIATY; MARTIN KULLDORFF; JIM HOFT; JAYANTA BHATTACHARYA; JILL HINES,
PLAINTIFFS-APPELLEES,

*v.*

JOSEPH R. BIDEN, JR.; VIVEK H. MURTHY; XAVIER BECERRA; DEPARTMENT OF HEALTH & HUMAN SERVICES; ANTHONY FAUCI, ET AL.,
DEFENDANTS-APPELLANTS.

*APPEAL FROM THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, NO. 22-CV-1213, HON. TERRY A. DOUGHTY, PRESIDING*

**MOTION OF *AMICI CURIAE* REPRESENTATIVES JIM JORDAN, KELLY ARMSTRONG, ANDY BIGGS, DAN BISHOP, KAT CAMMACK, RUSSELL FRY, LANCE GOODEN, HARRIET HAGEMAN, MIKE JOHNSON, THOMAS MASSIE, BARRY MOORE, AND ELISE STEFANIK FOR LEAVE TO FILE CORRECTED BRIEF**

GENE P. HAMILTON
*America First Legal Foundation*
*611 Pennsylvania Ave. SE #231*
*Washington, D.C. 20003*
*(202)964-3721*
*gene.hamilton@aflegal.org*

CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street*
*#22251*
*Charleston, SC 29413*
*(843) 606-0640*
*cmills@spero.law*

Counsel for *Amici Curiae*

*Amici* Representatives Jim Jordan, Kelly Armstrong, Andy Biggs, Dan Bishop, Kat Cammack, Russell Fry, Lance Gooden, Harriet Hageman, Mike Johnson, Thomas Massie, Barry Moore, and Elise Stefanik move for leave to file the attached corrected *amicus* brief, which was previously filed by consent of the parties and accepted by the Court (Doc. 161, filed Aug. 7, 2023). The caption of the original brief inadvertently omitted a party, and correcting this omission from the brief's cover is the only change in the attached brief. Thus, the Court should grant this motion and file the attached corrected brief in place of the original brief. The undersigned counsel certifies that he conferred with counsel for the parties, and no party opposes this motion.

                                                Respectfully submitted,

                                                s/ Christopher Mills

GENE P. HAMILTON                  CHRISTOPHER MILLS
*America First Legal Foundation*     *Spero Law LLC*
*611 Pennsylvania Ave. SE #231*     *557 East Bay Street #22251*
*Washington, D.C. 20003*            *Charleston, SC 29413*
*(202)964-3721*                          *(843) 606-0640*
*gene.hamilton@aflegal.org*          *cmills@spero.law*

                               Counsel for *Amici Curiae*

AUGUST 11, 2023

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 120 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

3. This document has been scanned for viruses and is virus-free.

Dated:  August 11, 2023

/s Christopher Mills
Christopher Mills

**CERTIFICATE OF SERVICE**

I, Christopher Mills, an attorney, certify that on this day the foregoing Motion and all attachments were served electronically on all parties via CM/ECF.

Dated: August 11, 2023

s/ Christopher Mills
Christopher Mills
