# United States Court of Appeals for the Fifth Circuit

---

No. 23-30445

---

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

*Plaintiffs—Appellees*,

*versus*

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213

---

ORDER:

IT IS ORDERED that the unopposed motion, of Leonid Goldstein, to file an amicus brief, is GRANTED.

No. 23-30445

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT