U.S. COURT OF APPEALS
RECEIVED
Aug 18, 2023
FIFTH CIRCUIT

State of Missouri v. Biden (23-30455) Court of Appeals for the Fifth Circuit filed by Movant David Andrew Christenson on behalf of all Americans and Mankind – August 12th, 2023.

Movant, who is pro se, requests and moves the court to docket the informative pleadings, which were date stamped and retained by the court, that have been sent by him over the last 60 days, to be docketed as Amicus Briefs or Friend of the Court Briefs. The Court may then do what they wish with the information.

The court docketed my Motion to Intervene on August 11th, 2023, but listed it as an "Unfiled Document". Date Time Stamped August 7th, 2023. Document number 217. Movant is requesting that the pleading be entered into the court record as an Amicus Brief.

The additional documents were received by the court, and Date Time Stamped, on July 21st, July 21st, July 21st, July 24th, July 24th, July 24th, and July 24th, 2023. A total of seven pleadings.

**WE WOULD NOT BE IN MULTIPLE PANDEMICS IF THE SUPREME COURT HAD ORDERED A RESPONSE TO MY WRIT OF MANDAMUS AND PROHIBITION, 14-10077?**

**WE ARE IN A CONTAGIOUS ENDEMIC SUICIDE PANDEMIC. THIS IS AN EXPONENTIAL APOCALYPSE. SUICIDE HAS BECOME A LIFE CHOICE.**

**PREVAILING FOR ME IS CHANGING THE NARRATIVE. IT IS ABOUT BEING HEARD AND COMPREHENDED. I WANT MY FELLOW AMERICANS TO FIND THE TRUTH SO THAT THEY CAN MAKE AN EDUCATED DECISION AND AN EDUCATED VOTE. I JUST WANT PEOPLE TO THINK OBJECTIVELY.**

The contentiousness between Americans must stop.

- No society, government or civilization has survived, and neither will ours unless we make a drastic change with how we disseminate information. See attachments.

I must ask. Any chance I can have five minutes to present my Amicus Briefs?

The attachments are pleadings that were filed in: United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. The first pleading is 137-pages and the second is 50-pages.

Godspeed - Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

U.S. COURT OF APPEALS
RECEIVED
AUG 16 2023
FIFTH CIRCUIT

# Pages 1, 2, 3, & 4 of a 137 page pleading.

United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity - August 2nd, 2023.

Motion to Intervene
("*Grievance*" in accordance with the last sentence of the First Amendment.)
(The American People have a Constitutional Right to the truth, especially when it involves their mathematical genocide.)
Filed by Movant David Andrew Christenson on behalf of himself, the American People and Humanity

Crossed filed in the following cases:

United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon
Supreme Court Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson May 22nd, 2015.
11th Circuit Writ 21-10371 Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson February 4th, 2021.
State of Missouri v. Biden (23-30455) Court of Appeals for the Fifth Circuit filed by Movant David Andrew Christenson on behalf of all Americans and Mankind
**United State v. Trump (23-cr-XXXXX) Judge Amy B. Jackson District Court, District of Columbia filed by Movant David Andrew Christenson on behalf of all Americans and Mankind**
United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon
Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Missouri v. Biden (3:22-cv-01213) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Kennedy v. Biden (3:23-cv-00381) District Court, W.D. Louisiana Judge Terry Alvin Doughty
Bragg v. Jordan (1:23-cv-03032) SDNY Judge Mary Kay Vyskocil
Trump v. Cohen (1:23-cv-21377) SDFL Judge Darrin Phillip Gayles
  * Review the dockets in the following cases. Facebook, Twitter, and YouTube censored me on behalf of the Executive Branch/Department of Justice and closed all my social media accounts. In exchange they got the equivalent of reverse section 230. They could censor without liability.
Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Movant David Andrew Christenson
Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore Movant David Andrew Christenson

The aforementioned cases have my pleadings in the public, private, sealed, secret, and restricted dockets. In one case those pleadings are in the restricted docket and have not yet been ruled on. (United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon) (Restricted docket entries were added today, August 2nd, 2023.)



# Pages 1, 2, 3, & 4 of a 137 page pleading.

If the Supreme Court had ordered a response to my Writs of Mandamus and Prohibition we would not have be in multiple Pandemics. All we needed to do was change the narrative. Writ 14-10077.

This case is about censorship and goes back to when Trump, Candidate Trump, President Elect Trump, President Trump, and ex-President Trump committed crimes against the Constitution.

The unmasking of General Michael Flynn is critical to understanding what is taking place. National Intelligence inadvertently had Trump under surveillance. It was still a criminal act. The American People deserve to know the whole truth. Judge Sullivan stated that Flynn committed Treason.

Attorney General William Barr stated that there was election tampering. He qualified it by saying that it would not have made a difference. That was not his right. There was tampering before, during, and after the election. Review the 2nd District of Nebraska, the State of Nebraska, Council Bluffs Iowa, Pottawattamie County Iowa, and the State of Iowa. Two Republican States. Trump won by 7% - 17% and yet he lost the 2nd District by 17%. This was statistically impossible without an anomaly and there was no anomaly. The 2nd District was critical in keeping Trump from winning the Presidency if there was a tie and it went to the U.S. House where he would have won. There was a high probability that the Electoral College was going to be tied.

**Absolute Statement of Fact: We are in a Contagious Endemic Suicide Pandemic. Suicide has become a life choice. Mathematically Mankind will cease to exist in the new few years. The response to the Pandemic has accelerated our Genocide.**

Judge Chutkan,

Please, I beg you **not** to treat this motion preemptively. Victory for the American people – the Constitution being upheld and honored - is you ordering a response from the prosecution and the defense.

Please let the American People decide if the information is important. Please do not make that decision for them. This is life and death.

How can Americans be expected to make an intelligent decision, vote, without truthful and honest information from an unbiased source? The Federal Judiciary has morphed into that source.

Please incorporate the pleadings and letters that you have placed into the public and private record in the following cases that you presided over and that are attached:

Judicial Watch, Inc. v. United States Department of Justice (1:19-cv-00800-TSC)
Case 1:19-cv-00800-TSC Document 4 Filed 03/28/19 Page 1 of 8
Case 1:19-cv-00800-TSC Document 6 Filed 04/04/19 Page 1 of 2
Case 1:19-cv-00800-TSC Document 7 Filed 04/05/19 Page 1 of 41 (***Attachment 3 was written well before the COVID19 Pandemic.)

# Pages 1, 2, 3, & 4 of a 137 page pleading.

Please make public:

02/16/2021 MINUTE ORDER: Before the court are four letters/motions from David Christenson, a non-party to this action, who has previously attempted to intervene in this action at least twelve times without legal basis. Christenson's letters and motions have placed an undue burden on both the Clerk's Office and Chambers. Accordingly, the Clerk of the Court is hereby directed to refrain from docketing any letters or filings from David Christenson in this action and to discard any of his future submissions. Signed by Judge Tanya S. Chutkan on 2-16-21. (DJS) (Entered: 02/16/2021)

Trump v, Thompson (1:21-cv-02769)
Case 1:21-cv-02769-TSC Document 46-1 Filed 11/14/21 Page 1 of 7 (You docketed *"Trump has waived Executive Privilege."*)

David Andrew Christenson – Appellant (Movant) v. Appellee (Judicial Watch, Inc., Appellee v. United States Department of Justice, Appellee) Case: 19-5091
USCA Case #19-5091 Document #1781899 Filed: 04/09/2019 Page 1 of 41
USCA Case #19-5091 Document #1790720 Filed: 05/31/2019 Page 1 of 15
See attached docket for a complete list of filings.

Donald Trump v. Bennie Thompson (21-5254) Court of Appeals for the D.C. Circuit
Attachment *"Trump has waived Executive Privilege."*

David Andrew Christenson – Appellant (Movant) v. Appellee (Judicial Watch, Inc., Appellee v. United States Department of Justice, Appellee) Case: 19-5091
USCA Case #19-5091 Document #1790720 Filed: 05/31/2019 Page 1 of 15

Reference Amazon (amazon.com) and put in my name: David Andrew Christenson. This will provide extensive documentation about my quest to save my fellow Americans.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# Pages 1, 2, 3, & 4 of a 137 page pleading.

Index of Attachments

Attachment

1: Motion to Intervene in the yet to be filed indictment against Trump. July 19th, 2023. Anticipate Judge Amy B. Jackson to preside. I was wrong.

2: Notice – Chief Justice John Roberts cannot and does not fully understand what is taking place.

3: Judge Chutkan gave me a voice, and thus my fellow Americans, but no one was listening or at least no one wanted to listen. Maybe, she will publicly docket the pleadings now.

4: D.C. Appellate Court Docket.

5: *Trump has waved Executive Privilege.* Trump v. Thompson. Docketed.

6: *Trump has waved Executive Privilege.* Trump v. Thompson Appeal.

7: Censorship by the DOJ. My books could not be published.

8: Censorship. Jeff Bezos, Warren Buffett, etc. You must read to understand. Docketed in multiple courts.

9: Transmission of Appeal. I knew the Pandemic was coming.

10: Motion to Consolidate. Appoint Justice Richard A. Posner to assist me.

11: Motion to Appoint Justice Richard A, Posner.

12: Jeff Bezos, Amazon and the Washington Post censored me. Every four pages is a new pleading in a different case. Eight cases.

# Pages 1, 2, & 3 of a 50 page pleading.

United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity - August 7th, 2023.

Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief

For the American People to receive justice and Constitutional protection, for the courts to uphold and honor the Constitution, then the truth about Trump's crimes and the crimes of the Federal Government must be exposed back to and including the Presidential Campaign of 2016, if not before. Trump and the Federal Government are habitual criminals.

Judge Sullivan Quote from Attachment 1 - Minute Order: *"Options exist for a private citizen to express his views about matters of public interest, but the Court's docket is not an available option."*

Judge Sullivan was wrong. There are no options. It was about changing the narrative so that our country could survive. I was not trying to get you to agree with me. I was and am trying to give you information so that you can make educated decisions, life, and death decisions. Information so that you can make an educated vote.

Since that time, I have learned that Americans do not want to listen and do not want to see. Americans are afraid.

Judge Sullivan put the narratives in the docket, but not my name.

Judge Sullivan cited rules but not the Constitution – First Amendment – Last Sentence – *"and the right to petition the Government for a redress of grievances."* My grievance is about the survival of our country and thus humanity.

Judge Sullivan states that I can appeal. I was not allowed to appeal. Neither he nor Justice Garland allowed me to appeal.

The original Motion to Intervene/Friend of the Court/Amicus Brief was seventy-one pages. Judge Sullivan could have docketed my pleadings as Amicus Briefs or Friend of the Court Briefs.

Americans must get permission to file Amicus Briefs. Pure censorship. There is nothing more discriminatory, prejudicial, and arbitrary and the result is the Genocide of Humanity.

There are four attachments. The American People have a Constitutional Right to this information through the Federal Judiciary because there is no place else.

Godspeed. Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

Attachment 1

Pages 1, 2, & 3 of a 50 page pleading.

Pages 1, 2, & 3 of a 50 page pleading.

CAT A

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:17-cr-00232-EGS-1**

Case title: USA v. FLYNN                               Date Filed: 11/30/2017

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2017 | | MINUTE ORDER. This Court has received several motions to intervene/file an amicus brief along with letters in support from a private individual who is neither a party to this case nor counsel of record for any party. The Federal Rules of Criminal Procedure do not provide for intervention by third parties in criminal cases. The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. Options exist for a private citizen to express his views about matters of public interest, but the Court's docket is not an available option. The docket is the record of official proceedings related to criminal charges brought by the United States against an individual who has pled guilty to a criminal offense. For the benefit of the parties in this case and the public, the docket must be maintained in an orderly fashion and in accordance with court rules. The movant states that he disagrees with the similar Minute Order issued by Judge Berman Jackson in Criminal Case Number 17-201, but the contrary legal authority on which he relies is neither persuasive nor applicable. Therefore, the Clerk is directed not to docket additional filings submitted by the would-be intervenor. If the individual seeks relief from this Court's rulings, he must appeal the rulings to the United States Court of Appeals for the District of Columbia Circuit. Signed by Judge Emmet G. Sullivan on 12/20/2017. (lcegs3) (Entered: 12/20/2017) |