# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 18, 2023

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

    No. 23-30445   State of Missouri v. Biden
                      USDC No. 3:22-CV-1213

Dear Mr. Christenson,

We received your motion. This motion is insufficient. In light of this, we are taking no action on this motion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Shea E. Pertuit, Deputy Clerk
                      504-310-7666

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Brennan Tyler Brooks
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine
    Mr. Christopher A. Ferrara
    Mr. Leonid Goldstein
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. Gene Patrick Hamilton
    Mr. R. Stanton Jones
    Mr. Glynn Shelly Maturin II
    Mr. Christopher Ernest Mills
    Ms. Elizabeth Baker Murrill
    Mr. William Jeffrey Olson
    Mr. Dean John Sauer

Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Grace Zhou