# United States Court of Appeals for the Fifth Circuit

---

No. 23-30445

---

State of Missouri; State of Louisiana; Aaron Kheriaty; Martin Kulldorff; Jim Hoft; Jayanta Bhattacharya; Jill Hines,

*Plaintiffs—Appellees,*

*versus*

Joseph R. Biden, Jr.; Vivek H. Murthy; Xavier Becerra; Department of Health & Human Services; Anthony Fauci; Et al.,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213

---

UNPUBLISHED ORDER

Before Clement, Elrod, and Willett, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' opposed motion for a stay of the preliminary injunction pending issuance of the mandate is DENIED.

    IT IS FURTHER ORDERED that Appellants' opposed alternative motion to issue the mandate forthwith is GRANTED. The

No. 23-30445

Clerk is directed to issue the mandate forthwith.