# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2023

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 23-30445    State of Missouri v. Biden
                         USDC No. 3:22-CV-1213

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Shea E. Pertuit, Deputy Clerk
                         504-310-7666

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Brennan Tyler Brooks
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine
    Mr. Christopher A. Ferrara
    Mr. Leonid Goldstein
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. Gene Patrick Hamilton
    Mr. R. Stanton Jones
    Mr. Glynn Shelly Maturin II
    Mr. Christopher Ernest Mills

```
Ms. Elizabeth Baker Murrill
Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Jenin Younes
Ms. Grace Zhou
```