# Te United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 03, 2023

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 23-30445    State of Missouri v. Biden
                       USDC No. 3:22-CV-1213

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Nancy F. Dolly, Deputy Clerk
                                504-310-7683

cc:  Mr. Travis Christopher Barham
     Mr. John B. Bellinger III
     Mr. Simon Christopher Brewer
     Mr. Brennan Tyler Brooks
     Mr. Jonathon Christian Burns
     Mr. Jay R. Carson
     Mr. David Anthony Dalia
     Mr. Joshua M. Divine
     Mr. Christopher A. Ferrara
     Mr. Leonid Goldstein
     Mr. Jon Marshall Greenbaum
     Mr. David A. Greene
     Mr. Gene Patrick Hamilton
     Mr. R. Stanton Jones
     Mr. Glynn Shelly Maturin II
     Mr. Christopher Ernest Mills

```
Ms. Elizabeth Baker Murrill
Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Jenin Younes
Ms. Grace Zhou
```