# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 20, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Vivek H. Murthy, Surgeon General, et al.
          v. Missouri, et al.
          No. 23-411
          (Your No. 23-30445)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 14, 2023 and placed on the docket October 20, 2023 as No. 23-411.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney



U.S. COURT OF APPEALS
RECEIVED
OCT 23 2023
FIFTH CIRCUIT