# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 05, 2024

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

      No. 23-30445    State of Missouri v. Biden
                            USDC No. 3:22-CV-1213
                            Supreme Court No. 23-411

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Western District of Louisiana is directed to transmit their record to the United States Supreme Court.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Rebecca C. Bock, Deputy Clerk

cc:
    Mr. Travis Christopher Barham
    Mr. John B. Bellinger III
    Mr. Simon Christopher Brewer
    Mr. Brennan Tyler Brooks
    Mr. Jonathon Christian Burns
    Mr. Jay R. Carson
    Mr. David Anthony Dalia
    Mr. Joshua M. Divine
    Mr. Christopher A. Ferrara
    Mr. Leonid Goldstein
    Mr. Jon Marshall Greenbaum
    Mr. David A. Greene
    Mr. Gene Patrick Hamilton
    Mr. R. Stanton Jones
    Mr. Glynn Shelly Maturin II

Mr. Christopher Ernest Mills
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Ms. Judith Vale
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Jenin Younes
Ms. Grace Zhou