# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 26, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30445   State of Missouri v. Biden
                   USDC No. 3:22-CV-1213

The court has taken the following action:

The Court has re-issued the opinion for publication in the above case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Whitney M. Jett, Deputy Clerk
                            504-310-7772

Mr. Travis Christopher Barham
Mr. John B. Bellinger III
Mr. Simon Christopher Brewer
Mr. Brennan Tyler Brooks
Mr. Jonathon Christian Burns
Mr. Jay R. Carson
Mr. David Anthony Dalia
Mr. Joshua M. Divine
Mr. Christopher A. Ferrara
Mr. Leonid Goldstein
Mr. Jon Marshall Greenbaum
Mr. David A. Greene
Mr. Gene Patrick Hamilton
Mr. R. Stanton Jones
Mr. Glynn Shelly Maturin II
Mr. Daniel J. McCoy
Mr. Christopher Ernest Mills
Ms. Elizabeth Baker Murrill
Mr. William Jeffrey Olson
Mr. Dean John Sauer
Mr. Todd Scott
Mr. Jay A. Sekulow
Mr. Eric Arthur Sell
Mr. Tracy Short
Mr. Daniel Bentele Hahs Tenny

Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Ms. Judith Vale
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Jenin Younes
Ms. Grace Zhou